<u>**EXHIBIT F**</u>
**False and Misleading Government Complaints Filed By Diego MasMarques, Jr. and Associated Correspondence**



# THE ATTORNEY GENERAL
# STATE OF ARKANSAS
# LESLIE RUTLEDGE

Liz Garcia
Investigator
Direct Dial: (501) 682-3561
Email: liz.garcia@arkansasag.gov

February 13, 2017

Diego MasMarques
P.O. Box 560042
Medford, MA 02155

Re:    Consumer Complaint No. 17-00672

Dear Mr. MasMarques:

Attached you will find a copy of a letter we recently received from Leagle, Inc regarding the complaint you filed.  Unfortunately, they are not offering to settle this matter in the manner acceptable to you.  As you know, our office is unable to act as an attorney for persons or businesses in private disputes.  Arkansas law prohibits the Attorney General from taking this role.

You may have legal remedies available to you.  Small Claims Court may be available if the damages you are seeking are less than $5,000.00. If the damages you seek are over $5,000.00, we encourage you to seek the advice and assistance of an attorney. You can obtain a Small Claims Court tip sheet or links to attorney referrals sites at www.ArkansasAG.gov.

We hope this situation is resolved for you soon.  If we can be of service to you in some future matter, please do not hesitate to contact us again.

Sincerely,

Liz Garcia
Investigator
Consumer Protection Division

323 Center Street, Suite 200 • Little Rock, Arkansas 72201
Telephone (501) 682-2341 • Toll-free (800) 482-8982 • Fax (501) 682-8118
ArkansasAG.gov • Consumer@ArkansasAG.gov

| Form **13909**<br>(December 2016) | Department of the Treasury - Internal Revenue Service<br>## Tax-Exempt Organization Complaint (Referral) |
|---|---|

**1. Name of referred organization**

plainsite.org Aaron Greenspan

**Street address**

500 Race Street, Suite 4321

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| San Jose | CA | 95126 | August 29, 2017 |

**2. Organization's Employer Identification Number (EIN)**

**3. Nature of violation**

- [x] Directors/Officers/Persons are using income/assets for personal gain
- [x] Organization is engaged in commercial, for-profit business activities
- [x] Income/Assets are being used to support illegal or terrorist activities
- [ ] Organization is involved in a political campaign
- [ ] Organization is engaged in excessive lobbying activities
- [x] Organization refused to disclose or provide a copy of Form 990
- [ ] Organization failed to report employment, income or excise tax liability properly
- [x] Organization failed to file required federal tax returns and forms
- [x] Organization engaged in deceptive or improper fundraising practices
- [ ] Other *(describe)*

**4. Details of violation**

**Name(s) of person(s) involved**

Aaron Greenspan

**Organizational title(s)**

CEO, COO

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| Many dates | unspecified |

**Description of activities**

Aaron Greenspan the owner of the monetized website plainsite.org is using this website to make money in many illegal ways and is committing *cyber terrorism, cyber harassment and cyber stalking. This individual is gaining access to Sealed and non-public documents on people's personal and private legal and medical matters and then ruthlessly posting these documents on his website plainsite.org. If you ask him to remove something he turns around and starts posting a lot more of your personal information on the web and apparently thinks its funny dong this to people. He claims to have a 501c for plainsite.org and is engaged in all kinds of various pro for profit schemes for this website. He is ruining people's careers and reputations.*

**5. Submitter information**

**Name**

Diego MasMarques

**Occupation or business**

**Street address**

PO Box 560042

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| Medford | MA | 02156 | |

- [x] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.



Complaint Referral Form
Internet Crime Complaint Center

---

**Victim Information**

Name: Diego MasMarques
Business Name:
Age: 50 - 59
Address: ▮▮▮▮▮▮▮▮
Address (continued):
Suite/Apt./Mail Stop:
City: ▮▮▮▮▮
County:
Country: United States of America
State: Massachusetts
Zip Code/Route: ▮▮▮▮▮
Phone Number: ▮▮▮▮▮▮▮
Email Address: ▮▮▮▮▮▮
Business IT POC, if applicable:
Other Business POC, if applicable:

---

**Description of Incident**

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

The individual Aaron Jacob Greenspan has hacked into my msn email "rickymas@msn.com" on three occasions and has accessed personal documents that are on a OCS file that were on my email address. The first hacking of my email did not allow me to gain access to my email for over three weeks. Same thing the second time. I started to transfer over important notifications to a new email address. Today I looked online and found the following with Adobe PDF files about 8 different files within the following URL that have personal letters and other personal information, that is not public and was never made public in any way.

I can say 100% that Aaron Jacob Greenspan is a Hacker or is associated with serious Hackers who are Hacking in to people's information on their emails and most likely other ways as well.

Case 1:09-cr-10304-MLW Document 1-3 Filed 10/15/09 ... - PlainSite
https://www.plainsite.org/dockets/download.html?id=242636774&a=2&z...

  1.   Cached
Oct 15, 2009 - I, Paula A. Wolff, state that Diego MasMarques, aka Diego Mas Howard is a United States national for the purposes of the of the Council of Europe Convention on the Transfer of Sentenced Persons. JJOu-J.£--

~.~.c.J~. International Pris    · Transfer Unit. -3-. Case 1:09-cr-10304-M    )ocument 1-3 Filed ...
You visited this page on 12/3/17.

Search Results
PlainSite :: The law in plain sight.
https://www.plainsite.org/

    1     Cached
    2     Similar

PlainSite allows you to figure out how the law affects you.

Which of the following were used in this incident? (Check all that apply.)
☐ Spoofed Email
☐ Similar Domain
☑ Email Intrusion
☐ Other    Please specify:

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

---

## Information About The Subject(s) Who Victimized You

Name: Aaron Jacob Greenspan
Business Name: plainsite.org/Think Computer Corporation
Address:
Address (continued): 500 Race Street
Suite/Apt./Mail Stop: Suite 4321
City: San Jose
Country: United States of America
State: California
Zip Code/Route: 95126-5159
Phone Number: 4156709350
Email Address:
Website: http://www.plainsite.org
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

n/a

Are there any other witnesses or victims to this incident?

Mary Mas Marques

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

[No response provided]

## Who Filed the Complaint

Were you the victim in the incident described above? Yes

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the best of my knowledge. I understand that providing false information could make me subject to fine, imprisonment, or both. (Title 18, U.S. Code, Section 1001)

Digital Signature: Diego MasMarques

Thank you for submitting your complaint to the IC3. Please save or print a copy for your records. *This is the on time you will have to make a copy of your complaint.*

| Form **13909**<br>(December 2016) | Department of the Treasury - Internal Revenue Service<br>**Tax-Exempt Organization Complaint (Referral)** |
|---|---|

**1. Name of referred organization**

Aaron Jacob Greenspan/monetized website "plainsite.org" under fraudulent 501c called Think Computer Corporation out of Louisiana/ Father Neil

Street address

500 Race Street, Suite 4321

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| San Jose | CA | 95126 | 12/11/2017 |

**2. Organization's Employer Identification Number (EIN)**

unknown Jeffrey Allen Steinport has refused to provide a copy of Form 990 for his supposed 501c. He has since changed contact info to Panama

**3. Nature of violation**

- [x] Directors/Officers/Persons are using income/assets for personal gain
- [x] Organization is engaged in commercial, for-profit business activities
- [x] Income/Assets are being used to support illegal or terrorist activities
- [x] Organization is involved in a political campaign
- [ ] Organization is engaged in excessive lobbying activities
- [x] Organization refused to disclose or provide a copy of Form 990
- [x] Organization failed to report employment, income or excise tax liability properly
- [x] Organization failed to file required federal tax returns and forms
- [x] Organization engaged in deceptive or improper fundraising practices
- [x] Other *(describe)*

Aaron Jacob Greenspan and Neil Greenspan have set up this plainsite.org under a fraudulent 501c called the Think Computer Corporation, in order to avoid paying taxes, defraud and deceive the US Government, while they are making money from the fraudulent 501c and at the same time engaged in commercial for-profit business activities. The Greenspan's refuse to hand over a copy of the Form 990 to anyone.

**4. Details of violation**

Name(s) of person(s) involved

Aaron Jacob Greenspan and his Father Neil Greenspan of Shaker Heights, Ohio. There are Attorneys and others involved in this fraud as well.

Organizational title(s)

plainsite.org run by Aaron Jacob Greenspan who has posted that he is the CEO of this monetized website and Think Computer Corporation

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| multiple dates going back many years now throughout the US | Hundreds of thousands of dollars at a minimum and hiding earned income |

Description of activities

Aaron Jacob Greenspan a/k/a Aaron Greenspan and his Father Neil Greenspan of Shakers Heights, Ohio have conspired to use this monetized website plainsite.org as a ploy to make legal cases open to the public. What these individuals are really doing is selecting what documents they post on the web to attract the most traffic online to plainsite.org and once a person files a legitimate complaint against plainsite.org they are then viciously attacked by plainsite.org on the web, by having more documents uploaded. Plainsite.org is a racketeering and extortion outfit.

**5. Submitter information**

Name

Diego MasMarques

Occupation or business


Street address

PO Box 560042

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| Medford | MA | 02156 | 6176976692 |

- [x] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.



