# UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN** | )<br>)<br>) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:23-cv-10134-DJC |
| **DIEGO MASMARQUES, ET AL.** | )<br>)<br>) |
| *Defendant* | )<br>) |

## AFFIDAVIT OF SERVICE

I, Amy Scott-Ross, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents on Diego MasMarques, Jr. in Middlesex County, MA on January 27, 2023 at 10:20 am at 4512 Willow Trail, Marlborough, MA 01752 by posting the documents in a conspicuous place at the premises.

Summons in a Civil Action
Complaint with Exhibits

Additional Description:
I knocked and rang the doorbell, but there was no answer. I posted the documents at Diego MasMarques, Jr.'s last and usual place of abode.

, est. age , glasses: N, hair, , .
Geolocation of Serve: http://maps.google.com/maps?q=42.3282775879,-71.5832270987
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in   Suffolk County   ,
  MA   on   1/30/2023   .

/s/ Amy Scott-Ross
Signature
Amy Scott-Ross
(857) 249-9226

# Exhibit 1



Exhibit 1a)

Exhibit 1b)





Exhibit 1c)