# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

     Plaintiff,

 v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, and **MEDIOLEX, LTD.**,

     Defendants.

Case No.: 1:23-cv-10134-DJC

## <u>DECLARATION OF ALTERNATIVE SERVICE</u>

I, Aaron Greenspan, declare as follows:

1.     On January 20, 2023, Judge Denise J. Casper granted my motion for alternative service on Sergei Igorevich Kudriavtsev and Mediolex Ltd., authorizing service via e-mail to editor.complaintsboard@gmail.com and legal@complaintsboard.com, as well as via First Class Mail to Sergei Igorevich Kudriavtsev, Kaivas iela 50 k-5, Unit 108, Riga, LV-1021, Latvia and Mediolex Ltd., Šmerļa iela 3-216a, Riga, LV-1006, Latvia.

2.     I believe Sergei Igorevich Kudriavtsev's personal e-mail address to be ivestules@gmail.com.

3.     As Exhibit A, I have attached a true and correct copy of an e-mail message I sent on January 20, 2023 to editor.complaintsboard@gmail.com, CCed to editor@complaintsboard.com, containing copies of the summons and complaint in this action (with exhibits) in Adobe Acrobat PDF format, as well as related court filings.

1

4.      As Exhibit B, I have attached a true and correct copy of an e-mail message I sent on January 20, 2023 to legal@complaintsboard.com containing copies of the summons and complaint in this action (with exhibits) in Adobe Acrobat PDF format, as well as related court filings.

5.      As Exhibit C, I have attached a true and correct copy of an e-mail message I sent on January 20, 2023 to ivestules@gmail.com containing copies of the summons and complaint in this action (with exhibits) in Adobe Acrobat PDF format, as well as related court filings.

6.      As Exhibit D, I have attached SMTP server logs confirming that all of the aforementioned e-mail messages were received.

7.      As Exhibit E, I have attached a true and correct copy of the shipping labels generated by Stamps.com software to send International First Class Mail to Latvia via GlobalPost at the following addresses:

a)      Sergei Igorevich Kudriavtsev, Kaivas iela 50 k-5, Unit 108, Riga, LV-1021, Latvia;

b)      Mediolex Ltd., Šmerļa iela 3-216a, Riga, LV-1006, Latvia.

8.      It is my understanding that Stamps.com routes International First Class Mail packages to a GlobalPost United States distribution center (initially via Priority Mail), which then prints and affixes the appropriate United States Postal Service International First Class Mail forms for each package so that it can be shipped abroad.

9.      On January 20, 2023 I deposited two packages ultimately destined for the above mailing addresses in Latvia in the mail at a United States Post Office in San Francisco, each package containing the summons and complaint in this action as well as related court filings.

10.     As Exhibit F, I have attached a true and correct copy of the GlobalPost package tracking page for each package as of today.

11.     Pursuant to the process set out in my motion, ECF No. 6, and approved by the Court's Order, ECF No. 11, service was complete on Sergei Igorevich Kudriavtsev and Mediolex Ltd. as of January 20, 2023.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on January 31, 2023 in San Francisco, California.


Dated: January 31, 2023


Aaron Greenspan

**<u>EXHIBIT A</u>**

Alternative Service E-Mail Message To editor.complaintsboard@gmail.com

**From:** **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG  📎
**Subject:** Massachusetts District Court Case No. 1:23-cv-10134-DJC: Service of Lawsuit Documents
**Date:** January 20, 2023 at 2:53 PM
**To:** editor.complaintsboard@gmail.com
**Cc:** CB Editor editor@complaintsboard.com

To Whom It May Concern:

You are being sued and Judge Denise J. Casper has granted my request to serve you via this e-mail message. Please see the attached summons, complaint, and associated documents.

Aaron

PlainSite I https://www.plainsite.org



1.pdf   1-1.pdf   1-2.pdf   1-3.pdf   1-4.pdf   1-5.pdf   1-6.pdf   1-7.pdf   1-8.pdf

1-9.pdf   2.pdf   3.pdf   4.pdf   5.pdf   6.pdf   6-1.pdf   6-2.pdf   9-mediolex.pdf

**EXHIBIT B**

Alternative Service E-Mail Message To legal@complaintsboard.com

**From:** **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG  📎
**Subject:** Massachusetts District Court Case No. 1:23-cv-10134-DJC: Service of Lawsuit Documents
**Date:** January 20, 2023 at 2:55 PM
**To:** legal@complaintsboard.com

To Whom It May Concern:

You are being sued and Judge Denise J. Casper has granted my request to serve you via this e-mail message. Please see the attached summons, complaint, and associated documents.

