UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GREENSPAN**

                Plaintiff

V.                                                 **CIVIL ACTION NO. 23-10134-DJC**

**MASMARQUES ET AL**

                Defendants

## NOTICE OF DEFAULT

Upon application of the plaintiffs, for order of Default for failure of the defendants, **Diego MasMarques, Jr., Mediolex Ltd., and Sergei Igorevich Kudriavtsev** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 22nd day of February, 2023.

                                                    ROBERT FARRELL, CLERK

                                                    By:<u>/s/ Haley Currie</u>

February 22, 2023                                Deputy Clerk