UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN,       ) | |
|     Plaintiff             ) | |
|                ) | |
| v.                            ) | |
|                ) | Civil Action No.: 1:23-cv-10134-DJC |
| DIEGO MAS MARQUES, ET AL.,   ) | |
|     Defendants          ) | |

## NOTICE OF APPEARANCE

The undersigned Joseph E. Phelan hereby notifies the Court and counsel that Joseph E. Phelan of the law firm of PHELAN LAW OFFICES, P.C., 738 Main Street, Hingham, Massachusetts 02043 hereby enters his appearance in the above-captioned case on behalf of the defendant, Diego Mas Marques.

                                              Respectfully submitted,
                                              DIEGO MAS MARQUES,
                                              By his Attorney,

                                              */s/ Joseph E. Phelan*
                                              _____
                                              Joseph E. Phelan, Esquire
                                              PHELAN LAW OFFICES, P.C.
                                              738 Main Street
                                              Hingham, MA 02043
                                              (781) 740-5055
                                              BBO# 555305
Dated:  March 1, 2023                     jphelan@southshorelaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this document was filed electronically on March 1, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Joseph E. Phelan*
_____

March 1, 2023                          Joseph E. Phelan, BBO # 555305