UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN, ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 1:23-cv-10134-DJC |
| ) | |
| DIEGO MAS MARQUES, ET AL., ) | |
|     Defendants ) | |

### DEFENDANT, DIEGO MAS MARQUES', REVISED MOTION TO REMOVE DEFAULT

Now comes the defendant, Diego Mas Marques, pursuant to F.R.C.P. 55(c), and moves this Court Vacate the Default entered against him on February 22, 2023.  As grounds for this motion the defendant states the there is "good cause" to vacate the default as follows:

    1. Service of process was faulty / ineffective.

    2. The plaintiff will not be prejudiced.

    3.  The defendant has good faith defenses.

    4.  The matter should be resolved on its merits.

The defendant further relies upon the Memorandum in Support of Defendant, Diego Mas Marques, Assented to Motion to Remove Default and the Affidavit of the Defendant, Diego Mas Marques, and Exhibit "A" thereto submitted herewith.

WHEREFORE, the defendant, Diego Mas Marques, respectfully requests that this Court:

1. Vacate the Default entered against the defendant, Diego Mas Marques, on February 22, 2023.

    2. Grant the defendant, Diego Mas Marques thirty (30) days from the allowance of this motion to file a responsive pleading to plaintiff's 624 page Complaint.

    3. Allow the defendant, Diego Mas Marques, to WITHDRAW Defendant, Diego Mas Marques, Motion to Remove Default and Affidavit of Defendant, Diego Mas Marques (ECF No. 19) previously submitted.

                                                Respectfully submitted,
                                                DIEGO MAS MARQUES,
                                                By his Attorney,

                                                /s/ Joseph E. Phelan
                                                _____
                                                Joseph E. Phelan, Esquire
                                                PHELAN LAW OFFICES, P.C.
                                                738 Main Street
                                                Hingham, MA 02043
                                                (781) 740-5055
                                                BBO# 555305
Dated:  March 3, 2023                        jphelan@southshorelaw.com

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)**

    I certify that I have conferred with the pro se plaintiff in regards to this motion in a good faith effort to resolve this issue and//or to narrow the issues.

                                                *s/ Joseph E. Phelan*
                                                _____
March 3, 2023                                 Joseph E. Phelan, BBO # 555305

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this document was filed electronically on March 3, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                                */s/ Joseph E. Phelan*
                                                _____
March 3, 2023                                 Joseph E. Phelan, BBO # 555305