**EXHIBIT B**

January 20, 2023 E-Mail To Diego MasMarques, Jr. Requesting Waiver Of Service

**From:** **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG 📎
**Subject:** Re: Let's work it out
**Date:** January 20, 2023 at 3:41 PM
**To:** Diego MasMarques, Jr. 56544@protonmail.com
**Cc:** Diego MasMarques, Jr. 56546@protonmail.com, Diego MasMarques, Jr. rickymas@msn.com, Diego MasMarques, Jr. 87754a@gmail.com, Diego MasMarques, Jr. 87764a@gmail.com, Diego MasMarques, Jr. 8986431@gmail.com, Diego MasMarques, Jr. 986842a@gmail.com, Diego MasMarques Jr. 8587@protonmail.com

Diego,

I am suing you. Please see the attached copies of Form AO 398 and AO 399, as well as the lawsuit materials (including the summons and complaint). If you are willing to waive service, let me know. If not, I will serve you.

Aaron

PlainSite | https://www.plainsite.org

> On Dec 11, 2022, at 8:48 PM, Aaron Greenspan <aaron.greenspan@PLAINSITE.ORG> wrote:
>
> Diego,
>
> You are one more tweet away from a lawsuit.
>
> Stop writing about me.
>
> Aaron
>
> PlainSite | https://www.plainsite.org
>
>> On Oct 4, 2021, at 8:40 PM, 56544 <56544@protonmail.com> wrote:
>>
>> Aaron,
>>
>> Can you please as a courtesy delete my info from plainsite.org and assist me in clearing this up on the search engines?
>>
>> What is the best code for creating a highly secure website? PHP, Python? Have some ideas to create money makers but I need someone with the Coding Skills.
>>
>> Sent with ProtonMail Secure Email.



ao398.pdf



ao399.pdf



1.pdf



1-1.pdf



1-2.pdf


1-3.pdf


1-4.pdf


1-5.pdf


1-6.pdf


1-7.pdf


1-8.pdf


1-9.pdf


2.pdf


3.pdf


4.pdf


5.pdf


6.pdf


6-1.pdf


6-2.pdf


9-masma...es.pdf