**EXHIBIT C**
Diego MasMarques, Jr. PlainSite Litigation Profile



Search

  My Account    Sign Out

# ★ MasMarques, Diego

 United States

● Individuals Who Have Threatened PlainSite ⊖    ● Vexatious Litigants ⊖

| Profile | Documents (0) | **Dockets (22)** | Attorneys (5) | Markets (0) | Related (0) | Patents (0) | Trademarks (0) | Payments (0) |

| Plaintiff | Defendant | Defendant (1) | Defendant - Appellant | Petitioner | Plaintiff and Appellant | Pro Se Defendant/Appellant | Pro Se Defendant/Petitioner |
|---|---|---|---|---|---|---|---|
| **8** | **5** | **4** | **1** | **2** | **1** | **1** | **1** |

Filter By    Venue ▸    Type ▸    Status ▸



| ▼ Date Filed | Venue | Case Number | Title | Party Type | Status |
|---|---|---|---|---|---|
| 1/20/2023 | Massachusetts District Court | 1:23-cv-10134-DJC | Greenspan v. MasMarques et al | Defendant | |
| 2/4/2020 | California Court of Appeals | H047904 | Mas Marques v. Greenspan | Plaintiff and Appellant | Closed |
| 7/29/2019 | Middlesex County Superior Court | 1981CV02204 | Mas Marques, Diego v. Greenspan, Aaron Jacob | Plaintiff | Unknown |
| 4/8/2019 | Marlborough District Court | 1921AC000120 | MasMarques v. Greenspan | Petitioner | Unknown |
| 11/28/2018 | Marlborough District Court | 1821CR001157 | Commonwealth v. MasMarques | Defendant | Unknown |
| 11/15/2018 | Marlborough District Court | 1821AC000354 | Commonwealth v. MasMarques | Respondent | Unknown |
| 4/4/2018 | Superior Court of California, County of Santa Clara | 18CH008067 | Greenspan v. MasMarques | Defendant | Unknown |
| 9/29/2016 | Middlesex County Superior Court | 1681CV02805 | Masmarques, Diego vs. USAA Insurance Agency, Inc. | Plaintiff | Unknown |

| Date | Court | Case Number | Caption | Role | Outcome |
|---|---|---|---|---|---|
| 12/9/2015 | Massachusetts Court of Appeals | 2015-P-1652 | Commonwealth v. Diego Mas Marques, Jr | Pro Se Defendant/Appellant | Unknown |
| 11/19/2015 | Court of Appeals for the First Circuit | 15-2402 | In Re: MasMarques | Petitioner | Unknown |
| 11/19/2015 | Court of Appeals for the First Circuit | 15-2360 | US v. MasMarques | Defendant - Appellant | Unknown |
| 10/24/2014 | Massachusetts Court of Appeals | 2014-J-0431 | Commonwealth v. Diego Mas Marques Jr | Pro Se Defendant/Petitioner | Unknown |
| 9/9/2013 | Milford District Court | 1366MV0903 | COMMONWEALTH v. DIEGO MAS MARQUES JR | Defendant | Unknown |
| 8/6/2012 | Woburn District Court | 1253SU000306 | James Batmasian D/B/A Investments Limited v. Marques, Diego ... | Defendant | Unknown |
| 6/20/2012 | Massachusetts District Court | 1:12-cv-11100 | Marques v. Commissioner of Social Security | Plaintiff | Unknown |
| 11/18/2011 | Suffolk County Superior Court | 1184CV04210 | Masmarques v Kaddouri | Plaintiff | Unknown |
| 1/27/2011 | Suffolk County Superior Court | 1184CV00318 | Masmarques v Limar Taxi Inc et al | Plaintiff | Unknown |
| 12/2/2009 | Massachusetts District Court | 1:09-cr-10371 | United States v. MasMarques | Defendant (1) | Unknown |
| 12/2/2009 | Massachusetts District Court | 1:09-cr-10371 | USA v. MasMarques | Defendant (1) | Unknown |
| 10/16/2009 | Massachusetts District Court | 1:09-cr-10304 | USA v. MasMarques | Defendant (1) | Unknown |
| 8/7/2009 | Boston Municipal Court | 0901SC003773 | Masmarques, Jr., Diego vs. Boone, Jefferson W | Plaintiff | Unknown |
| 12/16/2005 | Wisconsin Eastern District Court | 2:05-mj-00505 | USA v. Mas Marques | Defendant (1) | Unknown |
| 8/9/1989 | Suffolk County Superior Court | 8984CV04556 | Masmarques v Dupuis | Plaintiff | Unknown |
| 5/5/1988 | Middlesex County Superior Court | 8881CV02728 | Masmarques v. Busa | Plaintiff | Unknown |

24 Rows Total



Issues   Laws   Cases   Pro   Articles   Firms   Entities

Non-Government Works Copyright © 2001-2023 Think Computer Corporation. All Rights Reserved.

About   Privacy   Security   Contact Us