**EXHIBIT D**
Ohio Secretary of State May 2021 Dissolution Records Regarding Think Computer Foundation

# Frank LaRose
## Ohio Secretary of State

**Sat Mar 04 2023**

| | |
|---|---|
| **Entity#:** | 1189731 |
| **Filing Type:** | CORPORATION FOR NON-PROFIT |
| **Original Filing Date:** | 10/26/2000 |
| **Location:** | SHAKER HTS.- |
| **Business Name:** | THINK COMPUTER FOUNDATION |
| **Status:** | Cancelled |
| **Exp. Date:** | 05/12/2021 |

## Filings

| Filing Type | Date of Filing | Document ID |
|---|---|---|
| DOMESTIC ARTICLES/NON-PROFIT | 10/26/2000 | 200030801058 |
| DOMESTIC/AMENDMENT TO ARTICLES | 08/03/2001 | 200122002648 |
| LETTER/RENEWAL NOTICE MAILED | 04/03/2006 | 200609314236 |
| CERTIFICATE OF CONTINUED EXISTENCE | 05/22/2006 | 200614303742 |
| LETTER/RENEWAL NOTICE MAILED | 01/24/2011 | 201102449007 |
| CERTIFICATE OF CONTINUED EXISTENCE | 04/15/2011 | 201110800057 |
| LETTER/RENEWAL NOTICE MAILED | 12/14/2015 | 201534846980 |
| CANCELED/FAILURE TO FILE/STATEMENT CONT. EXISTENCE | 04/22/2016 | 201611375327 |
| DOMESTIC/REINSTATEMENT | 05/12/2016 | 201613702692 |
| LETTER/RENEWAL NOTICE MAILED | 01/11/2021 | 202101100422 |
| CANCELED/FAILURE TO FILE/STATEMENT CONT. EXISTENCE | 05/19/2021 | 202113900614 |

**UNITED STATES OF AMERICA**
**STATE OF OHIO**
**OFFICE OF SECRETARY OF STATE**

I, Frank LaRose, Secretary of State of the State of Ohio, do hereby certify that this is a list of all records approved on this business entity and in the custody of the Secretary of State.



*Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 4th of March, A.D. 2023*

Ohio Secretary of State



**Frank LaRose**
Ohio Secretary of State
22 North Fourth Street | Columbus, OH 43215
Tel: 877.767.6446 | Fax: 614.485.7041 | OhioSoS.gov

NEIL GREENSPAN
20560 SHELBURNE RD
SHAKER HEIGHTS, OH 44122

------cut along dotted line------



# The State of Ohio
## Certificate

### Secretary of State - Frank LaRose

### 1189731

*It is hereby certified that the Secretary of State of Ohio has custody of the business records for THINK COMPUTER FOUNDATION and that said business records show the recording of:*

**CANCELLATION**
**CANCELED/FAILURE TO FILE/STATEMENT CONT. EXISTENCE**

United States of America
State of Ohio
Office of the Secretary of State

Witness my hand and the seal of the Secretary of State at Columbus, Ohio, This 19th day of May A.D. 2021



Frank LaRose
Secretary of State