UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN,<br>    Plaintiff<br><br>v.<br><br>DIEGO MAS MARQUES, ET AL.,<br>    Defendants | )<br>)<br>)<br>)<br>)  Civil Action No.: 1:23-cv-10134-DJC<br>)<br>) |

## MOTION TO WITHDRAW APPEARANCE
## PURSUANT TO F.R.C.P 11(C)

Now comes counsel for the defendant, Diego Mas Marques, and hereby requests leave of this Court to withdraw his appearance on behalf of Diego Mas Marques. As grounds thereof counsel states that Mr. Mas Marques has decided to terminate counsel and has requested that counsel take no further action on his behalf.

In further support of said motion the defendant, Diego Mas Marques, hereby acknowledges counsel's request and filed herewith is Diego Mas Marques appearance, pro se.

Counsel further relies upon the Affidavit of Defendant, Diego Mas Marques, submitted herewith.

Although motions are pending, counsel requests this Court grant him leave to withdraw his appearance at this time.

Respectfully submitted,
DIEGO MAS MARQUES,
By his Attorney,

*/s/ Joseph E. Phelan*

_____
Joseph E. Phelan, Esquire
PHELAN LAW OFFICES, P.C.
738 Main Street
Hingham, MA 02043
(781) 740-5055
BBO# 555305
jphelan@southshorelaw.com

Dated: March 9, 2023

Page 1 of 2

**ACKNOWLEDGED AND ACCEPTED:**

_____
Diego Mas Marques
4512 Willow Trail
Marlborough, MA 01752
dmas6@protonmail.com

Dated: March 9, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically on March 9, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing as well as hand delivered to defendant, Diego Mas Marques.

/s/ Joseph E. Phelan
_____
Dated: March 9, 2023                    Joseph E. Phelan, BBO # 555305