UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN,<br>　　Plaintiff<br><br>v.<br><br>DIEGO MAS MARQUES, ET AL.<br>　　Defendants | )<br>)<br>)<br>)　Civil Action No.: 1:23-cv-10134-DJC<br>)<br>)<br>) |

**AFFIDAVIT OF DEFENDANT, DIEGO MAS MARQUES**

　　I, Diego Mas Marques, a named defendant in the above-captioned matter, do on oath depose and say:

　　1. I have terminated the services of Attorney Joseph E. Phelan and asked him not to take any further action on my behalf.

　　2. I understand there are pending motions in this action that will need to be addressed.

　　3. I understand Attorney Phelan needs the Court's permission to withdraw his appearance in this matter and I would request the Court allow him to withdraw his appearance at this time.

　　4. I intend to represent myself in this action.

　　The above facts are within my personal knowledge and known to me to be true.

　　Signed under the pains and penalties of perjury this _9_ day of March, 2023.

_____
Diego Mas Marques

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically on March 9, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing as well as hand delivered to defendant, Diego Mas Marques.

/s/ Joseph E. Phelan

Dated: March 9, 2023

Joseph E. Phelan, BBO # 555305