UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AARON GREENSPAN,<br>    Plaintiff | )<br>)<br>) | |
| v. | )<br>) | |
|  | ) | Civil Action No.: 1:23-cv-10134-DJC |
| DIEGO MAS MARQUES, ET AL.,<br>    Defendants | )<br>) | |

## NOTICE OF APPEARANCE

The undersigned Diego Mas Marques hereby notifies the Court and counsel that Diego Mas Marques, hereby enters his appearance in the above-captioned case pro se.

Respectfully submitted,
DIEGO MAS MARQUES,
Pro se,

_____
Diego Mas Marques
4512 Willow Trail
Marlborough, MA 01752
dmas6@protonmail.com

Dated:  March 9, 2023

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically on March 9, 2023, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing as well as hand delivered to defendant, Diego Mas Marques.

*/s/ Joseph E. Phelan*

Dated: March 9, 2023

Joseph E. Phelan, BBO # 555305