UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2023 MAR 29 AM 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS

AARON GREENSPAN,

Plaintiff,

v.

DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVTSEV, and MEDIOLEX, LTD.,

Defendants.

Case No.: 1:23-cv-10134-DJC

## MOTION TO VACATE DEFAULT JUDGMENT

I am writing to file a Motion to Vacate the Motion for Default Judgment against Sergei Kudriavtsev and Mediolex Ltd in the above-mentioned case. I am requesting this motion to vacate because the plaintiff used the wrong postal address for service of the initial complaint and summons.

As per the court rules, the plaintiff is required to serve the initial complaint and summons to the correct address of the defendant. However, in this case, the plaintiff failed to serve the initial complaint and summons to my correct postal address.

On February 22, 2023, I received an email from court clerk Haley Currie, informing me of the plaintiff's motion for default judgment. I immediately replied to Ms. Currie, explaining the situation and Ms. Currie advised me to send a Motion to Vacate Default Judgment by mail to the address 1 Courthouse Way, Suite 2300, Boston MA 02210.

I understand that the plaintiff has filed a motion for default judgment in this case. However, since the plaintiff used an incorrect postal address, I have not received any notice of the default judgment. Therefore, I am requesting that the court vacate any potential default judgment against me.

The current address is clearly listed on the Complaints Board website in multiple places together with the phone number. The address has not changed for the last 5 years or more.

As evidence, I would like to direct your attention to the following pages on the Complaints Board website:

https://www.complaintsboard.com/contact-us



https://www.complaintsboard.com/about



In addition, I have found the correspondence between Mr. Greenspan and Mr. Syverson (attorney that represented us 13 years ago), where Mr. Syverson indicates that information that Mr. Greenspan operating is outdated (See below. I highlighted the reply from Mr. Syverson).

2/22/23, 6:33 PM — Gmail - Mediolex/Kudriavtsev Answer Due In Court



Sergejs K <ivestules@gmail.com>

## Mediolex/Kudriavtsev Answer Due In Court

**Erik Syverson** <eriksyverson@syversonlaw.com>                                Sat, Feb 11, 2023 at 2:28 AM
To: Aaron Greenspan <aarong@thinkcomputer.com>
Cc: Erik Syverson <erik@syversonlaw.com>, Legal Complaints Board <legal@complaintsboard.com>, CB Editor <editor@complaintsboard.com>, support@complaintsboard.com, editor.complaintsboard@gmail.com, Sergei Kudriavtsev <ivestules@gmail.com>

Are you an idiot? That's one case from 13 years ago

Sent from my iPhone

> On Feb 10, 2023, at 7:25 PM, Aaron Greenspan <aarong@thinkcomputer.com> wrote:
>
> Mr. Syverson,
>
> That's your signature above "Attorneys for Defendant COMPLAINTSBOARD.COM," right? Which makes Mediolex Ltd. (ComplaintsBoard) and Kudriavtsev your current or former clients?

> > IV.   **CONCLUSION**
> >
> > For the reasons set forth above, the investigative fees must be disallowed, the attorneys fees should be reduced to a sum comparable to the award in the underlying judgment and issuance of a writ should be held in abeyance for a period of ten days in order to allow ComplaintsBoard the opportunity to satisfy any attorneys fees award.
> >
> > Dated:  October 15, 2010         PICK & BOYDSON LLP
> >
> > By: _[signature]_
> >
> > Erik Syverson
> > Attorneys for Defendant COMPLAINTSBOARD.COM
> > (erroneously sued as ELIZABETH ARDEN)

> I think my e-mail was self-explanatory.
>
> Aaron
>
> > On Feb 10, 2023, at 4:18 PM, Erik Syverson <eriksyverson@syversonlaw.com> wrote:
> >
> > What the fuck are you talking about and who the hell are you?
> >
> > Sent from my iPhone
> >
> > > On Feb 10, 2023, at 7:08 PM, Aaron Greenspan <aarong@thinkcomputer.com> wrote:
> > >
> > > Mr. Syverson,
> > >
> > > Your former client, Mediolex Ltd., has an Answer due in court today in Case No. 1:23-cv-10134-DJC in the District of Massachusetts. So does its principal, Sergei Igorevich Kudriavtsev. Since no one has appeared on their behalf despite service being effective, I wanted to make doubly sure they are aware.
> > >
> > > I am not sure if you still represent them. Regardless, if you could provide me with your most recent e-mail contact information for them, I'd appreciate it.
> > >
> > > If I hear nothing I will file a motion for default judgment. I reserve all rights.
> > >
> > > Regards,

The initial complaint and summons could not be received by email due to the plaintiff's email address being added to the ban list as a result of multiple threats, rudeness, and spam.

I respectfully request that the court grant this Motion to Vacate and allow me to file a response to the initial complaint once I have been properly served.

Thank you for your attention to this matter.

Sincerely,
Sergei Kudriavtsev
Mediolex Ltd.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2023 MAR 29 AM 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

AARON GREENSPAN,

Plaintiff,

v.

DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVTSEV, and MEDIOLEX, LTD.,

Defendants.

Case No.: 1:23-cv-10134-DJC

## CERTIFICATE OF SERVICE

I, Sergei Kudriavtsev, hereby certify that on February 24, 2023, I served Aaron Greenspan with a copy of Motion to Vacate the Motion for Default Judgment in accordance with the following method:

E-mail: aaron.greenspan@plainsite.org

Mail: 956 Carolina Street, San Francisco, CA 94107, USA

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed on February 24, 2023.

Sergei Kudriavtsev
Mediolex Ltd.