# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

AARON JACOB GREENSPAN  )
    Plaintiff  )
                     )
v.  )    Civil Action No. 1:23-cv-10134-DJC
                     )
                     )
DIEGO MAS MARQUES  )
    Defendant  )

## DECLARATION OF DIEGO MAS MARQUES

I, Diego Mas Marques, do on oath depose and state the following:

For over 6 years, myself and my immediate family, have been and still are the victims of cyberstalking, doxxing, harassment, stalking, extortion, threats and more, by a deranged cyberstalker Aaron Jacob Greenspan who is the sole perpetrator in this case.

Aaron Greenspan has destroyed my career, reputation and finances, by cyberstalking, cyber bullying, doxxing, defaming, hacking, harassing, threatening, slandering, and committing libel against myself and immediate family. Aaron Greenspan is a pathological liar, who will easily lie under oath to a Judge, Court Clerk, Law Enforcement and any one else that has any dealings with him, especially via email, or by phone, but Aaron Greenspan does not always lie that well in person, especially when he is caught lying under oath, by a Judge, as he was caught lying many times under oath, before Judge Carol Weinstein Overton at the Santa Clara Superior Court.

1

There is only one person in this case who is "Projecting", as everything that Aaron Greenspan has stated in his complaint is exactly what Aaron Greenspan is doing to myself and my immediate family and he doesn't let up.

Aaron Greenspan has filed over 60 lawsuits, under various names, Aaron Jacob Greenspan, Aaron Greenspan, Think Computer Corporation and Think Computer Foundation and uses and abuses the United States Courts as his instrument to do his doxxing and harassment, defame, shame, slander, emotionally and financially drain the opposing parties and the courts, not to mention the taxpayers and the large amount of time that Aaron Greenspan has people waste, with his frivolous lawsuits, as he is doing in this case.

Once Aaron Greenspan was at Harvard University, he wasted no time in creating a website, called HouseSystem. It didn't take long, before Harvard students started to file complaints against Aaron Greenspan and his HouseSystem website for altering personal information and apparently there were issues with passwords. All of this data in the hands of Aaron Greenspan was quite dangerous.

Finally, Harvard University President Larry Summers had Aaron Greenspan come in to his office and he was basically given an ultimatum, Aaron Greenspan had to shut down his HouseSystem data mining website, or he would be thrown out of Harvard University.

Aaron Greenspan, then shut down his HouseSystem website at Harvard University, with his apparent obsessive compulsive disorder of making every attempt he can to data mine and gather other people's personal and other information has never ceased, as today Aaron Greenspan is doing this with his plainsite.org website and calls himself a self proclaimed data journalist.

Aaron Greenspan sent FOIA requests to many courts in Massachusetts, so that he could acquire more personal information, that he uses for the purpose of cyberstalking, doxxing and harassment

People have asked me how did I even get involved with this Aaron Greenspan. So, I am going to explain this, the best I can in chronological order:

**January 18, 2013**, I filed one page Motion to Seal, that was essentially more like a letter, as I am not an Attorney. I had not written the Motion correctly, as I had put myself as the defendant, when it should have been the plaintiff, **see Exhibit A**.

While waiting for Judge Mark L. Wolf to make a decision on sealing this case, that originated in Spain and has now been completely Expunged in December of 2020 and not just Sealed, like in the United States.

I was worried that a Pro Se litigant would not receive any respect in the United States, unless hiring an Attorney and that I could be the victim of an injustice, which I actually was.

So, occasionally, I contacted Judge Wolf's Clerk Dan Hohler, either by phone, or by email. I went to the First Circuit and met Judge Wolf's Clerk Dan Hohler on a couple of occasions, as he came downstairs to meet me at the Clerk's Office.

3

Dan Hohler and I on a couple of occasions even shook hands, and when I explained to Dan Hohler that I wanted to be contacted and informed, as to what was going to occur, before any decision would be made, as I didn't think as a Pro Se litigant, I would be afforded the same respect, as someone who went out and had a paid Attorney, Clerk Dan Hohler told me that I would be contacted if any decision was going to be made, or if there would be a hearing and Dan Hohler repeatedly told me not to worry, that no decision would be moving forward, without me first being contacted. Though that is not what occurred and an injustice ensued.

**September 22, 2015**, Judge Mark L. Wolf, wrote up a 7 page legal decision, that according to one of the two Attorneys who assisted me in transferring back to the United States, told me that Judge Wolf's legal decision reads more like a character assassination, rather than a legal decision

I only found out about Judge Wolf's September 22, 2015 legal decision, after interviewing for a new job. So, I went home and found Judge Wolf's legal decision on Google, and other search engines, that was being displayed by a website leagle.com.

