# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

AARON JACOB GREENSPAN )
    Plaintiff )
 )
v. )   Civil Action No. 1:23-cv-10134-DJC
 )
 )
DIEGO MAS MARQUES )
    Defendant )

## OPPOSING MOTION TO STRIKE PLAINTIFF'S MOTION TO STRIKE ECF NO. 28

1. **Introduction**

Pursuant to Federal Rule of Civil Procedure Rule 12(a);(f), Defendant Diego Mas Marques, hereby moves this Court to Strike Plaintiff's Motion to Strike, ECF No.30. Rule 12(f) permits the Court to Strike any redundant, immaterial, or scandalous matter. Plaintiff's deflecting and projecting of the facts, and repeatedly making personal attacks on Defendant in this case. Plaintiff is behaving in an uncivil manner and is abusing the judiciary to promulgate Plaintiff's continuous doxxing and harassment in plain sight with his fabricated statements, attachments, complaint and false narratives.

2. **Procedural History**

Defendant's 28 page Declaration in ECF No. 28, with the accompanied attachments is factual and of importance in moving forward with a countersuit in a jury trial, if this case is not dismissed prior to a jury trial, under equal justice of the law.

1

Plaintiff is abusing this court with his vexatious litigation and using this court to promote his constant defamation, slander, libel, doxxing and harassment of Defendant in this matter, right in front of this court, as Plaintiff then later uses the information contained in this case for the purpose of doxxing and harassment, with his for profit website plainsite.org.

Plaintiff continues to commit perjury under oath from the onset of his complaint, before this court and shows a blatant disrespect for the United States judicial system, as Aaron Jacob Greenspan has once again used his Motion to Strike for the purposes of committing personal attacks, which include defamation, slander and libel.

### 3. Argument

Since March of 2017, Plaintiff has had this deranged obsession with cyberstalking, doxxing, harassing, extorting and threatening myself and my immediate family and has not stopped since March of 2017. Every single negative URL on the search engines, referencing my name and there are dozens, have all been created and uploaded, by one individual, Aaron Jacob Greenspan.

Plaintiff has repeatedly made false statements in this court and committed perjury under oath, regarding myself. This included the Marlborough, MA Court, Santa Clara Superior Court, United District Court for the Northern District of Ohio, **case: 1:18-mc-00071-CAB**, United States District Court Northern District of California San Francisco Division, **case: 3:20-cv-03426-JSC** and in the United States Court of Appeals For the Ninth Circuit, **Court of Appeals Docket #: 22-16110**.

Plaintiff has used the above mentioned court cases, including the current one for the purposes of defamation, doxxing, harassment, libel and slander against Defendant.

2

On May 19, 2022, Judge James Donato dismissed the federal claims with prejudice in the United States District Court Northern District of California, **case: 3:20-cv-03426-JSC**, **see Exhibit A**.

This case involved Plaintiff being allowed to Amend his lawsuit 5 times, after loosing approximately $60,000 in short selling TSLA Stocks, using what's called "Short and Distort", where he continuously posted false information about Elon Musk and Tesla online, then became enraged when he lost approximately $60,000, then falsely blamed Elon Musk, Tesla, Omar Qazi and his company Smick Enterprises for something that he did to himself, but he enjoys blaming other people and committing defamation, slander, libel and personal attacks and projecting on others what Aaron Jacob Greenspan is guilty of.

In each of these 5 amended complaints, Plaintiff committed defamation, slander, libel and a whole array of false personal accusations against myself and the Defendants involved in the above case.

When Plaintiff filed his Appeal at the United States Court of Appeals For the Ninth Circuit, **Court of Appeals Docket #: 22-16110** on April 18, 2023, Aaron Jacob Greenspan literally attacked Judge Donato's wife on pages 20 to 22, Section IV, **see Exhibit B**. Again, Aaron Jacob Greenspan has apparent anger and mental health issues and takes out his anger on his victims, using his data mining monetized website plainsite.org and creating false statements on gripe sites online.

Aaron Jacob Greenspan has been and still is defaming, slandering and committing libel against Mark Zuckerberg, as he falsely claimed that he was the person who created Facebook, when Mark Zuckerberg was the person who created Facebook.

3

The following are two more cases here in the United States District Court of Massachusetts of over 60 frivolous lawsuits, that were filed in this court by Aaron Greenspan, where he sued for "Defamation by Omission" and the lawsuit was dismissed, **case: 1:11-cv-12000-RBC, Greenspan v. Random House, Inc., 859 F. Supp. 2d 206. 210-11 (D. Mass. 2012)** and the appeal in this case, **Court of Appeals Docket #: 14-1596**, which was dismissed as well.

