# EXHIBIT F

Private Investigator John X. Haro, stated the truth about how Aaron Jacob Greenspan having a Restraining Order on him, was disrespecting the Judge's Order, as he stalked and harassed myself and the Private Investigator, inside and outside the Santa Clara Superior Courthouse.

# NI Najar Investigations

December 20, 2018

To: Diego Mas Marques

# REPORT

| INVESTIGATOR(S) | CLIENT |
|---|---|
| John Haro | Diego Mas Marques |

**DESCRIPTION**

## EXECUTIVE PROTECTION
## SUBJECT: AARON JACOB GREENSPAN

### STATEMENT OF JOHN HARO

I was retained by Najar Investigations to provide executive protection for their client, Diego Mas Marques, who was scheduled for a civil harassment court hearing on December 12, 2018 at 1:30 p.m. at the Family Justice Center Courthouse, located at 191 N. First Street, San Jose, California,

Investigative Summary
We arrived at the courthouse at 1:30 p.m. and seated ourselves within courtroom 11. Mr. Aaron Jacob Greenspan and his legal counsel were also present and court proceedings commenced. At approximately 3:25 p.m., court broke for a fifteen minutes recess. Mr. Mas Marques and I departed to the first floor for refreshments.

At 3:40 p.m., we returned to courtroom 11. As we exited the elevator, Mr. Greenspan was standing near the courtroom doors with his legal counsel. Mr. Greenspan was telling his attorney to "take pictures" (taking pictures is prohibited in the courthouse). I observed the attorney holding his phone upright in the direction of Mr. Mas Marques. As I stepped between Mr. Mas Marques and the attorney, I heard the audible sounds of photos being taken. Mr. Mas Marques ordered the attorney to cease his activity as I ushered him to the courtroom doors. An unidentified Sheriff Bailiff allowed us entry into the courtroom, at which time Mr. Mas Marques informed the deputy of the attorney's actions. Mr. Mas Marques and I were directed to wait outside of the courtroom, while the deputy requested that the attorney delete any and all

*23811 Washington Ave., Suite C110286, Murrieta, CA 92562 • (951) 249-3395*

photos he may have taken. Shortly after, we entered the courtroom and court reconvened. It should be noted that there are signs posted that prohibit photographs or video-recording in the courthouse.

At approximately 5:00 p.m., court concluded with the 5 year protective order terminated against Mr. Mas Marques and a temporary restraining was ordered by the judge against Mr. Greenspan. As we exited the courtroom, the attorney shadowed us in the elevator and Mr. Greenspan was not observed in the area, as he had already left the courtroom.

Mr. Mas Marques and I waited briefly in the lobby for Mr. Greenspan's attorney to leave the courthouse, in the event they may attempt to photograph or converse with us. Mr. Greenspan was already outside the courthouse.

As we exited the courthouse, I observed Mr. Greenspan standing on the southeast corner of the courthouse building glaring in Mr. Mas Marques' direction. The attorney once again approached us with his cellular phone pointed at Mr. Mas Marques and asked several times, "Can I take your picture? Mr. Mas Marques rebuffed the attorney's request and attempted to conceal himself behind a cement pillar. At that point a sheriff deputy came outside and told the attorney and Mr. Greenspan to leave the area. There was also a second sheriff deputy who briefly came outside to oversee this situation. I directed Mr. Mas Marques to continue walking, while I placed myself between the attorney and Mr. Mas Marques. The attorney shadowed us briefly, then continued walking west on W. St. James Street and south on N. First Street.

As we neared the intersection of N. First Street and W. St. James Street, our attention was drawn to Mr. Greenspan who was observed staring in our direction and then sprinting west on W. St. James Street and south onto N. San Pedro Street. We hurried to my vehicle and departed the area to avoid being counter-surveilled.

This concludes my participation on this case until further directive.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

_[signature]_

John X. Haro
Private Investigator PI # 28636

ROSA S. MUNOZ
Commission # 2143744
Notary Public - California
Monterey County
My Comm. Expires Mar 20, 2020

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**      **GOVERNMENT CODE § 8202**

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_____  _____
Signature of Document Signer No. 1   Signature of Document Signer No. 2 (if any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Monterey

Subscribed and sworn to (or affirmed) before me on this __1__ day of __April__, 20__19__, by
(1) John X Haro
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

[Notary Seal: ROSA S. MUÑOZ, Commission # 2143744, Notary Public - California, Monterey County, My Comm. Expires Mar 20, 2020]

Seal
Place Notary Seal Above

——————————— OPTIONAL ———————————
Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____  Document Date: _____
Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910