UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>    v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, and **MEDIOLEX, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO STRIKE AND SEAL ECF NO. 28**

In opposition to the instant Motion, Defendant MasMarques has doubled down on his hallucinations and fabrications without citing a shred of actual evidence, let alone any applicable caselaw.  Even if he could, his filing of a naked declaration full of provably false statements with no substantive connection to the pleadings—while in default—cannot be substantiated from a procedural standpoint.  His citation to Federal Rule of Civil Procedure 12(a) is inapposite.

Defendant MasMarques attempts to discuss other litigation in which Plaintiff has been involved, some of which mention MasMarques's name because of his attempts to unlawfully circumvent the restraining order that bound him from 2019-2021, but most of which have absolutely no bearing on this case.  Generally, his descriptions and non-governmental sources cannot be relied upon.  Hiring a process server to effect service of process is not "devious"— under California law, personal service by a third party is legally required.  Newspaper articles from Spain are not subject to United States copyright, and even if they were, posting excerpts

1

from them in self-defense obviously qualifies as fair use.[1] Eric Teasley has not worked on PlainSite since roughly 2012, eleven years ago. The website leagle.com and whatever entity or entities own it are not party to this suit and have no connection to Plaintiff. No one ever called Defendant MasMarques demanding money on Plaintiff's behalf who actually had authorization from Plaintiff to do so. Defendant MasMarques's private investigator appears to have made up a television-worthy courthouse drama to justify billing his client for anything, as nothing he describes about Plaintiff—such as Plaintiff ordering his attorney to take pictures, or Plaintiff "sprinting west on W. St. James Street"—actually happened. (In fact, after the hearing in question Plaintiff calmly walked less than one block southeast along Market Street, as evidenced by the restaurant receipt provided to the California court.) Omar Qazi, the "Whole Mars" whose personal website is cited in ECF No. 31-7, is himself in court in the Northern District of California for harassment and conspiring with Defendant MasMarques to defame Plaintiff. And from 2018-2019, Plaintiff was never told that he would be held in "contempt of court," nor were there any "aggressive outbursts," as clearly shown by the court transcripts from Santa Clara County already on file in this case. ECF No. 1-6.

    Defendant MasMarques's repetition of the same baseless claims has long since grown tiresome, which is why this action was filed. It is clear that he requires psychiatric help. At the same time, the Court should not permit him to use the docket as a dumping ground for conspiratorial rants, which only get repeated when Defendant MasMarques attempts to defend them. ECF Nos. 28, 31, and any further similar baseless filings should be struck from the record and sealed.

---

[1] In any event, Defendant MasMarques holds no copyright to any newspaper articles anywhere in the world and thus has no standing to complain about their republication on such grounds.

Dated: May 3, 2023                     Respectfully submitted,

                                       _____
                                       Aaron Greenspan, *pro se*
                                       956 Carolina Street
                                       San Francisco, CA  94107-3337
                                       Phone: +1 415 670 9350
                                       Fax: +1 415 373 3959
                                       E-Mail: aaron.greenspan@plainsite.org

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 3, 2023 I filed the foregoing with the Clerk of Court using the CM/ECF system, and delivered true and correct copies of the foregoing to the defendants in this action as follows:

CM/ECF
Diego MasMarques, Jr.
via counsel, Joseph E. Phelan, Esquire

E-Mail
Mediolex Ltd.
legal@complaintsboard.com
editor@complaintsboard.com
editor.complaintsboard@gmail.com

Sergei Igorevich Kudriavtsev
ivestules@gmail.com

Aaron Greenspan