UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2023 MAY -9 PM 1: 53
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AARON JACOB GREENSPAN ) | |
|    Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:23-cv-10134-DJC |
| ) | |
| ) | |
| DIEGO MAS MARQUES ) | |
|    Defendant ) | |

**REPLY IN SUPPORT OF OPPOSING PLAINTIFF'S MOTION TO STRIKE ECF NO. 28**

   Plaintiff Aaron Jacob Greenspan continues with his fabricated fantasy narratives, that he believes people might be gullible enough to actually believe his pathological lies and his delusions.

   The declaration in ECF No. 28 is completely factual, backed up by documented evidence and has factual connections to the fabricated and unsubstantiated pleadings, by the Plaintiff, who continuously commits perjury under oath, as it just comes natural to Plaintiff Aaron Jacob Greenspan.

Defendant mentions three cases where Plaintiff has defamed, slandered, libeled, doxxed and wrote complete fabrications, while writing up step-by-step instructions to opposing Attorneys and IT department for the Hosting Company Namecheap, LLC on how to hack their own servers. Case 1:18-mc-00071-CAB against a Hosting Company called Namecheap, LLC, before Judge Boyko at the United States Court for the Northern District of Ohio, where Plaintiff lied under oath, as he scapegoated defendant, by using a Restraining Order obtained, by lying under oath.

Plaintiff used a Restraining Order, obtained by committing perjury under oath, deceit and by default to pull a fast one and try and get Namecheap, LLC to remove the many negative postings on Plaintiff, where many were there, before defendant even knew who Plaintiff was. Plaintiff once again committed perjury under oath and did not present things in a factual manner, rather Plaintiff wrote up his own delusional and fantasy narratives, which had nothing to do with the truth.

On March 28, 2018, defendant called Aaron Jacob Greenspan and told him to cease and desist with the online harassment, or a Restraining Order will be sought against him for continuous online harassment.

On April 4, 2018, Plaintiff Aaron Jacob Greenspan, then went before Judge Carol Weinstein Overton at the Santa Clara Superior Court in San Jose, California and committed perjury under oath. Plaintiff wants the First Amendment exclusively only for himself nobody else, **see Exhibit A**. Plaintiff thinks he's special and deserves special treatment and rights, while everyone else must succumb to his orders.

2

The Attorneys for Namecheap, LLC, specifically pointed out the April 4, 2018 Civil Cover Sheet, CV5014, page 2, where it states, "The request is granted except as to the request for a broad restriction on Respondent's Internet Speech". This was written, by Judge Carol Overton on April 4, 2018 at the Santa Clara Superior Court, San Jose, California, **see Exhibit A**.

Though, what Plaintiff is doing has nothing to do with the First Amendment, as he uses this as a guise for the purposes of doxxing, harassment, threats, defamation, libel, slander, and seeks out the destruction on the internet of his victims, while using his weaponized data mining monetized website plainsite.org to also extort and blackmail his victims, as a means to making his living.

In the following case, and current appeal, United States District Court Northern District of California San Francisco Division, case: 3:20-cv-03426-JSC and in the United States Court of Appeals For the Ninth Circuit, Court of Appeals Docket #: 22-16110, Plaintiff used this case and appeal as his platform to commit defamation, slander, libel and many false accusations, that were completely fabricated, by Plaintiff Aaron Jacob Greenspan.

All the above has an important bearing for this case, as it shows a pattern, by Plaintiff Aaron Jacob Greenspan of continuously doxxing, harassing, defaming, libel, slander, fabricating narratives and committing perjury under oath.

3

Before even knowing who Plaintiff Aaron Jacob Greenspan was, he already had hundreds if not thousands of complaints against him for destroying careers and reputations of many victims on a website called stdcarriersdatabase.com. Plaintiff filed an "Application for DMCA Subpoena" against the website stdcarriersdatabase.com, case 5:17-mc-800-HRL, United States District Court for the Northern District of California, **see Exhibit B.**

Plaintiff uses aggressive harassment, intimidation and threat tactics through various methods in the United States Courts, such as Subpoena's and frivolous lawsuits, in order to subdue his opponent and try and get them to give up, after the continuous doxxing, harassment, threats and just time and money wasting legal actions.

All of defendant's descriptions, non-governmental sources and governmental sources can all be relied upon, as they are all factual evidence, that shows how Plaintiff Aaron Jacob Greenspan commits perjury under oath, commits doxxing, defamation, slander, libel and in his fantasy world, Plaintiff fabricates his own narratives, that are full of fiction and lies.

In the manner that Plaintiff first hired a Constable from the company, Francis J. Trapasso & Associates on April 4, 2018, in order to try and have defendant served a Temporary Restraining Order, received through deceit and committing perjury under oath. Plaintiff had a lot of information on defendant, as the home address was not public and neither was my wife's maiden name. This among so many other examples, shows that Plaintiff has some sort of mental illness with being obsessed to collect legal and personal data on his targeted victims.

4

After 5 tries of making attempts to serve defendant a Temporary Restraining Order received, by committing perjury under oath at the Santa Clara Superior Court, San Jose, California and ended on April 19, 2018, after Defendant was not served. Plaintiff then resorted to his next deceitful, devious and disingenuous plan.

Plaintiff, then contacted the Middlesex Sheriff's Department and made a payment on May 3, 2018, as Plaintiff pretended to not know anything, and had failed to explain in detail to the Middlesex Sheriff's Department, that he had already made an attempt to serve his Temporary Restraining Order 5 times, via the company, Francis J. Traspaso & Associates.

