# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON JACOB GREENSPAN )<br>    Plaintiff )<br> )<br>v. )<br> )<br> )<br>DIEGO MAS MARQUES )<br>    Defendant ) | Civil Action No. 1:23-cv-10134-DJC |

## DECLARATION OF DIEGO MAS MARQUES

    I, Diego Mas Marques, do on oath depose and state the following:

For over 6 years, myself and my immediate family, have been and still are the victims of cyberstalking, defamation, doxxing, extortion, harassment, libel, stalking. threats and more, by a deranged cyberstalker Aaron Jacob Greenspan who is the sole perpetrator in this case.

    Plaintiff Aaron Jacob Greenspan is a vexatious litigant, who has over 60 lawsuits in Federal, State Courts and in the United States Patent and Trademark Office, as he uses and abuses the United States Courts as his instrument to do his doxxing and harassment, defamation, slander, emotionally and financially drain the opposing parties and the courts, not to mention the taxpayers and the large amount of time that Aaron Jacob Greenspan has people waste, with his frivolous lawsuits, as he is doing in this case.

1

The following are three cases in Federal Courts, that Plaintiff Aaron Jacob Greenspan has used, as his platforms to commit defamation, doxxing, libel, harassment and slander against defendant, as well as many outrageous and false personal attacks.

Plaintiff Aaron Greenspan having moved in July of 2018, back with his parents in Shaker Heights, Ohio, in order to avoid being served my Restraining Order from the Santa Clara Superior Court in San Jose, California, filed on July 24, 2018 an **Application for DMCA Subpoena, Case 1:18-mc-00071-CAB, United States District Court for the Northern District of Ohio, Judge Christopher Allen Boyko**, against a Hosting Company called Namecheap,LLC, **see Exhibit A**.

In the above case, Plaintiff Aaron Jacob Greenspan, made an attempt to scapegoat defendant and brought up his Temporary Restraining Order, that he received, at the Santa Clara Superior Court, by lying under oath, before Judge Carol Weinstein Overton and received it by default, as defendant was not served, or present.

In the above case, in **DOC #:5 Filed: 8/27/2018, PageID #: 106**, Attorney for Namecheap, Inc., Stephen A Weigand, wrote in his Memorandum, "Mr. Greenspan claimed that he had a Temporary Restraining Order ("TRO") against this Namecheap customer and attached it to its email. Id., Exh. A. <u>The TRO specifically excluded any restraint on the individual from posting anything about Mr. Greenspan, his family or his business activities on the internet</u>. Id.", **see Exhibit B**.

Plaintiff made false statements and every effort to scapegoat Defendant, as I was an easy target, after Plaintiff received a TRO, by committing perjury under oath and having received this TRO, by default, as Defendant was not present to defend himself.

2

The many complaints that Plaintiff Aaron Jacob Greenspan had received, were from hundreds if not thousands of his victims, who had lost their employment and reputations, as a result of Aaron Jacob Greenspan and his partner Eric Steven Teasley, operating their for profit data mining website plainsite.org, where legal documents and personal information are exposed on the internet, in a highly selective manner.

Several Attorneys and employees representing the company Namecheap, were told to hack in to their Servers, by Aaron Jacob Greenspan, as he gave them written step-by-step instructions on how they should hack in to their own servers.

Namecheap employee Matthew Russell is the Chief Cloud Officer at Namecheap, Inc., declared the following on **Doc #: 5-2, Filed 8/27/2018 3 of 22, PageID #: 138, Number 5**, "what Mr. Greenspan is demanding of Namecheap amounts to hacking into his customer(s) server(s) to obtain the information sought in the Subpoena."

Plaintiff uses aggressive intimidation and harassment tactics, which also include doxxing, and exposing legal and personal information on the internet against his targeted victims, in order to try and get his way in his frivolous lawsuits, including the present frivolous lawsuit, by Plaintiff Aaron Jacob Greenspan

Defendant received various Restraining Orders, as myself a Plaintiff at the Santa Clara Superior Court in San Jose, California, against Aaron Jacob Greenspan. Aaron Jacob Greenspan in that case was court ordered, by Judge Deborah Ryan to not, "make attempts to obtain addresses, phone numbers or any personal data not to upload on search engines." Aaron Jacob Greenspan violated these Restraining Orders dozens of times and showed a total lack of respect for this court order and law enforcement, **see Exhibit C**.

