UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>     Plaintiff,<br><br>   v.<br><br>**DIEGO MASMARQUES, JR.** a/k/a **DIEGO MAS HOWARD** a/k/a **RICKY MAS MARQUES** a/k/a **JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, and **MEDIOLEX, LTD.**,<br><br>     Defendants. | Case No.: 1:23-cv-10134-DJC |

### PLAINTIFF'S MOTION TO STRIKE AND SEAL ECF NO. 34 AND ALL FURTHER SIMILAR FILINGS

I. **Introduction**

Pursuant to Federal Rule of Civil Procedure ("Rule") 12(f), Plaintiff Aaron Greenspan ("Plaintiff") hereby moves this Court to strike the documents filed by Defendant Diego MasMarques, Jr. as ECF No. 34 and attachments. Rule 12(f) permits the Court to strike "any redundant, immaterial, impertinent, or scandalous matter." Defendant MasMarques's 12-page declaration is functionally no different than ECF No. 28, which the Court struck from the record as "not in support of any motion or otherwise appropriate for filing at this juncture." ECF No. 41.

II. **Procedural History**

The Complaint in this action was filed on January 20, 2023. ECF No. 1. Plaintiff requested that a similar set of documents, ECF No. 28, be struck on April 20, 2023. ECF No. 30.

1

Plaintiff filed a reply brief in support of that motion requesting that any future similar filings also be struck on May 3, 2023.  ECF No. 32.  The Court granted Plaintiff's motion to strike ECF No. 28 on June 14, 2023.  ECF No. 41.

### III. Argument

For the same reasons outlined in ECF Nos. 30 and 32, Plaintiff requests that ECF No. 34 and attachments be struck from the record and sealed.  ECF Nos. 30 and 32 are hereby incorporated by reference.

### IV. Conclusion

Plaintiff respectfully requests that ECF No. 34 (including attachments) and all similar future filings be struck from the record and be sealed or restricted from public viewing.

Dated: June 15, 2023                    Respectfully submitted,

_____
Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

### CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)

I certify that I contacted the Defendants in this action and/or their representatives via e-mail on June 14, 2023 and informed them of my intent to request the above relief.  I received no response.

_____
Aaron Greenspan, *pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2023 I filed the foregoing with the Clerk of Court using the CM/ECF system, and delivered true and correct copies of the foregoing to the defendants in this action as follows:

CM/ECF
Diego MasMarques, Jr.
dmas5@protonmail.com

E-Mail
Mediolex Ltd.
legal@complaintsboard.com
editor@complaintsboard.com
editor.complaintsboard@gmail.com

Sergei Igorevich Kudriavtsev
ivestules@gmail.com

_/s/ Aaron Greenspan_
Aaron Greenspan