UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>    v.<br><br>**DIEGO MASMARQUES, JR.** a/k/a **DIEGO MAS HOWARD** a/k/a **RICKY MAS MARQUES** a/k/a **JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, and **MEDIOLEX, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS DIEGO MASMARQUES, JR. AND SERGEI IGOREVICH KUDRIAVTSEV**

Pursuant to Federal Rule of Civil Procedure 55(a) and the Court's Orders of June 14, 2023, Plaintiff Aaron Greenspan ("Plaintiff") hereby moves the Clerk of Court to enter default against Defendants Diego MasMarques, Jr. and Sergei Igorevich Kudriavtsev in this action. Once again, Defendants have failed to serve or file an Answer or other responsive pleading to Plaintiff's claims within the period of time allowed by the Court.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that "[a] defendant must serve an answer within 21 days after being served with the summons and complaint." Fed. R. Civ. P. 12(a)(1)(A)(i). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure

1

is shown by affidavit or otherwise, the clerk *must* enter the party's default."  Fed. R. Civ. P. 55(a) (emphasis added).

In this action, Plaintiff filed his Complaint on January 20, 2023.  ECF No. 1.  Plaintiff also filed a Motion For Alternative Service Of Process On Defendants Kudriavtsev And Mediolex Ltd. on January 30, 2023, which was granted by the Court the same day.  ECF Nos. 6, 11.  The Court therefore ruled that service would be effective on Defendants Kudriavtsev and Mediolex Ltd. at the moment when the Summons(es) and Complaint were sent via e-mail to two specified e-mail addresses and First Class Mail to two specified mailing addresses in Latvia.  Plaintiff served Defendants Kudriavtsev and Mediolex Ltd. with the Summons and Complaint the same day the Court authorized alternative service, January 20, 2023.  ECF No. 13.  Defendants Kudriavtsev and Mediolex Ltd. did not file a responsive pleading by their February 10, 2023 deadline.  Plaintiff requested that the Clerk of Court enter default on all Defendants on February 21, 2023.  ECF No. 14.  The motion was granted and default was entered on February 22, 2023.  ECF Nos. 15-16.  Defendant Kudriavtsev filed a motion to vacate "default judgment" on behalf of himself and Defendant Mediolex Ltd. on March 30, 2023.  ECF No. 25.  On June 14, 2023, the Court granted Defendant Kudriavtsev's motion to lift default with regard to himself, but not Mediolex Ltd., which was and remains unrepresented by counsel.  The Court further ordered, "Accordingly, Defendant Mr. Kudriavtsev now have *[sic]* until July 14, 2023 to file an answer or otherwise respond to the complaint."  ECF No. 42.

Plaintiff had Defendant MasMarques served at his place of residence in Massachusetts pursuant to Federal Rule of Civil Procedure 4(e)(1) on January 27, 2023.  ECF No. 12.  Defendant MasMarques has repeatedly indicated knowledge of this lawsuit on one of his Twitter accounts, @WitchesToday, but did not file a responsive pleading by his February 17, 2023

2

deadline.  Plaintiff requested that the Clerk of Court enter default on all Defendants on February 21, 2023.  ECF No. 14.  The motion was granted and default was entered on February 22, 2023.  ECF Nos. 15-16.  Through counsel, Defendant MasMarques filed two motions to vacate default on March 1, 2023 and March 3, 2023.  ECF Nos. 19, 20.  On June 14, 2023, the Court denied the first motion to vacate as moot in light of the second, and granted the second motion to vacate.  ECF Nos. 37, 39.  The Court further ordered, "Accordingly, Defendant Mr. MasMarques has until July 14, 2023 to file an answer or otherwise respond to the complaint."  ECF No. 39.

Pursuant to the Court's Orders in ECF Nos. 39 and 42, the period of time for Defendants MasMarques and Kudriavtsev to file a responsive pleading through Friday, July 14, 2023 has now elapsed.  If one is especially flexible, Defendants MasMarques and Kudriavtsev also had the benefit of the weekend after July 14th to submit late filings.

This case was filed approximately six months ago and both Defendants have made general appearances *pro se*.  Still, no responsive pleadings have been submitted.

Given these facts, Plaintiff requests that the Clerk once again enter Defendants' default pursuant to Fed. R. Civ. P. 55(a).

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against the defendants pursuant to Fed. R. Civ. P. 55(a).

Dated: July 17, 2023          Respectfully submitted,

*[signature]*

Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

### CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)

I certify that I have attempted to confer with Defendants in regards to this motion in a good faith effort to resolve this issue and/or to narrow the issues.

*[signature]*

Aaron Greenspan, *pro se*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 17, 2023 I filed the foregoing with the Clerk of Court using the CM/ECF system, and delivered true and correct copies of the foregoing to the defendants in this action as follows:

E-Mail
Diego MasMarques, Jr.
dmas5@protonmail.com

Mediolex Ltd.
legal@complaintsboard.com
editor@complaintsboard.com
editor.complaintsboard@gmail.com

Sergei Igorevich Kudriavtsev
ivestules@gmail.com


_____
Aaron Greenspan