**<u>EXHIBIT B</u>**
**Example Libelous Posts**

HOME    ABOUT    BLACKLIST NOW    BLACKLISTREPORT.COM FOR SALE    REMOVAL POLICY



# # Aaron Greenspan

December 7, 2017 - Blacklist - Leave a comment

## SIMON GREENSPAN



aaron greenspan aka aaron jacob greenspan is a low life parasite human who enjoys ruining people's careers and reputations at his whim so this lazy narcissistic asshole can make some easy money by uploading people's personal and private information on to the web. This asshole aaron greenspan who is jewish only

December 7, 2017 - Blacklist - Leave a comment

## NEIL GREENSPAN



aaron greenspan aka aaron jacob greenspan is a low life parasite human who enjoys ruining people's careers and reputations at his whim so this lazy narcissistic asshole can make some easy money by uploading people's personal and private information on to the web. This asshole aaron greenspan who is jewish only

December 7, 2017 - Blacklist - Leave a comment

## THINK COMPUTER CORPORATION PLAINSITE.ORG



aaron greenspan aka aaron jacob greenspan is a low life parasite human who enjoys ruining people's careers and reputations at his whim so this lazy narcissistic asshole can make some easy money by uploading people's personal and private information on to the web. This asshole aaron greenspan who is jewish only

uploads the dirtiest things

READ MORE

Posted in *Computer Software* / Tagged Aaron Greenspan, *Aaron Jacob Greenspan*, *Jacob Greenspan*, *Keen Greenspan*, *Neil Greenspan*, *Ohio*, *Shaker Heights*, Simon Greenspan

uploads the dirtiest things

READ MORE

Posted in *Computer Software* / Tagged Aaron Greenspan, Keene Greenspan, *Neil Greenspan*, Simon Greenspan

uploads the dirtiest things

READ MORE

Posted in *Computer Software* / Tagged Aaron Greenspan, *Aaron J Greenspan*, *Aaron Jacob Greenspan*, *Neil Greenspan*, *plainsite.org*, Simon Greenspan, *Think Computer Corporation*

---

December 7, 2017 - Blacklist - Leave a comment

## PLAINSITE.ORG



aaron greenspan aka aaron jacob greenspan is a low life parasite human who enjoys ruining people's careers and reputations at his whim so this lazy narcissistic asshole can make some easy money by uploading people's personal and private information on to the web. This asshole aaron greenspan who is jewish only uploads the dirtiest things

READ MORE

Posted in *Computer Software* / Tagged Aaron Greenspan, *Aaron Jacob Greenspan*, Keene Greenspan, *Neil Greenspan*, *Ohio*, *Shaker Heights*, Simon Greenspan

September 16, 2017 - Blacklist - Leave a comment

## AARON GREENSPAN WITH HIS FATHER NEIL GREENSPAN FROM SHAKER HEIGHTS, OHIO ARE OWNERS OF THE VICIOUS WEBSITE PLAINSITE.ORG UNDER FRAUDULENT 501C THINK COMPUTER CORPORATION



Aaron Greenspan the son of Neil Greenspan from Shaker Heights, Ohio who is the VIce President and Treasurer of this low life parasitical monetized website called plainsite.org are two society destroying individuals. These nuts destroy people's careers and reputations, so that they can make some easy money by collecting people's data by legal and illegal

READ MORE

Posted in *Computer Software* / Tagged Aaron

September 16, 2017 - Blacklist - Leave a comment

## AARON GREENSPAN OWNER OF VICIOUS WEBSITE PLAINSITE.ORG UNDER FRAUDULENT 501C THINK COMPUTER CORPORATION



Aaron Greenspan owner of vicious website plainsite.org under fraudulent 501c Think Computer Corporation This individual gets his enjoyment out of collecting people's personal and private data through legal and illegal means because he is also a hacker. This guy gets hold of the publics information and then uploads these personal and private documents on to

READ MORE

Posted in *Computer Software* / Tagged *501c Tax Fraud*, Aaron Greenspan, Greenspan

*Greenspan, Neil Greenspan, plainsite.org, tax evasion 501c fraud and criminals, Think Computer Corporation*

*Aaron dangerous sociopath, plainsite.org, Think Computer Corporation*

September 13, 2017 - Blacklist - Leave a comment

## AARON GREENSPAN OWNS PLAINSITE.ORG HAS THIS UNDER FRAUDULENT 501C CALLED THINK COMPUTER



Aaron Greenspan the sneaky individual who owns and runs the monetized website plainsite.org under a fraudulent 501c called "Think Computer" is nothing but low life criminal hiding behind his computer, as he does major harm to the careers and reputations of Americans. Aaron Greenspan fully enjoys destroying people's careers and reputations as he hides behind

READ MORE

*Posted in Computer Software / Tagged 501c Think Computer and other monetized websites, Aaron Greenspan, plainsite.org*

The most trusted and popular consumer complaints website
 

Explore your opportunities! Create an account or Sign In



CATEGORIES     FAQ     TIPS & TRICKS     QUESTIONS     PHOTOS     GROUPS          SUBMIT A COMPLAINT

 **Best Lawyer**     Dolan Law -- Rated Top Law Firm in California

## Aaron Greenspan aka Aaron Jacob Greenspan plainsite.org

Posted: Jan 7, 2018 by   Neil Sanford Greenspan is Insane          Aaron Greenspan aka Aaron Jacob Greenspan plainsite.org   Contacts & Informa

### plainsite.org under fraudulent 501c think computer [censor] father neil greenspan is the vp and treasurer

Complaint Rating: 

**Contact information:**

United States

plainsite.org

Aaron Greenspan and his father Neil S Greenspan the VP and Treasurer of plainsite.org are two very sick Sociopath's. One has to feel sorry for Aaron Greenspan's Mother having married total Psychotic Sociopath like Neil S Greenspan and then producing two sons who have issues. The really dangerous Sociopath is Aaron Jacob Greenspan who enjoys going in to the Federal Pacer system where people's personal legal cases are and then this Sociopath selectively downloads legal cases, then this Sociopath uploads the most harmful information on to his vicious monetized website plainsite.org, in order to intentionally destroy people's careers, reputations, families and lives.

Aaron Greenspan is a sick Sociopath who fully enjoys dishing things out to other people, in order to defame, destroy and shame people online but he doesn't enjoy receiving his own medicine.

Aaron Greenspan belongs locked up in a Psychiatric Hospital where he was locked up in Cleveland, Ohio for 6 months at the age of 16 and heavily sedated and placed on the medication Haldol. We all knew this in Shaker Heights, Ohio that there was something completely off with this Sociopath Aaron Jacob Greenspan. Just the looks and insane stares that Aaron Jacob Greenspan would give people was like freaky.

It should be noted that Aaron Jacob Greenspan's father Neil S Greenspan has that same Psychotic look in his eyes. We can't believe this guy can even hold a job and if the University where he works found out about all of his IRS tax fraud schemes, psychiatric issues with him and his family and the danger that he poses to students with his Sociopathy we think that his employer would fire him immediately as he should. Nobody should ever hire Neil S Greenspan. He should be locked up on a Psychiatric ward and medicated with Psychiatric drugs for both Neil S Greenspan and Aaron Jacob Greenspan are insane. In any other other country both Neil S Greenspan and Aaron Jacob Greenspan would be placed in a Psychiatric hospital and not allowed to produce any more Sociopathic children who are a danger and a menace to society at large.

Neil Sanford Greenspan with NPI Number [protected] works at UH Case Western Reserve University in Cleveland Ohio 11100 Euclid Ave, Cleveland, Ohio USA, telephone [protected]
Fax: [protected]

Neil Sanford Greenspan age 65 and his wife Judith Keene Greenspan age 62 home address is the following:

Case 1:23-cv-10134-DJC   Document 54-2   Filed 07/25/23   Page 7 of 51

20560 Shelburne

Shaker Heights, Ohio 44122

Home Value: $92, 000

Usage: Single Dwelling

Owner: Judith Keene Greenspan (because husband Neil Sanford Greenspan is worried about being sued by people when it comes to plainsite.org and the fraudulent 501c they are running and if the IRS finds out they will seize their assets and quick too)

Assessed Property Value: $103, 400

Assessed Land Value: $32, 520

Previous addresses:

858 Berick, Saint Louis, MO 63132

4701 Pine, Philadelphia, PA 19143

3715 Warrensville Center, Shaker Heights, OH 44122

4300 Osage, Philadelphia, PA 19104

BOC PO Box, Greensboro, NC 27420

715 Warrensville, Shaker Heights, OH 44121

## Latest Questions

**Question**

**Speakers for a Hooverboards**

**Citybookers fake ID dont make the booking**

**Christophe Malagnini**

**Italk**

## Today's Mess-Up Photo

**What is this?**







🖥 **More Mess-ups**

   





Are slow-paying accounts keeping you from this?
Free yourself—Call Kinum Today!   kinum   888-471-0280

💬 Comments (0)          📍 United States          🏫 Colleges and Universities

Was the above complaint useful?   Yes   No

0     0     🐦

Powered by Google

**9 Cool Gadgets Under $60**

Ad TacLight

ABELLA MAYFAIR

**Abella Mayfair**

complaintsboard.com

**New Rule in California**

Ad comparisons.org

**Chevrolet Motors Worldwide Ltd. - CHEVROLET...**

complaintsboard.com

**Rare Stock "Buy" Sign**

Ad fool.com

**The Truth is Now Online**

Ad TruthFinder

**CVS Pharmacy**

complaintsboard.com

**Betty's teacup puppies**

complaintsboard.com

## Post your Comment

⚠ Please check text spelling before submitting a comment

Your attitude towards Complaint ○Agree ⦿Neutral ○Disagree

Comment text

Type your comment here...

Attach photos (optional) [Choose File] no file selected

[Submit]

Submit Complaint | Consumer Tips & Tricks | News & Stories | Groups | Sitemap | FAQ | View full list of Companies | Updated Complaints | Merged Complaints | Latest Complaints | Terms of Use | Privacy Policy | DMCA Procedures | Investors / Business Offers | Legal Information | Thank you Emails

© 2018 ComplaintsBoard.com Follow us: Google+
If you have an inquiry, or any constructive thoughts, creative ideas, and reasonable offers, please, contact us



Aaron Jacob plainsite.org under fraudulent 501c Think Computer. His father and reputation destroying monetized website | BLACKLIST REPORT          1/26/18, 1:35 PM

HOME          ABOUT          BLACKLIST NOW          BLACKLISTREPORT.COM FOR SALE          REMOVAL POLICY



January 25, 2018 - Blacklist

## AARON JACOB PLAINSITE.ORG UNDER FRAUDULENT 501C THINK COM-PUTER. HIS FATHER NEIL S GREENSPAN IS THE VP AND TREASURER OF THIS CAREER AND REPUTATION DESTROYING MONETIZED WEBSITE



Aaron Jacob plainsite.org under fraudulent 501c Think Computer. His father Neil S Greenspan is the VP and Treasurer of this career and reputation destroying monetized website

We are now exercising our First Amendment Right to expose this low life parasite Aaron Greenspan aka Aaron Jacob Greenspan and his nutty father Neil S Greenspan who approves and enables his Sociopath Son Aaron Greenspan to intentionally harm people's careers and reputations.

