**EXHIBIT C**
**Comcast Communications, Inc. Subpoena Response Identifying User of IP Address**
**24.60.59.25**

7/30/2018 9:32 AM  FROM: Fax Middlesex District Attorney's Office  TO: 7818978862  PAGE: 002 OF 003



## CONFIDENTIAL
VIA FACSIMILE

Legal Response Center
650 Centerton Road
Moorestown, NJ 08057
866-947-8572 Tel
866-947-5587 Fax
Date: July 27, 2018

Cyber Enforcement Paralegal
Middlesex District Attorney's Office
15 Commonwealth Avenue, 2nd Floor
Woburn MA 01801
FAX : (781) 897-8862

RE:Subpoena
Comcast File #:
LCR351962

Dear Sir/Madam,

The Subpoena received on 07-12-2018 with respect to the above-referenced matter has been forwarded to the Legal Response Center for a reply. The Subpoena requests Comcast to produce certain subscriber records pertaining to the following IP Address: 24.60.59.25 assigned on the various dates and times from 06/05/2018 at 3:30PM ET to 06/16/2018 at 7:40 ET.

Based on the information provided pursuant to the Subpoena, the subscriber information obtained has been provided below:

Subscriber Name:    MARY MASMARQUES
Service Address:    4512 WILLOW TRL, MARLBOROUGH, MA 01752
Subscriber Phone:   ▓▓▓▓▓▓▓▓▓▓
Type of Service:    High Speed Internet Service
Account Number:     ▓▓▓▓▓▓▓▓▓▓
Start of Service:   ▓▓▓▓▓▓▓▓▓▓
Account Status:     Active
IP Assignment:      Dynamically Assigned
E-mail User Ids:    ▓▓▓▓▓▓▓▓▓▓

If you have any questions regarding this matter, please feel free to call 866-947-8572.

Very Truly Yours,

Comcast Legal Response