**EXHIBIT D**
**Google Search Result Identifying Mac OS Username "tech"**
**Inadvertently Included In Gripe Site Post By Diego MasMarques, Jr.**

Google

"/Users/tech" site:blacklistreport.com

All News Images Shopping Videos More Settings Tools

1 result (0.20 seconds)

Aaron Greenspan owns and runs career and reputation destroying ...
https://www.blacklistreport.com/.../aaron-greenspan-owns-and-runs-career-and-reputatio...
May 9, 2018 - /Users/tech/Desktop/Brian W Carver Co-Founder of Courtlistener.com.jpg /Users/tech/Desktop/Mike Lissner Lead Developer and Co-Founder ...
You've visited this page 3 times. Last visit: 2/28/19

Potrero Hill, San Francisco, CA - From your Internet address - Use precise location - Learn more

Help Send feedback Privacy Terms

