**EXHIBIT F**
**Mediolex Ltd. E-Mail Correspondence**

**From:** **Legal Complaints Board** legal@complaintsboard.com
**Subject:** Re: ComplaintsBoard.com
**Date:** April 25, 2018 at 11:34 PM
**To:** Aaron Greenspan aarong@thinkcomputer.com

---

The posts can be removed by the court order only.

--
Regards,
Daniel Shu
Complaints Board Legal Department
www.complaintsboard.com

26.04.2018, 09:32, "Aaron Greenspan" <aarong@thinkcomputer.com>:

Who are you, and why are you writing from a Yandex account in Russia? Is your name really Daniel Shu? Are you a lawyer?

Karl runs the company that hosts your site.

> On Apr 25, 2018, at 11:30 PM, Legal Complaints Board <legal@complaintsboard.com> wrote:
>
> Who is Karl?
>
>
> --
> Regards,
> Daniel Shu
> Complaints Board Legal Department
> www.complaintsboard.com

**From:** **Legal Complaints Board** legal@complaintsboard.com
**Subject:** Re: complaintsboard.com Lanham Act Violations and DMCA Takedown Request
**Date:** June 16, 2018 at 3:57 AM
**To:** aaron.greenspan@plainsite.org

---

ComplaintsBoard.com is not in trademark violation. Therefore no content will be removed. For more information see Ascentive, LLC v. Opinion Corp. (http://www.citmedialaw.org/threats/ascentive-v-opinion-corp). As well as many other similar cases.

As to other possible copyright violations, it's unclear who's the original owner of the copyrighted material and how the plaintiff, aka Aaron Greenspan is related to these trademarks. Please provide the original urls of the copyrighted materials as well as detailed description of the situation.


--
Regards,
Daniel Shu
Complaints Board Legal Department
www.complaintsboard.com

**From:** **Legal Complaints Board** legal@complaintsboard.com
**Subject:** Re: complaintsboard.com Lanham Act Violations and DMCA Takedown Request
**Date:** June 19, 2018 at 2:34 PM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org

Do not mistake our kindness for weakness. We suggest you do not take that tone or path. If another threat is received all complaints will be moved to tens of partner websites. And this is just the first part. We don't want to spend time on this, but we will dedicate our best employees if we have to. Get the court order and we will remove the posts.

--
Regards,
Daniel Shu
Complaints Board Legal Department
www.complaintsboard.com

19.06.2018, 23:51, "Aaron Greenspan" <aaron.greenspan@plainsite.org>:

To Whom It May Concern:

First, I submitted a DMCA request to Steadfast Networks LLC, an Illinois company, pertaining to United States law, so I don't understand why it's being responded to from Latvia or Russia (web52j.yandex.ru), wherever you are.

You clearly don't even know the difference between a copyright and a trademark. Who is your U.S. legal counsel?

For the record, I am not required by law to identify anything beyond what I already provided in my DMCA notice. Take down the content now or remain in violation of the law.

Aaron

PlainSite I http://www.plainsite.org

> On Jun 16, 2018, at 3:57 AM, Legal Complaints Board <legal@complaintsboard.com> wrote:
>
> ComplaintsBoard.com is not in trademark violation. Therefore no content will be removed. For more information see Ascentive, LLC v. Opinion Corp. (http://www.citmedialaw.org/threats/ascentive-v-opinion-corp). As well as many other similar cases.
>
> As to other possible copyright violations, it's unclear who's the original owner of the copyrighted material and how the plaintiff, aka Aaron Greenspan is related to these trademarks. Please provide the original urls of the copyrighted materials as well as detailed description of the situation.
>
> --
> Regards,
> Daniel Shu
> Complaints Board Legal Department
> www.complaintsboard.com

**From:** **Legal Complaints Board** legal@complaintsboard.com
**Subject:** Re: Message for Sergejs Kudrjavcevs
**Date:** October 22, 2019 at 8:52 AM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org

Do you have the order granting the removal of the complaints in question?

