**EXHIBIT G**
**Massachusetts General Laws Chapter 93A 30-Day Notice and SMTP Server Logs Confirming Receipt**

**From:** **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
**Subject:** Massachusetts Chapter 93A 30-Day Demand Letter
**Date:** December 18, 2022 at 10:53 PM
**To:** legal@complaintsboard.com
**Cc:** Sergei Kudriavstev ivestules@gmail.com

To Whom It May Concern:

I intend to file a lawsuit against you in federal court in the District of Massachusetts alleging violations of Chapter 93A of the Massachusetts General Laws, among other claims. You have 30 days to remedy the following issues before I file suit.

For the past approximately fourteen years, Mediolex Ltd. has operated ComplaintsBoard at https://www.complaintsboard.com, a website that nominally exists to provide consumer reviews. In fact, ComplaintsBoard is part of an extortion racket run from Latvia and Russia designed to attract libelous and false information targeting third-party victims such as myself. There are presently dozens of false and libelous posts concerning myself, my family members, and my friends, mostly authored by the same person, Diego MasMarques, Jr., against whom I had a restraining order from 2019-2021. I have repeatedly asked you to permanently delete these posts, and you have repeatedly refused. In fact, "Daniel Shu" threatened to spread these and similar posts even further across the internet, which I believe you have actually done.

The posts have damaged my reputation and have been cited repeatedly by various individuals with whom I have interacted in a business context as supposed proof of various crimes I have not actually committed. These false and libelous posts have also made it difficult to raise venture capital investment for my company.

Your conduct is unlawful under Section 2 of Chapter 93A in part because extortion is criminal. You may also be liable for libel and contribution to libel.

I demand that you immediately delete any post on your site containing the following names (with or without middle names), as there is not a single post on ComplaintsBoard about me that is from an actual customer of PlainSite or Think Computer Corporation:

1. Aaron Greenspan
2. Neil Greenspan
3. Judi Greenspan
4. Michael Keene
5. Leila Keene
6. Eric Teasley

I further demand that any future posts containing the above names be automatically deleted.

At this time I am not demanding any money. If you fail to comply, I will file suit and you will be forced to defend yourself in federal court in the United States, at which point I will demand monetary damages of not less than $750,000 USD.

My full contact information is as follows:

Aaron Greenspan
956 Carolina Street
San Francisco, CA 94107
Phone: +1 415 670 9350
E-Mail: aaron.greenspan@plainsite.org

Feel free to contact me with any questions. Any further threats will be filed in court alongside the complaint, which is already drafted.

Aaron

PlainSite | https://www.plainsite.org

```
Dec 19 01:51:52 kermit sendmail[13603]: 2BJ6pljr013597:
to=<legal@complaintsboard.com>, ctladdr=<aaron.greenspan@plainsite.org>
(1072/1035), delay=00:00:03, xdelay=00:00:02, mailer=esmtp, pri=153153,
relay=mx.yandex.net. [77.88.21.249], dsn=2.0.0, stat=Sent (Ok: queued on
sas2-fc6b52564004.qloud-c.yandex.net 1671432838-trduuhSUZCg1-3RZqhYW6)
Dec 19 01:51:53 kermit sendmail[13603]: 2BJ6pljr013597:
to=<ivestules@gmail.com>, ctladdr=<aaron.greenspan@plainsite.org>
(1072/1035), delay=00:00:04, xdelay=00:00:01, mailer=esmtp, pri=153153,
relay=gmail-smtp-in.l.google.com. [173.194.69.27], dsn=2.0.0, stat=Sent
(OK  1671432838 c26-20020aa7d61a000000b0046a09ce4d12si7255074edr.339 -
gsmtp)
```