UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

    Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, and **MEDIOLEX, LTD.**,

    Defendants.

Case No.: 1:23-cv-10134-DJC

## ANSWER TO COMPLAINT

This is a concise response to the Plaintiff's complaint filed by Aaron Greenspan. This response must be appended to any motion submitted to the Court in relation to this matter.

## ANSWER

Complaintsboard.com is a consumer complaints website where individuals can post their grievances about companies, products, or services. The website allows users to share their experiences with others and seek support from the community. Complaintsboard.com is a free platform for consumers to voice their concerns and share their experiences. It has helped thousands of potential victims from being scammed. The largest corporations use the Complaintsboard.com platform to resolve complaints and communicate with their customers.

ComplaintsBoard.com, alongside similar platforms, are unquestionably safeguarded by Section 230 of the Communications Decency Act. This legislation explicitly prevents internet service providers and specific interactive computer services, including but not limited to ComplaintsBoard.com, from being designated as the publisher or speaker of information originating from another information content provider.

The protections conferred by Section 230 ensure that platforms such as ComplaintsBoard.com are not typically held liable for third-party user content, encompassing the vast array of comments, reviews, and posts that proliferate on such sites. Therefore, the responsibility for the content that third-party users post generally does not fall on the shoulders of ComplaintsBoard.com and its counterparts.

I, Serguei Kudriavtsev, stand ready to fully engage in the Deposition process through a video conference. Furthermore, I commit to overseeing the removal of all posts pertaining to Aaron Greenspan from ComplaintsBoard.com, should the court find it requisite to do so.

However, before the court makes a decision, I would like to draw the court's attention to some specifics of the claims made by Aaron Greenspan.

Aaron Greenspan's legal track record is strikingly marked by a protracted series of litigations. His engagement in legal battles has reached a level where he even brought a suit against the Administrative Office of United States Courts. The breadth of his litigious activities involves confrontation with eminent entities, as clearly demonstrated by:

Greenspan v. Elon Musk

Greenspan v. Microsoft Corporation

Greenspan v. Sony Pictures

Greenspan v. Columbia Pictures

Think Computer Corporation v. Facebook, Inc.

Greenspan v. The Board of Regents of the University of California

Greenspan v. Random House LLC

Greenspan's daring legal foray against the United States Courts and the State of California

It's essential to highlight that each of these lawsuits, without exception, has resulted in a loss or dismissal, solidifying Greenspan's unbroken track record in such matters.

Aaron Greenspan's approach to litigation appears to involve twisting facts and misrepresenting them to the court, seemingly with the intent of gaining an undue advantage. His actions suggest a propensity for taking shortcuts over thorough legal proceedings. This pattern of behavior not only impacts the immediate case at hand, but also undermines the principles of

honesty and integrity within our legal system. It's crucial for these facts to be acknowledged in any court deliberations involving him.

In examining the methods employed by the Plaintiff, a compelling case in point emerges when we look at the process used to serve the Defendants with a lawsuit. For this crucial procedure to be executed correctly, the Plaintiff should have either sought out the relevant website or consulted verified resources to ascertain the current contact information. Instead, the Plaintiff opted to rely on sources that had not undergone the necessary verification, leading to the utilization of incorrect and obsolete information.

Further evidence of the Plaintiff's dubious methods comes from a lawyer who provided legal assistance to Complaintsboard.com a considerable 13 years ago, who felt compelled to categorize the Plaintiff in unequivocal terms, referring to him as "an idiot." This reflection on the Plaintiff's approach provides additional substantiation of the concerns surrounding his legal practices.

As evidence, I would like to direct your attention to the following pages on the Complaints Board website. The current address is clearly listed on the Complaints Board website in multiple places together with the phone number. The address has not changed for the last 5 years or more.

https://www.complaintsboard.com/contact-us



https://www.complaintsboard.com/about

# Testimonials



M. Mercado - New Orleans, LA, United States

Thank you for editing the complaint-You guys are amazing!

Jan 13, 2023



E. Collins - Birmingham, AL, United States

Dear Complaints Board, Thank you very much:) Your site helped me get our money refunded.

