UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

    Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

    Defendants.

Case No.: 1:23-cv-10134-DJC

## PLAINTIFF'S EMERGENCY *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AGAINST DEFENDANT DIEGO MASMARQUES, JR.

Plaintiff Aaron Greenspan hereby moves the Court for a Temporary Restraining Order preventing Defendant Diego MasMarques, Jr. from commencing frivolous litigation or acting on even more serious threats.  In apparent response to Plaintiff's filing of a First Amended Complaint (ECF No. 54) in this action, rather than respond as appropriate according to the Federal Rules of Civil Procedure, Defendant MasMarques exploited the Court's recent grant of an extension of time to respond to the Complaint by issuing a threat via e-mail against Plaintiff's friends and family in violation of 18 U.S.C. § 1512(b) and/or (d).

On June 14, 2023, the Court ordered that Defendants would have until July 14, 2023 to respond to ECF No. 3, Plaintiff's initial request for a Temporary Restraining Order.  ECF No. 36.  On July 3, 2023, in an improperly signed motion, Defendant MasMarques requested an additional 60 days to respond to the Complaint.  ECF No. 47.  On July 5, 2023, Defendant

1

MasMarques filed essentially the same request.  ECF No. 49.  The same day, Plaintiff opposed the request(s) for an extension of time to respond, warning that the proposed extension would be prejudicial on the grounds that, "Each day that passes gives Defendant MasMarques another opportunity to post more false information and additional baseless accusations about Plaintiff.  He should not be given extra time to indulge in these unlawful acts, which he shows no signs of stopping."  ECF No. 48.  On July 14, 2023, the Court's extended deadline to respond to ECF No. 3 passed without Defendants filing any response.  On July 18, 2023, the Court granted in part Defendant MasMarques's requests for an extension of time to respond to the Complaint, through September 1, 2023.  ECF No. 52.  On July 20, 2023, Defendant Sergei Igorevich Kudriavtsev belatedly served Plaintiff with his Answer to the initial Complaint in this case via e-mail, CCing the Court.  Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff filed a First Amended Complaint on July 25, 2023.  ECF No. 54.  Also on July 25, 2023, Plaintiff served the First Amended Complaint on all of the parties named in the initial Complaint and separately on July 26, 2023 asked Astrad Ltd. to formally waive service via e-mail.[1]  ECF No. 55.  For technical reasons relating to the Court's Electronic Drop Box system, Defendant Kudriavtsev's previously-served Answer was not docketed by the Court until July 26, 2023.  ECF No. 56.

      At 10:42 P.M. Eastern Daylight Time on July 26, 2023, Plaintiff received an e-mail from Defendant MasMarques with the subject line, "Stop the harassment against myself and my family."  The e-mail contained a number of false allegations regarding Plaintiff, all of which Defendant MasMarques has made in the past and are generally the subject of this lawsuit.  Notably, Defendant MasMarques also threatened to "sue [Plaintiff] in Federal Court *and*

---

[1] Defendant Astrad Ltd.'s ultimate beneficial owner is Defendant Kudriavtsev, who was already served with the First Amended Complaint.

*included will be the Board Members of your Think Computer Corporation and Think Computer Foundation, who are directly and indirectly involved with your doxxing and harassment online and that includes your partner*" (emphasis added).

Think Computer Foundation wound down in 2021; its Board of Directors included Plaintiff's parents. Plaintiff's former business "partner" referenced by Defendant MasMarques is Dr. Eric Teasley, who is referenced in both the Complaint and the First Amended Complaint as being a target of Defendant MasMarques's libelous tirades. Think Computer Corporation is a going concern whose Directors, other than Plaintiff, have busy lives that do not overlap with Defendant MasMarques in any way.

Aside from being victims of Defendant MasMarques over the past several years, neither Plaintiff's parents nor Dr. Teasley have anything whatsoever to do with this case, the claims therein, or any of the conspiracy theories that Defendant MasMarques has alleged. They have not met Defendant MasMarques, not communicated with Defendant MasMarques (at least not knowingly), have not appeared in any court proceedings in relation to Defendant MasMarques, and generally know nothing about him other than the fact that he is a perpetual nuisance who has targeted them on the internet and in false complaints to government agencies in order to attempt to intimidate Plaintiff. They are not familiar with the details of Defendant MasMarques's criminal history and make no operational decisions regarding the presence of public records involving him on any website.

Defendant MasMarques has now threatened to involve Plaintiff's friends and family in baseless, completely frivolous litigation seeking "monetary damages" as a way to further intimidate Plaintiff into withdrawing his meritorious claims in this case. Defendant MasMarques is likely to follow through on this threat, as he has already filed at least three frivolous legal

proceedings against Plaintiff, as well as one frivolous appeal.[2]  The Court should not allow him to carry out yet another grievous abuse of process, which given the context was also a federal crime to threaten pursuant to 18 U.S.C. § 1512(b) and/or (d).  Defendant MasMarques, a convicted felon with a history of violent crime and a long list of victims, should be immediately restrained from filing any complaint against or further communicating with Plaintiff's friends and family.  There is no conceivable legitimate claim he has against any one of them.

    Plaintiff, in support of the instant Motion, attaches hereto the Declaration of Aaron Greenspan, which includes as an exhibit the e-mail sent by Defendant MasMarques containing the threat, as well as a Proposed Order.

Dated: July 27, 2023　　　　　　　　　Respectfully submitted,

*[signature: Aaron Greenspan]*

Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

---

[2] On July 3, 2018, Defendant MasMarques filed a meritless cross-request for a Temporary Restraining Order against Plaintiff in the Superior Court of California for the County of Santa Clara, Case No. 18CH008067.  It was ultimately denied.  On April 8, 2019, Defendant MasMarques filed an application for criminal charges to be filed against Plaintiff in Marlborough District Court Case No. 1921AC000120.  This too was denied.  On July 29, 2019, Defendant MasMarques filed for a Civil Harassment Order against Plaintiff in the Middlesex County Superior Court, Case No. 1981CV02204.  That court found no probable cause for any such Order to issue and the case was dismissed.  On February 4, 2020, Defendant MasMarques filed an appeal of the decisions against him in Case No. 18CH008067.  That appeal was decided against him for failure to prosecute.  Defendant MasMarques was not represented by counsel in these actions.