UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| AARON JACOB GREENSPAN<br>　　Plaintiff | )<br>)<br>) | |
| v. | )<br>)<br>) | Civil Action No. 1:23-cv-10134-DJC |
| DIEGO MAS MARQUES, ET AL.,<br>　　Defendants | )<br>) | |

### DEFENDANT'S MOTION FOR A TEMPORARY RESTRAINING ORDER AGAINST PLAINTIFF AARON JACOB GREENSPAN

　　Defendant Diego Mas Marques, respectfully requests this Court to impose a Temporary Restraining Order preventing Plaintiff Aaron Jacob Greenspan from filing any further frivolous litigation and to prevent Plaintiff from any further harassment in this case, or online with his data mining and weaponized for profit website plainsite.org.

　　Plaintiff Aaron Jacob Greenspan continuously is committing perjury before this Court in his Motions and Declarations and will not Cease & Desist from his personal attacks, unless this Temporary Restraining Order is allowed to move forward, so that Plaintiff once and for all stop with all his cyber stalking, doxxing, harassment and threats against Defendant and immediate family.

1

Plaintiff is committing perjury, before this Court, and is the only Party that is in violation of 18 U.S.C. § 1512(b).

"b) **Whoever knowingly uses intimidation**, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to— (1) (2) cause or induce any person to— (A) withhold testimony, or withhold a record, document, or other object, from an official proceeding;"

One example that shows that Plaintiff has violated 18 U.S.C. § 1512(b) is the following email from Plaintiff on Thursday, July 20th, 2023 at 2:48pm:

"Mr. MasMarques,

Have you filed a Motion to Dismiss? If not, when do you intend to do so?

Aaron

PlainSite I https://www.plainsite.org"

The above email, by Plaintiff is just one example of how Plaintiff is making every attempt to use "intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person", which is a direct violation of 18 U.S.C. § 1512(b).

Plaintiff knows full well, that Defendant has until September 1, 2023, in order to file the Motion to Dismiss, as this is in ECF No. 52. Though, it is apparent, that Plaintiff always wants to get the last word in and make every attempt to control the other Party's, with his intimidation, harassment and threat tactics.

The only victim in this case is myself and immediate family and not the Plaintiff, who is the Perpetrator of continuous doxxing, harassment, threats and continuous frivolous litigation, where the Plaintiff is abusing everyone's time and resources involved.

For over 6 years at this point, Defendant and immediate family have been the victims of emotional and financial distress, by the Plaintiff Aaron Jacob Greenspan, who is using his data mining website plainsite.org to upload legal documents in a highly selective manner, as Plaintiff fabricates his own narratives for his doxxing harassment purposes.

Plaintiff Aaron Jacob Greenspan will not cease & desist with his incessant, cyber stalking, doxxing, harassment and threats, unless this Court grants this Temporary Restraining Order, in order to put a stop to the anti-social behaviors of Plaintiff, who does not voluntarily abide, by a Court Order.

Wherefore, Defendant respectfully requests that the Court grant this Motion for the aforementioned reasons.

In support of this Motion, Defendant incorporates the Declarations of Diego Mas Marques filed on May 3, 2023, ECF No. 31, May 9, 2023, ECF No. 33 and on May 19, 2023, ECF No. 34.

Accompanied with this Motion, there is a Declaration, all emails between Plaintiff and Defendant, with exhibits of the continuous doxxing and harassment that Plaintiff has been doing and is still doing to Defendant and immediate family, with a Proposed Order.

Wherefore, Defendant respectfully requests that the Court grant this Motion for a Temporary Restraining Order for the aforementioned reasons.

Respectfully submitted,

_____
Diego Mas Marques
Email: dmas5@protonmail.com

Dated: August 1, 2023

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2023, I filed the foregoing with the Clerk of the Court in person, and delivered true and correct copies of the foregoing to the plaintiff in this action as follows:

**E-Mail**
Aaron Jacob Greenspan
aaron.greenspan@plainsite.org

Respectfully Submitted

_____
Diego Mas Marques