UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MA 02210

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Diego MasMarques
4512 willow Trail
Marlbor...

NIXIE        015    DE 1         0008/04/23
         RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD

BC: 02210302599        *1669-01236-04-13

United States District Court

District of Massachusetts

**Notice of Electronic Filing**

The following transaction was entered on 7/18/2023 at 1:59 PM EDT and filed on 7/18/2023
**Case Name:**      Greenspan v. MasMarques et al
**Case Number:**    1:23-cv-10134-DJC
**Filer:**
**Document Number:** 52(No document attached)

**Docket Text:**
**Judge Denise J. Casper: ELECTRONIC ORDER entered re D. [47] MOTION for Extension of Time to File a Motion to Dismiss, D. [49] MOTION for Extension of Time to File a Motion to Dismiss - Having considered Defendant Mr. MasMarques' motion for extension, D. 47, 49 (which are, in substance, seeking the same relief) and Plaintiff Mr. Greenspan's opposition to same, D. 50, the Court ALLOWS the motion in part. The Court allows only to the extent that it will give Mr. MasMarques until September 1, 2023 to answer or otherwise respond to the complaint. The Court does not anticipate further extensions. (Currie, Haley)**