UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2023 AUG 21 PM 2: 33

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AARON GREENSPAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| DIEGO MASMARQUES, JR. et al. | ) Case No: 1:23-cv-10134-DJC |
| Defendants. | ) |

### DEFENDANT, DIEGO MASMARQUES, MOTION TO DISMISS AND FOR SUMMARY JUDGMENT

NOW COMES the Defendant *pro se*, Diego Mas Marques, and hereby files this Motion to Dismiss Plaintiff's Amended Complaint. The Amended Complaint fails to state a claim for which relief can be granted and this court lacks jurisdiction to hear Plaintiff's claims. The reasons supporting this Motion are set forth in more detail in the accompanying Memorandum.

Respectfully submitted,

*[signature]*

Diego Mas Marques
Defendant Pro Se
PO Box 301
Marlborough, MA 01752
dmas5@protonmail.com

August 21, 2023.