UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

    Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

    Defendants.

Case No.: 1:23-cv-10134-DJC

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT SERGEI IGOREVICH KUDRIAVTSEV

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff Aaron Greenspan ("Plaintiff") hereby moves the Clerk of Court to enter default against Defendant Sergei Igorevich Kudriavtsev in this action. Once again, Defendant Kudriavtsev has failed to serve or file an Answer or other responsive pleading to Plaintiff's claims in the First Amended Complaint, ECF No. 54, within the period of time allowed by Federal Rule of Civil Procedure ("Rule") 15(a)(3).

Rule 15(a)(3), entitled "Time to Respond," states that "Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." Fed. R. Civ. P. 15(a)(3). Rule 55(a), entitled "Entering a Default," provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead

1

or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default." Fed. R. Civ. P. 55(a) (emphasis added).

Plaintiff filed the First Amended Complaint ("FAC") on July 25, 2023.  ECF No. 54.  Plaintiff served Defendant Kudriavtsev with the FAC via e-mail the same day.  ECF No. 55.  The deadline to respond was August 8, 2023.  On August 9, 2023, Plaintiff e-mailed Defendant Kudriavtsev asking if he planned to respond to the FAC.  Plaintiff received no response.

Given these facts, Plaintiff requests that the Clerk once again enter Defendant Kudriavtsev's default pursuant to Fed. R. Civ. P. 55(a).

## CONCLUSION

WHEREFORE, for the reasons set forth herein, the Plaintiff respectfully requests that the Clerk of Court enter default against Defendant Kudriavtsev pursuant to Fed. R. Civ. P. 55(a).

Dated: August 29, 2023          Respectfully submitted,

*/s/ Aaron Greenspan*
Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

## CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)

I certify that I have attempted to confer with Defendants in regards to this motion in a good faith effort to resolve this issue and/or to narrow the issues.

*/s/ Aaron Greenspan*
Aaron Greenspan, *pro se*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2023 I filed the foregoing with the Clerk of Court using the CM/ECF system, and delivered true and correct copies of the foregoing to the defendants in this action as follows:

E-Mail
Diego MasMarques, Jr.
dmas5@protonmail.com

Mediolex, Ltd. / Astrad, Ltd.
legal@complaintsboard.com
editor@complaintsboard.com
editor.complaintsboard@gmail.com

Sergei Igorevich Kudriavtsev
ivestules@gmail.com


_____
Aaron Greenspan