Stesha Emmanuel (Massachusetts Bar No. 682293)
McCarter & English LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6500
Facsimile: (617) 607-9200
Email: semmanuel@mccarter.com
*Local Counsel for Defendants Kudriavtsev, Mediolex, and Astrad*

Christopher B. Ingle (Arizona Bar No. 025553)
Gillespie Shields & Taylor
7319 North 16th Street
Phoenix, Arizona 85020
Telephone (602) 870-9700
Facsimile (602) 870-9783
Email: cingle@gillaw.com
*Attorneys for Defendants Kudriavtsev, Mediolex, and Astrad*
*Pro Hac Vice Application Pending*

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>vs.<br><br>DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVTSEV, MEDIOLEX, LTD., and ASTRAD, LTD.,<br><br>Defendants. | Case No. 1:23-cv-10134-DJC<br><br>**NOTICE OF APPEARANCE OF STESHA A. EMMANUEL** |

Pursuant to Fed. R. Civ. P. 11, please take notice that I, Stesha A. Emmanuel, of the firm of McCarter & English, LLP hereby enter my appearance as co-counsel on behalf of Defendants, Sergei Igorevich Kudriavtsev, Mediolex, Ltd., and Astrad Ltd. in connection with the above-referenced action.

1

RESPECTFULLY SUBMITTED this 26th day of September, 2023.

By:   */s/ Stesha Emmanuel*
     Stesha Emmanuel

     McCarter & English LLP
     265 Franklin Street
     Boston, Massachusetts 02110
     Telephone: (617) 449-6500
     Facsimile: (617) 607-9200

     Email: semmanuel@mccarter.com

**CERTIFICATE OF SERVICE**

I, Stesha A. Emmanuel, hereby certify that on the 26th day of September, 2023, that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case and paper copies will be sent to those indicated as non-registered participants:

Aaron Greenspan
956 Carolina Street
San Francisco, California 94107-3337
Email: aaron.greenspan@plainsite.org
*Plaintiff pro se*

Diego MasMarques, II
PO Box 301
Marlborough, Massachusetts 01752
Email: dmas5@protonmail.com
*Defendant pro se*


By: */s/ Stesha Emmanuel*
     Stesha Emmanuel