UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

    Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

    Defendants.

Case No.: 1:23-cv-10134-DJC

**PLAINTIFF'S OPPOSITION TO MOTION AND CONSENT OF SPONSORING LOCAL COUNSEL FOR *PRO HAC VICE* ADMISSION OF CHRISTOPHER B. INGLE**

Plaintiff Aaron Greenspan hereby respectfully opposes the motion of Defendants Sergei Igorevich Kudriavtsev, Mediolex, Ltd. and Astrad, Ltd. for the *pro hac vice* admission of Arizona attorney Christopher B. Ingle. Regarding ComplaintsBoard, the same website at issue in this litigation, Mr. Ingle previously represented Defendants Kudriavtsev and Mediolex, Ltd. in litigation in the District of Arizona in which Mr. Ingle appears to have assisted Defendant Kudriavtsev in making a false declaration under penalty of perjury before that court. *See Xcentric Ventures LLC v. Mediolex Limited et al*, Case No. 2:12-cv-00130-SMM (D. Ariz.). Specifically, as an attorney working for Case Elia PLLC, Mr. Ingle filed a "Declaration of Mark Schultz In Support Of Defendants' Rule 12(b) Motion To Dismiss" when no such person named Mark Schultz actually existed. *See* Exhibit A. In fact, Mark Schultz was Defendant Kudriavtsev posing as a third party, as Defendant Kudriavtsev later admitted. *See* Exhibit B. It is difficult to

imagine how Mr. Ingle could have been unaware of this circumstance, and he provided no context to make clear to the court that "Mark Schultz" was not a real person.[1]  If Mr. Ingle was aware that his client was posing as a third party, and he assisted his client in making a false representation to the court, then Mr. Ingle also knowingly made a false statement before a tribunal in violation of Arizona Rule of Professional Conduct 3.3.

      For this and other reasons, Mr. Ingle does not meet the criteria for *pro hac vice* admission in Massachusetts, regardless of whether he was disciplined.  The motion for his *pro hac vice* admission should be denied.

Dated: September 26, 2023        Respectfully submitted,

*(signature)*
Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

---

[1] The excuse proffered by Defendant Kudriavtsev for using the false identity, that he had received death threats, does not explain why Mr. Ingle filed *two* declarations of both Defendant Kudriavtsev *and* "Mark Schultz" in that case.

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 26, 2023 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

Aaron Greenspan