**<u>EXHIBIT A</u>**

False Declaration of "Mark Schultz" Filed By Attorney Christopher Ingle

**CASE ELIA PLLC**
2942 North 24th Street, Suite 114
Phoenix, Arizona 85016
Telephone: (602) 606-7955
Facsimile: (866) 593-1697
Christopher B. Ingle – 025553
chris@caseelia.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES LLC, an Arizona limited liability company, | Case No: 2:12-cv-00130-GMS |
| Plaintiff, | **DECLARATION OF SERGUEI KUDRIAVTSEV IN SUPPORT OF DEFENDANTS' RULE 12(b) MOTION TO DISMISS** |
| vs. | |
| MEDIOLEX LTD., a foreign corporation d/b/a COMPLAINTSBOARD.COM; COMPLAINTSBOARD.COM, an unregistered business entity; MARK SHULTZ, an individual, | *(Assigned to the Honorable G. Murray Snow)* |
| Defendants. | |

Serguei Kudriavtsev states under penalty of perjury that the following is true and correct to the best of his knowledge and belief:

1. I make this declaration in support of Defendants' Rule 12(b) Motion to Dismiss. The facts stated in this Declaration are personally known to me and if called upon to do so I could and would competently testify to each of them based on my own personal knowledge.

2. I am an officer, director, and shareholder in Mediolex, Ltd. ("Mediolex").

3. Mediolex owns and operates the internet domain complaintsboard.com.

4. Mediolex was incorporated in the Republic of Saychelles on March 8, 2010.

5. Mediolex does not have any offices or employees in the United States.

6. Mediolex does not have an office in Arizona, maintain files in Arizona, send correspondence from Arizona, employ people in Arizona, have bank accounts in Arizona, draw or deposit checks drawn from an Arizona bank, use an Arizona transfer agent, hold meetings in Arizona, send agents to Arizona, negotiate agreements in Arizona, buy goods or services in Arizona, make sales in Arizona, have a designated agent for service of process in Arizona, hold licenses in Arizona, own property in Arizona, or file taxes in Arizona.

7. Complaintsboard.com provides information on companies throughout the world; it is not specifically directed at Arizona companies.

Further declarant sayeth naught.

Serguei Kudriavtsev

2

**CASE ELIA PLLC**
2942 North 24th Street, Suite 114
Phoenix, Arizona 85016
Telephone: (602) 606-7955
Facsimile: (866) 593-1697
Christopher B. Ingle – 025553
chris@caseelia.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| XCENTRIC VENTURES LLC, an Arizona limited liability company, | Case No: 2:12-cv-00130-GMS |
| Plaintiff, | **DECLARATION OF MARK SCHULTZ IN SUPPORT OF DEFENDANTS' RULE 12(b) MOTION TO DISMISS** |
| vs. | |
| MEDIOLEX LTD., a foreign corporation d/b/a COMPLAINTSBOARD.COM; COMPLAINTSBOARD.COM, an unregistered business entity; MARK SHULTZ, an individual, | *(Assigned to the Honorable G. Murray Snow)* |
| Defendants. | |

Mark Schultz states under penalty of perjury that the following is true and correct to the best of his knowledge and belief:

1.  I am a specially appearing defendant in the above-captioned action and make this declaration in support of Defendants' Rule 12(b) Motion to Dismiss. The facts stated in this Declaration are personally known to me and if called upon to do so I could and would competently testify to each of them based on my own personal knowledge.

2.  I am a citizen and resident of Latvia.

3.  I was formerly an officer, director, and shareholder in Mediolex, Ltd.

1           ("Mediolex"). I am no longer associated with Mediolex.

2     4.     I have never been to Arizona, I do not own property in Arizona, I have no

3           contracts or business interests in Arizona, I do not regularly communicate

4           with anyone in Arizona, I do not pay taxes in Arizona, and I have not created

5           any other contacts in Arizona.

6     Further declarant sayeth naught.

7

8

9                                   _____

10                                 Mark Shultz

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26