**<u>EXHIBIT B</u>**
Admission That "Mark Schultz" Is Sergei Igorevich Kudriavtsev

# In The Matter Of:

*Xcentric v.*
*Mediolex*

---

*Serguei Kudriavtsev*
*April 30, 2013*

---

*Palmer Reporting Services, Inc.*
*2108 E. Evans Drive*
*Phoenix, Arizona  85022*
*602.867.DEPO*
*palmerreporting.com*

Original File Kudriavtsev Serguei.txt
**Min-U-Script® with Word Index**

Case 2:17-cv-01668-DJH   Document 3-15   Filed 03/31/17   Page 3 of 44
Case 1:23-cv-10134-DJC   Document 89-2   Filed 09/26/23   Page 3 of 44

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

Page 1

```
 1
 2
 3            UNITED STATES DISTRICT COURT
 4              DISTRICT OF ARIZONA
 5
 6
 7   Xcentric Ventures, L.L.C.,    )
                                   )  No. 2:12-cv-00130-GMS
 8                Plaintiff,   )
                                   )
 9        vs.                      )
                                   )
10   Mediolex Ltd., a foreign      )
     corporation d/b/a             )
11   Complaintsboard.com;          )
     Complaintsboard.com, an       )
12   unregistered business         )
     entity; Mark Schultz, an      )
13   individual,                   )
                      Defendants. )
14   _____)
15
16        TESTIMONY OF SERGUEI KUDRIAVTSEV
                (TAKEN VIA SKYPE)
17
18              Phoenix, Arizona
19               April 30, 2013
20
21
22   ** THIS TRANSCRIPT CONTAINS CONFIDENTIAL INFORMATION **
23
24
     Reported by:   Stacey Palmer, RPR, CSR
25                   Certified Court Reporter, No. 50045
```

Page 2

```
 1          A P P E A R A N C E S
 2   For Plaintiff:        JABURG & WILK
                           BY:  Maria Crimi Speth, Esq.
 3                         3200 N. Central Avenue
                           Suite 2000
 4                         Phoenix, Arizona  85012
 5
     For Defendants:       INGLE ELIA
 6                         BY:  Christopher B. Ingle, Esq.
                           2942 N. 24th Street
 7                         Suite 114
                           Phoenix, Arizona  85016
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1               I N D E X
 2
 3   EXAMINATION BY                              PAGE
 4   Ms. Speth ......................................   5
 5   Mr. Ingle.......................................  116
 6
 7
 8   ** The exhibits referenced within this transcript
       have been retained by Ms. Speth and are not
 9     attached to the transcript.
10
     ** On page 67 and page 105 Mr. Ingle requested portions
11      of the transcript to be marked confidential.
12
     ** The witness was not sworn in by the court reporter.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1        TESTIMONY OF SERGUEI KUDRIAVTSEV
 2   was taken on April 30, 2013, commencing at 8:04 a.m.,
 3   at the law offices of Jaburg & Wilk, 3200 N. Central
 4   Avenue, Suite 2000, Phoenix, Arizona, before Stacey
 5   Palmer, a Certified Court Reporter in the State of
 6   Arizona.  Present in the conference room are Ms. Speth,
 7   Mr. Ingle, and the court reporter.
 8
 9   Mr. Serguei Kudriavtsev is appearing via Skype and is
10   present at the offices of Krodere & Judinska, 60
11   Dzirnavu Street, Riga, LV 1050, Latvia.
12
13   Ms. Galya Korovina, the Russian interpreter, is also
14   appearing via Skype and is located in New York.
15
16            GAYLA KOROVINA,
17   called to act as an interpreter, to interpret English
18   into Russian and Russian into English, was duly sworn
19   and did act as interpreter in this case.
20
21
22
23
24
25
```

