UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**AARON GREENSPAN**,

    Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

    Defendants.

Case No.: 1:23-cv-10134-DJC

---

## PLAINTIFF'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY AND MOTION FOR SANCTIONS

Pursuant to the Court's Order at ECF No. 78, Plaintiff Aaron Greenspan hereby respectfully moves the Court for permission to file a Notice of Supplemental Authority in light of the January 2, 2024 decision of the United States Court of Appeals for the Ninth Circuit in *Doe v. Webgroup Czech Republic, A.S. et al*, Case No. 22-55315, as well as a Motion for Sanctions against Defendants Kudriavtsev, Mediolex, Ltd., Astrad, Ltd., and their out-of-state counsel, Christopher B. Ingle.

Regarding the proposed Notice of Supplemental Authority, *Doe* is a recently decided case that touches directly upon questions involving personal jurisdiction, purposeful availment, content delivery network (CDNs) services such as those provided by Cloudflare, and jurisdictional matters involving foreign legal entities that operate English-language websites targeted at United States consumers—all of which are at issue in this matter.

1

Regarding the proposed Motion for Sanctions, Plaintiff has learned that the ComplaintsBoard Defendants—Defendants Kudriavtsev, Mediolex, Ltd. and Astrad, Ltd.—have been impersonating *The Boston Globe* on the ComplaintsBoard website, in addition to fabricating endorsements from other American media outlets, such as CBS News.  Regarding ComplaintsBoard, counsel for *The Boston Globe* has confirmed to Plaintiff in writing as of today, "To our knowledge we've never engaged this site."  Yet ComplaintsBoard purports to count *The Boston Globe* among its "verified" merchants.  *See* https://www.complaintsboard.com/the-boston-globe-b133870.  This remarkable example of duplicity is just the latest instance of ComplaintsBoard Defendants and their counsel, Attorney Ingle, brazenly lying to the court.  It would seem that ComplaintsBoard Defendants have been directly targeting and interacting with Massachusetts residents who subscribe to the newspaper by impersonating *The Boston Globe* and appropriating its trademark(s).  To the best of Plaintiff's knowledge, these Massachusetts residents are the victims of fraud and wrongly believe that they are interacting with an authorized representative for the *Globe*, not employees and/or contractors of ComplaintsBoard Defendants residing in Russia and Latvia.

Accordingly, Plaintiff respectfully requests that he be allowed to file a Notice of Supplemental Authority with the appellate court's opinion attached and a Motion for Sanctions.

Dated: January 12, 2024          Respectfully submitted,

Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

## CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)

I certify that on October 28, 2023 and January 11, 2024 (Pacific Time), I conferred and/or attempted to confer with Defendants in regards to this motion in a good faith effort to resolve this issue and/or to narrow the issues. Defendants responded indicating that they do not assent to parts of the relief requested, and did not respond regarding other parts.

Aaron Greenspan, *pro se*

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 12, 2024 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

Aaron Greenspan