Stesha Emmanuel (Massachusetts Bar No. 682293)
McCarter & English LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6500
Facsimile: (617) 607-9200
Email: semmanuel@mccarter.com
*Local Counsel for Defendants Kudriavtsev, Mediolex, and Astrad*

Christopher B. Ingle (Arizona Bar No. 025553)
Gillespie Shields & Taylor
7319 North 16th Street
Phoenix, Arizona 85020
Telephone (602) 870-9700
Facsimile (602) 870-9783
Email: cingle@gillaw.com
*Attorneys for Defendants Kudriavtsev, Mediolex, and Astrad*
*Pro Hac Vice*

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| AARON GREENSPAN,<br><br>  Plaintiff,<br><br>vs.<br><br>DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVTSEV, MEDIOLEX, LTD., and ASTRAD, LTD.,<br><br>  Defendants. | Case No. 1:23-cv-10134-DJC<br><br>**MOTION TO WITHDRAW APPEARANCE FOR DEFENDANTS KUDRIAVTSEV, MEDIOLEX, AND ASTRAD PURSUANT TO F.R.C.P. 11** |

COMES NOW counsel for Defendants Sergey Igorevich Kudriavtsev, Mediolex Ltd., and Astrad Ltd. (the "Mediolex Defendants"), and pursuant to Rule 11, *Fed.R.Civ.P.*, hereby requests leave of this Court to withdraw his appearance on behalf of the Mediolex Defendants. As grounds thereof counsel states that the Mediolex Defendants can no longer afford counsel's services and have requested that counsel take no further action on their behalf.

1

1   In further support of this Motion, the Mediolex Defendants have executed the Client
2  Consent for Withdrawal as Counsel attached hereto as Exhibit A. Although the Mediolex
3  Defendants currently have a Motion to Dismiss pending, counsel respectfully requests the Court
4  grant leave to withdraw his appearance at this time.

**RESPECTFULLY SUBMITTED** this 7th day of February, 2024.

**GILLESPIE, SHIELDS & TAYLOR**

By: */s/ Christopher B. Ingle*
    Christopher B. Ingle
    *Attorneys for Defendants Kudriavtsev,*
    *Mediolex, and Astrad*

**CERTIFICATE OF SERVICE**

I, Christopher B. Ingle, hereby certify that on the 7th day of February, 2024, a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Case Management - Electronic Case Filing) system to those registered to receive a Notice of Electronic Filing for this case and paper copies will be sent to those indicated as non-registered participants:

Aaron Greenspan
956 Carolina Street
San Francisco, California 94107-3337
Email: aaron.greenspan@plainsite.org
*Plaintiff pro se*

Diego MasMarques, II
P.O. Box 301
Marlborough, Massachusetts 01752
Email: dmas5@protonmail.com
*Defendant pro se*

Sergey Igorevich Kudriavtsev, Mediolex Ltd., and Astrad Ltd.
Email: ivestules@gmail.com
*Defendants*

Stesha Emmanuel
McCarter & English LLP
265 Franklin Street
Boston, Massachusetts 02110
Email: semmanuel@mccarter.com
*Local Counsel for Defendants Kudriavtsev, Mediolex, and Astrad*

By: /s/ *Christopher B. Ingle*

3

**<u>EXHIBIT A</u>**

Stesha Emmanuel (Massachusetts Bar No. 682293)
McCarter & English LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6500
Facsimile: (617) 607-9200
Email: semmanuel@mccarter.com
*Local Counsel for Defendants Kudriavtsev, Mediolex, and Astrad*

Christopher B. Ingle (Arizona Bar No. 025553)
Gillespie Shields & Taylor
7319 North 16th Street
Phoenix, Arizona 85020
Telephone (602) 870-9700
Facsimile (602) 870-9783
Email: cingle@gillaw.com
*Attorneys for Defendants Kudriavtsev, Mediolex, and Astrad*
*Pro Hac Vice*

# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS (BOSTON)

| | |
|---|---|
| AARON GREENSPAN, | Case No. 1:23-cv-10134-DJC |
| Plaintiff, | **CLIENT CONSENT FOR WITHDRAWAL AS COUNSEL** |
| vs. | |
| DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVTSEV, MEDIOLEX, LTD., and ASTRAD, LTD., | |
| Defendants. | |

COMES NOW Defendants Sergey Igorevich Kudriavtsev, Mediolex Ltd., and Astrad Ltd. (the "Mediolex Defendants"). Mr. Kudriavtsev does upon oath depose and say:

1. I previously retained attorney Christopher B. Ingle to represent myself, Mediolex Ltd., and Astrad Ltd. in this action.

1

2.  I have informed Mr. Ingle that I can no longer afford his services and have asked him not to take further action on my behalf.

3.  I understand that the Mediolex Defendants have a Motion to Dismiss pending before the Court.

4.  I understand that Mr. Ingle needs the Court's permission to withdraw his appearance in this matter, and I request that the Cout allow him to withdraw his appearance at this time.

5.  I intend to represent myself in this action.

6.  I have not retained substitute counsel for Mediolex Ltd. or Astrad Ltd.

The above facts are within my personal knowledge and known to me to be true.

Signed under penalty of perjury this 13TH day of December, 2023.

_____
Sergey Igorevich Kudriavtsev

2