Stesha Emmanuel (Massachusetts Bar No. 682293)
McCarter & English LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6500
Facsimile: (617) 607-9200
Email: semmanuel@mccarter.com
*Local Counsel for Defendants Kudriavtsev, Mediolex, and Astrad*

Christopher B. Ingle (Arizona Bar No. 025553)
Gillespie Shields & Taylor
7319 North 16th Street
Phoenix, Arizona 85020
Telephone (602) 870-9700
Facsimile (602) 870-9783
Email: cingle@gillaw.com
*Attorneys for Defendants Kudriavtsev, Mediolex, and Astrad*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS (BOSTON)**

| | |
|---|---|
| AARON GREENSPAN, | Case No. 1:23-cv-10134-DJC |
| Plaintiff, | |
| vs. | **WITHDRAWAL OF APPEARANCE OF ATTORNEY STESHA EMMANUEL** |
| DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVTSEV, MEDIOLEX, LTD., and ASTRAD, LTD., | |
| Defendants. | |

      COMES NOW local counsel for Defendants Sergei Igorevich, Mediolex, Ltd. and Astrad, Ltd. (the "Mediolex Defendants"), and pursuant to Local Rule 83.5.2.(c)(2), hereby requests leave of this Court to withdraw her appearance on behalf of the Mediolex Defendants.

1

ME1 47608700v.1

As grounds thereof, Attorney Emmanuel states that the Mediolex Defendants can no longer afford counsel's services and have requested that counsel take no further action on their behalf in the above-captioned matter on or around December 2023. On or around January 12, 2024, Plaintiff filed a motion for leave of court to file supplemental authority and motions for sanctions (Docket No. 114). In response, Attorney Emmanuel represented on January 12, 2024 and January 16, 2024 that she will be filing a motion to withdraw as local counsel pursuant to Mediolex Defendants' instructions to refrain from engaging in additional work. Although the Motion to Dismiss remains pending, it has been fully briefed and argued by Attorney Ingle on October 26, 2023. Mediolex Defendants also acknowledged and consented to both the withdraw of legal representation and apprised the Court of its intention to appear pro se with respect to Sergey Igorevich Kudriavtsev and that it has not "retained substitute counsel" for Mediolex Ltd. or Astrad Ltd." (Docket No. 115).  WHEREFORE, Attorney Emmanuel respectfully request grant leave to withdraw her appearance at this time.

RESPECTFULLY SUBMITTED this 13th day of February, 2024.

By: ___*/s/ Stesha A. Emmanuel*___
Stesha A. Emmanuel
McCarter & English LLP
265 Franklin Street
Boston, Massachusetts 02110
Telephone: (617) 449-6500
Facsimile: (617) 607-9200

Email: semmanuel@mccarter.com

ME1 47608700v.1

# CERTIFICATE OF SERVICE

I, Stesha A. Emmanuel, hereby certify that on the 13th day of February, 2024, that a true and correct copy of the foregoing document was filed with the Court and served electronically through the CM-ECF (Electronic Case Filing) system to all counsel of record to those registered to receive a Notice of Electronic Filing for this case and paper copies will be sent to those indicated as non-registered participants:

Aaron Greenspan
956 Carolina Street
San Francisco, California 94107-3337
Email: aaron.greenspan@plainsite.org
*Plaintiff pro se*

Diego MasMarques, II
PO Box 301
Marlborough, Massachusetts 01752
Email: dmas5@protonmail.com
*Defendant pro se*

Christopher B. Ingle (Arizona Bar No. 025553)
Gillespie Shields & Taylor
Email: cingle@gillaw.com
*Attorneys for Defendants Sergey Igorevich Kudriavtsev, Mediolex Ltd., and Astrad Ltd.
Pro Hac Vice*

Sergey Igorevich Kudriavtsev, Mediolex Ltd., and Astrad Ltd.
Email: ivestules@gmail.com


By: */s/ Stesha Emmanuel*
      Stesha Emmanuel

3

ME1 47608700v.1