UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON GREENSPAN,

    Plaintiff,

  v.

DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVTSEV, MEDIOLEX, LTD., and ASTRAD, LTD.,

    Defendants.

Case No.: 1:23-cv-10134-DJC

**PLAINTIFF'S STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 16, CIVIL LOCAL RULE 16.1(D) AND ECF NO. 119**

Pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16.1(D) and the Court's Order at ECF No. 119, Plaintiff Aaron Greenspan hereby makes the following statement.

Defendant Diego MasMarques, Jr. has refused to cooperate with Plaintiff to discuss any of the required matters outlined in the above authorities on or before April 1, 2024, which was 21 days before the upcoming April 22, 2024 initial scheduling conference. Defendant MasMarques has also refused to discuss discovery matters pursuant to Federal Rule of Civil Procedure 26, having responded instead by making false accusations and wishing Plaintiff a "[h]appy birthday."[1] Plaintiff has attached his correspondence with Defendant MasMarques for the Court's review as Exhibit A. Plaintiff's efforts to encourage compliance have involved e-

---

[1] For some reason, Defendant MasMarques has been encrypting his e-mail messages to Plaintiff using PGP encryption. While this does not pose a problem at present, it is technically possible that in the future these messages could become inaccessible.

1

mailing Defendant MasMarques, but beyond that, Plaintiff is powerless to force Defendant MasMarques to comply, as the facts and claims in this case clearly demonstrate.

Plaintiff does not consent to a magistrate judge hearing this case, so discussion of that possibility with any defendant is moot.

Plaintiff has written to Defendant MasMarques, "My position is that you are 100% liable for damages and costs stemming from claims only against you and 50% liable for damages and costs stemming from claims against you and ComplaintsBoard." Currently, against Defendant MasMarques, Plaintiff intends to seek the full amount of monetary damages described in the active complaint.[2]

This Court has the authority to sanction Defendant MasMarques's non-compliance, and it should, by at the very least requiring Defendant MasMarques to cover Plaintiff's costs of filing this action ($402.00, *see* ECF No. 8) and the related service costs ($135.70, *see* Exhibit B).

Dated: April 2, 2024               Respectfully submitted,

*[signature: Aaron Greenspan]*

Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

---

[2] Plaintiff has not contacted the remaining ComplaintsBoard Defendants regarding the upcoming scheduling conference given the dismissal of claims against them on personal jurisdiction grounds pursuant to ECF No. 118, but Plaintiff believes that ComplaintsBoard Defendants were clearly improperly dismissed due to compounded errors and oversights by the Court as described in ECF Nos. 121-122. Plaintiff reserves all rights to oppose and/or appeal their dismissal, and encourages the Court to continue the initial scheduling conference until such time as all defendants can be properly notified of a date and time, rather than necessitating two conferences.

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2024 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

Aaron Greenspan