**EXHIBIT A**
Relevant E-Mail Correspondence with Diego MasMarques, Jr.

Case 1:23-cv-10134-DJC   Document 123-1   Filed 04/02/24   Page 1 of 11

**From:** **Aaron Greenspan** aaron.greenspan@plainsite.org
**Subject:** Rule 26(f) Conference
**Date:** March 26, 2024 at 7:39 AM
**To:** Diego MasMarques, Jr. dmas5@protonmail.com

Mr. MasMarques,

We are required to have a Rule 26(f) initial disclosures conference between now and April 1 (21 days before the April 22 scheduling conference). Please let me know your availability. I think a telephone call would be easiest.

You may want to hire an attorney.

Aaron

PlainSite | https://www.plainsite.org

**From:** Aaron Greenspan aaron.greenspan@plainsite.org
**Subject:** Re: Rule 26(f) Conference
**Date:** March 27, 2024 at 5:29 PM
**To:** Diego MasMarques, Jr. dmas5@protonmail.com

Mr. MasMarques,

I'm not sure what your plans are but I intend to comply with FRCP 26 and Civil Local Rule 16.1, and it appears that we can do this via e-mail.

**Nature and Basis of Claims**

The claims against you present are:

Count I: libel per se
Count IV: abuse of process
Count V: malicious prosecution
Count XII: civil conspiracy
Count XIII: false light invasion of privacy
Count XIV: intentional infliction of emotional distress

I intend to ask the court to reconsider its dismissal of Count II under Mass. Gen. L. Chapter 258E. I also intend to potentially appeal the dismissal of claims against ComplaintsBoard.

As you know, all of the above claims stem from your persistent harassment since 2017 and your posts on ComplaintsBoard and other gripe sites.

**Possibilities For Promptly Settling or Resolving The Case**

I am willing to discuss the settlement of all claims. You would need to pay for damages and costs, and you would also need to sign a written agreement that in summary would restrict you from ever posting anything about me, my family members, my friends, or any of their businesses, ever again. If you'd like to have that discussion, let me know.

**Rule 26(a)(1) Disclosures**

I intend to send you my initial disclosures within the next 30 days.

**Preserving Discoverable Information**

You should preserve all discoverable information including but not limited to e-mails, text messages, VPN logs, browser history involving ComplaintsBoard or any gripe site, browser history involving any site where my name or any of my friends', family members', or any of their businesses' names were used or searched for, complaints to government authorities about the same, and correspondence in return. These are just examples of the types of documents you should preserve.

**Proposed Discovery Plan**

I plan to send you requests for admission, interrogatories, and requests for document production within the next 30 days. You should also expect that your videotaped deposition will be taken within the next 120 days.

**Local Rule 16.1 Joint Statement**

I do not think this case will require much in the way of discovery. I will endeavor to send you requests in the 30 days and you will have 30 days to respond to them. That takes us 60 days out to the end of May. At that point, unless there is a need to conduct a second round of requests, which I doubt, I may still need to take your videotaped deposition, which might take us to the end of June. At that point I would anticipate filing for summary judgment. Ideally you will comply with your obligations and there will not be a need to file any motions to compel.

Since at this stage neither of us are represented by counsel I do not think there is any way to calculate a budget except regarding the costs of a court reporter and videographer for a deposition. Alternatively, you could settle the case, and the only expense would be the cost of settlement.

I am willing to consider non-binding mediation as an alternative to further litigation. You would need to pay for the cost of the mediator if that is something you would want to consider. It's possible that the court has mediators that do not charge a separate fee.

I do not anticipate a need for trial experts. I also do not anticipate the need for joinder of additional parties.

My position is that you are 100% liable for damages and costs stemming from claims only against you and 50% liable for damages and costs stemming from claims against you and ComplaintsBoard.

**Conclusion**

If you would like to add anything to the above, please let me know. I would note that you are required to participate in this process, or if you would prefer, you can hire counsel to handle it for you.

Aaron

PlainSite | https://www.plainsite.org

> On Mar 26, 2024, at 7:39 AM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:
>
> Mr. MasMarques,
>
> We are required to have a Rule 26(f) initial disclosures conference between now and April 1 (21 days before the April 22 scheduling conference). Please let me know your availability. I think a telephone call would be easiest.
>
> You may want to hire an attorney.
>
> Aaron
>
> PlainSite | https://www.plainsite.org

**From:** dmas5 dmas5@protonmail.com 🖇
**Subject:** Re: Rule 26(f) Conference
**Date:** March 27, 2024 at 6:06 PM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org

Mr. Greenspan,

The only one in this case who has been doing persistent harassment, slandering, libel, extortion and threats is you and nobody else. I'm letting you know that every single slandering and libelous post that you have been uploading on the internet since 2016, that includes on GoogleGroups and so much more is in the hands of the Assistant Chief of Probation Jeffrey Smith at the First Circuit. Be my guest and contact, whenever you feel like it.
Everything that you have been doing to myself and my immediate family is all documented and saved. So, I will be filing a counterclaim against you and Think Computer Corporation et al..

