**EXHIBIT B**
Case No. 1:23-cv-10134-DJC Service Expenses for Diego MasMarques, Jr.



# Invoice #209928

February 01, 2023

Invoice Reference #: N/A
Servee: Diego MasMarques, Jr.
Servee Address: 4512 Willow Trail, Marlborough, MA 01752
Job Created By: Aaron Greenspan

**Aaron Greenspan**
956 Carolina Street
San Francisco, California 94107

Proof
1800 N Gaylord St
Denver, CO 80206
Attn: accounting@proofserve.com
303.578.8682

| Item | Price | Qty | Total |
|---|---|---|---|
| **Standard Serve**<br>Attempts Made: 2<br>Successful: Yes<br>Served: January 27, 2023 | $120.00 | 1 | $120.00 |
| **Printing Fee**<br>10 cents/page over 100 pages | $0.10 | 157 | $15.70 |

| | |
|---|---|
| Total | $135.70 |
| Paid | $135.70 |
| Balance | $0.00 |

For questions or issues, please email accounting@proofserve.com.