UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON JACOB GREENSPAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIEGO MAS MARQUES )<br>)<br>Defendant. )<br>) | Case No: 1:2023cv10134-DJC |

## DEFENDANT, DIEGO MAS MARQUES, MOTION FOR A CONTINUANCE

NOW COMES the Defendant *pro se*, Diego Mas Marques, and hereby files this Motion for a continuance of the April 22, 2024 hearing set for 3:30p.m., for either 90 days or at least 60 days and for good cause states as follows:

1. Defendant's wife is currently undergoing a medical treatment program at MGH in Boston.

2. That Defendant *pro se*'s wife is scheduled to undergo a series of medical treatments all day on April 22, 2024, and on April 23, 2024, then continued for 8 weeks at MGH on a daily basis.

3. It is imperative that I be present during the treatment phases.

4. That undersigned in no way seeks to cause undue delay.

5. That undersigned requests that this Honorable Court grant a continuance of this matter for 90 days to allow the undersigned to endure this medical emergency with his wife.

6. That in the alternative, Defendant *pro se,* requests that this Honorable Court grant a continuance of this matter for at least 60 days.

7. WHEREFORE, *this Defendant pro se respectfully requests that this motion for a continuance be granted pursuant to local rule 7.1(A)2.*

Dated: April 4, 2024                                   Respectfully submitted,

/s/ Diego Mas Marques
Defendant Pro Se
P.O. Box 301
Marlborough, MA 01752
508-850-6228
dmas5@protonmail.com

## Statement of Points and Authorities

Rule 7.1(b)(4) of the Massachusetts U.S. District Court

## CERTIFICATE OF SERVICE

I, Diego Mas Marques, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 4, 2024.

Dated: April 4, 2024                                   Respectfully submitted,

/s/ Diego Mas Marques
Defendant Pro Se
P.O. Box 301
Marlborough, MA 01752
508-850-6228
dmas5@protonmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON JACOB GREENSPAN,

Plaintiff,

v.

DIEGO MAS MARQUES

Defendant.

Case No: 1:2023cv10134-DJC

### AFFIDAVIT OF DEFENDANT, DIEGO MAS MARQUES IN SUPPORT OF THE MOTION FOR A CONTINUANCE

I, Diego Mas Marques, in support of the accompanying Motion for Continuance, states as follows:

1. That my wife is currently undergoing a medical treatment program at MGH in Boston.

2. That my wife is scheduled to undergo a daily medical treatment after surgery for at least 8 weeks on a daily basis, after April 22, 2024.

3. It is imperative that I be present during the treatment phases.

4. That undersigned in no way seeks to cause undue delay.

5. That undersigned requests that this Honorable Court grant a continuance of this matter for 90 days to allow me to transport and support my wife during these medical procedures.

6. Alternatively, I am requesting that this Honorable Court grant a continuance of this matter for at least 60 days.

*I swear and affirm under the penalties of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.*

Dated: April 4, 2024

Respectfully submitted,

/s/ Diego Mas Marques
Defendant Pro Se
P.O. Box 301
Marlborough, MA 01752
508-850-6228
dmas5@protonmail.com