UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AARON JACOB GREENSPAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DIEGO MAS MARQUES, et al. ) <br> ) <br> Defendants. ) | Case No: 1:2023cv10134-DJC |

**DEFENDANT *PRO SE*, DIEGO MAS MARQUES, MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**

NOW COMES the Defendant *pro se*, Diego Mas Marques, and hereby files this Motion for Leave to file a Motion for Reconsideration of Judge Casper's March 25, 2024 Memorandum and Order and hereby states as follows:

1. Pursuant to Judge Denise J. Casper's electronic Memorandum and Order, dated September 5, 2023, neither Plaintiff nor this Defendant *pro se* may make any other filings in this case, without first seeking leave of court to do so. Such motion for leave shall not exceed five pages, shall comply with L.R. 7.1 and shall not attach any exhibits.

2. Defendant *pro se* wishes to respond to Judge Casper's March 25, 2024 Memorandum and Order and respectfully ask the court to reconsider its decision based on new evidence, errors in the previous decision, and/or other legal grounds.

3. This Defendant *pro se* respectfully requests leave of court to file a Motion for Reconsideration.

WHEREFORE, this Defendant *pro se* respectfully requests, that leave of court be granted to file a Motion for Reconsideration of Judge Casper's Memorandum and Order dated March 25, 2024.

Dated: April 15, 2024                    Respectfully submitted,

/s/ Diego Mas Marques
Defendant Pro Se
P.O. Box 301
Marlborough, MA 01752
dmas5@protonmail.com

### Statement of Points and Authorities

Local Rule 7.1

### CERTIFICATE OF SERVICE

I, Diego Mas Marques, Defendant *pro se*, hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 15, 2024.

Dated: April 15, 2024                    Respectfully submitted,

/s/ Diego Mas Marques
Defendant Pro Se
P.O. Box 301
Marlborough, MA 01752
dmas5@protonmail.com