UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

    Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, and **MEDIOLEX, LTD.**,

    Defendants.

Case No.: 1:23-cv-10134-DJC

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANT DIEGO MASMARQUES, JR.**

Pursuant to the Court's Order at ECF Nos. 118-199, Federal Rule of Civil Procedure 12 and Federal Rule of Civil Procedure 55(a), Plaintiff Aaron Greenspan ("Plaintiff") hereby moves the Clerk of Court to enter default against Defendant Diego MasMarques, Jr.  Defendant MasMarques has failed to serve or file an Answer to Plaintiff's claims within the period of time permitted by law.

Federal Rule of Civil Procedure 12(a), entitled "Time to Serve a Responsive Pleading," provides in pertinent part that, "Unless the court sets a different time, serving a motion under [Federal Rule of Civil Procedure 12] alters these periods as follows: (A) if the court denies the motion or postpones its disposition until trial, the responsive pleading must be served *within 14 days after notice of the court's action…*" (emphasis added).  Fed. R. Civ. P. 12(a)(4)(A). Federal Rule of Civil Procedure 55(a), entitled "Entering a Default," provides that "[w]hen a

1

party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk *must* enter the party's default" (emphasis added).  Fed. R. Civ. P. 55(a).

In this action, Defendant MasMarques filed a motion under Rule 12 on August 21, 2023.  ECF No. 66.  The Court ruled on the motion on March 25, 2024 and provided notice and service of its ruling via CM/ECF, for which Defendant MasMarques is registered and thus bound to accept electronic service of process.[1]  ECF No. 118.  The Court did not specify any alternative deadline for Defendant MasMarques to respond.  *Id*.  Thus, Defendant MasMarques was required to file his Answer by April 8, 2024, fourteen (14) days later.  No response has been filed.

Since the Court's ruling on his motion, Defendant MasMarques has instead filed two additional non-compliant motions in which he failed to confer with Plaintiff to narrow any issues pursuant to Civil Local Rule 7.1(a)(2), and accordingly failed to certify that he had done so in each filing, in violation of the Court's Order at ECF No. 78.  This suggests that Defendant MasMarques remains aware of the lawsuit against him, but has chosen not to properly respond.

## **CONCLUSION**

WHEREFORE, for the reasons set forth herein, Plaintiff respectfully requests that the Court permit Plaintiff to file a motion requesting that the Clerk enter Defendant MasMarques's default pursuant to Fed. R. Civ. P. 55(a).

---

[1] "Transmission of the Notice of Electronic Filing (NEF) through the court's transmission facilities will constitute service of the filed document upon a registered ECF user."  Civil Local Rule 5.4(c).

Dated: April 15, 2024                    Respectfully submitted,

*[signature]*
Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

### CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)

I certify that on April 15, 2024, I conferred with Defendant MasMarques in regards to this motion in a good faith effort to resolve this issue and/or to narrow the issues.  Defendant MasMarques responded indicating that he does not assent to the relief requested and did not answer my question about whether he intended to file an Answer.

*[signature]*
Aaron Greenspan, *pro se*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 15, 2024 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

_____
Aaron Greenspan