## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON JACOB GREENSPAN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **DIEGO MAS MARQUES** ) | **Case No: 1:2023-cv-10134-DJC** |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT, DIEGO MAS MARQUES, MOTION FOR A CONTINUANCE

NOW COMES the Defendant *pro se*, Diego Mas Marques, and hereby files this Motion

for a continuance of the June 17, 2024 hearing set for 3:00p.m., for either 60 days or at least 30

days and for good cause states as follows:

1.      Defendant's wife is currently undergoing a medical treatment program at MGH in

Boston.

2.      That Defendant *pro se*'s wife is scheduled to undergo a series of medical

treatments all day on June 17, 2024, then continued for another 8 weeks at MGH on a daily

basis.

3.      It is imperative that I be present during the treatment phases.

4.      That undersigned in no way seeks to cause undue delay.

5.      That undersigned requests that this Honorable Court grant a continuance of this

matter for 60 days to allow the undersigned to endure this medical emergency with his wife.

6.      That in the alternative, Defendant *pro se,* requests that this Honorable Court grant a continuance of this matter for at least 30 days.

7.   *WHEREFORE, this Defendant pro se respectfully requests that this motion for a continuance be granted pursuant to local rule 7.1(A)2.*

Dated: June 1, 2024                         Respectfully submitted,

/s/ Diego Mas Marques
Defendant Pro Se
P.O. Box 301
Marlborough, MA 01752
508-850-6228
dmas5@protonmail.com

### Statement of Points and Authorities

Rule 7.1(b)(4) of the Massachusetts U.S. District Court

### CERTIFICATE OF SERVICE

I, Diego Mas Marques, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 1, 2024.

Dated: June 1, 2024                         Respectfully submitted,

/s/ Diego Mas Marques
Defendant Pro Se
P.O. Box 301
Marlborough, MA 01752
508-850-6228
dmas5@protonmail.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **AARON JACOB GREENSPAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **DIEGO MAS MARQUES** | ) | **Case No: 1:2023-cv-10134-DJC** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**AFFIDAVIT OF DEFENDANT, DIEGO MAS MARQUES IN SUPPORT OF THE**
**MOTION FOR A CONTINUANCE**

I, Diego Mas Marques, in support of the accompanying Motion for a Continuance, states

as follows:

1.       That my wife is currently undergoing a medical treatment program at MGH in

Boston and because of medical complications needed her 8th surgery on May 30, 2024.

2.       That my wife is scheduled to undergo a daily medical treatment program of

Infusion Therapy, Radiation and medical appointments after her 8th surgery on May 30, 2024 for

at least 8 weeks on a daily basis, after May 30, 2024.

3.       It is imperative that I be present during the treatment phases.

4.       That undersigned in no way seeks to cause undue delay.

That undersigned requests that this Honorable Court grant a continuance of this matter for 60

days to allow me to transport and support my wife during these medical procedures.

5.      Alternatively, I am requesting that this Honorable Court grant a continuance of this matter for at least 30 days.

*I swear and affirm under the penalties of perjury that the foregoing is true and correct to* the best of my knowledge, information and belief.


Dated: June 1, 2024                                Respectfully submitted,

                                                   /s/ Diego Mas Marques
                                                   Defendant Pro Se
                                                   P.O. Box 301
                                                   Marlborough, MA 01752
                                                   508-850-6228
                                                   dmas5@protonmail.com