UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

    Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

    Defendants.

Case No.: 1:23-cv-10134-DJC

### PLAINTIFF'S OPPOSITION TO DEFENDANT MASMARQUES'S MOTION FOR A CONTINUANCE

    Five hundred (500) days after this lawsuit commenced and the original Complaint in this action was filed, three hundred and fourteen (314) days after the First Amended Complaint was filed, and seventy (70) days after the Court's March 25, 2024 ruling largely denying his motion to dismiss, Defendant Diego MasMarques, Jr. has yet to file any sort of responsive pleading in this action. Defendant MasMarques had fourteen (14) days to respond under Federal Rule of Civil Procedure ("Rule") 12(a)(4)(A), which put his responsive pleading deadline at April 8, 2024. *See* ECF No. 126. He filed nothing. And having been reminded, he has still filed nothing.

    Now, having already secured a two-month extension to prepare for the mandatory Rule 16 Scheduling Conference initially scheduled for April 22, 2024, Defendant MasMarques would like to delay further and requests another two months on the basis of his wife's ongoing medical

1

care.[1]  Defendant MasMarques, who has a history of filing false affidavits, has not provided the Court with a doctor's note confirming that his wife is a patient, or even any sort of schedule from Massachusetts General Hospital that indicates months-long, round-the-clock involvement of family members for those undergoing treatment.  Nor has he explained why, in an age of global interconnectedness, he is unable to participate in a remote Zoom hearing from a technologically advanced facility which offers free wireless internet access[2] and plenty of waiting areas.

Defendant MasMarques's request is part of a broader pattern in this case.  He has refused to engage with mandatory discovery and scheduling requirements.  *See* ECF No. 123.  Since there has been no Answer filed after so long, it is unclear if he intends to respond at all, or if he intends to deliberately default a second time.  *See* ECF No. 16.  This state of procedural limbo has been compounded by the Court's own Orders forbidding routine filing for *both* parties—despite the fact that Plaintiff has never once abused the docket—which have resulted in the Clerk of Court not entering default against Defendant MasMarques even when Rule 55(a) deems that it "must."  Overall, it is unclear what can even be scheduled if Defendant MasMarques refuses to engage, aside from issuing threats, intimidating witnesses, and sending "happy birthday" e-mails.

In light of the above, Plaintiff opposes further delay in this action, whether or not delay is Defendant MasMarques's actual intent.  The Scheduling Conference should go forward as planned unless Defendant MasMarques can produce a signed doctor's note with a specific and detailed reason as to why it should not.  Alternatively, the Clerk of Court should immediately

---

[1] Defendant MasMarques's motion, as per usual, violated Civil Local Rule 7.1(a)(2) since he did not ask Plaintiff about its filing ahead of time, as well as the Court's Order at ECF No. 119 ("the parties are not permitted to file any other papers in this matter without first seeking leave of Court").  It is problematic from a due process perspective that Defendant MasMarques seems to be completely unconstrained by the Rules of this Court and faces no consequences for repeatedly violating them, while Plaintiff is expected to follow the Rules, and does, upon pain of sanctions.
[2] *See* https://www.massgeneral.org/assets/mgh/pdf/visit/mass-general-patient-guide.pdf.

enter default against Defendant MasMarques as the Rules require and the Scheduling Conference should be vacated pending a motion for default judgment.

Dated: June 3, 2024                     Respectfully submitted,

Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2024 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

Aaron Greenspan