## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **AARON JACOB GREENSPAN,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No: 1:2023-cv-10134-DJC** |
| | ) | |
| **DIEGO MAS MARQUES, et al.** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT DIEGO MAS MARQUES, MOTION FOR LEAVE TO  UNSEAL ECF 28 AND ECF 34

NOW COMES the Defendant Diego Mas Marques, and hereby files this Motion for Leave to Unseal ECF 28 and ECF 34 for the following reasons:

1.      Pursuant to Judge Denise J. Casper's electronic order dated September 5, 2023, neither Plaintiff nor this Defendant *pro se* may make any other filings in this case, without first seeking leave of court to do so. Such motion for leave shall not exceed five pages, shall comply with L.R. 7.1 and shall not attach any exhibits.

2.      This defendant  has substantial grounds to have ECF 28 and ECF 34 Unsealed for the proper defense, impartiality, judicial equity and justice in this case, including but not limited to, valid claims against the Plaintiff, who repeatedly files frivolous lawsuits, has hacked in to the MBTA at South Station in Boston, Massachusetts, the online payment company PayMaxx in which plaintiff was caught both times, by the Boston, Massachuetts FBI, but there were no

criminal charges, these articles are in the Boston Business Journal.  Then plaintiff moved to

Dallas, Texas and from there hacked in to the Federal Government's online auction bidding

website, based in New York City and created and run, by the Federal Agency GSA. Again

plaintiff Aaron Jacob Greenspan, was caught by the Dallas, Texas FBI, and again there were no

criminal charges against plaintiff, which nobody can understand why this is.  This is just the tip

of the iceberg, as plaintiff hacked in to defendant's msn email, not once, but twice in September

and October of 2017 and made contact with defendant with two different emails, during the time

that defendant had a Harassment Order against this defendant out of the Santa Clara Superior

Court in San Jose, California.

       3.      Plaintiff engages in abusive litigation practices, and has pursued legal actions,

without a reasonable basis, often to harass, shame and subdue an adversary in to submission, by

using and abusing the United States legal system, by searching his victims legal history and

personal information and then goes on the attack to do a lot of  doxing, extortion, harassment,

intimidation tactics, shaming his victims in to submission and violating the ethical, moral and

professional rules in the courts. Plaintiff continuously is committing perjury under oath in this

case, as plaintiff has done in other court cases, and causing the defense to waste a lot of time and

money, as the plaintiff makes attempts to try and win legal cases, by default, by fabricating false

accusations and narratives in his complaint.

       4.      It is in the interest of fairness, judicial equity and  justice to permit the defendant

to assert his defense and not be constrained, by what the plaintiff doesn't want this court, the

public and the upcoming jurors in a jury trial to see, as evidence against him. The defendant

cannot adequately defend himself, if solid evidence against plaintiff is not allowed to be made

public in this case and Sealed from public view, especially when this case goes to a jury trial, this

evidence is extremely crucial for the proper defense and the counterclaim in this case. Otherwise, if ECF 28 and ECF 34 are not Unsealed, then this is biased and disrcriminatory in this case and it shows a lack of judicial equity and favoratism for the plaintiff and will hinder defendant to adequately defend himself in this matter, before this court.

5.      Defendant has a right to defend himself and this cannot be done if evidence of crimes, such as hacking and other malicious behaviors, such as committing perjury under oath, by this plaintiff are not allowed to be fully displayed and shown to the public and the jurors in a jury trial in this case. Defendant has a legitimate right to defend himself in this case, otherwise, this case is one sided and is lacking impartiality and judicial equity.

6.      This motion complies with Local Rule 7.1 in that the motion is concise and does not exceed the five-page limit set by the Court's order, and no exhibits are attached hereto.


WHEREFORE, this defendant respectfully requests that leave of court be granted to Unseal ECF 28 and ECF 34 and as an alternative to allow defendant to upload all of these documents again, and refile them in this case on the court docket, as evidence against this plaintiff, in order to be able to adequately prepare the defense against this plaintiff.


Respectfully submitted,

/s/ Diego Mas Marques
Defendant *pro se*
P.O. Box 301
Marlborough, MA 01752
dmas5@protonmail.com

Dated: June 20, 2024


## Statement of Points and Authorities

Local Rule 7.1

## CERTIFICATE OF SERVICE

I, Diego Mas Marques, hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 20, 2024.

Respectfully submitted,

/s/ Diego Mas Marques
Defendant Pro Se
P.O. Box 301
Marlborough, MA 01752
dmas5@protonmail.com

Dated: June 20, 2024