**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____
                                     )

**AARON JACOB GREENSPAN,**   )

                                     )

Plaintiff,                 )

                                     )

v.                          )     **Case No: 1:2023-cv-10134-DJC**

                                     )

**DIEGO MAS MARQUES, et al.**   )     **Honorable Denise J. Casper**

                                     )

                                     )

Defendants.            )

                                     )

_____

**DIEGO MAS MARQUES, DEFENDANT'S MOTION REQUESTING THAT A PRO BONO ATTORNEY BE ASSSIGNED TO THIS CASE**

NOW COMES, the Defendant Diego Mas Marques, and hereby files this Motion to request from this honorale court, that a Pro Bono Attorney be assigned to this case to represent defendant for the following reasons:

1.     Pursuant to Judge Denise J. Casper's electronic order dated September 5, 2023, neither Plaintiff nor this Defendant _pro se_ may make any other filings in this case, without first seeking leave of court to do so. Such motion for leave shall not exceed five pages, shall comply with L.R. 7.1 and shall not attach any exhibits.

2.     This defendant has had his career, reputation and livelihood ruined, by this plaintiff Aaron Jacob Greenspan, by using his various data mining, monetized and weaponized websites, such as plainsite.org, leagle.com and others, then plaintiff has been selectively uploading these documents on to a vast array of online Blog's, such as GoogleGroups, sending

these highly selective legal documents to the leasing office, where defendant resides and many

other places to further damage my reputation, which this plaintiff has admitted to doing under

oath, before Judge Carol Overton at the Santa Clara Superior Court in San Jose, California and

this is also in the the official transcript of the that court.

       3.      What plaintiff is doing with the public's legal documents and personal

information has nothing to do with what the plaintiff falsely claims under the guise, "affirming

public accesss to judicial records", as that is not what is going on with this plaintiff. This plaintiff

is using the legal documents and personal information, that he is accessing to destroy his victims

careers. reputations under the guise of the First Amendment and goes all out to defame, libel,

shame and slander his victims, as this plaintiff has been doing to this defendant for over 7 years

at this point. This plaintiff should not be allowed to access anyone's legal documents, or personal

information, as plaintiff is mentally disturbed and appears to suffer from OCD, as he falsely

claims, that he created Facebook and not Mark Zuckerberg and should have his data mining,

monetized and weaponized websites permanently shut down, by a Judge, or Law Enforcement.

       4.      The plaintiff Aaron Jacob Greenspan, owns and runs various extortion and

blackmail data mining, monetized websites, such as plainsite.org and leagle.com, where this

plaintiff demands thousands of dollars to not even delete, but to suppress each URL from his

websites, does IP harvesting, mostly collecting this money, through third parties. This plaintiff is

literally part of the "Slander Industry", hiding behind the First Amendment and the Decency Act

230. This plaintiff has committed perjury under oath many times, throughout his complaints, and

the following is just another lie by plaintiff, "Plainsite and Plaintiff have never accepted payment

from any removal service or any other third party to remove or suppress content." Defendant has

the evidence to prove that plaintiff is committing perjury under oath, before this court.

5.      This plaintiff has made false statements and continuously committed perjury

under oath, before this court throughout his complaints and other documents in this case. Some

of the fabrications, where this defendant has perjured himself under oath, are the following, as

plaintiff wrote in line 11 of his complaint from January 20, 2023, "Defendant MasMarques is a

convicted murderer and alleged rapist with a documented history of mental illness and physical

violence." This is a fabricated statement by the plaintiff and he is committing perjury and slander

under oath, before this court, defendant is not a convicted murderer, not an alleged rapist, has no

criminal record and the only person in this case that has mental illness is the plaintiff Aaron

Jacob Greenspan and according to what is stated online, plaintiff Aaron Jacob Greenspan has

been caught, by the Shaker Heights, Ohio Police with child pornography on his computer and

has been denied to adopt a child, so plaintiff filed another lawsuit.

6.      The list of fabrications and falsehoods, by this plaintiff Aaron Jacob Greenspan

extend throughout his entire complaints and the documents throughout this case and will need to

be addressed in the Answer to the complaint, along with a Motion for Sanctions against plaintiff.

7.      This motion complies with Local Rule 7.1 in that the motion is concise and does

not exceed the five-page limit set by the Court's order, and no exhibits are attached hereto.

WHEREFORE, this defendant respectfully requests that leave of court be granted for this

court to assign a Pro Bono Attorney to this defendant, in order to adequately answer the

frivolouas complaint from this plaintiff, that is full of fabricated falsehoods and lies, throughtout

the entire complaint, file Sanctions against plaintiff and prepare for the jury trial

Dated: June 24, 2024                          Respectfully submitted,

/s/ Diego Mas Marques
Defendant *pro se*
P.O. Box 301
Marlborough, MA 01752
dmas5@protonmail.com

**Statement of Points and Authorities**

Local Rule 7.1

**CERTIFICATE OF SERVICE**

I, Diego Mas Marques, hereby certify that this document was filed through the ECF

system and will be sent electronically to the registered participants as identified on the

Notice of Electronic Filing (NEF) on June 24, 2024.

 Dated: June 24, 2024                    Respectfully submitted,

                                         /s/ Diego Mas Marques
                                         Defendant Pro Se
                        ,                P.O. Box 301
                                         Marlborough, MA 01752
                                         dmas5@protonmail.com