UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>  Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>  Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S OPPOSITION TO DEFENDANT MASMARQUES'S
MOTION FOR LEAVE TO UNSEAL ECF 28 AND ECF 34**

Defendant MasMarques's instant motion, ECF No. 139, seeks to "unseal" documents that are not sealed in the first place and whose contents he is already well aware of since he authored them. ECF Nos. 28 and 34 were struck from the record on account of the deliberate inclusion of false, impertinent and scandalous material; the net result is that the documents are treated as though they were never filed. *See* ECF Nos. 41, 77. Defendant MasMarques now attempts to re-introduce some of these same conspiracy theories—and some of the same ones he has voiced on ComplaintsBoard—into the public record through yet another improper filing nominally subject to litigation privilege. The Court should rebuff this attempt to compound the harassment and libel already at issue in this case and put a stop to Defendant MasMarques's now years-long abuse of the docket.

1

For the same reasons already expressed in ECF Nos. 41 and 46, Plaintiff's prior motions to strike Defendant MasMarques's harassing and libelous nonsense, Plaintiff opposes the relief requested here by Defendant MasMarques, not only because unsealing documents that were never sealed is irrational on its face, and not only because requesting as much amounts to a stealth motion for reconsideration and third bite at the apple that has absolutely no merit, but also because this motion represents *yet another* violation of Civil Local Rule 7.1(a)(2), *yet another* violation of the Court's various Orders at ECF No. 40 ("As the Court understands that Mr. MasMarques is now proceeding pro se, he must still abide the deadlines that the Court has set today and otherwise comply with the Fed. Rules of Civil Procedure and Local Rules of this Court in regard to any filings.") and ECF No. 78 ("…shall comply with L.R. 7.1…"), and *yet another* abuse by Defendant MasMarques of his electronic filing privileges.  Accordingly, Plaintiff respectfully requests that ECF No. 139 also be struck from the record and that, in light of this motion and the motion at ECF No. 140, which will be addressed in a separate opposition brief, Defendant MasMarques's CM/ECF access be revoked and all filing restrictions on Plaintiff be lifted.[1]

Dated: June 24, 2024                              Respectfully submitted,

*[signature]*

Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

---

[1] Restrictions on Plaintiff's ability to file were never merited as the abuse of the docket has been entirely one-sided.  Defendant MasMarques routinely puts his adversaries in a position where they *must* file responses to preserve their rights.  That does not make the abuse symmetric.

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2024 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

Aaron Greenspan