UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO STRIKE ECF NO. 143

Five hundred and thirty-five (535) days after this lawsuit was filed, with the benefit of multiple extensions of time to respond offered by the Court, Defendant Diego MasMarques, Jr. has finally filed a 77-page Answer, ECF No. 143, but it fails to comply with the Federal Rules of Civil Procedure ("Rules") and with the Court's Order at ECF No. 135 ("Such answer shall be in a form and substance that complies with the Federal Rules of Civil Procedure and Local Rules."). Plaintiff respectfully moves to strike the Answer in its entirety pursuant to Rule 12(f).

Rule 8(b)(1)(A) states, "*In General*. In responding to a pleading, a party must: state in short and plain terms its defenses to each claim asserted against it…" Fed. R. Civ. P. 8(b)(1)(A). Defendant MasMarques's Answer is neither "short" nor written in "plain terms." It is teeming with Defendant MasMarques's usual false, scandalous allegations; numerous incomplete, spontaneously truncated statements; obviously false and self-contradictory statements; inapposite citations to irrelevant caselaw; names of non-parties and legal entities who have nothing to do

1

with the paragraphs being responded to; and unsupported diatribes.  Some allegations in the First Amended Complaint, such as paragraph 7, are not actually responded to at all, while other responses are pages and pages long due to the inclusion of "redundant, immaterial, impertinent, or scandalous matter," such as the response to paragraph 10, which begins on page 5 and ends on page 11.

Generally, Defendant MasMarques has once again abused this Court's docket as a platform to libel and harass Plaintiff, his family members, and others.  This type of responsive pleading clearly violates Rule 8(b)(1)(A) and prejudices Plaintiff.  Plaintiff should be permitted to motion to have it struck from the record, or the Court should strike it *sua sponte*.


Dated: July 8, 2024				Respectfully submitted,



						_____
						Aaron Greenspan, *pro se*
						956 Carolina Street
						San Francisco, CA  94107-3337
						Phone: +1 415 670 9350
						Fax: +1 415 373 3959
						E-Mail: aaron.greenspan@plainsite.org

**CERTIFICATE OF SERVICE**

 I hereby certify that on July 8, 2024 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

_____
Aaron Greenspan