AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| Aaron Greenspan ) | |
| *Plaintiff* ) | Case No.  1:23-CV-10134-DJC |
| v. ) | |
| Diego Masmarques Jr. a/k/a Diego Mas Howard a/k/a Ricky Mas Marques a/k/a Jack Jones, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Diego Masmarques Jr. a/k/a Diego Mas Howard a/k/a Ricky Mas Marques a/k/a Jack Jones.

Date: 2/24/25

_____
*Attorney's signature*

Timothy Connors
*Printed name and bar number*
105 Kenoza Avenue
Haverhill, Ma 01830

_____
*Address*

tim@timothyconnorslaw.com
*E-mail address*

978-327-5317
*Telephone number*

978-377-0567
*FAX number*

[ Print ]    [ Save As... ]    [ Reset ]