UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

AARON GREENSPAN,
    Plaintiff

v.                        Case No: 1:23-cv-10134-DJC

DIEGO MASMARQUES, JR., et al.
    Defendants

**DEFENDANT DIEGO MASMARQUES, JR.'S PROPOSED SCHEDULING ORDER**

      Now comes the defendant in this matter and proposes the following scheduling order pursuant to court order issued on to about February 12, 2025:

Defendant's Proposed Discovery Plan

1. Counsel is brand new to this case and is still reviewing all pleadings that have been filed, but from what has been filed and what has been litigated thus far, defense counsel propose the following in good faith.

2. Parties agree to limit discovery to relevant and admissible evidence as noted in Fed. R. Civ. P. 26(b)(1).

3. Initial disclosures by each party shall be made within thirty (30) days of this order on or before 3/23/25.

4. Requests for production of documents, request for admissions and interrogatories shall be completed within ninety (90) days; on or before 5/23/25.

5. Disclosure of any and all expert witnesses with reports shall be made within 120 days of this order, on or before 6/23/25.

6. Depositions of any witnesses, including expert witnesses, shall occur within 210 days of this order, on or before 9/23/25.

7. Motions to dismiss and / or motions for summary judgment and / or any other dispositive motions may be filed any time during these proceedings.  Said motions must be filed on or before 11/23/25.

8. It does not appear that the parties would be able to utilize alternative dispute resolution in this matter provided the factual allegations of the plaintiff and relief requested.

9. The projected cost / budget of discovery is unknown at this time, as counsel is still reviewing pleadings and familiarizing himself with the case.

10. Deadline for submission of witness and exhibit list shall be December 1, 2026.

11. Requested trial date January 5, 2026.  Trial is expected to last 3 to 4 days.

12. I certify that I have discussed these deadlines with the defendant in this matter.  I have not yet discussed the proposed deadlines with the plaintiff, as the order dated February 12, 205 does not requires such.

                    Respectfully Submitted,

Dated:  February 24, 2025

                    _____
                    Timothy Connors, BBO# 665205
                    105 Kenoza Avenue
                    Haverhill, MA 01830
                    (978) 327-5317