UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **DIEGO MASMARQUES, JR.** a/k/a **DIEGO MAS HOWARD** a/k/a **RICKY MAS MARQUES** a/k/a **JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**, <br><br> Defendants. | Case No.: 1:23-cv-10134-DJC |

## PLAINTIFF'S SECOND STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 16, CIVIL LOCAL RULE 16.1(d) AND ECF NO. 151

Pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16.1(d) and the Court's Order at ECF No. 151, Plaintiff Aaron Greenspan hereby makes the following statement.

Defendant Diego MasMarques, Jr. has refused to cooperate with Plaintiff to discuss any of the required matters outlined in the above authorities. Defendant MasMarques has also refused to discuss discovery matters pursuant to Federal Rule of Civil Procedure 26, having responded in 2024 instead by making false accusations and wishing Plaintiff a "[h]appy birthday." *See* ECF No. 123-1.

Plaintiff has written to Defendant MasMarques, "My position is that you are 100% liable for damages and costs stemming from claims only against you and 50% liable for damages and costs stemming from claims against you and ComplaintsBoard." Currently, against Defendant

1

MasMarques, Plaintiff intends to seek the full amount of monetary damages described in the active complaint.

Plaintiff suggests the following schedule for Defendant MasMarques for the remainder of the case:

| Event Deadline | Proposed Date |
|---|---|
| Answer or Amended Answer In Response To First Amended Complaint, ECF No. 54 | March 12, 2025 |
| Rule 26 Initial Disclosures | March 12, 2025 |
| Responses to Plaintiff's First Set of Requests for Production of Documents and Things (Served February 12, 2025) | March 12, 2025 |
| Close of Document-Based Discovery | May 31, 2025 |
| Close of Rule 30 Depositions | June 30, 2025 |
| Expert Witness Reports | July 31, 2025 |
| Motions for Summary Judgment / Motions for Judgment on the Pleadings | September 30, 2025 |
| Witness and Exhibit Lists | October 31, 2025 |
| Trial (2-3 Days) | November 3, 2025 |

Defendant MasMarques never actually filed an Answer to the operative complaint in this action. Since he was self-represented at the time, the Court implicitly granted him leeway and suggested a number of heavy edits to the document he did file, which repeatedly ran afoul of the Federal Rules of Civil Procedure. *See* ECF No. 148. Now Defendant MasMarques is once again represented by counsel. He should be required to file an appropriate Answer that complies with the Rules and responds to the operative complaint, as it should not be Plaintiff's burden to attempt to match up ambiguous paragraph linkages one by one.

Since Plaintiff has been waiting on Defendant MasMarques to provide his Rule 26 initial disclosures *since mid-2024*, and when representing himself Defendant MasMarques refused to comply with Rule 26, such disclosures should also be provided no later than one week after the March 5, 2025 scheduling conference.

Plaintiff does not anticipate the need for more than one or two expert witnesses, if any are necessary at all.

Defendant MasMarques's typo-filled "Proposed Scheduling Order" at ECF No. 157,[1] which is neither a proposed order with a place for a judge to sign, nor a document that complies with Federal Rule of Civil Procedure 11(a) as it is not signed by anyone at all,[2] confusingly refers to "[m]otions to dismiss" which "may be filed any time during these proceedings." The Court has already ruled on Defendant MasMarques's motion to dismiss. *See* ECF No. 118. Plaintiff has waited nearly a year since then for these proceedings to resume. Further unnecessary delays in the case schedule are entirely unwarranted.

Plaintiff is willing to consider mediation in order to arrive at a settlement of the claims so long as any costs are paid by Defendant MasMarques or the Court itself. Plaintiff has made a settlement offer to Defendant MasMarques pursuant to Civil Local Rule 16.1(c).

Dated: February 26, 2025               Respectfully submitted,

*(signature)*
Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

---

[1] Plaintiff attempted to engage with opposing counsel regarding the differences in each party's proposed schedule. Instead of responding, opposing counsel filed ECF No. 157 minutes later.
[2] For this reason, striking the document would be appropriate.

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 26, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

                                              Aaron Greenspan