UNITED STATES DISTRICT COURT
for the
District of Massachusetts

AARON GREENSPAN )
    Plaintiff )
v. ) Case No# 1:23-CV-10134-DJC
 )
DIEGO MASMARQUES, JR., ET. AL. )
    Defendants

## NOTICE OF WITHDRAWAL

Now comes defense counsel and moves to withdraw from this matter as counsel and his client has experienced an irretrievable breakdown of the attorney client relationship. The defendant ASSENTS to this motion and is seeking new counsel.

Respectfully Submitted,

Dated: February 28, 2025

/s/ Timothy Connors
Timothy J. Connors, BBO # 665205
105 Kenoza Avenue
Haverhill, MA 01830
(978) 327-5317

**Certificate of Service**

I certify that I Efiled this pleading on 2/28/25 and emailed the same to the defendant.

Dated: February 28, 2025

/s/ Timothy Connors
Timothy J. Connors, BBO # 665205