UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| AARON GREENSPAN )<br>    Plaintiff )<br>v. )<br>)<br>DIEGO MASMARQUES, JR., ET. AL. )<br>    Defendants | Case No# 1:23-CV-10134-DJC |

## **MOTION TO CONTINUE SCHEDULING CONFERENCE FOR MARCH 5, 2025**

Now comes defense counsel and requests that this Honorable Court allow the defendant to continue the scheduling conference on for March 5, 2025. As reasons therefore:

1. Defense counsel just Efiled a motion to withdraw in this matter based upon a breakdown in attorney client relationship.

2. The defendant has not yet obtained new counsel to review the case and assess what a reasonable scheduling order should entail.

3. The defendant has requested thirty (30) days to allow himself to obtain new counsel, in which at such time, his successor counsel will be able to meaningfully participate in a scheduling conference.

4. A thirty-day continuance will not prejudice either side.

Respectfully Submitted,

Dated: February 28, 2025

/s/ Timothy Connors
Timothy J. Connors, BBO # 665205
105 Kenoza Avenue
Haverhill, MA 01830
(978) 327-5317

## Certificate of Service

I certify that I Efiled this pleading on 2/28/25 and emailed the same to the defendant.

Dated: February 28, 2025                 /s/ Timothy Connors
                                                      Timothy J. Connors, BBO # 665205