UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

    Plaintiff,

  v.

**DIEGO MASMARQUES, JR.** a/k/a **DIEGO MAS HOWARD** a/k/a **RICKY MAS MARQUES** a/k/a **JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

    Defendants.

Case No.: 1:23-cv-10134-DJC

**PLAINTIFF'S THIRD STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 16, CIVIL LOCAL RULE 16.1(d) AND ECF NOS. 151 AND 162**

Pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16.1(d) and the Court's Orders at ECF Nos. 151 and 162, Plaintiff Aaron Greenspan hereby makes the following statement, revised due to Defendant Diego MasMarques, Jr.'s delay.

Defendant MasMarques has refused to cooperate with Plaintiff to discuss any of the required matters outlined in the above authorities. Defendant MasMarques has also refused to discuss discovery matters pursuant to Federal Rule of Civil Procedure 26, having responded in 2024 instead by making false accusations and wishing Plaintiff a "[h]appy birthday." *See* ECF No. 123-1.

Plaintiff has written to Defendant MasMarques, "My position is that you are 100% liable for damages and costs stemming from claims only against you and 50% liable for damages and costs stemming from claims against you and ComplaintsBoard." Currently, against Defendant

1

MasMarques, Plaintiff intends to seek the full amount of monetary damages described in the active complaint.

Plaintiff suggests the following revised schedule as pertains to Defendant MasMarques for the remainder of the case:

| Event Deadline | Proposed Date |
| --- | --- |
| Answer or Amended Answer In Response To First Amended Complaint, ECF No. 54 | April 11, 2025 |
| Rule 26 Initial Disclosures | April 11, 2025 |
| Responses to Plaintiff's First Set of Requests for Production of Documents and Things (Served February 12, 2025) | April 11, 2025 |
| Close of Document-Based Discovery | May 31, 2025 |
| Close of Rule 30 Depositions | June 30, 2025 |
| Expert Witness Reports | July 31, 2025 |
| Motions for Summary Judgment / Motions for Judgment on the Pleadings | September 30, 2025 |
| Witness and Exhibit Lists | October 31, 2025 |
| Trial (2-3 Days) | November 3, 2025 |

Defendant MasMarques never actually filed an Answer to the operative complaint in this action. Since he was self-represented at the time, the Court implicitly granted him leeway and suggested a number of heavy edits to the document he did file, which repeatedly ran afoul of the Federal Rules of Civil Procedure. *See* ECF No. 148. Defendant MasMarques then once again engaged counsel, who subsequently withdrew. Notwithstanding his apparent inability to retain counsel for more than a few days at a time, Defendant MasMarques should be required to file an appropriate Answer that complies with the Rules and responds to the "*operative complaint*" (emphasis added, *see* ECF No. 135), as it should not be Plaintiff's burden to attempt to match up ambiguous paragraph linkages one by one.

Since Plaintiff has been waiting on Defendant MasMarques to provide his Rule 26 initial disclosures *since mid-2024*, and when representing himself Defendant MasMarques refused to

comply with Rule 26, such disclosures should also be provided no later than 48 hours after the April 9, 2025 scheduling conference.

Plaintiff does not anticipate the need for more than one or two expert witnesses, if any are necessary at all.

Defendant MasMarques's typo-filled "Proposed Scheduling Order" at ECF No. 157,[1] which is neither a proposed order with a place for a judge to sign, nor a document that complies with Federal Rule of Civil Procedure 11(a) as it is not signed by anyone at all,[2] confusingly refers to "[m]otions to dismiss" which "may be filed any time during these proceedings." The Court has already ruled on Defendant MasMarques's motion to dismiss. *See* ECF No. 118. Plaintiff has waited over a year since then for these proceedings to resume. Further unnecessary delays in the case schedule are entirely unwarranted.

Plaintiff is willing to consider mediation in order to arrive at a settlement of the claims so long as any costs are paid by Defendant MasMarques or the Court itself. Plaintiff has made a settlement offer to Defendant MasMarques pursuant to Civil Local Rule 16.1(c).

Dated: April 7, 2025                    Respectfully submitted,

*/s/ Aaron Greenspan*
Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

---

[1] Plaintiff attempted to engage with opposing counsel regarding the differences in each party's proposed schedule. Instead of responding, opposing counsel filed ECF No. 157 minutes later. Defendant MasMarques's most recent opposing counsel withdrew four days after appearing in the case.

[2] For this reason, striking the document would be appropriate.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

_____
Aaron Greenspan