# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

**SUFFOLK, SS**                                        Case No. 1-23-cv-10134-DJC

_____

**AARON GREENSPAN**                          )

    Plaintiff,                                        )

**v.**                                                               )

**DIEGO MASMARQUES, JR. a/k/a**        )

**DIEGO MAS HOWARD a/k/a RICKY MAS**  )

**MARQUES a/k/a JACK JONES, SERGEI IGOREVICH**  )

**KUDRIAVTSEV, and MEDIOLEX, LTD.**    )

    Defendant.                                     )

_____)

## DEFENDANT ATTORNEY'S NOTICE OF APPEARANCE

    Now comes Attorney Simon B. Mann who hereby files his Notice of Appearance on behalf of Defendant Diego MasMarques, Jr.

                                              Respectfully submitted,
                                              Plaintiff.

                                              By his attorney,

                                              /s/ *Simon B. Mann*
                                              _____

                                              Simon B. Mann
                                              BBO: 665301
                                              Mann Law Firm PC
                                              200 Highland Ave, Ste 302
                                              Needham, MA 02492
                                              p. 617.690.7379
                                              f. 781.400.5469
                                              simon@sbmannlaw.