UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**SUFFOLK, SS**                                                          Case No. 1-23-cv-10134-DJC

_____

**AARON GREENSPAN**                                        )
    Plaintiff,                                                        )
**v.**                                                                           )
**DIEGO MASMARQUES, JR. a/k/a**                    )
**DIEGO MAS HOWARD a/k/a RICKY MAS**      )
**MARQUES a/k/a JACK JONES, SERGEI IGOREVICH** )
**KUDRIAVTSEV, and MEDIOLEX, LTD.**            )
    Defendant.                                                      )
_____)

## DEFENDANT ATTORNEY'S NOTICE OF APPEARANCE

    Now comes Attorney Simon B. Mann who hereby files his Notice of Appearance on behalf of Defendant Diego MasMarques, Jr.

                                                    Respectfully submitted,
                                                    Defendant.

                                                     By his attorney,

                                                     /s/ *Simon B. Mann*
                                                     _____

                                                     Simon B. Mann
                                                     BBO: 665301
                                                     Mann Law Firm PC
                                                     200 Highland Ave, Ste 302
                                                     Needham, MA 02492
                                                     p. 617.690.7379
                                                     f. 781.400.5469
                                                     simon@sbmannlaw.com