UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AARON GREENSPAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 23-cv-10134-DJC |
| DIEGO MASMARQUES, | ) |
| Defendant. | ) |

**SCHEDULING ORDER**

April 14, 2025

This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Discovery and Motion Practice**

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Initial Disclosures:** The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) by **April 18, 2025**.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **April 18, 2025**.

3. **Fact Discovery - Interim Deadlines.**
    a. All written fact discovery must be served by **June 20, 2025**.
    b. All depositions, other than expert depositions, must be completed by **August 29, 2025**.

4. **Fact Discovery - Final Deadline.** All discovery, other than expert discovery, must be completed by **August 29, 2025**.

5. **Status Conference.** A status conference will be held on **August 6, 2025, at 2:30 p.m.**, in Courtroom 14 on the 5th floor before the Hon. Jennifer C. Boal, U.S.M.J. By **August 4, 2025**, the parties shall file a STATUS REPORT indicating the current status of the case, including whether the parties intend to seek expert discovery and/or intend to file any dispositive motions, whether the parties are interested in mediation, as well as any other matter relevant to the progress of the case.

6. **Expert Discovery.**
   a. Plaintiff(s)' trial experts must be designated, and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **September 26, 2025**.
   b. Defendant(s)' trial experts must be designated, and the information required by Fed. R. Civ. P. 26(a)(2) must be disclosed by **October 24, 2025**.
   c. Expert depositions must be completed by **November 21, 2025**.

7. **Dispositive Motions.**
   a. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by **December 19, 2025**.
   b. Oppositions to dispositive motions must be filed within **30** days after service of the motion.
   c. In addition to the requirements set out in Local Rule 56.1, and in order for the Court to have in hand a single document containing the parties' positions as to material facts in an easily comprehensible form, the opposing party, in preparing its response to the statement of facts, shall reprint the moving party's statement of material facts and shall set forth a response to each directly below the appropriate numbered paragraph. In addition to any required filing on the CM/ECF system, the parties must also email the Clerk the resulting single consolidated statement of facts for the Court's review in either Microsoft Word or Word Perfect.

**Procedural Provisions**

1. **Status Conferences.** The Court has scheduled a status conference after (or close to) the close of discovery for case management purposes. Upon request of counsel, or at the Court's own initiative, additional case-management or status conferences may be scheduled. Parties may request video conferences where appropriate to avoid undue inconvenience or expense.

2. **Early Resolution of Issues.** The Court recognizes that, in some cases, resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to identify any such issues and to make appropriate motions at an early stage in the litigation.

3. **Modification of Scheduling Order.** Pursuant to Local Rule 16.1(g), the Scheduling Order, having been established with the participation of all parties, can be modified only by court order, and only upon a showing of good cause supported by affidavits, other evidentiary materials, or references to pertinent portions of the record. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

/s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge