UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

**SUFFOLK, SS**                                            Case No. 1-23-cv-10134-DJC

_____

| | |
|---|---|
| AARON GREENSPAN | ) |
|     Plaintiff, | ) |
| v. | ) |
| DIEGO MASMARQUES, JR. a/k/a | ) |
| DIEGO MAS HOWARD a/k/a RICKY MAS | ) |
| MARQUES a/k/a JACK JONES, SERGEI IGOREVICH | ) |
| KUDRIAVTSEV, and MEDIOLEX, LTD. | ) |
|     Defendant. | ) |
| _____ | ) |

## SIMON B. MANN AND MANN LAW FIRM PC'S REQUEST TO WITHDRAW AS COUNSEL FOR THE DEFENDANT DIEGO MASMARQUES, JR.

Now Comes Attorney Simon B. Mann and Mann Law Firm, PC, who respectfully request to withdraw from representation of the Defendant Diego MasMarques, Jr., in the above-captioned matter. As reasons therefore, an irretrievable breakdown of the attorney-client relationship has occurred.

Therefore, Attorney Simon B. Mann and Mann Law Firm, PC request this Court allow their withdrawal from representation of the Defendant Diego MasMarques, Jr. in the above-captioned matter.

By his attorney,

/s/ *Simon B. Mann*

_____

Simon B. Mann BBO #665301

MANN LAW FIRM, PC

200 Highland Ave, Ste 302

Needham, MA 02494

(617) 690-7379

simon@sbmannlaw.com

**CERTIFICATE OF SERVICE**

I, Simon Mann, hereby certify that pursuant to Local Rule 5.4(c), this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. For those parties indicated as non-registered participants, if any, a paper copy has been sent by U.S. First Class Mail on the following date.

/s/ Simon Mann

_____        Date: December April 25, 2025

Simon Mann