UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN, )<br>)<br>Plaintiff. )<br>)<br>v. )<br>)<br>DIEGO MAS MARQUES, ET AL., )<br>)<br>Defendants. )<br>) | Civil Action No.: 1:23-cv-10134-DJC |

**<u>NOTICE OF APPEARANCE</u>**

The undersigned hereby enters her appearance in the above-captioned case on behalf of the defendant, Diego Mas Marques.

                                                Respectfully submitted,
                                                DIEGO MAS MARQUES,
                                                By his Attorney,

                                                */s/ Ashley Andrade*

                                                Ashley A. Andrade, Esq.
                                                ANDRADE LEGAL, LLC
                                                867 Boylston Street
                                                5th Floor #1119
                                                Boston, MA 02116
                                                BBO# 697189
Dated: May 6, 2025                          ashley@andrade-legal.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this document was filed electronically on May 6, 2025, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                                        */s/ Ashley  Andrade*

May 6, 2025                                    Ashley A. Andrade, BBO # 697189