UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| v. ) | Civil Action No.: 1:23-cv-10134-DJC |
| ) | |
| DIEGO MAS MARQUES, ET AL., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED ANSWER**

Defendant Diego MasMarques ("Defendant") respectfully moves this Court pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure to extend the deadline to file the amended answer in this matter by two (2) weeks, from May 8, 2025 to May 22, 2025.

As grounds for this motion, Defendant states as follows:

1. On April 14, 2025, Magistrate Judge Boal entered a Scheduling Order. *See* Dkt. 170. On April 25, 2025, Attorney Simon Mann filed a motion to withdraw as counsel for Defendant. *See* Dkt. 171.

2. On April 29, 2025, the Court granted the motion to withdraw and ordered Defendant to serve his initial disclosures and amended answer, and to respond to Plaintiff's document requests by May 8, 2025, if not already completed. *See* Dkt. 173.

3. On May 6, 2025, undersigned counsel entered an appearance on behalf of Defendant. *See* Dkt. 174.

4. In light of the recent substitution of counsel, Defendant respectfully requests a brief two-week extension of time to allow newly substituted counsel adequate time to review the pleadings, evaluate procedural and substantive issues, and determine the most appropriate course of action in response to the current procedural posture, consistent with the requirements of Rule 8 and other applicable provisions of the Federal Rules of Civil Procedure.

5. This request is made in good faith and not for the purpose of delay.

6. Defendant has already served Plaintiff with his Initial Disclosures and responses to Plaintiff's First Set of Production of Documents and Things, consistent with the Court's April 29, 2025 Order. A supplement to Defendant's Initial Disclosures was also served to Plaintiff on or about May 7, 2025.

7. Defendant's new counsel is cooperating in good faith with Plaintiff and continues to engage in discussions regarding Plaintiff's position that certain document responses may be incomplete. While Defendant maintains that his discovery responses are reasonable and made in good faith, counsel is reviewing the requests at issue and working to provide any appropriate supplementation to avoid unnecessary motion practice.

8. Plaintiff will not be prejudiced by this brief extension, and the requested relief is in the interest of justice and judicial economy.

WHEREFORE, Defendant respectfully requests that this Court grant his two (2) week extension of the deadline to file the amended answer in this matter from May 8, 2025 to May 22, 2025.

Respectfully submitted,

DIEGO MAS MARQUES,

By his Attorney,

*/s/ Ashley Andrade*
_____
Ashley A. Andrade, Esq.
ANDRADE LEGAL, LLC
867 Boylston Street, 5th Floor #1119
Boston, MA 02116
BBO# 697189
Phone: 617.206.1822
Dated:  May 8, 2025                              Email: ashley@andrade-legal.com

LOCAL RULE 7.1.(a)(2) CERTIFICATE

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on May 7, 2025, I conferred via email with pro se Plaintiff in good faith regarding the timing of Defendant's anticipated filing and the need for additional time to complete it.

*/s/ Ashley  Andrade*
_____

Ashley A. Andrade

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically on May 8, 2025, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Ashley Andrade
_____

May 8, 2025                              Ashley A. Andrade, BBO # 697189