**<u>EXHIBIT B</u>**
Plaintiff's E-Mail to Attorney Ashley Andrade Dated May 24, 2025

**From:** **Aaron Greenspan** aaron.greenspan@plainsite.org
**Subject:** Re: Defendant MasMarques' Answers to Interrogatories
**Date:** May 24, 2025 at 12:01 AM
**To:** Ashley Andrade  ashley@andrade-legal.com

---

Ashley,

Thanks for these.

Generally speaking, I keep very good records. Consequently, I can say with certainty that you just signed your name to a perjurious document. Granted, it's as to the objections, but still, you helped draft the answers. So we should talk about that at your earliest convenience.

Regards,

Aaron

PlainSite I [https://www.plainsite.org](https://www.plainsite.org)

> On May 23, 2025, at 8:47 PM, Ashley Andrade <[ashley@andrade-legal.com](mailto:ashley@andrade-legal.com)> wrote:
>
> Aaron,
>
> Please find the Answers to Interrogatories attached.
>
> Have a great Memorial Day Weekend!
>
> Ashley
>
>
> --
> Ashley Andrade, Esq.
> ANDRADE LEGAL
> 867 Boylston Street, 5th Floor, #1119
> Boston, MA 02116
> p. 617.206.1822
> c. 978.618.5414
> <Defendant Answer to Interrogatories 5.23.2025 - signed.pdf>