**EXHIBIT D**

Twitter Password Reset Page for @Giza299792458N Dated May 11, 2021

 Password Reset

Password Reset

English ▾

# How do you want to reset your password?

 **Giza299792458N**
@Giza299792458N

You can use the information associated with your account.

🔘 Send an email to **85\*\*@p\*\*\*\*\*\*\*\*\*.\*\*\***

Next

Don't have access to these?