UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON GREENSPAN,

    Plaintiff,

  v.

DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVTSEV, MEDIOLEX, LTD., and ASTRAD, LTD.,

    Defendants.

Case No.: 1:23-cv-10134-DJC

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR FRCP 11 SANCTIONS**

    More than 21 days ago, Plaintiff served a motion for sanctions pursuant to Federal Rule of Civil Procedure ("Rule") 11 on counsel for Defendant Diego MasMarques, Jr. The basis for the motion was and is that Defendant MasMarques filed an "Amended Answer" with this Court, ECF No. 178, replete with provably false statements. Given that Plaintiff has met the requirements of Rule 11, and given that counsel for Defendant MasMarques has refused to correct the false statements in the document—while since admitting that the statements are false by amending responses to certain of Plaintiff's interrogatories—Plaintiff respectfully requests that this Court should permit the filing of the motion on the docket.

1

Dated: June 9, 2025                              Respectfully submitted,

*[signature]*

Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

**<u>CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)</u>**

I certify that on May 17, 2025 and thereafter, I attempted to confer with counsel for Defendant Diego MasMarques, Jr. in regard to this motion in a good faith effort to resolve this issue and/or to narrow the issues.

*[signature]*
Aaron Greenspan

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

_/s/ Aaron Greenspan_
Aaron Greenspan