UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>     Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>     Defendants. | Case No.: 1:23-cv-10134-DJC |

## PLAINTIFF'S RESPONSE TO ELECTRONIC ORDER AT ECF NO. 186

In response to the Court's Electronic Order at ECF No. 186 dated today, Plaintiff Aaron Greenspan attaches hereto his document production requests and the various written responses he has received to them from Defendant Diego MasMarques, Jr.

Dated: June 18, 2025                    Respectfully submitted,

                                        _/s/ Aaron Greenspan_____
                                        Aaron Greenspan, *pro se*
                                        956 Carolina Street
                                        San Francisco, CA  94107-3337
                                        Phone: +1 415 670 9350
                                        Fax: +1 415 373 3959
                                        E-Mail: aaron.greenspan@plainsite.org

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

Aaron Greenspan