UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR ALTERNATIVE SERVICE OF RULE 45 SUBPOENA ON MEDIOLEX, LTD.**

On January 20, 2023, Plaintiff filed a motion for alternative service on former Defendants Sergei Igorevich Kudriavtsev, a national of Latvia, and Mediolex, Ltd., his Seychelles-based shell company that operates ComplaintsBoard, both of which had no known mailing address. ECF No. 6. The Court granted the motion. ECF No. 11. After that, former Defendant Kudriavtsev participated in this action using the e-mail address ivestules@gmail.com; he and Mediolex, Ltd. eventually retained counsel. That counsel immediately withdrew after Plaintiff revealed that Kudriavtsev and the other ComplaintsBoard Defendants (Mediolex, Ltd. and Astrad, Ltd.) had deceived, if not outright lied to, the Court in order to secure dismissal from this action. ECF Nos. 114, 115, 117.

Plaintiff now seeks to serve Mediolex, Ltd. with a subpoena under Federal Rule of Civil Procedure 45. It is not clear if the ComplaintsBoard website is telling the truth about

1

ComplaintsBoard's actual physical location and postal mail to Latvia requires significant delays, but e-mail has historically proven to be a reliable and instantaneous method of service with regard to the former ComplaintsBoard defendants. Thus, out of an abundance of caution, Plaintiff respectfully requests the Court's permission to serve Plaintiff's subpoena on Mediolex, Ltd. electronically by e-mailing the following addresses:

1. ivestules@gmail.com (Sergei Igorevich Kudriavtsev)
2. legal@complaintsboard.com
3. editor@complaintsboard.com
4. chris@citypressmedia.com (Christopher Ingle, former counsel for the ComplaintsBoard Defendants)
5. stesha.emmanuel@ogletree.com (Stesha Emmanuel, former counsel for the ComplaintsBoard Defendants)

Plaintiff respectfully requests that this Court allow Plaintiff to file a motion regarding the above, or that it continue to permit alternative e-mail service on these foreign parties given these circumstances.

Dated: June 18, 2025                Respectfully submitted,

*[signature]*

Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

2

**CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)**

The ComplaintsBoard Defendants were erroneously dismissed from this action on March 25, 2024 pursuant to the Court's Order at ECF No. 118 and thus Sergei Igorevich Kudriavtsev and Mediolex, Ltd. cannot be conferred with.

_____
Aaron Greenspan

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

_____
Aaron Greenspan