UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

    Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

    Defendants.

Case No.: 1:23-cv-10134-DJC

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO COMPEL X CORP. TO RESPOND TO FRCP 45 SUBPOENA

On June 18, 2025, this Court issued a subpoena to X Corp., formerly known as Twitter, Inc., pursuant to Federal Rule of Civil Procedure 45. The subject of the subpoena was user information concerning seven (7) Twitter accounts, with a deadline of July 4, 2025 at 5:00 P.M. Plaintiff had the subpoena served on X Corp. by Certified Mail on June 20, 2025, and also sent a courtesy copy via e-mail to both inside counsel (Adam Mehes, X Corp.'s Senior Director, Legal) and outside counsel (Kenneth Trujillo-Jamison of Willenken, LLP) for X Corp. on June 18, 2025. Both Mr. Mehes and Mr. Trujillo-Jamison immediately confirmed receipt of the subpoena, but both attorneys claimed via e-mail that they were not "authorized" to accept service on behalf of X Corp. The subpoena reached X Corp.'s physical mailbox in Bastrop, Texas on June 28, 2025 at 11:37 A.M. Central Daylight Time according to tracking information from the

1

United States Postal Service.[1]  On June 30, 2025, Plaintiff e-mailed Mr. Mehes and Mr. Trujillo-Jamison again making them aware that the subpoena had been served and was in their mailbox.

As of July 10, 2025, the subpoena has not been picked up from X Corp.'s physical mailbox, which is the only way for non-law enforcement personnel to serve a subpoena on X Corp. according to the company's "Help Center" website.  Although X Corp. does offer an electronic portal for service of subpoenas from law enforcement agencies, that portal appears to reject any e-mail address that does not end in .gov, even though X Corp. suggests that civil litigants can use it for service.  Under the heading, "Where to submit requests," the Bastrop, Texas address is the only United States mailing address listed in connection with service for subpoenas.  *See* https://help.x.com/en/rules-and-policies/x-law-enforcement-support#18.

Before filing this motion, Plaintiff sent Mr. Mehes and Mr. Trujillo-Jamison one final e-mail message on July 9, 2025, inquiring as to whether X Corp. intended to comply with the subpoena, which contains a stated deadline of July 4, 2025.  As of July 10, 2025, there has been no response despite the immediate response from both attorneys to Plaintiff's e-mail containing the subpoena in June.

X Corp. has a documented history of willful non-compliance with federal subpoenas.  In 2023, the United States Court of Appeals for the District of Columbia Circuit upheld sanctions on Twitter, Inc. (before it became X Corp., but after it was purchased by Elon Musk) in the amount of $350,000.00 for failing to comply with a subpoena, with that amount the result of *exponentially compounding* daily sanctions.  *In re Sealed Case*, 77 F.4th 815, 829 (D.C. Cir. 2023).  In 2024, in circumstances similar to those in this action where a litigant sought

---

[1] *See* https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=958907105270177261101%2C&tABt=false.

information about a limited number of specific Twitter accounts, the United States District Court for the Northern District of California had to deny X Corp.'s frivolous motion citing "First Amendment" grounds to quash a valid subpoena before X Corp. would respond.  *In re DMCA Subpoena to X Corp. dba Twitter*, Case No. 3:23-mc-80294-PHK (N.D. Cal. September 18, 2024).

    Accordingly, Plaintiff respectfully requests this Court's leave to a file a motion to compel non-party X Corp. to immediately respond to his June 18, 2025 subpoena seeking information about various Twitter accounts.

Dated: July 10, 2025        Respectfully submitted,

                        Aaron Greenspan, *pro se*
                        956 Carolina Street
                        San Francisco, CA  94107-3337
                        Phone: +1 415 670 9350
                        Fax: +1 415 373 3959
                        E-Mail: aaron.greenspan@plainsite.org

## **CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)**

    X Corp. is not a party to this case.  Regardless, Plaintiff Aaron Greenspan made efforts to resolve the issues raised by this motion in advance of filing.

Aaron Greenspan

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev

Aaron Greenspan