**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<table>
<tr><td>

**AARON GREENSPAN**,

      Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

      Defendants.

</td><td>

Case No.: 1:23-cv-10134-DJC

</td></tr>
</table>

<u>**DECLARATION OF AARON GREENSPAN**
**IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL NON-PARTY**
**X CORP. TO COMPLY WITH FRCP 45 SUBPOENA**</u>

I, Aaron Greenspan, declare as follows:

1.      As Exhibit A, I have attached a true and correct copy of the subpoena issued by this Court to non-party X Corp., formerly known as Twitter, Inc.

2.      As Exhibit B, I have attached a true and correct copy of my relevant e-mail correspondence with X Corp. counsel Adam Mehes and Kenneth Trujillo-Jamison of Willenken LLP regarding the subpoena in Exhibit A.

3.      As Exhibit C, I have attached a true and correct copy of the X Corp. "Help Center" website page discussing how to submit a subpoena to X Corp.

4.      As Exhibit D, I have attached a true and correct copy of the Certified Mail receipt for the subpoena in Exhibit A.

5.    As Exhibit E, I have attached a true and correct copy of the current United States Postal Service tracking information for the subpoena in Exhibit A.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on July 15, 2025 in Shaker Heights, Ohio.

Dated: July 15, 2025

Aaron Greenspan

**<u>EXHIBIT A</u>**

Subpoena to X Corp., formerly known as Twitter, Inc., Issued June 18, 2025

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Massachusetts

| | |
|---|---|
| Aaron Greenspan | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  1:23-cv-10134-DJC |
| Diego MasMarques, Jr., et al | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:              X Corp.
              f/k/a Twitter, Inc.
*(Name of person to whom this subpoena is directed)*

✔ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Twitter/X account owner profile information including but not limited to name, e-mail address, telephone number, IP address, sign up date, and last date of access, for all accounts listed in the attached Exhibit A.

| Place: aaron.greenspan@plainsite.org | Date and Time:<br><br>07/04/2025 5:00 pm |
|---|---|

❑ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

        The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:      06/18/2025

CLERK OF COURT

*Aaron Hutchins*                                    OR
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Aaron Greenspan                                        , who issues or requests this subpoena, are:
Aaron Greenspan, 956 Carolina Street, San Francisco, CA 94107, +1 415 670 9350, aaron.greenspan@plainsite.org

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  1:23-cv-10134-DJC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____ .

❏  I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

❏  I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                                        *Server's signature*

                                             _____
                                                        *Printed name and title*

                                             _____
                                                        *Server's address*

Additional information regarding attempted service, etc.:

AO 88B  (Rev.  02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

  **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

  **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

  **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

  **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

  **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

      **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

  **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

  **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

      Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

      Defendants.

Case No.: 1:23-cv-10134-DJC

## EXHIBIT A

1. @LiarsStalkers
2. @badbadwebsites
3. @Giza299792458N
4. @BrightLightNewz
5. @Witchestoday
6. @x13757
7. @Diegomasmarque5

**EXHIBIT B**
E-Mail Correspondence Regarding Subpoena

**From:** **Aaron Greenspan** aaron.greenspan@plainsite.org
**Subject:** Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena
**Date:** June 18, 2025 at 4:40 PM
**To:** Kenneth M. Trujillo-Jamison ktrujillo-jamison@willenken.com
**Cc:** Lisa Gibbons lgibbons@willenken.com, Adam Mehes amehes@x.com

---

Kenneth,

Please see the attached subpoena regarding Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena, Greenspan v. MasMarques et al.

Your client's "Help Center" is so confusing and impossible to use that I cannot figure out how to submit the document through the portal, if that's even possible as non-law enforcement. So I'm submitting it to you and X Corp. directly.

Regards,

Aaron

PlainSite | https://www.plainsite.org

PDF

20250618.subpoena-xcorp.pdf

**From:** **Kenneth M. Trujillo-Jamison** ktrujillo-jamison@willenken.com
**Subject:** Re: [EXTERNAL] Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena
**Date:** June 18, 2025 at 8:25 PM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org
**Cc:** Lisa Gibbons lgibbons@willenken.com, Adam Mehes amehes@x.com

Mr. Greenspan,

Neither Lisa Gibbons nor I am authorized to accept service of your subpoena on behalf of X Corp.

Regards,

Kenneth Trujillo-Jamison
Willenken LLP

Sent from my iPhone. Please pardon any typos.

