UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN,<br><br>        Plaintiff,<br><br>v.<br><br>DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVTSEV, and MEDIOLEX, LTD.,<br><br>        Defendants. | Case No.: 1:23-CV-10134-DJC |

**DECLARATION OF KENNETH TRUJILLO-JAMISON IN SUPPORT OF
NON-PARTY X CORP.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL
<u>COMPLIANCE WITH FRCP 45 SUBPOENA</u>**

I, Kenneth M. Trujillo-Jamison, declare as follows:

1.    I am an attorney at the law firm Willenken LLP, counsel of record for non-party X Corp. I have served as outside counsel on various matters for X Corp.

2.    I make this declaration in support of non-party X Corp.'s Opposition to Plaintiff's Motion to Compel Compliance with FRCP 45 Subpoena, filed concurrently.

3.    On June 18, 2025, Plaintiff sent me an email, cc'ing Lisa Gibbons (a legal assistant at my firm) and Adam Mehes, an attorney at X Corp., attached to which was a purported copy of a subpoena addressed to X Corp. (the "Subpoena").

4.    On June 19, 2025, I sent Plaintiff an email, stating that neither Ms. Gibbons nor I was authorized to accept service of the Subpoena on behalf of X Corp. Later that day, Adam

Mehes, an attorney at X Corp., also sent an email to Plaintiff stating that he also was not authorized to accept service of the Subpoena on behalf of X Corp.

5. On June 30, 2025, Plaintiff sent an email to Mr. Mehes, cc'ing Ms. Gibbons and me, which included a website link for the tracking information for the package Plaintiff purportedly mailed to X Corp.

6. As of the date of the filing of this brief, the tracking information accessible using that link shows that (a) on June 28, 2025, "No Authorized Recipient [was] Available" to accept the package," and (b) on July 16, 2025 the package was "Unclaimed" and "Being Returned to Sender." A true and correct copy of the USPS tracking information for tracking number 9589071052701772611101 is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: July 28, 2025

*/s/ Kenneth M. Trujillo-Jamison*
Kenneth M. Trujillo-Jamison