# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ×

# 9589071052701772611101

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Moving Through Network
**In Transit to Next Facility**
July 27, 2025

### Unclaimed/Being Returned to Sender
BASTROP, TX 78602
July 16, 2025, 2:08 pm

### Reminder to Schedule Redelivery of your item
July 3, 2025

### Notice Left (No Authorized Recipient Available)
BASTROP, TX 78602
June 28, 2025, 11:37 am

### Departed USPS Regional Facility
AUSTIN TX DISTRIBUTION CENTER
June 28, 2025, 8:49 am

### Arrived at USPS Regional Destination Facility
AUSTIN TX DISTRIBUTION CENTER

Feedback

June 27, 2025, 7:46 am

**Arrived at USPS Regional Origin Facility**
BEDFORD PARK IL DISTRIBUTION CENTER
June 23, 2025, 10:31 pm

**Departed Post Office**
CHICAGO, IL 60699
June 20, 2025, 9:11 pm

**USPS in possession of item**
CHICAGO, IL 60699
June 20, 2025, 5:56 pm

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates

Return Receipt Electronic

USPS Tracking Plus®

Product Information

See Less ∧

### Track Another Package

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs