UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN,<br><br>            Plaintiff,<br><br>v.<br><br>DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVTSEV, and MEDIOLEX, LTD.,<br><br>            Defendants. | Case No.: 1:23-CV-10134-DJC |

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Cathryn Spaulding, Esq. of the law firm of Lamontagne, Spaulding & Hayes, LLP, a member of the bar of this Court, respectfully moves that:

Kenneth M. Trujillo-Jamison, Esq.
WILLENKEN LLP
707 Wilshire Blvd.
Suite 4100
Los Angeles, CA, 90017
Direct: 213.955.8031
Fax: 213.955.9250
ktrujillo-jamison@willenken.com

a member of the bar of the State of California, be granted leave to appear and practice in this Court in the above-captioned action as counsel for X Corp. Attached to this Motion as Exhibit 1 is a Certificate stating that (1) Attorney Trujillo-Jamison is a member of the bar of the State of California and is in good standing in every jurisdiction in which he has been admitted to practice;

1039886.1

(2) there are no disciplinary proceedings against him as a member of the bar in any jurisdiction; (3) he has not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct; and (4) he has read and agrees to comply with the Local Rules for the United States District Court for the District of Massachusetts.

WHEREFORE, X Corp., through its counsel Cathryn Spaulding, respectfully requests that this Court allow this Motion to Appear *Pro Hac Vice* for Attorney Trujillo-Jamison.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

The undersigned counsel for X Corp. certifies that on July 28, 2025, she conferred with the plaintiff, Aaron Greenspan, Pro Se, who has indicated that he will oppose this motion. She also conferred with Attorney Ashley A. Andrade for Defendant, Diego MasMarques, and she has assented to this motion.

Respectfully submitted,
X Corp.
Through its counsel,

DATED:

By: /s/Cathryn Spaulding
LAMONTAGNE, SPAULDING & HAYES, LLP
(BBO #565047)
cspaulding@lshattorneys.com
34 Washington Street, Suite 200
Wellesley Hills, MA 02481
Phone: (781) 489-1414
Facsimile: (781) 431-8749

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2025, the foregoing document was electronically filed with the Court's CM/ECF system, thereby effectuating service on counsel for all parties.

*/s/ Cathryn Spaulding*
Cathryn Spaulding

1039886.1