UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S OPPOSITION TO NON-PARTY X CORP.'S MOTION TO APPEAR**
***PRO HAC VICE***

**I.    INTRODUCTION**

Plaintiff opposes the *pro hac vice* appearance of Attorney Kenneth M. Trujillo-Jamison, Esq. as counsel for non-party X Corp., as well as the appearance of Attorney Cathryn Spaulding as counsel for X Corp.  X Corp. is an alter-ego of Elon Musk, the centi-billionaire self-declared

1

illegal immigrant[1] and since 2022, Russian asset, who actively seeks to undermine the United States Constitution on behalf of a foreign adversary, the Russian Federation.[2,3,4]

**II.     ARGUMENT**

    **A.     Elon Musk Created X Corp. To Accelerate His Project of Undermining The United States Constitution on Behalf of The Russian Federation In An Effort To Stay Out of Prison By Installing Donald Trump as Purported President**

"[T]he Court finds that Defendants' actions taken to shut down USAID on an accelerated basis, including its apparent decision to permanently close USAID headquarters without the approval of a duly appointed USAID Officer, likely violated the United States Constitution in multiple ways, and that these actions harmed not only Plaintiffs, but also the public interest, because they deprived the public's elected representatives in Congress of their constitutional authority to decide whether, when, and how to close down an agency created by Congress." *Does 1-26 v. Musk, et al*, Case No. 8:25-cv-00462-TDC at 68 (D. Maryland March 18, 2025). Using his Russian propaganda tool, now owned by X Corp., Musk has openly admitted that he was responsible for installing another Russian asset who also seeks to undermine the

---

[1] *See* https://www.plainsite.org/dockets/download.html?id=255379935&z=de584558 page 644 (admitting "I had no money for a lab and no legal right to stay in the country").
[2] *See The Wall Street Journal*, "Elon Musk's Secret Conversations With Vladimir Putin" by Thomas Grove, Warren P. Strobel, Aruna Viswanatha, Gordon Lubold, and Sam Schechner, October 25, 2024, https://www.wsj.com/world/russia/musk-putin-secret-conversations-37e1c187.
[3] *See also Reuters*, "Musk ordered shutdown of Starlink satellite service as Ukraine retook territory from Russia" by Joey Roulette, Cassell Bryan-Low and Tom Balmforth, July 25, 2025, https://www.reuters.com/investigations/musk-ordered-shutdown-starlink-satellite-service-ukraine-retook-territory-russia-2025-07-25/.
[4] *See also* National Public Radio, "A whistleblower's disclosure details how DOGE may have taken sensitive labor data" by Jenna McLaughlin, April 15, 2025, https://www.npr.org/2025/04/15/nx-s1-5355896/doge-nlrb-elon-musk-spacex-security (detailing unexpected federal data transmission to the Russian Federation).

Constitution, Donald Trump, as purported President of the United States.[5]  He has also openly performed Hitler salutes—plural—on national television behind the Presidential podium.

Attorneys take an oath to "support" the Constitution.  X Corp. is at this point nothing more than a mask worn by the Constitution's rabid enemy, Russian President Vladimir Putin.  Thus, neither Mr. Musk nor any of his dozens of entities are eligible to be represented by attorneys in this Court or any other unless the oath sworn by attorneys is meaningless.

### B. Attorney Trujillo-Jamison Has Acted Unethically In His Prior Representation of X Corp.

In October 2024, Plaintiff served X Corp., among other Musk-related defendants, with a Rule 11 sanctions motion in a separate matter.  In that matter, Attorney Trujillo-Jamison also represented X Corp.  The motion speaks for itself and is attached as Exhibit A.  After it was filed, Attorney Trujillo-Jamison was part of a small army of Musk lawyers who conspired to deny Plaintiff his right to file an omnibus opposition brief by refusing to engage when Plaintiff requested their consent to file an administrative motion to increase a page limit *which they had already agreed to*.  Thus, Plaintiff could not file the administrative consent motion and was restricted in his ability to argue against X Corp.'s bad-faith arguments, as articulated by Attorney Trujillo-Jamison.  Attorney Trujillo-Jamison's stonewalling was an unethical attempt to exploit a *pro se* litigant's status.  Furthermore, his arguments before the Northern District of California, in which he attempted to re-write Plaintiff's complaint to include statements simply not present on the page, were clearly made in bad faith in a desperate attempt to have the action dismissed pursuant to 47 U.S.C. § 230, which did not apply.  That effort, which went beyond the realm of

---

[5] *See* https://x.com/elonmusk/status/1930667528696828120 ("Without me, Trump would have lost the election, Dems would control the House and the Republicans would be 51-49 in the Senate.").

"zealous advocacy" and well into the realm of brazen lying to the Court, failed. Attorney Trujillo-Jamison lacks the moral compass to practice law in this, or any, District.

### III.   CONCLUSION

For the foregoing reasons, the motion for *pro hac vice* admission should be denied.


Dated: July 30, 2025               Respectfully submitted,


Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 30, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

Aaron Greenspan