UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>    v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S REQUEST TO APPEAR VIA ZOOM (OR SIMILAR) TELECONFERENCE AT AUGUST 6, 2025 STATUS CONFERENCE [LEAVE TO FILE GRANTED VIA ECF NO. 170 ON APRIL 14, 2025]**

Pursuant to this Court's Scheduling Order at ECF No. 170, Plaintiff respectfully requests the ability to appear at the August 6, 2025 Status Conference via Zoom or a similar videoconferencing application. Plaintiff resides in San Francisco, California, and wishes to avoid "undue inconvenience or expense." In the past, for the hearings held on April 9, 2025 and June 30, 2025 in this action, Zoom videoconferencing proved effective. In addition, the concerns raised by Plaintiff in ECF No. 82 still apply (and will always apply) and Plaintiff would prefer not to risk being in the same place as Defendant Diego MasMarques, Jr., against whom Plaintiff previously held a restraining order.

1

Dated: August 2, 2025                    Respectfully submitted,

                                                                                              */s/ Aaron Greenspan*

Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 2, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

_____
Aaron Greenspan