UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**, <br><br> Defendants. | Case No.: 1:23-cv-10134-DJC |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO SEAL

At the Status Conference held on August 6, 2025, in response to Defendant Diego MasMarques, Jr.'s purported concerns, Magistrate Judge Boal requested that Attorney Ashley Andrade file the first and second versions of Plaintiff's Federal Rule of Civil Procedure 26 Initial Disclosures on the docket for her to compare. That filing has now been lodged as ECF No. 226. Attorney Andrade ignored the confidentiality designations on those documents and failed to file them under seal or consult Plaintiff first.

Therefore, Plaintiff respectfully requests the ability to file a brief motion to seal ECF No. 226 in its entirety, or in the alternative, to require that the Adobe Acrobat PDF file underlying ECF No. 226 be replaced with a version that fully redacts the name and contact information of each individual listed in Section I of its Exhibits A and B, as well as the section of Exhibit C that discusses specifics of Plaintiff's medical history. This information has no relevance to

1

Defendant MasMarques's supposed concerns about the computations underlying Plaintiff's damages.

Given that this action concerns internet harassment and that aside from harassing them himself, Defendant MasMarques has encouraged others to harass the individuals listed in these documents marked "**CONFIDENTIAL / ATTORNEY'S EYES ONLY**" (emphasis in original), immediate sealing is appropriate. Furthermore, the Court acknowledged at the Status Conference that Initial Disclosures and related documents are not typically public and Defendant MasMarques has, through counsel, expressed repeated concern about *his* discovery documents being made public. Despite this professed worry, Attorney Andrade did not contact Plaintiff about the filing or offer to make any redactions before filing ECF No. 226. The Court should not aid Defendant MasMarques in his quest to harass Plaintiff and Plaintiff's friends, family, and colleagues in perpetuity.

Plaintiff respectfully requests that this motion be granted, or that the Court take action to protect Plaintiff's confidential information *sua sponte*.

Dated: August 7, 2025         Respectfully submitted,

_____
Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

## CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)

I certify that on August 7, 2025, fifteen minutes after ECF No. 226 was filed, I attempted to confer with counsel for Defendant Diego MasMarques, Jr. in regard to this motion in a good faith effort to resolve this issue and/or to narrow the issues. After three hours, opposing counsel failed to respond.

Aaron Greenspan

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 7, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

Aaron Greenspan