UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR PROTECTIVE ORDER**

Plaintiff respectfully requests that this Court grant leave to file a motion to enter a protective order in this action, or that the Court enter a protective order based on its model protective order *sua sponte*. After protracted and seemingly deliberate delay by opposing counsel for Defendant Diego MasMarques, Jr. and approximately a week of negotiations, due to a disagreement between the parties on a single irrelevant term among approximately a dozen, opposing counsel has been unwilling to enter into a stipulated agreement regarding the handling of confidential information.

In his August 14, 2025 Amended Notice of Deposition targeted at Plaintiff Aaron Greenspan, Defendant Diego MasMarques, Jr. included three untimely, overbroad, and partially irrelevant document requests, to which Plaintiff responded by serving numerous objections on August 18, 2025. During the August 19, 2025 deposition, Plaintiff nonetheless provided opposing counsel with electronic access to approximately 1,200 pages of documents responsive

1

to these improper requests in native digital format. However, Plaintiff's deposition proceeded without Plaintiff providing several thousand more pages of documents that contain pornographic, highly graphic, or otherwise sensitive material because the parties could not reach an agreement regarding a stipulation controlling the handling of such material.

Before the deposition took place and these document requests were served (with only *five days notice* in violation of Federal Rules of Civil Procedure 30 and 34), opposing counsel played games with the promise of a stipulated agreement, hoping to apply even more time pressure to force Plaintiff to agree not to reference Defendant MasMarques's well-documented and public criminal history in this litigation going forward. Opposing counsel refused to provide Plaintiff with the final text of her terms and conditions for a stipulated agreement that might forego the need a protective order, even though she claimed to agree on all points except for this one. Opposing counsel has in the recent past placed documents on the docket clearly marked "CONFIDENTIAL" and "ATTORNEY'S EYES ONLY" without checking with Plaintiff first, resulting in the need for this Court's intervention. ECF Nos. 227-228. Therefore, Plaintiff believes a protective order regarding confidential discovery matters or some other type of Court guidance is necessary before any potentially sensitive documents can be disclosed.

Dated: August 20, 2025        Respectfully submitted,

*[signature: Aaron Greenspan]*

Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

3

**CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)**

Plaintiff conferred with counsel for Defendant Diego MasMarques, Jr., who at various points has both consented and refused to consent to this motion.

_/s/ Aaron Greenspan_
Aaron Greenspan

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 20, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

Aaron Greenspan