**EXHIBIT B**

Defendant Diego MasMarques, Jr.'s Amended Answers To Interrogatories Nos. 5 and 12
Dated May 24, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO MASMARQUES JR., et. al.<br><br>Defendants. | Case No.: 1:23-cv-10134-DJC |

**DEFENDANT DIEGO MASMARQUES, JR.'S AMENDED ANSWERS TO INTERROGATORIES NOS. 5 AND 12**

Defendant Diego MasMarques, Jr. ("Defendant"), by and through undersigned counsel, hereby amends his responses to Interrogatories Nos. 5 and 12 of Plaintiff's First Set of Interrogatories pursuant to Federal Rules of Civil Procedure 26(e)(1)(A) and 33(b).  These amendments are made in good faith and reflect information that Defendant now recalls or is able to clarify upon further reflection.  The amended responses are provided subject to and without waiving Defendant's Preliminary Statement, General Objections, and specific Objections, Instructions, and Definitions as set forth in his original Answers to Plaintiff's First Set of Interrogatories.

**AMENDED ANSWERS TO INTERROGATORIES NOS. 5 AND 12**

**INTERROGATORY NO. 5**

Describe YOUR process for creating fake accounts on gripe sites such as ComplaintsBoard.

OBJECTION: First, the Interrogatory is argumentative and misleading, as it assumes facts not in evidence, including the assertion that Defendant has created "fake accounts" or posted on "gripe sites" such as ComplaintsBoard. Second, the Interrogatory is vague and ambiguous, particularly in its use of the undefined term "gripe sites" and the presumption of a "process for creating fake accounts," which lacks any factual foundation and fails to describe with reasonable specificity the information sought. Third, the Interrogatory appears designed to harass or embarrass, rather than to elicit relevant information proportional to the needs of the case as required under Fed. R. Civ. P. 26(b)(1).

Subject to and without waiving the General Objections and the foregoing specific objections, Defendant limits the subject matter of Interrogatory No. 5 to Plaintiff or Plainsite, and answers as follows:

AMENDED ANSWER: I've never created any "fake" accounts on so-called "gripe" sites. To the best of my memory—and after giving it more thought—in early 2018, just before Plaintiff filed a harassment complaint against me, I uploaded or shared a link to publicly available documents on what I believe was ComplaintsBoard. The content related to Think Computer Foundation's 501(c)(3) nonprofit status. I shared that information because I had (and still have) serious concerns about whether Plainsite is truly operating as a legitimate nonprofit. I believe the public has a right to know if a nonprofit is committing fraud, especially one that claims to be a charity that donates computers to underprivileged children, while at the same time profiting from publishing—and in some cases damaging—people's personal lives online. I don't recall whether I had to create an account to post that content, but either way, nothing I posted was "fake" or derogatory.

**INTERROGATORY NO. 12**

Explain why some of YOUR known e-mail addresses are registered with ComplaintsBoard.

OBJECTION: Defendant objects to this Interrogatory No. 12 on multiple grounds. First, the Interrogatory argumentative and speculative as it assumes facts not in evidence, including the assertion that Defendant has registered one or more email addresses with ComplaintsBoard. Second, the Interrogatory is vague and ambiguous, particularly in its reference to "known email addresses," lacking specificity regarding which addresses are at issue, when they were purportedly registered, and how that registration relates to any claim or defense in this action. Third, the Interrogatory appears to be intended for purposes of harassment or to elicit an admission based on unverified or speculative allegations.

Subject to and without waiving the General Objections and the foregoing specific objections:

<u>AMENDED ANSWER</u>:   Aside from the content I shared in 2018 (*see* my Amended Answer to Interrogatory No. 5), I've mostly just read posts on ComplaintsBoard and don't remember ever registering any email. As far as I can remember, if an email was used, it would've been for that 2018 post—but I'm not certain if the site even required an email to make a posting back then.

**AS TO OBJECTIONS:**

*/s/ Ashley Andrade*

Ashley A. Andrade, Esq.
ANDRADE LEGAL, LLC
867 Boylston Street, 5th Floor #1119
Boston, MA 02116
BBO# 697189
Phone: 617.206.1822
Email: ashley@andrade-legal.com

Dated:  May 24, 2025

**<u>SWORN STATEMENT UNDER PENALTY OF PERJURY</u>**

I do solemnly declare and affirm under the penalties of perjury that the foregoing Amended Answers to Interrogatories Nos. 5 and 12 are true and correct to the best of my knowledge, information, and belief.

*Diego MasMarques, Jr.*
Diego MasMarques, Jr. (May 24, 2025 13:32 EDT)

Diego MasMarques, Jr.

Dated: 05/24/2025

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2025, I served the foregoing document on the opposing party by electronic mail.

                         */s/ Ashley Andrade*

                         Ashley A. Andrade, BBO # 697189

# Defendant Amended Answers to Interrogatories 5 and 12 (5.24.2025)

Final Audit Report                                      2025-05-24

| | |
|---|---|
| Created: | 2025-05-24 |
| By: | Ashley Andrade (ashley@andrade-legal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAYyhcQd2DBVa3iUwf1z1CtkB3IdMhKpqS |

## "Defendant Amended Answers to Interrogatories 5 and 12 (5.24.2025)" History

- Document created by Ashley Andrade (ashley@andrade-legal.com)
  2025-05-24 - 5:14:49 PM GMT

- Document emailed to Diego MasMarques, Jr. (3378@protonmail.com) for signature
  2025-05-24 - 5:14:52 PM GMT

- Email viewed by Diego MasMarques, Jr. (3378@protonmail.com)
  2025-05-24 - 5:29:32 PM GMT

- Document e-signed by Diego MasMarques, Jr. (3378@protonmail.com)
  Signature Date: 2025-05-24 - 5:32:02 PM GMT - Time Source: server

- Agreement completed.
  2025-05-24 - 5:32:02 PM GMT

Adobe Acrobat Sign