**EXHIBIT C**
Defendant Diego MasMarques, Jr.'s Amended Answer To Interrogatory No. 13
Dated July 22, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO MASMARQUES JR., et. al.<br><br>Defendants. | Case No.: 1:23-cv-10134-DJC |

### DEFENDANT DIEGO MASMARQUES, JR.'S AMENDED ANSWER TO INTERROGATORY NO. 13

Defendant Diego MasMarques, Jr. ("Defendant"), by and through undersigned counsel, hereby amends his response to Interrogatory No. 13 of Plaintiff's First Set of Interrogatories pursuant to Federal Rules of Civil Procedure 26(e)(1)(A) and 33(b). The amended response is provided subject to and without waiving Defendant's Preliminary Statement, General Objections, and Objections to Instructions and Definitions as set forth in his original Answer to Plaintiff's First Set of Interrogatories.

### AMENDED ANSWER TO INTERROGATORY NO. 13

**INTERROGATORY NO. 13**

Identify each desktop computer, laptop computer, or mobile device YOU have used to access the internet from home since 2017, including brand, model, serial number, and current location.

> OBJECTION: Defendant objects to this Interrogatory No. 13 to the extent it seeks serial numbers of Defendant's electronic devices, on the grounds that such disclosure is overbroad, not proportional to the needs of the case under Fed. R. Civ. P. 26(b)(1), and

1

poses unnecessary security and privacy risks. Further, Defendant objects to this Interrogatory to the extent it seeks disclosure of the serial number of Defendant's electronic device(s) on the grounds that such disclosure poses a significant risk of misuse, tampering, or unauthorized access. Defendant has a good-faith basis to believe that Plaintiff has a history of digital misconduct and/or computer misuse, as documented in publicly available materials.[1]

The Interrogatory also improperly seeks information about devices not owned by Defendant, including those jointly owned with his late spouse, owned by non-party household members, or even guests in his home since 2017, further compounding the privacy and overbreadth concerns. The request is not reasonably calculated to lead to the discovery of admissible evidence and appears designed to harass or intimidate rather than obtain relevant factual information proportional to the needs of the case under Fed. R. Civ. P. 26(b)(1).

Subject to and without waiving the foregoing objections or General Objections, Defendant is willing to identify, to the extent known, the general type, brand, and model of any personally owned devices used to access the internet from home during the relevant period:

AMENDED ANSWER: Since 2017, while living in Marlborough, Massachusetts, I've used a few devices to access the internet from home. From 2017 to 2019, I used a desktop Apple iMac, which I later traded in and replaced with a MacBook that I still use as my main computer. I've also had an iPhone 8 since around 2017, and it has been my primary cell phone since that time.

**AS TO OBJECTIONS:**

*/s/ Ashley Andrade*
_____

Ashley A. Andrade, Esq.
ANDRADE LEGAL, LLC
867 Boylston Street, 5th Floor #1119
Boston, MA 02116
BBO# 697189
Phone: 617.206.1822
Email: ashley@andrade-legal.com

Dated: July 22, 2025

---

[1] *See generally,* Robert Lemos, *Payroll Firm Pulls Web Services, Citing Data Leak*, CNET (Mar. 1, 2005), https://www.cnet.com/news/privacy/payroll-firm-pulls-web-services-citing-data-leak/ ; *see also*, Ethan Forman, *South Station Hack Shows Security Train Not on Schedule*, Bos. Bus. Journal (Feb. 21, 2005), https://www.bizjournals.com/boston/blog/mass-high-tech/2005/02/south-station-hack-shows-security-train.html

## SWORN STATEMENT UNDER PENALTY OF PERJURY

I do solemnly declare and affirm under the penalties of perjury that the foregoing Amended Answer to Interrogatory No. 13 is true and correct to the best of my knowledge, information, and belief.

*Diego MasMarques, Jr.*
Diego MasMarques, Jr. (Jul 22, 2025 19:54 EDT)

Diego MasMarques, Jr.

Dated: 07/22/2025

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I served the foregoing document on the opposing party by electronic mail.

*/s/ Ashley Andrade*

Ashley A. Andrade, Esq.
BBO# 697189

3

# Defendant Amended Answer to Interrogatory 13 7.22.2025

Final Audit Report                                                           2025-07-22

| | |
|---|---|
| Created: | 2025-07-22 |
| By: | Ashley Andrade (ashley@andrade-legal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAm4rUhejRkUFJxN4L4UfEFEgoNQPINWpM |

## "Defendant Amended Answer to Interrogatory 13 7.22.2025" History

- Document created by Ashley Andrade (ashley@andrade-legal.com)
  2025-07-22 - 11:26:24 PM GMT

- Document emailed to Diego MasMarques, Jr. (3378@protonmail.com) for signature
  2025-07-22 - 11:26:28 PM GMT

- Email viewed by Diego MasMarques, Jr. (3378@protonmail.com)
  2025-07-22 - 11:54:12 PM GMT

- Document e-signed by Diego MasMarques, Jr. (3378@protonmail.com)
  Signature Date: 2025-07-22 - 11:54:44 PM GMT - Time Source: server

- Agreement completed.
  2025-07-22 - 11:54:44 PM GMT

Adobe Acrobat Sign