**EXHIBIT E**
Defendant Diego MasMarques, Jr.'s Supplemental Answer To Interrogatory No. 10 and Logs
Dated July 25, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN,<br><br>Plaintiff,<br><br>v.<br><br>DIEGO MASMARQUES JR., et. al.<br><br>Defendants. | Case No.: 1:23-cv-10134-DJC |

### DEFENDANT DIEGO MASMARQUES, JR.'S SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 10

Defendant Diego MasMarques, Jr. ("Defendant"), by and through undersigned counsel, hereby supplements his response to Interrogatory No. 10 of Plaintiff's First Set of Interrogatories pursuant to Federal Rules of Civil Procedure 26(e)(1)(A) and 33(b). The supplemental response is provided subject to and without waiving Defendant's Preliminary Statement, General Objections, and Objections to Instructions and Definitions as set forth in his original Answers to Plaintiff's First Set of Interrogatories, including, without limitation, his specific objections to his answer to Interrogatory No. 10.

### SUPPLEMENTAL ANSWER TO INTERROGATORY NO. 10

**INTERROGATORY NO. 10**

Identify each e-mail address YOU have ever used on the internet.

> **SUPPLEMENTAL ANSWER:** In addition to the emails listed in my original answer to Interrogatory No. 10, I've also used the following email address: 56546@protonmail.com. I stopped using that address in 2018 and had forgotten about

the account when I submitted my original answer to Interrogatory No. 10. Its omission was unintentional and not made in bad faith.

Just to clarify—for the addresses ending in *@protonmail.com* that I mentioned in my original answer to Interrogatory No. 10, the same account also works with *@proton.me*. For example, 5653@protonmail.com and 5653@proton.me work the same. If someone emails me at either version, I receive it at the same account. The same applies when I send emails. I prefer to use @protonmail.com and do not intentionally select @proton.me, but Proton's system may default to the @proton.me without me realizing.

**AS TO OBJECTIONS:**

*/s/ Ashley Andrade*

Ashley A. Andrade, Esq.
ANDRADE LEGAL, LLC
867 Boylston Street, 5th Floor #1119
Boston, MA 02116
BBO# 697189
Phone: 617.206.1822
Email: ashley@andrade-legal.com

Dated: July 25, 2025

**SWORN STATEMENT UNDER PENALTY OF PERJURY**

I do solemnly declare and affirm under the penalties of perjury that the foregoing Supplemental Answer to Interrogatory No. 10 is true and correct to the best of my knowledge, information, and belief.

*Diego MasMarques, Jr.*
Diego MasMarques, Jr. (Jul 25, 2025 13:38:06 EDT)

Diego MasMarques, Jr.

Dated: 07/25/2025

1

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2025, I served the foregoing document on the opposing party by electronic mail.

                        */s/ Ashley  Andrade*
                        _____
                        Ashley A. Andrade, BBO # 69718

# Defendant Supplemental Answer to Interrogatory 10 (final 7.25.2025)

Final Audit Report                                                                 2025-07-25

| | |
|---|---|
| Created: | 2025-07-25 |
| By: | Ashley Andrade (ashley@andrade-legal.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAwLeIVEnU__uDtkxSGlqqIj9t5r-qvajj |

## "Defendant Supplemental Answer to Interrogatory 10 (final 7.25.2025)" History

- Document created by Ashley Andrade (ashley@andrade-legal.com)
  2025-07-25 - 5:20:06 PM GMT

- Document emailed to Diego MasMarques, Jr. (3378@protonmail.com) for signature
  2025-07-25 - 5:20:10 PM GMT

- Email viewed by Diego MasMarques, Jr. (3378@protonmail.com)
  2025-07-25 - 5:36:44 PM GMT

- Document e-signed by Diego MasMarques, Jr. (3378@protonmail.com)
  Signature Date: 2025-07-25 - 5:38:06 PM GMT - Time Source: server

- Agreement completed.
  2025-07-25 - 5:38:06 PM GMT

Adobe Acrobat Sign

# PRIVILEGE LOG
### *Defendant Diego MasMarques, Jr.'s Responses to Plaintiff's Request for Production of Documents*
### July 25, 2025

| Bates No. | Description | Type | Basis | Notes |
|---|---|---|---|---|
| Def-P2_000162, Def-P2_000210, Def-P2_000211, Def-P2_000214, Def-P2_000217, Def-P2_000218, Def-P2_000221, Def-P2_000224, Def-P2_000242, Def-P2_000244, Def-P2_000246, Def-P2_000247, Def-P2_000248, Def-P2_000249, Def-P2_000251, Def-P2_000252, Def-P2_000253, Def-P2_000255, Def-P2_000259, Def-P2_000314, Def-P2_000343, Def-P2_000344, Def-P2_000345, Def-P2_000348, Def-P2_000349, Def-P2_000350, Def-P2_000357, Def-P2_000358, Def-P2_000360, Def-P2_000361, Def-P2_000362, Def-P2_000363, Def-P2_000365 | Email forwarded to counsel re: determination of responsiveness and privilege | Redacted forwarding email and metadata only; content/attachments produced | Attorney-client privilege | Redaction limited to "Fwd:" header showing transmission to trial counsel; original content and attachments fully produced |

1

# REDACTION LOG
*Defendant Diego MasMarques, Jr.'s Responses to Plaintiff's Request for Production of Documents*
**(July 25, 2025)**

| Bates No. | Description | Type | Basis |
|---|---|---|---|
| Def-P2_000214 | Reason for termination of prior attorney | Redaction limited solely to a portion of one sentence describing the reason for prior counsel's termination. The remainder of the email was produced in full. | FRCP 26(b)(1); FRCP 26(c) – Irrelevant to any claim or defense; redacted to avoid undue embarrassment or prejudice. |
| Def-P2_000183 | Name of non-party family member | Redaction limited solely to the individual's name; all remaining content of the email and its attachments were produced. | FRCP 26(c); GDPR; Privacy – The redacted individual is a non-party, not identified in Defendant's Rule 26(a)(1) disclosures, and resides in the EU, subject to GDPR protections. The redacted name has no relevance to the claims or defenses in this matter. Redaction is appropriate to prevent unnecessary disclosure of personal data. |
| *Miscellaneous* | Remaining Redactions (excluding entries identified in the privilege log) | Redactions relate to a prior FOIA request to the Marlborough Mayor's Office or to filings relating to prior litigation or other matters involving the parties. | N/A – These documents were produced *as received*, with redactions made by third parties or court records (e.g., government agencies or prior court filings). No redactions were made by Defendant in these instances. Responsive content was not withheld, and the documents are being provided in the form in which they were obtained. |