**EXHIBIT F**
Defendant Diego MasMarques, Jr.'s Undated Document Request Responses
Received April 17, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN,<br><br>      Plaintiff<br><br>v.<br><br>DIEGO MASMARQUES JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVSTEV, MEDIOLEX, LTD., and ASTRAD, LTD.,<br><br>      Defendants. | Case No.: 1:23-cv-10134-DJC |

**RESPONDENT'S RESPONSE TO COMPLAINANT'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION OF DOCUMENTS NO.1**

All DOCUMENTS that refer to Aaron Greenspan.

**Answer:** Documents will be produced that refer to how Aaron Jacob Greenspan fabricated and filed two criminal harassment charges against the defendant on November 28, 2018. During that time, the plaintiff also harassed the Court into sending the plaintiff documents of the Clerk's hearing that contained the defendant's SSN, DOB and home address, which plaintiff then used to harass the defendant. The plaintiff, then knowing that the defendant was using a P.O. Box, uploaded all of this information to the Santa Clara Superior Court Docket before December 12th, 2018. After the hearing on November 28th, 2018, the plaintiff continued to harass the defendant in court, constantly asking over the loudspeaker if he was going to show up to the hearing on December 12th, to which the defendant did appear. At this hearing, the plaintiff continuously lied under oath and fabricated and manipulated facts to perjure himself. The

plaintiff lied about his location to avoid being served with a lawsuit. We are in possession of court transcripts that corroborates many lies told by the plaintiff in the past years and will produce them in this request. These charges were eventually dismissed and then expunged from the defendant's record, however the process caused severe damage to the defendant's life.

Further documents will be provided that exemplify how the plaintiff has created gripe sites all over the internet to attack the defendant. There are hundreds of pages that contain evidence of doxxing and online harassment, specifically profanity laced name calling. Documents will be provided that prove the plaintiff had called the defendant a" faggot", among other horrendous and offensive names. The plaintiff further created sites falsely accusing the defendant of cheating on his wife and being a homosexual, all of which was posted on reportcheater.com by the plaintiff. These are all from the plaintiff's twitter accounts, @aarongreenspan and @plainsite. There are further documents that prove tweets about defendant's wife place of work was doxed.

Further, documents will be produced that the defendant has been communication with the Assistant Chief of Probation Jeffrey Smith at the First Circuit, regarding Aaron Jacob Greenspan. The defendant has sent him a lot of information and hard evidence of the harassment the plaintiff has levied against the defendant.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO.2**

All DOCUMENTS that refer to PLAINSITE.

**Answer:** Documents will be produced that prove show the plaintiff has and still uses his monetized data miniating legal documents website, plainsite.org, to harass the defendant. The documents will exemplify how the website was weaponized against the defendant to dox, extort and harass the defendant. There are hundreds of pages of evidence of this conduct. We will further provide other gripe sites used by the defendant to harass, cyber stalk, and extort the defendant.

Specifically, produced documents will show that an unknown caller wanted $4,500 in exchange for taking down 8 URLs that were harassing the defendant. After the defendant refused, the doxxing and harassment intensified and never ceased.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO.3**

All DOCUMENTS that refer to Omar Qazi.

**Answer:** Objection, defendant has no connection, communication, or correspondence with Omar Qazi.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO.4**

All DOCUMENTS that refer to Elon Musk.

**Answer:** Objection, defendant has no connection, communication, or correspondence with Elon Musk.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO.5**

All DOCUMENTS that refer to Complaints Board.

**Answer:** Objection, defendant is not in possession of any documents that refer to Complaints Board.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO.6**

All e-mail messages to YOU from Twitter, since renamed X.

**Answer:** Objection, defendant is not in possession of any emails from Twitter directly to him after the company was renamed X.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO.7**

All DOCUMENTS that refer to any gripe site.

**Answer:** Objection, defendant is not in possession of documents from any gripe sites.

**REQUEST FOR PRODUCTION OF DOCUMENTS NO.8**

All DOCUMENTS to or from any non-judicial federal, state or local government agency regarding any website that aggregates court records, including but not limited to PLAINSITE.

**Answer:** Objection, request is overly broad and unduly burdensome to produce.

### REQUEST FOR PRODUCTION OF DOCUMENTS NO.9

All DOCUMENTS reflecting YOUR employment history since 2017.

**Answer:** Objection, defendant is not in possession of any documents that reflect his employment history since 2017.

### REQUEST FOR PRODUCTION OF DOCUMENTS NO.10

All DOCUMENTS reflecting YOUR investments in Tesla, Inc. common stock since 2017.

**Answer:** Objection, documents requested are irrelevant.

Respectfully submitted

by the Plaintiffs' Attorney,

/s/ *Simon B. Mann*

Simon B. Mann
Mann Law Firm, P.C.
200 Highland Ave, Ste 302
Needham, MA 02494
617.690.7379
F)781.400-5649
simon@sbmannlaw.com