**EXHIBIT H**
Plaintiff's Relevant Discovery Documents



## Login with socials

| f | G | 🐦 | in |
|---|---|---|---|

*or register as a new user*

**Email already exists. Please change email**
**Display Name is required**
**Password is required**

✉   8587@protonmail.com

👤   Display Name

🔒   Password

I'm not a robot
reCAPTCHA
Privacy - Terms

**Sign Up**

Already Have an Account? - **Login**

GREENSPAN00002



## Login with socials

or register as a new user

**Email already exists. Please change email**
**Display Name is required**
**Password is required**

958957z@gmail.com

Display Name

Password

I'm not a robot

reCAPTCHA
Privacy - Terms

Sign Up

Already Have an Account? - **Login**

GREENSPAN00004



GREENSPAN00006

**From: Vincent Bellomo** 8986431@gmail.com
**Subject:** URL and name removal
**Date:** July 20, 2016 at 11:30 AM
**To:** domains@thinkcomputer.com

To whom it may concern,

Remove the following URL and all URL's that reference the name Diego MasMarques from your database and the Search Engines:http://www.plainsite.org/dockets/au3zyrx4/court-of-appeals-for-the-first-circuit/24-fair-emplpraccas-1286-24-empl-prac-dec-p-31415-diego-mas-marques-v-digital-equipment-corporation-and-digital-equipment-gmbh/

Don't know if Aaron Greenspan is your real name but instead of sitting back and uploading people's private and personal information on to your third party website why don't you go out and make yourself useful to society by learning skills, or a trade and doing some real work, instead of sitting back and being a parasite, leaching off of people's information to make money. Your violating the 1974 Privacy Act and your uploading content from government website on to a third party website. I' going to give you a heads up and let you know that I am filing complaints against your website with the FCC and the FBI's IC3. Lastly, I want you to send me your real fucking name, address, phone number and the exact country that you are operating out of.

Thanks

GREENSPAN00009

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 44JX7ZA (9562)
**Date:** February 21, 2017 at 8:16 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 44JX7ZA (9562)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 821 6841
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hi!
Your website has posted duplicated information that was already on the Search Engines by unitedstatescourt.org. Please remove the
following two URL links from the Search Engines, as they are duplicated;
https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/

Thank you, for your consideration in this matter.

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
Double check to see if the information is already on the Search Engines from a different website, in order not to duplicate information
on the web.

------------------------
http://www.plainsite.org

GREENSPAN00010

**From: Diego MasMarques** bronx1842@gmail.com
**Subject:** PlainSite Request 44TFI8L (9579)
**Date:** February 22, 2017 at 2:46 PM
**To:** PlainSite help@plainsite.org

---

PlainSite Request 44TFI8L (9579)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 363 6153
E-Mail: bronx1842@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please, remove the following URL link from your database and the Search Engines as this is being duplicated by another
website:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
When posting people's information online try to make sure that it is not already been posted by another website

-----------------------
http://www.plainsite.org

GREENSPAN00013

**From:** **Diego MasMarques** 87754a@gmail.com
**Subject:** PlainSite Request 49XFQ6K (9908)
**Date:** March 13, 2017 at 7:10 PM
**To:** PlainSite help@plainsite.org

---

PlainSite Request 49XFQ6K (9908)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization: Timely Transport

Phone: +1 617 416 8674
E-Mail: 87754a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Have this website owner Aaron Greenspan get in touch with me. Send me his address.

Thanks

How would you rate PlainSite?
Good

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00039

**From:** **rick** rickymas@icloud.com
**Subject:** URL removal
**Date:** May 2, 2017 at 3:04 PM
**To:** greenspan@post.harvard.edu

Hi Aaron,

Would like to speak to you about the removal of two or three URL's posted by your website. I would like to sign up for your services and could make a donation, in order to have these URL's removed.

