**<u>EXHIBIT I</u>**
Defendant Diego MasMarques, Jr.'s Relevant Discovery Documents

| Form **13909** (December 2016) | Department of the Treasury - Internal Revenue Service **Tax-Exempt Organization Complaint (Referral)** |
|---|---|

**1. Name of referred organization**
Aaron Jacob Greenspan, Neil Sanford Greensspan, Judith keene Greensspan, Think Computer Corporation/Foundation and plainsite.org

**Street address**
20560 Shelburne Road

| City Shaker Heights | State OH | ZIP code 20560 | Date of referral 09/08/2020 |
|---|---|---|---|

**2. Organization's Employer Identification Number (EIN)**
34 - 1937830

**3. Nature of violation**

- [x] Directors/Officers/Persons are using income/assets for personal gain
- [x] Organization is engaged in commercial, for-profit business activities
- [x] Income/Assets are being used to support illegal or terrorist activities
- [x] Organization is involved in a political campaign
- [x] Organization is engaged in excessive lobbying activities
- [x] Organization refused to disclose or provide a copy of Form 990
- [x] Organization failed to report employment, income or excise tax liability properly
- [x] Organization failed to file required federal tax returns and forms
- [x] Organization engaged in deceptive or improper fundraising practices
- [x] Other *(describe)*

   Aarn Jacob Greenspan collected $250.000 from Mark Zuckerber, after filling vexatious lawsuitss for claiming he is the real owner of Facebook. He placed the $250,000 under the fraudulent 501 (c)(3). Aaron Jacob Greeenspan created plainsite.org in 2011 with other Hackers and blackmails and extorts money out of people, in ordeer to remove harmfult legal documents from plainsite.org that he publicly advertises as a 501(c)(3) and asks for monetary donations from the public, statiing they will receive a tax write-off. Plainsite.org is not a 501(c)(3).

**4. Details of violation**

**Name(s) of person(s) involved**
Owners Aaron, Neill and Judith Greenspan are receiving money or cryptocurreency to remove legal documents from plaiinsite.oorg. Not declared!

**Organizational title(s)**
Aaron Jacob Greenspan & CEO, President, Neil Sanford Greensspan, VP Treasurer, Judith Keene Greeenspan, Co-Owner & Adminstrator

| Date(s) Since the formation of Think Computer Corp./Foundation 1998/2000 | Dollar amount(s) *(if known)* Hundreds if not millins of dollars have not been declared to the IRS |
|---|---|

**Description of activities**
Aaron Jacob Greeenspan receives money through third parties and crypto currency to remove harmful legal documents from his stallking and harassing monetized website plainsite.org. This source of income is being received off the books and not being reported to the IRS or the State oof Ohio, (see attachments). The parents Neil & Judith Greenspan are fully aware of all these tax evasion frauds, but are enablerss of these crimes againss the IRS and the State of Ohio, in order to avoid paying Federral & State taxes, so they can thesse illegal sources of incmoe for their personal beneefit under the guise of a 501(c)(3). Legal documentss on plainsite.org are harming people's careers and reputations.

**5. Submitter information**

**Name**
Diego Mas Marquess

**Occupation or business**
Sales

**Street address**
4512 Willow Trail

| City Marlborough | State MA | ZIP code 01752 | Telephone number 617-470-8570 |
|---|---|---|---|

- [x] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to . **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

| Form **13909** (December 2016) | Department of the Treasury - Internal Revenue Service **Tax-Exempt Organization Complaint (Referral)** |
|---|---|

**1. Name of referred organization**

Aaron Jacob Greenspan owner of the website plainsite.org under fraudulent 501c Think Computer Corporation

**Street address**

500 Race Street

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| San Jose | CA | 95126-5159 | April 2, 2018 |

**2. Organization's Employer Identification Number (EIN)**

unkown

**3. Nature of violation**

- [X] Directors/Officers/Persons are using income/assets for personal gain
- [X] Organization is engaged in commercial, for-profit business activities
- [X] Income/Assets are being used to support illegal or terrorist activities
- [X] Organization is involved in a political campaign
- [X] Organization is engaged in excessive lobbying activities
- [X] Organization refused to disclose or provide a copy of Form 990
- [X] Organization failed to report employment, income or excise tax liability properly
- [X] Organization failed to file required federal tax returns and forms
- [X] Organization engaged in deceptive or improper fundraising practices
- [X] Other *(describe)*

Aaron Jacob Greenspan owner of plainsite.org under a fraudulent 501c called Think Computer where his father Neil Sanford Greenspan is the VP and Treasurer is one of the biggest frauds out there when it comes to falsely using the 501c through the IRS then goes around and asks not only for private donations and investment money for their website, but also have set up the business to ask the public for monetary subscription ~~charges between $0.95 and $99.95 a month. This individual wants the best of both worlds using fraud justice.~~

**4. Details of violation**

Name(s) of person(s) involved

Aaron Jacob Greenspan and his father Neil Sanford Greenspan who is listed as the VP and Treasurer of Think Computer Corp.

Organizational title(s)

Aaron Jacob Greenspan owner of plainsite.org under fraudulent 501c Think Computer Corp. Neil S Greenspan is VP and Treasurer

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| Ongoing for quite some years now | Quite a lot of money and not being reported to the IRS. |

Description of activities

Aaron Jacob Greenspan set up plainsite.org as a cover to scam the public out of their money. His father Neil S Greenspan who actually works at the Case Western Reserve University in Columbus, Ohio is shown as the VP and Treasurer of the fraudulent umbrella 501c called Think Computer Corp.. Aaron Greenspan set up this fraud company as a supposed charity but his true intention was always to make lots of money off the backs of the public. Attached is a complaint someone posted about plainsite.org on ripoffreport.com and it states it well, that Aaron Greenspan uses plainsite.org ~~which shows what a fraud of a 501c this company is. Plainsite.org this Aaron Greenspan. He is only concerned with his own individual~~

**5. Submitter information**

Name

Diego Mas Marques

Occupation or business

Street address

PO Box 560042

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| Medford | MA | 02156 | |

- [X] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. Disclaimer Notice: Your email submission of Form 13909 and attachments are not encrypted for security.

Def-P2_000012

| Form **13909** (December 2016) | Department of the Treasury - Internal Revenue Service **Tax-Exempt Organization Complaint (Referral)** | | | | |
|---|---|---|---|---|---|
| **1. Name of referred organization** | | | | | |
| Aaron Jacob Greenspan owner of the website plainsite.org under fraudulent 501c Think Computer Corporation | | | | | |
| **Street address** | | | | | |
| 500 Race Street | | | | | |
| **City** San Jose | **State** CA | | **ZIP code** 95126-5159 | **Date of referral** April 2, 2018 | |

**2. Organization's Employer Identification Number (EIN)**

unkown

**3. Nature of violation**

- [X] Directors/Officers/Persons are using income/assets for personal gain
- [X] Organization is engaged in commercial, for-profit business activities
- [X] Income/Assets are being used to support illegal or terrorist activities
- [X] Organization is involved in a political campaign
- [X] Organization is engaged in excessive lobbying activities
- [X] Organization refused to disclose or provide a copy of Form 990
- [X] Organization failed to report employment, income or excise tax liability properly
- [X] Organization failed to file required federal tax returns and forms
- [X] Organization engaged in deceptive or improper fundraising practices
- [X] Other *(describe)*

  Aaron Jacob Greenspan owner of plainsite.org under a fraudulent 501c called Think Computer where his father Neil Sanford Greenspan is the VP and Treasurer is one of the biggest frauds out there when it comes to falsely using the 501c through the IRS then goes around and asks not only for private donations and investment money for their website, but also have set up the business to ask the public for monetary subscription charges between $0.95 and $99.95 a month. This individual meets the best of both worlds using fraud tactics.

**4. Details of violation**

**Name(s) of person(s) involved**

Aaron Jacob Greenspan and his father Neil Sanford Greenspan who is listed as the VP and Treasurer of Think Computer Corp.

**Organizational title(s)**

Aaron Jacob Greenspan owner of plainsite.org under fraudulent 501c Think Computer Corp. Neil S Greenspan is VP and Treasurer

| **Date(s)** Ongoing for quite some years now | **Dollar amount(s)** *(if known)* Quite a lot of money and not being reported to the IRS. |
|---|---|

**Description of activities**

Aaron Jacob Greenspan set up plainsite.org as a cover to scam the public out of their money. His father Neil S Greenspan who actually works at the Case Western Reserve University in Columbus, Ohio is shown as the VP and Treasurer of the fraudulent umbrella 501c called Think Computer Corp.. Aaron Greenspan set up this fraud company as a supposed charity but his true intention was always to make lots of money off the backs of the public. Attached is a complaint someone posted about plainsite.org on ripoffreport.com and it states it well, that Aaron Greenspan uses plainsite.org

**5. Submitter information**

**Name**

Diego Mas Marques

**Occupation or business**


**Street address**

PO Box 560042

| **City** Medford | **State** MA | | **ZIP code** 02156 | **Telephone number** | |
|---|---|---|---|---|---|

- [X] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to <u>eoclass@irs.gov</u>. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

Form **13909**
(December 2016)

Department of the Treasury - Internal Revenue Service

# Tax-Exempt Organization Complaint (Referral)

**1. Name of referred organization**

Aaron Jacob Greenspan owner of the website plainsite.org under fraudulent 501c Think Computer Corporation

**Street address**

500 Race Street

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| San Jose | CA | 95126-5159 | April 2, 2018 |

**2. Organization's Employer Identification Number (EIN)**

unkown

**3. Nature of violation**

- [x] Directors/Officers/Persons are using income/assets for personal gain
- [x] Organization is engaged in commercial, for-profit business activities
- [x] Income/Assets are being used to support illegal or terrorist activities
- [x] Organization is involved in a political campaign
- [x] Organization is engaged in excessive lobbying activities
- [x] Organization refused to disclose or provide a copy of Form 990
- [x] Organization failed to report employment, income or excise tax liability properly
- [x] Organization failed to file required federal tax returns and forms
- [x] Organization engaged in deceptive or improper fundraising practices
- [x] Other *(describe)*

    Aaron Jacob Greenspan owner of plainsite.org under a fraudulent 501c called Think Computer where his father Neil Sanford Greenspan is the VP and Treasurer is one of the biggest frauds out there when it comes to falsely using the 501c through the IRS then goes around and asks not only for private donations and investment money for their website, but also have set up the business to ask the public for monetary subscription charges between $9.95 and $99.95 a month. This individual wants the best of both worlds using fraud tactics.

