UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **DIEGO MASMARQUES, JR.** a/k/a **DIEGO MAS HOWARD** a/k/a **RICKY MAS MARQUES** a/k/a **JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**, <br><br> Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR CLARIFICATION REGARDING FEDERAL RULE OF CIVIL PROCEDURE 30(e)(1)**

Plaintiff respectfully requests that this Court grant leave to file a motion to clarify Federal Rule of Civil Procedure 30(e)(1) in the context of this action. Plaintiff flew cross-country to Boston as required by this Court at ECF No. 232 and was deposed by counsel for Defendant Diego MasMarques, Jr. at 18 Tremont Street in Boston, Massachusetts on August 19, 2025 for seven (7) hours. Before and at the deposition, Plaintiff requested in writing and verbally, to both opposing counsel and to the court reporter working with Naegeli Deposition & Trial ("Naegeli"), that he wished to review a copy of the final transcript for errors.

After returning to San Francisco, Plaintiff was informed by Naegeli that the cost of a transcript would be an estimated "$2,641.25"—or Plaintiff had the option of reviewing the transcript in person at no charge, except in a completely different judicial district. Despite claiming "We Serve Every City in the Nation" on its website at

1

https://www.naegeliusa.com/locations, Naegeli apparently has no offices in or near San Francisco, and instead suggested that Plaintiff book a flight and accommodations at his own expense to visit one of Naegeli's "offices in Spokane, Seattle, [or] Portland, Oregon" in person if he chose not to purchase the transcript. None of those cities are in the District of Massachusetts or the Northern District of California. Nor is Sacramento, California, the closest Naegeli office listed on its website (but not suggested by its staff), in the Northern District of California.

Plaintiff has been deposed in the past and has never had to purchase a transcript in order to review for errors and complete and errata sheet. Even if Naegeli and its employees and/or contractors are entitled to charge for their work, Naegeli's refusal to allow Plaintiff to examine the transcript without *further* travel to the opposite end of the United States from Boston, far from any relevant judicial district in this action, is completely unreasonable in the context of Federal Rule of Civil Procedure 30(e)(1).

Plaintiff has attempted to resolve this issue with opposing counsel, but opposing counsel has informed Plaintiff that "they gave me the same options they gave you," and could only offer the possibility of an unspecified discount (over which opposing counsel has no control) after the initial transcript is purchased. Plaintiff should not have to expend *any* additional resources, or time spent traveling, on Defendant MasMarques's deposition of him. Plaintiff therefore requests that he be permitted to file a motion requesting that pursuant to Federal Rule of Civil Procedure 30(e)(1), the Court order Naegeli to provide a copy of the transcript at no charge, or that Naegeli work with a partner court reporting agency to allow Plaintiff to examine the transcript in person within five (5) miles of San Francisco, California. Since Rule 30(e)(1) only permits Plaintiff 30 days in which to complete review, ten (10) of which have now been expended, Plaintiff also requests an extension of time to any extent necessary.

Dated: August 29, 2025  Respectfully submitted,

                                                Aaron Greenspan, *pro se*
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

### CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)

Plaintiff conferred with counsel for Defendant Diego MasMarques, Jr. regarding this motion, who expressed no view as to its filing except agreement regarding the unique circumstances.

Aaron Greenspan

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

Aaron Greenspan