UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

      Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

      Defendants.

Case No.: 1:23-cv-10134-DJC

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO CLARIFY DISPOSITIVE MOTION DEADLINE

Plaintiff respectfully requests that this Court grant leave to file a motion to clarify the dispositive motion deadline in this action. On April 14, 2025, the Court issued a Scheduling Order at ECF No. 170 that set the dispositive motion deadline at December 19, 2025. On July 15, 2025, at ECF No. 209, Plaintiff filed a motion to compel non-party X Corp. to comply with a subpoena pursuant to this Court's precedent permitting service of Rule 45 subpoenas via certified mail. On August 6, 2025, the Court held a status conference at which it recommended—but thus far has not ordered—an updated dispositive motion deadline of October 24, 2025. On August 11, 2025, the Court denied Plaintiff's motion to compel, ECF No. 209, in its Order at ECF No. 229. Also on August 11, 2025, Plaintiff filed a motion for leave to file a Federal Rule of Civil Procedure 72(a) objection to the Court's Order at ECF No. 229, which was granted. Plaintiff's Rule 72(a) objection was then filed on August 20, 2025 at ECF No. 235, and

remains pending.  On August 25, 2025, at ECF No. 237, Plaintiff also filed a second motion to compel discovery responses from Defendant Diego MasMarques, Jr., which remains pending.

If granted, Plaintiff's filings at ECF Nos. 235 and 237 could result in the production of evidence that would be potentially dispositive of this entire case.  Plaintiff would therefore be severely prejudiced by the earlier proposed deadline for dispositive motions of October 24, 2025. While the Court stated, "The Court will issue an Amended Scheduling Order" in its Electronic Clerk's Notes filed on August 6, 2025 at ECF No. 225, this has not yet taken place.  At this stage of the litigation, due to events that took place after the August 6, 2025 status conference, an Amended Scheduling Order reducing Plaintiff's preparation time for summary judgment by approximately two months, while two critical filings remain pending before the Court, would only lead to confusing, incomplete summary judgment proceedings overlapping with the fallout from Defendant MasMarques's attempts to evade his discovery obligations.

In light of the above, Plaintiff requests the ability to file a motion respectfully requesting that the Court keep its dispositive motion deadline in place at December 19, 2025, or in the alternative, that sets a new deadline for at least 30 days after the last date when both ECF Nos. 235 and 237 have been resolved.

Dated: October 6, 2025           Respectfully submitted,


Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

## <u>CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)</u>

Plaintiff conferred with counsel for Defendant Diego MasMarques, Jr. regarding this motion, who did not assent to its filing.

_Aaron Greenspan_
Aaron Greenspan

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 6, 2025 I filed the foregoing with the Clerk of Court

using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.


Aaron Greenspan