UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON GREENSPAN,

    Plaintiff,

v.

DIEGO MASMARQUES JR., et. al.

    Defendants.

Case No.: 1:23-cv-10134-DJC

**DEFENDANT'S MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION IN EXCESS OF TWENTY PAGES, AND TO FILE MOTION TO IMPOUND UNREDACTED SUMMARY JUDGMENT MATERIALS**

    Defendant Diego MasMarques, Jr. ("Defendant") respectfully moves, pursuant to Fed. R. Civ. P. 7(b) and 56, and D. Mass. Local Rules 7.1(b)(4) and 7.2, for leave to (i) file a motion for summary judgment exceeding the page limit by up to twenty (20) pages, and (ii) file a separate motion to impound unredacted summary judgment materials with corresponding redacted versions on the public docket.  In support of this motion, Defendant states as follows:

    **1.**    Discovery in this action closed on August 29, 2025. As represented to the Court during the August 6, 2025 status hearing, the parties agreed that expert discovery would not be necessary because neither party intended to designate experts.  Plaintiff Aaron Greenspan ("Plaintiff") conducted no expert discovery, did not notice or take Defendant's deposition, and the deposition of Plaintiff was completed on August 19, 2025.  Plaintiff has had ample opportunity to review the transcript and has already served Defendant with an errata sheet.

    **2.**    Because this action arises from a multi-year dispute dating back to 2018, Defendant anticipates that the memoranda in support of his summary judgment will require approximately twenty (20) additional pages beyond the standard page limit.  The memoranda

will address a voluminous evidentiary record, including multiple hearing transcripts, sworn declarations, deposition testimony, and exhibits from related proceedings between the parties. These materials warrant additional briefing space to ensure a complete and accurate presentation of the record.

3. Portions of the summary judgment filing will require redaction for privacy and confidentiality interests. In compliance with Fed. R. Civ. P. 5.2(d) and Local Rule 7.2, Defendant will contemporaneously move to impound the unredacted materials and file a supporting affidavit identifying each redaction by page and line with justifications.

4. Good cause exists to grant this request. Defendant seeks to present a comprehensive and well-supported Rule 56 motion that will enable the Court to resolve all claims efficiently. Allowing a longer filing will promote judicial economy and avoid piecemeal briefing. The request is made in good faith, is timely, and is supported by substantial legal and procedural justification.

WHEREFORE, Defendant respectfully requests that this Honorable Court (i) grant leave to file a motion for summary judgment exceeding the page limit by up to twenty (20) pages, (ii) grant leave to file a separate motion to impound unredacted summary judgment materials with corresponding redacted versions on the public docket. Defendant further requests five (5) days from any order granting this motion to file his summary judgment motion and corresponding materials.

                                                      Respectfully submitted,

                                                      DEFENDANT, DIEGO MASMARQUES, JR.,

                                                      By his Attorney,

                                                      */s/ Ashley A. Andrade*
                                                      Ashley A. Andrade, Esq.
                                                      ANDRADE LEGAL, LLC
                                                      867 Boylston Street, 5th Floor #1119
                                                      Boston, MA 02116
                                                      BBO# 697189
                                                      Phone: 617.206.1822
Dated:  October 7, 2025                             Email: ashley@andrade-legal.com

## LOCAL RULE 7.1.(a)(2) CERTIFICATE

     Pursuant to Local Rule 7.1(a)(2), I hereby certify that on September 26, 2025, September 29, 2025, and September 30, 2025, I conferred in good faith with Plaintiff by email regarding Defendant's anticipated filing, in an effort to narrow or resolve the issues presented in this motion.  Plaintiff consented to a 30-page limit for the motion for leave; however, given the voluminous evidentiary record and the six remaining causes of action, Defendant respectfully submits that forty pages are necessary to fully address the issues raised in Plaintiff's First Amended Complaint and developed during discovery.  Defendant also provided Plaintiff with an opportunity to review the transcript and to advise Defendant if there is any material Plaintiff considers trade secret or otherwise confidential, so that it may be appropriately redacted or filed under seal.

                                                     */s/ Ashley A. Andrade*
                                                     Ashley A. Andrade

4

CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically on October 7, 2025, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Ashley A. Andrade*
_____
Ashley A. Andrade
BBO # 697189