UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE REQUEST FOR JUDICIAL NOTICE REGARDING CONFLICTING ARGUMENTS BY NON-PARTY X CORP.

Plaintiff respectfully requests that this Court grant leave to file a Request for Judicial Notice pursuant to Federal Rule of Evidence 201.[1]  A motion to compel and associated Rule 72(a) Objection regarding non-party X Corp. are currently pending in this action concerning X Corp.'s failure to comply with Plaintiff's Federal Rule of Civil Procedure 45 subpoena.  *See* ECF Nos. 209, 229, 235.  X Corp. is controlled by Elon Musk; its parent company, as of approximately March 2025, is X.AI Corp.[2]  In a separate action pending in the Northern District of California, *Musk, et al v. Altman, et al*, Case No. 4:24-cv-04722-YGR ECF No. 335 (N.D.

---

[1] Federal Rule of Evidence 201(e) states that parties are entitled to be heard without the need for a motion for leave.  "On timely request, a party is entitled to be heard on the propriety of taking judicial notice and the nature of the fact to be noticed."  Federal Rule of Evidence 201(d) states, "The court may take judicial notice at any stage of the proceeding."

[2] *See Reuters*, "Musk's social media firm X bought by his AI company, valued at $33 billion" by Greg Bensinger, March 28, 2025, https://www.reuters.com/markets/deals/musks-xai-buys-social-media-platform-x-45-billion-2025-03-28/.

1

Cal. *filed* October 28, 2025), Elon Musk and X.AI Corp. have filed a motion for "an order to show cause why a contempt citation should not issue against non-party Ilya Sutskever for refusal to comply with the Court's [discovery] order." Thus, X Corp.'s parent company appears to be requesting sanctions in federal court for a non-party's non-compliance with a subpoena or equivalent court order, while in this Court, as a non-party, X Corp. refuses to comply itself.

Therefore, Plaintiff respectfully requests that this Court permit the filing of a Request for Judicial Notice.

Dated: October 31, 2025    Respectfully submitted,

Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

## CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)

Civil Local Rule 7.1(a)(2) would not appear to apply to this motion since it concerns the potential filing of a Request for Judicial Notice pursuant to Federal Rule of Evidence 201, and there is therefore no "issue" to "resolve or narrow."

Aaron Greenspan

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

_Aaron Greenspan_
Aaron Greenspan