UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>DIEGO MASMARQUES JR., et. al.<br><br>　　　　　　Defendants. | Case No.: 1:23-cv-10134-DJC |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule 56.1, Defendant Diego MasMarques, Jr. ("Defendant") respectfully moves for summary judgment on all claims asserted by Plaintiff Aaron Greenspan ("Plaintiff"). As set forth in the accompanying Memorandum of Law, Defendant's Statement of Uncontested Material Facts, and supporting declarations and exhibits, there is no genuine dispute as to any material fact and Defendant is entitled to judgment as a matter of law.

Briefly stated, Plaintiff cannot meet his summary judgment burden. His claims are untimely and based on Defendant's protected petitioning activity under the First Amendment and the Massachusetts Anti-Slapp Statute. Plaintiff's defamation claim fails for multiple, independent reasons: there is no evidence of any such publication by Defendant; Plaintiff offers no competent evidence of falsity; and there is no evidence from which a jury could find that Defendant acted with actual malice. Plaintiff's remaining claims likewise fail as a matter of law: no misuse of process or ulterior purpose (abuse of process); no extreme and outrageous conduct or severe distress (intentional infliction of emotional distress); no invasion of privacy where the relevant facts were already public; no initiation of proceedings or malice (malicious

1

prosecution); and no evidence of any agreement or common design (civil conspiracy). In addition, Think Computer Corporation—Plaintiff's wholly-owned entity— is a necessary and indispensable party whose absence is dispositive. Finally, Plaintiff has not adduced admissible evidence of compensatory damages.

WHEREFORE, Defendant respectfully requests that the Court allow this Motion and enter summary judgment in Defendant's favor on all claims, with prejudice, award his reasonable attorneys' fees and costs, together with such other and further relief the Honorable Court deems just and proper.

Respectfully submitted,

DEFENDANT, DIEGO MASMARQUES, JR.,

By his Attorney,

*/s/ Ashley A. Andrade*

Ashley A. Andrade, Esq.
ANDRADE LEGAL, LLC
867 Boylston Street, 5th Floor #1119
Boston, MA 02116
BBO# 697189
Phone: 617.206.1822
Dated: November 6, 2025    Email: ashley@andrade-legal.com

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that, during the course of this proceeding, I conferred with Plaintiff on numerous occasions in a good-faith effort to resolve or narrow the issues raised by Defendant's contemplated motion for summary judgment, including before seeking leave. The parties were unable to resolve/narrow the issues, and Plaintiff has indicated opposition. Leave to file was granted on October 15, 2025.

*/s/ Ashley A. Andrade*
Ashley A. Andrade

3

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this document was filed electronically on November 6, 2025, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

                                          */s/ Ashley A. Andrade*

                                          Ashley A. Andrade
                                          BBO # 697189