UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON GREENSPAN,

    Plaintiff,

v.

DIEGO MASMARQUES JR., et. al.

    Defendants.

Case No.: 1:23-cv-10134-DJC

### DECLARATION OF DIEGO MASMARQUES, JR.

I, Diego MasMarques, Jr., hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

**1.** I am a resident of the Commonwealth of Massachusetts and am competent to testify. I make this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

**I. Spanish Conviction & Foreign Prisoner Treaty Transfer** ▓▓▓▓▓▓

**2.** In 2000, I was convicted in Spain ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. I have always maintained that I am innocent and was wrongfully convicted.

**3.** In 1995, Spain had only recently reintroduced jury trials and lacked many of the procedural safeguards that would have protected me in a U.S. court. I also believe that being seen as an "outsider" put me at a significant disadvantage from the outset. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1

4. ██████████████████████████████████████

██████████████████████████

5. During my trial, ████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████. This offense is not expressly defined in the Spanish Penal Code and created later confusion when my case was processed under the foreign prisoner treaty transfer.

6. ██████████████████████████████████████

7. In order to return home, I agreed to a foreign prisoner treaty transfer to complete the remainder of my sentence in the U.S.

8. At the time of my transfer in 2006, the initial treaty transfer paperwork prepared by the Department of Justice inaccurately described the foreign conviction as "██████." I raised concerns as I was not convicted of ████████████████ I was told not to worry and that it is standard practice to list the highest comparable U.S. offense in treaty transfer paperwork and then the U.S. Parole Commission will be responsible for reviewing and reclassifying under federal sentencing guidelines.

9. In 2008, the U.S. Parole Commission reviewed my Spanish conviction and reclassified it as ████████████████, essentially cutting my sentence by half. I disagreed,

however, with certain reports the Commission relied on in its determination and with its description of the foreign conviction as "███████████" which was still inaccurate.

10. After my release from custody in 2008, I focused on rebuilding my life, eventually marrying the woman who had long supported me, with whom I already had a son, and dedicating myself to being the best husband and father I can be for my family.

## II. Beginning of Harassment (2015–2017)

11. In January 2013, I moved to seal or expunge the court dockets relating to my foreign prisoner treaty transfer, concerned they could be misunderstood or used to harm me. Although I understood I would receive notice before any action, in September 2015, or thereabouts, this Court denied my *ex parte* motion in a 7-page decision without prior notice. Plaintiff Aaron Greenspan ("Plaintiff") has since used this decision and my transfer records to repeatedly and relentlessly refer to me as a "murderer" (when I'm not).

12. By October 2015, I discovered that my treaty transfer records and information relating to my Spanish conviction were being published online by the website Leagle (*leagle.com*). At that time, I was preparing the paperwork to seek expungement of my criminal records in Spain, for which I became eligible under Spanish law in 2016.

13. In February 2017, I filed a complaint about *leagle.com* with the Arkansas Attorney General. Investigator Elizabeth Lopez told me the AG's Office had received many similar complaints but only had an email on file for the site's operators. At this point, I got worried and wanted to withdraw my complaint; she informed me it had already been transmitted.

## III. Escalation of Harassment (2018-present)

14. Within weeks of my complaint to the Arkansas AG, my court records— particularly those concerning the treaty transfer and the Spanish conviction—were appearing

more frequently on two sites specifically: *plainsite.org*, operated by Plaintiff, and *unitedstatescourts.org*, operated by Jeffrey Allen Steinport.

15. Because this began so soon after my complaint about *leagle.com*, I believe these individuals—including Plaintiff--are involved with *leagle.com*.

16. I repeatedly asked the operators of *plainsite.org* and *unitedstatescourts.org* to remove my records, but every request was either ignored or denied outright.

17. During this time, I found some concerning information about Plaintiff and Plainsite online, describing Think Computer Foundation as a fraudulent 501(c)(3) nonprofit.

18. On August 29, 2017, I filed a complaint with the Internal Revenue Service ("IRS") about Plaintiff and Plainsite. I raised concerns that it operated as both a nonprofit and a for-profit venture, and that Plaintiff was improperly profiting from people's court records and using the platform to harass and retaliate against individuals, explaining.

