UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON GREENSPAN,

Plaintiff,

v.

DIEGO MASMARQUES JR., et. al.

Defendants.

Case No.: 1:23-cv-10134-DJC

## DECLARATION OF ASHLEY A. ANDRADE

I, Ashley A. Andrade declare:

1. I am an attorney in good standing and duly licensed to practice in all of the courts of the Commonwealth of Massachusetts and am the attorney of record for Defendant Diego MasMarques, Jr. ("Defendant") herein.

2. On August 19, 2025, I deposed plaintiff Aaron Greenspan ("Plaintiff") in this action. A transcript of Plaintiff's deposition (the "Greenspan Deposition") has been prepared and provided to my office by the court reporter who transcribed the deposition. Attached hereto as **Exhibit 1** are true and correct copies of excerpts from the Greenspan Deposition transcript.

3. A true and correct copy of the PlainSite docket page for *MasMarques v. Greenspan,* Marlborough District Court, Case No. 1921AC000120, which was marked as *Exhibit 2* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 2**.

1

4. A true and correct copy of the PlainSite docket page for *MasMarques v. Greenspan,* Middlesex County Superior Court, Case No. 1981CV02204, which was marked as *Exhibit 3* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 3**.

5. A true and correct copy of the PlainSite docket page for *Greenspan v. MasMarques*, Superior Court of California, County of Santa Clara, Case No. 18CH008067, which was marked as *Exhibit 4* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 4**.

6. A true and correct copy of Twitter posts made by @plainsite and @aarongreenspan in October 2018, which was marked as *Exhibit 20* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 5**.

7. A true and correct copy of Plaintiff's Declaration dated December 6, 2018 in the Santa Clara Superior Court, attaching Marlborough District Court Criminal Complaint, which was marked as *Exhibit 5* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 6**.

8. A true and correct copy of Plaintiff's Declaration dated May 13, 2019 in the Santa Clara Superior Court, which was marked as *Exhibit 6* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 7**.

9. A true and correct copy of Plaintiff's Memorandum in Support of Motion for Sanctions and Reasonable Expenses Including Attorney's Fees in the Santa Clara Superior Court dated September 10, 2019, which was marked as *Exhibit 19* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 8**.

10. A true and correct copy of Santa Clara Superior Court Court Order dated January 28, 2020, which was marked as *Exhibit 18* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 9**.

11. A true and correct copy of the Marlborough District Court Dismissal Notice dated November 24, 2020, which was marked as *Exhibit 7* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 10**.

12. A true and correct copy of the Marlborough District Court Expungement Order dated February 9, 2021, which was marked as *Exhibit 8* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 11**.

13. A true and correct copy of the email exchange between Defendant and Plaintiff dated October 1, 2021, which was marked as *Exhibit 24* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 12**.

14. A true and correct copy of a Ripoff Report post submitted on December 17, 2015, which was marked as *Exhibit 23* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 13**.

15. A true and correct copy of the IRS website showing revocation status of Think Computer Foundation is attached hereto as **Exhibit 14**.

16. A true and correct copy of Twitter posts by @aarongreenspan on or about September 24, 2021, which was marked as *Exhibit 21* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 15**.

17. A true and correct copy of Twitter posts by @aarongreenspan on or about April 23, 2022, which was marked as *Exhibit 22* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 16**.

18. Attached hereto as **Exhibit 17** is a true and correct copy of selected pages (pp. 1, 10–11, 14, 17) of the complaint filed in *Greenspan v. Musk*, No. CGC-24-615352, filed in the San Francisco County Superior Court.

19. A true and correct copy of Plaintiff's Response to Defendant's Amended Notice of Deposition is attached hereto as **Exhibit 18**.

20. A true and correct copy of the Think Computer Corporation common equity valuation as of December 31, 2011, which was marked as *Exhibit 16* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 19**.

21. A true and correct copy of the *New York Times* article, "A.I. Researchers Are Negotiating $250 Million Pay Packages. Just Like N.B.A. Stars" which was marked as *Exhibit 15* at the Greenspan Deposition (and identified and authenticated by the Plaintiff), is attached hereto as **Exhibit 20**.

22. A true and correct copy of the *New York Times* article, "What If You Spent Every Waking Moment Taking on Elon Musk," dated October 31, 2025, is attached hereto as **Exhibit 21**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of November, 2025

/s/ Ashley A. Andrade
Ashley A. Andrade