| PlainSite | Search | | E-Mail | Password |
|---|---|---|---|---|
| | | | | Need Password Help? |

# MasMarques v. Greenspan

## State Civil Lawsuit    Marlborough District Court, Case No. 1921AC000120

Failed Lawsuits Against PlainSite    First Amendment

🔄 Update

## Summary

**Dismissed**

| With Prejudice |
|---|

No one has written a summary of this case yet. Sign up or sign in to contribute one.

## Parties



**MasMarques, Diego**, Petitioner
Officially listed as "Diego MasMarques"

▼ **Represented by MasMarques, Diego**

| Name | Phone | Fax | E-Mail |
|---|---|---|---|
| Diego MasMarques | +1 617 416 8670 | | |

### V.



**Greenspan, Aaron**, Respondent
Officially listed as "Aaron Greenspan"

📱 CEO, Think Computer Corporation
⌐ President, Think Computer Foundation



## Attributes

## Timeline



Entries (5)   Calendar Events   Related (0)   Tools

**Save 25% on a pre-paid one year subscription.**

5   **Filed:** 5/15/2019, **Entered:** 5/15/2019
No probable cause found. Case dismissed.

4   **Filed:** 5/9/2019, **Entered:** 5/9/2019
Probable cause hearing.
 Request

3   **Filed:** 5/3/2019, **Entered:** 5/3/2019
Declaration of Aaron Greenspan

2   **Filed:** 4/24/2019, **Entered:** 4/24/2019
Motion to Dismiss Application for Criminal Complaint

1   **Filed:** 4/8/2019, **Entered:** 4/8/2019
Application for criminal charges filed by Diego MasMarques.

**Statistics**

This case has been viewed **1,204** times.

Issues     Laws     Cases     Pro     Articles     Firms     Entities

Non-Government Works Copyright © 2001-2025 Think Computer Corporation. All Rights Reserved.

About     Privacy     Security     Contact Us

This website does not use generative AI for text responses.