Case 1:23-cv-10134-DJC   Document 258-3   Filed 11/06/25   Page 1 of 3

7/18/25, 9:52 PM                Mas Marques, Diego v. Greenspan, Aaron Jacob :: Middlesex County Superior Court :: State Civil Lawsuit No. 1981CV02204

| PlainSite | Search | | E-Mail | Password |
|---|---|---|---|---|
| | | | | Need Password Help? |

# Mas Marques, Diego v. Greenspan, Aaron Jacob

**State Civil Lawsuit**   Middlesex County Superior Court, Case No. 1981CV02204

Failed Lawsuits Against PlainSite   First Amendment   Gripe Sites   Public Domain

↻ Update

## Summary

**Dismissed**

[ With Prejudice ]

No one has written a summary of this case yet. Sign up or sign in to contribute one.

## Parties



**MasMarques, Diego**, Plaintiff
Officially listed as "Diego MasMarques"

### v.



**Greenspan, Aaron**, Defendant
Officially listed as "Aaron Jacob Greenspan"

 CEO, Think Computer Corporation

○—— President, Think Computer Foundation



## Attributes

## Timeline

Entries (12)   Calendar Events   Related (0)   Tools

**Save 25% on a pre-paid one year subscription.**

Case 1:23-cv-10134-DJC   Document 258-3   Filed 11/06/25   Page 2 of 3

7/18/25, 9:52 PM                Mas Marques, Diego v. Greenspan, Aaron Jacob :: Middlesex County Superior Court :: State Civil Lawsuit No. 1981CV02204

**12 Filed:** 9/19/2019, **Entered:** 9/19/2019

Clerk's Notice: You are hereby notified that on 09/19/2019 the following entry was made on the above referenced docket: ORDER: of Dismissal: After h provided each party until September 17, 2019 at 4 pm to make any further filings in this case. None have been made. As all other disputes have been r is hereby DISMISSED. Judge: Ricciuti, Hon. Michael D

**11 Filed:** 9/19/2019, **Entered:** 9/19/2019

Judgment

**10 Filed:** 9/19/2019, **Entered:** 9/19/2019

Order of Dismissal

**9 Filed:** 9/11/2019, **Entered:** 9/11/2019

Clerk's Notice: You are hereby notified that on 09/11/2019 the following entry was made on the above referenced docket: Endorsement on Motion to ar (#7.0): DENIED without prejudice after hearing. On this record, plaintiff has not demonstrated harassment as defined in G.L.c 258E, sec. 1 and O'Brien Mass 415(2012). Nor for that matter, has defendant adequately supported his request for an order limiting plaintiff's access to this court. Judge: Ricciut

**8 Filed:** 9/5/2019, **Entered:** 9/5/2019

Motion to Amend Initial Complaint

**7 Filed:** 9/5/2019, **Entered:** 9/5/2019

Hearing
Request

**6 Filed:** 9/4/2019, **Entered:** 9/4/2019

Motion And Memorandum In Support Of Motion To Strike Complaint For Protection From Harassment And To Strike Any Subsequent Order(s) On Acco The Court

**5 Filed:** 8/27/2019, **Entered:** 8/27/2019

Clerk's Notice

**4 Filed:** 8/27/2019, **Entered:** 8/27/2019

Hearing
Request

**3 Filed:** 8/6/2019, **Entered:** 8/6/2019

Hearing
Request

**2 Filed:** 7/29/2019, **Entered:** 7/29/2019

Hearing
Request

**1 Filed:** 7/29/2019, **Entered:** 7/29/2019

Complaint

## Statistics

This case has been viewed **1,114** times.

Case 1:23-cv-10134-DJC    Document 258-3    Filed 11/06/25    Page 3 of 3

7/18/25, 9:52 PM                Mas Marques, Diego v. Greenspan, Aaron Jacob :: Middlesex County Superior Court :: State Civil Lawsuit No. 1981CV02204

About   Privacy   Security   Contact Us



This website does not use generative AI for text responses.