7/18/25, 9:48 PM

Case 1:23-cv-10134-DJC :: Superior Court of California, County of Santa Clara Case No. 18CH008067
Case 1:23-cv-10134-DJC  Document 258-4  Filed 11/06/25  Page 1 of 10



**PlainSite**   Search                                           E-Mail                    Password

Need Password Help?

Superior          Appellate          Supreme

State ◉

Superior Court of California,   California Court of Appeals   CA Supreme
County of Santa Clara                                          Court

# Greenspan v. MasMarques
State Civil Lawsuit   Superior Court of California, County of Santa Clara, Case No. 18CH008067

Last Updated January 9, 2022 at 1:53 AM EST (3.5 years ago)                                    ⟳ Update

## Summary

**Other**

No one has written a summary of this case yet. Sign up or sign in to contribute one.

## Parties



**Greenspan, Aaron**, Plaintiff

Officially listed as "Greenspan, Aaron Jacob"

 CEO, Think Computer Corporation

President, Think Computer Foundation

### v.



**MasMarques, Diego**, Defendant



▼ **Represented by MasMarques, Diego**

| Name | Phone | Fax | E-Mail |
|------|-------|-----|--------|

Greenspan v MasMarques :: Superior Court of California, County of Santa Clara :: State CH Harassment :: 18CH008067
Diego MasMarques
+1 617 416 8670

# Attributes

**Case Type**                                            Civil Harassment
**Case Status**                                      Open
**Case Location**                                  Civil

# Timeline

Entries (181)   Calendar Events   Related (0)   Tool

**Save 25% on a pre-paid one year subscription.**

161  **Filed:** 11/4/2021, **Entered:** None
     H047904
     Request

160  **Filed:** 10/27/2021, **Entered:** None
     Request

159  **Filed:** 9/28/2021, **Entered:** None

158  **Filed:** 9/28/2021, **Entered:** None

157  **Filed:** 9/28/2021, **Entered:** None

156  **Filed:** 9/7/2021, **Entered:** None
     Proof of Service: Mail

155  **Filed:** 9/3/2021, **Entered:** None
     Opposition

154  **Filed:** 9/3/2021, **Entered:** None
     Notice Of Intent To Appear By Telephone

153  **Filed:** 8/27/2021, **Entered:** None

152  **Filed:** 8/25/2021, **Entered:** None
     re: mtns

151  **Filed:** 8/20/2021, **Entered:** None
     to Redact Personal Identifying Information from Case - Hrg: 09/27/21 @ 845am D22

150  **Filed:** 8/20/2021, **Entered:** None
     of Intent to Appear by Telephone

149  **Filed:** 8/18/2021, **Entered:** None              Appeal: Notice of Appeal
     H047904; RT Deposit

148  **Filed:** 8/17/2021, **Entered:** None              Appeal: App
     H047904 EOC Fees

147  **Filed:** 8/17/2021, **Entered:** None              Proof C
     Proposed order re removal of online harassing content

146  **Filed:** 8/17/2021, **Entered:** None

145 **Filed:** 8/17/2021, **Entered:** None

144 **Filed:** 8/16/2021, **Entered:** None
re: removal of harassing content

143 **Filed:** 8/11/2021, **Entered:** None
re Mtn to Set Aside Dismissal

142 **Filed:** 8/11/2021, **Entered:** None                                                              Proof O
Ntc of Mtn for Order to Expunge/Seal case; Ntc of Mtn for order to Expunge/Delete Court & Police Docs

141 **Filed:** 8/4/2021, **Entered:** None                                                               Appeal: Notic
H047904

140 **Filed:** 8/3/2021, **Entered:** None                                                               Appeal: App
H047904 RT Deposit

139 **Filed:** 7/28/2021, **Entered:** None
to Expunge/Seal Case 18CH008067 - Hrg 08/17/21 @ 2pm D4

138 **Filed:** 7/14/2021, **Entered:** None
re: appellants granted mtn to set aside dismissal

137 **Filed:** 6/17/2021, **Entered:** None
for an Order to Expunge/Delete the 12/06/18 Court/Police Docs - 08/17/21 @ 2pm D4

136 **Filed:** 6/17/2021, **Entered:** None
Amended Notice of Intent to Appear by Telephone

135 **Filed:** 6/16/2021, **Entered:** None
and Motion for Order to Expunge/Delete the 12/06/18 Court/Police Docs - Hrg 08/17/21 @ 2pm D4

134 **Filed:** 6/16/2021, **Entered:** None
of Intent to Appear by Telephone

133 **Filed:** 6/8/2021, **Entered:** None                                                                Appeal: Notice of Appell;
mailed, H047904 No RT Deposit

