EXHIBIT
tabbies
20 Greenspan
8/19/25 ws



**From:** **Twitter** notify@twitter.com
**Subject:** Your Twitter account has been suspended
**Date:** October 17, 2018 at 6:46 PM
**To:** PlainSite help@plainsite.org

Hello PlainSite,

Your account, PlainSite has been suspended for violating the Twitter Rules.

Specifically, for:

**Violating our rules against posting private information.**
You may not publish or post other people's private information without their express authorization and permission.

**PlainSite**
@PlainSite

We don't think journalists should be subject to restraining orders in an effort to shut them up. (We also think Santa Clara County litigants are entitled to electronic access to documents all non-sealed court cases—especially their own!) https://[...]

Note that if you attempt to evade a permanent suspension by creating new accounts, we will suspend your new accounts. If you wish to appeal this suspension, please contact our support team.

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103

Home Moments Search Twitter Have an account? Log in

Aaron Greenspan
@AaronGreenspan
Follow

Twitter just suspended the @PlainSite account AGAIN, now for posting a court document concerning Diego MasMarques, against whom I have a permanent restraining order. It contained his address because that's what the form calls for. @vijaya, this is really, really unacceptable.

7:03 PM - 17 Oct 2018

1 Retweet 1 Like

1 1 1

Aaron Greenspan @AaronGreenspan · 17 Oct 2018
Docket: plainsite.org/dockets/downlo… Document: plainsite.org/dockets/downlo…

1

Aaron Greenspan @AaronGreenspan · 17 Oct 2018
In retaliation, MasMarques filed for and was automatically granted a counter-TRO based on false information. See plainsite.org/dockets/downlo… He's created at least 2 fake Twitter accounts, 3 fake Reddit accounts, 3 fake Facebook accounts, and ~12 fake Quora accounts.

1

Aaron Greenspan @AaronGreenspan · 17 Oct 2018
One of his fake accounts, @badbadwebsites, has a copyrighted photograph of me that he is using without permission. This copyright is registered with the United States Copyright Office. I reported this to Twitter. Twitter did nothing.

1

Aaron Greenspan @AaronGreenspan · 17 Oct 2018
Instead, Twitter is carrying out the exact kind of harassment that the Santa Clara Superior Court has ordered MasMarques to stop, and which he refuses to.

1

Aaron Greenspan @AaronGreenspan · 17 Oct 2018
Could this be any more Orwellian? I mean, at least he hasn't killed me yet. He is a convicted murderer, after all. And not like any journalists have been killed recently.

Hello PlainSite,

Your account, PlainSite has been suspended for violating the Twitter Rules.

Specifically, for:

**Violating our rules against** posting private information.
You may not publish or post other people's private information without their express authorization and permission.

PlainSite
@PlainSite

We don't think journalists should be subject to restraining orders in an effort to shut them up. (We also think Santa Clara County litigants are entitled to electronic access to documents in non-sealed court cases—especially their own!) https://[…]

Note that if you attempt to evade a permanent suspension by creating new accounts, we will suspend your new accounts. If you wish to appeal this suspension, please contact our support team.

© 2019 Twitter About Help Center Terms Privacy policy Cookies Ads info

Aaron Greenspan
@AaronGreenspan

Follow

At the moment, this is the kind of person @jack, @vijaya and @Damokieran think is a reliable arbiter of First Amendment rights: someone who serially harasses, rapes, and murders women. It's a strange position to take in the midst of the #MeToo movement. plainsite.org/dockets/3481sh ...

12:23 PM - 18 Oct 2018

1 Like

Aaron Greenspan @AaronGreenspan · 18 Oct 2018

Here's page 2 of the July 22, 2000 article, translated from Ultima Hora in Spain. He harasses you, then breaks into your house, and then kills you. He sends the emails from mafioso names. In August, he sent a PI to where I had just lived. Get it?

Eddie Cedandadie · 18 Oct 2018

Replying to @AaronGreenspan @jack and 2 others

Wow. What a scumbag.

Aaron Greenspan @AaronGreenspan · 18 Oct 2018

Here is how @vijaya and @Damokieran's team responded when I reported one of his many harassing fake accounts. "Context matters." How about the context of eight years in federal prison for burglary and murder?

Thank you for your recent report. We have reviewed your report carefully and found that there was no violation of the Twitter Rules against abusive behavior

There are a number of factors we take into consideration when deciding whether to take action on content:

Context matters

Thanks,

Twitter

Aaron Greenspan @AaronGreenspan · 18 Oct 2018

Or this context?

PROBATION OFFICE

New York, NY

© 2018 Twitter About Help Center Terms Privacy policy Cookies Ads info

PlainSite
@PlainSite

Follow

Irony alert. This never should have happened, and we're not sorry.

**Remove Tweet.**

We don't think journalists should be subject to restraining orders in an effort to shut them up. (We also think Santa Clara County litigants are entitled to electronic access to documents all non-sealed court cases – especially their own!)

PlainSite @PlainSite · 18 Oct 2018

**Your account has been locked.**