# EXHIBIT 6

<u>Plaintiff's Declaration in Santa Clara County Superior Court, attaching Criminal Action (December 6, 2018)</u>

*Andrade Declaration, Ex. 6 (Pl. Dep., Ex. 5)*

**(Filed Under Seal)**