Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA 94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 5/13/2019 10:39 AM
Reviewed By: M. Olaivar
Case #18CH008067
Envelope: 2873729

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA

AARON GREENSPAN,

    Petitioner,

    v.

DIEGO MASMARQUES, JR. a/k/a DIEGO
MAS HOWARD a/k/a RICKY,

    Respondent.

Case No.: 18CH008067

Date of First Filing: April 4, 2018



## DECLARATION OF AARON GREENSPAN

I, Aaron Greenspan, declare as follows:

1. It is my belief that the case before you is factually complex but legally very straightforward. PlainSite, a website run by my company Think Computer Corporation and my non-profit Think Computer Foundation, publishes court records on the internet so that the public can have a better understanding of how the justice system works and see what it is actually doing. Mr. MasMarques is upset that among millions of others, his public court records have been published, not only on PlainSite, but on other sites including but not limited to leagle.com and unitedstatescourts.org. This material, produced by the United States government, is not confidential. Nonetheless, Mr. MasMarques has embarked on a multi-year campaign of

1  harassment to remove any trace of his disturbing criminal record from the internet, and in the
2  process has turned both myself and numerous others into his latest victims.

3      2.   Mr. MasMarques first contacted PlainSite on January 20, 2016 by e-mail, using the
4  name "Vincent Bellomo." This name appears to be an amalgam of two mafia family leaders'
5  names: Vincent Louis Gigante and Liborio Salvatore Bellomo. Both men were involved with
6  numerous killings. Mr. MasMarques chose the name to instill fear that if I did not remove the
7  cases he requested about himself, that I might upset the mafia and suffer the consequences, such as
8  death. After that initial request, Mr. MasMarques sent about sixty more requests from 2017 to
9  early 2018 both by e-mail and through the PlainSite Contact Us form. These requests were made
10 in his name with a variety of strange numeric e-mail addresses and invalid phone numbers, as well
11 as through pseudonyms such as "Jack Jones," "Liborio Bellomo," "A B," "Rick," and "Ricky."
12 Some, I perceived as threating. Many used profanity liberally.

13     3.   In September 2017, Mr. MasMarques began posting comments on my personal
14 website calling me a "sociopath," a "cowardly sneaky snitch," and "a Mother Fucker." The IP
15 address he used to post these comments under the pseudonym "Joe Lived," traceable to
16 Marlborough, Massachusetts, where he lives, was 76.24.132.152. The same IP address was used
17 to search PlainSite extensively in 2017 for cases pertaining almost exclusively to one person:
18 Diego MasMarques.

19     4.   He also began posting similar commentary on gripe sites, which allow users to post
20 anonymously or under a pseudonym with complaints about a particular target, in this case, me,
21 and then my family. At first, Mr. MasMarques preferred BlackListReport.com, where he also
22 posted about his former probation officer, until I ultimately was successful at getting the site taken
23 offline on account of his roughly 1,000 posts. He also began using ComplaintsBoard.com,
24 although over time he has used dozens of other sites as well, with names such as stdregistry.com
25 and datingpsychos.com. I would estimate that Mr. MasMarques has posted between two and

three thousand harassing posts concerning myself and my family, with a wide range of false allegations. In roughly late 2017, Comcast switched his IP address to 24.60.59.25, as is routine for residential cable internet connections.

5.      Mr. MasMarques called me on December 20, 2017 and I picked up the call at 7:32 P.M., not recognizing his phone number. I politely informed him that I had reported him to the police and hung up, as the FBI instructed me to do. Three days later, my brother, who is severely disabled, received two calls on his cell phone from someone claiming to be named "Jonathan," with no stated last name, upset about PlainSite. Three weeks after that, my father began receiving harassing calls and e-mails at work and my mother began receiving calls at home. On January 16, 2018, my father received several harassing calls from a 929 area code phone number. On February 1, 2018, a caller with the phone number +1 929 388 9183 stated, "What's up, asshole?" before my father hung up. On March 16, 2018, one of the few times that I mistakenly answered the phone, someone stating he was Diego MasMarques, calling from that same phone number, greeted me on the phone with "Shalom, Aaron," obviously referring to the fact that I am Jewish. I hung up. The same person called twenty more times. I reported all of this to the Middlesex County District Attorney's Office.