**Department of the Treasury**
**Internal Revenue Service**
**Tax Exempt and Government Entities**
Mail Stop 4910 DAL
1100 Commerce Street
Dallas, TX 75242-1027

Date:
01/08/2018

DIEGO MASMARQUES
PO BOX 560042
MEDFORD, MA 02156

Dear DIEGO MASMARQUES:

Thank you for the information you submitted on 12/14/17. The IRS has an ongoing audit program to ensure compliance with the Internal Revenue Code (IRC). We'll consider the information you submitted in this program.

IRC Section 6103 requires that tax returns and return information must be confidential, and disclosure cannot be made except as authorized by the IRC. Therefore, we can't disclose whether we have initiated an investigation based on the information you submitted, and we can't disclose the status of any investigation. If you later have additional information you think is relevant to this matter, please attach a copy of this letter to the information and send it to the address shown above.

We appreciate your bringing this matter to our attention. If you have questions, call IRS Customer Account Services at 877-829-5500.

Sincerely,

*Steven M. Martin*

Steven M. Martin
Director, Compliance Planning and Classification

Letter 4426 (Rev. 8-2017)
Catalog Number 25761K

| Form **13909**<br>(December 2016) | Department of the Treasury - Internal Revenue Service<br>**Tax-Exempt Organization Complaint (Referral)** |
|---|---|

**1. Name of referred organization**

Aaron Jacob Greenspan owner of the website plainsite.org under fraudulent 501c Think Computer Corporation

Street address

500 Race Street

| City<br>San Jose | State<br>CA | ZIP code<br>95126-5159 | Date of referral<br>April 2, 2018 |
|---|---|---|---|

**2. Organization's Employer Identification Number (EIN)**

unkown

**3. Nature of violation**

- [x] Directors/Officers/Persons are using income/assets for personal gain
- [x] Organization is engaged in commercial, for-profit business activities
- [x] Income/Assets are being used to support illegal or terrorist activities
- [x] Organization is involved in a political campaign
- [x] Organization is engaged in excessive lobbying activities
- [x] Organization refused to disclose or provide a copy of Form 990
- [x] Organization failed to report employment, income or excise tax liability properly
- [x] Organization failed to file required federal tax returns and forms
- [x] Organization engaged in deceptive or improper fundraising practices
- [x] Other *(describe)*

Aaron Jacob Greenspan owner of plainsite.org under a fraudulent 501c called Think Computer where his father Neil Sanford Greenspan is the VP and Treasurer is one of the biggest frauds out there when it comes to falsely using the 501c through the IRS then goes around and asks not only for private donations and investment money for their website, but also have set up the business to ask the public for monetary subscription charges between $9.95 and $99.95 a month. This individual wants the best of both worlds using fraud tactics

**4. Details of violation**

Name(s) of person(s) involved

Aaron Jacob Greenspan and his father Neil Sanford Greenspan who is listed as the VP and Treasurer of Think Computer Corp.

Organizational title(s)

Aaron Jacob Greenspan owner of plainsite.org under fraudulent 501c Think Computer Corp. Neil S Greenspan is VP and Treasurer

| Date(s)<br>Ongoing for quite some years now | Dollar amount(s) *(if known)*<br>Quite a lot of money and not being reported to the IRS. |
|---|---|

Description of activities

Aaron Jacob Greenspan set up plainsite.org as a cover to scam the public out of their money. His father Neil S Greenspan who actually works at the Case Western Reserve University in Columbus, Ohio is shown as the VP and Treasurer of the fraudulent umbrella 501c called Think Computer Corp.. Aaron Greenspan set up this fraud company as a supposed charity but his true intention was always to make lots of money off the backs of the public. Attached is a complaint someone posted about plainsite.org on ripoffreport.com and it states it well, that Aaron Greenspan uses plainsite.org

**5. Submitter information**

Name

Diego Mas Marques

Occupation or business


Street address

PO Box 560042

| City<br>Medford | State<br>MA | ZIP code<br>02156 | Telephone number |
|---|---|---|---|

- [x] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. Disclaimer Notice: Your email submission of Form 13909 and attachments are not encrypted for security.

Catalog Number 50614A                    www.irs.gov                    Form **13909** (Rev. 12-2016)

## (2) RE: degov contact form Consumer Protection

Henry, Kerynne (DOJ) <Karynne.Henry@state.de.us>                                          04/03/2018 (2 months ago)   ☆ 🖨

5587@protonmail.com

Show details

Dear Consumer:

Thank you for contacting the Delaware Attorney General's website. I am in receipt of your email dated April 02, 2018.  Please provide a full name and a phone number for future contact with the Consumer Protection Unit regarding this matter.

Regards,

Consumer Protection Unit

From: 8587@protonmail.com [mailto:8587@protonmail.com]
Sent: Monday, April 02, 2018 4:42 PM
To: ConsumerProtection, DOJ [DOJ] <Consumer.Protection@state.de.us>
Subject: degov contact form Consumer Protection

Name: Rick
Email address: 8587@protonmail.com
Category: consumer.protection@state.de.us
Comment / Question: Hello. If possible can you inform me on how to move forward with a FOIA request on Aaron Jacob Greenspan's fraudulent company set up in Delaware called Think Computer and Thing Link as well. Aaron Jacob Greenspan owns a vicious monetized website called plainsite.org that he is claiming to the IRS that it is a 501c and he is under investigation for tax evasion and fraud. He set up this company with the parents Neil Sanford Greenspan and his mother Judith Keene Greenspan who have been enablers when it comes to this fraud. This Think Computer Foundation/Corporation was set up as a fraudulent entity to "help the children" etc. but what it is really designed to do is to illegally avoid paying taxes to the US government. Think Computer was set up as "for profit" in 1998 in Ohio and they used their home address in Shaker Heights, Ohio. Then in 2000 this family transferred this Corporation as a 501c non-profit to Delaware, so that they would not have to divulge all of their monetized websites that they are not supposed to be running under a 501c(3) but they are doing this in a big way. Currently Neil S Greenspan works at Case Western Reserve University in Cleveland, Ohio. I need all the details that I can get on these people and this fraudulent company for the IRS. Thanks

8587 <8587@protonmail.com>                                                                04/03/2018 (2 months ago)   ☆ 🖨

"Henry, Kerynne (DOJ)",          Sent

Show details

Hello,

Thanks for your quick response. There have been other complaints filed against Aaron Jacob Greenspan's fraudulent 501c under Think Computer. Problem is with this individual that when he finds out the complainants name he goes crazy online with his different monetized website. One being plainsite.org in which he goes in to State and Federal databases to access legal and other information on someone that he wants to get back at and he appears to have hacking skills, as he has accessed documents that have been sealed and are not public.
Aaron Greenspan is a dangerous individual and when he found out my name in a different complaint he simply went crazy and attacked, harassed, stalked and terrorized me online and today is still attacking me. So, for this reason I cannot give my name because I do not want to be terrorized any further by Aaron Greenspan.

I can tell you that his entire operation with the 501c is a complete fraud to avoid paying taxes and currently has many IRS 13909 Referral complaints against him for tax fraud.

Sent with ProtonMail Secure Email.

------- Original Message -------
On April 3, 2018 6:18 AM, Henry, Kerynne (DOJ) <Karynne.Henry@state.de.us> wrote:



U.S. Department of Justice

Mail Referral Unit

Washington, D.C. 20530

June 4, 2018

Diego Mas Marques
P.O. Box 560042
West Medford, MA 02156-0042

Dear Friend:

Thank you for your letter dated May 29, 2018 to the Attorney General, Deputy Attorney General, or Associate Attorney General, which was received by the Department of Justice, Mail Referral Unit, on June 4, 2018 and assigned ID number 4042028.

Your letter will be reviewed and if a response or an update is necessary it will be sent to you within 60 business days. If you have any questions, please contact us at (301) 583-7350 and refer to your ID number 4042028 when requesting any information concerning your correspondence.

Sincerely,

Mail Referral Unit
Department of Justice

**From:** **Shawn Johnson** shawn.johnson@arkansasag.gov  📎
**Subject:** Diego Mas Marques
**Date:** June 8, 2018 at 2:07 PM
**To:** greenspan@post.harvard.edu

Dear Mr. Greenspan:

Diego Mas Marques continues to contact me at the Arkansas Attorney General's Office regarding your website and others that have published his court decisions from the past.  In reviewing the matter, I see that you have filed a restraining order against him in California.  I have some questions about that matter that will help me in dealing with him.

Could you please call me when you have a moment?