Aaron

PlainSite I https://www.plainsite.org



1.pdf  1-1.pdf  1-2.pdf  1-3.pdf  1-4.pdf  1-5.pdf  1-6.pdf  1-7.pdf  1-8.pdf

1-9.pdf  2.pdf  3.pdf  4.pdf  5.pdf  6.pdf  6-1.pdf  6-2.pdf  9-mediolex.pdf

9-kudriavtsev.pdf

**<u>EXHIBIT C</u>**

Alternative Service E-Mail Message To ivestules@gmail.com

**From:** **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
**Subject:** Massachusetts District Court Case No. 1:23-cv-10134-DJC: Service of Lawsuit Documents
**Date:** January 20, 2023 at 2:56 PM
**To:** Sergei Kudriavtsev ivestules@gmail.com

To Whom It May Concern:

You are being sued and Judge Denise J. Casper has granted my request to serve you via this e-mail message. Please see the attached summons, complaint, and associated documents.

Aaron

PlainSite | https://www.plainsite.org



1.pdf   1-1.pdf   1-2.pdf   1-3.pdf   1-4.pdf   1-5.pdf   1-6.pdf   1-7.pdf   1-8.pdf

1-9.pdf   2.pdf   3.pdf   4.pdf   5.pdf   6.pdf   6-1.pdf   6-2.pdf   9-mediolex.pdf

9-kudriavtsev.pdf

**<u>EXHIBIT D</u>**
Alternative Service E-Mail SMTP Server Logs

```
Jan 20 17:51:02 kermit sendmail[22456]: 30KMomQ5022407:
to=<editor@complaintsboard.com>,
ctladdr=<aaron.greenspan@plainsite.org> (1072/1035), delay=00:00:13,
xdelay=00:00:08, mailer=esmtp, pri=33646716, relay=mx.yandex.net.
[77.88.21.249], dsn=2.0.0, stat=Sent (Ok: queued on myt6-
ec0b40e61368.qloud-c.yandex.net 1674255214-Qrwhv0HYRW21-uSB7YmJx)

Jan 20 17:51:15 kermit sendmail[22456]: 30KMomQ5022407:
to=<editor.complaintsboard@gmail.com>,
ctladdr=<aaron.greenspan@plainsite.org> (1072/1035), delay=00:00:26,
xdelay=00:00:13, mailer=esmtp, pri=33646716, relay=gmail-smtp-
in.l.google.com. [173.194.79.26], dsn=2.0.0, stat=Sent (OK  1674255227
wy7-20020a170906fe0700b0084ccee74c20si16992174ejb.497 - gsmtp)

Jan 20 17:53:18 kermit sendmail[23323]: 30KMr4w8023296:
to=<legal@complaintsboard.com>,
ctladdr=<aaron.greenspan@plainsite.org> (1072/1035), delay=00:00:12,
xdelay=00:00:07, mailer=esmtp, pri=33749944, relay=mx.yandex.net.
[77.88.21.249], dsn=2.0.0, stat=Sent (Ok: queued on iva8-
71d975df797d.qloud-c.yandex.net 1674255350-htwYZQHYhCg1-ICc4ExYy)

Jan 20 17:54:21 kermit sendmail[23655]: 30KMr4w9023296:
to=<ivestules@gmail.com>, ctladdr=<aaron.greenspan@plainsite.org>
(1072/1035), delay=00:00:15, xdelay=00:00:12, mailer=esmtp,
pri=33750352, relay=gmail-smtp-in.l.google.com. [173.194.79.26],
dsn=2.0.0, stat=Sent (OK  1674255413 go34-
20020a1709070da200b00871969cddafsi16810582ejc.530 - gsmtp)
```

**EXHIBIT E**

Alternative Service Stamps.com GlobalPost Shipping Labels

Covered by and/or for use with U.S. Patents 6,868,406; 7,2... ...65... ...43; 7,... ...8,02...; ...23,647; 8,195,579; 8,240,579; 8,301,572; 8,392,391; and 8,498,943.