When I transferred back to the United States, I was told by the Federal Defender, who came out to Spain, that the charge should be involuntary manslaughter, but the DOJ in these transfer cases, always puts the charge the highest, then once back in the United States, the DOJ is supposed to properly translate the foreign charge, but nothing was ever done by the DOJ's International Treaty Transfer Office in this case. The charge was simply left as willful homicide and that was never the charge and was supposed to be properly translated, but once I arrived back in the United States, nobody did anything regarding this matter.

4

As a result, Judge Wolf even wrote the charge as willful homicide in his 7 page legal decision and that was not the charge at all. That was the reason why I had asked to be present in some sort of hearing, before Judge Wolf, in order to show Judge Wolf the documents from Spain and be able to explain this, but I was simply ignored and a harmful, with many non-factual items in this 7 page legal decision was simply filed by Judge Wolf.

I filed an Appeal against Judge Wolf's 7 page legal decision, but when I noticed that the following International Prisoner Transfer-Prior Record, Form 4, **see Exhibit B**, was not found anywhere in my Appeal, after I handed the documents in to the Clerk's Office, I decided to withdraw my Appeal against Judge Wolf's 7 page legal decision, as a result of this injustice.

I realized that as a Pro Se litigant, I was not going to be successful with an Appeal, as I was already seeing that one of the most important pages in my Appeal, the International Prisoner Transfer-Prior Record, Form 4 had went missing from my Appeal, when I had introduced it right from the beginning and this in itself was an injustice.

I was told by the prior Chief of Probation Christopher Maloney, that once I have this case completely Expunged in Spain, then he would get this case Sealed in the United States. I have had this Expunged since December 2020, but Christopher Maloney has now retired.

Though, Assistant Chief of Probation Jeffrey Smith did his best in getting things Sealed, but as of today, this case is still not Sealed and needs to be Sealed, or better yet Expunged, as I and my immediate family are being continuously cyber stalked, doxxed and harassed, by Aaron Greenspan since March of 2017.

5

So, once Judge Wolf's 7 page legal decision came out on the website leagle.com, the real owners name and contact information was nowhere to be found. The owner of the website leagle.com has even been able to hide their identity involving three Federal cases. In two of these Federal cases, leagle.com was sued, **see Exhibit C**, but the owner of leagle.com was still somehow able to hide their identity from the public.

Then leagle.com was involved in a criminal case, where an individual was found guilty of a DDOS on the Host Server of leagle.com, **see Exhibit D**. Though, again in this case, the owner of leagle.com had all of their personal information Sealed from public view.

When the name and contact information of leagle.com was looked up on ICANN WHOIS, the owners name was showing as a Donald Johnson, with an address in Little Rock, Arkansas, that apparently was all fabricated, by whoever the real owner of leagle.com is.

I made attempts to contact leagle.com and have them take down Judge Wolf's 7 page legal decision, but I never received any response.

**End of January 2017**, I filed a complaint against leagle.com with the Arkansas Attorney General's Office and the complaint was handled by the Investigator Liz Garcia.

After filing this complaint against leagle.com and having to fill out a form with a lot of my personal information, I contacted Ms. Garcia. Ms. Garcia told me that the Arkansas Attorney General's Office has received a lot of complaints against leagle.com but all they had was an email address.

6

At that point, I asked Ms. Garcia to withdraw my complaint, because whoever owns and runs leagle.com now has all of my personal information and they could retaliate against me online and all I have is an email address. Ms Garcia had told me that it was too late, as my complaint had already been sent out to leagle.com.

While waiting for a response from leagle.com, I noticed that the person who wrote the response started out their sentences with "We" and that's exactly how Aaron Greenspan starts out his sentences, when writing.

**Beginning of March 2017**, the complaint against leagle.com went nowhere and Ms. Garcia was unable to find out who the real owner was, or their real contact information. Shortly thereafter, I started to be viciously attacked online, by two websites, unitedstatescourts.org and plainsite.org.

Both, unitedstatescourts.org and plainsite.org were leaving the most negative documents open in a highly selective manner, while anything positive was not being allowed to be opened on their URL's.

Since, the website unitedstatescourts.org was the one that had the URL's higher on the first page, I decided to find out who the owner was of unitedstatescourts.org and this was not easy.

When I looked up unitedstatescourts.org on ICANN WHOIS, all that was there was a phone number with all "0"s, a UPS mailbox address in Grand Rapids, Michigan and no name.

Finding out who owned unitedstatescourts.org took a few weeks, as everything that was uploaded on ICANN WHOIS was completely made up, except for the UPS mailbox in Grand Rapids, Michigan.