In the above case and appeal case, Plaintiff being the perpetrator of doxxing and harassment, has done this in many of his frivolous lawsuits, as well as committing perjury under oath, fabricating fantasy narratives out of whole cloth, defame, slander, libel and use personal attacks on his opponents, causing emotional distress, financial losses and a lot of time being wasted for all parties involved, including the courts of which all are victims of this mentally unstable vexatious litigant Aaron Jacob Greenspan.

The fact that Plaintiff has written his vexatious litigation with three "aka's" in this case, when the name is Diego Mas Marques, shows the extent of the doxxing, harassment and personal attacks that Aaron Jacob Greenspan is capable of and does this right in an uncivil, and disrespectful manner in plain sight of this court.

The purpose of Plaintiff writing in "aka's" is to have this spread all over the search engines under these "aka's". This alone shows this court, as to the extent of how far Aaron Jacob Greenspan will go to perpetrate his doxxing and harassment on myself and my immediate family, by using this case and court as his platform for his doxxing, harassment, defamation, slander, libel, a wide range of personal attacks and emotional distress on myself and immediate family.

4

**ECF No. 28 is material and factual**

ECF No. 28 serves an important purpose of showing the factual history of what Plaintiff has been doing and still doing to myself and my immediate family. The only person who is abusing this Docket under the guise of "litigation privilege" is Aaron Jacob Greenspan, as his complaint and other frivolous filings are all defamatory, slanderous and libelous on Defendant and his immediate family.

If Plaintiff wants to selectively pick and choose what can and cannot be read in this case, then perhaps, Plaintiff should request that his entire frivolous and fabricated complaint be under Seal, or at least restricted to access only at the courthouse, as discriminating and making an attempt, as to what facts a party presents is in violation of equal justice under United States law and Due Process.

**"14th Amendment to the U.S. Constitution, which states that no state shall "deny to any person within its jurisdiction the equal protection of the laws." Later, in an 1891 U.S. Supreme Court case, Chief Justice Melville Fuller wrote: "no State can deprive particular persons or classes of persons of equal and impartial justice under the law."**

This is exactly what Plaintiff seeks, which is special treatment for himself, but not for others.

Having leagle.com displayed in this case as to what occurred with Plaintiff and having created a data mining website at Harvard called HouseSystem and then being told to shut it down, or be expelled from Harvard University is highly important for this case, as it shows an abusive and obsessive compulsive pattern, by Plaintiff of seeking out personal data, then selectively manipulating this personal data to use at any given time to attack an individual, or company with the large amount of legal and personal data collected, by Aaron Jacob Greenspan on his many victims.

A Motion will be filed to disclose and unseal any court records, on the real owner/s name and contact information with the Hosting company of leagle.com for the purpose of the countersuit.

**B. ECF No. 28 is Factual and Pertinent**

Aaron Jacob Greenspan was "lying under oath for an hour" at the Marlborough, MA Court on November 28, 2018 and this can be proven, by the fact that the two fraudulent criminal harassment charges were dismissed on November 24, 2020 and then expunged on February 9, 2021, by the Marlborough, MA Court, **see Exhibit C**.

Plaintiff has no problem lying under oath to a Judge, Court Clerk, Law Enforcement, or anyone else for that matter, when Plaintiff tries to get his way.

Plaintiff "completely disrespects a Judge's Order and Law Enforcement." and has shown this time and time again, including disrespecting the Court Clerk's by continuously calling and emailing them, in order to try and force his way on people, by harassing them with repeated phone calls, emails and letters.

Plaintiff used in his first complaint and amended complaint a lot of fabrications, defamation, slander, libel and false accusations that qualify as impertinent under Federal Rule of Civil Procedure Rule 12(f).

**C. ECF No. 28 is Factual**

The purpose of this document serves the purpose of showing this court the facts, behind the outrageous behaviors by Plaintiff, as he continues to be on this doxxing and harassment binge to now use this court for his personal attacks on Defendant, in order to defame, slander, libel and cause emotional distress, with no regard for civility.

6

Plaintiff did keep raising his voice, shouting at Judge Deborah Ryan in her courtroom, at the Santa Clara Superior Court, as Plaintiff did not ask, but demanded that my Restraining Order against Plaintiff be dismissed and his behaviors in Judge Ryan's courtroom were uncivil to say the least and Plaintiff was admonished several times and told that he would be held in contempt of court, if he continued with his aggressive outbursts in the courtroom.