Plaintiff Aaron Jacob Greenspan deceived the Middlesex Sheriff's Office and once again committed perjury under oath, in order to try and get his way once again. The Middlesex Sheriff's Department went to my father's address, who has the same name and lives in Elder Housing, so the difference in age was clear as day, so it's hard to comprehend how a Middlesex Sheriff served my father, when it was clear this was the wrong person.

Plaintiff being mentally unstable did not have a care in the world that my father was served and not myself, as long as Plaintiff got his way, any way he can, even if that means, committing perjury under oath and harassing my father. Plaintiff Aaron Jacob Greenspan got hold of my father's unlisted phone number and started calling him on a daily basis, where he demanded that defendant not defend his frivolous Temporary Restraining Order. My father was so upset with Plaintiff Aaron Jacob Greenspan continuously calling him, that he had to change his phone number.

Plaintiff is violating copyright materials at this very moment and plays dumb, when he knows that he is committing criminal acts. What Plaintiff Aaron Jacob Greenspan is doing with copyright materials has absolutely nothing to do with fair use, as Plaintiff takes Spanish newspaper articles in Spanish, then falsely translates them in to English and again Plaintiff is in violation of these copyright materials.

Eric Steven Teasley, who is the partner of Aaron Jacob Greenspan for many years, as both created the monetized website plainsite.org and have been living and working together on plainsite.org for many years, since 2011, as plainsite.org provides their main source of income for both Aaron Jacob Greenspan and Eric Steven Teasley, **see Exhibit C.**

Plaintiff Aaron Jacob Greenspan from 2011 until May of 2021 had his for profit monetized data mining website plainsite.org under a fraudulent 501(c)(3) called Think Computer Foundation and was illegally asking the public to send in monetary donations to Think Computer Foundation via a PayPal account, that is linked to a Bank Account, using the email finance@thinkcomputer.org.

The financial crimes that Aaron Jacob Greenspan and Eric Steven Teasley devised were just beyond belief, as they were unlawful, as the for profit website plainsite.org was never authorized, by the IRS to be under a 501(c)(3), called Think Computer Foundation, or any 501(c)(3) for that matter. What this means is that these individuals have been avoiding to pay Federal and State income taxes for over 10 years, using their fraudulent 501(c)(3) Think Computer Foundation, where they placed their for profit website plainsite.org under, **see Exhibit D.**

As for more evidence that Eric Steven Teasley is both directly and indirectly involved with creating and operating the for profit data mining website plainsite.org with his partner Aaron Jacob Greenspan who have lived together for many years, apparently is also licensed to serve documents in California and in the case, Think Computer Foundation vs. Free Law Project, case number HS 19010259, at the Superior Court of California, County of Alameda, Aaron Jacob Greenspan had his partner Eric Steven Teasley serve the opposing parties in this case, **see Exhibit E**.  Plaintiff also used two different addresses in the above case.

Again Plaintiff Aaron Jacob Greenspan is committing perjury under oath, as he is fabricating his own delusional narratives, as Plaintiff did harass and stalk, myself and the Private Investigator on December 12, 2018 inside and outside the Santa Clara Superior Court.

The Private Investigator was honorably discharged from the United States Military and worked in law enforcement for 21 years, before opening his own business and working as a Private Investigator and Executive Protection.

Plaintiff Aaron Jacob Greenspan did aggressively and repeatedly tell his Attorney Timothy Broderick to take pictures of myself and then the Santa Clara Superior Court Sheriff in the courtroom, had Attorney Timothy Broderick delete all those pictures, as it was also prohibited to take pictures, or film anything in the Santa Clara Superior Court.

In comparison, Plaintiff Aaron Jacob Greenspan has never worked at a real job his entire life. Plaintiff makes his living, by data mining legal and personal information.

On October 9, 2018, before Judge Deborah Ryan of the Santa Clara Superior Court, Plaintiff Aaron Jacob Greenspan not knowing that defendant was present via a court call, heard Plaintiff raising his voice at Judge Ryan, as he did not ask, but demanded, that my Restraining Order be dismissed, but it was not dismissed, it was continued, by Judge Ryan.

Plaintiff had a fit in the courtroom, as he became vocal and did raise his voice and shouted at Judge Ryan in her courtroom, as he made his demands on Judge Ryan. Judge Ryan repeatedly admonished Aaron Jacob Greenspan and did state, that she was going to hold Aaron Jacob Greenspan in contempt, if he did not cease with his "aggressive outbursts" in her courtroom.

All of the claims made are with factual evidence, by Defendant against Plaintiff and can all be substantiated with factual and documented evidence. The only individual that needs dire Psychiatric help is Plaintiff Aaron Jacob Greenspan and this can be observed time and time again with his over 60 frivolous lawsuits, where he fabricates his own narratives in a delusional manner and makes every attempt to have people believe his delusional fabrications.

The only individual that is using this court and docket as a "dumping ground for conspiratorial rants" is the Plaintiff Aaron Jacob Greenspan, as he creates a lot of "filler" of delusional and fabricated narratives to fill the docket full of his nonsense, committing perjury under oath, before this court, in order to try and get his way with his frivolous lawsuit that has no standing ground, but is intended to be used as a platform, in order to continue his doxxing, harassment, defamation, slander and libel against defendant.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, executed on May 9, 2023 in Massachusetts.

Respectfully submitted,

Diego Mas Marques

dmas5@protonmail.com