On May 2, 2019, Judge Carol Weinstein Overton, made the following order against Aaron Jacob Greenspan, "You shall refrain from accessing and or publishing confidential, personal information concerning the protected person and publishing his residential address, social security number and driver's license number. This provision shall also apply to additional protected persons."

One would think that Aaron Jacob Greenspan would abide, by the Judge's Orders to stop his defamation, doxxing, harassment, libel and slander, but he never stopped and still continues today, with his defaming, doxxing, harassing, libeling and slandering myself and my immediate family.

As a matter of fact, after these Restraining Orders were issued against Aaron Jacob Greenspan his defamation, doxxing, harassment, libel and slander, became much worst, as he uploaded hundreds of negative URL's on the search engines, that he fabricated and on his website plainsite.org, against myself and my immediate family. This shows, that Aaron Jacob Greenspan has no respect for a Judge's Order and he has no respect for Law Enforcement.

In the following case, **U.S. District Court California Northern District (San Francisco), Civil Docket Case, 3:20-cv-03426-JD, Judge James Donato**. Date filed May 20, 2020, which was dismissed with prejudice, by Judge Donato on May 19, 2022, Plaintiff Aaron Jacob Greenspan defamed, libeled and slandered my name all over his first complaint on May 20, 2020 and in his subsequent amended complaints. As there are thousands of pages in this case, as a result of Plaintiff Aaron Jacob Greenspan filing redundant nonsense, Defendant in this case is presenting the first frivolous complaint, by Plaintiff Aaron Jacob Greenspan, **see Exhibit D**.

Plaintiff Aaron Jacob Greenspan took it upon himself to use the above case, even though, Defendant was not involved in that case, as his platform to commit his defamation, doxxing, harassment, libel, slander and lots of fabricated personal attacks against myself.

The following is the lengthy history of case, **U.S. District Court California Northern District (San Francisco), Civil Docket Case, 3:20-cv-03426-JD, see Exhibit E**.

In the above case, Plaintiff Aaron Jacob Greenspan wrote up a "REQUEST FOR PRODUCTION NO. 1" and placed my name with my last name redacted, by Omar Qazi at the top of the list in this case, that neither I, or just about anyone else on this list, has anything to do with, when it comes to this frivolous lawsuit, which Plaintiff Aaron Jacob Greenspan used once again, as his platform to do lots of doxxing and harassment towards his many targeted victims, **see Exhibit F**.

On February 24, 2023, Elon Musk filed a civil lawsuit against against Aaron Jacob Greenspan and Think Computer Corporation, who hired Attorney Timothy B. Broderick, at the Superior Court of the State of California, County of Alameda, Case Number: 23OCV028370.

Again, mentally disturbed Plaintiff Aaron Jacob Greenspan used this opportunity to go on another one of his defamation, slander and libel attacks, as he makes references to me in his frivolous Cross Complaint, dated May 3, 2023, **see Exhibit G**.

In **ECF 21**, Plaintiff Aaron Jacob Greenspan has uploaded the email correspondence, between himself and I, but Plaintiff intentionally left out the most important email, which was the email, that Plaintiff Aaron Jacob Greenspan sent to me on October 1, 2021 at 1:06am. In this email that Plaintiff sent, in order to "work things out", he retaliated and wrote up a list of a 12 delusional demands, see **Exhibit H**.

Plaintiff Aaron Jacob Greenspan sent an email to Omar Qazi September 21, 2020 at 3:56pm, where Plaintiff wrote up a list of the same number of 12 delusional demands, in order to make an attempt to extort $50,000 from Omar Qazi, who was a defendant in case U.S. District Court California Northern District (San Francisco), Civil Docket Case, 3:20-cv-03426-JD, Judge James Donato, **see Exhibit I**.

In demand Number 8, Plaintiff Aaron Jacob Greenspan mentions my name to Omar Qazi, with one of his delusional demands.

On May 2, 2019 and throughout the hearings at the Santa Clara Superior Court in San Jose, California, including the fact that Plaintiff Aaron Jacob Greenspan was able to receive his TRO on April 4, 2018, by committing perjury under oath, the following is just one of dozens of examples of Plaintiff Aaron Jacob Greenspan lying under oath, before Judge Carol Weinstein Overton, **see Exhibit J**.