DO NOT LET THIS SOCIOPATH AARON GREENSPAN IN ANY WAY INTIMIDATE, HARASS, THREATEN OR BULLY THIS WEBSITE IN TO TAKING ANYTHING DOWN. AARON GREENSPAN DOES NOT TAKE ANY-THING DOWN FROM HIS WEBSITE PLAINSITE.ORG AND THE PUBLIC ALSO HAS A RIGHT TO EXERCISE THEIR FIRST AMENDMENT RIGHTS AND THIS AARON GREENSPAN CAN SHOVE IT.

So, what did this Sociopath Aaron Greenspan do? He went in to the Federal Pacer system and is illegally unlocking sealed files and other documents that are not made public and then posting them selectively on his pos website plainsite.org, in order to attract the most attention to his monetized website at the expense of people loosing their jobs and ruining people's lives.

The following is a writing posted online by Sociopath Aaron Greenspan on October 12, 2011 after he was not allowed to go ahead with FaceaCash because the Judges realized that this Sociopath is a serious danger and menace to society and the last thing they want is for this Sociopath to gain access to people's personal data.

Aaron Jacob plainsite.org under fraudulent 501c Think Computer. His/er and reputation destroying monetized website | BLACK LIST REPORT          1/26/18, 1:35 PM

Aaron Greenspan is a Hacker and is hacking in to State and Federal databases on a regular basis.

Writing

Introducing PlainSite

An effort to improve legal transparency.

October 12, 2011

Also published on Quora

Topics = { ∅ }

For the past several weeks, due to my frustrations with the legal situation surrounding FaceCash in California, I've been working on a new project. It's called PlainSite (http://www.plainsite.org), and I hope it will change the way that people approach government.

Right now our society is governed by laws that we can't easily see, that we don't understand, and that we can't hope to improve. A select few lawyers, lobbyists and legislative staff at the highest levels are the only ones who really understand how the country is run. If there is any hope of re-claiming the political process from the so-called 1% (it's more like 0.001%), this fundamental fact must change.

PlainSite un-ties this knot by casting a type of accessibility and transparency on the law that has never been done before. You don't need to be a legal expert to use it, though legal experts will certainly be among those who do. Average citizens can simply post or vote up the problems they have, and op-tionally, propose solutions. Then everyone else can comment, tag, and vote accordingly. Voting a spe-cific solution up in significant numbers will hopefully give lawmakers the impetus they need to do their job, i.e. fear of being voted out of office—and PlainSite can get specific, down to each and every clause in every law.

That's because unlike "We The People," a recent petition site from the White House, PlainSite can ac-tually tie problems and solutions to specific clauses in the law. Soon it will even let you propose changes to those clauses in whatever way you think makes the most sense. It's not a liberal site or a conservative site; it's a democratic site in the most direct sense there is. So you should tell your friends and encourage them to participate. I'm sending this message to 100 people I know, because I think PlainSite will end up being the most effective form of protest possible.

For the moment we're limiting sign-ups to .edu, .gov and select .com addresses to manage growth (if you have a FaceCash account it will also work for PlainSite), but if you're interested in signing up and you can't yet send me an e-mail at aaron.greenspan@plainsite.org. And if you're interested in helping you should take a look at http://www.plainsite.org/contact/contribute.html.

Vote up the issues you care about!

6,782 Views

Add your comment in the box below.

Name*

E-Mail*

Web Site

Comment*

What is the total when you put 0 and 8 together and add one hundred?

*

Post

1

Maria Theresa LAAGE (wembix.com)

August 2, 2014 at 11:33 am EDT

Hello,

I signed up with plainsite.org. It does not allow since I am in France at the moment although I am an american. I'm curious why you're limiting access to the U.S.? Thank you.

2

Uspo eastern

July 6, 2016 at 3:56 PM EDT

many on my caseload are having a difficult time finding work because of this guy , after having completed there sentences etc . It's a shame . Isn't this the guy that sued Facebook and a bunch of other tech firms claiming he invented them all ? Just goes to show . Conman .

3

Uspo eastern

July 6, 2016 at 3:55 PM EDT

many on my caseload are having a difficult time finding work because of this guy , after having completed there sentences etc . It's a shame . Isn't this the guy that sued Facebook and a bunch of other tech firms claiming he invented them all ? Just goes to show . Conman .

4

Serena C

January 23, 2016 at 8:02 AM EST

Ann, exactly my point and contentions against Mr Aaron Greenspan and I totally agree with you on this. I have been going back and forth with him with on my friend's case and his simple retort is that he is exercising his first amendment right to publish and republish materials on the internet with total disregard to the victim's right to privacy.

5

Daniel Chugunov

May 3, 2016 at 2:24 AM EDT

Strongly agree with some of my fellow posters! Under the guise of exercising his first amendment , Mr. Greenspan and his one man army of web crawling vigilantes are unlocking sealed documents once only accessible via password protected sites such as pacer fir his own personal financial gain.

Aaron Jacob plainsite.org under fraudulent 501c Think Computer. His/her and reputation destroying monetized website | BLACKLIST REPORT          1/26/18, 1:35 PM

The professional and personal damage done is unfathomable and cannot be undone. I imagine the exit strategy here is to attempt to sell out to one of the legitimate legal data collection firms such as Pacer and Lexis.

**Source** Dan Chugunov, Ex Felon convicted 13 years ago at the age of 19- Upon rebuilding ones life, building a successful business and becoming a productive member of society, now faced with this incredible display of greed and disregard

6
Ann M Lawley
January 12, 2016 at 6:57 PM EST

Upon doing a Google search of my name a bankruptcy notice popped up from your site for everyone to see12-17507. I attempted to email you regarding this but your site would not send. This is a total invasion if my privacy and I'd like this removed immediately

7
Lisa Brown (PlainSite.org)
November 15, 2016 at 4:49 PM EST

Attn: Aaron Jacob Greenspan CEO of PlainSite.org.
I just wanted to let you know you are destroying my life by posting my lawsuit on the Internet for the ENTIRE world to see. Some of the information you are posting is also incorrect, as you are stating that my lawsuit was a (Wrongful Termination) BUT it was a (Sexual Harassment) lawsuit.
You have selectively chosen a small percentage of the lawsuits with the Superior Court of California and are posting private and very personal information. THIS IS HARASSMENT and is preventing me from getting a job!!! Please remove YOUR posting for Case No. BC508193 OR I will be looking forward to seeing you in court. Good day!

   

Posted in *Computer Software* / Tagged Aaron Greenspan, Aaron Jacob Greenspan, *Judith Keene Greenspan plainsite.org*, *Neil S. Greenspan*, *Western Case Reserve University*



# computers

COMMENTS

2

Aaron Greenspan angry because he is being outed with his 501c non-profit tax evasion and tax fraud schemes, so he is gong around defaming and is completely unhinged. Who would even hire this nut? self.computers

Submitted 1 day ago by 198412345

[removed]

**3 comments** share save hide give gold report

What do you think?
Remember the human.

SAVE

content policy formatting help

all 3 comments
sorted by: best ▼

[–] **198412345** S • **1 point** 1 day ago

Aaron Jacob Greenspan goes to the United States Patent and Trademark Office and buys up lots of Trademark Names, that he then hoards. When a new start-up company comes along that will actually produce something and do something productive, this Aaron Greenspan blackmails and extorts lots of money out of the new owner or owner of the start-up company that is looking for the specific Trademark name that Aaron Greenspan is selfishly hoarding, so he can make money without having to lift a finger. Aaron Greenspan has never done real work in his entire life. Most likely his father set him up with all these schemes because he realized that Aaron Greenspan is anti-social and could not get along with other people in a place of business.

permalink embed save report give gold **reply**

[–] **198412345** S • **1 point** 1 day ago

📷File New Report 📷← Is this R**ipoff Report** **About you? R**ipoff Report **A business' first line of defense o**n the Internet. **If your

**computers**
38,630 readers

**Subscribe**

Search

Submit Link Submit Text

This post was submitted on 28 Apr 2018

**2 points** (75% upvoted)

https://redd.it/8fg913

## Subreddit Info

*114 currently online*

Show my flair on this subreddit. It looks like:
(edit)

**READ THE RULES BEFORE POSTING**

> Follow this handy guide for posting on this subreddit!

This subreddit is for general discussion of

Aaron Greenspan angry because he is being outed with his 501c non-profit to completely unhinged. Who would even hire this nut? : computers          4/29/18, 1:12 PM

Case 1:23-cv-10134-DJC   Document 54-2   Filed 07/25/23   Page 14 of 51

business is willing to make a commitment to customer satisfaction

**Click here now..**

Aaron Jacob Greenspan aka Aaron Greenspan is the founder of Think Computer Foundation, which manages Plain Site (plainsite.org). Aaaron's website states that he has registered Plain Site, a purported public access function to court websites, as a 501(c)(3) charity in line with IRS regulations.

The basis for the website came from Aaron's own interest and experience with technology and the law. Aaaron claimed that the purpose of Think Computer Foundation was to help children through technology. Yet, later this became a personal piggy bank for him to fund his numerous lawsuits. In the past, he has claimed he was defamed because he was left out of book and movie deals due to defamation by omission. Each of his lawsuits were dismissed and he was hit with a motion for sanctions at each step.

The case is:

Greenspan v. Random House, et al., Case No. 1:11-CV-12000-RBC (District of Massachusetts) (Greenspan's lawsuit is dismissed and appeal is denied and supreme court review was denied)

Far from helping children, which is nothing more than a cover, Think Computer Foundation and Plain Site have morphed into a personal piggy bank for Aaron Greenspan to fund his own speech. In sum and substance, Think Computer Foundation, Plain Site, and Aaron Greenspan are alter egos of each other. They do not exist separately. They do not have an independent board. They do not have separate auditors, attorneys etc. Instead, Aaaron uses these companies and foundations to raise fraudulent donations from donors, of which I am one, and to efficiently evade taxes.

Aaron has also active sued the US Court System, on behalf of Think Computer Foundation, attempting to act pro se. However, his suit was struck out because under long standing precedent, a corporation cannot be represented by an unlicensed attorney. Aaron is not a licensed attorney. He is also a college drop out. In sum and substance, he over promises and under delivers and what you are left with is feeling cheated and feeling like you have funded a conspiracy theorist. It is truly unfortunate because here is a guy with so much promise if he could just be honest.

The case is:

Aaron Greenspan, Think Computer Foundation v. Administrative Office of the US Courts, Case No. 5:2014-CV-2396 JTM

(Case Dismissed, Appeal Denied)

The Fraud and IRS Problem with Plain Site and Think Computer Foundation:

Aaron has collectved donations from his friends and colleagues, myself included in the amount of $100,000, and to date we have not seen a single dime used in the manner described to us when he requested the donation. When I personally asked for my donation back, he pointed that he controls Think Computer Foundation and can personally use the money as he sees fit. I am in the process of filing suit for fraud and conversion in state court and was wondering if anyone else has had this problem with either Aaaron Greenspan or any of his alter egos.

computers. Because the topic is so broad, please consider one of these subreddits to get better answers to your questions:

**Technology Related:**
/r/technology or /r/computek.

**Building a Computer:**
/r/buildapc or /r/buildapcforme.

**Buying a Prebuilt PC**
/r/suggestapc

**Buying a Laptop**
/r/SuggestALaptop,
/r/laptops, /r/requestAgaminglaptop,
/r/Anythinglaptops, or /r/LaptopDeals.

**Brand Specific Subreddits**
/r/AcerAspireLaptops/, /r/ASUS/, /r/Dell/, /r/intel,
/r/Amd

**Help with a Virus or Malware**
/r/24hoursupport, /r/techsupport.

**Mac users**
/r/apple or /r/applehelp.

**General Computer Tips**
/r/TechnologyProTips

**Programming Tips**
/r/learnprogramming or /r/programming

**Sell or Buy Used Hardware**
/r/hardwareswap or /r/HardwareSwapUK
/r/hardwareswapeu

**Hardware Sales**
/r/buildapcsales /r/BaPCSalesEurope

/r/hardware

For everything else, **Google is your friend!** Make sure to check there first!