For more information on laws limiting the liability of companies like ComplaintsBoard.com from written remarks posted on its site by third parties, please see: http://www.complaintsboard.com/legal-information.html

As well as:

http://searchenginewatch.com/article/2364585/Court-Rules-Yelp-May-Demand-Money-for-Adding-and-Removing-Reviews

http://recordingindustryvspeople.blogspot.com/2011/12/florida-appeals-court-rules.html

--
Regards,
Daniel Shu
Complaints Board Legal Department
www.complaintsboard.com

21.10.2019, 00:32, "Aaron Greenspan" <aaron.greenspan@plainsite.org>:

Sergejs,

I am ready to take Mediolex to court. I have had a restraining order against Diego MasMarques, Jr., who is a mentally ill convicted murderer (see https://www.plainsite.org/dockets/3481sh8b3/massachusetts-district-court/usa-v-masmarques/), since April 2018. Diego does not want people to know about his criminal history, so he keeps posting false information almost every day on ComplaintsBoard.com about myself, my family, my company, and my non-profit, even though doing so is in violation of the restraining order. These posts are putting my safety and my family's safety at risk. Diego MasMarques, Jr. is now facing new criminal charges due to his harassment (see https://www.plainsite.org/dockets/3y41kz0hw/marlborough-district-court/commonwealth-v-masmarques/).

When I asked the ComplaintsBoard.com team to remove the posts, I received a threat in response. That will not help Mediolex or you in court when I show it to a judge, because it will indicate that ComplaintsBoard waived its immunity under Section 230 of the Communications Decency Act. It could also make a prosecutor wonder if you are part of a criminal conspiracy to extort removal fees from victims.

Since I doubt that is the case, please remove every post that mentions my name, my family members' names, Think Computer, or PlainSite. But before deleting all of that information, I would also appreciate a list of the users who made those posts, the e-mail addresses they are tied to, and the IP address used for each. I will get this information no matter what, but one way will cost you nothing, and the other way will require you to hire lawyers, which will be expensive.

Some of Diego's likely ComplaintsBoard.com profiles are below. There may be more.

Thank you,

Aaron

PlainSite | https://www.plainsite.org

—

Profiles of concern:

1. @Aarongreenspan @plainsite: https://www.complaintsboard.com/profile-1895854
2. @AaronGreenspan is INSANE!: https://www.complaintsboard.com/profile-2088226
3. @plainsite Fraud: https://www.complaintsboard.com/profile-2087383
4. @plainsite scam: https://www.complaintsboard.com/profile-1985330
5. #AaronGreenspan #plainsite.org: https://www.complaintsboard.com/profile-2062709
6. 34-1937820 scam: https://www.complaintsboard.com/profile-2023930
7. 340 S Lemon Walnut CA 91789 fraud: https://www.complaintsboard.com/profile-1997357
8. Aaron Greenspan Doxxer: https://www.complaintsboard.com/profile-2085264
9. Aaron Greenspan Insane: https://www.complaintsboard.com/profile-2063902
10. Aaron Greenspan Insane Sociopath: https://www.complaintsboard.com/profile-1927874
11. Aaron Greenspan is a jerk: https://www.complaintsboard.com/profile-1844116
12. Aaron Greenspan is a liar and fraud: https://www.complaintsboard.com/profile-2088263
13. Aaron Greenspan is a Terrorist: https://www.complaintsboard.com/profile-2063605
14. Aaron Greenspan is unfit: https://www.complaintsboard.com/profile-2087409
15. Aaron Greenspan plainsite fraud: https://www.complaintsboard.com/profile-1950988