Jan 13, 2023

**Please note that we don't accept complaints by phone.**

If you want to lodge a complaint, please use this form

Address: Mediolex Ltd
Darzauglu 1,
Riga, Latvia

Phone: +1 240 764 4863

Email us: support@complaintsboard.com



 Gmail                                                                                     Sergejs K <ivestules@gmail.com>

**Mediolex/Kudriavtsev Answer Due In Court**

Erik Syverson <eriksyverson@syversonlaw.com>                                              Sat, Feb 11, 2023 at 2:28 AM
To: Aaron Greenspan <aarong@thinkcomputer.com>
Cc: Erik Syverson <erik@syversonlaw.com>, Legal Complaints Board <legal@complaintsboard.com>, CB Editor <editor@complaintsboard.com>, support@complaintsboard.com, editor.complaintsboard@gmail.com, Sergei Kudriavtsev <ivestules@gmail.com>

Are you an idiot? That's one case from 13 years ago

Sent from my iPhone

> On Feb 10, 2023, at 7:25 PM, Aaron Greenspan <aarong@thinkcomputer.com> wrote:
>
> Mr. Syverson,
>
> That's your signature above "Attorneys for Defendant COMPLAINTSBOARD.COM," right? Which makes Mediolex Ltd. (ComplaintsBoard) and Kudriavtsev your current or former clients?

> > IV.    **CONCLUSION**
> >
> > For the reasons set forth above, the investigative fees must be disallowed, the attorneys fees should be reduced to a sum comparable to the award in the underlying judgment and issuance of a writ should be held in abeyance for a period of ten days in order to allow ComplaintsBoard the opportunity to satisfy any attorneys fees award.
> >
> > Dated: October 15, 2010          PICK & BOYDSON LLP
> >
> >                                  By: _[signature]_
> >
> >                                  Erik Syverson
> >                                  Attorneys for Defendant COMPLAINTSBOARD.COM
> >                                  (erroneously sued as ELIZABETH ARDEN)

> I think my e-mail was self-explanatory.
>
> Aaron
>
> > On Feb 10, 2023, at 4:18 PM, Erik Syverson <eriksyverson@syversonlaw.com> wrote:
> >
> > What the fuck are you talking about and who the hell are you?
> >
> > Sent from my iPhone
> >
> > > On Feb 10, 2023, at 7:08 PM, Aaron Greenspan <aarong@thinkcomputer.com> wrote:
> > >
> > > Mr. Syverson,
> > >
> > > Your former client, Mediolex Ltd., has an Answer due in court today in Case No. 1:23-cv-10134-DJC in the District of Massachusetts. So does its principal, Sergei Igorevich Kudriavtsev. Since no one has appeared on their behalf despite service being effective, I wanted to make doubly sure they are aware.
> > >
> > > I am not sure if you still represent them. Regardless, if you could provide me with your most recent e-mail contact information for them, I'd appreciate it.
> > >
> > > If I hear nothing I will file a motion for default judgment. I reserve all rights.
> > >
> > > Regards,

Aaron Greenspan's communication style consistently relies on elements of threats and intimidation. Rather than promoting constructive dialogue, his approach is marked by forcefulness and dominance. This pattern not only disrupts respectful conversation but also creates a pressured environment for the recipients of his messages. It's essential to approach any interaction with him with care and resilience.

The Plaintiff's assertion, associating me with Russia, is not only a gross mischaracterization, but it's also deeply distressing. As a citizen of Latvia, a country that is firmly committed to countering Russia's aggression towards Ukraine, such an association is fundamentally flawed and profoundly offensive.

Moreover, this misalignment becomes even more stark considering my family's tangible efforts in providing assistance to numerous refugees.

This erroneous association overlooks the substantial geopolitical nuances and overlooks the significant and ongoing strife between Russia and Ukraine. Such an assumption, made carelessly, reflects a disregard for the gravitas of the situation, and as such, can be deemed as not just incorrect, but also deeply disrespectful given the current circumstances.

Serguei Kudriavtsev