Xcentric v.
Mediolex

Serguei Kudriavtsev
April 30, 2013

Page 61

1   A.   Of course.  I just waited until you
2   resolve the problem with the objection.
3   Q.   You don't need to wait.  The objection is
4   just for the record.
5   A.   Maria, please clarify, who is service
6   provider?
7   Q.   Okay.  Who hosts the website?
8   A.   A hosting company.  I don't remember the
9   name.
10  Q.   Who pays the hosting company?
11  A.   Mediolex.
12  Q.   How often?
13  A.   Well, if the offer was for half a year,
14  every half a year.  If the offer was for whole year,
15  then once a year.  Actually, you get discount if you
16  pay advance for half a year or for the full year.
17  Q.   How is it right now?
18  A.   Well, it's paid for.  The site is
19  working.  Everything is fine.
20  Q.   For how long is it paid for right now?
21  A.   No idea.
22  Q.   Who would know?
23  A.   I would know it, but I need to review the
24  information.
25       Well, Maria just for your information,

Page 62

1   the site, Complaintsboard site --
2        (A conversation in Russian occurred
3   between the interpreter and the witness.)
4        THE INTERPRETER:  I'm saying to stop
5   correcting grammar.
6   A.   I have tons of other businesses, and
7   Complaintsboard is not my number one interest.
8   Q.   BY MS. SPETH:  Serguei, would you be more
9   comfortable if we conducted the deposition in English
10  unless you don't understand something?
11  A.   No.
12  Q.   Who pays Mediolex's bills?  Like what
13  individual causes Mediolex's bills to be paid?
14  A.   Well, which person?
15  Q.   Yes, which person.
16  A.   I.
17  Q.   You, Serguei does?
18  A.   I.
19  Q.   Who wrote the terms of service for
20  Complaintsboard?
21  A.   I'll come back in a second.  It was long
22  ago, so I don't remember at this point.  I will come
23  back in a second.
24       (Discussion off the record.)
25  Q.   BY MS. SPETH:  Serguei, are you Ivonne

Page 63

1   Wainwright?
2   A.   No.  My name is Serguei.
3   Q.   Yes, I know that's your name.
4        Did you write Exhibit 8, the email that
5   is Exhibit 8 and sign it Ivonne Wainwright?
6   A.   What do you mean by "sign"?
7   Q.   Did you type --
8   A.   What do you mean, I signed it by hand?
9   Q.   No.
10  A.   I would like you to explain me the
11  situation.
12  Q.   Okay.  Look at Exhibit 8 again.
13  A.   In Google there is a function when you
14  insert your full signature which is in the bottom of
15  the mail always.
16  Q.   Did you type the words in Exhibit 8 "May
17  we know what is the name of the plaintiff company?"
18  A.   I already told you, I don't remember.
19  Q.   Have you ever inserted the name Ivonne
20  Wainwright into the signature box in Google?
21  A.   Most likely it was the editor who
22  inserted it, and most likely was just there.
23  Q.   And is it most likely that the editor
24  used her real name or his real name, or is it more
25  likely that that is a fake name?

Page 64

1        MR. INGLE:  Objection; foundation.
2   Q.   BY MS. SPETH:  You can answer.
3   A.   I don't know.
4   Q.   Take a look at Exhibit 2, please.
5   A.   Can I now take off my daybook Exhibit 1?
6   1 and 8, are we done with them?  Can I take them off
7   the table?
8   Q.   No, just put them aside.
9        Before I get to Exhibit 2, I'm going to
10  ask a question first.  Is Mark Schultz a name that you
11  have used?
12  A.   Mark Schultz, yes.
13  Q.   And that is not your real legal name,
14  correct?
15  A.   It's correct.  It was my pen name.
16  Q.   Your pen name?
17  A.   Correct.
18  Q.   And why did you use Mark Schultz as a pen
19  name?
20  A.   Because there are lots of crazies around
21  that will call and threaten to kill.
22  Q.   Have you been threatened?
23  A.   Yes, several times.
24  Q.   By telephone?
25  A.   By phone also.