Over the years, I have repeatedly asked you to cease and desist, by stop using any of my legal documents to slander, libel and harass myself and my family, but you never want to stop and use the First Amendment as your cover for these crimes. As I already stated to you, once your case against Elon was dismissed with prejudice in May of 2022, I sought Attorneys in California to sue you "et al", but once the Attorneys asked me who the other party was, being you, they wanted to run, as you are a well known vexatious litigant.

Everything in Spain is completely expunged and this is all in the hands of the Assistant Chief of Probation since 2020. Everything you have been doing to me online with your website and uploading slanderious and libelous materials, by doxxing on myself and my family, where you have been altering pictures, and so much more is also in the hands of the FBI in Chelsea, MA and other Federal Agencies, which I will not let you which ones. Why don't you contact the FBI in Chelsea and see what they will tell you.

I asked you in 2016 to do one simple thing, that was to leave me alone and remove the court documents, about the case from Spain from your website, but you refused and have even written online, that you are "The Judge on the Internet".

After I file for my counterclaim and as you have advised me, I also advise you, that it's best that you start searching for a paid Attorney, as I will be suing you for monetary damages and I have a lot of witnesses, who will show up and testify against you and of course evidence.

You alone have caused this back and forth nonsense since 2016, as you are seriously stubborn and think you know it all. You know nothing about what occurred in my case and my legal documents and personal information is none of your business. How do you think jurors will think of you, once they see all the evidence of your slander, libel, doxxing, harassment and so much more. Sending FOIA requests all over the place? That's not normal. You are a serious stalker, who needs to go see a Psychiatrist.

You know exactly what you have been doing over the years, setting me up with two false criminal charges at the Marlborough, MA Court, that was finally dismissed on November 24 2020 and then Expunged on February 9, 2021. After I called you on March 28, 2018 telling you that I was going to get Restraining Order against you, if your did not cease and desist with your harassment, you then went to the Santa Clara Superior Court to get one against me and perjured yourself and you know full well, that you had my father served and not me. You can lie all you want, as that seems that's all you do is lie to get your way, but the truth will come out in court.
You are not the victim in this case, I am victim and you are the perpetrator of the above crimes and this will all come out to the public.

Feel free to contact me anytime. I told you before, if you want to work things out, then we can, but if you keep harassing and threatening me, then we will be before a jury trial and I can tell you, that you will loose this case.

Diego

Sent with [Proton Mail](#) secure email.

> On Wednesday, March 27th, 2024 at 8:29 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:
>
> Mr. MasMarques,
>
> I'm not sure what your plans are but I intend to comply with FRCP 26 and Civil Local Rule 16.1, and it appears that we can do this via e-mail.
>
> **Nature and Basis of Claims**
>
> The claims against you present are:
>
> Count I: libel per se
> Count IV: abuse of process
> Count V: malicious prosecution
> Count XII: civil conspiracy
> Count XIII: false light invasion of privacy
> Count XIV: intentional infliction of emotional distress
>
> I intend to ask the court to reconsider its dismissal of Count II under Mass. Gen. L. Chapter 258E. I also intend to potentially appeal the dismissal of claims against ComplaintsBoard.
>
> As you know, all of the above claims stem from your persistent harassment since 2017 and your posts on ComplaintsBoard and other gripe sites.
>
> **Possibilities For Promptly Settling or Resolving The Case**
>
> I am willing to discuss the settlement of all claims. You would need to pay for damages and costs, and you would also need to sign a written agreement that in summary would restrict you from ever posting anything about me, my family members, my friends, or any of their businesses, ever again. If you'd like to have that discussion, let me know.
>
> **Rule 26(a)(1) Disclosures**
>
> I intend to send you my initial disclosures within the next 30 days.
>
> **Preserving Discoverable Information**
>
> You should preserve all discoverable information including but not limited to e-mails, text messages, VPN logs, browser history involving ComplaintsBoard or any gripe site, browser history involving any site where my name or any of my friends', family members', or any of their businesses' names were used or searched for, complaints to government authorities about the same, and correspondence in return. These are just examples of the types of documents you should preserve.
>
> **Proposed Discovery Plan**
>
> I plan to send you requests for admission, interrogatories, and requests for document production within the next 30 days. You should also expect that your videotaped deposition will be taken within the next 120 days.
>
> **Local Rule 16.1 Joint Statement**
>
> I do not think this case will require much in the way of discovery. I will endeavor to send you requests in the 30 days and you will have 30 days to respond to them. That takes us 60 days out to the end of May. At that point, unless there is a need to conduct a second round of requests, which I doubt, I may still need to take your videotaped deposition, which might take us to the end of June. At that point I would anticipate filing for summary judgment. Ideally you will comply with your obligations and there will not be a need to file any motions to compel.
>
> Since at this stage neither of us are represented by counsel I do not think there is any way to calculate a budget except regarding the costs of a court reporter and videographer for a deposition. Alternatively, you could settle the case, and the only expense would be the cost of settlement.