---

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Wednesday, June 18, 2025 1:58 PM
**To:** Kenneth M. Trujillo-Jamison <ktrujillo-jamison@willenken.com>
**Cc:** Lisa Gibbons <lgibbons@willenken.com>; Adam Mehes <amehes@x.com>
**Subject:** [EXTERNAL] Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena

**CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Kenneth,

Please see the attached subpoena regarding Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena, Greenspan v. MasMarques et al.

Your client's "Help Center" is so confusing and impossible to use that I cannot figure out how to submit the document through the portal, if that's even possible as non-law enforcement. So I'm submitting it to you and X Corp. directly.

Regards,

Aaron

PlainSite | https://www.plainsite.org

**From:** **Adam Mehes** amehes@x.com
**Subject:** Re: [EXTERNAL] Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena
**Date:** June 19, 2025 at 4:39 PM
**To:** Kenneth M. Trujillo-Jamison ktrujillo-jamison@willenken.com
**Cc:** Aaron Greenspan aaron.greenspan@plainsite.org, Lisa Gibbons lgibbons@willenken.com

I am not authorized to accept service on behalf of X Corp. either.

Best regards,
Adam

On Wed, Jun 18, 2025 at 5:24 PM Kenneth M. Trujillo-Jamison <ktrujillo-jamison@willenken.com> wrote:

> Mr. Greenspan,
>
> Neither Lisa Gibbons nor I am authorized to accept service of your subpoena on behalf of X Corp.
>
> Regards,
>
> Kenneth Trujillo-Jamison
> Willenken LLP
>
> Sent from my iPhone. Please pardon any typos.
>
> ---
>
> **From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
> **Sent:** Wednesday, June 18, 2025 1:58 PM
> **To:** Kenneth M. Trujillo-Jamison <ktrujillo-jamison@willenken.com>
> **Cc:** Lisa Gibbons <lgibbons@willenken.com>; Adam Mehes <amehes@x.com>
> **Subject:** [EXTERNAL] Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena
>
> **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>
> Kenneth,
>
> Please see the attached subpoena regarding Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena, Greenspan v. MasMarques et al.
>
> Your client's "Help Center" is so confusing and impossible to use that I cannot figure out how to submit the document through the portal, if that's even possible as non-law enforcement. So I'm submitting it to you and X Corp. directly.
>
> Regards,
>
> Aaron
>
> PlainSite | https://www.plainsite.org

**From:** **Aaron Greenspan** aaron.greenspan@plainsite.org
**Subject:** Re: [EXTERNAL] Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena
**Date:** June 30, 2025 at 1:30 PM
**To:** Adam Mehes amehes@x.com
**Cc:** Kenneth M. Trujillo-Jamison ktrujillo-jamison@willenken.com, Lisa Gibbons lgibbons@willenken.com

---

Adam,

No problem, you now have the subpoena in X Corp.'s mailbox, served by a third party.

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=9589071052701772611101%2C&tABt=false

I look forward to your prompt and complete response.

Aaron

PlainSite | https://www.plainsite.org

> On Jun 19, 2025, at 1:39 PM, Adam Mehes <amehes@x.com> wrote:
>
> I am not authorized to accept service on behalf of X Corp. either.
>
> Best regards,
> Adam
>
> On Wed, Jun 18, 2025 at 5:24 PM Kenneth M. Trujillo-Jamison <ktrujillo-jamison@willenken.com> wrote:
>
> > Mr. Greenspan,
> >
> > Neither Lisa Gibbons nor I am authorized to accept service of your subpoena on behalf of X Corp.
> >
> > Regards,
> >
> > Kenneth Trujillo-Jamison
> > Willenken LLP
> >
> > Sent from my iPhone. Please pardon any typos.
> >
> > ---
> >
> > **From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
> > **Sent:** Wednesday, June 18, 2025 1:58 PM
> > **To:** Kenneth M. Trujillo-Jamison <ktrujillo-jamison@willenken.com>
> > **Cc:** Lisa Gibbons <lgibbons@willenken.com>; Adam Mehes <amehes@x.com>
> > **Subject:** [EXTERNAL] Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena
> >
> > **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
> >
> > Kenneth,
> >
> > Please see the attached subpoena regarding Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena, Greenspan v. MasMarques et al.
> >
> > Your client's "Help Center" is so confusing and impossible to use that I cannot figure out how to submit the document through the portal, if that's even possible as non-law enforcement. So I'm submitting it to you and X Corp. directly.
> >
> > Regards,
> >
> > Aaron
> >
> > PlainSite | https://www.plainsite.org

**From:** **Aaron Greenspan** aaron.greenspan@plainsite.org
**Subject:** Re: [EXTERNAL] Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena
**Date:** July 9, 2025 at 11:40 AM
**To:** Adam Mehes amehes@x.com
**Cc:** Kenneth M. Trujillo-Jamison ktrujillo-jamison@willenken.com, Lisa Gibbons lgibbons@willenken.com

Adam,

X Corp.'s subpoena response is past due. Please advise as to whether you plan to comply.