Thanks,

Rick
6174168670

GREENSPAN00065

**From: Diego Mas Marques** 958957z@gmail.com
**Subject:** PlainSite Request 4V9C9RJ (11281)
**Date:** June 17, 2017 at 3:38 PM
**To:** PlainSite  help@plainsite.org

---

PlainSite Request 4V9C9RJ (11281)
----------------------------------

First Name: Diego
Last Name: Mas Marques
Organization:

Phone: +1 617 535 7632
E-Mail: 958957z@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9336216

What kind of action would you like us to take?
Removal

Please provide the details of your request.
Your vicious monetized website has posted  a private phone number, address and other private information on a sealed case from the
First Circuit. I haven formed the District Attorney's  Office
Regarding your abusive and irresponsible  vindictive behaviors. I am asking you to remove this case from your database.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
This monetized website is extremely abusive, ruthless  and vindictive. Your site pretends to be for the good but it's a detriment for
society, as your site intentionally destroys people's careers, reputations and causes serious safety concerns. This is a serious abuse
of our freedoms and the First Amendment

------------------------
http://www.plainsite.org

**From:** **Jack Jones** 986842a@gmail.com
**Subject:** IRS
**Date:** September 10, 2017 at 4:02 AM
**To:** legal@thinkcomputer.org

It is quite unfortunate but your parasitical behavior to make easy money off people's misfortunes for your selfish greed has led us (several people) to initiate complaints against your criminal behavior and tax fraud schemes with made up 501's.

You little parasite have been relentless towards the public. Now you will get a taste of the Feds coming to investigate you with great details.

Goodbye!

GREENSPAN00086

**From:** **Diego Masmarques** b97988@outlook.com
**Subject:** PlainSite Request 5AVFCOY (12286)
**Date:** October 4, 2017 at 10:49 PM
**To:** PlainSite help@plainsite.org

---

PlainSite Request 5AVFCOY (12286)
----------------------------------

First Name: Diego
Last Name: Masmarques
Organization:

Phone: +1 857 378 4258
E-Mail: b97988@outlook.com

URL: http://www.plainsite.org/dockets/index.html?id=9361713

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Your monetized website is highly abusive towards the public and you are using this website to Cyber Terrorize, Cyber Bully, Cyber Harass and Cyber Stalk individuals who file complaints against your vicious and criminal website. You state that plain site.org is under a 501c called Think Computer Corporation. That means you are obligated by Federal laws under the IRS statutes to send me a copy of these 501c non-profit documents. I think 3 days is a reasonable amount of time for you to send me these 501c documents by email. Now I have repeatedly asked you to stop harassing and threatening by way of your monetized website but apparently you are on some sort of sick mission to use this website to destroy people's careers and reputations who call you out on your bad behaviors. I am asking you to "cease and desist" from any further Cyber Terrorizing, bullying, harassment and threats towards my person and family members who are filing criminal charges against you and your website. I want you to completely forget about me and remove all URL's about me from your database and search engine and again to stop terrorizing me and my family. We want you to lay off your nonsense and remove these URL's. I have filed a formal complaint against your website with the IRS' non-profit 501c division for all of your abuse and illegal methods of making profits that are against the IRS rules and regulations. This complaint was sent to Dallas, Texas that oversees 501c's that are committing crimes to avoid paying taxes and abusing the US Tax Codes. Now I don't know who exactly is responding to and continuously posting URL's in a vindictive and vicious manner but you will have to ultimately answer to the authorities, including the FBI. You have been hurting my family's careers and reputations  with the use of your plainsite.org website with a total disregard for anyone.
I have been very reasonable and polite in my requests to remove my information from your database and search engines but you have decided to continue to hurt me and my family online with plainsite.org. You have complaints from me and my family lodged against you with the FBI's IC3. You appear to treat this as if it's some sort of game. How would you likely it if this was done to you and your family online by a website owner?. From your behavior I know you wouldn't like it and you appear to be an individual who can explode with the use of your computer and website plainsite.org. I have requested several times that remove my name and information fro
plainsite.org but instead you have been viciously attacking and terrorizing me online.
Remove the information that references my name and just forget about me.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Stop Cyber Terrorizing people using your monetized website plainsite.org.