**4. Details of violation**

**Name(s) of person(s) involved**

Aaron Jacob Greenspan and his father Neil Sanford Greenspan who is listed as the VP and Treasurer of Think Computer Corp.

**Organizational title(s)**

Aaron Jacob Greenspan owner of plainsite.org under fraudulent 501c Think Computer Corp. Neil S Greenspan is VP and Treasurer

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| Ongoing for quite some years now | Quite a lot of money and not being reported to the IRS. |

**Description of activities**

Aaron Jacob Greenspan set up plainsite.org as a cover to scam the public out of their money. His father Neil S Greenspan who actually works at the Case Western Reserve University in Columbus, Ohio is shown as the VP and Treasurer of the fraudulent umbrella 501c called Think Computer Corp.. Aaron Greenspan set up this fraud company as a supposed charity but his true intention was always to make lots of money off the backs of the public. Attached is a complaint someone posted about plainsite.org on ripoffreport.com and it states it well, that Aaron Greenspan uses plainsite.org

**5. Submitter information**

**Name**

Diego Mas Marques

**Occupation or business**

**Street address**

PO Box 560042

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| Medford | MA | 02156 | |

- [x] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

Catalog Number 50614A    www.irs.gov    Form **13909** (Rev. 12-2016)

| Form **13909** (December 2016) | Department of the Treasury - Internal Revenue Service **Tax-Exempt Organization Complaint (Referral)** |
|---|---|

**1. Name of referred organization**

Dr. Neil Sanford Greenspan, Judith Keene Greenspan, son Aaron Jacob Greenspan, Think Computer Corporation/Foundation,Thinklink

**Street address**

20560 Shelburne Road

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| Shaker Heights | OH | 44122 | May 5, 2018 |

**2. Organization's Employer Identification Number (EIN)**

Refusal to turn over their IRS Form 990 for public viewing

**3. Nature of violation**

- [x] Directors/Officers/Persons are using income/assets for personal gain
- [x] Organization is engaged in commercial, for-profit business activities
- [x] Income/Assets are being used to support illegal or terrorist activities
- [ ] Organization is involved in a political campaign
- [x] Organization is engaged in excessive lobbying activities
- [x] Organization refused to disclose or provide a copy of Form 990
- [x] Organization failed to report employment, income or excise tax liability properly
- [x] Organization failed to file required federal tax returns and forms
- [x] Organization engaged in deceptive or improper fundraising practices
- [x] Other *(describe)*

    Dr. Neil S Greenspan is the creator for this entire tax evasion schemes, he currently works as a Professor at Case Western Reserve University. This individual set his son up with an easy way to make money with monetized websites and lying to the IRS, as they state they are non-profits. These individuals use & abuse our First Amendment Rights & literally destroy thousands of people's careers and reputations, so they can get an easy pay day. We have filed for Aaron Greenspan to be Institutionalized Involuntarily under AB 1300 for a 72 hour period, as he is a danger

**4. Details of violation**

**Name(s) of person(s) involved**

These individuals that are being referred to the IRS are well organized and have been committing 501c Tax Frauds for several decades

**Organizational title(s)**

Aaron Jacob Greenspan D.O.B. 03/31/1983 is the President. Father Dr. Neil S Greenspan is the Vice President and Treasurer

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| From around 1997 until current | |

**Description of activities**

Dr. Neil S Greenspan with NPI Number 1386663938 is the one who created this entire 501c Tax Fraud scam in 1997 with his wife Judith Keene Greenspan and then Dr. Neil S Greenspan set his son Aaron Jacob Greenspan up as the President under Think Computer Corporation and Think Computer Foundation, that was all transferred to Delaware, so these individuals could hide all of their illegal activities under their 501c, such as their many monetized websites, such as plainsite.org and we recently found out that they own and run leagle.com that they run under an Agents name. They ask the public for monetary donations, then use it all for their own selfish activities such as all of their personal expenses & travel.

**5. Submitter information**

**Name**

**Occupation or business**

**Street address**

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| | DE | | |

- [x] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

Def-P2_000015

| Form **13909** (December 2016) | Department of the Treasury - Internal Revenue Service **Tax-Exempt Organization Complaint (Referral)** | | | |
|---|---|---|---|---|

**1. Name of referred organization**

Dr. Neil Sanford Greenspan, Judith Keene Greenspan, son Aaron Jacob Greenspan, Think Computer Corporation/Foundation,Thinklink

**Street address**

20560 Shelburne Road

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| Shaker Heights | OH | 44122 | May 5, 2018 |

**2. Organization's Employer Identification Number (EIN)**

Refusal to turn over their IRS Form 990 for public viewing. Aaron Jacob Greenspan is using his monetized websites as his personal weapons

**3. Nature of violation**

[x] Directors/Officers/Persons are using income/assets for personal gain
[x] Organization is engaged in commercial, for-profit business activities
[x] Income/Assets are being used to support illegal or terrorist activities
[ ] Organization is involved in a political campaign
[x] Organization is engaged in excessive lobbying activities
[x] Organization refused to disclose or provide a copy of Form 990
[x] Organization failed to report employment, income or excise tax liability properly
[x] Organization failed to file required federal tax returns and forms
[x] Organization engaged in deceptive or improper fundraising practices
[x] Other *(describe)*

    Dr. Neil S Greenspan is the creator for this entire tax evasion schemes, he currently works as a Professor at Case Western Reserve University. This individual set his son up with an easy way to make money with monetized websites and lying to the IRS, as they state they are non-profits. These individuals use & abuse our First Amendment Rights & literally destroy thousands of people's careers and reputations, so they can get an easy pay day. We have filed for Aaron Greenspan to be Institutionalized Involuntarily under AB 1300 for a 72 hour period, as he is a danger

**4. Details of violation**

**Name(s) of person(s) involved**

These individuals that are being referred to the IRS are well organized and have been committing 501c Tax Frauds for several decades

**Organizational title(s)**

Aaron Jacob Greenspan D.O.B. 03/31/1983 is the President. Father Dr. Neil S Greenspan is the Vice President and Treasurer

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| From around 1997 until current | Millions of Dollars have been ripped off from the US Government |

**Description of activities**

Dr. Neil S Greenspan with NPI Number 1386663938 is the one who created this entire 501c Tax Fraud scam in 1997 with his wife Judith Keene Greenspan and then Dr. Neil S Greenspan set his son Aaron Jacob Greenspan up as the President under Think Computer Corporation and Think Computer Foundation, that was all transferred to Delaware, so these individuals could hide all of their illegal activities under their 501c, such as their many monetized websites, such as plainsite.org and we recently found out that they own and run leagle.com that they run under an Agents name. They ask the public for monetary donations, then use it all for their own selfish activities such as all of their personal expenses & travel.

**5. Submitter information**

**Name**

**Occupation or business**

**Street address**

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| | DE | | |

[x] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

Def-P2_000016

Form **13909**
(December 2016)

Department of the Treasury - Internal Revenue Service

# Tax-Exempt Organization Complaint (Referral)

**1. Name of referred organization**

Aaron Jacob Greenspan, President & CEO of Think Computer Corporation/Foundation out of the State of Delaware for Tax Fraud purposes

**Street address**

3260 Hillview Avenue

| City | State | ZIP code | Date of referral |
|------|-------|----------|------------------|
| Palo Alto | CA | 94304-1226 | May 24, 2018 |

**2. Organization's Employer Identification Number (EIN)**

I do not know what it is

**3. Nature of violation**

[✱] Directors/Officers/Persons are using income/assets for personal gain

[✱] Organization is engaged in commercial, for-profit business activities

[✱] Income/Assets are being used to support illegal or terrorist activities

[✱] Organization is involved in a political campaign

[✱] Organization is engaged in excessive lobbying activities

[✱] Organization refused to disclose or provide a copy of Form 990

[✱] Organization failed to report employment, income or excise tax liability properly

[✱] Organization failed to file required federal tax returns and forms

[✱] Organization engaged in deceptive or improper fundraising practices

[✱] Other *(describe)*

Aaron Jacob Greenspan has many monetized website set up that destroy the careers and reputations of Americans by going in to Federal and State Databases where he is downloading people's personal legal documents then uploads these documents under the guise of helping the public find legal documents to leagle.com and plainsite.org that are "For Profit" moneitezee website under the umbrella of this fraudulent 501(C)3 Think Computer Corporation and Think Computer Foundation and Thinklink. He has multiple addresses in CA.

**4. Details of violation**

**Name(s) of person(s) involved**

These violations have been ongoing since the year 1998 until today and this Tax Fraud is still ongoing, without anyone stopping him so far.

**Organizational title(s)**

Aaron Jacob Greenspan, President & CEO, Dr. Neil S Greenspan, VP and Treasurer, Judith Keene Greenspan has some Administrative position.

| Date(s) | Dollar amount(s) *(if known)* |
|---------|-------------------------------|
| Since the year 1998 until today this Tax Fraud has been going on | Hundred of thousands of dollars if not millions of dollars. |

**Description of activities**

Dr. Neil S Greenspan is the mastermind behind this entire Think Computer Corporation Tax Fraud scheme since 1998, where they initially started this in Cleveland, Ohio as a "For Profit". In the year 2000 Dr. Neil S Greenspan transferred this entire Tax Fraud scheme under a 501(c)3 to the State of Delaware so they do not have to do yearly earnings reports and can fraudulent place "For Profit" website such as leagle.com & plainsite.org under the umbrella of Think Computer Corporation. These individuals even have a website that takes in money to remove the same URL's that they upload online. Mr. Greenspan has retaliated against me with lies at the Santa Clara Superior Court in CA.