19. In July 2017, I filed a complaint with the FBI, afterward the FBI contacted me to discuss the matter further. Upon information and belief, the FBI shut down *unitedstatescourts.org* in 2017.

20. In fall of 2017, my MSN email was hacked twice, after which I switched to ProtonMail. Given the timing of my complaints and Plaintiff's technical expertise, and the fact media outlets have described him as a "hacker", I believe he was responsible for these breaches.

21. On December 14, 2017, I submitted another complaint to the IRS, this time naming both Plaintiff and his father—who upon information and belief, is and/or was the VP, Treasurer, and Board Member of Think Computer Corporation and Think Computer Foundation—for monetizing and misusing the 501(c)(3) nonprofit designation.

22. In early 2018, I noticed that online searches for my name produced two full pages of *plainsite.org* content displaying my court records. As a result, anyone searching my name—including potential employers—would immediately see these court records first, including the treaty transfer records which misrepresent my conviction in Spain.

23. On or about March 28, 2018, I contacted Plaintiff directly through the phone number listed on *plainsite.org* and told him that if he did not stop the harassment, I will have no choice but to take legal action and Plaintiff hung up.

24. On April 2, 2018, I filed a third IRS complaint expanding on these concerns, sharing my belief that Plaintiff established fraudulent 501(c)(3) nonprofit as a supposed charity "but his true intention was always to make lots of money off the backs of the public."

25. On or about April 2, 2018, I also filed a consumer complaint with the Delaware secretary of state regarding Think Computer Corporation.

26. On April 3, 2018, I posted—on Complaints Board—publicly available business records about Think Computer Foundation from the Cleveland, Ohio Business Licensing Office. I shared these records to demonstrate that my concerns about Plaintiff's misuse of the 501(c)(3) nonprofit designation.

27. On April 4, 2018, Plaintiff sought a temporary restraining order ("TRO") against me in Santa Clara County Superior Court in San Jose, California.

28. On May 4, 2018, the Middlesex Sheriff's Office served Plaintiff's TRO at my father's residence, where I did not live.

29. Upon information and belief, I also filed a complaint with the U.S. Department of Justice about Plaintiff on or about May 29, 2018, which was formally logged on June 4, 2018.

30. On June 24, 2018, I submitted a complaint to the Ohio Attorney General requesting an investigation into what I believed to be tax fraud and extortion schemes involving Plaintiff and his father, in their capacities as officers of Think Computer Foundation. In that complaint, I asked the Ohio AG for help to get Plaintiff to stop harassing me and my family online. I explained that "[t]here is no difference between criminals and these individuals, as they hide under the cover of their fraudulent 501c to commit all these dirty deeds and destroy people's careers and reputations for the sole purpose of these individuals to make some easy money for themselves."

31. Over time, more of my personal information—including my home phone number, residential address, and email—began appearing on various "gripe sites", such as *scamion.com*, *predatorswatch.com*, *exposecheaters.online*, *datingpsychos.com* and various Google Group pages—falsely referring to me as a "murderer", "rapist", "predator", and/or "stalker". I believe Plaintiff was behind this as retaliation for my complaints.

32. On July 3, 2018, I obtained a TRO against Plaintiff in Santa Clara County Superior Court, which also prohibited him from accessing, or posting my personal information online. In my request for the TRO, I checked off "yes" when asked if I was "threaten[ed]…with a gun or any other weapon" as I reasonably believe that Plaintiff's true weapon is his "computer and hacking skills…in order to harass, stalk, terrorize, shame and defame anyone at his whim."

33. Despite that order, Plaintiff continued to post about me on his personal and his company's Twitter accounts, @plainsite and @aarongreenspan. On July 20, 2018, he published a "NOTICE" naming me directly and threatening to seek sanctions unless I withdrew my TRO.

34. During this period, I had difficulty serving Plaintiff. He repeatedly evaded service of my counter–TRO. The process server I hired also had issues attempting to serve him. He was

told by someone at Plaintiff's San Jose, California address—which is the address that was listed with the court at the time—that Plaintiff no longer lived at the residence.

35. In September 2018, I also reached out to the Shaker Heights Police Department in Shaker Heights, Ohio for assistance. I was informed that a Shaker Heights Police Officer had gone to Plaintiff's family's residence to serve my TRO but was told by Plaintiff's father that he did not live there—which I have since learned was not the case.