132 **Filed:** 11/30/2020, **Entered:** None

131 **Filed:** 10/22/2020, **Entered:** None                                                             Order: S
re: Mtn to reconsider 7-28-20 order denying attys fees is Denied by Judge Overton

130 **Filed:** 9/29/2020, **Entered:** None

129 **Filed:** 9/14/2020, **Entered:** None                                                              Appeal: App
128 **Filed:** 9/14/2020, **Entered:** None                                                              Appeal: Clerk's Cer
H047904 - Appellant

127 **Filed:** 7/29/2020, **Entered:** None

126 **Filed:** 6/2/2020, **Entered:** None

125 **Filed:** 6/2/2020, **Entered:** None

Proof of Service: Mail

📄 124  **Filed:** 6/1/2020, **Entered:** None
Proof of Service: Mail

📄 123  **Filed:** 5/22/2020, **Entered:** None
Plaintiff 1 envelope combined w/Def's exh's

📄 122  **Filed:** 5/22/2020, **Entered:** None
Defendant 1 envelope combined w/Plntf's exh's

📄 121  **Filed:** 4/7/2020, **Entered:** None

📄 120  **Filed:** 4/1/2020, **Entered:** None
Notice of Intent to Appear by Telephone

📄 119  **Filed:** 4/1/2020, **Entered:** None
Proof of Service

📄 118  **Filed:** 3/9/2020, **Entered:** None
re: addendum to appeals designation

📄 117  **Filed:** 3/4/2020, **Entered:** None                                                        Appeal deposi

📄 116  **Filed:** 2/25/2020, **Entered:** None                                                       Appeal: Cl

📄 115  **Filed:** 2/25/2020, **Entered:** None                                                       Appeal: App

📄 114  **Filed:** 2/24/2020, **Entered:** None                                                       Des

📄 113  **Filed:** 2/24/2020, **Entered:** None
Proof of Service

📄 112  **Filed:** 2/19/2020, **Entered:** None                                                       D
8.122

📄 111  **Filed:** 2/10/2020, **Entered:** None                                                       Noti
Motion for Reconsideration

📄 110  **Filed:** 2/10/2020, **Entered:** None                                                       Memorandur
in Support of Motion for Reconsideration of Order re Atty's Fees

📄 109  **Filed:** 2/10/2020, **Entered:** None
Proof of Service

📄 108  **Filed:** 2/7/2020, **Entered:** None                                                        Order: D

📄 107  **Filed:** 2/4/2020, **Entered:** None
Re: notice of appeal

📄 106  **Filed:** 2/4/2020, **Entered:** None                                                        Notice of Ap

📄 105  **Filed:** 1/28/2020, **Entered:** None                                                       Or
re: mtn to reconsider and mtn for atty fees Denied

**104** **Filed:** 10/30/2019, **Entered:** None

**103** **Filed:** 10/30/2019, **Entered:** None

**102** **Filed:** 10/21/2019, **Entered:** None

Proof of Service: Mail

**101** **Filed:** 10/18/2019, **Entered:** None                                                                  **Proof**

Ntc of Mtn, Memo of P&A, Opposition

**100** **Filed:** 10/18/2019, **Entered:** None                                                                  **Proof**

AMENDED

**99** **Filed:** 10/7/2019, **Entered:** None

**98** **Filed:** 10/7/2019, **Entered:** None

**97** **Filed:** 10/7/2019, **Entered:** None

Proof of Service

**96** **Filed:** 10/1/2019, **Entered:** None

Hrg 10/07/19 - in Opposition to Mtn for Sanctions, Reasonable Expenses; Atty Fees

    Attachment 1
    Attachment 2
    Attachment 3
    Attachment 4
    Attachment 5
    Attachment 6
    Attachment 7
    Attachment 8

**95** **Filed:** 9/11/2019, **Entered:** None

of Intent to Appear by Telephone

**94** **Filed:** 9/10/2019, **Entered:** None

Notice of Motion

**93** **Filed:** 9/10/2019, **Entered:** None                                                                **Memorandum**

Motion: Sanctions and Attorney's Fees

**92** **Filed:** 9/9/2019, **Entered:** None                                                                  **Noti**

mtn for reonsideration of 8-30-19 order 10-7-19 D-11 @1:30

**91** **Filed:** 8/30/2019, **Entered:** None                                                                **Order: Restraining**

Granted Exp 8/30/21; Cross Request Denied

**90** **Filed:** 8/28/2019, **Entered:** None

Notice of Supplemental Authority

**89** **Filed:** 8/22/2019, **Entered:** None                                                                 **Order: Restraining**

Cross Request - Granted Exp. 8-30-19

**88** **Filed:** 8/22/2019, **Entered:** None                                                                 **Order: Restraining**