6.      My family and I have also received telephone calls from numerous individuals who have read Mr. MasMarques's harassing writing. One negative post might be defamatory. Ten such posts, widely read, might give cause for a libel action apart from these proceedings. But two to three thousand posts including contact information, grotesque fabrications, doctored photographs, and incitements to action are unquestionably harassing. For example, on March 30, 2018, ComplaintsBoard user "Jose 911" wrote "216-844-1000 call this number to get Neil to remove your info." That phone number is the main telephone number of University Hospitals of Cleveland, where my father, Neil Greenspan, works as a physician in conjunction with his role at the Case Western Reserve University School of Medicine. His personal desk phone number has

also been posted repeatedly. He has nothing to do with PlainSite's operation. Neither do the hospital employees at the front desk or his colleagues. My father is on Think Computer Foundation's Board of Directors because I was in high school when it was incorporated and legally I was a minor.

7. Numerous other posts authored by Mr. MasMarques under different pseudonyms, such as "Abraham 7" and "FightInjustice88" have listed practically every home address I have ever had, including my current one, my parents' home and work addresses, my phone number, my parents' home phone number, my brother's cell phone number, my mother's cell phone number, and my cousins' names. Many of these posts falsely allege that I run an illegitimate non-profit organization, extort people, cheat in various ways, sexually abuse children, etc. Obviously this is all completely false.

8. Some of the posts refer to me as a quote, "hacker." In court and on-line, Mr. MasMarques has sought to use my work on computer security from 2004-2007 to tarnish my name by falsely alleging that I hacked into his e-mail account, Spanish newspaper websites, etc. I did no such thing, and accordingly there is no legitimate evidence that Mr. MasMarques has produced or can produce.

9. The hacking allegation is of a piece with Mr. MasMarques's conduct. He fabricates stories out of whole cloth, often with a paranoid tinge. He has also impersonated me. On at least one occasion, he sent a legal request under the Digital Millennium Copyright Act, and thus under penalty of perjury, to Google as "plainsite.org" to remove search results that link exclusively to his cases. I did not submit any such request, nor did anyone on PlainSite's behalf. More recently, as of April 19, 2019, he has sent his invalid counter-TRO to Google as proof that he has a supposed court order that requires his search results to be removed, which is not what the counter-TRO orders.

10. Although I was not certain before these proceedings began, at this point it is clear that Mr. MasMarques suffers from mental illness. For one thing, the United States Sentencing Commission stipulated that he be subject to the "Special Mental Health After Care Condition," which required that Mr. MasMarques participate in "an in-patient or out-patient mental health program" as directed by his probation officer. For another, through these proceedings Mr. MasMarques has demonstrated persistent loose associations that are completely illogical; and paranoia, both symptomatic of illness.

11. While I sympathize generally for those who suffer from mental illness as the brother of a disabled adult myself, Mr. MasMarques's behavior has been incredibly impactful on so many people for so long that mental illness can no longer serve as an excuse. For one thing, in this court Mr. MasMarques has been unwilling to admit that he has a problem, let alone a diagnosis, and is not seeking treatment. He has at no point demonstrated any remorse for what he has done to me, my family, or his prior victims, one of whom is no longer alive to tell her side of the story. He has cost me considerable time and money.

12. Jeff Steinport, an attorney who is another victim of Mr. MasMarques and the owner of a site similar to mine, UnitedStatesCourts.org, told the Marlborough Police in writing that he shut down his site in part because of Mr. MasMarques. Before doing so he contacted the police and the FBI. I am less willing to succumb to Mr. MasMarques's bullying tactics, but I have been just as concerned. Since Mr. MasMarques started his campaign of harassment, his behavior has forced me to file reports with the FBI and police departments in San Jose; Shaker Heights, Ohio; Medford, Massachusetts; Marlborough, Massachusetts; and San Francisco. Even though the Middlesex County District Attorney ultimately filed criminal charges against Mr. MasMarques in the Marlborough District Court and those charges are pending, Mr. MasMarques has not ceased his harassment. I have strong evidence that he has authored new posts concerning me as recently as April 17th on a gripe site called badbizreport.is.