Many thanks,

Shawn

**Shawn J. Johnson**
Senior Assistant Attorney General
Office of Arkansas Attorney General Leslie Rutledge

323 Center Street, Suite 200
Little Rock, Arkansas 72201
Office: 501.682.1178 | Fax: 501.682.8118
shawn.johnson@arkansasag.gov | ArkansasAG.gov





# COMPLAINT

## Office of the Ohio Attorney General, Charitable Law Section
150 E. Gay Street, 23rd Floor, Columbus, Ohio 43215, Columbus, OH 43215 Phone: 614-466-3181 Fax: 877-690-1814
http://www.ohioattorneygeneral.gov

Incident No.
100974

| COMPLAINANT | | ORGANIZATION | |
|---|---|---|---|
| Name | Address | Name | Address |
| Diego Mas Marques | PO Box 560042 | Think Computer Foundation | |
| | Medford | | |
| | MA, MA, 02156 | | |
| Phone | | Phone | |
| *Home:* (617) 697-6692 | | | |
| Email | | Email | |
| | | | |
| Connection to the Organization Involved | | Identifiers | |
| | | *EIN* | |
| | | *Bingo License No.* | |

## PERSON(S) THE COMPLAINT IS AGAINST

| Name, Position | Phone | Email |
|---|---|---|
| Dr. Neil S Greenspan | | |
| Aaron Jacob Greenspan | | |

## INCIDENT DETAILS

Complaint Description
MatterID:     1409784
Constituent:  Diego Mas Marques
Address:      PO Box 560042
              Medford , MA  02156
County:       No County entered
              617-697-6692
              Email: 8586@protonmail.com
              Received Date: 06/24/2018
--------Original Message--------
Dr. Neil S Greenspan and his son Aaron Jacob Greenspan have set up a huge Tax Fraud Scam right in the State of Ohio. Its called Think Computer Corporation and Think Computer Foundation that these individuals have turned in to a foreign corporation out of the State of Delaware on January 1, 2010 and have many monetized websites that they are operating under the umbrella of this fraudulent 501c.

These individuals have made lots of money off the backs of people's legal documents by ruining people's careers and reputations with their many monetized websites such as leagle.com and plainsite.org. They operate leagle.com using "Agents", in order to hide their identities from the public and have used a fake name and address that they have posted to ICANN WHOS.

This tax fraud scam by Dr. Neil S Greenspan is actually quite intricate and needed years of patience and planning. First Dr. Neil S Greenspan who actually started all this Tax Fraud in 1997 set up shop in Cleveland Ohio in 1998 as a "For Profit" with Think Computer Corporation. In 2000 Dr. Neil S Greenspan transferred this entire Tax Fraud to the State of Delaware and changed the entity to a Non Profit.

These individual run many monetized websites and have changed this entity to a Foreign Corporation on January 1, 2010 to avoid having to submit yearly earnings reports to the IRS and to the States where they reside such as Ohio and his son Aaron Jacob Greenspan apparently resides in California.

These individuals are taking huge sums of money and are hiding their assets from the IRS and State Governments and are using these ill gotten gains, in order to pay for their son Simon Keene Greenspan's illness with autism and apparently this son Aaron Jacob Greenspan appears to have some mental health issues.

Dr. Neil S Greenspan works as Professor at the Case Western Reserve University in Cleveland, Ohio and in order to keep up his appearance as a squeaky clean Professor he has relegated himself to the VP and Treasurer of this entire Tax Fraud operation and has put his son Aaron Jacob Greenspan at the helm as President and CEO so he can lay low, while his son is in the spotlight as the one in charge, when in fact I believe Dr. Neil S Greenspan is the entire mastermind from the beginning of this Tax Fraud Scam.

Dr. Neil S Greenspan has set up this 501c to "Help the children" but this is an apparent cover up and lie because all the money from their ill gotten gains is going to themselves and only themselves. They are paying all their bills and treatment for their children and from we have looked in to there is hardly anything if nothing going to anyone else but themselves.

As I see it this is a major Tax Fraud Crime that Dr. Neil S Greenspan and his son Aaron Jacob Greenspan has concocted to rip off the US Government and States where they reside.

The monetized websites that these individuals own such as leagle.com and plainsite.org are dedicated to ruining the careers and reputations of Americans all across the USA so that they can make their money by viciously uploading people's legal documents that they download from the Federal database Pacer and other State Courts.

So far I have filed 4 IRS Referral Complaint 13909's against these individuals with the IRS Office in Dallas, Texas and I have even been contacted by this IRS Office where they have requested additional information. This is the reason why I have filed these complaints.

In addiction I uploaded 8 pages of the 60 pages of this business entity from the Cleveland, Ohio Business Licensing Office on April 3, 2018 and on April 4, 2018 Aaron Jacob Greenspan went to the Santa Clara Superior Court in California and has lied under Oath and committed perjury in order to obtain a Temporary Restraining Order against me and to further Harass, Stalk, Shame, Defame and Bully me online Aaron Jacob Greenspan has uploaded all of these Court documents under my name on to his plaisnite.org monetized websites.

I would like the Attorney General to help by:

I am asking the Ohio Attorney General to do a full investigation in to this Tax Fraud by Dr. Neil S Greenspan and his son Aaron Jacob Greenspan and locate all their assets, in order to find out exactly how much money these individuals are taking in and what they are or not reporting as income and assets to the States of Ohio and California and if there is any way to get this Aaron Jacob Greenspan to Cease and Desist from his Harassment and Stalking of me that would greatly be appreciated.

It should be noted that Dr. Nei S Greenspan is aware of everything that his son Aaron Jacob Greenspan is doing and Aaron Jacob Greenspan also makes attempts to extort money out of people to remove the harmful URL's from his monetized websites such as leagle.com and plaisite.org.

Also, Aaron Jacob Greenspan is going in to the USPTO United States Patent and Trade Office where he buys up lots of Trademark names and then hoards these names until a new start company need that particular name for their company. Then Aaron Jacob Greenspan holds this Trademark name hostage and only lets it go to the new company after he extorts the maximum amount of money from the new company owner or owners.

There is no difference between criminals and these individuals, as they hide under the cover of their fraudulent 501c to commit all these dirty deeds and destroy people's careers and reputations for the sole purpose of these individuals to make some easy money for themselves.


Still Happening          End Date                How the Complainant Learned About the Issue
Yes

## OTHER INDIVIDUALS WITH INFORMATION

| Name, Position | Phone | Email |
|---|---|---|

---

| Occurred | | Complaint Created On |
|---|---|---|
| From | | Jun 26, 2018 4:03 PM |
| Thru | | Corinthia Lacey |
| | | |
| Estimated Loss | | Taken By |
| | | Corinthia Lacey |

This report may contain Confidential Law Enforcement Investigatory Records, which may not be subject to public disclosure.

8/25/2018                                                    ServeManager

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Diego Mas Marques<br><br>TELEPHONE NO:                    FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:   56546@protonmail.com<br>ATTORNEY FOR *(Name)*:   In Pro Per | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF   Santa Clara<br>STREET ADDRESS:   191 N. First Street<br>MAILING ADDRESS:   191 N. First Street<br>CITY AND ZIP CODE:   San Jose, CA. 95113<br>BRANCH NAME:   Superior Court of California, County of Santa Clara- Civil Courthouse | |
| PLAINTIFF / PETITIONER:   Diego Mas Marques<br>DEFENDANT / RESPONDENT:   Aaron Jacob Greenspan | CASE NUMBER:<br>18CH008067 |
| **DECLARATION OF DILIGENCE** | Ref. No. or File No.:<br>2577159 (18CH008067) |

I received the within assignment for filing and or/service on: Aug 20, 2018 at 1:53pm PDT and that after due and diligent effort I have been unable to serve said person. I attempted service on this servee on the following dates and times:

**Servee and Address:**   Aaron Jacob Greenspan,

**Documents:**   Notice of Court Hearing(Civil Harassment Prevention), Temporary Restraining Order, Request for Civil Harassment Restraining Order(Civil Harassment Prevention)

**As enumerated below:**
On 08-23-2018, 6:00 a.m., I, Private Investigator John X. Haro arrived to the Servee's address of record, 500 Race Street, Apartment 4321, San Jose, California, to conduct surveillance and attempt service on Mr. Aaron Jacob Greenspan. The subject's vehicle, a 2009 Toyota, bearing California License Plate 6FVW130, was not located in or around the apartment complex. Surveillance was maintained on foot near apartment 4321 between the hours of 6:00 a.m. and 10:06 a.m. At approximately 8:32 a.m., a male of Indian descent exited apartment 4321. From the closed doorway, I could hear a female conversing on the phone with another female. At approximately 9:45 a.m., I observed a male of Indian descent seated near an open window of apartment 4321. At Approximately 10:06 a.m., I knocked on the door of apartment 4321 and was greeted by a female of Indian descent and observed a male of Indian descent seated on the couch. The female informed me that she had moved into apartment 4321 approximately three weeks prior. She did not know Mr. Aaron Greenspan, but informed me that his mail is still being received at the address. She did not have a forwarding mailing address for Mr. Greenspan and directed me to the leasing office. (It should be noted that this conversation was video recorded.) At approximately 10:30 a.m., I made contact with a female in the leasing office of 500 Race Street, San Jose, California. She did not know Mr. Greenspan and could not provide a forwarding mailing address due to tenant privacy policies.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 25, 2018

                                                                        08/25/2018
                                                                        **Date**
John X Haro
P.I. #28636

Haro Investigations
P.O. Box 2471
Gonzales, Ca 93926

DECLARATION OF DILIGENCE

CALIFORNIA STATE TRANSPORTATION AGENCY                                                    GAVIN NEWSOM, *Governor*



**DEPARTMENT OF MOTOR VEHICLES**
INVESTIGATIONS DIVISION
860 Hillview Ct Suite 100
Milpitas, CA 95035
(408) 942-2952
(408) 942-2942 -Fax



October 11, 2019

Aaron Greenspan
956 Carolina St.
San Francisco, CA 94107

Dear Mr. Greenspan

Re:        Case Number 19B3D30150

Thank you for your call today.  I have reviewed the information you provided me
and the Vehicle License Transfer has been removed.  I have contacted the San
Francisco DMV field office at 1377 Fell St. San Francisco, CA 94117 and asked
that the office manager assist you.  Please go to Window 17 and ask to speak to
Ann.  She will be able to help you with the registration of your vehicle and any
additional updates to your record.