stamps.com·

Use with Stamps.com Shipping Feature

To order go to: www.store.stamps.com

2-Up Shipping Labels   SDC-1200



**US POSTAGE & FEES PAID**
2 LB PRIORITY MAIL RATE
ZONE 4 NO SURCHARGE
ComBasPrice

062S0014950503
18854827
FROM 94107

stamps
endicia
01/20/2023

# PRIORITY MAIL™

Aaron Greenspan
Think Computer Corporation
956 CAROLINA ST
SAN FRANCISCO CA 94107-3337

0004

Sergei Igorevich Kudriavtsev
c/o GlobalPost Processing Facility
15421 E. Gale Avenue
#75000
City of Industry CA 91716-7500

## USPS TRACKING #



9405 5112 0620 3545 0550 24

**ELECTRONIC CUSTOMS SERVICE**
INT'L #: UM740881293US
REF: Sergei Igorevich Kudriavtsev,
Riga Riga LV



Customs information and complete recipient delivery address is sent electronically
to the postal processing facility where the required forms are printed and applied.



**US POSTAGE & FEES PAID**
2 LB PRIORITY MAIL RATE
ZONE 4 NO SURCHARGE
ComBasPrice

062S0001443342
18854827
FROM 94107

stamps
endicia
01/20/2023

# PRIORITY MAIL™

Aaron Greenspan
Think Computer Corporation
956 CAROLINA ST
SAN FRANCISCO CA 94107-3337

0004

SERGEI IGOREVICH KUDRIAVTSEV
c/o GlobalPost Processing Facility
15421 E. Gale Avenue
#75000
City of Industry CA 91716-7500

## USPS TRACKING #



9405 5112 0620 3545 0582 16

**ELECTRONIC CUSTOMS SERVICE**
INT'L #: UM740881316US
REF: SERGEI IGOREVICH
KUDRIAVTSEV, Riga Riga LV



Customs information and complete recipient delivery address is sent electronically
to the postal processing facility where the required forms are printed and applied.

**<u>EXHIBIT F</u>**
Alternative Service GlobalPost Package Tracking Pages

 UM740881316US (https://www.goglobalpost.com/)   Track 

# Tracking Details



## Shipment Processed At Carrier Facility

**BELL, CA, 90201**

Jan 24, 2023 - 5:56 pm

---

**To:**                                    **From:**

Riga, Riga, LV-1006                        SAN FRANCISCO, CA, 94107

---

**Shipment Processed At Carrier Facility**

BELL, CA, 90201

Jan 24, 2023 - 5:56 pm, US

**Shipment Arrived At Carrier Facility**

CITY OF INDUSTRY, CA, 91716

Jan 23, 2023 - 10:57 am, US

**Shipment Departed Carrier Facility**

CITY OF INDUSTRY, CA, 91716

Jan 22, 2023 - 6:10 am, US

**Shipment Arrived At Carrier Facility**

CITY OF INDUSTRY, CA, 91715

Track detail - GoGlobalPost



Jan 22, 2023 - 12:44 am, US (https://www.goglobalpost.com/)



**Departed USPS Regional Destination Facility**

CITY OF INDUSTRY CA DISTRIBUTION CENTER

Jan 22, 2023 - 12:44 am

**Shipment Arrived At Carrier Facility**

CITY OF INDUSTRY, CA, 91715

Jan 21, 2023 - 5:23 pm, US

**Arrived at USPS Regional Facility**

CITY OF INDUSTRY CA DISTRIBUTION CENTER

Jan 21, 2023 - 5:23 pm

**ARRIVED AT USPS REGIONAL FACILITY**

CITY OF INDUSTRY CA DISTRIBU, 91715

Jan 21, 2023 - 5:23 pm, US

**Shipment Departed Carrier Facility**

SACRAMENTO, CA, 95837

Jan 21, 2023 - 7:49 am, US

**Shipment Arrived At Carrier Facility**

Sacramento, California, 95837

Jan 21, 2023 - 7:36 am, US

**ARRIVED AT USPS REGIONAL FACILITY**

SACRAMENTO, CA, 95837

Jan 21, 2023 - 7:36 am, US

**Shipment Departed Carrier Facility**

SAN FRANCISCO CA DISTRIBUTIO, 94188

Jan 21, 2023 - 4:47 am, US

**Arrived at USPS Regional Origin Facility**



**GlobalPost**
INTERNATIONAL SHIPPING MADE EASY

SAN FRANCISCO CA DISTRIBUTION CENTER (https://www.goglobalpost.com/)
Jan 20, 2023 - 8:25 pm