I started to realize that the owner of unitedstatescourts.org who had lots of complaints against him for ruining people's careers and reputations with this website, was Jeffrey Allen Steinport, who is an Attorney in Michigan and Arizona. This was quite shocking, because, when I looked up Attorney Jeffrey Allen Steinport, he was advertising to represent people with defamation and employment law, these are the exact things that Jeffrey Allen Steinport was destroying online.

Jeffrey Allen Steinport also goes by Jeff Steinport. So, I sent Attorney Steinport an email and asked him if he is the owner of unitedstatescourts.org. Attorney Steinport answered my email with, "1996 Decency Act 230".

At that point I was thinking how can a person expose other people's legal documents online in a highly selective manner, while they hide their name and contact information from the public on ICANN WHOIS and being an Attorney

I thought this was highly unethical to first destroy people's careers and reputations with his monetized website unitedstatescourts.org, then advertise to defend people with defamation and employment issues.

I explained to Jeff Steinport that if he did not delete the URL's from his unitedstatescourts.org, as the way he posted the URL's was meant to do serious harm to my career and reputation, by leaving the most negative URL's open and the rest closed, that I would file a Michigan Bar complaint against him. Jeff Steinport wrote back telling me to go ahead that nothing would happen.

So, I sent out the complaint to the Michigan Bar and to my surprise, the complaint was sent back. Since Jeff Steinport is also a licensed Attorney in Arizona, I decided to send the complaint to the State Bar of Arizona and this made a big difference.

8

I found the State Bar of Arizona to be highly professional, as at least they investigated Attorney Jeffrey Allen Steinport.

As Attorney Jeffrey Allen Steinport was now being investigated by the State Bar of Arizona, he contacted the Phoenix FBI and filed some complaint against me with an FBI Agent, that resulted in Jeff Steinport getting in trouble.

**July 2017**, after speaking to the Phoenix FBI Agent for about an hour, he told me that Jeff Steinport had lied to him about me and when I explained to the FBI Agent that Jeff Steinport had his monetized website under a fraudulent 501(c)(3) called the Franklin Archive, **see Exhibit E**, that Jeff Steinport was asking the public to send him monetary donations and that they were tax deductible, which they were not, as the IRS never authorized this website unitedstatescourts.org to operate as a 501(c)(3).

Jeffrey Allen Steinport and his partner Jesus Alberto Garcia had set up a PayPal account, that was linked to a Bank account, and told the public that monetary donations were tax deductibles, in order to receive their monetary donations for their fraudulent 501(c)(3) website unitedstatescourts.org, which was not authorized by the IRS.

The FBI Agent told me that he was going to have Jeff Steinport shut down his unitedstatescourts.org and that if I notice online, that Jeff Steinport reopens this website unitedstatescourts.org that I should immediately contact him.

9

Well, it didn't take Jeff Steinport long, before he reopened his monetized data mining website underlinedstatescourts.org with a different hosting company, using "Privacy Guard", so that Jeff Steinport could attempt to hide his identity from the public, while having his underlinedstatescourt.org website show that it was then in the country of Panama with a PO Box and a fake owners name, "Jose", **see Exhibit F.**

It should be noted that Jeffrey Allen Steinport, before becoming a Lawyer, worked as a Systems Administrator and has many other data mining websites, and works closely with his partner Jesus Alberto Garza.

**August 2017**, I called Aaron Greenspan once and asked him to delete my information from his plainsite.org and he hanged up.

**September 2017**, I had asked Aaron Greenspan to remove my information from his plainsite.org website. Shortly after this, my msn email was hacked in to and I was unable to get in to my msn email for almost a month.

Microsoft was able to get me back in to my msn email and told me that someone had hacked in to my email account. My msn email functioned for only a couple of weeks, then in October 2017, it was hacked in to again. At that point, I decided to search for a more secure email account and decided on protonmail, which is encrypted when sending and receiving emails and based out of Switzerland.

My belief is that Aaron Greenspan was the individual that hacked in to my msn email, as he has shown documents and pictures on his Twitter accounts @plainsite and @aarongreenspan that were only on my msn email and nowhere else.

Aaron Greenspan is violating copyright materials, where he has taken Spanish newspaper articles, that have since been deleted and he has falsely translated these in to English, which are copyright violations and being used for the purposes of defamation, doxxing, harassment and slander.

Aaron Greenspan also created many gripe sites, using WordPress, in order to further his defamation, doxxing, harassment and slander towards myself and my immediate family and as fast, as Aaron Greenspan can create his gripe sites, he also can take them down quickly.

The online doxxing, harassment and defamation, by Aaron Greenspan just kept increasing, since I asked him in August of 2017 to delete my information from his plainsite.org.

**March 28, 2018**, I called Aaron Greenspan for the second time and asked him to stop the online harassment, or I was going to get a Restraining Order against him and he hanged up.