Anticipating that Plaintiff will be caught lying under oath once again, Plaintiff's first attempt of serving his Temporary Restraining Order, obtained by committing perjury under oath at the Santa Clara Superior Court in California, as Plaintiff paid a company on April 4, 2018 in Worcester, MA called "Francis J. Trapaso & Associates" that made 5 apparent attempts to serve this, but were unable to do so, **see Exhibit D**.

This shows how devious and underhanded the Plaintiff is, as Plaintiff gave this company, "Francis J. Trapaso & Associates", my address and wife's maiden name, knowing her married name and sent them a bunch of negative legal documents and wrote up various "aka's" to intentionally place me in a bad light.

There had been 5 apparent attempts, by "Francis J. Trapaso & Associates" to serve this fabricated Temporary Restraining Order, that Plaintiff acquired by committing perjury under oath, before Judge Overton at the Santa Clara Superior Court in San Jose, California, that ended on April 19, 2018 with Defendant not served,

In the following weeks, after Plaintiff was unable to serve this Temporary Restraining Order, by April 19, 2018, he resorted to his next underhanded plan. Aaron Jacob Greenspan contacted the Middlesex Sheriff's Department and once again, he lied under oath to the Middlesex Sheriff's Department and gave them my father's name and address, as it's the same name as mine and he did not communicate to the Middlesex Sheriff's Office, that Plaintiff had already attempted to serve this court document on Defendant with "Francis J. Traspaso & Associates" out of Worcester, Massachusetts.

Aaron Greenspan paid the Middlesex Sheriff's Department on May 3, 2018, as Plaintiff lied under oath and gave them false information, by stating that my father was me, who was then served on May 19, 2018, knowing that this was committing perjury.

To top this off, Plaintiff continued to commit perjury and treat people as if they are stupid, as he sends an email on May 22, 2018 to a Denise Breen, Deputy Director/Civil Process Division, Middlesex Sheriff's Office, Peter J. Koutoujian, Sheriff, where he states the following, "Ms. Breen, Thanks so much. That's a huge relief. And that mailing address I don't think is in any database I've seen, so he must have moved there recently." Aaron Jacob Greenspan knew exactly that was my father's address, who lived in Elder Housing, as it even showed my father's name and address online, as being in Medford, MA.

Plaintiff apparently kept in contact with Ms. Breen and on June 12, 2018, he sent her two Spanish newspaper articles, that have since been deleted, but Aaron Jacob Greenspan took these copyright materials and falsely translated them in to English, then violated copyright laws, by uploading this on to his two known Twitter accounts, @aarongreenspan and @plainsite to continue with his doxxing and harassment.

Again, this is just one of so many examples of how Plaintiff lies outright to whoever he needs to and he has absolutely no issue in committing perjury under oath to any Judge, Court Clerk, or Law Enforcement Officer, **see Exhibit E**.

In **ECF No. 28**, Plaintiff once again goes on personal attacks that are his own fabrications and not reality, much less the truth. Private Investigator John X. Haro, who currently has his own company Haro Investigations, was in the United States Military and has worked in law enforcement for 21 years and Mr. Haro is an outstanding citizen, who stated the truth and nothing but the truth in his Affidavit, dated April 1, 2019, where Aaron Jacob Greenspan was harassing and stalking myself and Mr. Haro, **see Exhibit F**.

The only individual who has made up fabricated claims and outright lies under penalty of perjury is one person only and that person is Aaron Jacob Greenspan.

The list of outright lies under penalty of perjury, by Plaintiff are long and as stated previously, that pathologically lying under oath is a common occurrence with Aaron Jacob Greenspan

Plaintiff was given an ultimatum to either shut down his data mining website HouseSystem, that was designed, the same way his plansite.org is designed, which is to data mine as much personal information as possible on his victims, which then at any given time can be used and abused to cyberstalk, defame, blackmail, extort, slander and harass his victims, then make every attempt to destroy a company, or a person's career and reputation, as Aaron Jacob Greenspan has done with myself and many other victims, **see Exhibit G**.

It is recommended that nobody click on this harmful website plainsite.org, as Aaron Jacob Greenspan does what's called IP Harvesting, which is used for cyberstalking, doxxing and harassment of his targeted victims.

As a matter of fact, I believe for the greater good of society, that this destructive data mining monetized website plainsite.org that is being run under the guise of "legal document transparency" should be permanently shut down. The United States already has the Federal database Pacer and Pacer does not go around uploading legal documents on the search engines, as Plaintiff intentionally does in a highly selective and destructive manner, causing hundreds if not thousands of people to have lost their ability to find good employment, just so Plaintiff can continue raking in his profits.