Plaintiff Aaron Jacob Greenspan does request money to suppress URL's from his data mining for profit website plainsite.org, as the evidence presented proves beyond any doubt, as Plaintiff had written on May 12, 2016, "Yes. We always recommend a motion to seal, but many people don't understand or don't bother. We suppress at <= $2.5K."

Though on the May 2, 2019, Plaintiff Aaron Jacob Greenspan lied under oath repeatedly, before Judge Overton and made every effort to deflect and spin things, by changing the subject, as he was making every effort to avoid answering this question, by Judge Overton.

Plaintiff Aaron Jacob Greenspan created the data mining for profit weaponized website plainsite.org in 2011, with his partner Eric Steven Teasley and other people as well. Eric Steven Teasley is directly involved in all the defamation, doxxing, harassment, libel, slander and financial crimes, that are being devised with Plaintiff Aaron Jacob Greenspan, in order to make their living off of the data mining of legal and personal information, which these individuals use to extort money and threaten companies and people with all this collected data, that is being used not for the good of society, but to do serious harm to the public, so these two individuals can make a good living off all of this data collecting.

Defendant filed police reports against Aaron Jacob Greenspan and the following are just some of these police reports, dated October 10, 2018, October 29, 2018 and November 22, 2018, see **Exhibit K**

The following is just one of many examples, backed up with documented evidence, that Plaintiff Aaron Jacob Greenspan and Eric Steven Teasley, who are partners, are doing serious damage to many companies and people in society, **see Exhibit L**.

On September 10, 2017, Eric Steven Teasley held the copyright of a picture in a purple T-Shirt of his partner, Plaintiff Aaron Jacob Greenspan.

Plaintiff Aaron Jacob Greenspan filed fraudulent copyright infringement violations against Omar Qazi and was able to get his Twitter account @tesla_truth shut down, by lying about the copyright infringement violation, regarding this picture of Aaron Jacob Greenspan in a a T-Shirt, as the actual copyright was in the name of his partner Eric Steven Teasley, but Plaintiff Aaron Jacob Greenspan, before filing his copyright transfer from his partner Eric Steven Teasley over to his name, had committed perjury on the various copyright infringement forms, so he could get the Twitter account @tesla_truth shut down.

Plaintiff Aaron Jacob Greenspan is able to get Twitter accounts shut down, by lying that expose his online crimes, but Plaintiff continues to do lots cyberstalking, doxxing and harassment, using his two known Twitter accounts, @aarongreenspan and @plainsite, that have continuously violated Twitter Rules, but so far these two Twitter accounts have not been permanently shut down by Twitter, **see Exhibit M**.

Plaintiff Aaron Jacob Greenspan who appears to have some sort of mental illness who is delusional and has obsessive compulsive disorders, when it comes to collecting legal and personal information on the public, has posted on his data mining for profit website plainsite.org, the two fabricated charges, that were dismissed against defendant on November 24, 2020 and then expunged on February 9, 2021.

Plaintiff alters everything on his data mining for profit website and is showing my name with his doxxing and harassment website plainsite.org, where at the bottom it states, "See all 50 rows on www.plainsite.org", though when this is opened it shows only 22 rows. Again, this doxxing and harassment website plainsite.org is there for Plaintiff to make his money, by also defaming, doxxing, and harassing his victims.

Plaintiff makes every attempt to hide behind the First Amendment and the 1996 Decency Act 230, but what Plaintiff is doing is maliciously doxxing and harassing his targeted victims with his weaponized data mining website plainsite.org. Plaintiff also has a hit list on his data mining for profit website plainsite.org, where he attacks any person that he feels like it and this is used for the sole purpose of defaming, doxxing and harassing his targeted victims and has nothing to do with an above board legal document website.

Plaintiff alters personal information, and knowing that the two fabricated charges were dismissed and expunged, he leaves these charges on his website plainsite.org and selectively displays only what Plaintiff wants the public to see, which is not the truth, but is completely fabricated to destroy the career and reputation of his targeted victim, being myself in this case on the search engines and not deleting the two charges, that were dismissed and expunged, after Plaintiff fabricated evidence and committed perjury under oath, **see Exhibit N**.