If your question doesn't quite fit in any of the above, or is not receiving answers elsewhere, feel free to ask it here.

a community for 10 years

But let me back up a bit. What was described to us as a part of Think Computer Foundation and later Plain Site? Think Computer Foundation was purportedly to help needy kids through technology. But needy kids don't really need access to court records do they? No, they dont. So Think Computer Foundation later became synonymous with Plain Site, which is an alternative to the publicly funded PACER court system access to documents. So, instead of helping needy children, Aaron now has a personal site masquerading as a court access website and Aaron, and only Aaron, gets to pick what or which documents are uploaded and available on Plainsite.

We were under the impression that this was a reputable guy, that he was also independently wealthy and, thus, our donations would go to a good cause: public access to a court system. Unfortunately, it is hard to tell, which one, if any, of Aaron's claims are true.  Each time his company has a problem, he attempts to act ike a lawyer or change the rules so that they don't apply to him. Worse, the Plain Site website has become nothing more than a trolling adventure for Aaron. Every time there is a new news story that details someone's misfortune, he uploads their docket on to the website and publicly shames them both online and through his tweets. While public dissemination of information is certainly a goal worthy of support -- and that is why I and others have contributed to his foundation in the past. However, using the foundation, plain site and related twitter accounts as a trolling feature to publicly shame and defame individuals is not what his donors signed up for. It is also completely against the rules of a purported IRS 501(c)(3) foundation. Tax free entities are not meant to be used as personal media outlets for trolling purposes.

Aaron has committed a fraud by taking money, services and equipment from his donors to perpetuate a continuing personal website masquerading as a charity.

The Fraud Problem with Aaron Greenspan and Coinbase, Inc.

Now, what comes next? Aaron applies for a license to issue digital currency in Florida. Website is here:

archive.org/details/coinbasefloridamtl

It gets even more interesting:

Aaron was charged in connection with a criminal complaint for False Claims Violations and Fraud in United States v. Yurygrenadyor, Case No. 09-CV-7891, although the charges were dismissed.

None of this information has ever been disclosed to his donors and perhaps his investors. He is a conman with a slick sales pitch. He wants to help people help others, especially the needy, through technology. But its all lies. He is an abrasive, ill-tempered man with poor business judgment and completely lacking in ethics.

When I met Aaron I thought he was out to change the world. He was idenpendently wealthy. He wanted others to help him through his foundation change the world through technology. But he will talk to you until your check clears. The moment it does, all promises are off. What are you are actually funding is Aaron Greenspan and no one else. And his foundation is nothing more than a sham and he is likely to lose his 501(c)(3) certification. I have sent in an email to the IRS through their reporting service. I have filed suit in state

MODERATORS                    message the moderators

KARMA_P0LICE  -
treesaregreen  -
cadtek  - designated absentee mod
Drel057  -
Omega192  -

                              about moderation team »


ACCOUNT ACTIVITY


This subreddit uses the /r/Naut theme.

court to get return of my money and I am wondering if Aaron has hit other people up for donations to his foundation? Did he disclose how many times he has been sued or sued himself? Did he disclose to you his selection process of what gets included and what does in Plain Site and how he sets up pages to defame people? Is anyone else owed money? Did you guys know that you are funding Aaron Greenspan's endless series of frivolous lawsuits? His defamation campaigns? His advertisements? Please report it here.

permalink   embed   save   report   give gold   **reply**

[–] 198412345  • **1 point** 1 day ago

Aaron Jacob Greenspan also owns and runs with his father Neil S Greenspan the vicious monetized website leagle.com under a fake name and address in Arkansas, so they can hide their identities from the public because they are doing so much damage to people's careers and reputations all across the USA, just so these selfish greedy nuts can make some eassy money off the backs of hard working men and women in the USA.

permalink   embed   save   report   give gold   **reply**



Aaron Greenspan angry because he is being outed with his sock non-p... is completely unhinged. Who would even hire this nut? : computers                    4/29/18, 1:12 PM



Use of this site constitutes acceptance of our User Agreement and Privacy Policy. © 2018 reddit inc. All rights reserved.
REDDIT and the ALIEN Logo are registered trademarks of reddit inc.



# Plainsite - Aaron Greenspan Neil-S-Greenspan are ***

May 31

**NOT RESOLVED**

1 comment

Plainsite.org has pesonal data that should be removed.

Review #1268857 is a subjective opinion of poster.

Helpful?   **Yes** 1   **No** 0   ⚑ **Report**

## Comments



AN

**Anonymous**   Jun 27   #1507842

File a police complaint and go to our local court and file for a harassment order and contact the FBI.File online complaints with the FBI IC3 , FCC, FTC, Attorney General, IRS Referral Form 13909.Aaron Jacob Greenspan aka Aaron Greenspan is the founder of Think Computer Foundation, which manages Plain Site (plainsite.org). Aaaron's website states that he has

registered Plain Site, a purported public access function to court websites, as a 501(c)(3) charity in line with IRS regulations.The basis for the website came from Aaron's own interest and experience with technology and the law.

Aaaron claimed that the purpose of Think Computer Foundation was to help children through technology. Yet, later this became a personal piggy bank for him to fund his numerous lawsuits. In the past, he has claimed he was defamed because he was left out of book and movie deals due to defamation by omission. Each of his lawsuits were dismissed and he was hit with a motion for sanctions at each step.The case is:Greenspan v.

Random House, et al., Case No. 1:11-CV-12000-RBC (District of Massachusetts) (Greenspan's lawsuit is dismissed and appeal is denied and supreme court review was denied)Far from helping children, which is nothing more than a cover, Think Computer Foundation and Plain Site have morphed into a personal piggy bank for Aaron Greenspan to fund his own speech. In sum and substance, Think Computer Foundation, Plain Site, and Aaron Greenspan are alter egos of each other. They do not exist separately.

They do not have an independent board. They do not have separate auditors, attorneys etc. Instead, Aaaron uses these companies and foundations to raise fraudulent donations from donors, of which I am one, and to efficiently evade taxes.Aaron has also active sued the US Court System, on behalf of Think Computer Foundation, attempting to act pro se. However, his suit was struck out because under long standing precedent, a corporation cannot be represented by an unlicensed attorney.

Aaron is not a licensed attorney. He is also a college drop out. In sum and substance, he over promises and under delivers and what you are left with is feeling cheated and feeling like you have funded a conspiracy theorist. It is truly unfortunate because here is a guy with so much promise if he could just be honest.The case is:Aaron Greenspan, Think Computer Foundation v.

Administrative Office of the US Courts, Case No. 5:2014-CV-2396 JTM(Case Dismissed, Appeal Denied)The Fraud and IRS Problem with Plain Site and Think Computer Foundation:Aaron has collectved donations from his friends and colleagues, myself included in the amount of $100, 000, and to

date we have not seen a single dime used in the manner described to us when he requested the donation. When I personally asked for my donation back, he pointed that he controls Think Computer Foundation and can personally use the money as he sees fit. I am in the process of filing suit for fraud and conversion in state court and was wondering if anyone else has had this problem with either Aaaron Greenspan or any of his alter egos.But let me back up a bit.

What was described to us as a part of Think Computer Foundation and later Plain Site? Think Computer Foundation was purportedly to help needy kids through technology. But needy kids don't really need access to court records do they? No, they dont.

So Think Computer Foundation later became synonymous with Plain Site, which is an alternative to the publicly funded PACER court system access to documents. So, instead of helping needy children, Aaron now has a personal site masquerading as a court access website and Aaron, and only Aaron, gets to pick what or which documents are uploaded and available on Plainsite.We were under the impression that this was a reputable guy, that he was also independently wealthy and, thus, our donations would go to a good cause: public access to a court system. Unfortunately, it is hard to tell, which one, if any, of Aaron's claims are true. Each time his company has a problem, he attempts to act ike a lawyer or change the rules so that they don't apply to him.

Worse, the Plain Site website has become nothing more than a trolling adventure for Aaron. Every time there is a new news story that details someone's misfortune, he uploads their docket on to the website and publicly shames them both online and through his tweets. While public dissemination of information is certainly a goal worthy of support -- and that is why I and others have contributed to his foundation in the past. However, using the foundation, plain site and related twitter accounts as a trolling feature to publicly shame and defame individuals is not what his donors signed up for.

It is also completely against the rules of a purported IRS 501(c)(3) foundation. Tax free entities are not meant to be used as personal media outlets for trolling purposes.Aaron has committed a fraud by taking money,

services and equipment from his donors to perpetuate a continuing personal website masquerading as a charity.The Fraud Problem with Aaron Greenspan and Coinbase, Inc.Now, what comes next? Aaron applies for a license to issue digital currency in Florida. Website is here:archive.org/details/coinbasefloridamtlIt gets even more interesting:Aaron was charged in connection with a criminal complaint for False Claims Violations and Fraud in United States v.

Yurygrenadyor, Case No. 09-CV-7891, although the charges were dismissed.None of this information has ever been disclosed to his donors and perhaps his investors. He is a conman with a slick sales pitch. He wants to help people help others, especially the needy, through technology.

But its all lies. He is an abrasive, ill-tempered man with poor business judgment and completely lacking in ethics.

**Reply**

Helpful?    **Yes** 0    **No** 0    ⚐ **Report**

## You May Also Like



**AARP**

"For 7 years I have thrown any paper from the AARP as trash, hopefully to be recycled. I can't



**AARP**

"I usually through away all the the trash junk mail I receive from AARP; however this time, I

find out to stop the solicitations so to AARP....
you..."

noticed "INVOICE ENCLOSED" In bold letters
the envelope. I opened the junk..."



### Goodwill

"Goodwill has corrected their ways, apologized
and now gives me hard copy receipts. This is
good for me as I utilize Goodwill sales as much
as I can. I donate..."



### Grace Episcopal Church Of Virginia

"The rector apparently instructed staff to
misuse memorial donations given in memory
of my family members, to ostracize me and
family members, to prevent our names from
appearing in the..."