15. Aaron Greenspan plainsite fraud: https://www.complaintsboard.com/profile-1959968
16. Aaron Greenspan Tesla Stalker: https://www.complaintsboard.com/profile-2049205
17. Aaron Greenspan Think Computer Fraud: https://www.complaintsboard.com/profile-1894398
18. Aaron.Greenspan Fraud: https://www.complaintsboard.com/profile-2011238
19. Aaron_Greenspan Aaron_Greenspan: https://www.complaintsboard.com/profile-2048706
20. Aaron_Greenspan Fraudulent: https://www.complaintsboard.com/profile-2064429
21. Aaron_Greenspan so¬∑ci÷∑o÷∑ path: https://www.complaintsboard.com/profile-2086481
22. AaronGreenspan Facebook scam: https://www.complaintsboard.com/profile-2025205
23. AaronGreenspan Greedy: https://www.complaintsboard.com/profile-2045036
24. AaronGreenspan is nuts: https://www.complaintsboard.com/profile-2038006
25. AaronGreenspan Plainsite Savage: https://www.complaintsboard.com/profile-2057560
26. Ann Romney: https://www.complaintsboard.com/profile-2011334
27. Another Scam Discovered!: https://www.complaintsboard.com/profile-2014360
28. Another Tax Scam: https://www.complaintsboard.com/profile-2014371
29. Answer I have: https://www.complaintsboard.com/profile-2012148
30. Arrest all Hackers!: https://www.complaintsboard.com/profile-2058561
31. ArronJacobGreenspan Fraud: https://www.complaintsboard.com/profile-1949194
32. Azalea vey: https://www.complaintsboard.com/profile-2075037
33. bcarver@courtlistener.com plainsite: https://www.complaintsboard.com/profile-1948869
34. Big Time Tax Fraud!: https://www.complaintsboard.com/profile-1897229
35. Caidan dicit: https://www.complaintsboard.com/profile-2069267
36. California cookie: https://www.complaintsboard.com/profile-2022221
37. Cease the Flash: https://www.complaintsboard.com/profile-2011486
38. Charles A King Phili: https://www.complaintsboard.com/profile-2010790
39. Constitutional Rights are for everyone: https://www.complaintsboard.com/profile-2073474
40. Curt Hegeget: https://www.complaintsboard.com/profile-1964675
41. Damian Collins: https://www.complaintsboard.com/profile-2034276
42. Daniel L H: https://www.complaintsboard.com/profile-2004781
43. Deane Teaveon Barack: https://www.complaintsboard.com/profile-2011729
44. Dee Smart San Francisco: https://www.complaintsboard.com/profile-2021784
45. Delaware Dude: https://www.complaintsboard.com/profile-1985759
46. Donuts and other: https://www.complaintsboard.com/profile-2041107
47. Dr. Neil S Greenspan scam: https://www.complaintsboard.com/profile-1950422
48. Dwanye Alert Fraud: https://www.complaintsboard.com/profile-1999302
49. Ed Baker uber Stalker: https://www.complaintsboard.com/profile-2034326
50. Elon Musk: https://www.complaintsboard.com/profile-2004775
51. Encinitas says prison for Greenspan‚Äôs: https://www.complaintsboard.com/profile-2064334
52. Extortionist dweeb: https://www.complaintsboard.com/profile-1984955
53. Extortionist loser AG: https://www.complaintsboard.com/profile-1987540
54. extortionist suck: https://www.complaintsboard.com/profile-1984165
55. Fee.law means no privacy: https://www.complaintsboard.com/profile-1961000
56. finance@thinkcomputer.org: https://www.complaintsboard.com/profile-1950642
57. Findlay Thamer: https://www.complaintsboard.com/profile-2037104
58. Fraud Gang: https://www.complaintsboard.com/profile-2003919
59. Fraud scam chairty: https://www.complaintsboard.com/profile-1983889
60. free.law RECAP Plainsite.org: https://www.complaintsboard.com/profile-1894977
61. Free.law stealer: https://www.complaintsboard.com/profile-2004811
62. Freedom to privacy data: https://www.complaintsboard.com/profile-1967367
63. Gonzo the great: https://www.complaintsboard.com/profile-1959953
64. Greenspan has mental illness: https://www.complaintsboard.com/profile-2079220
65. Greenspan sociopath: https://www.complaintsboard.com/profile-2021873
66. greenspan@post.harvard.edu loser: https://www.complaintsboard.com/profile-1984501
67. Grossman kid: https://www.complaintsboard.com/profile-2017938
68. Guinness Beer: https://www.complaintsboard.com/profile-2008358
69. Halo House: https://www.complaintsboard.com/profile-2057846
70. Harvard Mental Patient: https://www.complaintsboard.com/profile-2011515
71. Hanzy Stern: https://www.complaintsboard.com/profile-1987509
72. Hello Plainsite org: https://www.complaintsboard.com/profile-2070098
73. He's a wannabe: https://www.complaintsboard.com/profile-2006343
74. Henny ray: https://www.complaintsboard.com/profile-1989409
75. Here is the owner of Leagle.com: https://www.complaintsboard.com/profile-2006466
76. Herman G: https://www.complaintsboard.com/profile-2007826
77. Hermosa Cal: https://www.complaintsboard.com/profile-2064269
78. How do I remove my information: https://www.complaintsboard.com/profile-2016050
79. http://www.thinkcomputer.org: https://www.complaintsboard.com/profile-2060747
80. https://free.law CourtListener.com: https://www.complaintsboard.com/profile-1896341
81. Humpty Dumpty Wall: https://www.complaintsboard.com/profile-2030302
82. Idiot CEO plainsite: https://www.complaintsboard.com/profile-2004448
83. Jabo Bike that: https://www.complaintsboard.com/profile-1988637
84. January armen: https://www.complaintsboard.com/profile-2009470
85. Jason Voorhees is Aaron Greenspan: https://www.complaintsboard.com/profile-2067708
86. Jax Malachi: https://www.complaintsboard.com/profile-1961718