I am willing to consider non-binding mediation as an alternative to further litigation. You would need to pay for the cost of the mediator if that is something you would want to consider. It's possible that the court has mediators that do not charge a separate fee.

I do not anticipate a need for trial experts. I also do not anticipate the need for joinder of additional parties.

My position is that you are 100% liable for damages and costs stemming from claims only against you and 50% liable for damages and costs stemming from claims against you and ComplaintsBoard.

**Conclusion**

If you would like to add anything to the above, please let me know. I would note that you are required to participate in this process, or if you would prefer, you can hire counsel to handle it for you.

Aaron

PlainSite | https://www.plainsite.org

> On Mar 26, 2024, at 7:39 AM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:
>
> Mr. MasMarques,
>
> We are required to have a Rule 26(f) initial disclosures conference between now and April 1 (21 days before the April 22 scheduling conference). Please let me know your availability. I think a telephone call would be easiest.
>
> You may want to hire an attorney.
>
> Aaron
>
> PlainSite | https://www.plainsite.org

**From:** **Aaron Greenspan** aaron.greenspan@plainsite.org
**Subject:** Re: Rule 26(f) Conference
**Date:** March 27, 2024 at 6:34 PM
**To:** Diego MasMarques, Jr. dmas5@protonmail.com

Mr. MasMarques,

I interpret your false and delusional tirade to mean that you will not cooperate in the Rule 26 or Civil Local Rule 16.1 processes.

If you change your mind, you know how to reach me.

Regards,

Aaron

PlainSite | https://www.plainsite.org

> On Mar 27, 2024, at 6:06 PM, dmas5 <dmas5@protonmail.com> wrote:
>
> Mr. Greenspan,
>
> The only one in this case who has been doing persistent harassment, slandering, libel, extortion and threats is you and nobody else. I'm letting you know that every single slandering and libelous post that you have been uploading on the internet since 2016, that includes on GoogleGroups and so much more is in the hands of the Assistant Chief of Probation Jeffrey Smith at the First Circuit. Be my guest and contact, whenever you feel like it.
> Everything that you have been doing to myself and my immediate family is all documented and saved. So, I will be filing a counterclaim against you and Think Computer Corporation et al..
>
> Over the years, I have repeatedly asked you to cease and desist, by stop using any of my legal documents to slander, libel and harass myself and my family, but you never want to stop and use the First Amendment as your cover for these crimes. As I already stated to you, once your case against Elon was dismissed with prejudice in May of 2022, I sought Attorneys in California to sue you "et al", but once the Attorneys asked me who the other party was, being you, they wanted to run, as you are a well known vexatious litigant.
>
> Everything in Spain is completely expunged and this is all in the hands of the Assistant Chief of Probation since 2020. Everything you have been doing to me online with your website and uploading slanderious and libelous materials, by doxxing on myself and my family, where you have been altering pictures, and so much more is also in the hands of the FBI in Chelsea, MA and other Federal Agencies, which I will not let you which ones. Why don't you contact the FBI in Chelsea and see what they will tell you.
>
> I asked you in 2016 to do one simple thing, that was to leave me alone and remove the court documents, about the case from Spain from your website, but you refused and have even written online, that you are "The Judge on the Internet".
>
> After I file for my counterclaim and as you have advised me, I also advise you, that it's best that you start searching for a paid Attorney, as I will be suing you for monetary damages and I have a lot of witnesses, who will show up and testify against you and of course evidence.
>
> You alone have caused this back and forth nonsense since 2016, as you are seriously stubborn and think you know it all. You know nothing about what occurred in my case and my legal documents and personal information is none of your business. How do you think jurors will think of you, once they see all the evidence of your slander, libel, doxxing, harassment and so much more. Sending FOIA requests all over the place? That's not normal. You are a serious stalker, who needs to go see a Psychiatrist.

serious stalker, who needs to go see a Psychiatrist.