Aaron

PlainSite | https://www.plainsite.org

> On Jun 30, 2025, at 1:30 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:
>
> Adam,
>
> No problem, you now have the subpoena in X Corp.'s mailbox, served by a third party.
>
> https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=2&text28777=&tLabels=9589071052701772611101%2C&tABt=false
>
> I look forward to your prompt and complete response.
>
> Aaron
>
> PlainSite | https://www.plainsite.org
>
>> On Jun 19, 2025, at 1:39 PM, Adam Mehes <amehes@x.com> wrote:
>>
>> I am not authorized to accept service on behalf of X Corp. either.
>>
>> Best regards,
>> Adam
>>
>> On Wed, Jun 18, 2025 at 5:24 PM Kenneth M. Trujillo-Jamison <ktrujillo-jamison@willenken.com> wrote:
>>> Mr. Greenspan,
>>>
>>> Neither Lisa Gibbons nor I am authorized to accept service of your subpoena on behalf of X Corp.
>>>
>>> Regards,
>>>
>>> Kenneth Trujillo-Jamison
>>> Willenken LLP
>>>
>>> Sent from my iPhone. Please pardon any typos.
>>>
>>> ---
>>>
>>> **From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
>>> **Sent:** Wednesday, June 18, 2025 1:58 PM
>>> **To:** Kenneth M. Trujillo-Jamison <ktrujillo-jamison@willenken.com>
>>> **Cc:** Lisa Gibbons <lgibbons@willenken.com>; Adam Mehes <amehes@x.com>
>>> **Subject:** [EXTERNAL] Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena
>>>
>>> **CAUTION**: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
>>>
>>> Kenneth,
>>>
>>> Please see the attached subpoena regarding Massachusetts District Court Case No. 1:23-cv-10134-DJC Subpoena, Greenspan v. MasMarques et al.
>>>
>>> Your client's "Help Center" is so confusing and impossible to use that I cannot figure out how to submit the document through the portal, if that's even possible as non-law enforcement. So I'm submitting it to you and X Corp. directly.

Regards,

Aaron

PlainSite | https://www.plainsite.org

**EXHIBIT C**
X Corp. "Help Center" Website Page Discussing Subpoena Submission

Skip to main content



Help Center (https://help.x.com/en)

- <u>Using X</u> <u>(https://help.x.com/en/using-x)</u>
- <u>Managing your account</u> <u>(https://help.x.com/en/managing-your-account)</u>
- <u>Safety and security</u> <u>(https://help.x.com/en/safety-and-security)</u>
- <u>Rules and policies</u> <u>(https://help.x.com/en/rules-and-policies)</u>
- Resources ⌄
  - ○ <u>New user FAQ</u> <u>(https://help.x.com/en/resources/new-user-faq)</u>
  - ○ <u>Glossary</u> <u>(https://help.x.com/en/resources/glossary)</u>
  - ○ <u>A safer X</u> <u>(https://help.x.com/en/resources/a-safer-twitter)</u>
  - ○ <u>Accessibility</u> <u>(https://help.x.com/en/resources/accessibility)</u>

  - ○ <u>Our rules</u> <u>(https://help.x.com/en/resources/rules)</u>
  - ○ <u>My privacy</u> <u>(https://help.x.com/en/resources/how-you-can-control-your-privacy)</u>
  - ○ <u>How we address misinformation on X</u>
    <u>(https://communitynotes.twitter.com/guide/en/about/introduction)</u>
  - ○ <u>Recommender Systems</u> <u>(https://help.x.com/en/resources/recommender-systems)</u>



<u>Contact Us</u> <u>(https://help.x.com/forms.html)</u>

1. <u>Help Center</u> <u>(https://help.x.com/en)</u>
   

2. <u>Law Enforcement Guidelines</u> <u>(https://help.x.com/en/rules-and-policies#law-enforcement-guidelines)</u>
   

3. Guidelines for law enforcement

# Guidelines for law enforcement

1. <u>Help Center</u> ⌃ <u>(https://help.x.com/en)</u>
2. <u>Law Enforcement Guidelines</u> ⌃ <u>(https://help.x.com/en/rules-and-policies#law-enforcement-guidelines)</u>

# Guidelines for law enforcement

These guidelines are intended for law enforcement authorities seeking information about X accounts. Information concerning requests to withhold content on X (https://help.twitter.com/rules-and-policies/tweet-withheld-by-country) is available. More general information is available in our Privacy Policy (https://twitter.com/en/privacy), Terms of Service (https://twitter.com/en/tos), and X Rules.