------------------------
http://www.plainsite.org

GREENSPAN00087

**From:** **Liborio Bellomo** 466536677t@gmail.com
**Subject:** PlainSite Request 5VC0DB1 (13603)
**Date:** March 19, 2018 at 11:23 AM
**To:** PlainSite help@plainsite.org

---

PlainSite Request 5VC0DB1 (13603)
----------------------------------

First Name: Liborio
Last Name: Bellomo
Organization:

Phone: +1 450 856 6665
E-Mail: 466536677t@gmail.com

Docket URL: http://www.plainsite.org/dockets/index.html?id=6249054

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
You dirty Mother Fucker! Where are you in the Bat Area. You Asshole! You cock sucker!

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Shut this site down! It is not needed by the public. It's harmful to the public. Go get a real job in a Burger King or something, instead of trying to freeload off of people's information.

DNS Hostname: mobile-107-77-223-149.mobile.att.net
IP Address: 107.77.223.149

------------------------
http://www.plainsite.org

GREENSPAN00101



U.S. Department of Justice

Mail Referral Unit

Washington, D.C. 20530

June 4, 2018

Diego Mas Marques
P.O. Box 560042
West Medford, MA 02156-0042

Dear Friend:

   Thank you for your letter dated May 29, 2018 to the Attorney General, Deputy
Attorney General, or Associate Attorney General, which was received by the Department
of Justice, Mail Referral Unit, on June 4, 2018 and assigned ID number 4042028.

   Your letter will be reviewed and if a response or an update is necessary it will be
sent to you within 60 business days. If you have any questions, please contact us at (301)
583-7350 and refer to your ID number 4042028 when requesting any information
concerning your correspondence.

                              Sincerely,

                              Mail Referral Unit
                              Department of Justice

GREENSPAN00149



**UPDATE** (6:32 PM): For his part, Greenspan says he does not remember this happening at the ConnectU deposition.

Check out Greenspan's brief (and the appendix) in the defamation-by-omission case, which he filed *pro se* on June 13. To be fair, it is a bit dense and hard to follow. And it's not the only Facebook-related litigation he is still involved in. Greenspan is also involved fighting Facebook about a program he created called FaceCash. As Greenspan explained in a follow-up email:

> After the settlement with Facebook in 2009, I began building a mobile payment system called FaceCash (http://www.facecash.com), and planned to release other products that made productive use of facial recognition technology as well. (Well before Facebook, Inc. was around, I took a course on the psychology of facial recognition freshman year in college, and ended up building http://www.faceblind.org, so it's been an interest of mine for a while.) I registered a few trademarks with the USPTO accordingly. Facebook

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

Aaron Greenspan is mentally off the wall and should be locked up in a Mental Institution, as he is endangering the lives of thousands of people with his Harassment, Stalking and Shaming of people who work for a living. This guy is a leach!

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

Government needs to shut data mining sites down that want the public's personal information and legal documents so they can make lots of easy money at expense of the people being exposed and having their careers and reputations ruined. Change Internet Laws

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

plainsite.org is Aaron Greenspan's personal gripe site where he goes around data mining for sensitive information on the pubic to use to destroy careers & reputations under the guise of the First Amendment. He is a Serial Stalker and Harasser!

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

Aaron Greenspan is a Hacker, Harasser, Stalker and Liar who is a public menace to American Society and a danger to our National Security.

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

Aaron Greenspan/plainsite.org/Think Computer Corporation/Foundation under fraudulent non-profit 501(c)(3) data mines the public's sensitive legal & other information that he uses to make money with his monetized websites. He enjoys CyberBullying

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

Aaron Greenspan sued Google in Small Claims Court and won $761 because

Options ▾

# Your account has been locked.

 **Aaron Greenspan**
@AaronGreenspan

**What happened?**
We have determined that this account violated the Twitter Rules. Specifically, for:

1. **Violating our rules against posting private information.**
   You may not publish or post other people's private information without their express
   authorization and permission.

    **Aaron Greenspan**
   @AaronGreenspan

   In retaliation, MasMarques filed for and was
   automatically granted a counter-TRO based on false
   information. See https://t.co/NIt0b4x8Lc. He's created at
   least 2 fake Twitter accounts, 3 fake Reddit accounts, 3
   fake Facebook accounts, and ~12 fake Quora accounts.

   7:06 PM - 17 Oct 2018

GREENSPAN00261



**Twitter**

Your account has been restored

To: Aaron Greenspan





Hello,

Our support team has reviewed your account and it appears we made an error. We've determined there was no violation and have restored your account to full functionality.