**5. Submitter information**

**Name**

Diego Mas Marques

**Occupation or business**

**Street address**

PO Box 560042

| City | State | ZIP code | Telephone number |
|------|-------|----------|------------------|
| Medford | MA | 02156 | 6176976692 |

[✱] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

| Form **13909** | Department of the Treasury - Internal Revenue Service | | | |
|---|---|---|---|---|
| (December 2016) | **Tax-Exempt Organization Complaint (Referral)** | | | |

**1. Name of referred organization**

Aaron Jacob Greenspan owner of the website plainsite.org under fraudulent 501c Think Computer Corporation

**Street address**

500 Race Street

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| San Jose | CA | 95126-5159 | April 2, 2018 |

**2. Organization's Employer Identification Number (EIN)**

unkown

**3. Nature of violation**

[X] Directors/Officers/Persons are using income/assets for personal gain

[X] Organization is engaged in commercial, for-profit business activities

[X] Income/Assets are being used to support illegal or terrorist activities

[X] Organization is involved in a political campaign

[X] Organization is engaged in excessive lobbying activities

[X] Organization refused to disclose or provide a copy of Form 990

[X] Organization failed to report employment, income or excise tax liability properly

[X] Organization failed to file required federal tax returns and forms

[X] Organization engaged in deceptive or improper fundraising practices

[X] Other *(describe)*

    Aaron Jacob Greenspan owner of plainsite.org under a fraudulent 501c called Think Computer where his father Neil Sanford Greenspan is the VP and Treasurer is one of the biggest frauds out there when it comes to falsely using the 501c through the IRS then goes around and asks not only for private donations and investment money for their website, but also have set up the business to ask the public for monetary subscription charges between $0.05 and $99.95 a month. This individual wants the best of both worlds using fraud tactics

**4. Details of violation**

**Name(s) of person(s) involved**

Aaron Jacob Greenspan and his father Neil Sanford Greenspan who is listed as the VP and Treasurer of Think Computer Corp.

**Organizational title(s)**

Aaron Jacob Greenspan owner of plainsite.org under fraudulent 501c Think Computer Corp. Neil S Greenspan is VP and Treasurer

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| Ongoing for quite some years now | Quite a lot of money and not being reported to the IRS. |

**Description of activities**

Aaron Jacob Greenspan set up plainsite.org as a cover to scam the public out of their money. His father Neil S Greenspan who actually works at the Case Western Reserve University in Columbus, Ohio is shown as the VP and Treasurer of the fraudulent umbrella 501c called Think Computer Corp.. Aaron Greenspan set up this fraud company as a supposed charity but his true intention was always to make lots of money off the backs of the public. Attached is a complaint someone posted about plainsite.org on ripoffreport.com and it states it well, that Aaron Greenspan uses plainsite.org

**5. Submitter information**

**Name**

Diego Mas Marques

**Occupation or business**

**Street address**

PO Box 560042

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| Medford | MA | 02156 | |

[X]  I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

Def-P2_000019

| Form **13909** (December 2016) | Department of the Treasury - Internal Revenue Service **Tax-Exempt Organization Complaint (Referral)** | | | |
|---|---|---|---|---|

**1. Name of referred organization**

plainsite.org Aaron Greenspan

**Street address**

500 Race Street, Suite 4321

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| San Jose | CA | 95126 | August 29, 2017 |

**2. Organization's Employer Identification Number (EIN)**

**3. Nature of violation**

- [x] Directors/Officers/Persons are using income/assets for personal gain
- [x] Organization is engaged in commercial, for-profit business activities
- [x] Income/Assets are being used to support illegal or terrorist activities
- [ ] Organization is involved in a political campaign
- [ ] Organization is engaged in excessive lobbying activities
- [x] Organization refused to disclose or provide a copy of Form 990
- [ ] Organization failed to report employment, income or excise tax liability properly
- [x] Organization failed to file required federal tax returns and forms
- [x] Organization engaged in deceptive or improper fundraising practices
- [ ] Other *(describe)*

**4. Details of violation**

**Name(s) of person(s) involved**

Aaron Greenspan

**Organizational title(s)**

CEO, COO

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| Many dates | unspecified |

**Description of activities**

Aaron Greenspan the owner of the monetized website plainsite.org is using this website to make money in many illegal ways and is committing cyber terrorism, cyber harassment and cyber stalking. This individual is gaining access to Sealed and non-public documents on people's personal and private legal and medical matters and then ruthlessly posting these documents on his website plainsite.org. If you ask him to remove something he turns around and starts posting a lot more of your personal information on the web and apparently thinks its funny dong this to people. He claims to have a 501c for plainsite.org and is engaged in all kinds of various for profit schemes for this website. He is ruining people's careers and reputations.

**5. Submitter information**

**Name**

Diego MasMarques

**Occupation or business**

**Street address**

PO Box 560042

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| Medford | MA | 02156 | |

- [x] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

Def-P2_000094

| Form **13909** (December 2016) | Department of the Treasury - Internal Revenue Service **Tax-Exempt Organization Complaint (Referral)** |
|---|---|

**1. Name of referred organization**

Aaron Jacob Greenspan owner of the website plainsite.org under fraudulent 501c Think Computer Corporation

**Street address**

500 Race Street

| City | State | ZIP code | Date of referral |
|---|---|---|---|
| San Jose | CA | 95126-5159 | April 2, 2018 |

**2. Organization's Employer Identification Number (EIN)**

unkown

**3. Nature of violation**

[X] Directors/Officers/Persons are using income/assets for personal gain

[X] Organization is engaged in commercial, for-profit business activities

[X] Income/Assets are being used to support illegal or terrorist activities

[X] Organization is involved in a political campaign

[X] Organization is engaged in excessive lobbying activities

[X] Organization refused to disclose or provide a copy of Form 990

[X] Organization failed to report employment, income or excise tax liability properly

[X] Organization failed to file required federal tax returns and forms

[X] Organization engaged in deceptive or improper fundraising practices

[X] Other *(describe)*

Aaron Jacob Greenspan owner of plainsite.org under a fraudulent 501c called Think Computer where his father Neil Sanford Greenspan is the VP and Treasurer is one of the biggest frauds out there when it comes to falsely using the 501c through the IRS then goes around and asks not only for private donations and investment money for their website, but also have set up the business to ask the public for monetary subscription charges between $9.95 and $99.95 a month. This individual wants the best of both worlds using fraud tactics.

**4. Details of violation**

**Name(s) of person(s) involved**

Aaron Jacob Greenspan and his father Neil Sanford Greenspan who is listed as the VP and Treasurer of Think Computer Corp.

**Organizational title(s)**

Aaron Jacob Greenspan owner of plainsite.org under fraudulent Think Computer Corp. Neil S Greenspan is VP and Treasurer

| Date(s) | Dollar amount(s) *(if known)* |
|---|---|
| Ongoing for quite some years now | Quite a lot of money and not being reported to the IRS. |

**Description of activities**

Aaron Jacob Greenspan set up plainsite.org as a cover to scam the public out of their money. His father Neil S Greenspan who actually works at the Case Western Reserve University in Columbus, Ohio is shown as the VP and Treasurer of the fraudulent umbrella 501c called Think Computer Corp.. Aaron Greenspan set up this fraud company as a supposed charity but his true intention was always to make lots of money off the backs of the public. Attached is a complaint someone posted about plainsite.org on ripoffreport.com and it states it well, that Aaron Greenspan uses plainsite.org

**5. Submitter information**

**Name**

Diego Mas Marques

**Occupation or business**

**Street address**

PO Box 560042

| City | State | ZIP code | Telephone number |
|---|---|---|---|
| Medford | MA | 02156 | |

[X] I am concerned that I might face retaliation or retribution if my identity is disclosed

**6. Submission and documentation:** The completed form, along with any supporting documentation, may be mailed to IRS EO Classification, Mail Code 4910DAL, 1100 Commerce Street Dallas, TX 75242-1198, faxed to 214-413-5415 or emailed to eoclass@irs.gov. **Disclaimer Notice:** Your email submission of Form 13909 and attachments are not encrypted for security.

Catalog Number 50614A          www.irs.gov          Form **13909** (Rev. 12-2016)



# Individuals Who Have Threatened PlainSite

 Complex Litigation View

## Issues

ℹ️ **No Issues were found for the given tag.**

## Court Cases

| Date Filed | Court | Case Number | Title | Other Tags |
|---|---|---|---|---|
| 7/24/2018 | Ohio Northern District Court | 1:18-mc-00071-CAB | Digital Millennium Copyright Act to Copyright Agent, Nameche... | Contempt Sanctions / Gripe Sites |
| 4/4/2018 | Superior Court of California, County of Santa Cl... | 18CH008067 | Greenspan v. MasMarques | |
| 3/22/2017 | California Northern District Court | 5:17-mc-80036-HRL | In Re: DMCA Subpoena to Sucuri, Inc. | Gripe Sites  Public Domain |

3 Rows Total

## Companies & Organizations

| Logo | Name | Web Site | Phone | Other Tags |
|---|---|---|---|---|
|  | Mahgrefteh, Matthew | | | |
|  | MasMarques, Diego | | | |
|  | McWeeney, Hazel | | | |
|  | Rades, Jay D. | | | |
|  | Spiers, Joni Lynne | | | |
|  | Yalincak, Hakan | | | |
|  | Zaic, Joyce | | | Yalincak Crime Family |

7 Rows Total

## Laws & Regulations

ℹ️ **There are no statutes or regulations that correspond to this tag.**

A joint venture of Think Computer Corporation and Think Computer Foundation, a 501(c)(3) non-profit organization.
Non-Government Works Copyright © 2001-2018 Think Computer Corporation. All Rights Reserved. PlainSite is a registered trademark of Think Computer Corporation. Patents pending
Please do not bulk download information from this web site without prior permission.

Def-P2_000128

------- Forwarded Message -------
From: 3378 <3378@proton.me>
Date: On Friday, June 2nd, 2023 at 10:47 AM
Subject: Aaron Jacob Greenspan
To: Jeffrey Smith <Jeffrey_Smith@map.uscourts.gov>

Hi Jeff,

Can you please contact the FBI on my behalf and have Aaron Jacob Greenspan spoken to and hopefully have his cyberstalking, doxxing and harassing monetized website plainsite.org permanently shut down, as he selectively uploads legal and personal information, when he attacks online his targeted victims.