36. On or about October 4, 2018, I filed a complaint with the California Department of Motor Vehicles, which was assigned to the Investigations Division as Case No. 18B3D30150. I did so based on my reasonable belief that Plaintiff was no longer residing in California and definitely was no longer living at his San Jose, California address.

37. On October 9, 2018, Plaintiff was served with my cross-TRO, before Judge Deborah Ryan, at the initial hearing.

38. That same day, Plaintiff retaliated by posting—on his and Plainsite's Twitter accounts—@aarongreenspan and @plainsite—a link to the TRO on Plainsite and publicly referring to me by name and sharing my home address and my wife's workplace an act that directly violated the TRO in place against him and put me and my family in danger. Plaintiff also posted pictures of me on Twitter as well as "translated" articles from Spanish news articles from 1999 and 2000 at the time of my arrest and trial.

39. Fearing for my family's safety given Plaintiff's posts, I filed a report with the Marlborough Police Department on or about October 10, 2018.

40. I immediately called Twitter and, after being transferred multiple times, was finally able to reach someone to report this violation. On or about October 11, 2018, Twitter suspended Plaintiff's and Plainsite's accounts.

**41.** On or about October 18, 2018, Plaintiff attacked me again on his and Plainsite's Twitter accounts—referring to me by name and falsely claiming that I am someone who "serially harasses, rapes, and murders women." These accounts were suspended by Twitter again.

**42.** Around this time, Plaintiff contacted the Mayor's Office, pressuring officials to press charges against me, as I later discovered through a public-records request.

**43.** On November 15, 2018, a complaint for criminal charges was filed by the Marlborough Police Department against me. The complaint alleges that I had violated the restraining order on or about October 25, 2018, and June 25, 2018, by allegedly publishing abusive and hateful material, such as pornographic and anti-semitic posts online about Plaintiff.

**44.** I have always maintained that I did not make these posts and recently learned that Plaintiff knew as early as May 2019 that I was not the author, yet he never corrected the record and allowed me to spend significant attorneys' fees and another 18 months defending myself.

**45.** Around this time, I began receiving suspicious emails from people claiming to be other victims of Plaintiff, which I believe were sent by Plaintiff himself. These emails were so unsettling that on or about December 4, 2018, I reported them to the Santa Clara County Court, and shortly after, I stopped using the email account where these emails had been received.

**46.** On December 6, 2018, Plaintiff filed the 27-page application for a criminal complaint issued by the Marlborough Police Department, along with other sensitive materials into the Santa Clara Superior Court docket. My home address, social security number and driver's license number were not redacted when filed into the court docket, and it would take me nearly a year to get this filing redacted by the Santa Clara Superior Court.

**47.** On December 12, 2018, the Judge vacated the 5-year TRO, by Plaintiff against me for improper service before later reinstating it.

48. Because of Plaintiff's harassing and abusive conduct, I did not feel safe. I hired private security to accompany me to and from Santa Clara County Superior Court for all three hearings I attended in-person.

49. In the months that followed, my wife and I were subjected to ongoing harassment. We received repeated phone calls from unidentified callers, unsolicited graphic and pornographic magazines, and other mailings in my name. The situation became so intolerable that we were forced to change our home phone number on at least three separate occasions. I even had to close my P.O. box without mail forwarding because the spam mailings got so bad.

## IV. Continued Harassment and Fallout (2019-2021)

50. In early 2019, I began receiving unsolicited magazines from sex shops, including one in San Francisco, California. I never requested these magazines, and hundreds were sent to my home, which was extremely embarrassing. I believe Plaintiff was responsible, as one of the shops was located in the city where he lived at the time.

51. On April 8, 2019, I filed an application for criminal charges against Plaintiff in Marlborough District Court in Massachusetts but mistakenly sought relief under the wrong statute (M.G.L. c. 209A), and the Court dismissed the matter, without prejudice. On July 29, 2019, I filed for a restraining order against Plaintiff in Middlesex Superior Court in Massachusetts, this time under the correct statute (M.G.L. c. 258E), which was eventually dismissed without prejudice.