Granted Exp. 8-30-19

**87** **Filed:** 8/7/2019, **Entered:** None                                                                 **Order: Restraining**

2nd amended Granted - Exp. 8-23-19

7/18/25, 9:48 PM    Greenspan v. Mas Marques :: Superior Court of California, County of Santa Clara :: State Civil Lawsuit No… 1:1CH008067

Case 1:23-cv-10134-DJC   Document 258-4   Filed 11/06/25   Page 6 of 10

📄 86   **Filed:** 8/7/2019, **Entered:** None                                            Order: Restrainin
on Cross Request 2nd amended Granted - Exp. 8-23-19

📄 85   **Filed:** 7/22/2019, **Entered:** None                                     Order: Restrainin
Amended Granted Exp. 8-5-19

📄 84   **Filed:** 7/22/2019, **Entered:** None                                     Order: Restrainin
Cross Request Amended Granted Exp. 8-5-19

📄 83   **Filed:** 7/1/2019, **Entered:** None                                       Order: Restrainin
Amended Granted - Exp. 7-22-19

📄 82   **Filed:** 7/1/2019, **Entered:** None                                       Order: Restrainin
Cross-Request Amended Granted - Exp. 7-22-19

📄 81   **Filed:** 6/27/2019, **Entered:** None

📄 80   **Filed:** 5/13/2019, **Entered:** None
Request

📄 79   **Filed:** 5/13/2019, **Entered:** None
Proposed Order

📄 78   **Filed:** 5/13/2019, **Entered:** None
Editable Microsoft Word Proposed Order

📄 77   **Filed:** 5/13/2019, **Entered:** None
Declaration

📄 76   **Filed:** 5/6/2019, **Entered:** None

📄 75   **Filed:** 5/6/2019, **Entered:** None

📄 74   **Filed:** 5/6/2019, **Entered:** None

📄 73   **Filed:** 5/6/2019, **Entered:** None

📄 72   **Filed:** 5/6/2019, **Entered:** None

📄 71   **Filed:** 5/6/2019, **Entered:** None

📄 70   **Filed:** 5/2/2019, **Entered:** None                                       Order: Restrainin
Cross-Request

📄 69   **Filed:** 5/2/2019, **Entered:** None                                       Order: Restrainin

📄 68   **Filed:** 4/12/2019, **Entered:** None
for an Injunction ...

📄 67   **Filed:** 4/12/2019, **Entered:** None
for an Injunction ...

📄 66   **Filed:** 4/8/2019, **Entered:** None
of Diego Mas Marques

7/18/25, 9:48 PM    Greenspan v. Mas Marques :: Superior Court of California, County of Santa Clara Ca Plaintiff :: 1CH008067

Case 1:23-cv-10134-DJC    Document 256-4    Filed 11/06/25    Page 7 of 10

📄 65 **Filed:** 4/8/2019, **Entered:** None
of Diego Mas Marques

📄 64 **Filed:** 4/8/2019, **Entered:** None        (
Opposition

📄 63 **Filed:** 4/2/2019, **Entered:** None        (
Opposition

📄 62 **Filed:** 4/2/2019, **Entered:** None
Declaration

**Save 25% on a pre-paid one year subscription.**

📄 61 **Filed:** 3/28/2019, **Entered:** None        Noti
to Deem Aaron Greenspan Vexatious by Def Diego Mas Marques (Pro Per)

📄 60 **Filed:** 3/28/2019, **Entered:** None
to Deem Aaron Greenspan Vexatious by Def Diego Mas Marques (Pro Per)

📄 59 **Filed:** 3/27/2019, **Entered:** None

📄 58 **Filed:** 3/6/2019, **Entered:** None
Notice of Motion

📄 57 **Filed:** 3/6/2019, **Entered:** None        Noti
Motion (No Fee)

📄 56 **Filed:** 2/28/2019, **Entered:** None

📄 55 **Filed:** 2/28/2019, **Entered:** None

📄 54 **Filed:** 2/28/2019, **Entered:** None        **Order: Restrainin**
cont: 05/02/19 @ 130pm

📄 53 **Filed:** 2/28/2019, **Entered:** None        **Order: Restrainin**
Cross-Request - Cont. to 05/02/19 @ 130pm

📄 52 **Filed:** 2/20/2019, **Entered:** None

📄 51 **Filed:** 2/20/2019, **Entered:** None
to Seal - 03/19/19 @ 9am

📄 50 **Filed:** 2/20/2019, **Entered:** None
Request to Terminate filed prematurely.