13.     Mr. MasMarques's scorched earth strategy has also included the filing of false official complaints with numerous government agencies, something he has alluded to in his testimony before this Court. In addition to the IRS and the FBI, Mr. MasMarques has filed complaints containing demonstrably false information with the Ohio Attorney General and the Marlborough District Court. Unfortunately, these false reports have caused the Ohio Attorney General to open an investigation into my non-profit, which is totally unwarranted, and the Marlborough District Court to open a case to evaluate whether criminal charges are warranted against me for supposedly violating the unconstitutional and invalid counter-TRO he convinced this Court to grant on July 3, 2018. That counter-TRO was also based on statements that Mr. MasMarques invented that have no basis whatsoever in fact. Often, Mr. MasMarques has projected what he has done to others onto me; for example, Mr. MasMarques has been repeatedly arrested for battering women. In testimony before this court in February, which is on page 42 of the transcript, he accused me of enabling the battering of women based on a tale that sprung entirely from his imagination, so far as I can tell.

14.     I realize that the testimony thus far has taken twists and turns, so just to recap: despite his confusing denials, Mr. MasMarques has an extensive criminal history including a history of violent crime. He broke into the house of and murdered one ex-girlfriend, injured a male passenger of another ex-girlfriend by ramming him with a car; harassed the parents of the woman he killed; and was reportedly arrested numerous times in Massachusetts and Florida for charges including rape and assault.

15.     Mr. MasMarques has vociferously denied under oath that he has any criminal history. This is an outright lie. He has attempted to dance around the issue by speaking of the Massachusetts Criminal Offender Record Information system, or CORI, but the crimes at issue here are federal crimes and not state crimes, so naturally they would not be listed in that system. The NCIC is not open to the public, but records on PACER are, and they are extremely clear,

both in the metadata and in corresponding court opinions: Mr. MasMarques was found guilty of willful homicide, also referred to in the documents as quote, "murder," which does indeed make him a murderer. Mr. MasMarques is of course entitled to disagree with the court's decision in Spain, the interpretation of that decision by United States authorities, and the publication of the relevant documents therein. He is also entitled to request that his cases be sealed. But he did that, and his request was twice denied: at both the district and appellate levels. He is also free to speak in a civil manner about his experience.

16. Instead, Mr. MasMarques's July 3, 2018 counter-TRO request was his attempt at an unlawful, unconstitutional, and unsubstantiated end-run around the federal justice system. Unfortunately, Judge Ryan, who was not familiar with his case, granted his TRO request seemingly automatically. That counter-TRO should be immediately vacated for several reasons: because Mr. MasMarques blatantly lied repeatedly in order to obtain it; because he did not pay the filing fee as a result of those lies; and because the hopelessly vague contents violate my First Amendment rights. This is especially important as Mr. MasMarques—not the Marlborough Police—is now seeking criminal charges against me for violating this supposed court order. Journalism is not a crime.

17. I should mention that Mr. MasMarques has encouraged and attracted followers of sorts. One of them, Matthew Mahgrefteh, is another disaffected and likely ill individual who is upset with his own court cases being online. Like Mr. MasMarques, he has posted frequently about my family and me, often in reply to posts that Mr. MasMarques started. Mr. MasMarques believed he was speaking with me by e-mail over the summer, which he why he filed his letter and accompanying exhibits in court on December 4, 2018. In fact, he was speaking with Mr. Mahgrefteh. This is provable with irrefutable evidence, including IP addresses, call logs, telephone numbers, and e-mail records. Even if Mr. Mahgrefteh created and posted the posted some of the pornographic and Nazi-themed images that have been of concern, some contain

themes directly contributed by Mr. MasMarques, such as the unique and wrong allegation that I run a fake non-profit. In fact, I believe that after the June 19, 2018 permanent restraining order was issued, Mr. Mahgrefteh began harassing me on Mr. MasMarques's behalf to help him evade the court order, even if Mr. MasMarques did not know his identity. Most of the pornographic material began to appear within ten days of that date.

18. Since this was an alarming shift in tone, I filed for a DMCA subpoena in the Northern District of Ohio.[1] The subpoena recipient in that case—the host of BlackListReport.com—flagrantly ignored my valid federal subpoena. On that basis I filed a motion for sanctions, which has yet to be ruled on. Fortunately, evidence from other sources has made that subpoena response unnecessary, though it would have been helpful. First and foremost, Mr. MasMarques implicated himself in his testimony before this Court in February, by admitting that his Mac computer had the unusual username "tech," which appeared by accident in one of his posts. He has also written harassing posts that include URLs for web pages whose server logs show his specific IP address visiting those specific pages on the same date the anonymous posts in question were authored.