Thank you for taking the time to speak with me today, I apologize for the
inconvenience.   If you have any further questions please feel free to reach out
to me at 408-942-2952.

Sincerely,

Wendy Espinoza
Sergeant
Milpitas Team 4 District Office

California Relay Telephone Service for the deaf or hard of hearing from TDD Phones: 1-800-735-2929; from Voice Phones: 1-800-735-2922

INV 51 B (REV. 1/2019) **UH**                          *A Public Service Agency*

CALIFORNIA STATE TRANSPORTATION AGENCY                                                    Gavin Newsom, *Governor*

**LEGAL AFFAIRS DIVISION**
**LEGAL OFFICE C128**
**DEPARTMENT OF MOTOR VEHICLES**
2415 FIRST AVENUE
P.O. BOX 932382
SACRAMENTO, CA 94232-3820
(916) 657-6469



October 17, 2019                                            <u>**VIA U.S. MAIL**</u>

Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107

Re:     Public Records Act Request
        T-PRA-19-003

Dear Mr. Greenspan:

The California Department of Motor Vehicles acknowledges receipt of your email dated
and received on October 11, 2019, requesting the following records pursuant to the
California Public Records Act (Government Code section 6250 et seq.).

*"A copy of all documents associated with DMV Investigation Case No. 18B3D30150,*
*which I believe is assigned to Sergeant Wendy Espinoza in the Milpitas office."*

The California Public Records Act exempts from disclosure records of complaints and
investigations pursuant to Government Code section 6254(f).  Further, the Department
will not release information acquired in confidence by a public employee in accordance
with California Evidence Code section 1040, and will withhold identifying information in
accordance with California Civil Code section 1798.38.  However, the Department will,
where possible, provide information in accordance with Government Code section 6254,
subdivision (f)(1) and (2):

On or about October 4, 2018, the DMV Investigations Division received a complaint in
confidence against Aaron Greenspan.  The complainant alleged that Mr. Greenspan has
used residence addresses where he has never resided in order to obtain a California
Driver's License, and has therefore committed fraud against the State of California and
against any insurance companies that have insured Mr. Greenspan's vehicle.

DMV Investigations, Milpitas District Office, began investigating the matter in October
2018.  In October 2019, DMV Investigations concluded the matter and found no
violations or wrongdoing.

Sincerely,

MICHAEL RAND
Attorney

California Relay Telephone Service for the deaf or hearing impaired from TDD Phones: 1-800-735-2929; from Voice Phones: 1-800-735-2922

ADM 661 (REV. 1/2019) **DMVWeb**                    *A Public Service Agency*

**San Francisco Police Department**
## INCIDENT REPORT

Report Type: **Initial**    180922429

**INCIDENT**

| Incident Number 180-922-429 | Occurrence From Date / Time 10/09/2018    00:00 | Occurrence To Date / Time 12/07/2018    09:30 | Reported Date / Time 12/07/2018    09:30 | CAD Number 183411061 |
|---|---|---|---|---|

Type of incident
COURTESY REPORT  68030

| Location of Occurrence: 956 CAROLINA ST | At Intersection with/Premise Type HOUSE | District BAYVIEW |
|---|---|---|

| Confidential Report? ☐ | Arrest Made? ☐ | Suspect Known? ☑ | Suspect Unknown? ☐ | Non-Suspect Incident? ☐ | Domestic Violence? ☐ | (Type of Weapon Used) | Use of Force? ☐ | Reporting Unit 3C00 |
|---|---|---|---|---|---|---|---|---|

| Location Sent / On View: 201 WILLIAMS AVE | At Intersection with | Reporting District BAYVIEW |
|---|---|---|

| Crime and Clearance Status 0 | Reported to Bureau | Name | Star | Date/ Time | Elder Victim ☐ | Gang Related? ☐ | Juvenile Subject? ☐ | Prejudice Based? ☐ |
|---|---|---|---|---|---|---|---|---|

Have you reviewed the attached list of procedures required by Department General Order (DGO) 7.04?

**OFFICER DECLARATION**

I declare under penalty of perjury, this report of _3_ pages is true and correct, based on my personal knowledge, or is based on information and belief following an investigation of the events and parties involved.
PROP.115 CERTIFIED    Post Training

| Reporting Officer (PSA) PARUN, KATE A | Star 4787 | Station Bayview Station | Watch 0500-1500 | Date 12/07/18 13:46 |
|---|---|---|---|---|
| Reviewing Officer SOLORZANO, DANIEL C | Star 2306 | Station Bayview Station | Watch 0530-1530 | Date 12/07/18 13:57 |
| OIC SOLORZANO, DANIEL C | Star 2306 | Station Bayview Station | Watch 0530-1530 | Date 12/07/18 13:57 |

| Related Case — | Related Case — | Re-assigned to Copies to 2A00 | Assigned to  2A00 Add'l Copies | Assigned by KP 4787 |
|---|---|---|---|---|

**VICTIM 1**

| Code V 1 | Name (Last, First Middle) MAS MARQUES, MARY | Alias | Email |
|---|---|---|---|

| Day Phone (000) 000-0000 | Type Unknown | Home Address | City MARLBOROUGH | State MA | Zip Code |
|---|---|---|---|---|---|
| Night Phone | Type | Work Address | City | State | Zip Code |

| DOB / Age DOB Unk. ☑ | or age between and | Race W | Sex F | Height | Weight | Hair Color UNK | Eye Color UNK | ID Type  Jurisd.  ID No. |
|---|---|---|---|---|---|---|---|---|

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☐ | Statement YES ☐ | Relationship to Subject STRANGER/NONE |
|---|---|---|---|---|---|---|

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language WIFE OF (RV1) DIEGO |
|---|---|---|

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

**R/V 1  VICTIM**

| Code R/V 1 | Name (Last, First Middle) MAS MARQUES, DIEGO | Alias | Email |
|---|---|---|---|

| Day Phone | Type Cell | Home Address | City MARLBOROUGH | State MA | Zip Code |
|---|---|---|---|---|---|
| Night Phone | Type | Work Address | City | State | Zip Code |

| DOB / Age 10/14/64   54 | DOB Unk. ☐ | or age between and | Race U | Sex M | Height | Weight | Hair Color | Eye Color | ID Type  Jurisd.  ID No. |
|---|---|---|---|---|---|---|---|---|---|

| Confidential Person ☐ | Violent Crime Notification ☐ | 293 PC Notification ☐ | Star | Follow-up Form YES ☑ | Statement YES ☑ | Relationship to Subject STRANGER/NONE |
|---|---|---|---|---|---|---|

| School (if Juvenile) | Injury/Treatment | Other Information/If Interpreter Needed Specify Language |
|---|---|---|

| Interpreter Needed ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

SFPD Crime Information Service by A11506 on 4/18/11 10:07:32 (415) 515-4632

San Francisco Police Department

Report Type: **Initial**

## **INCIDENT REPORT**

**180922429**

| | | |
|---|---|---|
| **S** | Code<br>S 1 | Name (Last, First Middle)<br>GREENSPAN, AARON JACOB |

| Code | Name (Last, First Middle) | Alias | Email |
|---|---|---|---|
| S 1 | GREENSPAN, AARON JACOB | | |

| Day Phone | Type | Home Address | City | State | Zip Code |
|---|---|---|---|---|---|
| (000) 000-0000 | Unknown | 956 CAROLINA ST | SAN FRANCISCO | CA | 94107- |

| Night Phone | Type | Work Address | City | State | Zip Code |
|---|---|---|---|---|---|
| | | | | | |

| DOB<br>Unknown ☐ | Date of Birth<br>03/31/83 | Age<br>35 | or age between<br>and | Race<br>U | Sex<br>M | Height | Weight | Hair Color<br>UNK | Eye Color<br>UNK |
|---|---|---|---|---|---|---|---|---|---|

| SFNO | J/D# (if Juvi) | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number | ID Type/Jurisdiction/Number |
|---|---|---|---|---|
| | | | | |

| Booking Charge(s) | Booking Location |
|---|---|
| | |

| Warrant # | Court# | Action# | Dept# | Enroute to |
|---|---|---|---|---|
| | | | | |

| Warrant Violation(s) | Bail<br>($) |
|---|---|
| | |

| Citation# | Violation(s) | Appear Date/time | Location of Appearance |
|---|---|---|---|
| | | | |

| ☐ CA Form Booked<br>Copy Attached | Mirandized: Star<br>☐ | Date   Time | CWB Check          Star |
|---|---|---|---|

| Book/Cite Approval | Star | Mass Arrest Code | M X-Rays<br>☐ | School (if Juvenile) | Statement<br>☐ |
|---|---|---|---|---|---|

Other Information:  Citation/Warrant/Booking Charge(s)/Missing Person-Subject Description;  Scars, Marks, Tattoos

| Interpreter<br>Needed   ☐ | Language | Language Description(if Other) | Language Line Service/Interpreter ID# | Bilingual Ofc Star# |
|---|---|---|---|---|

Retrieved by A11506 on 4/11/19 at 09:07:35 AM

SFPD Crime Information Service Unit (415) 575-7232

San Francisco Police Department
**INCIDENT REPORT**

Report Type: **Initial**

180922429

# NARRATIVE

On 12/07/2018 at 0930 hours, I was working station duty when I answered a telephone call from a person who identified himself as (RV1) Diego Mas Marques. Mas Marques stated that he was calling from Marlborough, Massachusetts.