**Shipment Arrived At Carrier Facility**

SAN FRANCISCO, CA, 94188

Jan 20, 2023 - 7:25 pm, US

**Shipment Arrived At Carrier Facility**

SAN FRANCISCO, CA, 94107

Jan 20, 2023 - 7:10 pm, US

**Shipping Label Created, USPS Awaiting Item**

SAN FRANCISCO, CA, 94107

Jan 20, 2023 - 6:19 pm

- Track a Package (/track)
- GlobalPost Warehouse (/warehouse)
- Customer Support (https://goglobalpost.custhelp.com/app/ask)
- Company Info (/about-us-2)
- Privacy Policy (https://www.stamps.com/privacy-policy/)
- Terms and Conditions (/conditions)
- Sitemap (/sitemap)

Copyright © 2017 - 2023 Stamps.com | Do Not Sell My Personal Information (/do-not-sell-my-personal-information)

 

# Tracking Details



## Shipment Processed At Carrier Facility

**BELL, CA, 90201**

Jan 24, 2023 - 6:33 pm

---

**To:**                          **From:**

Riga, Riga, LV-1021              SAN FRANCISCO, CA, 94107

---

**Shipment Processed At Carrier Facility**

BELL, CA, 90201

Jan 24, 2023 - 6:33 pm, US

**Shipment Arrived At Carrier Facility**

CITY OF INDUSTRY, CA, 91716

Jan 23, 2023 - 10:57 am, US

**Shipment Departed Carrier Facility**

CITY OF INDUSTRY, CA, 91716

Jan 22, 2023 - 6:10 am, US

**Shipment Arrived At Carrier Facility**

CITY OF INDUSTRY, CA, 91715

 

1/31/23, 9:40 AM — Global Post - Global Post track-detail

GlobalPost
INTERNATIONAL SHIPPING MADE EASY
(https://www.goglobalpost.com/)

Jan 22, 2023 - 12:43 am, US

**Departed USPS Regional Destination Facility**

CITY OF INDUSTRY CA DISTRIBUTION CENTER

Jan 22, 2023 - 12:43 am

**Shipment Arrived At Carrier Facility**

CITY OF INDUSTRY, CA, 91715

Jan 21, 2023 - 5:23 pm, US

**Arrived at USPS Regional Facility**

CITY OF INDUSTRY CA DISTRIBUTION CENTER

Jan 21, 2023 - 5:23 pm

**ARRIVED AT USPS REGIONAL FACILITY**

CITY OF INDUSTRY CA DISTRIBU, 91715

Jan 21, 2023 - 5:23 pm, US

**Shipment Departed Carrier Facility**

Sacramento, California, 95837

Jan 21, 2023 - 7:49 am, US

**Shipment Arrived At Carrier Facility**

Sacramento, California, 95837

Jan 21, 2023 - 7:36 am, US

**ARRIVED AT USPS REGIONAL FACILITY**

SACRAMENTO, CA, 95837

Jan 21, 2023 - 7:36 am, US

**Shipment Departed Carrier Facility**

SAN FRANCISCO, CA, 94188

Jan 21, 2023 - 4:47 am, US

**Arrived at USPS Regional Origin Facility**



GlobalPost
INTERNATIONAL SHIPPING MADE EASY

(https://www.goglobalpost.com/)

SAN FRANCISCO CA DISTRIBUTION CENTER
Jan 20, 2023 - 8:25 pm

### Shipment Arrived At Carrier Facility

SAN FRANCISCO, CA, 94188

Jan 20, 2023 - 7:25 pm, US

### Shipment Arrived At Carrier Facility

SAN FRANCISCO, CA, 94107

Jan 20, 2023 - 7:10 pm, US

### Shipping Label Created

SAN FRANCISCO, CA, 94107

Jan 20, 2023 - 6:16 pm, US

- Track a Package (/track)
- GlobalPost Warehouse (/warehouse)
- Customer Support (https://goglobalpost.custhelp.com/app/ask)
- Company Info (/about-us-2)
- Privacy Policy (https://www.stamps.com/privacy-policy/)
- Terms and Conditions (/conditions)
- Sitemap (/sitemap)

Copyright © 2017 - 2023 Stamps.com | Do Not Sell My Personal Information (/do-not-sell-my-personal-information)