**April 4, 2018**, Aaron Greenspan went to the Santa Clara Superior Court, committed perjury, so that he could get a Temporary Restraining Order against me. Everything that Aaron Greenspan wrote up, was completely fabricated by him and he had no issues lying under oath.

In the following weeks, Aaron Greenspan was unable to serve this court document, so he resorted to his next devious plan. Aaron Greenspan contacted the Middlesex Sheriff's Department and once again, he lied and gave them my father's name and address, as it's the same name as mine, **see Exhibit G**.

11

Apparently a Middlesex Sheriff, by the name of Charles Hickey, went to my father's house on May 19, 2018 and after having served my father, instead of the designated person, which was myself and the age difference is quite visible, this Middlesex Sheriff did not care and he got hold of my father's unlisted phone number.

Aaron Greenspan also sent the Middlesex Sheriff's Office every negative legal document, that he could find, in order to place me in a bad light, before them

My father told me that Aaron Greenspan was constantly calling and harassing him, as he did not want me to defend myself against this.

My father had to change his home phone number, because Aaron Greenspan just wouldn't stop with his stalking and harassment, and refused to stop calling my father.

When it comes to Aaron Greenspan and his cyber stalking behaviors with people's personal information, he will use any information, that he can get his hands on, in order to have his victims submit to his whim, otherwise, he will not stop to defame and shame the victim that he is focused on, so he can try and get them to submit to what he wants.

Also, Aaron Greenspan uses various addresses, which at times are fake, as well as multiple email addresses, as still after all these years keeps using his Harvard University email, in order to try and have some credibility.

When my father was fraudulently served, by the Middlesex Sheriff's Office, Aaron Greenspan used a false address, that he also used with the Santa Clara Superior Court, 500 Race Street, Apartment 4321, San Jose, CA 95126, as he did not even live at this address.

12

**June 19, 2018**, Aaron Greenspan went before Judge Carol Weinstein Overton and committed perjury under oath, in order to receive a 5 year Restraining Order, by default. This 5 year Restraining Order was cancelled, when I showed up for the first hearing, before Judge Overton on December 12, 2018.

It should be noted that Aaron Greenspan has a tendency to try to win a case, by default, as he does not like anyone defending themselves against his frivolous lawsuits.

**July 3, 2018**, I received a Temporary Restraining Order from Judge Deborah Ryan at the Santa Clara Superior Court.

**July 20, 2018**, Aaron Greenspan knowing that I had a Restraining Order against him, threatened me online, using his Twitter account @aarongreenspan, **see Exhibit H**.

Aaron Greenspan avoided being served my Restraining Order and had left the State of California and moved back with his parents in Shaker Heights, Ohio.

**July 24, 2018**, Aaron Greenspan living in Shaker Heights, Ohio, filed a Subpoena, Case 1:18-mc-00071-CAB against a Hosting Company called Namecheap, before Judge Boyko at the United States Court for the Northern District of Ohio.

In this case, Aaron Greenspan threatened to file Sanctions, Bar complaints against various Attorneys that represented the Hosting Company Namecheap, Inc. and he even went so far as to give them step by step instructions on how to hack in to their own Servers and told the Attorneys representing Namecheap, Inc. and their IT department to hack in to their Servers, **see Exhibit I**.

Following are a couple of examples of the many threats by Aaron Greenspan towards the employees that worked for Namecheap, Inc.:

Doc#: 5 Filed 8/27/2018 9 of 12, PageID #132, "Mr. Greenspan's threat to harm Namecheap and its in-house and outside counsel with sanctions, incarceration, and complaints to the applicable bar associations will not change these facts." "Not only is accessing the customers(s) dedicated server(s) without authorization a criminal act, but it is in violation of paragraph 14 of Namecheap's Web Hosting Terms of Service with its customer(s) . See 18 U.S.C. 1030(a)(2)."

Doc #: 5-1 Filed 8/27/2018 20 of 20, PageID #:135. This is a one page email sent to a person named "Sridavi", where Aaron Greenspan states the following in his email, "Reset the password immediately and comply with the subpoena now or I will motion for further sanctions of $10,000.00 per day of non-compliance and incarceration for you, Eugene Rome, Jenn Suarez, and Richard Kirkendall until such time as the documents requested are produced." The people that Aaron Greenspan threatened were Attorneys.

Several Attorneys and employees were told to hack in to their Servers, by Aaron Greenspan, but here is one example, Namecheap employee Matthew Russell is the Chief Cloud Officer at Namecheap, Inc., declared the following on Doc #: 5-2, Filed 8/27/2018 3 of 22, PageID #: 138, about what Aaron Greenspan demanded from him, "what Mr. Greenspan is demanding of Namecheap amounts to hacking into his customer(s) server(s) to obtain the information sought in the Subpoena."