Plaintiff owns and runs his for profit website plainsite.org since 2011 with his partner Eric Steven Teasley, where plainsite.org is a major source of income for these individuals.

Plaintiff uses his for profit website plainsite.org to data mine all kinds of legal and personal information, while asking for monetary donations set up with a PayPal and Bank account, Subscription Fees, Advertising and extorting money out of people and companies, by asking for money to suppress URL's on their plainsite.org.

Plaintiff has unlawfully placed his for profit website plainsite.org under his fraudulent 501(c)(3) Think Computer Foundation since 2011, that was not authorized by the IRS, then Plaintiff's father Neil Sanford Greenspan had it dissolved in May of 2021, with no regard for the laws of the United States, where Federal and State taxes were intentionally evaded, which is a criminal act. Then the father Neil Sanford Greenspan who is the VP, Treasurer and Board Member, as well as the mother Judith Keene Greenspan who is a Board Member of Think Computer Foundation, placed their son Aaron Jacob Greenspan as the CEO of Think Computer Foundation, **see Exhibit H**.

One can see on the third page of **Exhibit H** that the same person was responsible for writing in all the names and it appears as if the same person was responsible for signing all three signatures of Aaron Greenspan, Neil S. Greenspan and Judith Greenspan.

This for profit website plainsite.org is malicious and destructive on society.

Every United States Amendment has it's limits, including the First Amendment, as for example one cannot shout out fire in a crowded theatre.

When the Founding Father's of the United States created the First Amendment on December 15, 1791, they did not have the internet and there were no data mining monetized websites, such as plainsite.org, that literally destroys the careers and reputations of any company or person that this perpetrator Aaron Jacob Greenspan feels like it and this in itself of using this data mining monetized website plainsite.org, as a weaponized online instrument, in order to data mine and then destroy the targeted victims of Plaintiff is violating the United States First Amendment and shouting fire in a crowded theatre, only difference is that today's crowded theatre is the internet.

It is true that Aaron Jacob Greenspan hacked in to my msn email account not once, but twice in September and October of 2017, as he has uploaded documents and pictures from Spain, that were copyright documents, only on my msn email and not online, then he uploaded these documents and pictures on to various gripe sites and his two known Twitter accounts @aarongreenspan and @plainsite.

It is true that an individual on behalf of Aaron Jacob Greenspan asked me to pay him $4,500 to suppress each of the 8 URL's on plainsite.org, which was $36,000, but I was told that I would receive a discount and have to pay $34,000 in full to suppress the 8 URL's on plainsite.org. This was not paid, after which Plaintiff increased the doxxing and harassment online.

It is true that during the time that Plaintiff gave his address as 500 Race Street, Apartment 4321, San Jose, California, that he was not living there, when he gave this address to the Santa Clara Superior Court in San Jose, California, as Private Investigator John X. Haro has confirmed with evidence. This is just another one of so many examples, where Aaron Jacob Greenspan simply lies outright, without thinking or caring of consequences, when lying under oath to a Judge, Court Clerk, or Law Enforcement comes natural to Plaintiff.

It is true that in the following case, United States District Court Northern District of California, **case: 3:20-cv-03426-JSC**, on May 19, 2022, Judge James Donato dismissed the Federal Claims with prejudice, **see Exhibit A**.

Plaintiff, believes he is a Judge on the Internet, **see Exhibit I**. Without knowing all the factual details of another person's legal case, especially one that was overseas, Plaintiff passes on his fabricated judgments on his targeted victims, myself and my immediate family, still are the victims of Aaron Jacob Greenspan in this case since March of 2017.

Every single negative URL for the purpose of doxxing and harassment on the search engines, referencing my name, which I have them all, have all been created and uploaded, by one unstable individual, Aaron Jacob Greenspan.

**4. Conclusion**

Plaintiff's Motion to Strike, before this Court is another attempt, since the onset of this case to create the illusion that with his many fabrications and pathological lies, he is trying his best to deflect from the fact that he is the only one that has repeatedly lied under oath, before this court and will continue to do so, without hesitation, unless this court decides at some point to take judicial action to put a stop to the many abuses towards the defendants and this court, by Aaron Jacob Greenspan.

As to the foregoing, defendant respectfully requests, that ECF No. 28, with all attachments, be allowed on the record as evidence and to stay unsealed for public viewing of the criminal acts, cyberstalking, cyberbullying, defamation, slander, libel and emotional distress, that Aaron Jacob Greenspan has perpetrated and continues to perpetrate on myself and my immediate family.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, executed on May 3, 2023 in Massachusetts.

Respectfully submitted,

*/s/ Diego Mas Marques*

Diego Mas Marques

dmas5@protonmail.com