It should be noted that defendant tried to file a 5150 Motion at Santa Clara Superior Court in San Jose, California, in order to have Plaintiff Aaron Jacob Greenspan placed involuntarily in a Psychiatric Facility for 72 hours in California for a mental health evaluation. When the Process Server in San Jose made two attempts to file this 5150 Motion in the Summer of 2018 at the Santa Clara Superior Court, but the Court Clerk Naska, who told me she was from the country of Bulgaria would not accept it.

The first time that the Process Server made an attempt to file this 5150 Motion, in order to have Plaintiff Aaron Jacob Greenspan be placed involuntarily in a Psychiatric Facility for a 72 hour mental health evaluation, I thought perhaps a mistake was made.

Though, when a second attempt to file this 5150 Motion at the Santa Clara Superior Court was made and the Process Server told me that it was the same Clerk Naska, who refused to submit the 5150 Motion, I contacted her by phone. The Santa Clara Superior Court Clerk Naska told me that she was afraid to file my 5150 Motion against Plaintiff Aaron Jacob Greenspan, as he was calling her and the other Court Clerks a few times a day and was making every attempt to control what will, or will not be filed and Naska stated, that she was afraid of Plaintiff Aaron Jacob Greenspan.

Plaintiff Aaron Jacob Greenspan was operating a fraudulent 501(c)(3) called Think Computer Foundation, under which he placed his data mining for profit website plainsite.org and his parents Neil Sanford Greenspan and Judith Keene Greenspan who was also a Board Member, were also directly involved, as Neil Sanford Greenspan was the VP, Treasurer and Board Member and Judith Keene Greenspan, who also had websites, such as HiFive.com and had also apparently placed this under the fraudulent 501(c)(3) Think Computer Foundation to avoid paying Federal and State taxes, **see Exhibit O**.

Think Computer Corporation suspended the right to do business in California, **see Exhibit P**.

Plaintiff Aaron Jacob Greenspan has other companies as well, one being TURING FEYNMAN, LLC, **see Exhibit Q**.

Plaintiff Aaron Jacob Greenspan is what one calls a Patent Troll and does patent trolling and patent hoarding, as an attempt to enforce patent rights against accused infringers far beyond the actual value of the patent, as a way to make money, without having to actually work at a real job, **see Exhibit R**.

The following is one of many examples of dozens of Patents that Plaintiff Aaron Jacob Greenspan is hoarding and has filed complaints against at the United States Patent and Trademark Office, **see Exhibit S**.

In 2009, Plaintiff Aaron Jacob Greenspan filed a United States Patent and Trademark complaint against Mark Zuckerberg, who settled for $250,0000, then Plaintiff placed all of this money in to his fraudulent 501(c)(3) Think Computer Foundation, to unlawfully avoid paying Federal and State taxes, **see Exhibit T**.

The aforementioned are more reasons, as to why Plaintiff Aaron Jacob Greenspan should be deemed a vexatious litigant, throughout the courts in the United States and his data mining monetized website plainsite.org, that Aaron Jacob Greenspan has operated, as a fraudulent 501(c)(3) since 2011, with his partner Eric Steven Teasley, where they have committed blackmail, extortion, defamation, doxxing, harassment, libel, slander, tax evasion and tax frauds, needs to be permanently shut down for the greater good of society.

As a result of the mental and obsessive compulsive disorders, and perhaps other disorders, that Plaintiff Aaron Jacob Greenspan appears to be suffering, when it comes to his constant obsession to collect legal and personal information, sending out FOIA requests to gain access to more information on his targeted victims, it would be best for society, if Plaintiff Aaron Jacob Greenspan is prohibited from accessing the public's legal and personal data and prohibited from operating any type of data mining websites, such as plainsite.org, as the Plaintiff Aaron Jacob Greenspan is literally destroying thousands of careers and reputations of companies and individuals, throughout the United States.

Plaintiff Aaron Jacob Greenspan is a danger to society, as he seeks out legal and personal information on companies and people, that he weaponizes with his data mining website plainsite.org, to then destroy his targeted victims, both emotionally and financially.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, executed on May 19, 2023 in Massachusetts.

Respectfully submitted,

Diego Mas Marques

dmas5@protonmail.com