### Renters Warehouse

"First they lied to us about having the back 5



### Kfc

"I would like to report an experience my family

acre field mowed…said it would be done the weekend after we moved in…it was 6 foot tall in weeds in…"

had this evening: I asked my husband to stop and pick up chicken at KFC on Goodman Rd in Horn Lake……"





### Lee

"Bought Lee Rider jeans late November 2017 and by late April 2018 noticed when folding the jeans, the material that runs along the back bottom pocket had frayed along the…"

### Pepperfry

"This is our first purchase from pepperfry and we had a horrible experience. Just 3 months of bare minimum usage and suddenly the settee just broke off injuring my 4…"

Aaron Sociopath Greenspan plainsite.org - plainsite.org under illegal 501c think the vp and treasury, review c959670 | Complaints Board - Page 2          8/9/18, 8:12 PM



ComplaintsBoard.com uses cookies. By using this website you are agreeing to our Cookies Policy.          ✕

The most trusted and popular consumer complaints website          🄵 🄶 🅃          Explore your opportunities! Create an account or          Sign in

⬧ Complaints Board          [Search for a business or a product] 🔍          CATEGORIES    FAQ    TIPS & TRICKS    QUESTIONS    PHOTOS          **SUBMIT A COMPLAINT**

📄 Desktop Computers  ›  plainsite.org under illegal 501c think computer his father neil sociopath greenspan is the vp and treasurer

# Aaron Sociopath Greenspan plainsite.org / plainsite.org under illegal 501c think computer his father neil sociopath greenspan is the vp and treasurer

⭐☆☆☆☆          📍 United States    Review updated: Aug 9, 2018          💬 39 comments

Aaron "Sociopath" Greenspan was institutionalized and treated for some years at the following Psychiatric Hospital in Cleveland, Ohio:

University Hospitals-Psychiatry

10524 Euclid Ave

Cleveland Ohio

[protected]

Aaron Jacob Greenspan and his Sociopath father Neil S Greenspan both receive the medication called Haldol for their Sociopathy, which includes delusions of grandeur and other brain chemistry imbalances.

The University where Neil S Greenspan is not aware of how dangerous he is with his Sociopathic behaviors and if he does not take his medication as prescribed he could become violent and out of control.

So, now what we have is the son Aaron Jacob Greenspan running around freely in society and doing dangerous anti-social things to people, like being selective as to what he uploads on people from Pacer, in order to intentionally destroy people's careers and lives both financially and emotionally. Aaron Jacob Greenspan should never be allowed to even go near a computer, smart device and should never be allowed to access Pacer from where he is downloading people's legal cases from to then intentionally and viciously destroy people's lives in a selective manner.

plainsite.org under illegal 501c Think Computer his father Neil Sociopath Greenspan is the VP and Treasurer

Updated by Aaron Greenspan is a Sociopath, Jan 07, 2018

Aaron Greenspan is an insane person. Do not write or ask him in any way to remove something from plainsite.org because this insane individual will turn around and just makes things worst by altering legal documents and posting more docs.

Aaron Jacob Greenspan's father Neil S Greenspan from Shaker Heights Ohio is the VP and Treasurer for this vicious monetized website plainsite.org under a fraudulent 501c. People need to file complaints agains Aaron Jacob Greenspan and his family with the IRS, as they have been committing crimes against US Taxpayers for decades now. This family does not want to do real work, they just want to live off the backs of hard working men and women in the USA.



Convenient in-home pick
when you donate to goo

🛎 THE SALVATION ARMY          Schedule a Free Pick

**Recently Discussed Complain**

**Grand Canyon University**
financial aid stipend check
💬 4    🕑 13 mins ago

**Achieve Card**
fraud
💬 8    🕑 19 mins ago

**Wish Online Shopping**
non delivery of ordered items and
deletion of my order history.
💬 20    🕑 38 mins ago

**Ashley Furniture**
not honoring warranty
💬 20    🕑 1 hr 3 mins ago

**Ashton Adams**
Con Artist
💬 10    🕑 1 hr 6 mins ago

**Subjects of Wide Speculation**

1. **Kmart Stores** (27)
rude employee at customer servic
desk

2. **Val Morgan Immigration Advise**
(16)
immigration services
(uk/canada/australia)

3. **Double J Boomloading** (15)
unpaid

4. **Siobhan Moore Whelan** (13)
a+ five star service - a+ mind blow
experience compared to rest scan

Aaron Jacob Greenspan's parents have been filling fraudulent tax returns for decades and have been fraudulently taking deductions for their son Simon and other items that are against IRS regulations. These people want to live high on the hog and evade paying taxes at every turn but certainly enjoy destroying people's lives who have to get up every day and do real work for a living.

Aaron Jacob Greenspan is certainly a Sociopath and a dangerous menace to society. He should be placed in a Psychiatric Hospital for observation and he should not be allowed to even go near a computer, smart device or anyone's personal information. Aaron Jacob Greenspan and his father Neil S Greenspan who enables Aaron to the fullest extent to do these vicious things to people are two extremely sick Sociopath's.

Neil S Greenspan simply hides his Sociopathic tendencies with his work but if he didn't have a place to go everyday and keep busy his Sociopathy would come out of the closet in full force, as he is just as sick or sicker than Aaron Jacob Greenspan.



Get groceries delivered in as little as 1 hour!
FREE delivery with Express Membership*
Shop now
*Terms apply

 Aaron Greenspan is a Sociopath   Jan 7, 2018

  

---

## Comments

Sort by: ▲ Date | Rating

Mark Zuckerberg   9th of Jun, 2018                           ▲ ▼ +1 Votes

I saw this on another location. Judi Greenspan is using spectrumlorain.com to help fund her fake charity. The address and number for spectrum are 300 Broadway Lorain, Ohio 44052 (440) 654-4174. Seems that Keene Promotions is able to avoid paying taxes somehow.

Think, PlainSite.org and Keene Promotions are all one big huge scam not to pay the IRS. Doesn't anyone really check to see if Think, PlainSite.org and Keene Promotions are really 501 C?

How is plainsite.org an education website? Could it be that Neil Greenspan is using his credentials from Case Western Reserve University to help him with this tax scheme?

Judi Keene Greenspan
Think Computer Foundation
20560 Shelburne Road
Shaker Heights, OH 44122
Phone: (216) 932-1989
jgreenspan@keenepromotions.com

5. **KinderCare Education** (13)
Management does not care about employees or children

6. **Subway** (12)
embarrassing experience

7. **CandaLee Parker** (11)
stole $5000

8. **Tradekey** (11)
buyer and online marketing service

9. **Ruby Tuesday** (10)
customer service

10. **McDonalds** (10)
I got a food poisoning eating their

 AdChoices

Board of Directors

My Survey

<p align="right">Reply</p>

 **AaChi**   10th of Jun, 2018      +1 Votes

Did anyone see this new article about simon greenspan not working at The Q? I bet Quicken Loans Arena found out about Neil and Judi Greenspan fraudulent tax scheme.

Neil and Judi Greenspan show up later on in the video and Neil is a great actor. They are using simon greenspan as a pawn to make millions. These people actually write articles in the Huffington Post.

https://www.wkyc.com/article/news/health/cast-aside-autisms-cliff-to-nowhere/95-548493268

simon greenspan linkedin page. sad his brother Aaron Greenspan didn't even endorse him.
https://www.linkedin.com/in/simon-greenspan-18723622/

two articles written by Neil Greenspan.

Major Obstacles for Adults with Autism | HuffPost
Trumphalism In An Age Of Pre-Achievement | HuffPost

<p align="right">Reply</p>

 **Mark Zuckerberg**   13th of Jun, 2018      +1 Votes

Aaron Greenspan owner of plainsite.org under fraudulent 501c non-profit called Think Computer Corporation. His father Neil S Greenspan and Judy keene Greenspan are the VP and Treasurer for this abomination and life destroying apparatus.

Aaron Greenspan the sneaky individual who owns and runs the monetized website plainsite.org under a fraudulent 501c called "Think Computer" is nothing but low life criminal hiding behind his computer, as he does major harm to the careers and reputations of Americans.
Neil and Judi use their autistic son Simon Greenspan as a ploy to fill their piggy banks.
Aaron Greenspan, Judi Greenspan and Dr. Nei Greenspan are fake [censored]-people with no emotions and no soul that need to be forcefully cut out of society before the lying manipulating disease that they are can propagate any further.

Aaron Greenspan is a coward who enjoys gaining illegal access to legal documents by way of hacking into the computer systems of various State and Federal agencies, then throws his information on to his vicious monetized website plainsite.org. If you ask this nut to remove anything, he will turn around and throw more documents on the web.
Not to worry! The IRS' 501c department is on to this little [censored] and have received many complaints against this individual's fraudulent tax schemes. This individual is not posting his real contact information on his ruthless monetized website plainsite.org, in order to send him legal documents. This individual is working with Attorneys to screw over Americans, in order to drum up business and money for these unethical Attorneys.
The scheme works like this: Aaron Greenspan will get as much information as he can and obtain this information through legal and illegal means. Then he will upload this personal and private information on

to plainsite.org. So, when a particular "Cyber Attorney" is contacted they don't have to do anything but give Aaron Greenspan a call and then split the money that the Attorney receives from hard working Americans, in order to have a URL removed from the web.

Aaron Greenspan is violating the RICO Act in an intentional manner. This individual is working with certain Attorneys by posting people's personal and private information on the web under the guise that he wants all legal documents to be in "plain site". The truth of the matter is that Aaron Greenspan doesn't care about helping anyone but himself and making his dirty profits off the backs of honest hard working Americans. Aaron Greenspan is intentionally ruining the careers and reputations of Americans, so that people get desperate and hire a useless Attorney who will then contact Aaron Greenspan and for a fee will remove the particular URL. This entire scheme is done so that Attorneys can create work and profits for themselves and Aaron Greenspan's monetized website plainsite.org is part of this scheme. This was all planned out by Aaron Greenspan to work with Attorneys and receive kickbacks for removing certain URL's, after the Attorney is paid of course. Aaron Greenspan is nothing more than a criminal and there is nothing innocent at all about this individual.

Aaron Greenspan is a Hacker! Better believe it! This individual has and is hacking into all types of restricted Servers, in order to access personal and private information on people so that he can download these documents on to his monetized website plainsite.org. Aaron Greenspan is nothing more than a criminal who uses his computers to do his criminal activity against the public.

All of Aaron Greenspan's concocted ideas of inventing things like facebook will go nowhere because nobody wants a full blown sociopath running and controlling a pay source. This individual is completely out of his mind and has delusions of grandeur. In his mind he believes that he is above the rest of the people and thinks that he is too clever. The fact is that this individual has serious mental issues, that are so full blown that he doesn't even realize how mentally sick he is. In his mind this Aaron Greenspan believes that he is some sort of genius and loves the attention and fame. He thinks he's superior to the rest of the people. This individual has all the traits of a complete sociopath that is so far gone, that there nothing that can help this sick individual. This individual should never be allowed to even touch a computer and never be allowed to access people's personal and private information. Anything in the hands of Aaron Greenspan is completely dangerous. This individual should be locked up in a psychiatric hospital and be put on some serious meds. In his mind he thinks that he is normal and is doing the public a favor, when in fact this individual is a detriment and danger to society. This guy doesn't want to do any real work and especially refuses to work with his hands like he should be. This guy should be washing dishes for a living and not be allowed to put his dirty fingers anywhere near a computer or even a smart phone.

Aaron Greenspan is completely harmful to society, as he dedicates his time and energy to destroying people's careers and reputations.

This individual has so many complaints against him at this point with the FBI's IC3, Attorney General's Office, FCC, FTC and agencies that will not be mentioned here are seriously looking in to this sociopath's criminal actions towards the public



<span style="float:right">↩ Reply</span>

 **Jose 911**   13th of Jun, 2018                                    ⬆ ⬇  +1 Votes

990 irs forms. They didn't fill out the forms after 2010. They have $250, 000 donations in 2010.

https://projects.propublica.org/nonprofits/organizations/341937820

Aaron Sociopath Greenspan plainsite.org – plainsite.org under illegal Judith the vp and Treasury, review c959670 | Complaints Board – Page 2          8/9/18, 8:12 PM

Case 1:23-cv-10134-DJC  Document 54-2  Filed 07/25/23  Page 28 of 51

**Ma**  **Mark Zuckerberg**  14th of Jun, 2018          ⌃ ⌄  +1 Votes

Judith Keene Greenspan, MAS. Phone: 216-932- 1989. Email: jgreenspan@keenepromotions.com. Website: keenepromostore.com.