87. Jay Wal: https://www.complaintsboard.com/profile-2005367
88. Jillian Bott: https://www.complaintsboard.com/profile-2009381
89. Jodi L: https://www.complaintsboard.com/profile-2011943
90. Joe Jackson County: https://www.complaintsboard.com/profile-2045907
91. Joe Joey: https://www.complaintsboard.com/profile-2064952
92. Joey Ovir: https://www.complaintsboard.com/profile-1964760
93. Jose 911: https://www.complaintsboard.com/profile-1793406
94. Judi.greenspan@gmail.com: https://www.complaintsboard.com/profile-2050033
95. Judy Edes: https://www.complaintsboard.com/profile-1988288
96. Jug Jake: https://www.complaintsboard.com/profile-1983774
97. Julia S South L.A. https://www.complaintsboard.com/profile-2011545
98. Kabir stays in the room: https://www.complaintsboard.com/profile-2046010
99. Katherine Sacramento: https://www.complaintsboard.com/profile-2071431
100. Key Guy Mex: https://www.complaintsboard.com/profile-1987032
101. Kyle Bergson SJ: https://www.complaintsboard.com/profile-2007927
102. La Dodgers baseball: https://www.complaintsboard.com/profile-2021910
103. Laguna Hills resident: https://www.complaintsboard.com/profile-2006767
104. Lawsuit Class Action: https://www.complaintsboard.com/profile-2063241
105. Legal research platform Plainsite fraud: https://www.complaintsboard.com/profile-1997383
106. leilakeene@earthlink.net: https://www.complaintsboard.com/profile-2050024
107. Liz want name removed: https://www.complaintsboard.com/profile-2038646
108. Lock up the crazies: https://www.complaintsboard.com/profile-2006681
109. Lorraine Shaker Heights: https://www.complaintsboard.com/profile-2033435
110. Lourdes S victim of Aaron Greenspan: https://www.complaintsboard.com/profile-2010349
111. Luke J: https://www.complaintsboard.com/profile-2011038
112. Luke L.A. https://www.complaintsboard.com/profile-2010977
113. Luke Wog Master: https://www.complaintsboard.com/profile-1986360
114. M G: https://www.complaintsboard.com/profile-2005203
115. Makhasheyfe Robert: https://www.complaintsboard.com/profile-2007978
116. Malibu Beach Surfing: https://www.complaintsboard.com/profile-2059533
117. Mark JK: https://www.complaintsboard.com/profile-1999427
118. Mark Zuckerberg: https://www.complaintsboard.com/profile-1830722
119. Marty Mcfly Dex: https://www.complaintsboard.com/profile-2010699
120. Michel Nost: https://www.complaintsboard.com/profile-2018804
121. Mystery Train 8: https://www.complaintsboard.com/profile-1897460
122. Napa Valley Grapes are the best: https://www.complaintsboard.com/profile-2062610
123. Natrikefy: https://www.complaintsboard.com/profile-2052348
124. Nelly Pittsburgh: https://www.complaintsboard.com/profile-2076007
125. Nichols LA: https://www.complaintsboard.com/profile-2001992
126. No Free.Law date to sicopath AG: https://www.complaintsboard.com/profile-1996827
127. Noel Tesla Sales Lover: https://www.complaintsboard.com/profile-2063219
128. Not so plainsite Honest: https://www.complaintsboard.com/profile-2008510
129. O. Mayer: https://www.complaintsboard.com/profile-1995240
130. Olson Silicon Valley: https://www.complaintsboard.com/profile-2063426
131. Omg Hacker has my personal Data: https://www.complaintsboard.com/profile-2019217
132. Operation Asymptote: https://www.complaintsboard.com/profile-2019805
133. orionresearch.net: https://www.complaintsboard.com/profile-1912793
134. Pacer.com RECAP stalker: https://www.complaintsboard.com/profile-2019212
135. Pamela lojesti: https://www.complaintsboard.com/profile-1995214
136. Pasadena Girl hates Stalkers: https://www.complaintsboard.com/profile-2064358
137. Patent Troll plainsite.org: https://www.complaintsboard.com/profile-2065727
138. PAULA Zahn CNN: https://www.complaintsboard.com/profile-2018157
139. Person who is depressed: https://www.complaintsboard.com/profile-2040434
140. Personal data on plainsite.org: https://www.complaintsboard.com/profile-2010321
141. Plainsite.org @plainsite.org fraud: https://www.complaintsboard.com/profile-2011285
142. Plainsite.org Doxxer: https://www.complaintsboard.com/profile-2073453
143. Plainsite.org FLP Aaron Greenspan: https://www.complaintsboard.com/profile-1897407
144. Plainsite.org Greenspan scam: https://www.complaintsboard.com/profile-1964301
145. Plainsite.org is a stalker: https://www.complaintsboard.com/profile-2007984
146. Plainsite.org is extortionist: https://www.complaintsboard.com/profile-2011866
147. Plainsite.org is the next UNABOMBER: https://www.complaintsboard.com/profile-1998489
148. plainsite.org plainsiteorg: https://www.complaintsboard.com/profile-2021493
149. Plainsite.org scam fraud: https://www.complaintsboard.com/profile-1982550
150. Plainsite.org Scam Scam Scam: https://www.complaintsboard.com/profile-2063559
151. plainsite.org sucks: https://www.complaintsboard.com/profile-2008932
152. Plainsite.org Theifs d: https://www.complaintsboard.com/profile-1985849
153. Private Eye24: https://www.complaintsboard.com/profile-2064899
154. public shaming game: https://www.complaintsboard.com/profile-2006248
155. Qwack like a duck: https://www.complaintsboard.com/profile-2017258
156. Ray Zuto: https://www.complaintsboard.com/profile-1967413
157. Report Freeloaders: https://www.complaintsboard.com/profile-2066183