You know exactly what you have been doing over the years, setting me up with two false criminal charges at the Marlborough, MA Court, that was finally dismissed on November 24 2020 and then Expunged on February 9, 2021. After I called you on March 28, 2018 telling you that I was going to get Restraining Order against you, if your did not cease and desist with your harassment, you then went to the Santa Clara Superior Court to get one against me and perjured yourself and you know full well, that you had my father served and not me. You can lie all you want, as that seems that's all you do is lie to get your way, but the truth will come out in court.
You are not the victim in this case, I am victim and you are the perpetrator of the above crimes and this will all come out to the public.

Feel free to contact me anytime. I told you before, if you want to work things out, then we can, but if you keep harassing and threatening me, then we will be before a jury trial and I can tell you, that you will loose this case.

Diego


Sent with Proton Mail secure email.

On Wednesday, March 27th, 2024 at 8:29 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:

> Mr. MasMarques,
>
> I'm not sure what your plans are but I intend to comply with FRCP 26 and Civil Local Rule 16.1, and it appears that we can do this via e-mail.
>
> **Nature and Basis of Claims**
>
> The claims against you present are:
>
> Count I: libel per se
> Count IV: abuse of process
> Count V: malicious prosecution
> Count XII: civil conspiracy
> Count XIII: false light invasion of privacy
> Count XIV: intentional infliction of emotional distress
>
> I intend to ask the court to reconsider its dismissal of Count II under Mass. Gen. L. Chapter 258E. I also intend to potentially appeal the dismissal of claims against ComplaintsBoard.
>
> As you know, all of the above claims stem from your persistent harassment since 2017 and your posts on ComplaintsBoard and other gripe sites.
>
> **Possibilities For Promptly Settling or Resolving The Case**
>
> I am willing to discuss the settlement of all claims. You would need to pay for damages and costs, and you would also need to sign a written agreement that in summary would restrict you from ever posting anything about me, my family members, my friends, or any of their businesses, ever again. If you'd like to have that discussion, let me know.
>
> **Rule 26(a)(1) Disclosures**
>
> I intend to send you my initial disclosures within the next 30 days.
>
> **Preserving Discoverable Information**
>
> You should preserve all discoverable information including but not limited to e-mails, text messages, VPN logs, browser history involving ComplaintsBoard or any gripe site, browser history involving any site where my name or any of my friends', family members', or any of their businesses' names were used or searched for, complaints to government authorities about the same, and correspondence in return. These are just examples of the types of documents you should preserve.
>
> **Proposed Discovery Plan**

> I plan to send you requests for admission, interrogatories, and requests for document production within the next 30 days. You should also expect that your videotaped deposition will be taken within the next 120 days.
>
> **Local Rule 16.1 Joint Statement**
>
> I do not think this case will require much in the way of discovery. I will endeavor to send you requests in the 30 days and you will have 30 days to respond to them. That takes us 60 days out to the end of May. At that point, unless there is a need to conduct a second round of requests, which I doubt, I may still need to take your videotaped deposition, which might take us to the end of June. At that point I would anticipate filing for summary judgment. Ideally you will comply with your obligations and there will not be a need to file any motions to compel.
>
> Since at this stage neither of us are represented by counsel I do not think there is any way to calculate a budget except regarding the costs of a court reporter and videographer for a deposition. Alternatively, you could settle the case, and the only expense would be the cost of settlement.
>
> I am willing to consider non-binding mediation as an alternative to further litigation. You would need to pay for the cost of the mediator if that is something you would want to consider. It's possible that the court has mediators that do not charge a separate fee.
>
> I do not anticipate a need for trial experts. I also do not anticipate the need for joinder of additional parties.
>
> My position is that you are 100% liable for damages and costs stemming from claims only against you and 50% liable for damages and costs stemming from claims against you and ComplaintsBoard.
>
> **Conclusion**
>
> If you would like to add anything to the above, please let me know. I would note that you are required to participate in this process, or if you would prefer, you can hire counsel to handle it for you.
>
> Aaron
>
> PlainSite | https://www.plainsite.org
>
>> On Mar 26, 2024, at 7:39 AM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:
>>
>> Mr. MasMarques,
>>
>> We are required to have a Rule 26(f) initial disclosures conference between now and April 1 (21 days before the April 22 scheduling conference). Please let me know your availability. I think a telephone call would be easiest.
>>
>> You may want to hire an attorney.
>>
>> Aaron
>>
>> PlainSite | https://www.plainsite.org

**From:** **dmas5** dmas5@protonmail.com
**Subject:** Happy Birthday
**Date:** March 31, 2024 at 12:57 PM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org

Happy Birthday!

Sent from [Proton Mail](#) for iOS