**Topics Covered:**

- What is X?
- Account information requests

- What account information does X have?
    - Does X have access to user-generated photos or videos?
    - What is Periscope?

- Data retention information
    - Data controller

- Preservation requests
- Requests for X account information
    - Private information requires a subpoena or court order
    - Contents of communications requires a search warrant
    - Will X notify users of requests for account information?
    - What details must be included in account information requests?
    - Production of records
    - Records authentication
    - Cost Reimbursement

- Emergency disclosure requests
    - How to make an emergency disclosure request

- Mutual legal assistance treaties

- Content removal requests
- Assisting a X user
- Where to submit requests
- Contact information

# What is X?

X is a real-time global information network that lets users create and share ideas and information instantly to serve the public conversation. X is what's happening

in the world and what people are talking about right now. When it happens, it happens on X.

For more information, please visit about.x.com (https://about.twitter.com/). For the latest on X's features and functionality, please visit our Help Center.

# Account Information Requests

## What account information does X have?

A X account profile often contains a profile photo, header photo, background image, and status updates, called posts. In addition, the account holder has the option to fill out a location (e.g., San Francisco), a URL (e.g., X.com), and a short "bio" section about the account for display on their public profile. We offer strong privacy controls for everyone. Please see our Privacy Policy (https://twitter.com/en/privacy) for more information on the data we collect from and about users.

## Does X have access to user-generated photos or videos?

X provides photo hosting for some image uploads (i.e., pic.x.com images) as well as X account profile photos, and header photos. However, X is not the sole photo provider for images that may appear on the X platform. More information about posting photos on X.

X provides video hosting for some videos uploaded to X (i.e., pic.xr.com videos) as well as those posted to Periscope. Please note that X is not the sole video provider for videos that may appear on the X platform.

Links shared on X, including links shared in Direct Messages, will automatically be processed and shortened to an https://t.co (https://t.co/) link. When you see a https://t.co (https://t.co/) link, this is not an indication that the video or image is hosted by X.

# What is Periscope?

Periscope is a standalone mobile service that lets users create and share real-time video broadcasts. Please see the Periscope Privacy Statement (https://www.pscp.tv/privacy) for more information on the data we collect from and about Periscope users, and visit the Periscope Help Center (https://help.pscp.tv/) for more information about Periscope. Users may sign up for a Periscope account without having or associating a corresponding X account.

Read our instructions on how to locate a Periscope username (https://help.twitter.com/en/rules-and-policies/twitter-report-violation#periscope-info).

# Data retention information

**X**

X retains different types of information for different lengths of time, and in accordance with our Terms of Service (https://twitter.com/en/tos) and Privacy Policy (https://twitter.com/en/privacy). Given X's real-time nature, some information (e.g., IP logs) may only be stored for a very brief period of time.

Some information we store is automatically collected, while other information is provided at the user's discretion. Though we do store this information, we cannot guarantee its accuracy. For example, the user may have created a fake or anonymous profile. X doesn't require real name use, email verification, or identity authentication. More information on X's retention policies can be found in our Privacy Policy (https://twitter.com/en/privacy).

NOTE: Once an account has been deactivated, there is a very brief period in which we may be able to access account information, including posts. More information about underlined deactivated accounts (https://help.twitter.com/en/managing-your-account/how-to-deactivate-twitter-account) is available here. Content removed by account holders (e.g., posts) is generally not available.

## Periscope

Periscope retains different types of information for different time periods. Broadcasts and broadcast information may only be stored for a brief period of time. Information on the availability of broadcasts can be found in the Periscope Help Center (https://help.pscp.tv/customer/en/portal/articles/2017799-how-long-are-broadcasts-available-). More information on our retention policies can be found in Periscope's Privacy Policy (https://www.periscope.tv/privacy).