We sincerely apologize for any inconvenience and appreciate you taking the time to submit your appeal request to us.

Thanks,
Twitter

Go to Twitter

**GREENSPAN00263**



5/11/2021    1996 Decency Act 230 needs to be thrown out. Sooner the better. / Twitter

Case 1:23-cv-10134-DJC    Document 237-9    Filed 08/25/25    Page 19 of 34



 Password Reset                                                    English ▾

# How do you want to reset your password?

 **Giza299792458N**
@Giza299792458N

You can use the information associated with your account.

🔘 Send an email to **85\*\*@p\*\*\*\*\*\*\*\*\*.\*\*\***

[ Next ]

Don't have access to these?

GREENSPAN00339



Case 1:23-cv-01134-DJC Document 287-9 in Filed 08/25/25 Page 21 of 34



Twitter

# Explore

⚙ Settings

Aaron Greenspan enjoys obsessively collecting all the legal docs & personal data he can on his targeted victim then will only upload the most negative doc on plainsite.org @plainsite @aarongreenspan To humiliate shame & defame his victims. He uses info to attack people

💬 1          🔁 2          ♡



**Giza299792458N** @Giza299792458N · May 14

The @FBI @SecretService need to shut down @plainsite.org for cyber stalking, serial harassment, lots of doxxing towards many targeted victims by Aaron Greenspan aka Aaron Jacob Greenspan Hacker is ruining people's careers and reputations to make $ with plainsite.org

💬 1

**Giza299792458N**
@Giza299792458N

Replying to @Giza299792458N

@FBI and @SecretService please look further in to what Aaron Greenspan is doing online and using plainsite.org @plainsite @aarongreenspan & his other legal document data mining and gripe sites to cyber stalk, harass, lots of doxxing, hacking & harvesting IP addresses.

[Image of criminal docket document: "CRIMINAL DOCKET - OFFENSES" with defendant name "Diego Masmarques, Jr." docket number "1821CR001157", listing offenses including "HARASSMENT, CRIMINAL c265 §43A(a)" and "HARASSMENT PREVENTION ORDER, VIOLATE c258E §9"]

4:54 PM · May 17, 2021 · Twitter Web App

💬          🔁          ♡          ⬆

**Search Twitter**

US national news · This morning
**Supreme Court agrees to consider Mississippi ban on most abortions after 15 we**
Trending with Supreme Court, SCOTUS

POPSUGAR · 3 hours ago
**Surprise! Ariana Grande M Dalton Gomez in a Private Ceremony**
Trending with ariana, Dalton

Basketball · Trending
**No NBA**
12.8K Tweets

Trending in United States
**Dan Harmon**
1,460 Tweets

COVID-19 · LIVE
**California to keep COVID-1 mask mandate in place unt June 15**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

GREENSPAN00350





← **Tweet**

**Giza299792458N**
@Giza299792458N                                    ···

When I purchased Tesla Stock at @$80 early in 2020 I
thought it was going to hit $500 soon. But when it split it
was great! I think once the Infrastructure plan passes
Tesla Stock is going to go way up again.

7:00 PM · Jul 29, 2021 · Twitter for iPhone

🔲        🔁        ♡        ⬆

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

G   **Sign up with Google**

**Sign up with phone or email**

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.



**Relevant people**

**Giza299792458N**                     **Follow**
@Giza299792458N
Bio Tech Entrepreneur AI Robotics

**What's happening**



Television · 1 hour ago
**Love Island airing on CBS**
Trending with Shannon, Genny

Only on Twitter · Trending            ···
**I Just Died**
6,094 Tweets

Music · Trending                      ···
**Hans Zimmer**

COVID-19 · LIVE
**COVID-19: News and updates
for California**

Variety ✔ · Yesterday
**David Ayer slams 'Suicide
Squad:' "The studio cut is not
my movie"**

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ···   © 2021 Twitter, Inc.