For example, Aaron Jacob Greenspan went around sending FOIA requests it seems to just about every Massachusetts Court he could, as he is a mentally sick stalker and serial harasser. He then uploaded whatever he could, a PI Case, a traffic ticket, etc.. The issue with this deranged cyberstalker Aaron Jacob Greenspan is that when he goes on to attack his victim, such as myself, he leaves open on his doxxing website plainsite.org the most negative information and closes anything positive. As far as any legal information on Aaron Jacob Greenspan himself, he will not show the public anything negative on himself and shuts that down on his site.

Example: current case at the First Circuit, Aaron Jacob Greenspan is not showing the public all of my documents that I uploaded on him, that shows how mentally deranged he is, with his cyberstalking, doxxing and harassment.

I would like Aaron Jacob Greenspan to delete all of my legal and personal information as everything online, was all created and uploaded by Aaron Jacob Greenspan, then I would like him to forget about me, move on with his life and what would be good is if his doxxing website plainsite.org could be permanently shut down, so he can find another means to making his money, such as a "real job", where he actually produces something positive for society, instead of living off the backs of the public's legal and personal information.

Thanks for your time and consideration.

Diego

Sent with Proton Mail secure email.

# Aaron Jacob Greenspan

**From**  🔒 56544 <56544@protonmail.com>         ☆ ✐ 📎   Jan 3, 2022

**To**     Jeffrey Smith                                               ⌄

✉ 🗑 ⤵ 🏷 ▽ ⋯                      ↰ ↰ ↱

Hi Jeff,

Happy New Year!

Thanks, as I just noticed your email. The following is a URL that Google put up on the search engines, so that law enforcement can request any removals, as I have gotten nowhere.
https://transparencyreport.google.com/government-removals/overview?hl=en

Following URL's are on Google under Diego MasMarques

https://www.plainsite.org/dockets/4jil04tnd/massachusetts-court-of-appeals/commonwealth-v-diego-mas-marques-jr/

https://www.leagle.com/decision/infdco20150924a28
Nobody knows who owns and runs leagle.com. Owner even had to participate in various lawsuits against him/her and testified against an Iranian National with I believe Canadian citizenship who was living in the Northwest US and the case used to be on the Federal database Pacer, as this person apparently paid someone to do a DDOS attack against the hosting company of leagle.com that is located in Dallas, Texas. Aaron Greenspan apparently used to live in Dallas, Texas. This Iranian person from what I read, received a 5 year Federal prison sentence for doing this DDOS attack on leagle.com a couple of years ago. Today this case for some reason was removed from the Federal database Pacer and before on ICANN WHOIS the owners name for leagle.com was showig as Donald Johnson with a fake address in Littlle Rock, Arkansas. Today all the contact information for leagle.com was deleted on ICANN WHOIS, which essentially is unlawful.

https://groups.google.com/g/alt.fan.states.massachusetts/c/HSz45VsB0oc

https://groups.google.com/g/alt.fan.states.massachusetts/c/F7YVgmxSXTc

Following URL's are on Google under Diego MasMarques

https://twitter.com/plainsite/status/1170030395544358912

https://www.plainsite.org/dockets/4jil04tnd/massachusetts-court-of-appeals/commonwealth-v-

# Aaron Jacob Greenspan and his data mining website plainsite.org

**From**  🔒 56544 <56544@protonmail.com>        ☆ ✈ 📎 Nov 29, 2021

**To**    Jeffrey Smith

ⓘ Tracker protection prevented some images from loading. Load them if you trust the sender.    Load

Morning Jeff,

Recently I was able to find decent employment with a good salary. Thing is that Aaron Jacob Greenspan and his data mining website plainsite.org, just doesn't stop with his cyberbullyig, cyberstalking, doxxing, and continuous harassment. I believe that there's a high possibility that he owns and runs another vicious monetized website called leagle.com. Recently the fake owners name of "Donald Johnson" with the fake address and contact information in Arkansas has all been removed and now on ICANN WHOIS there is no real contact information. That's because the real owner/s don't want their identity known to the public, while they wreck people's careers and reputations, just so they can make an easy living, by exposing people's dirty laundry, i.e. legal documents.

I was viciously attacked by Aaron Jacob Greenspan and Jeffrey Allen Steinport who's data mining legal document website unitedstatescourts.org was shut down by law enforcement from Arizona. There's also a high probability that Steinport has created another legal document data mining website, perhaps casemine.com and trellislaw.com, among many other gripe sites, where he hides his identity and contact information from the public.

So, far I'm finding it difficult to find an Attorney to go in to the Federal Court in Boston and have my case sealed or expunged. Attorneys I have spoken to don't seem to understand the International Prisoner Treaty Transfer and that this case originated in Spain, where everything there is expunged, including in all three police forces. I contacted a Federal Defender, Claudia if I remember correctly, she asked me to call her back to see if she or another Attorney could assist me, but since that one phone call has not contacted me about sealing or expunging this case on Pacer and this court in general.

In any case, my immediate concern is the sealing and expungement at the Federal Court and Pacer, because since September 2015, I have been and still am being cyberbullied, cyberstalked, doxxed and harassed. The main culprit being Aaron Jacob Greenspan, who in my opinion suffer from some sort of mental illness and has ocd when he focuses on a person or company to literally destroy their reputation online.



------- Forwarded Message -------
From: 3378 <3378@proton.me>
Date: On Monday, May 8th, 2023 at 2:38 PM
Subject: RE: Aaron Jacob Greenspan
To: Jeffrey Smith <Jeffrey_Smith@map.uscourts.gov>

Jeffrey,

Thanks for your reply.

The civil case is ongoing. I hired but let the Attorney go, because █████████████████████
████████████

I have already gone to the FBI in Chelsea, MA and the Secret Service at the Tip O'Neill building around September of 2020. I went there in person and both agencies listened and took all the documents and evidence of Aaron Jacob Greenspan cyberstalking, doxxing, harassing and threatening myself and immediate family online.

My wife thinks perhaps Aaron Jacob Greenspan is working both sides of the fence, as he keeps getting away with serious criminal acts, like hacking in to the MBTA at South Station in 2005, PayMaxx 2005, GSA online contract bidding website 2006 and no criminal charges. What the hell is going on here? Does Aaron Jacob Greenspan have a friend or relative working somewhere as a Judge or something. It's just that he keeps getting away with crimes and feels totally emboldened to keep doing these things to myself and a lot other victims.

Could you contact the FBI and or Secret Service in Boston and be a liaison to please get Aaron Jacob Greenspan out of my life, have all of his negative URL's deleted and not just suppressing things on his website plainsite.org as he does for money between $2,500 to $4,500 for each URL and to please have law enforcement permanently shut down this malicious and destructive monetized data mining website plainsite.org that is only out there for one single person to make his money, who is Aaron Jacob Greenspan.

Thanks for your time and consideration

Diego

Sent with Proton Mail secure email.

------- Original Message -------
On Monday, May 8th, 2023 at 1:42 PM, Jeffrey Smith <Jeffrey_Smith@map.uscourts.gov> wrote:

> Diego,
>
> My apologies as I know you have been trying to connect with me.  I have been very busy with some things here as well as a lot of travel for work. I can understand how frustrated you are with the actions of Mr. Greenspan, but I am not sure how I can assist. You might have better luck with the FBI or your local police if he is sharing personal information or false information about you? I think you had mentioned a Civil action, has there been any further developments on that?
>
> I am pretty tied up this week as I have been away from the office since 4/26 and returned today.



------- Forwarded Message -------
From: 3378 <3378@proton.me>
Date: On Tuesday, May 16th, 2023 at 4:19 PM
Subject: Aaron Jacob Greenspan
To: cjackman@tesla.com <cjackman@tesla.com>

Hi Attorney Jackman,

My name is Diego Mas Marques and I have been cyberstalked, harassed, threatened, even had my msn email account hacked, by Aaron Jacob Greenspan.

I am preparing to file a lawsuit against Aaron Jacob Greenspan and have been going through the following case, as I am searching for the hit list of people that Aaron Jacob Greenspan mentioned in the case, but so far I am unable to find that page:

### U.S. District Court
### California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:20-cv-03426-JD

By any chance, could you please let me know at what ECF number this list of people is, where Aaron Jacob Greenspan started this list with my name at the top/

Appreciate your response to this matter, as I have already gone through so much of the case, but so far cannot find it. Though, it is on the Blog, that Omar Qazi wrote up, but I need the exact location in this case.

Thanks, for your time and consideration in this matter.

Sincerely,

Diego Mas Marques

Sent with Proton Mail secure email.

------- Forwarded Message -------
From: 56544 <56544@protonmail.com>
Date: On Monday, November 29th, 2021 at 10:07 AM
Subject: Aaron Jacob Greenspan and his data mining website plainsite.org
To: Jeffrey Smith <Jeffrey_Smith@map.uscourts.gov>

Morning Jeff,

Recently I was able to find decent employment with a good salary. Thing is that Aaron Jacob Greenspan and his data mining website plainsite.org, just doesn't stop with his cyberbullyig, cyberstalking, doxxing, and continuous harassment. I believe that there's a high possibility that he owns and runs another vicious monetized website called leagle.com. Recently the fake owners name of "Donald Johnson" with the fake address and contact information in Arkansas has all been removed and now on ICANN WHOIS there is no real contact information. That's because the real owner/s don't want their identity known to the public, while they wreck people's careers and reputations, just so they can make an easy living, by exposing people's dirty laundry, i.e. legal documents.

I was viciously attacked by Aaron Jacob Greenspan and Jeffrey Allen Steinport who's data mining legal document website unitedstatescourts.org was shut down by law enforcement from Arizona. There's also a high probability that Steinport has created another legal document data mining website, perhaps casemine.com and trellislaw.com, among many other gripe sites, where he hides his identity and contact information from the public.

So, far I'm finding it difficult to find an Attorney to go in to the Federal Court in Boston and have my case sealed or expunged. Attorneys I have spoken to don't seem to understand the International Prisoner Treaty Transfer and that this case originated in Spain, where everything there is expunged, including in all three police forces. I contacted a Federal Defender, Claudia if I remember correctly, she asked me to call her back to see if she or another Attorney could assist me, but since that one phone call has not contacted me about sealing or expunging this case on Pacer and this court in general.