52. Plaintiff was never arrested, charged, or prosecuted as a result of Defendant's cross-TRO or TRO applications.

53. On August 30, 2019, my TRO was terminated by the Santa Clara Superior Court, while Plaintiff's two-year TRO was extended until August 30, 2021. I respectfully disagreed

with this ruling. The Court focused narrowly on my foreign conviction and the fact that neither the conviction nor the treaty transfer records had been sealed or expunged at that time, treating them as public record, while, in my view, overlooking the years of harassment and harm Plaintiff had inflicted on me and my family.

54. In September 2019, I moved for reconsideration of the decision terminating my TRO against Plaintiff, and Plaintiff sought reconsideration of the denial of his motion for sanctions and attorneys' fees. After a hearing in October 2019, the Santa Clara Superior Court denied all motions in January 2020. I appealed the order in February 2020, but representing myself *pro se* and unfamiliar with appellate procedures, I did not timely prepare and lodge the record, and the appeal was dismissed on procedural grounds.

55. On or about November 24, 2020, the Middlesex Superior Court dismissed the two criminal charges brought against me based on Plaintiff's allegations. On February 9, 2021, the Marlborough District Court expunged the case entirely, finding the matter was not pursued in good faith and that Plaintiff falsely attributed the alleged defamatory posts to me.

56. In December 2020, my foreign conviction was formally expunged in Spain.[1]

57. In June 2021, I filed a motion in Santa Clara Superior Court to seal/expunge case files per the Marlborough District Court expungement order. I filed a related motion in the California Court of Appeal, Sixth Appellate District. Ultimately both motions were denied based on procedural grounds due to dismissal of appeal.

---

[1] I plan to file a motion in a separate action to seal my foreign prisoner treaty transfer records and to redact all related filings and orders referencing my Spanish conviction, which has since been expunged. I have waited five years to file this motion because I am concerned that my official Spanish expungement records could end up all over the internet.

58. During this time in 2021, I considered filing suit against Plaintiff but feared it would consume more years of my life, and I didn't want to put my family through that.

59. On October 1, 2021, I emailed Plaintiff to ask if he would remove my legal information from Plainsite and to see if we could work things out. Instead of responding reasonably, he sent back a list of twelve demands, including that I admit to making false reports about him, his family, his company, and his nonprofit to government agencies and to committing perjury in Santa Clara Superior Court. None of these accusations are true.

60. In December 2022—one month before the Plaintiff filed the underlying action—I filed a complaint with the Cybersecurity and Infrastructure Security Agency ("CISA"), seeking help to have my personal information permanently removed from *plainsite.org*, Plaintiff's associated Twitter accounts, and the numerous other websites and Google Groups which I believe Plaintiff created to harass me, as it was wrecking my career and reputation.

61. Attached hereto as **Exhibit A** (Def-P2_000255-Def-P2_000258) is a true and accurate copy of the complaint I made to the CISA.

V. **Reputational Harm**

62. At all relevant times during this action, I lived in Massachusetts and am a private individual.

63. Despite this and the expungements of prior criminal matters, including the Spanish conviction, which Plaintiff knows about—Plaintiff has continued to publish and misrepresent information about me online. When my name is searched online, Plaintiff's website and his court filings—including cases in which I am not a party, such as lawsuits involving Elon Musk—dominate the results, alongside defamatory statements calling me a "murderer," "rapist," or "stalker."

64. In May 2020, for instance, Plaintiff filed suit against Elon Musk and an individual named Omar Qazi. For reasons I cannot understand, he singles me out by name in that complaint, and in later complaints with the same parties, falsely referring to me as a "convicted murderer" and accusing me of spreading false information about Plaintiff and his family, which he claimed Omar Qazi then reposted on Twitter (now X). In a later complaint dated June 12, 2024, against the same individuals, Plaintiff again named me directly, this time falsely stating that I was "convicted of murder and attempted murder in Spain and charged with other crimes domestically" and that I had "a documented history of mental illness."

65. To be clear: I have never been convicted of murder, attempted murder, rape, stalking, or attempted vehicular homicide, and have no history of mental illness. Since my now-expunged Spanish conviction, I have not been arrested, charged, or convicted of any crime.