📄 49 **Filed:** 1/15/2019, **Entered:** None

📄 48 **Filed:** 1/15/2019, **Entered:** None

📄 47 **Filed:** 12/14/2018, **Entered:** None

📄 46 **Filed:** 12/14/2018, **Entered:** None

📄 45   **Filed:** 12/12/2018, **Entered:** None                 Order: Restrainin
Amended

📄 44   **Filed:** 12/12/2018, **Entered:** None                 Order: Restrainin
Cross-Request

📄 43   **Filed:** 12/6/2018, **Entered:** None

📄 42   **Filed:** 12/4/2018, **Entered:** None
of letter

📄 41   **Filed:** 11/15/2018, **Entered:** None                 Proof
substitute service on wife's of Masmarques

📄 40   **Filed:** 10/10/2018, **Entered:** None

📄 39   **Filed:** 10/10/2018, **Entered:** None

📄 38   **Filed:** 10/9/2018, **Entered:** None                 Order: Restrainin
Cross-Request

📄 37   **Filed:** 10/5/2018, **Entered:** None
of letter

📄 36   **Filed:** 8/27/2018, **Entered:** None                 Request to Cont

📄 35   **Filed:** 8/27/2018, **Entered:** None             Notice: New Hearing Date &
Cross Request - Granted - Contued from 9-4 to 10-9

📄 34   **Filed:** 8/27/2018, **Entered:** None                 Noti
on request to continue hearing to terminate ROAH set for 10-9-18

📄 33   **Filed:** 8/15/2018, **Entered:** None
notice of letter

📄 32   **Filed:** 8/14/2018, **Entered:** None

📄 31   **Filed:** 8/14/2018, **Entered:** None

📄 30   **Filed:** 8/10/2018, **Entered:** None                 Dec
re: req to continue hrg on req to terminate ROAH

📄 29   **Filed:** 8/10/2018, **Entered:** None                 Dec

📄 28   **Filed:** 8/10/2018, **Entered:** None                 Dec

📄 27   **Filed:** 8/3/2018, **Entered:** None                 Request to Cont
Cross-Request

📄 26   **Filed:** 8/3/2018, **Entered:** None                 Noti
Reissuance of Motion to terminate ROAH issued on 6/19/18

📄 25   **Filed:** 8/3/2018, **Entered:** None             Notice: New Hearing Date &

📄 24   **Filed:** 7/25/2018, **Entered:** None

of Reasonable Diligence

23   **Filed:** 7/25/2018, **Entered:** None

of Reasonable Diligence

22   **Filed:** 7/18/2018, **Entered:** None            Request to Cont

on both motions Cross-Request

21   **Filed:** 7/18/2018, **Entered:** None            Noti

Reissued notice of hearing to terminate ROAH issued on 6/19/18

20   **Filed:** 7/18/2018, **Entered:** None       Notice: New Hearing Date &

Cross-Request

19   **Filed:** 7/18/2018, **Entered:** None

Notice of Motion

18   **Filed:** 7/18/2018, **Entered:** None

HRG 8/14/2018 Motion to Strike

17   **Filed:** 7/3/2018, **Entered:** None

to terminate ROAH

16   **Filed:** 7/3/2018, **Entered:** None            Noti

on request to terminate

15   **Filed:** 7/3/2018, **Entered:** None            C

14   **Filed:** 7/3/2018, **Entered:** None            E

13   **Filed:** 7/3/2018, **Entered:** None            Requ

Cross-Request

12   **Filed:** 7/3/2018, **Entered:** None            Notice: Hearing

11   **Filed:** 7/3/2018, **Entered:** None            Order Tempor

Cross-Request GRANTED

10   **Filed:** 6/19/2018, **Entered:** None            Proof

clets, CH116

9   **Filed:** 6/19/2018, **Entered:** None            Order: Restrainin

5 years exp.6/19/23

8   **Filed:** 6/19/2018, **Entered:** None

7   **Filed:** 4/26/2018, **Entered:** None

6   **Filed:** 4/24/2018, **Entered:** None       Notice: New Hearing Date &

5   **Filed:** 4/4/2018, **Entered:** None            Requ

4   **Filed:** 4/4/2018, **Entered:** None            C

3   **Filed:** 4/4/2018, **Entered:** None            E

7/18/25, 9:48 PM

Case 1:23-cv-10134-DJC    Superior Court of California, County of Santa Clara :: Greenspan v. Masmarques :: State Case No. 118CV008067    Document 258-4    Filed 11/06/25    Page 10 of 10

re: CV 5014

2 **Filed:** 4/4/2018, **Entered:** None                                                Notice: Hearing

1 **Filed:** 4/4/2018, **Entered:** None                                                Order Tempor
  GRANTED

## Statistics

This case has been viewed **7,975** times.

Issues          Laws          Cases          Pro          Articles          Firms          Entities

Non-Government Works Copyright © 2001-2025 Think Computer Corporation. All Rights Reserved.

About          Privacy          Security          Contact Us



This website does not use generative AI for text responses.