19. There is plenty of other evidence. If someone tries to sign up for a ComplaintsBoard account with two different e-mail addresses Mr. MasMarques has sent messages to PlainSite from, it's not possible, because those e-mail addresses are already in use on ComplaintsBoard. I would estimate Mr. MasMarques has no fewer than thirty ComplaintsBoard accounts—most of which have been used to harass me—but probably closer to fifty. Mr. MasMarques has admitted to using ComplaintsBoard to post some materials concerning my company on April 3, 2018, but in reality, he began posting on the site far earlier, in 2017. One of Mr. MasMarques's most recent anonymous posts on a different site overlaps in twelve very

---

[1] *See* Ohio Northern District Court Case No. 1:18-mc-00071-CAB, accessible on PlainSite at https://www.plainsite.org/dockets/3ba43f7h7/ohio-northern-district-court/digital-millennium-copyright-act-to-copyright-agent-namecheap-inc-legal-department/.

specific linguistic ways with the complaint he filed with the Ohio Attorney General, which I was able to obtain through a public records request.

20. A great deal of this harassing activity took place after Mr. MasMarques first downloaded the initial TRO against him on April 8, 2018 at 10:09 P.M. Eastern Time; after his wife, Mary Bulman, was served in person with the paperwork on April 19th; after Mr. MasMarques himself (or his father, according to him) was served on May 19th; after Mr. MasMarques downloaded the permanent TRO against him on June 19th at 9:03 P.M. Eastern Time; after he began filing papers in this case on July 3rd; after his telephonic appearance in court on October 9th; after he appeared in person in court on December 12th; and after he appeared again in person in court on February 28, 2019. In other words, he has been violating the TROs restraining him on a nearly daily basis, despite being fully aware that he should not since April 8, 2018. No manner of service has been enough to convince Mr. MasMarques that he must stop. No court order has been effective. No police department's intervention has had any real impact. No judge has been able to put him in his place.

21. This is why Mr. MasMarques is terrifying and a danger to society. He has no regard for the rule of law, though he understands filling out legal forms well enough, and he is especially good at being manipulative, which several of his prior victims make note of in newspaper articles. It is why I requested a restraining order against him in the first place over a year ago, and why I still want a permanent one against him now. It's why criminal charges are pending. But it is also why his counter-accusations against me should be given no weight, and any supposed order restraining me should be vacated. I have done absolutely nothing wrong here.

22. As for Mr. MasMarques's case materials, I have a clear First Amendment right to publish them, and I choose to assert that right. I think it is especially important to prevent future victims from suffering as the twenty or so past and/or current victims have.

23. So, with those facts as background, the key questions before you are whether Mr. MasMarques has done anything to harass me worthy of a permanent restraining order, and on the flip side, whether I have done anything to harass him worthy of a permanent restraining order. The answers, respectively, are yes, he has, and no, I have not. It's true, publishing information is involved on both sides, but our actions could not be more different in character. Mr. MasMarques is a career criminal who exacts vengeance against those he disagrees with, often in the name of mafia dons, and often violently. I have no criminal record and make the legal system more accessible to average people by publishing public record court cases and in-depth research on publicly traded companies. It's an apples and oranges comparison, and the precedent weighs not just heavily in my favor: it is completely in my favor.

24. Mr. MasMarques has no privacy rights in regard to his court documents, regardless of whether one of his crimes was committed overseas. As the First Circuit Court of Appeals just ruled in *United States v. Morel*, Case No. 17-1696, a case involving, "random strangers having access to images on a website," "Morel did not have a reasonable expectation of privacy in the IP address information." The same applies to public record documents. Mr. MasMarques has no relevant Fourth Amendment right to privacy, as he claims; I am not the government, nor am I acting on its behalf. Multiple judges have denied his motions to seal. Ninth Circuit caselaw strongly favors the publication of case records. This is ultimately a simple decision to make.

25. As for my extremely limited commentary on Twitter in self-defense, I had every right to refer to Mr. MasMarques as—and this is the actual quote from October 18, 2018 at 12:23 P.M., contrary to what Mr. MasMarques incorrectly implied on the record—"someone who serially harasses, rapes, and murders women." I should note that this remark was not posted without context; anyone interested could look at Mr. MasMarques's court records on PlainSite or the relevant newspaper articles on Twitter to see exactly what I was referring to. The Spanish newspaper *Ultima Hora* published a twelve-part series of articles from December 9, 1999 to July