Mas Marques stated that he was granted a restraining order by a Santa Clara Superior Court judge against (S1) Aaron Jacob Greenspan, 956 Carolina St. Mas Marques stated that Greenspan had violated that order. While researching independent online sites including Greenspan's Twitter account (plainsite@plainsite), and Greenspan's website (plainsite.org), Mas Marques discovered that Greenspan continued to post information about him (Mas Marques) and his wife, (V1) Mary Mas Marques. The posted information included: documents in which Mas Marques is named; Mas Marques' home address, and phone number; and his wife's, (V1) Mary Mas Marques, work address.

A computer check of Greenspan showed that there is a current restraining order #18CH008067, issued on 10/09/2018, against Greenspan, with Mas Marques and Mary Mas Marques listed as two of the four protected persons. The restraining order was issued by the Santa Clara County Superior Court in San Jose.

The order lists Greenspan's address as: 500 Race St., Suite 4321, San Jose, CA 95126. Mas Marques provided Greenspan's current address as: 956 Carolina St.

Sgt. Bugarin #1728, advised me to file this report as a courtesy report. I gave Mas Marquez his case number.

# California State Bar Court Record

---

**CASE INFORMATION**

19-O-12785 | ███████████████

CASE NUMBER
19-O-12785

COURT
SAN FRANCISCO

FILE DATE
03/18/2019

CASE TYPE
ORIGINAL MATTER

CASE STATUS
INTAKE - CLOSED - INSUFFICIENT EVIDENCE

**PARTY**

RESPONDENT
████████████████

DOB
XX/XX/XXXX

STATE ID
███████

COMPLAINING WITNESS
MAS MARQUES, DIEGO

# CRIMINAL COMPLAINT

19-21AC-13-7 District Court Department

I, the undersigned complainant, request that a criminal complaint issue against the accused charging the offense(s) listed below. If the accused **HAS NOT BEEN ARRESTED** and the charges involve:

☐ ONLY MISDEMEANOR(S), I request a hearing **WITHOUT NOTICE** because of an imminent threat of
  ☐ BODILY INJURY ☐ COMMISSION OF A CRIME ☐ FLIGHT ☐ **WITH NOTICE** to accused.
☐ ONE OR MORE FELONIES, I request a hearing ☐ **WITHOUT NOTICE** ☐ **WITH NOTICE** to accused.

☐ WARRANT is requested because prosecutor represents that accused may not appear unless arrested.

**Marlborough District Court**
**45 Williams Street**
**Marlborough, Ma 01752**

ARREST STATUS OF ACCUSED
☐ **HAS** ☐ **HAS NOT** been arrested

## INFORMATION ABOUT ACCUSED

| NAME (FIRST MI LAST) AND ADDRESS | BIRTH DATE | SOCIAL SECURITY NUMBER |
|---|---|---|
| AARON JACOB GREENSPAN 956 CAROLINA, STREET SAN FRANCISCO, CA. 94107 | 3/31/1983 | |

| PCF NO. | MARITAL STATUS S | |
|---|---|---|

| DRIVERS LICENSE NO. | | STATE CA |
|---|---|---|

| GENDER M | HEIGHT | WEIGHT 170 | EYES BROWN |
|---|---|---|---|

| HAIR BLACK | RACE W | COMPLEXION | SCARS/MARKS/TATTOOS | INTERPRETER NEEDED (language) | BIRTH STATE OR COUNTRY | DAY PHONE |
|---|---|---|---|---|---|---|

| EMPLOYER/SCHOOL | MOTHER'S MAIDEN NAME (FIRST MI LAST) JUDITH KEENE | FATHER'S NAME (FIRST MI LAST) NEEL SANFORD GREENSPAN |
|---|---|---|

## CASE INFORMATION

| COMPLAINANT NAME (FIRST MI LAST) DIEGO MAS MARQUES | COMPLAINANT TYPE ☐ POLICE ☒ CITIZEN ☐ OTHER | PD Marlboro |
|---|---|---|

| ADDRESS 4512 WILLOW TRAIL MARLBOROUGH, MA 01752 | PLACE OF OFFENSE ONLINE |
|---|---|

| | INCIDENT REPORT NO. | OBTN |
|---|---|---|

| | CITATION NO(S). | |
|---|---|---|

| | OFFENSE CODE | DESCRIPTION HARASSMENT / STALKING VIOLATION OF RESTRAINING ORDER, VARIOUS DATES | OFFENSE DATE BETWEEN JULY 3, 2018 UNTIL N... |
|---|---|---|---|
| 1 | VARIABLES (e.g. victim name, controlled substance, type and value of property, other variable information; see Complaint Language Manual) | | |

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 2 | VARIABLES | | |

| | OFFENSE CODE | DESCRIPTION | OFFENSE DATE |
|---|---|---|---|
| 3 | VARIABLES | | |

| REMARKS | COMPLAINANT'S SIGNATURE X Diego Mas | DATE FILED 4/8/2019 |
|---|---|---|

| COURT USE ONLY → | A HEARING UPON THIS COMPLAINT APPLICATION WILL BE HELD AT THE ABOVE COURT ADDRESS ON | DATE OF HEARING 5/9/19 | TIME OF HEARING AT 2:30 PM | COURT USE ONL |
|---|---|---|---|---|

### PROCESSING OF NON-ARREST APPLICATION (COURT USE ONLY)

| DATE | | CLERK/JUDGE |
|---|---|---|
| | NOTICE SENT OF CLERK'S HEARING SCHEDULED ON: | |
| | NOTICE SENT OF JUDGE'S HEARING SCHEDULED ON: | |
| | HEARING CONTINUED TO: | |
| | APPLICATION DECIDED WITHOUT NOTICE TO ACCUSED BECAUSE: ☐ IMMINENT THREAT OF ☐ BODILY INJURY ☐ CRIME ☐ FLIGHT BY ACCUSED ☐ FELONY CHARGED AND POLICE DID NOT REQUEST NOTICE ☐ FELONY CHARGED BY CIVILIAN; NO NOTICE AT CLERK'S DISCRETION | |

| DATE | COMPLAINT TO ISSUE | COMPLAINT DENIED | CLERK/JUDGE |
|---|---|---|---|
| | ☐ PROBABLE CAUSE FOUND FOR ABOVE OFFENSE(S) NO(S). ☐ 1. ☐ 2. ☐ 3. BASED ON ☐ FACTS SET FORTH IN ATTACHED STATEMENT(S) ☐ TESTIMONY RECORDED: TAPE NO. _____ START NO. _____ END NO. _____ ☐ WARRANT ☐ SUMMONS TO ISSUE SCHEDULED ARRAIGNMENT DATE: | ☐ NO PROBABLE CAUSE FOUND ☐ REQUEST OF COMPLAINANT ☐ FAILURE TO PROSECUTE ☐ AGREEMENT OF BOTH PARTIES ☐ OTHER: COMMENT | |

STATEMENT
IN SUPPORT OF
APPLICATION FOR CRIMINAL COMPLAINT

1921.AC - 120

Trial Court of Massachusetts
— OF — District Court Department

The undersigned alleges the following as a ☐ full or ☒ partial statement
of the factual basis for the offense(s) for which a criminal complaint is sought.