It should be noted that Aaron Greenspan used the 5 year Restraining Order that he received at the Santa Clara Superior Court, by default, as an instrument to intimidate, harass and threaten the Attorneys and employees for Namecheap, Inc., as he was falsely blaming me for the many complaints that he has on him for destroying the careers and reputations of many people and companies, with his data mining website plainsite.org.

**August 2018**, Aaron Greenspan had an Attorney file a Motion to Strike to see about getting my Temporary Restraining dismissed at the Santa Clara Superior Court, but it was denied.

**September 2018**, I still had to serve Aaron Greenspan my Restraining Order, but after the Santa Clara Sheriff's Department and a Private Investigator were unable to locate him in California, I was advised to contact the Shaker Heights, Ohio Police, as he was most likely back with his parents and perhaps serve him at his parents house

So, I contacted the Shaker Heights, Ohio Police Station and spoke to a Police Lieutenant and when he asked me who the person was and I responded with the name Aaron Jacob Greenspan, he told me that the Greenspan family is well known to the Shaker Heights, Ohio Police. Apparently so many neighbors on their street have called the Shaker Heights, Ohio Police on them for harassment.

The Shaker Heights, Ohio Police Lieutenant sent a Shaker Height Police Cruiser to Greenspan's house with the Restraining Order documents to be served on Aaron Greenspan. The Shaker Heights Police Officer rang the bell and the father Neil Sanford Greenspan answered the door and he lied to the Shaker Heights Police Officer, stating that Aaron Greenspan was not there, which was a lie.

On December 12, 2018, Aaron Greenspan admitted before Judge Overton at the Santa Clara Superior Court, that he was indeed at his parents house in Shaker Heights, Ohio during September of 2018.

**October 9, 2018**, was the last time, that I was able to serve the Restraining Order on Aaron Jacob Greenspan, at the Santa Clara Superior Court, before Judge Deborah Ryan. I was allowed a court call and the hearing was at 9am, California time.

At approximately 11:30am Eastern time, I started to receive emails from amirnoy7@gmail.com, asking all kinds of questions and pretending to not like Aaron Greenspan, when I think this was actually Aaron Greenspan, as at one point, I asked him and first he said yes, then he said no. This is just one of so many examples how Aaron Greenspan completely disrespects a Judge's Order and Law Enforcement. Aaron Greenspan thinks, he can just do whatever he feels like it, to anyone he feels like it.

Also, Aaron Greenspan filed false police reports, which is in itself a crime.

At approximately 11:45am Eastern time, the emails from amirnoy7@gmail.com stopped coming in. So, I got ready for my court call, before Judge Ryan at 12pm Eastern time.

16

When I called in to the courtroom of Judge Ryan, just before 12pm via a court call, I was asked by the Clerk not to say anything, as I was on a speaker and the other Party was in the courtroom. Other Party meaning Aaron Greenspan. So, I stayed quiet and listened to what was occurring in the courtroom.

Aaron Greenspan was called, by the Clerk and immediately Aaron Greenspan became quite aggressive and kept elevating his voice, demanded that my Restraining Order be dismissed. Aaron Greenspan became infuriated and I could not believe the way that he was speaking to a Judge, as if he was in charge of the court.

Aaron Greenspan was practically shouting at Judge Ryan, demanding that my Restraining Order be dismissed and would not behave in a civilized manner.

Finally, Judge Ryan had had enough and she told Aaron Greenspan that if he did not stop with his behaviors in her courtroom, that she was going to hold him in contempt of court.

Although, that didn't seem to phase Aaron Greenspan, as he later continued this outrageous behavior, before Judge Ryan in the courtroom.

Aaron Greenspan was still at it, not asking, but demanding that my Restraining Order be dismissed. Judge Ryan then asked the Clerk to call the other Party, being myself, and I responded, "Present Your Honor".

One would think, that Aaron Greenspan would have remained calm, after Judge Ryan told him, that she was going to hold him in contempt of court for making those out of control outbursts in her courtroom, but after I stated "Present Your Honor", Aaron Greenspan went off the deep end and started shouting at Judge Ryan again, and he demanded that my Restraining Order against him be dismissed.

Judge Ryan had asked me if I wanted the November 13, 2018 court date, or the December 12, 2018 court date. In hindsight, it would have been best to have taken the soonest court date, being November 13, 2018, as Aaron Greenspan was on a mission to frame me and set me up with two fraudulent harassment criminal charges.

It appeared that Judge Ryan had had enough of the aggressive outbursts from Aaron Greenspan, so she called the Sheriff to intervene and she was ready to charge Aaron Greenspan with contempt of court. At that point, when Aaron Greenspan realized that he was going to be taken in and charged with contempt of court, he did stop shouting in the courtroom, as he realized that Judge Ryan meant business.