↩ Reply

**Ma**  **Mark Zuckerberg**  15th of Jun, 2018          ⌃ ⌄  +1 Votes

Judith keene Greenspan should be fined to her fake charity scheme. Judy received $ 250, 000 in 2010 and went to the personal piggy bank tax free.

↩ Reply

**Ma**  **Mark Zuckerberg**  16th of Jun, 2018          ⌃ ⌄  +1 Votes

Judi Greenspan is running a few fraudulent charities and works with Ohio's Interagency Work Group on Autism | Ohio Support Groups .

↩ Reply

**Jo**  **Jose 911**  18th of Jun, 2018          ⌃ ⌄  +1 Votes

Aaron j Greenspan



↩ Reply

**Am**  **Amir 99**  20th of Jun, 2018          ⌃ ⌄  +1 Votes

Aaron Greenspan has kept calling me all day. I told him i would get back to on donating him money to remove my personal information off plainsite. Is Aaron Greenspan on drugs!!!he sounded really nervous and needed money. Aaron Greenspan must be a meth head. This happen to anyone else?

↩ Reply

**Jo**  **Jose 911**  22nd of Jun, 2018          ⌃ ⌄  0 Votes

Did anyone see Dr. Neil S Greenspan answer this online question? Even Neil Greenspan hates Aaron Greenspan and admits Aaron Greenspan is in love with Facebook owner Mark Zuckerberg

The entire shaker heights ohio hate the Judi Neil Aaron Greenspan. Aaron Greenspan went to the news media and bad mouthed the entire town and pretended to be victims. ( google shaker heights greenspan). THEY MADE PEOPLE IN SHAKER HIGHTS LOOK LIKE SAVAE.Now half the United states population hate AaronGreenspan. Think computer Foundation, high five club, Keene promotions inc and plainsite.org plainsite is using 501c charity to avoid paying taxes. Think computer does not help children at all. Its hurting people because of the personal information in Google search. You caused me no to get a job you mother fu×@ker Aaron J Greenspan nut job . YOU CAUSE ME THOUSAND OF DOLLARS. Aaron weasel Greenspan is crying about the pictures online. You never even met Aaron Swartz nut job. Aaron Greenspan tries to scare you by saying that he will sue you. Nut job is banned from suing anyone.

Case 1:23-cv-10134-DJC   Document 54-2   Filed 07/25/23   Page 29 of 51

Aaron Sociopath Greenspan plainsite.org - plainsite.org under illegal watch the vp and treasury, review 959670 | Complaints Board   Page 2        8/9/18, 8:12 PM



<div align="right"><a href="#">↪ Reply</a></div>

 **Aaron Greenspan is a jerk**   23rd of Jun, 2018                      ⌃ ⌄  0 Votes

Aaron Greenspan owner of plainsite plainsite.org walks around naked and is into beastaligy . AaronGreenspan has diseases. See pic. Stay away from Aaron Jacob Greenspan.

Aaron Greenspan as a student at case western reserve university. His father neil s Greenspan is a professor at case western reserve university.

Aaron Jacob Greenspan is a dirty lying scoundrel who doesnt know what real work is. This individual has lied under Oath in fron if Judges, lied to the public ti scam money out of honest people. Lying is second nature this this Sociopath.

Neil Greenspan is an immunologist and clinical pathologist in Cleveland and a member of the board of directors of the Think Computer Foundation, which PReTends to supports social and recreational activities for adolescents and adults with developmental disabilities. Neil s Greenspan and Aaron Greenspan, judy keene Greenspan are running fake charities to avoid paying the IRS. Plainsite.org plainsite think computer Foundation doesn't help anyone. Greenspan get free tickets to sporting events for Simon Greenspan. This is big scam!!!

Keywords

Neil S. Greenspan, MD, PhD
Professor, Case Western Reserve University, Division of General Medical Sciences
University Hospitals of Cleveland, Pathology
Phone
216-368-1280
E-mail
nsg@case.edu

Aaron Jacob Greenspan is a dirty lying scoundrel who doesnt know what real work is. This individual has lied under Oath in fron if Judges, lied to the public ti scam money out of honest people. Lying is second nature . huffpost

Aaron Greenspan is President & CEO of Think Computer Corporation and the author of Authoritas: One Student's Harvard Admissions and the Founding of the Facebook Era.
Thinkcomp

<div align="right"><a href="#">↪ Reply</a></div>

 **Aaron_Greenspan_Fraud**   24th of Jun, 2018                      ⌃ ⌄  +1 Votes

Aaron Greenspan plainsite.org plainsite . Neil Greenspan of case western reserve university and Judi Greenspan of keene promotions LLC are getting away by fooling the irs.

Greenspans 501(c)3 non-profit organization called Think Computer Foundation is a scam.

Read the article below. Greenspan fraud.

Aaron Sociopath Greenspan | Plainsite.org - Plainsite.org under illegal want a the vp and treasurer, review c959670 | Complaints Board - Page 2

Case 1:23-cv-10134-DJC   Document 54-2   Filed 07/25/23   Page 30 of 51

8/9/18, 8:12 PM

Death of Aaron Swartz is causing outpouring of feelings (see story) never seen in decades and even the family is establishing foul play (see story). Now we are seeing financial support from the community of internet citizens.

Aaron Greenspan, the entrepreneur and writer of the Lost Chapter an essay that tells the real story about the founding of Facebook, created a memorial grant of $10, 000 in the name of Aaron Swartz to promote more transparency. Greenspan has had his share of frustration both legally and personally watching all the players get rich at Facebook while he go zilch.

http://www.aarongreenspan.com/writing/essay.html?id=83

The grant in the name of Aaron Swartz will be from Greenspans 501(c)3 non-profit organization called Think Computer Foundation. Greenspan is also the founder of Facecash.com a new payment firm located in Palo Alto.

Greenspan writes

"Aaron Swartz's work was very important to me, and as moving as the outpouring of grief over his death has been, the truth is that very few people paid serious attention to his work (excepting the DOJ and FBI) from the time he downloaded PACER data in 2008 until now. In fact, I am fairly certain that I can count on one hand the number of people who have spent considerable amounts of time thinking about PACER and its perverse impact on society.

That needs to change, so I'll pay to make it change. Exactly $10, 000 in Aaron's name, from Think Computer Foundation, in the form of two Aaron Swartz Memorial Grants"

Additionally I found some of Aaron's recent writings called RawNerve written as series of provocative essays. Located here online at http://www.aaronsw.com/weblog/rawnerve

 Reply

 Aaron Greenspan has Asbergers    7th of Aug, 2018                                     0 Votes

Aaron Geenspan is psycho. Aaron Greenspan is a pathological liar who lies without effort. Aaron Greenspan Is someone for whom telling a lie comes more naturally than telling the truth. Its part of Aaron Greenspan everyday life, to the point where their whole existence is a fabrication. For example, Aaron Greenspan was able to fool people into thinking he invented facebook.

Another example is when Aaron Greenspan is using pretending to be John Fuenchem to stalk. Even in the complaintsboard he uses the name Robin.

This all roots to Aaron Greenspan childhood trauma growing up in shaker Heights ohio. Aaron Greenspan didnt have any friends . No one liked him. Not even his twin brother Simon Greenspan. Aaron Greenspan is very insecure individual raised by very authoritative and strict parents who were not excepting of Aaron Greenspan haveing Asperger's syndrome. Therefore Aaron Greenspan had to create a persona that was lovable and acceptable by Judi keene Greenspan and Dr. Neil S. Greenspan to avoid punishment, embarrassment, and vulnerability.

Pathological lying is very difficult to treat there isn't hope for Aaron Greenspan. Aaron Jacob Greenspan's brother Simon Greenspan is autistic as well and has caused huge disturbances in shaker heights Ohio

Aaron Sociopath Greenspan plainsite.org – plainsite.org under illegal Aaron the vp and treasury, review 959670 | Complaints Board – Page 2      8/9/18, 8:12 PM

neighborhoods. Aaron Greenspan is a big supporter of the 2nd amendment and brags about a gun. The 2 should not mix. This is insane how one crazy white guy is able to own so much free data and also own a gun.

Aaron Jacob Greenspan is a ticking time bomb. This white guy grew up very wealthy. Judi Greenspan owns Keene promotions and Neil Greenspan is a dr professor at case western reserve university.

Aaron Greenspan website plainsite.org is hurting many hard working minorities to find work . people have given Aaron jacob Greenspan money and never saw a return.

Events@thinkcomputer.org is a scam

<span style="float:right">↩ Reply</span>

 Events@thinkcomputer.org   16 hrs 55 mins ago       0 Votes

Aaron Greenspan is out of his mind. Aaron Greenspan is calling Mark Zuckerberg a "sociopath" and "threat to national security"? Aaron Greenspan needs to take a good look in the mirror because Aaron is the sociopath and threat. Judi Greenspan looks like a sociopath and we agree that Simon Greenspan is a sociopath. Professor Neil S Greenspan belongs in the looney bin. Aaron Greenspan is really always blames others. As others have said, Aaron Greenspan is a ticking time bomb. You can tell from his body language that he has had a few mental breakdowns.

Facebook's most recent scandal, the https://quoththeraven.podbean.com/e/quoth-the-raven-54-aaron-greenspan-creator-of-the-first-harvard-face-book/

Aaron Greenspan is the self-proclaimed missing piece from the Facebook story as it has been documented in films like "The Social Network". He joins me on my podcast to talk about his role in creating the first "Face Book", why he thinks Mark Zuckerberg is a "sociopath" and "threat to national security", Facebook's most recent scandal, the stock's recent plunge, and why he believes the number of Facebook fake accounts are understated.

Aaron is an entrepreneur and engineer with a background in enterprise software. He is the President & CEO of Think Computer Corporation (http://www.thinkcomputer.com), as well as the founder of Think Computer Foundation (http://www.thinkcomputer.org), a 501(c)3 non-profit organization. Aaron has worked on engineering problems involving accounting, payments, and legal systems, among others. Though not a lawyer, he has represented himself and his company before several state and federal courts, as well as the United States Patent and Trademark Office Trademark Trial and Appeal Board.

Aaron has an A.B. in Economics from Harvard College and is the author of a memoir about his time there, during which he developed the predecessor to The Facebook.

Aaron also contributes to legal website PlainSite. In addition to making huge volumes of data accessible to the public free of charge, PlainSite lets ordinary citizens impact the law-making process.

Follow him on Twitter @PlainSite and @AaronGreenspan

If you enjoy the QTR podcast - which will always be free - please consider an extremely small recurring donation through Patreon. My link is here. Thank you guys: https://www.patreon.com/QTRResearch

All content created and owned by Quoth the Raven Research, LLC.



All      podcast      content      is      subject      to      the      following      disclaimer:
http://www.quoththeravenresearch.com/disclaimerterms-of-service/

THIS IS NOT INVESTMENT ADVICE

Disclosures: QTR has no position, Aaron owns Facebook puts

Visit www.quoththeravenresearch.com for more on QTR.