158. Robin Beverly Hills: https://www.complaintsboard.com/profile-2055975
159. Sally Sweetness: https://www.complaintsboard.com/profile-2044621
160. San Fran says no to Shamers &Stalkers: https://www.complaintsboard.com/profile-2064740
161. Scarlett Silicon Valley Tesla: https://www.complaintsboard.com/profile-2018882
162. Seft Guyana: https://www.complaintsboard.com/profile-2060307
163. Shy Greenberg Ofer: https://www.complaintsboard.com/profile-1955933
164. Stalker AaronGreenspan: https://www.complaintsboard.com/profile-2011821
165. Stewart in Silicon Valley!: https://www.complaintsboard.com/profile-1924723
166. Stop Harassing and Stalking: https://www.complaintsboard.com/profile-2057817
167. Stop harassing and Stalking Tesla: https://www.complaintsboard.com/profile-2063530
168. Stop Serial Harassers: https://www.complaintsboard.com/profile-2058614
169. Stop the lazy bums!: https://www.complaintsboard.com/profile-2051745
170. Stop the SOCIOPATH: https://www.complaintsboard.com/profile-2012190
171. Sue, Sue, Sue! Aaron Greenspan: https://www.complaintsboard.com/profile-2059471
172. Sunnyside at the beach: https://www.complaintsboard.com/profile-2009879
173. Surfing Today: https://www.complaintsboard.com/profile-2006885
174. Tesla does not like Hackers!: https://www.complaintsboard.com/profile-2067934
175. Tesla Employee cali: https://www.complaintsboard.com/profile-1987855
176. Tesla haters get lost: https://www.complaintsboard.com/profile-2059618
177. Tesla is the best!: https://www.complaintsboard.com/profile-2067693
178. Tesla Stalker: https://www.complaintsboard.com/profile-2049963
179. Think computer foundation is scam: https://www.complaintsboard.com/profile-2011947
180. Think Computer Fraud: https://www.complaintsboard.com/profile-2060676
181. Think Fraud suxcks: https://www.complaintsboard.com/profile-1988827
182. Thinkcomp . https://www.complaintsboard.com/profile-2009420
183. This guy won't stop Stalking!: https://www.complaintsboard.com/profile-2007345
184. Thomas Coleman Southern Cal: https://www.complaintsboard.com/profile-2020904
185. tips@plainsite.org: https://www.complaintsboard.com/profile-1979626
186. Troll Hater: https://www.complaintsboard.com/profile-1973757
187. Truth on Greenspan: https://www.complaintsboard.com/profile-2011490
188. Turing Fenyman llc: https://www.complaintsboard.com/profile-1947638
189. Turing Investments scam: https://www.complaintsboard.com/profile-1982837
190. Veronica LI: https://www.complaintsboard.com/profile-2004029
191. Victim number 10000000: https://www.complaintsboard.com/profile-1984839
192. Victim of Aaron Greenspan: https://www.complaintsboard.com/profile-2059855
193. Victim of fraud 00: https://www.complaintsboard.com/profile-2005908
194. Victor Lama: https://www.complaintsboard.com/profile-2004484
195. Vladimir Putin Love: https://www.complaintsboard.com/profile-2012944
196. Wacko Jacko AG: https://www.complaintsboard.com/profile-1955999
197. We All Love Tesla!: https://www.complaintsboard.com/profile-2013664
198. We love Tesla! We hate Aaron Greenspan!: https://www.complaintsboard.com/profile-2015994
199. Weirdo Aaron_Greenspan: https://www.complaintsboard.com/profile-2038268
200. What is this world coming too?: https://www.complaintsboard.com/profile-2066655
201. White Privileged Mafia: https://www.complaintsboard.com/profile-2004686
202. www.case.edu www.plainsite.org: https://www.complaintsboard.com/profile-1895814
203. Yirzu Sukkne: https://www.complaintsboard.com/profile-2015163
204. Zuck and Seth: https://www.complaintsboard.com/profile-2006038