# Data Controller

For people who live in the United States or any other country outside of the European Union or the European Economic Area, the data controller responsible for personal data is X Corp. based in Bastrop, Texas. For people who live in the European Union or the European Economic Area, the data controller is X Internet Unlimited Company based in Dublin, Ireland.

# Preservation requests

Where legally appropriate, we accept requests from law enforcement to preserve records that constitute potentially relevant evidence in legal proceedings. We will preserve, but not disclose, a temporary snapshot of the relevant account records for 90 days pending service of valid legal process.

Preservation requests, in accordance with applicable law, should:

- be signed by the requesting official;
- have a valid return official email address;
- be sent on law enforcement letterhead in a non-editable format;
- include the @username and URL of the subject X profile (e.g. https://x.com/safety (https://twitter.com/Safety) (@safety), and/or the X account's unique, public user identification number (UID) or a Periscope username and URL. To locate a X UID see here (https://help.twitter.com/en/rules-and-policies/twitter-law-enforcement-support#5.7) or to locate a Periscope username see here (https://help.twitter.com/en/rules-and-policies/twitter-law-enforcement-support#5.7).

We may honor requests for extensions of preservation requests, but encourage law enforcement agencies to seek records through the appropriate channels in a timely manner, as we cannot guarantee that requested information will be available.

If you will be submitting a preservation extension request, we recommend that you submit it at least a week (7 days) prior to the end of the preservation period, to allow for sufficient processing time.

Law enforcement and government preservation requests for user information may be submitted through our Legal Request Submissions site (t.co/lr or http://legalrequests.x.com (https://legalrequests.twitter.com/forms/landing_disclaimer)). Please submit preservation extensions as a separate request. You can find further instructions below (https://help.twitter.com/en/rules-and-policies/twitter-law-enforcement-support#17.5).

# Requests for X account information

Requests for user account information from law enforcement should be directed to X Corp. in Bastrop, Texas or X Internet Unlimited Company in Dublin, Ireland. X

responds to valid legal process issued in compliance with applicable law.

# Private information requires a subpoena or court order

Non-public information about X users will not be released to law enforcement except in response to appropriate legal process such as a subpoena, court order, other valid legal process, or in response to a valid emergency request, as described below.

# Contents of communications requires a search warrant

Requests for the contents of communications (e.g., posts or photos) require a valid search warrant or equivalent from an agency with proper jurisdiction over X.

# Will X notify users of requests for account information?

Yes. For purposes of transparency and due process (https://help.twitter.com/en/rules-and-policies/defending-and-respecting-our-users-voice), X's policy is to notify users (e.g., prior to disclosure of account information) of requests for their X or Periscope account information, including a copy of the request, unless we are prohibited from doing so (e.g., an order under 18 U.S.C. § 2705(b) (https://www.law.cornell.edu/uscode/text/18/2705)). We ask that any non-disclosure provisions include a specified duration (e.g., 90 days) during which X is prohibited from notifying the user. Exceptions to our user notice policy may include exigent or counterproductive circumstances, such as emergencies regarding imminent threat to life, child sexual exploitation, or terrorism.

# What details must be included in account information requests?

Requests for user account information in accordance with applicable law, are required to include the following information:

- Include the X @username and URL of the subject X account in question (e.g., https://x.com/Safety (https://twitter.com/TwitterSafety) (@Safety) or an account's unique, public user identification number or UID;
- And/or include the valid Periscope username and URL. Find instructions on locating a Periscope username (https://help.twitter.com/en/rules-and-policies/twitter-report-violation#periscope-info) here;
- Provide details about what specific information is requested (e.g., basic subscriber information) and its relationship to your investigation;
  - **NOTE**: Please ensure that the information you seek is not publicly available (e.g., posts that are not protected). We are unable to process overly broad or vague requests.

- Include a **valid official email address** (e.g., name@agency.gov) so we may get back in touch with you upon receipt of your legal process;
- Be issued on law enforcement letterhead.


Law enforcement and government requests for user information may be submitted through our Legal Request Submissions site (https://t.co/lr or https://legalrequests.x.com (https://legalrequests.twitter.com/forms/landing_disclaimer)). You can find further instructions below.


# Production of records

Unless otherwise agreed upon, we provide responsive records in electronic format (i.e., text files that can be opened with any word processing software such as Word or TextEdit).

# Records authentication

The records that we produce are electronically signed to ensure their integrity at the time of production. If you require a declaration, please indicate it in your submission.