⮡ Giza299792458N Retweeted

**Chinese Embassy in Russia 中国驻俄罗斯大使馆** ✓ · @Chi··· · Feb 25  ···
🏴 Государственный орган (Китай)

GREENSPAN00654



# Twitter

Explore

Settings



← **Diegomasmarques@diegomasmarques**
19 Tweets

**Diegomasmarques@diegomasmarques**
@Diegomasmarque5

Joined April 2022

**13** Following    **0** Followers

Tweets    **Tweets & replies**    Media    Likes

**Diegomasmarques@diegomasmarques** @Diegomasmarque5 · 57m
Replying to @WholeMarsBlog and @AaronGreenspan
He conspires with other data mining website owners on the low

**Diegomasmarques@diegomasmarques** @Diegomasmarque5 · 1h
Replying to @Diegomasmarque5 @WholeMarsBlog and 3 others
He has lots of fake Twitter accounts as well

**Diegomasmarques@diegomasmarques** @Diegomasmarque5 · 1h
Replying to @WholeMarsBlog and @elonmusk

GIF  ALT

**Diegomasmarques@diegomasmarques** @Diegomasmarque5 · 1h
Replying to @WholeMarsBlog and @elonmusk
Nice! good riddens to the cyberstalking doxing harassing @plainsite @aarongreenspan



## New to Twitter?
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms, Privacy Policy, including Cookie Use.

## What's happening

Music · LIVE
It's Daniel Padilla's birthday

Vulture · 2 hours ago
The 101 Best Movie Sequels of All Time, Ranked

The Telegraph · This morning
Panic buying in Beijing as fears grow of an imminent Covid lockdown

Trending in United States
#dogecoin
77.8K Tweets

Game show · Trending
#blindguess
People guess the answer to the question going off the category

Show more

Terms of Service  Privacy Policy
Accessibility  Ads info  More ···
© 2022 Twitter, Inc.

5/24/22, 10:57 PM          Witches on Twitter: Judge dismisses lawsuit against Musk, Tesla and Twitter fan @FBIPhoenix @FBISanFrancisco @FBIWFO @OhioAG Aaron Jacob Greenspan uses & abuses the court sy… to expose this c…

Case 1:23-cv-11034-DJC    Document 237-9    Filed 08/25/25    Page 26 of 34



← Thread


**Witches** @Witchestoday · 23h          ···

Judge dismisses lawsuit against Musk, Tesla and Twitter fan pix11.com/ap-technology/… @FBIPhoenix @FBISanFrancisco @FBIWFO @OhioAG Aaron Jacob Greenspan uses & abuses the court system to defame & harass his victims, he continuously lied under oath to Judge Donato & this was exposed



pix11.com
Judge dismisses lawsuit against Musk, Tesla and Twitter fan
SAN FRANCISCO (AP) — A federal judge in California has dismissed a securities fraud and defamation lawsuit filed by a Tesla investor again…

 1                     1


**Witches**
@Witchestoday          ···

Yes! Communicated in detail to Judge Donato to expose this cyber stalker who refuses to stop. He lied repeatedly to Judge Donato a Federal Judge and made up such fictitious nonsense about everyone he wrote about to use the court to attack his victims and this is a crime

11:49 PM · May 23, 2022 · Twitter Web App

                    

---

Search Twitter

### New to Twitter?

Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

 **Witches**  Follow
@Witchestoday

Nano Technology Self Repairing Technology

 **FBI Phoenix** ✓  Follow
@FBIPhoenix

Official FBI Phoenix Twitter. Submit tips at tips.fbi.gov. Public info may be used for authorized purposes: justice.gov/doj/privacy-po….

 **FBI SanFrancisco** ✓  Follow
@FBISanFrancisco

Official FBI San Francisco Twitter. Submit tips at tips.fbi.gov. Public info may be used for authorized purposes: justice.gov/doj/privacy-po….

### What's happening

News · Last night
**US proposal to amend the WHO's health regulations are being misrepresented, fact-checkers and experts say**


Washington Post Li… ✓ · Yesterday
**Ukraine's prosecutor general Iryna Venediktova discusses investigating and prosecuting war crimes committed by Russian forces in Ukraine**


Bloomberg Weal… ✓ · This morning
**Comfortable retirement appears out of reach for most Americans**


Movies · 3 hours ago
**Top Gun: Maverick hits the big screen**


GREENSPAN-000220

Case 1:23-cv-10184-DJC    Document 237-9    Filed 08/25/25    Page 27 of 34

**Tweet**

Whole Mars Catalog @WholeMarsBlog · 9h
Omar has responded to his subpoena to produce documents related to Trevor Milton's criminal fraud trial. @DOJPH $NKLA

His declaration is below. Read it, it's a page turner. You can download all of the documents he provided to the court here:
wholemars.com/nikola/qazi-do...