In any case, my immediate concern is the sealing and expungement at the Federal Court and Pacer, because since September 2015, I have been and still am being cyberbullied, cyberstalked, doxxed and harassed. The main culprit being Aaron Jacob Greenspan, who in my opinion suffer from some sort of mental illness and has ocd when he focuses on a person or company to literally destroy their reputation online.

So, at my new employment I'm having co-workers check out my name online and what shows up, well everything is from Aaron Jacob Greenspan and he of course enjoys controlling the narrative and only likes to display the most negative legal documents to destroy his targeted victims, which are actually many.

As Aaron Jacob Greenspan owns, runs and controls what is uploaded on his data mining monetized website, this of course gives him control and a lot of power over what he can and cannot do to a person or company's reputation. This by the way is illegal in the EU, as no private person is allowed to mess around with the public's legal documents for profit or in any other manner, especially under GDPR laws.

I'm having co-workers make comments about what they are reading on plainsite.org and it has and still is ruining my reputation. As a result of the Spanish case being exposed on the search engines since September 2015, it has not motivated me to look for a really good job and kind of give up on receiving a good job here in the United States, as result of this continuous cyberstalking, doxxing and harassment by leagle.com, plainsite.org and unitedstatescourts.org and it looks like these individuals have created other data mining legal document webites, that they use to make a comfy living, while destroying thousands of people's careers and reputations.

Aaron Jacob Greenspan over the last year or two has increased his cyberstalking, doxxing and harassment, by sending FOIA requests to all kinds of Massachusetts Courts and has now uploaded all kinds of civil cases on plainsite.org that for some reason is on the search engine Bing and this nut just won't stop.

The following are just some of the things that Aaron Jacob Greenspan on his plainsite.org;

- 

- ## On Bing under Diego Mas Marques

- ## [MasMarques, Diego - PlainSite](https://www.plainsite.org/profiles/masmarques-diego)

  *https://www.plainsite.org/profiles/masmarques-diego*

  46 rows · Feb 04, 2020 · **MasMarques, Diego** has not filed any forms with the United States Securities and Exchange Commission. Incoming Payments This individual has not disclosed any incoming payments from lobbying groups.

  - 

| DATE FILED | VENUE | CASE NUMBER | TITLE |
|---|---|---|---|
| 2/4/2020 | California Court of Ap… | H047904 | Mas Marques v. Greenspan |
| | | | Mas Marques, Diego v. Greenspan |

PDF

Jun 23, 2021 — *Diego MasMarques* Jr., who retaliated by "falsely alleging" on various ... Greenspan obtained a restraining order against MasMarques.

This guy is even uploading my home address, phone number that I had to change three times because of his cyberstalking, he has arranged URL's to be uploaded under my wiife's name and he has upoaded on his Twiitter account @plainsite my wife's place of work and her employers MGH phone number. I filed a complaint with Twitter and they had him delete this Tweet and some other one's as well. Twitter has suspended and also blocked his two accounts @aarongreenspan and @plainsite several times but he just turns around in a stubborn manner and then goes on the attack worst than before. It's obvious that he thinks he's above the law.


The negative URL's go on and on, as they are all over the place and all of them have been written, created and uploaded by Aaron Jacob Greenspan


Jeff can you, or someone in law enforcement have this individual delete not just suppress all of his vicious online postings and to leave me and my family alone. I also believe that he may be the owner who runs leagle.com, as the response from the anonymous leagle.com owner to the Arkansas Attorney General that was forwarded to me, coincides to exactly how Aaron Jacob Greenspan writes, which is in the third person, usually starting with "We" and other indicators in the responses to motions by him at the Santa Clara Superior Court, indicate there is a high probability that he may be the owner of leagle.com. ICANN WHOIS requires all owners of their websites to upload their real contact information. Funny enough, plainsite.org has lots of information deleted for "Privacy Reasons" but his many victims that he targets do not get that benefit of having their privacy as he violates people's privacy continuously.

Apologize about all the URL's uploaded, it's just that this guy just won't stop, delete all of my information and go find something positive to do in society.

Thanks for your time in this matter.

Diego Mas Marques
6174708570


Sent with **ProtonMail** Secure Email.

Def-P2_000241



------- Forwarded Message -------
From: 56544 <56544@protonmail.com>
Date: On Tuesday, December 28th, 2021 at 10:03 PM
Subject: Aaron Jacob Greenspan
To: Jeffrey Smith <Jeffrey_Smith@map.uscourts.gov>

Hi Jeff,

Just need to let you know for the longest time I had given up looking for a good job here in the States, after Judge Wolf wrote his 7 page legal decision on September 22, 2015 then it was immediately uploaded on the search engines in September 2015. Then to top this off, I started to be doxxed, harassed and stalked, by Aaron Jacob Greenspan and Jeffrey Allen Steinport, after my complaint to the Arkansas Attorney General's Office in February of 2017.

So, after all this time, I have been able to get a decent job at a good salary. I was supposed to start on November 2, 2021, but myself and one other employee needed our vaccines, then we started on November 15, 2021. I work in my own cubicle and once training is over, they need a person who reads, writes and speaks Spanish.

What occurred is HR put my name as Marques, which I didn't ask for, they just did that, but on other documents it has my full last name. On the wall of my cubicle, when I started they had my name as Diego Mas Marques. Slowly but surely I sensed that some co-workers might have had too much time on their hands and looking up names on the search engines.

I work with some people who work from home in California and Las Vegas. At the end of my first week a co-worker in San Francisco asked me to give her my home address and phone number, as an emergency contacted, which I thought was odd, but to be polite I gave it to her. Then that afternoon a young co-worker who started on November 2, 2021, stated, omg that is him, as that's the address that's online and the other co-worker on her side, responded saying yes that's right, as I read that. So, you can see the damage that Aaron Jacob Greenspan has done to my career and reputation and is still doing to me.

Then in the second week I started the female co-worker who works from home out of San Francisco, asked me for my date of birth repeatedly on one afternoon. I politely denied her request, stating that I have bee the victim of a stalker and personal identifying information being used for harassment purposes and politely asked her to delete my home address and phone number, which she stated that she did.

Though, human nature apparently enjoys judging others and I wish if any of my co-workers wanted some information on what they are reading online, that was just about all uploaded by Aaron Jacob Greenspan using plainsite.org and his Twitter account @plainsite, that they would simply ask me any questions, but so far nobody has.

Aaron Jacob Greenspan with his plainsite.org and Twitter account @plainsite and of course leagle.com have done irreparable harm to my career and reputation and they don't care, as long as they have their flow of money coming in with their data mining monetized websites.

Respectfully I would like to ask you to please have the individuals who owns and run these abusive legal document monetized websites to please delete all of my information and just leave me alone for once. This online harassment has been going on since September of 2015 and began with leagle.com that mysteriously nobody knows exactly who owns this monetized website.

I know we are not in the EU but no private citizen is allowed to do these abusive things to the public with their legal documents, just so they can make some easy money with the public's personal information.

Twitter does also delete Tweets when a Law Enforcement Officer makes a request to delete. I believe it's done through Twitter Safety.

Also, I sent you the updated NCIC record and the items were not removed from NCIC?

I would like to at some point try and move on with my life, but it seems like here in the States things can be a lifetime punishment with no second chances and that's not fair.

Now Aaron Jacob Greespan who went around filing FOIA requests to lots of courts in Massachusetts was able to discover speeding tickets and personal injury cases that he has uploaded on to his plainsite.org and he knows how get the URL to go right to the top of the page. He now as a speeding ticket that I appealed from the Milford Court go right to the top of the search engine and he has literally altered and manipulated the information, as for example, he wrote in their Diego Mas Marques, Jr. but as I remember Jr. was not used in those court documents. I spoke to a Clerk at one of the courts that Aaron Jacob Greenspan got hold of my legal documents and he told me that Aaron Jacob Greenspan called them and once he found out that there was a case there he wanted all the



------- Forwarded Message -------
From: 56544 <56544@protonmail.com>
Date: On Monday, December 6th, 2021 at 7:10 AM
Subject: Aaron Jacob Greenspan does not stop with doxxing and targeted harassment
To: Jeffrey Smith <Jeffrey_Smith@map.uscourts.gov>

Hi Jeff,

Just would like to keep you up to date with what this mental case Aaron Jacob Greenspan is doing, as he is continuously doxxing and harassing me. He may delete some things, but he then turns around and goes data mining for more information on myself and family and this obsessed nut just refuses to cease and desist and delete everything that he has written and uploaded.

Now I see that he has data mined my mother's personal information who has worked for the Federal Government for 42 years and 7 months, starting as a Secretary with Naval Intelligence in D.C. and then in Boston worked for the GSA. Aaron Greenspan once again has gone around data mining my family's personal information and then uploaded this on a blog called books.google.com and on Google.groups, as he did defaming me on as well. He is a hacker and has been visited by the Boston FBI for hacking in to the MBTA at South Station in 2005, so he knows how to change the URL's so that they cannot be removed by anyone but him. On the following two URL's that are under Rick MasMarques, he has altered the URL, so that they cannot be removed.

### United States Government ... Telephone Directory: Region 1

*https://books.google.com › books*

1981 · Executive departments
*Masmarques* Mary GSA rm 712 POCH . ... Mathey *Richard* L Jr DOL rm506B JFK . ... McCann *Richard* V DR HEW rm2403 JFK McCannon Anita DOL rm1307 POCH .

### Telephone Directory - Department of State, Agency for ...

*https://books.google.com › books*

United States. Department of State · 1966
5374 Maslowski James TCR / HS 19A06 6545 *MasMarques* Mary H C / AUD 826 SA ... 5670 Massey Parke D AA / FE 5320 ( AID ) 6418 Massey *Richard* R S / S - EX 7245 ...

Aaron Jacob Greenspan wrote and uploaded this on a blog called Google.groups.