66. Plaintiff's relentless public attacks have severely damaged my life and career. For example, in late 2021, I began what felt like my dream job. That did not last. One day, I overheard two coworkers mention "Aaron Greenspan" and say, "that's him," and when I looked up from my desk, both were staring at me. From then on, colleagues avoided me—some left the room when I entered, others ignored me or gave curt replies—until the atmosphere became so hostile that I left a job I had once loved.

67. Plaintiff's actions also put my wife, who worked as a nurse at a major Boston hospital, in uncomfortable situations at work when patients who searched her name found it linked to Plaintiff's posts and court filings falsely calling me a "murderer" and "stalker."

68. Plaintiff also circulated information about my foreign conviction—including translated Spanish articles about my arrest and trial—to my mayor's office and, on information and belief, to my apartment's leasing office, with no purpose other than to harm me.

69. Given Plaintiff's relentless harassment, I sought TROs and contacted police in good faith, based on a reasonable fear for my family's safety and my own.

70. Any statements or complaints I have made about Plaintiff or his businesses have always been based on facts I reasonably believe to be true; I have never made any statement that was false or made with reckless disregard for the truth, or made for any improper purpose, such as to harass or extort Plaintiff.

71. I have had no direct contact with Omar Qazi, Elon Musk, any individual with the last name ▮▮▮▮▮ I have never encouraged anyone to publish or repost false or defamatory statements about the Plaintiff or his family, friends, or colleagues, nor have I participated in any concerted effort to do so. I have also never contacted the Plaintiff's family members, friends, or their workplaces. To the best of my recollection, the last time I placed a call to the Plaintiff was in March 2018, when I dialed the phone number listed on the Plainsite website.

72. I do not have or use any social media accounts.

73. I do not know Plaintiff personally and have no ties to his family, friends, or colleagues. I have never contacted Plaintiff through any personal email addresses or personal phone numbers. Any time I contacted him, I did so only through his business-related phone and email. I have no interest in Plaintiff other than his operation of *plainsite.org* and the entities that run it, and how those activities have impacted people's lives in a negative manner, including my own.

## VI. Conclusion

74. In 2023, my wife was diagnosed with cancer. While caring for her during her illness, I was also forced to devote significant time and energy to defending against Plaintiff's relentless litigation tactics and abusive filings.

75. These last two years have been the most painful years of my life. My wife passed away in July 2024. My father passed away shortly thereafter in December 2024. This past summer, I lost my dog of 15 years, who had been my constant companion.

76. While grieving these losses, I've had to also endure Plaintiff's relentless fabricated attacks and abusive filings.

77. Plaintiff's actions have caused me serious harm and forced me to spend about $140,000 to defend myself and my family against Plaintiff's lies. He has tarnished my name and reputation, and has cost me job opportunities, peace of mind, and, most of all, valuable time with my family, that I will never get back.

78. All I have ever wanted is for Plaintiff to leave me alone and stop using the courts and the internet to publish and spread false information about me—and to remove *all* my information from *plainsite.org*—so that my family and I can live in peace.

79. I believe Plaintiff is using me as a scapegoat to silence his critics, falsely labeling their opinions as the words of a "murderer" to discredit them and to also undermine my legitimate complaints to government agencies, which I have every right to make.

I declare under pains and penalties of perjury that the foregoing is true and correct.

Executed on 09/26/2025 in Marlborough, Massachusetts.

*Diego MasMarques, Jr.*
Diego MasMarques, Jr. (Sep 26, 2025 21:01:26 EDT)

Diego MasMarques, Jr.

# EXHIBIT A

------- Forwarded Message -------
From: ▓▓▓▓ <3▓▓▓▓▓▓▓▓▓▓>
Date: On Saturday, December 10th, 2022 at 4:47 PM
Subject: Aaron Jacob Greenspan and ▓▓▓▓▓▓▓▓▓▓▓▓
To: report@cisa.gov <report@cisa.gov>

To whom it may concern,

Since 2015, I and my immediate family have been the victims of cyber stalking, doxxing, harassment, threats and hacking. The perpetrators names are Aaron Jacob Greenspan and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, who live in San Francisco, California and they created, own and run various data mining, for profit websites, but their main one and most abusive career and reputation destroying website is plainsite.org.