27, 2000 describing how incredibly threatening and deranged Mr. MasMarques's conduct was, not just in regard to the murder of Tatiana Vasic, but also with regard to several victims of criminal acts aside from her. And it is a fact that Mr. MasMarques was charged with two counts of rape. Looking back, I believe that my description was reasonable, factual, and accurate. As far as I can tell, Mr. MasMarques fled the United States after those charges were filed, which is why warrants were outstanding for his arrest when he returned. The notion that I should be subject to a restraining order for properly defending my rights as a journalist, in writing, against someone so obviously dangerous and confused, is frankly absurd. Except to note that he filed a motion to seal, since November 6, 2018, I have completely refrained from writing anything else about Mr. MasMarques publicly to avoid my words being taken out of context. But I will gladly clarify in public that even though he was not convicted of rape and only charged with two counts, according to federal court records. And though this should go without saying, I reserve the right to write about this ordeal in the future much more expansively.

26.    My immediate priority is stopping the harassment resulting from the existing posts that cannot easily be deleted. I am therefore requesting a court order mandating the removal of the content Mr. MasMarques has posted based on his known IP addresses, especially given that so much of it was posted after the TRO against him went into effect and he clearly knew about its restrictions. Mr. MasMarques has deliberately created a situation where I, my family and my even co-workers are perpetually at risk of reprisals from angry, confused individuals who find his content on search engines when looking for information about PlainSite or about me. Constantly, they find Mr. MasMarques's posts, read his diatribes, and are soon convinced that I am an extortionist criminal pedophile hacker out to get them, which is simply not the case. Mr. MasMarques gives these individuals, some of whom are similarly unstable, a roadmap to find my family by phone, at home, and at work. One man has been e-mailing the entire pathology department of Case Western Reserve University because he thinks that will help. Another filed a

baseless HIPAA complaint against my father for no reason other than he is a doctor, wrongly described by Mr. MasMarques as having orchestrated some grand tax evasion conspiracy. A woman left me a voicemail the other day accusing me of "frauding and scamming" based on what she had read. She also called my parents' house. She also called a person with my last name living in a neighboring city in Ohio, who has no relation to my family at all, who then called the police in that city, who then called my parents. I've had an anonymous caller with a blocked number accuse me of owning leagle.com through Arkansas registered agents, just as Mr. MasMarques has, ending with "be careful, you're on thin ice." I've had another anonymous caller threaten "The Feds are gonna get you," and then hang up. All of this is because of what Mr. MasMarques has set in motion. From 2011-2016, nothing like this happened. On October 21, 2017, writing as "Jack Jones," Mr. MasMarques threatened via e-mail, "It will be really cool when you get a taste of your own medicine. You Parasite!"

27. This is a pointed admission that Mr. MasMarques's counter-TRO has been a complete waste of the Court's time as well as mine. He is not afraid of me at all. I pose no threat of violence from thousands of miles away. He used his so-called "executive protection" to file a false declaration about me under penalty of perjury. This entire exercise has been about his seeking revenge. As Tatiana Vasic's father said in December, 1999, "The man who left my daughter in a coma is insatiable and very vengeful."

28. My personal court records are already on PlainSite, so I've subjected myself to the same treatment Mr. MasMarques complains about so bitterly. What he has administered is criminal harassment and perjury. Deliberately posting thousands of false, harmful statements on a website managed by an offshore Seychelles-based company, run by Latvians and Russians, now hosted out of Latvia—as Mr. MasMarques has done—is not the same as posting court records that reflect true events. Telling at least 28 flat-out lies under oath—and I have a chart with references to the transcript and documents—is not the same as truthful testimony.

29. In the end, the people who run the sites Mr. MasMarques posts on, who truly are extortionists, claim they will honor a court order that tells them to remove the content. So I would greatly appreciate anything you can do insofar as providing such an order, because I genuinely believe my safety and my family's safety is at risk, and I should not have to file a separate civil suit given that these proceedings already encompass that risk.

30. Contrary to what Mr. MasMarques indicated in court on May 2, 2019, I have been informed via e-mail by the Middlesex County District Attorney's Office that no criminal charges against Diego MasMarques, Jr. have been dismissed at this time. The exact words of the e-mail were, "Nothing was dismissed, I just checked." Accordingly, I believe that Mr. MasMarques once again lied under oath.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Dated May 3, 2019.

*Aaron Greenspan*
Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

## CERTIFICATE OF MAILING AND SERVICE

I, Aaron Greenspan, hereby certify that this document filed through the OneLegal e-filing system will be sent electronically to the case parties as identified by the Court.

Aaron Greenspan
aaron.greenspan@plainsite.org