COURT DIVISION

SINCE March of 2017, AARON JACOB GREENSPAN HAS BEEN THREATENING
HARASSING, STALKING, DEFAMING AND CYBER BULLYING MYSELF
AND MY FAMILY. THIS STARTED AFTER I FILED A COMPLAINT
AGAINST LEAGLE.com WITH THE ARKANSAS ATTORNEY GENERAL OFFICE
I HAVE A RESTRAINING ORDER AGAINST AARON JACOB GREENSPAN
OUT OF THE SANTA CLARA SUPERIOR COURT IN SAN JOSE, CA.
THE CASE NUMBER IS 18 CH 008 067. AARON JACOB GREENSPAN
KEPT AVOIDING SENVICE OF THE R/O SINCE 7/3/2018
UNTIL HE SHOWED UP IN COURT BEFORE JUDGE DEBORAH RYAN
WHERE HE WAS FINALLY SERVED THE R/O ON 10/09/2018.
ON THE SAME DAY THIS INDIVIDUAL WAS SERVED ON 10/09/18,
HE TOOK TO TWITTER @PlainSite and @aarongreenspan
at @5Pm California time and every single day for weeks
ON END WAS HARASSING MY SELF AND MY FAMILY WITH VILE
COMMENTS, POSTING MY HOME ADDRESS AND MUCH MORE.
ON DECEMBER 12, 2018 BEFORE JUDGE CAROL OVERTON AT THE
SANTA CLARA SUPERIOR COURT, AARON JACOB GREENSPAN
(HE IS USING A WIDE VARIETY OF SOCIAL MEDIA ACCOUNTS TO HARASS)
ADMITTED TO VIOLATING THE R/O OVER A DOZEN TIMES AND
HE IS STILL CONTINUING W/ THESE VIOLATIONS TODAY. AN
COMPLAINTS HAVE BEEN FILED WITH THE MARLBOROUGH, [illegible]

| PRINTED NAME | SIGNATURE | I AM A: | DATE SIGNED |
|---|---|---|---|
| DIEGO MASMARQUES | X  Diego Mar... | ☐ LAW ENFORCEMENT OFFICER ☒ CIVILIAN COMPLAINANT OR WITNESS | 4/8/19 |

ADDITIONAL FACTS FOUND BY CLERK-MAGISTRATE / ASST. CLERK / JUDGE BASED ON ORAL TESTIMONY

| REMARKS | SIGNATURE OF CLERK-MAGISTRATE / ASST.CLERK / JUDGE | DATE SIGNED |
|---|---|---|
| | X | |

DC-CR-34 (7/04)

# MARLBOROUGH DISTRICT COURT

45 Williams Street
Marlborough, MA 01752
Tel: 508-485-3700 / Fax: 508-485-1575

## Michael Fabbri, Presiding Justice

Paul F. Malloy, Clerk Magistrate                    Darryl S. Whitney, First Assistant Clerk Magistrate

May 15, 2019

Aaron J. Greenspan
956 Carolina Street
San Francisco,CA 94107

RE:   Diego MasMarques v Aaron J. Greenspan
      Dkt #1921AC000120

Dear Mr. Greenspan:

After complete review of the above matter, I find there is No Probable Cause for the complaint to issue.

If you have any further questions, please don't hesitate to contact me.

Sincerely,

Darryl Whitney
First Assistant Clerk Magistrate
508-485-3700 x204

| COMPLAINT FOR PROTECTION FROM HARASSMENT<br>G.L. c. 258E | Docket No. 19-2204 | Massachusetts Trial Court |
|---|---|---|

**A** ☐ BOSTON MUNICIPAL COURT ☐ DISTRICT COURT ☐ JUVENILE COURT ☐ SUPERIOR COURT | DIVISION

**B**

NAME OF PLAINTIFF *(person seeking protection)*
*DIEGO MAS MATQUES*

NAME OF DEFENDANT *(person accused of harassment)*
*AARON JACOB GREENSPAN*

**C**

I am: ☑ 18 or older ☐ 17 ☐ 16 or younger
The Defendant is: ☑ 18 or older ☐ 17 ☐ 16 or younger

☐ I am under the age of 18 and _____
my _____ *(relationship to Plaintiff)*,
has filed this Complaint for me.

Are there any prior or pending actions involving the plaintiff and the defendant, including any court actions or administrative or disciplinary proceedings? ☐ NO ☑ YES
*If so, list court or organization, type of action, date and docket no. (if available).*
*CALIFORNIA RESTRAINING ORDER*

**D**

I SUFFERED HARASSMENT WHEN:

☑ on or about *(dates)* 10/8/2019 11/6/19 / 3/2/15 the Defendant committed 3 or more acts of willful and malicious conduct aimed at me which were committed with the intent to cause fear, intimidation, abuse or damage to property and did in fact cause fear, intimidation, abuse or damage to property.

☐ on or about *(date)* _____ the Defendant by force, threat or duress caused me to involuntarily engage in sexual relations.

☑ on or about *(date)* 10/9/19 - 11/6/19 3/2/19 - MANY MORE DATES the Defendant committed against me an act that constitutes a violation of one of the following statutes: G.L. c. 265, §§ 13B, 13F or 13H (indecent assault and battery), 22 or 22A (rape), 23 (statutory rape), 24 or 24B (assault with intent to rape), 26C (enticing a child), 43 (criminal stalking) or 43A (criminal harassment), or G.L. c. 272, § 3 (drugging for sexual intercourse).

**E**

THEREFORE, I ASK THE COURT:

☑ 1. to order the Defendant not to abuse me by physically harming me, attempting to physically harm me, or placing me in fear of imminent serious physical harm, and to stop harassing me (1) by any willful and malicious conduct aimed at me and intended to cause fear, intimidation, abuse or damage to property, or (2) by using force, threat or duress to make me engage in sexual relations unwillingly, or (3) by committing against me any act that constitutes a violation of any of the following statutes: G.L. c. 265, §§ 13B, 13F or 13H (indecent assault and battery), 22 or 22A (rape), 23 (statutory rape), 24 or 24B (assault with intent to rape), 26C (enticing a child), 43 (criminal stalking) or 43A (criminal harassment), or G.L. c. 272, § 3 (drugging for sexual intercourse).

☑ 2. to order the Defendant not to contact me, unless authorized to do so by the Court.

☑ 3. to order the Defendant to remain away from my residence *(as listed on the PLAINTIFF CONFIDENTIAL INFORMATION FORM)*.

☑ 4. to order the Defendant to remain away from my workplace *(as listed on the PLAINTIFF CONFIDENTIAL INFORMATION FORM)*.

☐ 5. to order the Defendant to pay me $ _____ in compensation for the following losses suffered as a direct result of the harassment:
_____
_____
_____

☑ 6. to order the relief I have requested, except for compensation for losses suffered, without advance notice to the Defendant because there is a substantial likelihood of immediate danger of harassment. I understand that, if the Court issues such a temporary Order, the Court will schedule a hearing within 10 court business days to determine whether such a temporary Order should be continued, and I must appear in court on that day if I wish the Order to be continued.

Please complete the AFFIDAVIT on the reverse of this page, the PLAINTIFF CONFIDENTIAL INFORMATION FORM, and the DEFENDANT INFORMATION FORM.

| DATE 7/29/19 | PLAINTIFF'S SIGNATURE x *(signature)* |

This is a request for a civil order to protect the Plaintiff from future abuse or harassment. The actions of the Defendant may also constitute a crime subject to criminal penalties. For information about filing a criminal complaint, you may talk with the District Attorney's Office for the location where the alleged harassment occurred.

HA-1 (8/10)

COURT COPY

**AFFIDAVIT**

Describe in detail the most recent incidents of harassment. If the harassment consisted only of conduct that was willful and malicious but was not a violation of the listed criminal statutes, you must describe at least 3 separate incidents of such harassment. The judge requires as much information as possible, such as what happened, each person's actions, the dates, locations, any injuries, and any medical or other services sought. Also, describe any history of harassment, with as much of the above detail as possible.

On or about March 28, 20 18 the Defendant AARON JACOB GREENSPAN INITIATED AN ONLINE HARASSMENT AND STALKING COMPAIGN AGAINST MYSELF AND MY IMMEDIATE FAMILY, BY POSTING VILE COMMENTS ON DATING PSYCHOS.com, REPORT CHEATER.com, REPORT CHEATING.com, EXPOSE CHEATER.com, INTERNET CHEATERS.com, BADBIZREPORT.com, CYBER EXTORTIONER.com, report my ex.com, plainsite.org, report cheatingwife.com, report my ex.com, reddit.com, and many more

DEFENDANT THAT USED HIS TWITTER ACCOUNTS @plainsite and @aarongreenspan to harass he non-stop, uploading my home address, signatures, wife's place of employment and more from 10/09/18, 10/12/18/18, 10/17/18/ 12/1/18 and most recently using his twitter accounts to harass me in May of 2019 exposing personal INFO. THE ORDER ISSUED BY THE SANTA CLARA SUPERIOR COURT IS IN EFFECT PRESENTLY.

If more space is needed, attach additional pages and check this box: ☐

I declare under penalty of perjury that all statements of fact made above, and in any additional pages attached, are true.

| DATE SIGNED | PLAINTIFF'S SIGNATURE |
|---|---|
| 7/29/19 | x  Diego M____ |

| WITNESSED BY | PRINTED NAME OF WITNESS | TITLE/RANK OF WITNESS |
|---|---|---|
| x | | |

# DEFENDANT INFORMATION FORM
AS PROVIDED BY PLAINTIFF
G.L. c. 209A or G.L. c. 258E

Docket No. / FOl NO. OR J.O. NO.