At that point, Judge Ryan asked Aaron Greenspan, that since he was there in the courtroom, that he wouldn't mind being served my Restraining Order? What could Aaron Greenspan say at that point, as he was there in front of Judge Ryan. So, Aaron Greenspan responded, "Sure".

Judge Ryan then asked the Sheriff to escort Aaron Greenspan to the Clerk's Office, in order to be served my Restraining Order. This is how Aaron Greenspan was finally served my Restraining Order, as he most likely thought, that I was not going to be present for that October 9th, 2018 hearing, before Judge Ryan.

Immediately after Aaron Greenspan was served my Restraining Order, he took to his two known Twitter accounts, @aarongreesnpan and @plainsite, as he started doxxing and harassing myself and my wife, uploading my wife's place of employment, my home address and lots of other personal information.

Twitter suspended and blocked these two Twitter accounts at least twice, perhaps a third time as well, as he violated many Twitter Rules and he was ordered to delete those Tweets, **see Exhibit J**. Though, even after Aaron Greenspan deleted some of the Tweets, he then continued doing the same thing, uploading my personal information all over the place on his two Twitter accounts, @aarongreenspan and @plainsite

Aaron Greenspan knowing that he had a Restraining Order against him and was supposed to stop with his cyber stalking, doxxing and harassment, actually made him do it more than ever, he refused to stop and still today is continuing with his cyber stalking, doxxing and harassment of myself and immediate family.

After Aaron Greenspan was served on October 9, 2018, the cyber stalking, doxxing and harassment, increased more than ever before.

I had the Marlborough, MA Police showing up at my home and they stated to my wife that they wanted to serve the California Restraining Order again. Aaron Greenspan was behind all of this, as he knew that on the next court date on December 12, 2018, that his 5 year Restraining Order against me would be dismissed and it was.

Though, Aaron Greenspan concocted a vicious plan to literally frame me with two fraudulent criminal harassment charges, before the Marlborough, MA Court.

I and my wife started noticing that a lot of vile and pornographic posts were going up all over the Search Engines, right after the October 9, 2018 court hearing, before Judge Deborah Ryan. I even asked my wife, if she thought that Aaron Greenspan was trying to set me up and she wasn't sure at that point, but that is what Aaron Greenspan did.

Aaron Greenspan first had Marlborough, MA Police Officers showing up to drop off his Restraining Order against me and left it with my wife on October 15, 2018, then he got right to it, which was framing me with two fraudulent criminal harassment charges, before I showed up at the Santa Clara Superior Court on December 12, 2018.

First Aaron Greenspan fabricated vile and pornographic materials, then he uploaded them all over the Search Engines on gripe sites, that he created, then he blamed me, in order to frame me with two fraudulent criminal harassment charges.

Aaron Greenspan sent dozens of pages of vile and pornographic materials to the Marlborough, MA Police, Court, Mayor's Office, my Leasing Office and I'm sure other places as well and stated that I was responsible for this, when all of this was done, by one individual, Aaron Jacob Greenspan.

**November 28, 2018**, I had to go to a Marlborough, MA Court Clerk's Hearing, before the Assistant Clerk Darryl S. Whitney. I, my wife, my Attorney and a Marlborough Police Officer were present.

I had to listen to lie, after lie, after lie under oath for over an hour from Aaron Greenspan who was allowed a court call. Aaron Greenspan kept stating that he was Jewish and tried everything he could to play the victim.

After Aaron Greenspan was finished lying under oath for over an hour, the Clerk Darryl S. Whitney, then asked me to ask any questions, through Counsel.

So, I started asking my first question and I had many, about how Aaron Greenspan does hacking and before my Attorney could even finish the question, the Marlborough, MA Assistant Clerk stopped the entire hearing and stated, "I've heard enough, I'm finding Probable Cause." I did not think that things like that occurred in the United States judicial system and was quite taken aback, as I was not allowed to even defend myself.

Then after this Marlborough, MA Clerk's Hearing, before the Assistant Clerk Darryl S. Whitney, Aaron Greenspan asked if I was going to show up for the Santa Clara Superior Court hearing on December 12, 2018, but I did not answer him.

Aaron Greenspan right after this hearing contacted the Marlborough, MA Court Clerk Elizabeth Sacco and had her fax him the entire complaint, which was like 27 pages and none of my personal identifying information was redacted.

This document had my Social Security Number and a lot more personal identifying information on it and nothing was redacted, by either the Marlborough, MA Police, or the Marlborough, MA Court.