↩ Reply

Previous   1   2   Next

## Post your comment

★ ★ ★ ★ ★

Please check your spelling before posting a comment

Add photos (optional)

Submit

Love at first brush
Try for 30 mornings and nights.

quip

Submit Complaint | Consumer Tips & Tricks | News & Stories | Sitemap | FAQ | Terms of Use | Privacy Policy | DMCA Procedures | Investors / Business Offers | Legal Information | Thank you Emails

© 2018 ComplaintsBoard.com          Follow us: Facebook | Google+
If you have an inquiry, or any constructive thoughts, creative ideas, and reasonable offers, please, contact us

Aaron Greenspan Aka Plainsite.org Under Fraudulent 501C / Father ...ough keene promotions. Review 1000482 - Complaints Board - Page 2     11/16/18, 7:43 AM

The most trusted and popular consumer complaints website     

thinkcomp

 **Complaints Board**

Search for a business or a product

**CATEGORIES**   **FAQ**   **PHOTOS**   **SUBMIT A COMPLAINT**


DON'T MISS YOUR CHANCE
to meet Fintech's game-changers and innovators.
JOIN US 19-20 NOVEMBER IN LONDON.
LendIt Fintech Europe
REGISTER NOW

Retail Stores › Plainsite.org / Think Computer Corporation Customer Service › harrassment and wrongdoing of personal information for profit. promoting personal information and data making for profits through keene promotions.

## Aaron Greenspan Aka Plainsite.org Under Fraudulent 501C / Father Neil Greenspan Is The Vp And Treasurer And Faculty In Clinical Pathology At Case Western Reserve University And Judy Greenspan Of Keene Promotions / harrassment and wrongdoing of personal information for profit. promoting personal information and data making for profits through keene promotions.

⭐☆☆☆☆   Keene Promotions Inc 20560 Shelburne Road Shaker Heights, OH 44122 Phone: (216) 932-1989, United States   Review updated: Nov 15, 2018         💬 **23 comments**

Contact information:
keenepromostore.com

Aaron Jacob Greenspan aka Aaron Greenspan is the founder of Think Computer Foundation and plain site. Judy keene Greenspan, which owns keene promotions. Aaaron's website states that he has registered Plain Site, a purported public access function to court websites, as a 501(c)(3) charity in line with IRS regulations and promotes plain site using keene promotions.

The basis for the website came from Aaron's own interest and experience with technology and the law. Aaaron claimed that the purpose of Think



**Plainsite.org / Think Computer Corporation Customer Service**

Overall Satisfaction Rating

⭐☆☆☆☆

**15 Reviews**

📍 500 Race Street, Apartment 4321
San Jose
CA
United States - 95126-5159

📞 +1 415 670 9350
+1 415 373 3959

🌐 www.plainsite.org

**View full information**

Case 1:23-cv-10134-DJC   Document 54-2   Filed 07/25/23   Page 34 of 51

Computer Foundation was to help children through technology. Yet, later this became a personal piggy bank for him to fund his numerous lawsuits.

L

Keene Promotions Inc

20560 Shelburne Road

Shaker Heights, OH 44122

Phone:

[protected]

Web: www.keenepromotions.com

Keene Promotions Inc. operates as a provider of customizable promotional products. The Company offers services such as product sourcing, warehousing, fullfillment, embroidery and silk screening, and artwork and design services. Keene Promotions supplies customized products such as apparel, mugs, golf balls, awards, pens, bags, umbrellas, and accessories.

Corporate Information

Address:

450 Lexington Street

Suite 1

Newton, MA [protected]

United States

Phone: [protected]

Fax: [protected]

Web url: www.keenepromostore.com

Updated by Mark Zuckerberg, May 19, 2018

Aaron Greenspan and his father Neil S Greenspan the VP and Treasurer of plainsite.org are two very sick Sociopath's. One has to feel sorry for Aaron Greenspan's Mother having married total Psychotic Sociopath like Neil S Greenspan and then producing two sons who have issues. The really dangerous Sociopath is Aaron Jacob Greenspan who enjoys going in to the Federal Pacer system where people's personal legal cases are and then this Sociopath selectively downloads legal cases, then this Sociopath uploads the most harmful information on to his vicious monetized website plainsite.org, in order to intentionally destroy people's careers, reputations, families and lives.

Aaron Greenspan is a sick Sociopath who fully enjoys dishing things out to other people, in order to defame, destroy and shame people online but he doesn't enjoy receiving his own medicine.



**AIRFRANCE**

## Recently Discussed Complaints

**Dr Daniel Man**
mel practice and negligence
💬 13   🕐 1 mins ago

**LBC Express**
please get in touch with us through our official customer care channels.
💬 56   🕐 8 mins ago

**Damelin College**
refund
💬 46   🕐 13 mins ago

**Persopo.com**
Fraudulent charges
💬 25   🕐 14 mins ago

**Etihad Group Of Companies**
received job proposal from etihad group of companies, is it fake or real?
💬 309   🕐 50 mins ago

## Subjects of Wide Speculation

1. **Wish.com** (149)
money debited

2. **Kolors Healthcare India (P) Ltd** (64)
no proper treatment and not giving refund

3. **Awok.com** (53)
different products.

4. **Etihad Group Of Companies** (38)
received job proposal from etihad group of companies, is it fake or real?

5. **Letgo** (37)
my posts

6. **Outdoors Online** (31)

Aaron Greenspan Aka Plainsite.org Unfair Fraudulent 501c Father... ough Keene promotions. Review 1000482 | Complaints Board - Page 2

Case 1:23-cv-10134-DJC   Document 54-2   Filed 07/25/23   Page 35 of 51

11/16/18, 7:43 AM

Aaron Greenspan belongs locked up in a Psychiatric Hospital where he was locked up in Cleveland, Ohio for 6 months at the age of 16 and heavily sedated and placed on the medication Haldol. We all knew this in Shaker Heights, Ohio that there was something completely off with this Sociopath Aaron Jacob Greenspan. Just the looks and insane stares that Aaron Jacob Greenspan would give people was like freaky.

It should be noted that Aaron Jacob Greenspan's father Neil S Greenspan has that same Psychotic look in his eyes. We can't believe this guy can even hold a job and if the University where he works found out about all of his IRS tax fraud schemes, psychiatric issues with him and his family and the danger that he poses to students with his Sociopathy we think that his employer would fire him immediately as he should. Nobody should ever hire Neil S Greenspan. He should be locked up on a Psychiatric ward and medicated with Psychiatric drugs for both Neil S Greenspan and Aaron Jacob Greenspan are insane. In any other other country both Neil S Greenspan and Aaron Jacob Greenspan would be placed in a Psychiatric hospital and not allowed to produce any more Sociopathic children who are a danger and a menace to society at large.

Neil Sanford Greenspan with NPI Number [protected] works at UH Case Western Reserve University in Cleveland Ohio 11100 Euclid Ave, Cleveland, Ohio USA, telephone [protected]
Fax: [protected]

Neil Sanford Greenspan age 65 and his wife Judith Keene Greenspan age 62 home address is the following:
20560 Shelburne
Shaker Heights, Ohio 44122

Home Value: $92, 000
Usage: Single Dwelling
Owner: Judith Keene Greenspan (because husband Neil Sanford Greenspan is worried about being sued by people when it comes to plainsite.org and the fraudulent 501c they are running and if the IRS finds out they will seize their assets and quick too)
Assessed Property Value: $103, 400
Assessed Land Value: $32, 520
Previous addresses:
858 Berick, Saint Louis, MO 63132

7. **Dunia** (29)
unjust loan interests

8. **TomTop** (26)
Scam, burglar

9. **Cymraes** (26)
means lady in welsh - cymraes's corner aka lesley ann jackson uk fraud

10. **King.com** (22)
candy crush saga

yeti tumbler

4701 Pine, Philadelphia, PA 19143

3715 Warrensville Center, Shaker Heights, OH 44122

4300 Osage, Philadelphia, PA 19104

BOC PO Box, Greensboro, NC 27420

715 Warrensville, Shaker Heights, OH 44121

Updated by Mark Zuckerberg, May 26, 2018

Shame on these companies for having ownership with Neil Greenspan.

As of December 31, 2016, Neil Greenspan, MD, PhD disclosed the following Outside Relationships with Industry:

Biogen Idec - Ownership

Bristol Myers Squibb - Ownership

Merck & Co. Inc. - Ownership

https://www.uhhospitals.org/find-a-doctor/greenspan-neil-523

Overview

Contact

Experience

More ▾

Overview

Dr. Neil Greenspan is a pathologist in Cleveland, Ohio and is affiliated with University Hospitals Cleveland Medical Center. He received his medical degree from Perelman School of Medicine at the University of Pennsylvania and has been in practice for more than 20 years. He is one of 60 doctors at University Hospitals Cleveland Medical Center who specialize in Pathology.

Dr. Neil Greenspan's Details

Phone Number: (216) 844-7494

Years in Practice: 21+

Gender: Male

Languages: English

Neil Greenspan is a heartless cruel animals always playing the victim. It turns out greenspan's haven't paying taxes for many years. Every business they have they lie and says its for the disabled children. This is how Aaron Greenspan learned his scam of plainsite.org plainsite .

Neil Greenspan info.

Neil S. Greenspan, MD, PhD

Professor, Case Western Reserve University, Division of General Medical
Sciences

University Hospitals of Cleveland, Pathology

Phone

216-368-1280

E-mail

nsg@case.edu

Current institution

Case Western Reserve University School of Medicine

Department of Pathology

Current position

Skills and Expertise

Immunology    of    Infectious    DiseasesAntibodiesImmunityCellular
ImmunologyAdaptive    ImmunityT    LymphocytesVaccinesImmune
Regulation

Show all

Neil S. Greenspan | HuffPost

Huffington Post › author › neil-s-greensp…

NeilSGreenspanMD

Pathology Cleveland, OH

Blood Banking & Transfusion Medicine, Chemical Pathology, Anatomic
Pathology

Professor, Pathology (Clinical), Case Western Reserve University School
of Medicine

Education & Training

Washington University - Barnes-Jewish HospitalWashington University
- Barnes-Jewish Hospital

Residency

Perelman    School    of    Medicine    at    the    University    of
PennsylvaniaPerelman    School    of    Medicine    at    the    University    of
Pennsylvania

Medical School

Aaron Greenspan Aka Plainsite.org Unfair Fraudulent Scheme To Gather Profit Through Keene Promotions. Review 1000482 | Complaints Board · Page 2

Case 1:23-cv-10134-DJC   Document 54-2   Filed 07/25/23   Page 38 of 51

11/16/18, 7:43 AM

Certifications & Licensure

OH State Medical LicenseOH State Medical License

1986 - 2019

Publications & Presentations

PubMed

Plasmacytoid Dendritic Cells Mediate Synergistic Effects of HIV and Lipopolysaccharide on CD27+ IgD- Memory B Cell Apoptosis.

Zhang, L., Luo, Z., Sieg, S. F., Funderburg, N. T., Yu, X., Fu, P., Wu, H., Jiao, Y., Gao, Y., Greenspan, N. S., Harding, C. V., Kilby, J. M., Li, Z., Lederman, M. M., Jiang, W.; J. Virol.. 2014 Jul 25.

Clinical consequences of human evolution shaped by cultural trends.

Greenspan, N. S.; Evol Med Public Health. 2014 Feb 01.

18 citationsIgG3 deficiency extends lifespan and attenuates progression of glomerulonephritis in MRL/lpr mice.