**From:** **CB Editor** editor@complaintsboard.com
**Subject:** Re: Message for Sergejs Kudrjavcevs
**Date:** October 30, 2019 at 11:41 AM
**To:** Aaron Greenspan  aaron.greenspan@plainsite.org

---

Right now this subpoena is illegal. To do it right you have to get the subpoena, have it domesticated in Latvia, then serve it upon a corporate officer. Again, by lying to a judge and falsifying the facts you are attempting to take a shortcut by emailing the subpoena. That is not legal! I am not authorized to accept this subpoena, and the Court has no legal right to compel a company in Latvia to produce records. Only a court in Latvia can do that.

You are a parasite posting falsified information about other people, ruining their lives. We know that you've been behind another "web project" that has been recently shut down. But we'll bring all the evidence up if needed.

We could've been very helpful and supportive, but you've been a complete asshole from the very beginning. Now, get the court order and we'll remove the postings!


--
Regards,
Nauris G.
ComplaintsBoard.com Team


30.10.2019, 02:41, "Aaron Greenspan" <aaron.greenspan@plainsite.org>:

> To Whom It May Concern:
>
> You have failed to comply with a valid federal subpoena issued under 17 U.S.C. § 512(h). If I do not have a full response in 12 hours, I will motion for Judge Hixson to force compliance by ordering your domain name registrar to disable your domain name, and to further force compliance by ordering Google to terminate your AdSense account(s).
>
> I suggest that you comply to avoid any potential disruptions to your business.
>
> Aaron
>
> PlainSite l https://www.plainsite.org