# Cost reimbursement

X may seek reimbursement for costs associated with information produced pursuant to legal process and as permitted by law (e.g., under 18 U.S.C. §2706 (https://www.law.cornell.edu/uscode/text/18/2706)).

# Emergency disclosure requests

In line with our Privacy Policy (https://twitter.com/en/privacy), we may disclose account information to law enforcement in response to a valid emergency disclosure request.

X evaluates emergency disclosure requests on a case-by-case basis in compliance with relevant law. If we receive information that provides us with a good faith belief that there is an exigent emergency involving a danger of death or serious physical injury to a person, we may provide any available information necessary to prevent that harm.

# How to make an emergency disclosure request

If there is an exigent emergency that involves the danger of death or serious physical injury to a person that X may have information necessary to prevent, **law enforcement officers can submit an emergency disclosure request through**

our **Legal Request Submissions site**
**(https://legalrequests.twitter.com/forms/landing_disclaimer)** (the quickest and most efficient method).

Please include all of the following information:

- Indication on your cover sheet, which must be on law enforcement letterhead, that you're submitting an Emergency Disclosure Request;
- Identity of the person who is in danger of death or serious physical injury;
- The nature of the emergency (e.g., report of suicide, terrorist attack, bomb threat);
- X @username and URL (e.g., https://x.com/Safety (https://twitter.com/Safety) (@Safety) of the subject account(s) whose information is necessary to prevent the emergency;
- Any specific posts (https://help.twitter.com/en/using-twitter/tweet-and-moment-url) you would like us to review;
- The specific information requested and why that information is necessary to prevent the emergency;
- The signature of the submitting law enforcement officer; and
- All other available details or context regarding the particular circumstances.

# Mutual legal assistance treaties

X's policy is to promptly respond to requests that are properly issued via mutual legal assistance treaty ("MLAT") or letters rogatory, upon proper service of process. When submitting requests through an MLAT procedure, please make clear that the request is coming by way of MLAT and include the name of the originating country.

# Content removal requests

## How to request a terms of service review

If you are a law enforcement agent or government official and have concerns about the content on X, please first review the X Rules (https://help.twitter.com/en/rules-and-policies/twitter-rules) and, if applicable, submit a request to have the content reviewed for possible violations of our Terms of Service (https://twitter.com/en/tos). An overview on how to report potential violations (https://help.twitter.com/en/rules-and-policies/twitter-report-violation) of the X Rules (https://help.twitter.com/en/rules-and-policies/twitter-rules) and Terms of Service (https://twitter.com/en/tos) is available here. Reporting possible violations of our Terms of Service (https://twitter.com/en/tos) will ensure that your request is routed to the appropriate team and processed expeditiously. We disclose this data every six months in the X Transparency Report.

## How to submit a legal request to withhold content

If you have already submitted a request to have content reviewed for possible violations of our Terms of Service (https://twitter.com/en/tos), and have received a response from X indicating that the reported content does not currently violate our Terms of Service, you can submit a valid and properly scoped legal request to ask for content to be withheld through our Legal Request Submissions (https://legalrequests.twitter.com/forms/landing_disclaimer) site. This is the quickest and most efficient method for submitting a request to withhold content based on local law(s). Please do not submit a request to withhold content if you have not first reported it for a review of possible violations of our Terms of Service (https://twitter.com/en/tos).

Along with identifying the specific post(s) or account(s) at issue, please identify the local law(s) that are deemed to have been violated by the reported content. If you have a court order or other relevant legal documentation, please attach a copy when submitting your request (see "File attachments" section). Please also provide any other potentially helpful context, which will assist in expediting the review of your request including any translations of legal documentation, if they

aren't in English. We also require an official government or law enforcement email address (e.g., name@agency.gov) so the appropriate team may get back in touch with you if necessary. We will process your request as soon as possible but please note that sending duplicates may delay our ability to process your request(s) efficiently.

X will promptly notify affected users about legal requests to withhold content, including a copy of the original request, unless we are legally prohibited from doing so. If you believe X is prohibited from notifying the user, please state the reason in your request, including citations to relevant law (where applicable), and/or upload any documents supporting this prohibition in the "File attachments" section, if available.

Government and law enforcement reporters may also request the withholding of content determined to be illegal in their jurisdiction by mailing a hard copy of your request to the contact information listed below. If you are based in the European Union or the European Economic Area, please mail your request to X Internet Unlimited Company in Ireland (see "Contact Information" section below). Requests submitted by mail should expect longer response times.