Elon Musk and 6 others

💬 35      🔁 31      ♡ 290      ⬆

Witches @Witchestoday · 2h
Your Brilliant! A book on all of this would be a Best Seller. There are so many victims that want to come forward, as they have had their careers & reputations destroyed

💬 1      🔁      ♡ 1      ⬆

Witches
@Witchestoday

Replying to @Witchestoday @WholeMarsBlog and 8 others

FOIA requests have also been sent out and there is lots of great information

1:21 PM · Jul 6, 2022 · Twitter Web App

💬      🔁      ♡      ⬆

---

**New to Twitter?**

Sign up now to get your own personal

G    Sign up with Go

  Sign up with A

Sign up with phone

By signing up, you agree to the Te Privacy Policy, including Cookie U

**Relevant people**

Witches
@Witchestoday
Entrepreneur Nano Technology Robotic

Whole Mars Catalog
@WholeMarsBlog
part 24 hour EV new shitty stand up com

Department of Jus
@DOJPH
Official Twitter Acco Department of Justi the Philippines

**What's happening**

WNBA · 3 hours ago
Sky at Lynx

Connecticut Post · 3 hou
💚 What is monkeypox? He what you need to know abo US outbreak

Markets Insider · Yesterda
Copper plunges to its lowes mark in 17 months

Sports · Trending
WNBA
25.5K Tweets

Trending in United States
Aaron Rodgers
4,183 Tweets

Show more

**Don't miss what's happening**
People on Twitter are the first to know.

Log in      S

Explore

Search Twitter

GREENSPAN00752



@

@Diegomsomoraye5

6:46pm · 13 Apr 2022

Joined Apr 2022

| TWEETS | FOLLOWING | FOLLOWERS | LISTED | |
|---|---|---|---|---|
| 324 | 146 | 15 | 0 | Follow ooo |

GREENSPAN00841

 TWEETS    MENTIONS    LIST    COLLECTION    LIKES



← Tweet



**Giza299792458N**
@Giza299792458N

···

So True! Bullying in schools, online, education level in the dumps, drugs everywhere, open Borders, Illegal Immigrants flow in the millions ignoring all laws, people feel unsafe, Police feel unsafe, food & energy way up, jobs pay crumbs...

>  BattlementLK 🇱🇰 @BattlementLK · Feb 21
>
> 🇷🇺 "Look at what the west is doing with its own people, destruction of family, perversion and even pedophilia are now declared the norm
>
> Millions in the West understand they are being led to spiritual catastrophe"
>
> - President Putin
>
> 

8:32 AM · Feb 21, 2023 · **224** Views

💬          🔁          ♡          ⬆️

### New to Twitter?

Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people

 **Giza299792458N**      Follow
@Giza299792458N
Entrepreneur AI Robotics Quantum Computers Polyglot

 **BattlementLK** 🇱🇰      Follow
@BattlementLK
Anti-imperialist | Reporting the truth on Sri Lanka's color revolution 


### What's happening

NBA · 52 minutes ago
**Celtics at 76ers**

Entertainment · Trending      ···
**Woody Harrelson**
3,946 Tweets

Politics · Trending      ···
**#ArrestKatieHobbs**
12.1K Tweets

Sports · Trending      ···
**Lucic**

Zendaya · Trending      ···
**Zendaya**
Trending with #NAACPImageAwards

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in      Sign up

← **Tweet**

↺ Giza299792458N Retweeted



**FriendOfRussia**
@NoMoreNATO                                    ···

The world supports President Putin.
#StandWithPresidentPutin 🇷🇺
#StandWithRussia 🇷🇺