### Man Sentenced who hit his ex-girlfriend after entering his house

*https://groups.google.com › alt.fan.st...*

· Translate this page

Mar 9, 2018 — yesterday a verdict of guilt against *Diego Mas* Howard (aka *Diego Mas Marques* or Rick *Mas Marques*) for homicide.

Pretty certain that the below website is owned and run by either Aaron Jacob Greenspan or Attorney Jeffrey Allen Steinport, but more so by Aaron Greenspan, as after my complaint to the Arkansas Attorney General's Office they told me that the receive many complaints about leaglec.com but only have their email address. Some time after this leagle.com took down all their fake contact information on ICANN WHOIS but they have been involved in several lawsuits where they were sued and for some strange reason the owners name is allowed to be left out in the Federal Court and on Pacer.

### US v. MasMARQUES | No. 09-10304-MLW. - Leagle.com

*https://www.leagle.com › decision*

Sep 22, 2015 — MEMORANDUM AND ORDER MARK L. WOLF District Judge. Defendant *Diego MasMarques* has filed a Motion to Seal asking the court to ...

Def-P2_000244



------- Forwarded Message -------
From: 3378 <3378@proton.me>
Date: On Saturday, December 10th, 20
Subject: Aaron Jacob Greenspan and ███████████████
To: report@cisa.gov <report@cisa.gov>

To whom it may concern,

Since 2015, I and my immediate family have been the victims of cyber stalking, doxxing, harassment, threats and hacking. The perpetrators names are Aaron Jacob Greenspan and ████████████████████ who live in San Francisco, California and they created, own and run various data mining, for profit websites, but their main one and most abusive career and reputation destroying website is plainsite.org.

I believe that these two individuals mentioned also own and run leagle.com and that's how all the doxxing and harassment started by them.

Apparently Aaron Jacob Greenspan uses plainsite.org as his main source of income and doesn't like working for a living.

I started to be doxxed and harassed by leagle.com in September 2015. After repeated attempts to find out who exactly the owner or owners were of leagle.com, all I could find out on ICANN WHOIS is a fake name and a fake address in Little Rock, Arkansas.

In February of 2017, I filed a complaint against leagle.com with the Arkansas Attorney General and I was told by the Investigator Ms. Lopez that they had received many complaints against leagle.com, but all they had was an email address. So, I then asked Ms. Lopez not to send out my complaint if there was no address, as the owner or owners of leagle.com might retaliate against me, which they ended up doing in a big way.

Within about three weeks after filing my complaint against leagle.com, I started to be attacked online with a lot of doxxing, where two websites disguised as 501(c)(3)'s but were both for profit, plainsite.org owned and run by Aaron Jacob Greenspan and ██████████ ███████████ and the other website was unitedstatescourts.org owned and run by Jeffrey Allen Steinport and his partner Jesus Alfredo Garza who apparently have businesses in Phoenix, Arizona and Grand Rapids, Michigan but live in Grand Rapids, Michigan.

The two owners of unitedstatescourts.org were particularly vicious initially and went through the court documents and in a highly selective manner, sought out the most negative legal documents they could find and threw these all over the search engines.

------- Forwarded Message -------
From: 5653 <5653@protonmail.com>
Date: On Tuesday, September 3rd, 2019 at 6:24 PM
Subject: Fw: @plainsite and @aarongreenspan
To: b_keown@twitter.com <b_keown@twitter.com>

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, September 3, 2019 6:22 PM, 5653 <5653@protonmail.com> wrote:

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, September 3, 2019 6:15 PM, 5653 <5653@protonmail.com> wrote:

Hi Brad,

Thanks for taking my call about his matter. Last October 9, 2018 at around 9:30am, Aaron jacob Greenspan was served my Restraining Order in front of Judge Deborah Ryan at the Santa Clara Superior Court. Judge Ryan specifically prohibited in the Restraining Order/Civil Harassment Order that Aaron Jacob Greenspan is prohibited from gaining access to any of my personal data and he is prohibited from uploading any of my data on the search engines.

My Restraining Order/Civil Harassment Order has been in effect since July 3, 2018 out of the Santa Clara Superior Court. Aaron Jacob Greenspan made every effort to avoid being served until he showed up in court before Judge Deborah Ryan who had him served on October 9, 2018. I have attached two copies of the Restraining Order, as this is an ongoing situation with this individual.

On that same day October 9, 2018, Aaron jacob Greenspan took to his two Twitter accounts @plainsite and @aarongreenspan and started harassing me all over Twitter with dozens of Tweets and many contained highly sensitive personal information, such as my home address that was not public and much more.

Twitter then suspended his Twitter accounts but once the suspension was removed after a few hours, he went crazy and started to upload even more harassing Tweets. Twitter then blocked his Twitter accounts but Aaron jacob Greenspan never removed all of the Tweets. He left about a 12 of these harassing Tweets still up on his Twitter accounts and even has gotten third parties involved in uploading some harassing Tweets on me.

Aaron Jacob Greenspan is a Cyber Stalker, Serial Harasser and believes that he is above the laws and any Rules and Regulations. I could not understand why Twitter has not closed his two Twitter accounts down permanently because he is continuously harassing people non-stop such as Elon Musk, Mark Zuckerberg and anyone who he has a vendetta against. He is using his Twitter accounts to harass and stalk his targeted victims.

Aaron jacob Greenspan had about 500 followers just a couple of months ago and now apparently has over 4,000. I can tell you that he opens up many fake social media accounts on Reddit and actually all over the place, so who knows he may be creating many fake Twitter accounts to make it appear that he has suddenly all of these followers but I am not sure. I do know that is also is a Hacker and I have attached a couple of articles regarding his hacking exploits in to the MBTA at South Station Boston, GSA in New York City and PayMaxx.

Aaron jacob Greenspan also had a Trademark dispute with Square, Inc. owned by Jack Dorsey and harassed and threatened a Phd witness that was going to testify against him but of course he denied he did that. This is what Aaron jacob Greenspan has been doing to me now since March of 2018 and he has hacked in to my msn email account, computer and gained illegal access to my personal information, as I reported him to law enforcement for all of his harassment.

He runs a fraudulent 501(c)(3) under Think Computer Foundation, where he has placed various monetized website telling the public that they are non-profit websites and wants the public to send him money using an email account linked to a. PayPal account. These websites are not non-profits and what he is doing is illegal. It's basically tax evasion and fraud.

The following harassing Tweets are currently up on @plainsite and @aarongreenspan:

**@aarongreenspan**
1. https://twitter.com/AaronGreenspan/status/1052744523799977984

2. https://twitter.com/AaronGreenspan/status/1052741920881963008

3. https://twitter.com/AaronGreenspan/status/1052742706592509952



------- Forwarded Message -------
From: 5 <5653@proton.me>
Date: On Tuesday, March 7th, 2023 at 12:15 PM
Subject: Aaron Jacob Greenspan
To: jjohnson531@gmail.com <jjohnson531@gmail.com>

Hi Joe,

Noticed your case online and would like to speak to you about Aaron Jacob Greenspan. I was trying to sue Aaron Jacob Greenspan in Federal Court in California in 2021, after he had me falsely charged with harassment and it was dismissed on November 24, 2020 and Expunged on February 9, 2023. I could not find one Attorney in California that wanted to take on the case. When an Attorney would ask me who the other party was, they were like, no can't take that on.

Aaron Greenspan has been cyberstalking, doxxing, harassing, threatening and even tried to extort $34,000 in January of 2018to have 8 URL's suppressed not even deleted from his plainsite.org.

Aaron Greenspan even defamed and slandered me in his crazy lawsuit against Omar Qazi and Elon Musk in Greenspan v. Qazi and the Judge gave him like 5 opportunities to rewrite his crazy story.

Now Aaron Greenspan filed a vexatious lawsuit against me where I live in Massachusetts, at the First Circuit. He wants me to waste a lot of money on Attorneys, but I will be counter suing, as he did not inform the court that he has multiple companies, one being Think Computer Corporation under which he currently has plainsite.org

Contact me anytime.

Thanks,

Diego
617-470-8570

Sent with Proton Mail secure email.



------- Forwarded Message -------
From: 5 <5653@proton.me>
Date: On Monday, October 24th, 2022
Subject: Aaron Jacob Greenspan and ███████████ who own and run plainsite.org
To: itrc@idtheftcenter.org <itrc@idtheft

Dear Ms. Velazquez,,

Just watched the news and was glad to see an organization, such as yours to fight identity theft.

Would like to communicate the fact that, Aaron Jacob Greenspan and ████████████ who own and run plainsite.org and have been cyber stalkind, doxxing, harassing and even have hacked my emails and other personal information, since I filed complaints against leagle.com, which looks like these individuals also own and run.

In September of 2017, I had my hotmail account hacked and then it took 30 days for Microsoft to get back in. I know this was Aaron Jacob Greenspan, as pictures from Spain and other highly personal information was uploaded on to plainsite.org and Twitter accouts @plainsite and @aarongreenspan out of retaliation for me having filed various law enforcement complaints against Aaron Jacob Greenspan.

On March 28, 2018, I called Aaronn Jacob Greenspan and explained to him that I was getting a Restraining Order against him, if he did not stop with his harassment. He then went to the Santa Clara Superior Court, went Judge shopping, as they say and got a false harassment order against me on April 4, 2018. Aaron Jacob Greenspan then lied to the Middlesex Sheriff's Department in Massachusetts and had my father served, who has the same name, instead of me. All this guy does is lie.

I went and received a harassment order against Aaron Jacob Greenspan at the Santa Clara Superior Court on July 3, 2018.

I had to pay the Santa Clara Sheriff's Department to serve Aaron Jacob Greenspan, but they told me he had moved. I hired a PI in California and they told me he perhaps moved back with his parents in Shaker Heights, Ohio.

On October 9, 2018, Aaron Jacob Greenspan had to show up at the Santa Clara Superior Court and he was emailing me since July of 2018, pretending to be an enemy of himself. On the morning of October 9, 2018, Aaron Jacob Greenspan was emailing me until, just before 9am California time. I was allowed a Court Call and was present, before Judge Deborah Ryan. I was told by the Clerk to not speak on the phone, as Aaron Jacob Greenspan was in the Courtroom. Aaron Jacob Greenspan made aggressive demands towards Judge Ryan, telling her not asking her to dismiss my harassment order. Then Judge Ryan, stated let's call the other party, which was myself and then Aaron Jacob Greenspan, literally went mental in the courtroom, raising his voice and stating crazy things to try and get my harassment orders dismissed. Judge Ryan refused and told Aaron Jacob Greenspan that because he was present in the Courtroom, that she was going to serve him my harassment order.