I believe that these two individuals mentioned also own and run leagle.com and that's how all the doxxing and harassment started by them.

Apparently Aaron Jacob Greenspan uses plainsite.org as his main source of income and doesn't like working for a living.

I started to be doxxed and harassed by leagle.com in September 2015. After repeated attempts to find out who exactly the owner or owners were of leagle.com, all I could find out on ICANN WHOIS is a fake name and a fake address in Little Rock, Arkansas.

In February of 2017, I filed a complaint against leagle.com with the Arkansas Attorney General and I was told by the Investigator Ms. Lopez that they had received many complaints against leagle.com, but all they had was an email address. So, I then asked Ms. Lopez not to send out my complaint if there was no address, as the owner or owners of leagle.com might retaliate against me, which they ended up doing in a big way.

Within about three weeks after filing my complaint against leagle.com, I started to be attacked online with a lot of doxxing, where two websites disguised as 501(c)(3)'s but were both for profit, plainsite.org owned and run by Aaron Jacob Greenspan and his partner ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ and the other website was unitedstatescourts.org owned and run by Jeffrey Allen Steinport ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ who apparently have businesses in Phoenix, Arizona and Grand Rapids, Michigan but live in Grand Rapids, Michigan.

The two owners of unitedstatescourts.org were particularly vicious initially and went through the court documents and in a highly selective manner, sought out the most negative legal documents they could find and threw these all over the search engines.

Def-P2_000255

The website unitedstatescourts.org that is owned and run by Jeffrey Allen Steinport ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ had this website set up under a fraudulent 501(c)(3) called the Franklin Archive, out of Grand Rapids, Michigan, and they had opened up a Paypal account, that was linked to a Bank Account and for many years were asking the public for monetary donations, where they lied to the public, stating that all monetary donations were tax deductible. Thing is the IRS never authorized this. The IRS actually declined their 501(c)(3) and they knew that but continued asking the public for money anyway.

It took me about three months to find out who the owner was of unitedstatescourts.org, as there was no real name, or address listed on ICANN WHOIS and the phone numbers were all Zeros. Finally I figured out that it belonged to Jeffrey Allen Steinport and that he was using a UPS mailbox in Grand Rapids, Michigan.

I sent a couple of emails to Jeffrey Allen Steinport and he simply responded with the following, "1996 Decency Act 230" and that was it. I then explained to him, that I would file a Michigan Bar complaint against him, as he's a licensed Attorney in Michigan and Arizona. He told me to go ahead and do this in Michigan as the Bar Association won't do anything? I sent out the complaint to the Michigan Bar Association and they literally sent me my complaint back, without even looking at it? I was quite shocked to see how unprofessional the Michigan Bar was.

So, I sent a complaint to the Arizona Bar and they did take my complaint serious and investigated Jeffrey Allen Steinport, who stated that he is some sort of Manager or Systems Administrator for Vianet, LLC. The initial complaint didn't go too far, so I had to appeal it and requested that outside independent and impartial Counsel examine my complaint against Jeffrey Allen Steinport, who owns and runs by the way a couple of dozen for profit, data mining monetized websites that I know of, from looking them up online.

Jeffrey Allen Steinport then called the Phoenix, Arizona FBI on me in July of 2017 and the FBI Agent after talking to me for several minutes, explained to me that he didn't believe what Jeffrey Allen Steinport told him, as he had told him a whole bunch of drummed up lies about me and the FBI Agent told me that he was ordering Jeffrey Allen Steinport to shut down unitedstatescourts.org and if he tries to open it up again, to immediately call him and he will take action against Jeffrey Allen Steinport and have him close unitedstatescourts.org.

Jeffrey Allen Steinport closed down unitedstatescourts.org but then waited about three weeks and re-opened unitedstatescourts.org under a fake name Jose and a fake address in Panama and he used a different Hosting company and paid for what's called "Privacy Guard" to make attempts to hide his real identity from the public. Jeffrey Allen Steinport is an Attorney and he literally advertises to defend people against defamation, employment law and similar things, but he is one of the main culprits online, that causes people to loose their careers and reputations and companies to go out of business. Jeffrey Allen Steinport or Aaron Jacob Greenspan may be the owners of leagle.com separately or together, as today there is nothing about leagle.com on ICANN WHOIS as to who the real owner is.