4  19-2209

**Massachusetts Trial Court**

This information is requested to help police to identify and locate the Defendant in order to serve the Defendant with a copy of any restraining Order that is issued. Please provide as much information as possible.

| DEFENDANT'S NAME | DATE OF BIRTH |
|---|---|
| AARON JACOB GREENSPAN | 3/31/1983 |

| OTHER NAMES USED BY DEFENDANT, IF ANY | PLACE OF BIRTH |
|---|---|
| AARON GREENSPAN | UNKNOWN |

| MOTHER'S MAIDEN NAME (FIRST & LAST) | FATHER'S NAME (FIRST & LAST) | SOCIAL SECURITY NO. |
|---|---|---|
| JUDITH KEENE GREENSPAN | NEIL SANFORD GREENSPAN | UNKNOWN |

| SEX | RACE | EYES | HAIR | HEIGHT | WEIGHT | PHOTO AVAILABLE? (very helpful for ID) |
|---|---|---|---|---|---|---|
| ☑ MALE ☐ FEMALE | | Brown | Black | 5'10" | 180 lbs | ☑ YES ☐ NO |

| BUILD | OTHER PHYSICAL CHARACTERISTICS (beard, glasses, scars, tattoos, complexion, hairstyle) |
|---|---|
| Slim | |

| DEFENDANT'S HOME ADDRESS (NO., STREET, CITY, STATE, ZIP) | DEFENDANT'S HOME TELEPHONE NO. |
|---|---|
| 956 CAROLINE STREET, SAN FRANCISCO. | |

| APT NO. | FLOOR NO. | NAME ON DOOR/MAILBOX | DOES DEFENDANT UNDERSTAND ENGLISH? ☑ YES ☐ NO  IF NOT, WHAT LANGUAGES? |
|---|---|---|---|

| DEFENDANT'S EMPLOYER/WORKPLACE | WORK TELEPHONE NO. |
|---|---|
| THINK COMPUTER FOUNDATION/CORPORATION  Plaintir. org. | |

| WORK ADDRESS (NO., STREET, CITY, STATE, ZIP) | TITLE |
|---|---|
| 956 CAROLINE STREET  SAN FRANCISCO, CA. 94107 | OWNER/OPERATOR OF |

| DEPARTMENT | WORK HOURS |
|---|---|

| OTHER PLACES DEFENDANT MAY BE FOUND (friends, bars, relatives, hangouts) | BEST PLACE TO FIND DEFENDANT |
|---|---|
| | UNKNOWN |

| MOTOR VEHICLE LICENSE PLATE | YEAR | MAKE | MODEL | COLOR | BEST TIMES TO FIND DEFENDANT |
|---|---|---|---|---|---|
| | 2009 | TOYOTA | COROLLA | TEAL | UNKNOWN |

DOES DEFENDANT HAVE: (describe very briefly)

A history of violence toward police officers? ☐ NO ☐ YES

A history of using/abusing drugs or alcohol? ☐ NO ☐ YES  What kind?

Access to guns, a license to carry, or possess a gun? ☐ NO ☐ YES  What kind?

Psychiatric/emotional problems? ☐ NO ☑ YES  What kind? STALKING, HARASSMENT ONLINE STALKING.

ANY OTHER INFORMATION WHICH MIGHT BE HELPFUL IN LOCATING THE DEFENDANT

DEF. AARON JACOB GREENSPAN ALSO IS USING HIS PARENTS ADDRESS AT 20560 SHELBURNE ROAD, SHAKER HEIGHTS, OHIO IN OTHER FORMS AND IS WELL KNOWN TO THE SHAKER.

| DATE SIGNED | PRINT PLAINTIFF'S NAME | PLAINTIFF'S SIGNATURE |
|---|---|---|
| 7/29/2019 | DIEGO MAS MARQUE | x  Diego Mah |

FA/HA-5 (5/10)

# HARASSMENT PREVENTION ORDER
### G.L. c. 258E

**Massachusetts Trial Court**

No 19-2204

PLAINTIFF'S NAME: Debra Mas Marques

COURT NAME & ADDRESS
Middlesex Superior Court
200 Trade Center, 2nd Floor
Woburn, MA 01801

DEFENDANT'S NAME AND ADDRESS: Aaron Jacob Granston

ALIAS, IF ANY: NONE

DATE OF BIRTH:

SEX: ☒ Male ☐ Female

PLACE OF BIRTH:

MOTHER'S MAIDEN NAME (FIRST & LAST):

SOCIAL SECURITY NO.:

DAYTIME PHONE NO.:

FATHER'S NAME (FIRST & LAST):

## VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE punishable by imprisonment or fine or both.

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** (only those items checked shall apply)

☒ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of harassment.

☒ This Order was communicated by telephone from the Judge named below to:

Police Dept. _____ Police Officer _____

☒ **1. YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm. **YOU ARE ALSO ORDERED NOT TO HARASS THE PLAINTIFF** (1) by any willful and malicious conduct aimed at the Plaintiff and intended to cause fear, intimidation, abuse or damage to property, or (2) by using force, threat or duress to make the Plaintiff engage in sexual relations unwillingly, or (3) by committing any of the following: indecent assault and battery, rape, statutory rape, assault with intent to rape (G.L. c. 265, §§ 13B, 13F, 13H, 22, 22A, 23, 24, 24B), enticing a child (§ 26C), criminal stalking (§ 43), criminal harassment (§ 43A), or drugging for sexual intercourse (G.L. c.272, §3).

☒ **2. YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF** either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least _200_ yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exception to this Order is that you may send to the Plaintiff by mail or by sheriff or other authorized officer copies of papers filed with the court when that is required by statute or court rule.

☒ **3. YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S RESIDENCE** located at _WHEREVER LOCATED_
and wherever else you have reason to know the Plaintiff may reside.

☐ If this box is checked, you are also **ORDERED** to remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☒ **4. YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S WORKPLACE** located at _WHEREVER LOCATED_
and wherever else you have reason to know the Plaintiff may work.

☐ **5. YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF** for $ _____ in losses suffered as a direct result of the harassment, to be paid in full on or before _____, 20 ___ ☐ by mailing directly to the Plaintiff. ☐ through the Court.

☐ **6.** _____

**B. NOTICE TO LAW ENFORCEMENT**

1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons) and make return of service to this court. If this box is checked ☐ service may instead be made by leaving such copies at the Defendant's address shown above but only if the police officer is unable to deliver such copies in hand to the Defendant.

2. Defendant Information Form accompanies this Order. ☐ 3. Police reports are on file at the _____ P.D.

☐ 4. Outstanding warrants for the Defendant's arrest: PCF No. _____ Docket No(s). _____

☐ 5. An imminent threat exists of bodily injury to the Plaintiff. _____ P.D. notified by ☐ telephone ☐ other: _____

DATE OF THIS ORDER: 7/29/19

TIME OF THIS ORDER: 4:27 ☐ A.M. ☐ P.M.

EXPIRATION DATE OF THIS ORDER: 3AM 8/6/19 at 4 P.M.

SIGNATURE/NAME OF JUDGE: X M.D. RICCIUTI

NEXT HEARING DATE: 8/6/19 at 2 ☐ A.M. ☒ P.M. in Courtroom 620

FIRST OR CHIEF JUSTICE:

WITNESS:

A TRUE COPY ATTEST: X

CLERK-MAGISTRATE/ASST. CLERK:

*The Plaintiff must appear at scheduled hearings, or this Order will expire. The Defendant may appear, with or without an attorney, to oppose any extension or modification of this Order. If the Defendant does not appear, the Order may be extended or modified as determined by the Judge. For good cause, either the Defendant or the Plaintiff may request the Court to modify this Order before its scheduled expiration date. NOTICE TO DEFENDANT: If the Plaintiff is your spouse or former spouse, or you are the parent of a child of the Plaintiff, or you cohabit or have cohabited with the Plaintiff, the purchase and/or possession of a firearm and/or ammunition while this order is in effect is a federal crime, subject to certain exceptions. 18 U.S.C. §§ 922(g)(8) and 925.*

HA-2 (5/10)

AFTER HEARING, ORDER REMAINS IN EFFECT UNTIL 5PM 9/6/19
M.D. RICCIUTI, J  8/27/19

_(handwritten right margin:)_ AFTER HEARING, ORDER REMAINS IN EFFECT UNTIL 8/27/19 AT 5PM. M.D. RICCIUTI, J 8/6/19

**COURT COPY**

| **AFFIDAVIT FOR FILING**<br>**OUT-OF-STATE PROTECTIVE ORDER**<br>G.L. c. 209A, § 5A *or* G.L. c. 258E, § 7 | *(for court use only)* | **Massachusetts Trial Court**  |

Pursuant to G.L. c. 209A, § 5A or G.L. c. 258E, § 7, I swear or affirm that to the best of my knowledge the order issued by

<u>SANTA CLARA SUPERIOR CT.</u> of <u>CALIFORNIA</u> ,

(court)                 (state)

a certified copy of which is submitted with this affidavit, is presently in effect as written.

Signed under the penalties of perjury.

| DATE SIGNED<br>*July 29, 2019* | PLAINTIFF'S SIGNATURE<br>x *Onga Mae Morgan* |

*Please submit with this affidavit a certified copy of the other state's court order*
*and the Massachusetts "PLAINTIFF CONFIDENTIAL INFORMATION" and "DEFENDANT INFORMATION PROVIDED BY PLAINTIFF" forms.*

STATUTORY EXCERPTS

**G.L. c. 209A, § 1.** "As used in this chapter the following words shall have the following meanings: . . . .
"'Protection order issued by another jurisdiction', any injunction or other order issued by a court of another state, territory or possession of the United States, the Commonwealth of Puerto Rico, or the District of Columbia, or tribal court that is issued for the purpose of preventing violent or threatening acts or harassment against, or contact or communication with or physical proximity to another person, including temporary and final orders issued by civil and criminal courts filed by or on behalf of a person seeking protection."