After Marlborough, MA Court Clerk Elizabeth Sacco faxed this document to Aaron Greenspan, he wasted no time in uploading this document with all of my personal identifying information that again was not redacted on to the Santa Clara Superior Court Docket. This shows the extent of the doxxing and harassment that Aaron Greenspan does to his victims, as he is relentless.

Jeffrey Allen Steinport participated in this as well, as he sent a one page email, dated November 29, 2018 to Aaron Greenspan to use for this case, **see Exhibit K**.

21

Neil Sanford Greenspan the father of Aaron Greenspan sent a two page email, **see Exhibit L**, directly to Sergeant Attaway of the Marlborough, MA Police, which is a completely fabricated lie. The only individual who was doing cyber stalking, doxxing, harassment and illegal activities, such as hacking and creating vile pornographic materials, was Aaron Greenspan.

My Attorney told me that Aaron Greenspan was calling all over the place and harassing people to do what he wanted. Aaron Greenspan was calling the Marlborough, MA Clerk's Office 4 to 5 times a day and sometimes more, as well as the Marlborough, MA Police and Mayor's Office

It appears that Neil Sanford Greenspan simply writes up whatever Aaron Greenspan tells him to, even if he is fabricating lies and then sends this to lots of people, just like Aaron Greenspan did.

**December 12, 2018**, I showed up for the court hearing at the Santa Clara Superior Court, before Judge Overton. I tried to hire an Attorney, but every time, the Attorney would ask me the name of the other Party and I would state, Aaron Jacob Greenspan, the Attorney's wanted nothing to do with Aaron Jacob Greenspan, as they were fearful that he would ruin their online reputations.

One Attorney in San Jose, CA asked me to call him the next day, so he could see who Aaron Greenspan was. The the next day, the Attorney told me that Aaron Greenspan is a vexatious litigant.

So, I had to show up Pro Se. At this first of three hearings on December 12, 2018, Judge Overton dismissed the 5 year Restraining Order that she had issued by default to Aaron Greenspan.

I showed up with paid "Executive Protection",  as I did not want to be set up, or attacked in any way by Aaron Greenspan.

Though, Aaron Greenspan kept asking his Attorney to take pictures of me inside the courthouse, which finally his Attorney did. My "Executive Protection" then pointed this out to the Santa Clara Sheriff inside the courtroom and the Sheriff had this Attorney delete all his pictures of me from his phone, **see Exhibit M**.

**February 28, 2019**, this was the second of three hearings, before Judge Overton at the Santa Clara Superior Court. Aaron Greenspan had stated that he was willing to do mediation, but when the time came through an independent Mediator, he refused to participate on the day of Mediation.

**March 28, 2019**, I filed a Motion to Deem Aaron Greenspan a Vexatious Litigant, where he would have to first ask for permission with the Presiding Judge, before filing any further lawsuits in any court in the United States. This was denied, by Judge Overton at the third and last hearing on May 2, 2019.

At the time, I did not realize just how many lawsuits, Aaron Greenspan had actually filed in Federal, State and at the United States Patent and Trademark Office (USPTO), which were many.

**May 2, 2019**, was the third and last hearing. Judge Overton most likely would have had a different outcome, if I had the the two fraudulent criminal harassment charges at the Marlborough, MA Court dismissed, but they still were not dismissed.

 Though, Judge Overton repeatedly asked Aaron Greenspan four times, whether he asks for money to remove URL's from his plainsite.org website, but Aaron Greenspan kept spinning and avoided answering the question with a Yes or a No.

23

I observed that Aaron Greenspan was quite good at lying over the phone and by email, but in person was a different story, as it was obvious that he was lying under oath to Judge Overton and this was one of so many lies that he stated under oath, before Judge Overton.

Judge Overton on the fourth try, was fed up with Aaron Greenspan and told Aaron Greenspan to answer with either a Yes or a NO. At that point the facial expression on Aaron Greenspan changed, as he looked down at the desk and avoided eye contact with Judge Overton and mumbled, "No".

It was clear that Judge Overton did not really believe Aaron Greenspan, as she looked at him with a serious stare, while Aaron Greenspan kept avoiding to look up at Judge Overton.

This was just one of dozens of examples of how Aaron Greenspan lied under oath, before Judge Overton.

The following is the evidence that Aaron Greenspan does ask for $2,500 to suppress each URL, but he decides on the amount, depending on the case and person he is dealing with, **see Exhibit N**.

In January of 2018 an individual contacted me on behalf of Aaron Greenspan and asked me to pay $4,500 to remove each of the 8 URL's on plainsite.org, which amounted to $36,000, but if I paid him in full, that he would give me a discount, making the total price $34,000, which I refused to pay. I also mentioned this at the Santa Clara Superior Court, before Judge Overton.