Greenspan, N.S., Lu, M.A., Shipley, J.W., Ding, X., Li, Q., Sultana, D., Kollaros, M., Schreiber, J.R., Fu, P., Putterman, C., Emancipator, S.N.; Biol Direct. 2012.

73 more in this section...

Join now to see the full profile

Grant Support

Understand B Cell Immunity Against HIV-1 GP41 MPER

National Institute Of Allergy And Infectious Diseases

2010 - 2011

Pathogen And Host Proteins In Pneumococcal Immunity

National Institute Of Allergy And Infectious Diseases

2003 - 2003

Immunogenicity Of Pneumococcal Conjugate Vaccines

National Institute Of Allergy And Infectious Diseases

1997 - 2001

Constant Domain Modulation Of Antibody Activity

National Institute Of Allergy And Infectious Diseases

1989 - 1993

Hospital Affiliations

University Hospitals Cleveland Medical CenterUniversity Hospitals Cleveland Medical Center

Cleveland, OH

Updated by Mark Zuckerberg, May 26, 2018

Judy Greenspan keene promotions. .

Case 1:23-cv-10134-DJC   Document 54-2   Filed 07/25/23   Page 39 of 51

Aaron Greenspan Aka Plainsite.org Under Fraudulent 501c / Father ...ough Keene Promotions. Review 1000482 - Complaints Board    Page 2                    11/16/18, 7:43 AM

Updated by **Mark Zuckerberg**, Jun 09, 2018

I saw this on another location. Judi Greenspan is using spectrumlorain.com to help fund her fake charity. The address and number for spectrum are 300 Broadway Lorain, Ohio 44052 (440) 654-4174. Seems that Keene Promotions is able to avoid paying taxes somehow.

Think, PlainSite.org and Keene Promotions are all one big huge scam not to pay the IRS. Doesn't anyone really check to see if Think, PlainSite.org and Keene Promotions are really 501 C?

How is plainsite.org an education website? Could it be that Neil Greenspan is using his credentials from Case Western Reserve University to help him with this tax scheme?

Judi Keene Greenspan
Think Computer Foundation
20560 Shelburne Road
Shaker Heights, OH 44122
Phone: (216) 932-1989
jgreenspan@keenepromotions.com



Updated by **Mark Zuckerberg**, Jun 13, 2018

Aaron Greenspan owner of plainsite.org under fraudulent 501c non-profit called Think Computer Corporation. His father Neil S Greenspan and Judy keene Greenspan are the VP and Treasurer for this abomination and life destroying apparatus.

Aaron Greenspan the sneaky individual who owns and runs the monetized website plainsite.org under a fraudulent 501c called "Think Computer" is nothing but low life criminal hiding behind his computer, as he does major harm to the careers and reputations of Americans.
Neil and Judi use their autistic son Simon Greenspan as a ploy to fill their piggy banks.
Aaron Greenspan, Judi Greenspan and Dr. Nei Greenspan are fake

Aaron Greenspan Aka Plainsite.org Linker Fraudulent 501c's Father... ough Keene promotions. Review 1000482 - Complaints Board - Page 2    11/16/18, 7:43 AM

Case 1:23-cv-10134-DJC · Document 54-2 · Filed 07/25/23 · Page 40 of 51

[censored]-people with no emotions and no soul that need to be forcefully cut out of society before the lying manipulating disease that they are can propagate any further.

Aaron Greenspan is a coward who enjoys gaining illegal access to legal documents by way of hacking into the computer systems of various State and Federal agencies, then throws his information on to his vicious monetized website plainsite.org. If you ask this nut to remove anything, he will turn around and throw more documents on the web.

Not to worry! The IRS' 501c department is on to this little [censored] and have received many complaints against this individual's fraudulent tax schemes. This individual is not posting his real contact information on his ruthless monetized website plainsite.org, in order to send him legal documents. This individual is working with Attorneys to screw over Americans, in order to drum up business and money for these unethical Attorneys.

The scheme works like this: Aaron Greenspan will get as much information as he can and obtain this information through legal and illegal means. Then he will upload this personal and private information on to plainsite.org. So, when a particular "Cyber Attorney" is contacted they don't have to do anything but give Aaron Greenspan a call and then split the money that the Attorney receives from hard working Americans, in order to have a URL removed from the web.

Aaron Greenspan is violating the RICO Act in an intentional manner. This individual is working with certain Attorneys by posting people's personal and private information on the web under the guise that he wants all legal documents to be in "plain site". The truth of the matter is that Aaron Greenspan doesn't care about helping anyone but himself and making his dirty profits off the backs of honest hard working Americans. Aaron Greenspan is intentionally ruining the careers and reputations of Americans, so that people get desperate and hire a useless Attorney who will then contact Aaron Greenspan and for a fee will remove the particular URL. This entire scheme is done so that Attorneys can create work and profits for themselves and Aaron Greenspan's monetized website plainsite.org is part of this scheme. This was all planned out by Aaron Greenspan to work with Attorneys and receive kickbacks for removing certain URL's, after the Attorney is paid of course. Aaron Greenspan is nothing more than a criminal and there is nothing innocent at all about this individual.

Aaron Greenspan is a Hacker! Better believe it! This individual has and is hacking into all types of restricted Servers, in order to access personal

Case 1:23-cv-10134-DJC   Document 54-2   Filed 07/25/23   Page 41 of 51

and private information on people so that he can download these documents on to his monetized website plainsite.org. Aaron Greenspan is nothing more than a criminal who uses his computers to do his criminal activity against the public.

All of Aaron Greenspan's concocted ideas of inventing things like facebook will go nowhere because nobody wants a full blown sociopath running and controlling a pay source. This individual is completely out of his mind and has delusions of grandeur. In his mind he believes that he is above the rest of the people and thinks that he is too clever. The fact is that this individual has serious mental issues, that are so full blown that he doesn't even realize how mentally sick he is. In his mind this Aaron Greenspan believes that he is some sort of genius and loves the attention and fame. He thinks he's superior to the rest of the people. This individual has all the traits of a complete sociopath that is so far gone, that there nothing that can help this sick individual. This individual should never be allowed to even touch a computer and never be allowed to access people's personal and private information. Anything in the hands of Aaron Greenspan is completely dangerous. This individual should be locked up in a psychiatric hospital and be put on some serious meds. In his mind he thinks that he is normal and is doing the public a favor, when in fact this individual is a detriment and danger to society. This guy doesn't want to do any real work and especially refuses to work with his hands like he should be. This guy should be washing dishes for a living and not be allowed to put his dirty fingers anywhere near a computer or even a smart phone.

Aaron Greenspan is completely harmful to society, as he dedicates his time and energy to destroying people's careers and reputations.

This individual has so many complaints against him at this point with the FBI's IC3, Attorney General's Office, FCC, FTC and agencies that will not be mentioned here are seriously looking in to this sociopath's criminal actions towards the public



Updated by Mark Zuckerberg, Jun 14, 2018

Judi Greenspan is running a fraudulent charity under a website plainsite.org that supposedly educates disabled children.

Keywords

Judith Keene Greenspan, MAS. Phone: 216-932- 1989. Email: jgreenspan@keenepromotions.com. Website: keenepromostore.com.



Updated by Mark Zuckerberg, Jun 17, 2018

Judi Greenspan aka Judith keene Greenspan, Dr. Neil Greenspan of case western reserve university are running a fraudulent charity to avoid paying taxes. Think foundation, hive five club, plainsite.or are all fraudulent business. Aaron Greenspan is the nut who hates mark Zuckerberg, thinks he created Facebook and failed at Facecash.

Aaron J Greenspan, Judith keene Greenspan and Neil S. Greenspan. Link of 990 forms from 2001 until 2010. Apparently they claimed that they didnt generate a single dollar until 2010. This is a huge scam. Here is the link for the IRS forms. They had 250k donations in 2010.

https://projects.propublica.org/nonprofits/organizations/341937820



 Mark Zuckerberg, May 19, 2018             

**More Aaron Greenspan Aka Plainsite.org Under Fraudulent 501C / Father Neil Greenspan Is The Vp And Treasurer And Faculty In Clinical Pathology At Case Western Reserve University And Judy Greenspan Of Keene Promotions Complaints & Reviews**

Aaron Greenspan Aka Plainsite.org Under Fraudulent 501c / Father ...ough Keene Promotions. Review 1000482 - ComplaintsBoard - Page 2

Case 1:23-cv-10134-DJC   Document 54-2   Filed 07/25/23   Page 43 of 51

11/16/18, 7:43 AM

- Plainsite.org / Think Computer Corporation - plainsite.org under fraudulent 501c think computer [censor] father neil s greenspan is the vp and treasurer [243]
- Plainsite.org / Think Computer Corporation - aaron jacob greenspan posting personal and private information on his website. [151]
- Aaron Greenspan, Judith Greenspan, Neil Greenspan, Plainsite.org, Complaint - aaron greenspan, judith greenspan, neil greenspan, plainsite.org, complaint [106]
- www.plainsite.org - They posted wrong details about me. They ruined my life [51]
- Aaron Greenspan a/k/a Aaron Jacob Greenspan owner of vicious monetized plainsite.org - hacker and online harassment and stalking [68]
- Plainsite.org / Think Computer Corporation - aaron greenspan
- Aaron Greenspan, Neil Greenspan, Judi Greenspan, plainsite.org, think computer, IRS fraud - aaron greenspan, neil greenspan, judi greenspan, plainsite.org, think computer, irs fraud [2]
- Aaron Jacob Greenspan, Neil S Greenspan & Judith Keene Greenspan owners of 501c(3) Tax Fraud Think Computer Corporation - uploading people's personal legal documents in a selective manner for the sole purpose of these owners of leagle.com and plainsite.org to make money [37]
- www.plainsite.org - private and unauthorized information is being published on his website
- Aaron Greenspan plainsite.org under fraudulent 501c Think Computer. His father is the VP and Treasuer - aaron greenspan uses his website plainsite.org to terrorize, harass, and stalks people [54]



## Comments

Sort by: ▲ Date | Rating

**Fr** free.law RECAP Plainsite.org   23rd of Aug, 2018      ⌃ ⌄  +1 Votes

John Fuenchem is an alias adopted by Aaron J Greenspan. Owner of plainsite.org and Think computer Foundation. The notable Harvard alumni psychopath Ted Kaczynski and so had Aaron Greenspan. Aaron Greenspan even has the same crazy look in his eyes as Adam Lanza. Aaron Greenspan is a dirty hamster.

Events@thinkcomputer.org

↩ Reply

**Aa** #AaronGreenspan #plainsiteorg   23 hrs 2 mins ago      ⌃ ⌄  0 Votes

New addresses to serve Aaron Greenspan for lawsuits.

956 CAROLINA ST
SAN FRANCISCO CA 94107

340 South LEMON AVE 6720
WALNUT CA 91789

↩ Reply

Aaron Greenspan Aka Plainsite.org Under Fraudulent 501©3 Father Bought Keene promotions. Review 1000482 - Complaints Board - Page 2      11/16/18, 7:43 AM



## Post your comment



<div>
Please check your spelling before posting a comment
</div>

Add photos (optional)

Submit

Be happy here. #SHARESLO san luis Obispo CALIFORNIA

Submit Complaint | Sitemap | FAQ | Terms of Use | Privacy Policy | DMCA Procedures | Investors / Business Offers | Legal Information | Thank you Emails

© 2018 ComplaintsBoard.com        Follow us: Facebook
If you have an inquiry, or any constructive thoughts, creative ideas, and reasonable offers, please, contact us

ADVERTISMENT

**user2135716** of US
Mar 16, 2020 | 7:52 pm EDT | ⊘ Verified customer

### aaron greenspan was arrested in california with child porn on his computer!

Aaron Jacob Greenspan was arrested last weekend after the Cleveland Ohio police found child porn on his computer!
Aaron Greenspan is the man who sued [facebook](#) and lost. Mr. Greenspan is also a convicted stalker. He was arrested on several felony stalking charges. According to public record, Aaron Greenspan has a history of internet stalking and other felony crimes including child porn.