Find more information on our Country Withheld Content policy here (https://help.twitter.com/en/rules-and-policies/tweet-withheld-by-country).

# Assisting an X user

Registered X users can obtain a download of their own account information, including posts posted to his or her X account. Directions on how a user can request that information are available in our Help Center (https://help.twitter.com/en/managing-your-account/how-to-download-your-twitter-archive).

Users may also obtain IP logs and other data directly via his or her X account, as explained in our Help Center (https://help.twitter.com/en/managing-your-account/accessing-your-twitter-data). If a X user has attempted, unsuccessfully, to self-download the

data they seek, please direct the user to send a request to X via our privacy form (https://help.twitter.com/forms/privacy).

## Other issues

Most issues can be resolved by having X account holders submit inquiries directly to us through our Help Center. More information on how to report violations is available here (https://help.twitter.com/en/rules-and-policies/twitter-report-violation).

## General inquiries

General inquiries from law enforcement or government officials (not requesting user data or content removal) can be submitted through our web form (https://support.twitter.com/forms/lawenforcement).

# Where to submit requests

All legal requests, including preservations, requests for account information (routine and emergency), and content removal requests may be submitted via X's Legal Request Submissions site available at: t.co/lr or legalrequests.x.com (https://legalrequests.twitter.com/forms/landing_disclaimer).

X's Legal Request Submission site is the designated single point of contact for EU member States' authorities as provided under Article 11 of Regulation (EU) 2022/2065 (Digital Services Act).

All legal requests made under Articles 9 and 10 of the Digital Services Act must be provided in English.

If you experience issues or are requesting access to our Legal Request Submissions site, you may ask for assistance through our web form (https://support.twitter.com/forms/lawenforcement)by selecting "other inquiries" for the type of request.

Receipt of correspondence by this means does not waive any objections, including the lack of jurisdiction or proper service.

**Non-law enforcement requests should be submitted through our Help Center.**

# Contact information

Our address details are:

**X Corp.**
Attn: Safety - Legal Policy
865 FM 1209 Bldg. 2
Bastrop, TX 78602

**X Internet Unlimited Company**
One Cumberland Place,
Fenian Street,
Dublin 2,
D02 AX07,
Ireland

Receipt of correspondence by any of these means is for convenience only and does not waive any objections, including the lack of jurisdiction or proper service. Governmental entities who do not submit legal requests through the Legal Request Submissions site should expect longer response times.

# Share this article


Post

© 2025 X Corp.

Cookies (https://help.x.com/rules-and-policies/twitter-cookies)

Privacy (https://x.com/privacy)

Terms and conditions (https://x.com/tos)

English

Help Center (https://help.x.com/en)

- English (https://help.x.com/en/rules-and-policies/x-law-enforcement-support)
- Español (https://help.x.com/es/rules-and-policies/x-law-enforcement-support)
- 日本語 (https://help.x.com/ja/rules-and-policies/x-law-enforcement-support)
- 한국어 (https://help.x.com/ko/rules-and-policies/x-law-enforcement-support)
- Português (https://help.x.com/pt/rules-and-policies/x-law-enforcement-support)
- Deutsch (https://help.x.com/de/rules-and-policies/x-law-enforcement-support)
- Türkçe (https://help.x.com/tr/rules-and-policies/x-law-enforcement-support)
- Français (https://help.x.com/fr/rules-and-policies/x-law-enforcement-support)
- Italiano (https://help.x.com/it/rules-and-policies/x-law-enforcement-support)
- العربية (https://help.x.com/ar/rules-and-policies/x-law-enforcement-support)
- Nederlands (https://help.x.com/nl/rules-and-policies/x-law-enforcement-support)
- Bahasa Indonesia (https://help.x.com/id/rules-and-policies/x-law-enforcement-support)
- Русский (https://help.x.com/ru/rules-and-policies/x-law-enforcement-support)
- हिंदी (https://help.x.com/hi/rules-and-policies/x-law-enforcement-support)
- தமிழ் (https://help.x.com/ta)
- עברית (https://help.x.com/he/rules-and-policies/x-law-enforcement-support)
- 简体中文 (https://help.x.com/zh-cn/rules-and-policies/x-law-enforcement-support)
- 繁體中文 (https://help.x.com/zh-tw/rules-and-policies/x-law-enforcement-support)
- ภาษาไทย (https://help.x.com/th/rules-and-policies/x-law-enforcement-support)
- Tiếng Việt (https://help.x.com/vi)
- Melayu (https://help.x.com/ms/rules-and-policies/x-law-enforcement-support)
- ইংরেজি (https://help.x.com/bn)