**Maria** @lts_maria011 · 6d
Who do you Support???
Retweet please 🙏❤️
@NoMoreNATO

| | | |
|---|---|---|
| Vladimir Putin 🇷🇺 ⊘ | | 76% |
| Volodymyr Zelenskyy 🇺🇦 | | 15% |
| Both of them | | 1% |
| None of them | | 8% |

2,000 votes • 58 minutes left

👤 Maria

3:11 AM · Feb 16, 2023 · **49.2K** Views

💬            ↺            ♡            ↥

**New to Twitter?**
Sign up now to get your own personalized timeline!

G  Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**



**FriendOfRussia**            Follow
@NoMoreNATO
#StandWithRussia 🇷🇺 Backup
@NoMoreNATO1

**What's happening**

NBA · 51 minutes ago
**Celtics at 76ers**

Entertainment · Trending                    ···
**Woody Harrelson**
3,946 Tweets

Politics · Trending                           ···
**#ArrestKatieHobbs**
12.1K Tweets

Zendaya · Trending                            ···
**Zendaya**
Trending with #NAACPImageAwards

Sports · Trending                             ···
**Lucic**

Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.                Log in    Sign up

GREENSPAN00944

Witches on Twitter: "@FBIPhoenix @NewYorkFBI @FBIWFO @SecretServi...nnel https://t.co/e2DemeDadg https://t.co/AlJrlc8tKz" / Twitter          7/15/23, 10:22 PM



Twitter

🔍 Explore

⚙ Settings

← Tweet

Witches
@Witchestoday

and 8 others@FBIPhoenix
@FBIPhoenix @NewYorkFBI @FBIWFO @SecretService
@IRS_CI @DHSgov @DHScwmd @OhioAG @SDNYnews
Cyber Stalker & Hacker Aaron Jacob Greenspan aka Aaron Greenspan,
owns and runs just about every data mining online, plainsite.org

leagle.com
Leagle.com | The place to find U. S. Law, Lawyers and Opi...
Leagle is a leading provider of United States Court opinions
and decisions. Every opinion and decision handed down by

5:35 PM · Jul 14, 2023 · 20 Views

New to Twitter?

Sign up now to get your own personaliz

G    Sign up with Google

🍎  Sign up with Apple

Create account

By signing up, you agree to the Terms of
Privacy Policy, including Cookie Use.

Relevant people



Witches
@Witchestoday

Entrepreneur Nano Self Re
Technology Robotics AI Ad
all animals and nature



FBI Phoenix
@FBIPhoenix

Official FBI Phoenix Twitte
tips at tips.fbi.gov. Public i
used for authorized purpos
justice.gov/doj/privacy-po



FBI New York
@NewYorkFBI

Official Twitter for FBI Nev
not report tips here. Subm
terrorism or federal crimes
tips.fbi.gov. For emergenc

What's happening

MLB · 42 minutes ago
Astros at Angels

Trending in United States
#CarleeRussell
Trending with UAB Hospital

Trending in United States
God is Real
18.2K Tweets

Trending in United States
Eminem
Trending with Ed Sheeran

Politics · Trending
Jenna
12K Tweets

GREENSPAN01029

nitter.poast.org

N

Tweets | Tweets & Replies | Media | Search

**AndromedaX** @x13757                                         Feb 17



**AndromedaX**
@x13757
📅 Joined February 2025

Tweets | Following | Followers
19 | 2 | 0
Likes
10

🖼 1 Photos and videos

GREENSPAN01096

CONFIDENTIAL / ATTORNEYS' EYES ONLY

8/1/23, 9:40 PM                    Aaron Jacob Greenspan and ████████ with their abusive plainsite.org

≡  👥 Groups

🔍  Conversations ▾          Search conversations within … ▾                    ⚙    ⠿    Ⓐ

➕ New conversation                                                                      ⓘ   ☐

## Aaron Jacob Greenspan and ████████████ with their abusive plainsite.org   5 views

🕐  Recent groups

●  Favorite groups        lola crum                                          Jun 29, 2022, 11:03:03
                          to Expose abusive data mining websites