------- Forwarded Message -------
From: 5 <5653@proton.me>
Date: On Monday, April 24th, 2023 at 12:51 PM
Subject: Aaron Jacob Greenspan
To: Mike Lissner <mike@free.law>

Hi Mike,

Hope your doing well. I'm going to suing Aaron Jacob Greenspan and have recently sent in a Declaration to the First CIrcuit and as you seem to be on top of court filing, you already may have read it. That is just the tip of the iceberg, as I have a lot of evidence and people who want to come forward and testify against Aaron Jacob Greenspan.

So, again want to ask you if you know who the owner of leagle.com is? In any case I will be filing a Motion to the Judge to find this out, as Aaron Jacob Greenspan repeatedly denies that he is the owner of leagle.com, but the identity of of the owner of leagle.com is for some reason Sealed in a criminal case, most likely you know which one that is.

Thanks for your time.

Diego


Sent with [Proton Mail](#) secure email.



------- Forwarded Message -------
From: 56544 <56544@protonmail.com>
Date: On Monday, January 3rd, 2022 at 10:02 AM
Subject: Aaron Jacob Greenspan
To: Jeffrey Smith <Jeffrey_Smith@map.uscourts.gov>

Hi Jeff,

Happy New Year!

Thanks, as I just noticed your email. The following is a URL that Google put up on the search engines, so that law enforcement can request any removals, as I have gotten nowhere.
https://transparencyreport.google.com/government-removals/overview?hl=en

Following URL's are on Google under Diego MasMarques

https://www.plainsite.org/dockets/4jil04tnd/massachusetts-court-of-appeals/commonwealth-v-diego-mas-marques-jr/

https://www.leagle.com/decision/infdco20150924a28
Nobody knows who owns and runs leagle.com. Owner even had to participate in various lawsuits against him/her and testified against an Iranian National with I believe Canadian citizenship who was living in the Northwest US and the case used to be on the Federal database Pacer, as this person apparently paid someone to do a DDOS attack against the hosting company of leagle.com that is located in Dallas, Texas. Aaron Greenspan apparently used to live in Dallas, Texas. This Iranian person from what I read, received a 5 year Federal prison sentence for doing this DDOS attack on leagle.com a couple of years ago. Today this case for some reason was removed from the Federal database Pacer and before on ICANN WHOIS the owners name for leagle.com was showig as Donald Johnson with a fake address in Litttle Rock, Arkansas. Today all the contact information for leagle.com was deleted on ICANN WHOIS, which essentially is unlawful.

https://groups.google.com/g/alt.fan.states.massachusetts/c/HSz45VsB0oc

https://groups.google.com/g/alt.fan.states.massachusetts/c/F7YVgmxSXTc

Following URL's are on Google under Diego MasMarques

https://twitter.com/plainsite/status/1170030395544358912

https://www.plainsite.org/dockets/4jil04tnd/massachusetts-court-of-appeals/commonwealth-v-diego-mas-marques-jr/

https://www.plainsite.org/profiles/masmarques-diego/

https://www.leagle.com/decision/infdco20150924a28

https://www.reddit.com/user/thinkcomp/comments/

https://www.casemine.com/search/us/diego+masmarques

https://gov-uscourts-mad-124966.netlify.app/

https://docs.justia.com/cases/federal/district-courts/california/candce/3:2020cv03426/359812/125/0.pdf

https://hypothes.is/a/Nf5Llq4rEee0CD9NEiYzqQ

https://nitter.domain.glass/AaronGreenspan/status/1441442854094573578

https://www.law360.com/articles/1275973/tesla-investor-latest-to-sue-elon-musk-for-libel-by-tweet

https://unicourt.com/courts/state/santa-clara-county-superior-courts-53?upid=2517210114

https://groups.google.com/g/alt.fan.states.massachusetts/c/F7YVgmxSXTc

https://archive.org/download/gov.uscourts.cand.359812/gov.uscourts.cand.359812.70.0.pdf

The above URL might be another legal document monetized website created by Jeffrey Allen Steinport but not sure.

https://gov-uscourts-mad-124966.netlify.app/gov.uscourts.mad.124966.1.2.pdf
Aaron Greenspan has been placing my legal documents on third party websites where the actual URL is at times incomplete or missing

https://libertysoft4.github.io/conspiracy-text-post-archive/conspiracy/comments/8/7/a/k/j/r/post_on_front_page_regarding_zuckerbergs_former.html
https://www.plainsite.org/dockets/download.html?id=290085684&a=3&z=e7d42c76



------- Forwarded Message -------
From: 56544 <56544@protonmail.com>
Date: On Tuesday, December 28th, 2021 at 10:03 PM
Subject: Aaron Jacob Greenspan
To: Jeffrey Smith <Jeffrey_Smith@map.uscourts.gov>

Hi Jeff,

Just need to let you know for the longest time I had given up looking for a good job here in the States, after Judge Wolf wrote his 7 page legal decision on September 22, 2015 then it was immediately uploaded on the search engines in September 2015. Then to top this off, I started to be doxxed, harassed and stalked, by Aaron Jacob Greenspan and Jeffrey Allen Steinport, after my complaint to the Arkansas Attorney General's Office in February of 2017.

So, after all this time, I have been able to get a decent job at a good salary. I was supposed to start on November 2, 2021, but myself and one other employee needed our vaccines, then we started on November 15, 2021. I work in my own cubicle and once training is over, they need a person who reads, writes and speaks Spanish.

What occurred is HR put my name as Marques, which I didn't ask for, they just did that, but on other documents it has my full last name. On the wall of my cubicle, when I started they had my name as Diego Mas Marques. Slowly but surely I sensed that some co-workers might have had too much time on their hands and looking up names on the search engines.

I work with some people who work from home in California and Las Vegas. At the end of my first week a co-worker in San Francisco asked me to give her my home address and phone number, as an emergency contacted, which I thought was odd, but to be polite I gave it to her. Then that afternoon a young co-worker who started on November 2, 2021, stated, omg that is him, as that's the address that's online and the other co-worker on her side, responded saying yes that's right, as I read that. So, you can see the damage that Aaron Jacob Greenspan has done to my career and reputation and is still doing to me.

Then in the second week I started the female co-worker who works from home out of San Francisco, asked me for my date of birth repeatedly on one afternoon. I politely denied her request, stating that I have bee the victim of a stalker and personal identifying information being used for harassment purposes and politely asked her to delete my home address and phone number, which she stated that she did.

Though, human nature apparently enjoys judging others and I wish if any of my co-workers wanted some information on what they are reading online, that was just about all uploaded by Aaron Jacob Greenspan using plainsite.org and his Twitter account @plainsite, that they would simply ask me any questions, but so far nobody has.

Aaron Jacob Greenspan with his plainsite.org and Twitter account @plainsite and of course leagle.com have done irreparable harm to my career and reputation and they don't care, as long as they have their flow of money coming in with their data mining monetized websites.

Respectfully I would like to ask you to please have the individuals who owns and run these abusive legal document monetized websites to please delete all of my information and just leave me alone for once. This online harassment has been going on since September of 2015 and began with leagle.com that mysteriously nobody knows exactly who owns this monetized website.

I know we are not in the EU but no private citizen is allowed to do these abusive things to the public with their legal documents, just so they can make some easy money with the public's personal information.

Twitter does also delete Tweets when a Law Enforcement Officer makes a request to delete. I believe it's done through Twitter Safety.

Also, I sent you the updated NCIC record and the items were not removed from NCIC?

I would like to at some point try and move on with my life, but it seems like here in the States things can be a lifetime punishment with no second chances and that's not fair.

Now Aaron Jacob Greespan who went around filing FOIA requests to lots of courts in Massachusetts was able to discover speeding tickets and personal injury cases that he has uploaded on to his plainsite.org and he knows how get the URL to go right to the top of the page. He now as a speeding ticket that I appealed from the Milford Court go right to the top of the search engine and he has literally altered and manipulated the information, as for example, he wrote in their Diego Mas Marques, Jr. but as I remember Jr. was not used in those court documents. I spoke to a Clerk at one of the courts that Aaron Jacob Greenspan got hold of my legal documents and he told me that Aaron Jacob Greenspan called them and once he found out that there was a case there he wanted all the

## (2) RE: degov contact form Consumer Protection

Henry, Karynne (DOJ) <Karynne.Henry@state.de.us> 🖉                    04/03/2018 (2 months ago)   ☆ 🔒

⊘

Show details

Dear Consumer,

Thank you for contacting the Delaware Attorney General's website.  I am in receipt of your email dated April 02, 2018.  Please provide a full name and a phone number for future contact with the Comsumer Protection Unit regarding this matter.