At this point it was about September of 2017 and then the other pepetrators mentioned Aaron Jacob Greenspan and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ started right in with some serious cyber stalking, doxxing, harassment and lastly my msn email was hacked in to and I'm almost sure it was Aaron Jacob Greenspan, as there were pictures and information only on this msn email and a few months ago Aaron Jacob Greenspan uploaded this information on to his Twitter accounts @plainsite and @aarongreenspan.

Aaron Jacob Greeenspan and ███████████████████ who apparently now works at ██████ in California and has high security access to the public's personal and medical information, are relentless with their cyber stalking, doxxing and harassment that he is also doing to thousands of people and companies, who have lost their careers and reputations, because of plainsite.org. Also these individuals own and run some websites, like reputation management websites, where they want anywher from $2,500 to $4,500 to not even remove, but only suppress each URL from plainsite.org. I had someone call me in January of 2018 and this guy asked me to pay $34,000 and that he would get Aaron Jacob Greenspan to remove the 8 URL's from his plainsite.org.

Aaron Jacob Greenspan apparently hacked in to a guys computer in VIrginia and threatened this guy, while he was living with his parents ███████████████████████████ ██████████ in Shaker Heights, Ohio and he was around 15 or 16 years old. The FBI caught him and talked to him, but it appears there were no criminal charges? He got in to Harvard, started up a website called House System, where he was gathering all the other students i.d.'s and passwords and the students at Harvard complained against Aaron Jacob Greenspan and the President Larry Summers ordered Aaron Jacob Greenspan to close House System down, or he would be thrown out of Harvard, as he was data mining all the other students personal information.

For a short period Aaron Jacob Greenspan got to know Mark Zuckerberg owner of Facebook. But when Facebook took off and made a lot of money, Aaron Jacob Greenspan went around telling everyone that he was the real inventor of Facebook and he filed some Patents and asked Mark Zuckerberg for money. Mark Zuckerberg gave Aaron Jacob Greenspan $250,000 and he stuck this money unlawfully in his 501(c)(3) Think Computer Foundation founded in 2000 to avoid paying taxes. He also has Think Computer Corporation founded in 1998 both by his father ████████████████ who is the VP and Treasurer and Board Memeber, mother ████████████████ is also a Board Member and had various for profit websites under this fake 501(c)(3), like HighFive.com and some other ones. I filed an IRS 13909 complaint for these frauds against these individuals and finally around May of 2021, the father ████████████████ shut down their fraudulent Think Computer Foundation 501(c)(3).

What I am asking your Agency for is for the mentioned individuals, especially at this point Aaron Jacob Greenspan and ███████████████████████ to delete all of my personal information from their plainsite.org, Twitter accounts @plainsite and @aarongreenspan, from many GoogleGroups that they created to harass and dox me and they have also created many harassing websites, mostly using WordPress and have thrown my name all around, calling me Gay, a Murderer and many more insulting lies and they refuse to cease and desist and refuse to delete any and all of my personal information from all the Search Engines, as I had nothing on the Search Engines, before these Cyber Stalking Trolls came in to my life and they have wrecked my career and reputation.

Also, Jeffrey Allen Steinport who was told by the FBI Agent in Phoenix, Arizona to delete all of my personal information and legal documents that he uploaded in a highly selective fashion for harassment and doxxing purposes, actually turned around and uploaded some of these things on Google Groups and other independent third party websites, such as RipoffReport.com. So, these 4 individuals that I have mentioned make a good living off these for profit data mining monetized websites and obviously want to continue doing this to the public and don't want anyone interfering in their way of making money, which is highly unethical, immoral and I would say illegal.

If you could please have all of my personal information deleted on the Search Engines,

Def-P2_000257

> which is over 90% posted by Aaron Jacob Greenspan and ████████████████████████ using plainsite.org and they also have many other monetized websites.
>
> Thanks, for your time in this matter.
>
> If you need any other information, feel free to contact me.
>
> Under the following names you can find a lot of the negative URL's posted by the individuals mentioned: Diego Mas Marques and Diego MasMarques.
>
> Thanks again
>
> Diego Mas Marques
> ████████████
>
>
> Sent with [Proton Mail](#) secure email.