**G.L. c.209A, § 5A.** "Any protection order issued by another jurisdiction, as defined in section one, shall be given full faith and credit throughout the commonwealth and enforced as if it were issued in the commonwealth for as long as the order is in effect in the issuing jurisdiction.
"A person entitled to protection under a protection order issued by another jurisdiction may file such order . . . by filing with the court a certified copy of such order which shall be entered into the statewide domestic violence record keeping system established pursuant to the provisions of [St. 1992, c. 188, § 7] and maintained by the office of the commissioner of probation. Such person shall swear under oath in an affidavit, to the best of such person's knowledge, that such order is presently in effect as written. Upon request by a law enforcement agency, the register or clerk of such court shall provide a certified copy of the protection order issued by the other jurisdiction.
"A law enforcement officer may presume the validity of, and enforce . . . a copy of a protection order issued by another jurisdiction which has been provided to the law enforcement officer by any source; provided, however, that the officer is also provided with a statement by the person protected by the order that such order remains in effect. Law enforcement officers may rely on such statement by the person protected by such order."

**G.L. c. 258E, § 1.** "As used in this chapter the following words shall, unless the context clearly requires otherwise, have the following meanings . . . .
"'Protection order issued by another jurisdiction', an injunction or other order issued by a court of another state, territory or possession of the United States, the Commonwealth of Puerto Rico, or the District of Columbia, or a tribal court that is issued for the purpose of preventing violent or threatening acts, abuse or harassment against, or contact or communication with or physical proximity to another person, including temporary and final orders issued by civil and criminal courts filed by or on behalf of a person seeking protection."

**G.L. c. 258E, § 7.** "Any protection order issued by another jurisdiction shall be given full faith and credit throughout the commonwealth and enforced as if it were issued in the commonwealth for as long as the order is in effect in the issuing jurisdiction.
"A person entitled to protection under a protection order issued by another jurisdiction may file such order with the appropriate court by filing with the court a certified copy of such order. Such person shall swear under oath in an affidavit, to the best of such person's knowledge, that such order is presently in effect as written. Upon request by a law enforcement agency, the clerk or clerk-magistrate of such court shall provide a certified copy of the protection order issued by the other jurisdiction.
"A law officer may presume the validity of, and enforce . . . a copy of a protection order issued by another jurisdiction which has been provided to the law officer by any source; provided, however, that the officer is also provided with a statement by the person protected by the order that such order remains in effect. Law officers may rely on such statement by the person protected by such order."

FA/HA-9 (5/10)

## COMMONWEALTH OF MASSACHUSETTS

**MIDDLESEX, ss.**

**SUPERIOR COURT
CIVIL ACTION
NO. 19-02204**

### DIEGO MAS MARQUES

#### vs.

### AARON JACOB GREENSPAN

### ORDER OF DISMISSAL

After hearing, the Court provided each party until September 17, 2019 at 4 PM to make any further filings in this case.  None have been made.  As all other disputes have been resolved, this case is hereby **DISMISSED**.

**SO ORDERED.**

_M.D. Ricciuti_____
MICHAEL D. RICCIUTI
Justice of the Superior Court

Dated: September 19, 2019

| **CLERK'S NOTICE** | DOCKET NUMBER<br>**1981CV02204** | **Trial Court of Massachusetts**<br>**The Superior Court** |
|---|---|---|

| CASE NAME:<br>Mas Marques, Diego vs. Greenspan, Aaron Jacob | Michael A. Sullivan, Clerk of Court<br>Middlesex County |
|---|---|

| TO:<br>Aaron J Greenspan<br>956 Carolina Street<br>San Francisco, CA 94107 | COURT NAME & ADDRESS<br>Middlesex County Superior Court - Woburn<br>200 Trade Center<br>Woburn, MA 01801 |
|---|---|

You are hereby notified that on 09/19/2019 the following entry was made on the above referenced docket:

ORDER: of Dismissal:  After hearing, the Court provided each party until September 17, 2019 at 4 pm to make any further filings in this case.  None have been made.  As all other disputes have been resolved, this case is hereby DISMISSED.

Judge: Ricciuti, Hon. Michael D

| DATE ISSUED<br>09/19/2019 | ASSOCIATE JUSTICE/ ASSISTANT CLERK<br>**Hon. Michael D Ricciuti** | SESSION PHONE#<br>**(781)939-2760** |
|---|---|---|

Date/Time Printed: 09-19-2019 11:37:27

SCV016_X11 08/2014

| **JUDGMENT** | **Trial Court of Massachusetts** <br> **The Superior Court** |
|---|---|
| DOCKET NUMBER <br> 1981CV02204 | Michael A. Sullivan, Clerk of Court <br> Middlesex County |
| CASE NAME <br><br> Mas Marques, Diego <br> vs. <br> Greenspan, Aaron Jacob | COURT NAME & ADDRESS <br> Middlesex County Superior Court - Woburn <br> 200 Trade Center <br> Woburn, MA 01801 |

This action came before the Court, Hon. Michael D Ricciuti, presiding, and upon consideration thereof,

It is ORDERED and ADJUDGED:

that in accordance with the Order of 9/19/19, this case be and hereby is DISMISSED.

| DATE JUDGMENT ENTERED <br> 09/19/2019 | CLERK OF COURTS/ASST. CLERK <br> X |
|---|---|

Date/Time Printed:  09-19-2019 11:38:43

SCV131: 05/2016

RECEIVED
JUN 21, 2022
OFFICE OF FOIA
SERVICES

| | |
|---|---|
| **From:** | U.S. Securities and Exchange Commission |
| **To:** | foiapa |
| **Subject:** | Webform submission from Request for Copies of Documents-Mr Diego Mas Marques |
| **Date:** | Sunday, June 19, 2022 5:15:16 PM |

Submitted on Sun, 06/19/2022 - 16:53

## Contact Information

**Name**
Mr Diego Mas Marques

EXPEDITED
TREATMENT
REQUESTED

**Telephone**
b)(6)

**Email**
b)(6)

**Company Name, if Applicable**
{Empty}

**Address**
b)(6)

United States

## Request Details

**Subject/Company Name**
Aaron Jacob Greenspan/Think Computer Corporation/Think Computer Foundation

**Date or range of document**
2017 to current June 2022

**Film/Document Control #**
{Empty}

**File Number**
{Empty}

**CIK #**
{Empty}

**Type of document**
Other (fully describe)

**Other pertinent information**
Aaron Jacob Greenspan is cyber bullying/stalking, doxxing, harassing, blackmailing, extorting and a lot more to many victims, such as Elon Musk, Tesla, Mark Zuckerberg, Facebook (Aaron Jacob Greenspan falsely claims he invented Facebook and even extorted $250,000 made up patent infringement that, then he stuck all of this money under his fraudulent 501(c)(3) Think Computer Foundation to not pay any taxes). Aaron Jacob Greenspan works together with his partner Eric Steven Teasley and they both use their plainsite.org to cyberstalk, dox and harass their many victims, as anyone who outs Aaron Jacob Greenspan for being a cyber criminal will be attacked with his data mining monetized website plainsite..org and his Twitter account @plainsite and his partner Eric Steven Teasley helped him create plainsite.org in 2011 and plainsite.org has helped both of them pay their bills and helped Eric Steven Teasley get through Stanford University, while destroying thousands of people's and companies reputations. Aaron Greenspan also had plainsite.org under his fraudulent 501(c)(3) Think Computer Foundation since 2011 and this was recently dissolved by his father Neil Sanford Greenspan (He is a Board Member and the VP and Treasurer) and his mother Judith Keene Greenspan (She also is a Board Member and has many monetized for profit websites like hifive..com that recently was shut down for being under this fraudulent 501(c)(3) in May of 2021 after several 13909 complaints for fraud were filed against them.

I am respectfully requesting that the SEC send me any and all information that this mentally ill cyberstalker Aaro Jacob Greenspan has filed with the SEC and would like to request that the SEC stop handing Aaron Jacob Greenspan information on people and companies, as he is deranged cyberstalker who uses this information to destroy his victims online.

Thanks, for your time and conssideration

## Fee Authorization

**Fee Authorization**
Willing to Pay $61

## Fee Waiver Criteria

**Fee Waiver is Requested**
{Empty}

**If you meet the criteria, please explain below.**
{Empty}

## Requesting Expedited Treatment

**Expedited Service is Requested**
Yes

**If you meet the criteria, please explain below.**
Aaron Jacob Greenspan who appears to be suffering from OCD of legal documents and personal information is using this information to destroy his targeted victims reputations online and his weapon of choice is his doxxing and harassment data mining monetized website plainsite.org and his Twitter account @plainsite that he uses to promote his plainsite.org. He refuses to cease and desist with his targeted harassment of people and companies, so I am requesting expedited shipping and also requesting that SEC cease and desist from cooperating with this cyber stalker and doxxer Aaron Jacob Greenspan

{Empty}