**August 30, 2019**, Judge Overton allowed Aaron Greenspan to receive a two year extension, while not allowing my Restraining Order. This was the result of the two fraudulent criminal charges at the Marlborough, MA Court.

Aaron Greenspan continued with his cyber stalking, doxxing and harassing myself and my immediate family and today every negative URL on the Search Engines and there are many, have all been created and uploaded, by Aaron Greenspan.

**November 24, 2020 and February 9, 2021**. Marlborough, MA Court dismissed the two fabricated criminal harassment charges on November 24, 2020, then Expunged these two fabricated criminal charges on February 9, 2021. **see Exhibit O.**

**December 2020**, I sent a large USPS envelope to the United States Attorney Andrew E. Lelling at the First Circuit Court in Boston, Massachusetts, with a lot of the evidence of all the cyber stalking, doxxing, hacking and harassment that Aaron Greenspan has been doing and continues to do online to myself and my immediate family.

**November 2, 2021 to December 6, 2021**, I sent 8 emails to the Assistant Chief of Probation Jeffrey Smith, regarding the continuous cyber stalking, doxxing and harassment, by Aaron Greenspan and in these emails, I forwarded a lot of evidence of all the malicious URL's that Aaron Greenspan has uploaded all over the search engines.

Aaron Greenspan attempted to open a site called FaceCash that was shut down by the State of California in 2011, after this Aaron Greenspan decided to open a legal document data mining website plainsite.org with his partner Eric Steven Teasley, **see Exhibit P**.

In 2011, Aaron Greenspan and Eric Teasley working with other people, decided to create and open the monetized data mining website plainsite.org, as it provides them a source of income, but is wrecking the careers and reputations of people and companies.

Aaron Greenspan placed his for profit monetized data mining website under his 501(c)(3) Think Computer Foundation, right from the beginning in 2011, though this was never authorized by the IRS.

Aaron Greenspan and his partner Eric Teasley, also asked the public to send them monetary donations to their Bank account, for their website plainsite.org and stated falsely, that these donations were tax deductible, when again this website plainsite.org was never authorized to be a 501(c)(3), by the IRS.

Aaron Greenspan and his partner Eric Teasley were operating their for profit website plainsite.org as a 501(c)(3) from the time of its inception in 2011, all the way until their 501(c)(3) Think Computer Foundation was dissolved in May of 2021.

It should be noted that Neil Sanford Greenspan was the VP & Treasurer and Board Member of Think Computer Foundation and is the same on their Think Computer Corporation. The mother Judith Keene Greenspan was a Board Member on Think Computer Foundation and is the same on their Think Computer Corporation.

The following is the evidence of just some of the hacking that Aaron Greenspan has done, **see Exhibit Q**.

In 2005 Aaron Greenspan rented an office space near the South Station MBTA, then over the WiFi, he hacked in to the MBTA and changed the parameters. The Boston, Massachusetts FBI caught Aaron Greenspan, but there were no criminal charges.

Then again in 2005 from Boston, Massachusetts, Aaron Greenspan hacked in to the online payment company PayMaxx. PayMaxx believed "the hacker violated federal law". Aaron Greenspan was again caught by the Boston, Massachusetts FBI, but he was not criminally charged.

Then Aaron Greenspan moved to Dallas, Texas and from there he hacked in to the GSA online Federal Contract Bidding website. Again, Aaron Greenspan was caught by the FBI in Dallas, Texas, but there were no criminal charges against Aaron Greenspan.

**May 20, 2020**, Aaron Greenspan filed another frivolous lawsuit **3:20-cv-03426-JD** at the Ninth Circuit in San Francisco, California, before Judge James Donato, where Aaron Greenspan defamed and slandered my name all over the place in a complaint that was thousands of pages long. Aaron Greenspan even created a hit list with a long list of names and he put my name as number 1.

The defamation, slander, insults, character assassination and personal attacks that Aaron Greenspan did to myself, the defendants in that case and many other people was just beyond belief.

Judge James Donato allowed Aaron Greenspan to Amend his complaint 5 times, which led to the slander, insults, character assassination and personal attacks to proliferate. Not to mention the amount of money and time that Aaron Greenspan had the defendants and court waste with his frivolous lawsuit, was just beyond comprehension.

**May 19, 2022**, Judge James Donato, Dismissed this case with prejudice

**July 26, 2022,** Aaron Greenspan went and Appealed this case, Court of Appeals Docket #: **22-16110** at the U.S. District Court for Northern California, San Francisco

Even in his Appeal at the U.S. District Court for Northern California, San Francisco,

Aaron Greenspan still continued to defame, slander and do personal attacks on myself

and the defendants in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of
my knowledge, executed on April 20, 2023 in Massachusetts.

Respectfully submitted,

Diego Mas Marques