The picture posted is a current picture of Aaron Jacob Greenspan. Picture was taken by an international news reporter and is in the public domain. Do not remove picture.



💬 **1 comment**

**Report Cyber Criminals** of US
Feb 26, 2022 | 12:38 am EST

Aaron Greenspan extorted $250,000 from Mark Zuckerberg owner and creator of Facebook, by constantly harassing him. Mark Zuckerberg decided to give the serial stalker Aaron Greenspan a tip, so he would get lost, but that only made Aaron Greenspan harass Mark Zuckerberg even more. Aaron Greenspan stuck that extorted money from Mark Zuckerberg in his fake charity 501c3 account Think Computer Foundation, that was closed in May of 2021, by the Board Members Neil Greenspan the father and Judith Keene Greenspan the mother for violating several laws and are under investigation.

Helpful?   ⌃ 524   ⌄ 0                                    ⤴ Share    ↩ Reply

JustAnswer
**Chat w/ an expert Online Now**          [ OPEN ]

**Share your opinion**                                    Comment Guidelines

Write a comment

10/29/2020
bad websites on ... or ... Johnna Crider has ... or ... morten ... he refuses to ... ing &amp; harassing ...
Case 1:23-cv-10134-DJC Document 54-2 Filed 07/25/23 Page 46 of 51







← **Tweet**

**Johnna Crider** @JohnnaCrider1 · 16h

So Greenspan is using his "project" that is under the umbrella of his nonprofit org to attack Grimes because she is dating Elon Musk. God this should be illegal.

> **PlainSite** @PlainSite · 8h
>
> **Journalistic priorities: $400 billion+ accounting fraud, or perpetrator's pop star girlfriend's totally incoherent ramblings?**
>
> The latter, of course.

♡ 5    ⟲ 2    ♡ 28    ⬆

🚢 **Morten Grove - Tesla-Ships Tracker** 🚢🧍(❤️) @morte... · 15h

He's a sad little man, I almost pity him.

♡ 1    ⟲    ♡ 8    ⬆

**badwebsites** @badbadwebsites

Replying to @mortenlund89 and @JohnnaCrider1

He has no pity or empathy for anyone. He refuses to stop cyber stalking & harassing people & will never stop. It's some sort of illness.

1:13 AM · Oct 29, 2020 · Twitter for iPhone

**2** Likes

💬    ⟲    ♡    ⬆

**Search Twitter**

**New to Twitter?**

Sign up now to get your own per...

**Sign up**

**Relevant people**

**badwebsites**
@badbadwebsites
We expose bad web... intentionally harm th... data mining and exp... personal data for th...

**Morten Grove -** ...
@mortenlund89
For extensive Tesla... patreon.com/morte... ships, stats and Tes... as I see them - 'Rav... unsweetened'

**Johnna Crider**
@JohnnaCrider1
Good hearts matter... @CleanTechnica. G... blogger @JohnnaC... Tigers! 🐯

**What's happening**

US elections · LIVE
**California: Election news a... updates**

World news · LIVE
**At least 25 killed and many missing after Typhoon Mol... makes landfall in Vietnam**

World news · Last night
**Three people killed in susp... terrorist attack in Nice, Fra...**

World news · 2 hours ago
**At least 140 migrants dead... the coast of Senegal follow... shipwreck, the UN reports**

US news · Last night
**Cal Fire lifts Red Flag Warn... across the state of Californi...**

Show more

Terms of Service   Privacy Policy...
Ads info   More •••   © 2020 Twit...





Explore

Settings

Tweet

Search Twitter

**Whole Mars Catalog** @WholeMarsBlog · Oct 22

Omar said that Aaron Greenspan didn't invent Facebook, which drove Greenspan insane. Then he doxxed Omar and started cyberstalking him for the last 1000 days

Accused omar of child porn, filed false police reports, sent in illegal false DMCA requests to have his twitter removed

> **Dan Lukehart** @TrumpetDan · Oct 22
> Replying to @AleM_LB and @WholeMarsBlog
> Can you explain how the whole Greenspan beef started? I really don't get it.

3 64

**Whole Mars Catalog** @WholeMarsBlog · Oct 22

then he launched an illegal slapp lawsuit against @elonmusk and omar. greenspan was trying to convince everyone elon was paying omar and he wasn't a real tesla customer to discredit him

also greenspan blackmailed omar threatening to smear him unless he stayed silent

2 1 29

**Giza299792458N** @Giza299792458N · Oct 23

Aaron Greenspan wants between $2,500 to $4,500 to remove each URL from plainsite.org. He makes his living this way and from Google Ads, Subscriptions to plainsite.org and other devious schemes to blackmail, extort, defame & shame his victims in to submission

1 1 2

**Giza299792458N** @Giza299792458N · Oct 23

> PlainSite @PlainSite · May 11, 2016
> Same as always: nothing. In five years no one has actually filed suit.
> 1 2
>
> **Ansel Halliburton** @anseljh · May 12, 2016
> Am I reading the docket correctly? Underlying case was for a $5K credit card bill? 😂
> 1
>
> **PlainSite**
> @PlainSite
>
> Replying to @anseljh and @mlissner
>
> Yes. We always recommend a motion to seal, but many people don't understand or don't bother. We suppress at <= $2.5K.

3 2 1

**Giza299792458N**
@Giza299792458N

Replying to @Giza299792458N @WholeMarsBlog and @elonmusk

Aaron Greenspan refuses to delete any legal documents from plainsite.org but what he does is "suppress" the URL's for a large fee of course. He mostly collects this money through third parties to avoid any criminal charges of blackmail or extortion.

7:26 PM · Oct 28, 2021 · Twitter Web App

## New to Twitter?

Sign up now to get your own perso

Sign up with Go

Sign up with A

Sign up with phone o

By signing up, you agree to the Te Privacy Policy, including Cookie U

## Relevant people

**Giza299792458N**
@Giza299792458N
Bio Tech Entreprene

**Whole Mars Catalo**
@WholeMarsBlog
part 24 hour EV new shitty stand up com Testing Tesla FSD B that's fit to tweet

**Elon Musk**
@elonmusk

## What's happening

NHL · LIVE
**Avalanche at Blues**

The Telegraph · Last nigh
**Inside the 'Oxbridge factor Singapore school... that onl costs £160 a month**

The Telegraph · This morn
**Should I go to work in the o with a cold or cough this wi**

Trending in United States
**gigi**
Singer Zayn Malik 'adamantl allegations by Yolanda Hadid girlfriend Gigi Hadid, that he an argument, TMZ reports
Trending with yolanda

NFL · Trending
**RUN THE BALL**

4/19/22, 12:25 PM



← **Thread**

Witches @Witchestoday · 2h  ···

complaintsboard.com
Plainsite.org / Think Computer: Reviews, Complaints, Customer Claims

💬 1        ↻        ♡        ⬆

Witches @Witchestoday · 1h  ···

Aaron Jacob Greenspan is a cybercriminal harassing his victims on a daily basis with his plainsite.org @plainsite @aarongreenspan and his many fake Twitter accounts. So far Twitter does not shut down @plainsite which is a menace to society

💬 1        ↻        ♡        ⬆

Witches
@Witchestoday

In most EU countries a character like Aaron Jacob Greenspan would be forcibly brought before a Judge by law enforcement and would have to undergo a psych evaluation. Most likely inpatient and he would not be allowed to own plainsite.org or access the internet for safety

10:38 AM · Apr 19, 2022 · Twitter Web App

💬        ↻        ♡        ⬆



🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

Witches          Follow
@Witchestoday

**What's happening**

Music · LIVE
🎶 All the action from the first weekend of Coachella 2022 🎶

Bloomberg Quickt... ✓ · Last night
Australia starts retraining thousands of coal workers for clean energy roles

NHL · Last night
Senators at Kraken

Sports · Trending          ···
Pogba
32.9K Tweets

Celebrities · Trending          ···
Johnny Depp
Actor Johnny Depp testifies in his libel lawsuit against ex-wife Amber Heard on Tuesday
66.7K Tweets

Show more

Terms of Service  Privacy Policy  Cookie Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

1/15/23, 1:49 PM

Witches on Twitter: "@Witchestoday @WholeMarsBlog and 4 others Aaron Greenspan thinks people are stupid & am…



← Tweet

Witches
@Witchestoday

Replying to @Witchestoday @WholeMarsBlog and 4 others

Aaron Greenspan thinks people are stupid & only he
has some sort of intellect. Ex.: he was contacting
Diego Mas Marques using two fake gmail accounts. On
the morning of October 9, 2018, Aaron Greenspan was
using amirnoy7@gmail.com & admitted & denied it was
him. IT Expert knew!

1:09 PM · Jan 15, 2023 · 6 Views

Witches on Twitter: "@Witchestoday @WholeMarsBlog and 4 others Aaron Greenspan refuses to leave Diego Mas …



# Twitter



← **Tweet**



Witches
@Witchestoday                                          ⋯

Replying to @Witchestoday @WholeMarsBlog and 4 others

Aaron Greenspan refuses to leave Diego Mas Marques in peace.  Aaron Greenspan stubbornly refused to stop his Cyberstalking, Doxxing and out of control online Harassment, using his made up gripe sites, calling people and sending documents connected to Diego, which is all illegal

1:16 PM · Jan 15, 2023 · **4** Views

💬                🔁                ♡                ⬆

**New to Twitter?**

Sign up now to get your own person…

🔵 Sign up with Go…

 Sign up with A…

Sign up with phone o…

By signing up, you agree to the Te… Privacy Policy, including Cookie U…

**Relevant people**



Witches
@Witchestoday
Entrepreneur Nano
Technology Robotic…



Whole Mars Catalo…
@WholeMarsBlog
part 24 hour EV new…
shitty stand up com…

**What's happening**

NBA · LIVE
**Warriors at Bulls**

Sports · Trending
**Madrid**
Trending with Barca, Cole Beasle…

Entertainment · Trending
**#BBTitans**
138K Tweets

Sports · Trending
**Mike McDaniel**
3,432 Tweets

Sports · Trending
**#ElClasico**
89.2K Tweets

Show more

Terms of Service    Privacy Policy
Accessibility    Ads info    More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    S

1/15/23, 1:47 PM                    Witches on Twitter: "@Witchestoday @WholeMarsBlog Diego Mas Marques and a couple of witnesses …



## Tweet



Witches
@Witchestoday

Replying to @Witchestoday @WholeMarsBlog and 4 others

Diego Mas Marques and a couple of witnesses went in person to speak with Secret Service Agents and they now have a Dossier on Aaron Jacob Greenspan and his husband Eric Steven Teasley, and the people running Think Computer Corporation/Foundation using

plainsite.org

1:26 PM · Jan 15, 2023 · **4** Views