- Filipino (https://help.x.com/fil/rules-and-policies/x-law-enforcement-support)
- فارسی (https://help.x.com/fa)
- Dansk (https://help.x.com/da/rules-and-policies/x-law-enforcement-support)
- Suomi (https://help.x.com/fi/rules-and-policies/x-law-enforcement-support)
- Svenska (https://help.x.com/sv/rules-and-policies/x-law-enforcement-support)
- Norsk (https://help.x.com/no/rules-and-policies/x-law-enforcement-support)
- Polski (https://help.x.com/pl/rules-and-policies/x-law-enforcement-support)
- Magyar (https://help.x.com/hu/rules-and-policies/x-law-enforcement-support)
- Română (https://help.x.com/ro)
- Українська (https://help.x.com/uk)
- मराठी (https://help.x.com/mr)
- અંગ્રેજી (https://help.x.com/gu)
- Български (https://help.x.com/bg)
- Català (https://help.x.com/ca)
- Hrvatski (https://help.x.com/hr)
- Српски (https://help.x.com/sr)
- Slovenčina (https://help.x.com/sk)
- ಕನ್ನಡ (https://help.x.com/kn)
- پښتو (https://help.x.com/ps)
- Dari (https://help.x.com/fa-af)
- Oromo (https://help.x.com/om)
- Tigrinya (https://help.x.com/ti)
- English (https://help.x.com/ckb)
- Lietuvių (https://help.x.com/lt)
- Latviešu (https://help.x.com/lv)
- Malti (https://help.x.com/mt)
- Slovenščina (https://help.x.com/sl)
- Gaeilge (https://help.x.com/ga)
- Lus Hmoob (https://help.x.com/hmn)
- Հայերեն (https://help.x.com/hy)
- ខ្មែរ (https://help.x.com/km)

**<u>EXHIBIT D</u>**
Certified Mail Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Bastrop, TX 78602

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.85 | |
| | $0.00 | 0804 |
| | | 27 |
| Extra Services & Fees *(check box, add fee as appropriate)* | $2.82 | |
| ☐ Return Receipt (hardcopy) | $0.00 | |
| ☐ Return Receipt (electronic) | $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $0.00 | Here |
| ☐ Adult Signature Required | $0.00 | |
| ☐ Adult Signature Restricted Delivery | $0.00 | |
| Postage | $0.73 | |
| | | 06/20/2025 |
| Total Postage and Fees | | |
| $8.20 | | |

Sent To
X Corp Safety-Legal Policy

Street and Apt. No., or PO Box No.
865 FM 1209 Bldg 2

City, State, ZIP+4
Bastrop TX 78602

PS Form 3800, January 2023 PSN 7530-02-000-9047    **See Reverse for Instructions**

9589 0710 5270 1772 6119 01

**EXHIBIT E**
United States Postal Service Tracking Information

**ALERT: SEVERE WEATHER AND FLOODING IN TEXAS, FLORIDA, VIRGINIA, AND THE NORTHE…**

# USPS Tracking®

**FAQs >**

Tracking Number:

**Remove ✕**

## 9589071052701772611101

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

This is a reminder to arrange for redelivery of your item or your item will be returned to sender.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

**Delivery Attempt**
**Reminder to Schedule Redelivery of your item**

July 3, 2025

**Notice Left (No Authorized Recipient Available)**

BASTROP, TX 78602
June 28, 2025, 11:37 am

**Departed USPS Regional Facility**

AUSTIN TX DISTRIBUTION CENTER
June 28, 2025, 8:49 am

**Arrived at USPS Regional Destination Facility**

AUSTIN TX DISTRIBUTION CENTER
June 27, 2025, 7:46 am

**In Transit to Next Facility**

June 26, 2025

**Arrived at USPS Regional Origin Facility**

BEDFORD PARK IL DISTRIBUTION CENTER

Feedback

June 23, 2025, 10:31 pm

**Departed Post Office**
CHICAGO, IL 60699
June 20, 2025, 9:11 pm

**USPS in possession of item**
CHICAGO, IL 60699
June 20, 2025, 5:56 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

---

**Text & Email Updates**                                                        ⌄

---

**Return Receipt Electronic**                                                   ⌄

---

**USPS Tracking Plus®**                                                         ⌄

---

**Product Information**                                                         ⌄

---

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**