☆  Starred conversations   Aaron Jacob Greenspan is a deranged individual who's ████████ is another deranged individual ████████████. Both of these individuals together work as a te
                          of Coders, created the weaponized cyber stalking, doxxing and harassing monetized website that is there to make money for these two individuals mentioned and if a
Expose abusive data mining    requests at any court they can, in order to then upload any dirt they can find on their victims on to their weaponized data mining website plainsite.org and will stop at n
websites                  having their careers and reputations ruined, bother Aaron Jacob Greenspan and ████████████ will go out on the offensive and wi
                          life of anyone who exposes these cyber criminals with their disgusting anti-social plainsite.org
💬  Conversations          Aaron Jacob Greenspan writes in the third person a lot, starting his sentences with "We" because him and ████████ are both a tight team
                          together, where ████████ stays out of the limelight pretended to do nothing wrong, while Aaron Jacob Greenspan exposes his anti-social behaviors all over t
ⓘ  About                   will go all out together with ████████ to destroy anyone who makes any attempt to expose these cyber criminals with law enforcement and other Federal and Stat

                          Aaron Greenspan and ████████ also blackmail and extort money out out of their victims, by demanding $4,500 to remove each URL from their stalking and harass
                          plainsite.org and if one does not do as they tell you to, then they will go all out and destroy your career and reputation, so that you no longer can have a livelihoods, wh
                          criminals sit behind their computers ████████████ and in a cowardly fashion go on the attack. These two individuals also have created and run ma
                          monetized websites and the list is long, another disgusting data mining monetized website they own and run is leagle.com which has destroyed thousands of peo
                          reputations, but these bums don't care, as long as the money keeps coming in, so they can pay their bills and live the good life off the public's dirty laundry.

                          Both plainsite.org and leagle.com helped ████████████████████ and Aaron Jacob Greenspan have no conscious, no ethics and no
                          users and ride on the coattails of the working people.

                          These individuals also work closely together with other data mining monetized website and communicate with one another to assist in attacking anyone that exposes
                          could upset and ruin their incomes from these doxxing websites they run.

                          ─────────────────────────────────────────────────────────

                                    *Message has been deleted*

                        lola crum                                            Sep 29, 2022, 9:50:55
                        to Expose abusive data mining websites

                          deranged ████████ currently works at ████ after getting through ████ by having all his bills paid with the data mining monetized website plainsite.org, which is
                          deranged ████████ mentally deranged ████████ Aaron Jacob Greenspan. Both ████████ and Aaron Greenspan operate as one unit, where they both run
                          @plainsite together and that's why they start off their sentences with "We" as ████████ and Aaron Greenspan are ████████ and have been living off of plainsite.org s
                          destroyed tens of thousands of people and companies' livelihoods out of greed, while they state they simply post public documents, but these freaks go through legal
                          personal information and then if someone reports these nuts to authorities, they both go on an obsessed cyber stalking, doxxing and harassment campaign to make e
                          their victims and lying comes quite natural to both ████████ and Aaron J Greenspan. Doesn't look like ████████ is aware of what type of monster
                          ████ Aaron Greenspan who enjoy wrecking people's lives online, as both of them are also devious extortionist and hackers who hate working for a living
                          https://www.complaintsboard.com/plainsiteorg-think-computer-doxxing-harassment-and-stalking-by-plainsiteorg-c1343136

                        •••

Privacy · Terms

        ↞ Reply all        ↞ Reply to author        ➡ Forward

**From:** **Diego Masmarques** t99878978876786@gmail.com
**Subject:** PlainSite Request 5XPKXMS (13756)
**Date:** March 30, 2018 at 6:06 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 5XPKXMS (13756)
---------------------------------

First Name: Diego
Last Name: Masmarques
Organization:

Phone: +1 302 463 1854
E-Mail: t99878978876786@gmail.com

Docket URL: http://www.plainsite.org/dockets/index.html?id=9361715

What kind of action would you like us to take?
Question

Please provide the details of your request.
Aaron you dirty low life MOTHER FUCKER! You need to fucking stop Terrorizing, Harassing, Stalking and Threatening my life and
family online. Your a fucking scum pos. Your not worth a fucking penny. Your just a piece of trash blowing the wind.

Stop the fucking harassment you dirt bag! And go fuck yourself!

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?


DNS Hostname: 24.60.59.25
IP Address: 24.60.59.25

------------------------
http://www.plainsite.org

GREENSPAN06081