Regards,

Consumer Protection Unit

From:
Sent: Monday, April 02, 2018 4:42 PM
To: ConsumerProtection, DOJ (DOJ) <Consumer.Protection@state.de.us>
Subject: degov contact form Consumer Protection

Name:
Email address:
Category: consumer.protection@state.de.us
Comment / Question: Hello, if possible can you inform me on how to move forward with a FOIA request on Aaron Jacob Greenspan's fraudulent company set up in Delaware called Think Computer and Thing Link as well.Aaron Jacob Greenspan owns a vicious monetized website called plainsite.org that he is claiming to the IRS that it is a 501c and he is under investigation for tax evasion and fraud. He set up this company with the parents Neil Sanford Greenspan and his mother Judith Keene Greenspan who have been enablers when it comes to this fraud. This Think Computer Foundation/Corporation was set up as a fraudulent entity to "help the children" etc. but what it is really designed to do is to illegally avoid paying taxes to the US government. Think Computer was set up as "for profit" in 1998 in Ohio and they used their home address in Shaker Heights, Ohio. Then in 2000 this family transferred this Corporation as a 501c non-profit to Delaware, so that they would not have to divulge all of their monetized websites that they are not supposed to be running under a 501c(3) but they are doing this in a big way. Currently Neil S Greenspan works at Case Western Reserve University in Cleveland, Ohio. I need all the details that I can get on these people and this fraudulent company for the IRS. Thanks

---

🖉                                                         04/03/2018 (2 months ago)   ☆ 🔒

"Henry, Karynne (DOJ)"        **Sent**

Show details

Hello,

Thanks for your quick response. There have been other complaints filed against Aaron Jacob Greenspan's fraudulent 501c under Think Computer. Problem is with this individual that when he finds out the complainants name he goes crazy online with his different monetized website. One being plainsite.org in which he goes in to State and Federal databases to access legal and other information on someone that he wants to get back at  and he appears to have hacking skills, as he has accessed documents that have been sealed and are not public.
Aaron Greenspan is a dangerous individual and when he found out my name in a different complaint he simply went crazy and attacked, harassed, stalked and terrorized me online and today is still attacking me. So, for this reason I cannot give my name because I do not want to be terrorized any further by Aaron Greenspan.

I can tell you that his entire operation with the 501c is a complete fraud to avoid paying taxes and currently has many IRS 13909 Referral complaints against him for tax fraud.

Sent with ProtonMail Secure Email.

------- Original Message -------
On April 3, 2018 9:18 AM, Henry, Karynne (DOJ) <Karynne.Henry@state.de.us> wrote:

Def-P2_000366

**(2) Out of state**

Senator Dianne Feinstein   <senator@feinstein.senate.gov> 🖉                    03/22/2018 (a month ago)   ☆ 🔒

███████████████

Show details

Thank you for sending me your electronic mail message. I appreciate your taking the time to share your thoughts with me.

Because of the volume of e-mail that is received by my office, we can only respond to email that includes a California postal address. Please resend the text of your e-mail message, including your postal address, and I will respond to you as soon as possible.

Should you need additional information about the Congress, or my offices in Washington and California, please visit my homepage on the World Wide Web. The address is http://feinstein.senate.gov.

Thank you again for contacting me, and I hope you will continue to do so in the future.

Sincerely,

Dianne Feinstein
United States Senator

████████████████████                                                          03/23/2018 (a month ago)   ☆ 🔒

        Draft

Def-P2_000371

desist from his harassing and online behaviors and in fact he has since October 9, 2018 this individual has only gone on the offensive with his online harassment, stalking, shaming, defaming and Cyber Bullying. Aaron Jacob Greenspan is making myself and my immediate family fear for our safety and security. Aaron Jacob Greenspan has now been served this Restraining Order and has literally violated this Restraining Order on a daily basis since October 9, 2018.

Which of the following were used in this incident? (Check all that apply.)

☐ Spoofed Email
☐ Similar Domain
☑ Email Intrusion
☑ Other     Please specify: Harassment,Stalking,Shaming,Defaming
                          ,Cyberbullying

*Law enforcement or regulatory agencies may desire copies of pertinent documents or other evidence regarding your complaint.*

*Originals should be retained for use by law enforcement agencies.*

## Information About The Subject(s) Who Victimized You

Name: Aaron Jacob Greenspan
Business Name: plainsite.org/Think Computer Foundation/Corporatio
Address: 500 Race Street
Address (continued): Apartment 4321
Suite/Apt./Mail Stop:
City: San Jose
Country: United States of America
State: Massachusetts
Zip Code/Route: 95126
Phone Number: 4156709350
Email Address: Aaron.greenspam@plainsite.org
Website: http://www.plainiste.org
IP Address:

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

[No response provided]

Are there any other witnesses or victims to this incident?

Wife Mary Mas Marques, Najar Investigations, California, Private Investigator from California who is a retired Police Officer John Haro.-

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

FBI IC3 August 2017, FBI IC3 2018, FCC 2017 & 2018, FTC 2017 & 2018, California eCrimes Unit 2018, California
  d Ohio Attorney General 2017 & 2018, Secret Service 2018, Interpol 2018, IRS Non-Profit Division using IRS
Complaint Forms 13909, 2017 & 2018, Santa Clara Superior Court, California June 28, 2018 and a Temporary

Victims Services Unit | State of California - Department of Justice - Office of the Attorney General



**STATE OF CALIFORNIA DEPARTMENT OF JUSTICE**
**OFFICE OF THE ATTORNEY GENERAL**

Search

## WHO WE ARE

About AG Xavier Becerra

History of the Office

Organization of the Office

Def-P2_000381

Victims Services Unit | State of California - Department of Justice - Office of the Attorney General

Phone Number 6976692

## Your Comments

message

The subject of this complaint is Aaron Jacob Greenspan who owns and runs monetized websites such as leagle.com and plainsite.org under a frauduelnt 501c called Think Computer Corporation and Think Computer Foundation. Aaron Jacob has been harassing, stalking, terrorizing, shaming, defaming and doing lots of online bullying, as he uses his advanced computer and hacking skills as a weapon against anyone who files complaints against him.

I called Aaron Jacob Greenspan at the end of March 2018 and stated that I was going to file a Restraining Order and Harassment Order against him. Then Aaron Jacob Greenspan rushed to the Santa Clara Superior Court on April 4, 2918 and is using and abusing the California Court system, in order to get his vengeance against me. Aaron Greenspan asked the Santa Clara Superior to not allow me to write things online or upload public domain documents and that was denied. This is the same thing that Aaron Greenspan has been doing to me for over a year now. Aaron Jacob Greenspan is abusing California taxpayers, as he is using and abusing the Santa Clara Superior Court, in oder to retaliate towards me and my family and his whole premise for the temporary restraining order that he received is completely based on lies. Aaron Greenspan is committing perjury before the Santa Clara Superior and making up lies that I called his mother, father and him lots of times and then this individual has sent in a select few pages from the Federal database Pacer on me so that he can try and discredit me. He is using a Harvard email when that is not his current email and is doing things to make himself look credible and like a victim, when in fact Aaron Greenspan is the perpetrator in this matter.

Def-P2_000382

Aaron Greenspan has now Hacked in to some Spanish Media companies in

Mallorca and Ibiza and has downloaded pictures of me and posted them online. I contacted those Spanish Media companies and they confirmed that their Servers have been Hacked. I have filed a complaint with Interpol regarding Aaron Greenspan. I have filed complaints with the California Attorney General's Office, California eCrimes Unit, IRS Referral Forms 13909 for 501c non-profit fraud, as his monetized website plainsite.org is asking for online donation, when in fact he has private advertisers paying him and this is a fraud (one of many). I have filed complaints with the FBI's IC3, contacted the Police and by phone the FBI who informed me to continue filing FBI IC3 complaints. My last complaints went out to the IRS, California Attorney General Office at the end of March 2018 and I called Aaron Greenspan that I was moving forward with a Restraining Order and Harassment Order, so he went to the Santa Clara Superior Court and under Oath has committed perjury and should be held accountable for these crimes, as he is using and abusing the California Court system to retaliate against me without any reason but out of revenge for filing lots of complaints against him with various State and Federal Agencies.

I am asking this office to please shut down Aaron Jacob Greenspan's plainsite.org and bring him to justice for the many crimes that he is committing against me and the public. This individual is literally Hacking in to the Federal database Pacer and is unlocking Sealed documents, that he is uploading on to his monetized website plainsite.org. He is also copying and pasting Copyright material and attacking legal documents on me with some article from Spain and he is translating this article in to English to make things worst. He is gaining access to people's legal documents on the Federal database Pacer and then only leaves open online the documents that are the most negative, so that it can attract the most attention and traffic to his monetized website plainsite.org.

Aaron Jacob Greenspan has been harassing, stalking, terrorizing, shaming and defaming me for over a year with his advanced computer and Hacking skills.

Victims Services Unit | State of California - Department of Justice - Office of the Attorney General

When I file a complaints against Aaron Jacob Greenspan he then goes in to the Federal database Pacer and searches for documents that are negative and then he sends those documents to the particular State or Federal Agency that I have sent my complaint to, in order to try and discredit me.

I have lost my job at Harvard Biotech as a result of Aaron Jacob Greenspan's relentless online harassment, stalking and terrorizing of me and my family and he is even posting my wife's employer address at Massachusetts General Hospital, with phone numbers, actual signatures, home addresses and more.

As a matter of fact Aaron Jacob Greenspan committed so much perjury to the Santa Clara Superior Court, as he is stating that he doesn't know my address, date of birth and even given them my old phone number that I had to change because of him. Aaron Jacob Greenspan knows all of my information, as he has been stalking and terrorizing me for over a year now and is displaying this information on his monetized website plainsite.org

Aaron Jacob Greenspan appears to use various addresses in California but in the Santa Clara Superior Court he uses the following address, phone number and email address:

Aaron Jacob Greenspan

500 Race Street, Apartment 4321

San Jose, California 95126

Tel.: 415-670-9350

email: greenspan@post.harvard.edu

Return to the Comment form

**Victim Services**

1          You said that the district attorney -- I am
2    sorry -- the Assistant Attorney General of Arkansas
3    communicated with you about some type of harassment.
4    And I wonder why would that mean to you if -- because
5    the only thing I complained about was leagle.com.
6          THE COURT:  You are starting to get into
7    additional facts.
8          See if you can form just a cogent question
9    and don't make it compound.  In other words, you can
10   ask follow-up questions after that.
11         MR. MASMARQUES:  Sorry, Your Honor.
12         THE COURT:  I think your question there was
13   why, in Mr. Greenspan's judgment or his opinion, would
14   some official from Arkansas be contacting him about
15   alleged harassment.  Is that your question?
16         MR. MASMARQUES:  Yes, Your Honor.
17         THE COURT:  Can you answer the question,
18   sir?
19         Let me just say this.  If both of you can
20   answer questions without reference to documents,
21   that's my preference because we want your independent
22   recall.
23         If you do need to refer to documents, let us
24   know.
25         Are you able to answer that question?
26         THE WITNESS:  To the best of my ability.
27         THE COURT:  Sure.  Go ahead.
28         THE WITNESS:  I don't know exactly what that