M. Sorum

1  Aaron Greenspan (*Pro Se*)
   956 Carolina Street
2  San Francisco, CA  94107-3337
   Phone: +1 415 670 9350
3  Fax: +1 415 373 3959
   E-Mail: aaron.greenspan@plainsite.org
4

**Electronically Filed
by Superior Court of CA,
County of Santa Clara,
on 9/10/2019 4:04 PM
Reviewed By: M. Sorum
Case #18CH008067
Envelope: 3373688**

5

6              **SUPERIOR COURT OF CALIFORNIA
                  COUNTY OF SANTA CLARA**

7

8  **AARON GREENSPAN,**                    Case No.: 18CH008067

9        Petitioner,                        Date:   October 7, 2019
                                            Time:  1:30 P.M.
10              v.                           Dept.:  11
                                            Judge:  Hon. Carol Overton
11  **DIEGO MASMARQUES, JR. a/k/a DIEGO
    MAS HOWARD a/k/a RICKY,**               Date of First Filing: April 4, 2018
12
        Respondent.
13

14

15     **MEMORANDUM IN SUPPORT OF MOTION FOR SANCTIONS AND
        REASONABLE EXPENSES INCLUDING ATTORNEY'S FEES**

16

17  **I.     Introduction**

18         Pursuant to California Code of Civil Procedure § 128.5, Petitioner Aaron Greenspan

19  moves for monetary sanctions against Respondent Diego MasMarques in an amount not less than

20  $9,276.72 to cover attorney's fees and costs.  Petitioner is a data journalist whose work involves

21  publishing millions of court dockets and documents, including but not limited to public domain

22  materials involving Respondent's criminal conviction for murder in Spain and his subsequent

23  extradition to the United States, where Respondent served time in federal prison.  Respondent

24  has a documented history of harassment, and has harassed Petitioner since approximately February

25  2017, including throughout the entirety of these proceedings despite the implementation of

MEMORANDUM IN SUPPORT OF MOTION          1                           18CH008067
FOR SANCTIONS AND REASONABLE
EXPENSES INCLUDING ATTORNEY'S FEES

EXHIBIT
19 (Greenspan)
8/19/25  (w)

1   consecutive temporary and permanent restraining orders against him.  Accordingly, Respondent is

2   facing new pending charges of criminal harassment and violation of a restraining order (referring

3   to a restraining order originating in this case) in Marlborough District Court in the

4   Commonwealth of Massachusetts.

5        Initial notice of this motion was made to the general public via Aaron Greenspan's

6   personal Twitter account (@AaronGreenspan) on July 20, 2018, as follows:

7        "Pursuant to CA Code of Civil Procedure § 128.5, this is a NOTICE to DIEGO
     MASMARQUES that I plan to file a MOTION FOR SANCTIONS seeking

8        monetary damages in the Superior Court of CA, County of Santa Clara, Case No.
     18CH008067, unless his July 3 filings are retracted in 21 days."

9

10  On December 12, 2018, Respondent MasMarques acknowledged before this Court that he had

    received this notice.  December 12, 2018 Tr. 130:6-19.  Nonetheless, Respondent did not
11
    withdraw his frivolous and baseless July 3, 2018 cross-request for a temporary restraining order
12
    ("TRO") against Petitioner, and caused the Court and Petitioner to endure more than ten hours
13
    of avoidable hearing testimony over the course of ten months.  During Respondent's testimony,
14
    Respondent perjured himself no fewer than thirty (30) times.  Respondent's cross-request for a
15
    permanent restraining order against Petitioner was ultimately denied by this Court on August 30,
16
    2019.  Even so, Respondent proceeded to petition for a restraining order against Petitioner in
17
    *another* case which he secretly initiated on July 29, 2019 in the Superior Court of Middlesex
18
    County, Massachusetts.  Respondent's frivolous complaint in that duplicative, parallel case was
19
    dismissed on September 10, 2019.
20
    **II.**     <u>**Factual and Procedural Background**</u>
21
         **A. Diego MasMarques, Jr. Plots Revenge**
22
         Respondent began harassing Petitioner via e-mail, telephone, and through on-line posts in
23
    approximately February 2017 after he discovered that Petitioner's website, PlainSite, was one of
24
    many sites that had posted public records involving his criminal record in federal court.  On
25

1   January 7, 2018, Respondent posted at least two messages to the website ComplaintsBoard.com

2   using the pseudonym "Aaron Greenspan is Insane."   The first message read as follows:

3   > "Everybody! We have to work together to shut plainsite.org and the fraudulent
    > 501c Think Computer down once and for all. How are we going to do it? First by
4   > filing massive amounts of complaints with the FBI's IC3, FCC and FTC. Second
    > by filing massive amounts of complaints with employer of Aaron Greenspan's
5   > father Neil S Greenspan and with the local authorities in Ohio and California
    > including the Attorney General's Offices.
6   > Third by posting the photos of Aaron Greenspan on the web. If he Hacks in to the
    > websites which by the way he has been doing to remove photos then we will
7   > resort to creating our own websites that can easily be made online. People need to
    > realize that Aaron Greenspan is also associated with another vicious website called
8   > leagle.com and that this Nut is extremely vindictive. What that means is that he
    > will resort to altering and uploading the legal information on his vicious website
9   > plainsite.org and will intentionally defame and shame all non-jews. We have
    > observed that Aaron Greenspan does not do this to other Jews only to non-Jews. If
10  > he finds out that he posted something that defames a Jew he immediately removes
    > the information from the web. This guy is extremely racist and hater people and
11  > most of all hates himself. That's understandable.
    > We should have Aaron Greenspan locked up in a Psychiatric Hospital for
12  > observation for an undetermined period of time. He should not be allowed any
    > access to computers, smart devices and most definitely no access to anyone's
13  > information Ashe enjoys destroying people's livelihoods and families.
    > We have freedoms in the US that is true but Aaron Greenspan has intentionally
14  > abused these freedoms and the rights of other people."[1]

15  The second message followed up on the plans outlined in the first:

16  > "That's what we need to do is get his insane parents **fired from their jobs**. This
    > family belongs in a mental institution" (emphasis added).

17
18  Numerous additional messages posted in the months that followed—messages that

19  included Petitioner's contact information as well as his family members' contact information—

20  reiterated these themes alongside calls for harassment and grotesque false accusations.   These posts

21  _____
    [1] *See* https://www.complaintsboard.com/complaints/wwwplainsiteorg-they-posted-wrong-details-about-me-they-
22  ruined-my-life-c783354.html#c2077190.  Despite Respondent denying authorship in Middlesex County Superior
    Court during a hearing on September 10, 2019, the phrase "FBI's IC3, FCC and FTC" in the first post above
23  verbatim matches a PlainSite Contact Us form submission delivered to Petitioner as an e-mail on March 14, 2017.
    The form submission was completed by Respondent as "Diego MasMarques" with telephone number "+1 617 416
24  8670" and the e-mail address "87764a@gmail.com", in which Respondent wrote, "Remove my hand written
    signature that you have allowed to on the web. I will give your fucking website three days until this Friday March 16,
25  2017 to remove my handwritten signature from the web, otherwise I will be filing a complaint with the Attorney
    General's Office, **FBI's IC3, FCC and FTC**" (emphasis added).  Respondent has further admitted to using
    ComplaintsBoard.com, and several of Respondent's e-mail addresses are tied to unknown accounts on the site,
    preventing a new user from signing up with them.  February 28, 2019 Tr. 66:27-67-10.

1    clearly articulated Respondent's desire to exact revenge on Petitioner, for doing nothing more

2    than legally posting public domain materials, by filing "massive amounts" of fraudulent complaints

3    regarding Petitioner with various civil government and criminal law enforcement agencies.  They

4    also touched on themes that Respondent had frequently invoked, and continues to invoke, in his

5    harassment of Petitioner: a supposedly fake non-profit organization, a false allegation of

6    Petitioner's involvement with a website called leagle.com, conspiracy theories about hacking, the

7    false notion that Petitioner requires psychiatric treatment, and various anti-Semitic remarks.

8    These themes also manifest in Respondent's frivolous and false filings before this Court.

9        A multitude of individuals, including but not limited to Respondent, have in fact harassed

10    Petitioner and his family in the manners described above.  This harassment continues to this day.

11    **B. The Initial Restraining Order Against Diego MasMarques, Jr.**

12        After enduring increasingly threatening harassment for over a year, and approximately

13    three months after Respondent authored the above posts, Petitioner requested a temporary

14    restraining order from this Court on April 4, 2018.  Petitioner accurately indicated that

15    Respondent posed a threat of violence based both on the messages he had transmitted, which

16    included profanity and implicit threats of physical violence, and his documented criminal history.

17    The request was summarily granted.  Petitioner hired Francis J. Trapasso & Associates (the

18    "Process Server") to serve Respondent at his home in Marlborough, Massachusetts.  The Process

19    Server made five attempts to serve Respondent in April 2018 at the correct address, and left a card

20    with Respondent's wife, Mary MasMarques, on two occasions.  Respondent himself would not

21    consent to service by accepting the paperwork.  Petitioner then hired the Middlesex County

22    Sheriff's Office to effect service of process.  On its own accord, the Middlesex County Sheriff's

23    Office conducted a "Diligent Search" on May 4, 2018 and determined that "Diego MasMarques"

24    lived in Medford, Massachusetts.  On May 19, 2018, Deputy Sheriff Stephen F. Hickey served

25    Diego MasMarques at 1 Walkling Court, Apartment F, Medford, MA  02155.

1   Respondent later argued that the "Diego MasMarques" served was his father, Diego

2   MasMarques, Sr., who does live in Medford.  Petitioner sent copies of newspaper photographs of

3   Diego MasMarques, Jr. to the Middlesex County Sheriff's Office, which compared them to their

4   photographs on file internally and the recollection of Deputy Sheriff Hickey, who confirmed to

5   Petitioner that he had served the correct individual: Respondent Diego MasMarques, Jr.

6   When the Marlborough Police Department additionally attempted to serve Respondent

7   with the restraining order against him via telephone, Respondent reportedly hung up on Sergeant

8   Zachary Attaway before Seargeant Attaway could read the contents of the documents to him.

9   Nonetheless, while using PlainSite on April 8, 2018 starting at 9:52:33 P.M. Eastern

10  Daylight Time, Respondent downloaded the relevant paperwork that comprised the service

11  packet from his home IP address, 24.60.59.25,[2] using a Mac OS X-based computer and the Safari

12  web browser.  Respondent was therefore on notice that the initial TRO against him was in effect

13  as early as April 8, 2018.  This activity is reflected in the PlainSite Apache server logs.

14  **C. The Fraudulent Cross-Request**

15  Incensed by the issuance of a permanent restraining order against him by this Court on

16  June 19, 2018, Respondent decided to follow through with his aforementioned plan to retaliate

17  against Petitioner by filing a baseless and fraudulent restraining order cross-request of his own.

18  On July 3, 2018, he filed Forms CH-600 (Request to Terminate Civil Harassment Restraining

19  Order), CH-610 (Notice of Hearing on Request to Terminate Civil Harassment Restraining

20  Order), and CH-100 (Request for Civil Harassment Restraining Orders) (collectively, the

21  "Cross-Request").  Petitioner responded on July 18, 2018 by filing a Motion to Strike pursuant

22  to California Code of Civil Procedure section 435.5, which outlined the numerous false

23  statements in Respondent's filings, and which is incorporated here by reference.  On August 14,

24

25  [2] As reflected in Trial Exhibit 12, the Comcast Legal Response Center replied to a subpoena from the Middlesex County District Attorney's Office on July 27, 2018 confirming that the IP address 24.60.59.25 is associated with Respondent's home address.

1    2018, the Court conducted a hearing where Petitioner was represented by Katrina Saleen (making

2    a special appearance) and Respondent appeared via telephone *pro se*.  The Court declined to rule

3    on the Motion to Strike and allowed for a future hearing "to make a determination of the

4    credibility of the witnesses." August 14, 2018 Tr. 4:21-23.  That next hearing took place on

5    October 9, 2018, by which point Respondent had failed to serve Petitioner with notice of the

6    Cross-Request and associated documents.  Petitioner appeared at the October 9, 2018 hearing *pro*

7    *se* and waived service of the Cross-Request, but the Court's schedule was too impacted to hear

8    the matter in full.  Another hearing date was set for December 12, 2018.

9          On December 12, 2018, Respondent—who had flown to San Jose from Massachusetts to

10   appear *pro se*—was given the opportunity to withdraw his Cross-Request.  He declined.

11   December 12, 2018 Tr. 8:2-3.  Due to Respondent's obfuscatory rambling and countless false

12   statements, the hearing did not conclude even after 3.5 hours and was continued to February 28,

13   2019.  In February, the hearing once again did not conclude for similar reasons and was again

14   continued to May 2, 2019.  Hearing testimony finally concluded at 5:00 P.M. on May 2, 2019.

15   The parties opted to waive the opportunity to file trial briefs, choosing instead to allow the Court

16   to make its decision based on the existing case record.

17         On August 30, 2019, the Court rendered a decision to enforce a two-year restraining

18   order against Respondent and to deny the Cross-Request.  On September 9, 2019, Respondent

19   filed a supposed Notice of Hearing regarding a motion for reconsideration of the Court's August

20   30, 2019 Order, but as with every other filing made in the case, Respondent failed to serve

21   Petitioner.

22         **D. Parallel Proceedings in Marlborough District Court in the Commonwealth**
              **of Massachusetts**

23         During the months between each hearing subsequent to Respondent's filing of his

24   fraudulent Cross-Request, Respondent continued to post harassing materials concerning

25

1   Petitioner and his family members in violation of the sequential restraining orders against him.

2   These materials encouraged others to post further materials, to make more phone calls, file more

3   baseless complaints, and send more e-mails, all of which happened.   Ultimately, the Marlborough

4   Police prosecutor filed an application for a criminal complaint against Respondent before the

5   Marlborough District Court, Docket No. 1821AC000354, on November 15, 2018.   On

6   November 28, 2018, First Assistant Clerk Magistrate Daryl Whitney conducted a hearing and

7   determined that probable cause existed for the charges against Respondent to issue, which they

8   did on Docket No. 1821CR001157.   Again outraged, Respondent retaliated by filing his own

9   application for criminal charges against Petitioner, since the police refused to file charges on his

10   behalf.   Via telephone, another probable cause hearing was held before the Marlborough District

11   Court on May 9, 2019 concerning Respondent's suggested charges against Petitioner in Docket

12   No. 1921AC000120.   On May 15, 2019, Petitioner's Motion to Dismiss was granted and First

13   Assistant Clerk Magistrate Daryl Whitney found that there was no probable cause for any charges

14   to issue.   *See* Exhibit A.

15       Respondent's criminal charges in Massachusetts remain pending.   In his criminal case,

16   Respondent has cycled through three attorneys who have withdrawn so far (Francis M. Doran,

17   Steven C. Goldwyn, and Brian E. Murphy), and is now represented by a fourth (Paul J. Gannon).

18       **E.  Ongoing Harassment by Respondent**

19       No matter how many restraining orders are imposed against him, Respondent simply

20   refuses to stop harassing Petitioner and Petitioner's family.   In addition to the absurd, fraudulent

21   and baseless application for criminal charges against Petitioner, Respondent has filed similarly

22   fraudulent and baseless complaints concerning petitioner with:

23       1.   The San Francisco, California Police Department (at least two times)

24       2.   The San Jose, California Police Department

25       3.   The Shaker Heights, Ohio Police Department

4.   The Secretary of State of Delaware

5.   The Ohio Attorney General's Office

6.   The Arkansas Attorney General's Office

7.   The California Attorney General's Office

8.   The Department of the Treasury, Internal Revenue Service (at least three times)

9.   The Attorney General of the United States

10.  The Federal Bureau of Investigation

11.  The United States Attorney for the Northern District of California

12.  The Office of Senator Dianne Feinstein

13.  The Office of Senator John Kennedy

14.  The Office of Senator Christopher Coons

15.  The Office of Senator Tom Carper

16.  The Office of Senator Ed Markey

17.  An Unknown Authority (seeking to have Petitioner involuntarily committed to a
     psychiatric institution)

Petitioner also directly caused others to file fraudulent and baseless complaints with:

18.  The Pennsylvania Attorney General's Office

19.  The United States Department of Health and Human Services Office of Civil
     Rights (regarding a false accusation against Petitioner's father, Dr. Neil Greenspan,
     who does not see patients, for supposedly violating HIPAA)

20.  Case Western Reserve University (falsely accusing Dr. Greenspan of extortion)

21.  University Hospitals of Cleveland (falsely accusing Dr. Greenspan of extortion)

As a result of these fraudulent filings, constituting a grotesque abuse of process, Petitioner's non-profit organization has also been subjected to pointless audits by both the Ohio Attorney General's Office and the Internal Revenue Service. *See* Trial Exhibit 21; Cross-Request pp. 11-12.

1    **III.    Argument**

2    Sanctions under Code of Civil Procedure § 128.5 apply to "bad-faith actions or tactics

3    that are frivolous or solely intended to cause unnecessary delay," including "cross-complaint[s]."

4    California Code of Civil Procedure § 128.5.  "A determination of frivolousness requires a finding

5    the motion is 'totally and completely without merit' (§ 128.5, subd. (b)(2)), that is, 'any

6    reasonable attorney would agree such motion is totally devoid of merit.' (*Karwasky v.*

7    *Zachay* (1983) 146 Cal.App.3d 679, 681, 194 Cal.Rptr. 292.)"  *Decker v. UD Registry, Inc.* (2003)

8    129 Cal. Rptr. 2d 892, 898.

9    **A. Respondent's Cross-Request Was Frivolous On Its Face**

10    As described fully in Petitioner's July 18, 2018 Motion to Strike, Respondent's Cross-

11    Request was frivolous on its face.  The Motion to Strike highlighted fourteen (14) discrete

12    problems and/or falsehoods within the Cross-Request, in addition to a blanket allegation of

13    "hacking" Respondent's MSN e-mail account (which was completely false), as well as a partial

14    admission of guilt by Respondent (in the form of Respondent admitting that he posted several

15    items on ComplaintsBoard.com regarding Petitioner, though he claimed he could not recall any

16    details).  May 2, 2019 Tr. 56:28-57:4.

17    In general, the Cross-Request was frivolous because it failed to provide any evidence

18    whatsoever that Petitioner had committed the alleged acts of "harassment" that Respondent put

19    forth.  In fact, Petitioner made no "phone calls" to or "request[s for] money" from Respondent,

20    nor did Petitioner instruct anyone else to make such calls or requests.  Respondent simply

21    fabricated these allegations.  Similarly, the allegations of "selective" uploading, of stalking,

22    terrorizing, and intentionally defaming Respondent—all part of his Form CH-100 submission—

23    were fabrications.  "A complete lack of evidence to substantiate key allegations of [a claim] is

24    sufficient ground for imposition of sanctions for the filing of a frivolous pleading."  *580 Folsom*

25

1 | *Assocs. v. Prometheus Dev. Co.* (1990) 223 Cal.App.3d 1, 22; *Frank Annino & Sons Constr. v.*

2 | *McArthur Rests.* (1989) 215 Cal.App.3d 353, 359.

3 |       Combined with the January 2018 ComplaintsBoard.com posts outlining Respondent's

4 | desire to harass Petitioner and his family with false complaints to the point where Peititioner's

5 | parents would be "fired from their jobs," the fact that Respondent's Form CH-100 contained so

6 | many outright falsehoods is *prima facie* evidence that the Cross-Request was submitted to the

7 | Court for several improper purposes: namely, to further harass Petitioner, to harass Petitioner's

8 | family, and to cause delay. Unfortunately, using the Court as one of his instruments, Respondent

9 | was successful. Instead of accepting the terms of the permanent restraining order of June 19,

10 | 2018, Respondent needlessly dragged Petitioner and/or Petitioner's counsel to hearings on

11 | August 14, 2018, October 9, 2018, December 12, 2018, February 28, 2019, and May 2, 2019.

12 |        **B. Respondent Has Failed To Serve Petitioner With Any Documents**

13 |       Furthermore, since Respondent refused to serve *any* of his filings on Petitioner

14 | throughout these proceedings, and because the Santa Clara County Superior Court does not

15 | make its case materials available electronically for non-complex matters, Petitioner has had to

16 | drive two hours round trip repeatedly just to obtain the case materials Respondent had filed,

17 | further wasting Petitioner's time and money. Respondent was and is hardly ignorant of issues

18 | concerning service of process; in fact, he is an expert when it comes to evasion of service as

19 | described previously. Deliberate failure to notify the target of a restraining order is evidence of

20 | bad faith. *Brewster v. Southern Pacific Transportation Co.,* 235 Cal.App.3d 701, 714 (1991).

21 |        **C. Respondent Undercut This Court By Going Judge Shopping—Again**

22 |       On July 29, 2019, while this Court was still evaluating its ruling in the case, Respondent

23 | quietly went to the Superior Court of Middlesex County, Massachusetts to request *another*

24 | restraining order against Petitioner. *See* Exhibit B. Once again, an initial, limited TRO expiring

25 | August 6, 2019 was granted based on Respondent's false representations, and then another, finally

1  expiring on September 5, 2019.[3]  Just as Respondent had no intent of abiding by the rulings of

2  the two federal judges who ruled against him in 2015, Respondent clearly had no intention of

3  honoring this Court's decision, whatever it ended up being.

4        Furthermore, true to form, Respondent did not serve Petitioner with any papers in this

5  parallel proceeding.  Petitioner only discovered its existence on September 3, 2019, when the

6  Middlesex County Superior Court sent a notice by mail.  Unbeknownst to Petitioner, a hearing

7  was already scheduled for September 5, 2019 (not even mentioned in the notice), and it was the

8  *fourth* hearing to take place in the case.  Petitioner filed a Motion to Strike Respondent's

9  complaint on September 4, 2019, and on September 10, 2019, Respondent's complaint was

10  dismissed.

11      **D. Respondent Has Lied Under Oath Constantly During These Proceedings**

12        Unfortunately, nothing Respondent says can be trusted.  Throughout these proceedings,

13  Respondent has lied under oath constantly, and has compounded his lies by falsely accusing

14  Petitioner of lying.  *See* Exhibit C.  While the Court waited on court reporters to be available for

15  each subsequent hearing, Respondent authored thousands of posts harassing Petitioner using

16  hundreds of aliases on dozens of websites.  He then appeared in Court, swore an oath to tell the

17  truth, and blamed Petitioner for supposed harassment.  Respondent repeated this act on February

18  28, 2019 and May 2, 2019.

19      **E. The Requested Fees Are Reasonable**

20        Petitioner requests court costs and fees that are far below market rate.  The "reasonable

21  hourly rate" for attorney services is "that prevailing in the community for similar work."  *PLCM*

22  *Group v. Drexier*, 22 Cal.App.4th 1084 at 1195 (2000).  Attorney Timothy Broderick's rate of

23  $400.00 per hour is entirely reasonable under the lodestar method.  Similarly, at the Ohio–based

24

25  [3] Respondent was forced to choose that particular court because the Marlborough District Court, closer to his home, had already dismissed his frivolous application for criminal charges against Petitioner.

MEMORANDUM IN SUPPORT OF MOTION     11                  18CH008067
FOR SANCTIONS AND REASONABLE
EXPENSES INCLUDING ATTORNEY'S FEES

1  firm of Krugliak, Wilkins, Griffiths & Dougherty Co., LPA, Attorney Nate Tucker's $195.00 per

2  hour rate is reasonable, and Attorney David J. Lewis's $340.00 per hour rate is reasonable.  The

3  remaining charges represent fees and costs incurred by Petitioner on account of Respondent's

4  unlawful behavior.

5      The fees and costs requested are as follows:

| Date | Description | Amount |
|---|---|---|
| 4/4/2018 | Court Round-Trip Gas (from San Jose) | $0.58 |
| 4/4/2018 | Court Street Parking | $4.00 |
| 4/9/2018 | Francis J. Trapasso & Associates | $75.00 |
| 4/24/2018 | Court Round-Trip Gas (from San Jose) | $0.58 |
| 4/27/2018 | Francis J. Trapasso & Associates | $75.00 |
| 5/2/2018 | Francis J. Trapasso & Associates Refund | ($75.00) |
| 5/3/2018 | Middlesex County Sheriff's Office | $75.00 |
| 6/1/2018 | Middlesex County Sheriff's Office | $25.00 |
| 6/19/2018 | Court Round-Trip Gas (from San Jose) | $0.58 |
| 6/19/2018 | Court Street Parking | $4.00 |
| 6/19/2018 | Envelope: Service by Mail | $0.10 |
| 6/19/2018 | Postage: Service by Mail | $0.50 |
| 6/25/2018 | San Jose Police Department Public Records Fee | $0.78 |
| 7/18/2018 | OneLegal: Service by E-Filing | $2.00 |
| 7/20/2018 | OneLegal: Service by E-Filing | $2.00 |
| 7/24/2018 | DMCA Subpoena Filing Fee | $47.00 |
| 9/4/2018 | Court Round-Trip GCRTA | $5.00 |
| 10/9/2018 | Court Round-Trip CalTrain (from San Francisco) | $19.90 |
| 12/6/2018 | Court Round-Trip Gas (from San Francisco) | $11.10 |
| 12/6/2018 | Court Street Parking | $3.00 |
| 12/6/2018 | Deanne Helgesen: June Transcript | $24.30 |
| 12/6/2018 | Envelope: June Transcript | $0.10 |
| 12/12/2018 | Court Round-Trip Gas (from San Francisco) | $11.10 |
| 12/12/2018 | Court Garage Parking | $16.00 |
| 12/12/2018 | Timothy Broderick: Legal Representation | $2,500.00 |
| 2/18/2019 | Kathy Keay: December Hearing Transcript | $500.00 |
| 2/18/2019 | Postage: December Hearing Transcript | $0.50 |
| 2/18/2019 | Envelope: December Hearing Transcript | $0.10 |
| 2/28/2019 | Court Round-Trip Gas (from San Francisco) | $11.10 |
| 2/28/2019 | Court Garage Parking | $14.00 |
| 2/28/2019 | Timothy Broderick: Legal Representation | $2,200.00 |
| 3/4/2019 | Lisa Brown: February Hearing Transcript | $245.70 |
| 3/4/2019 | Postage: February Hearing Transcript | $0.55 |
| 3/4/2019 | Envelope: February Hearing Transcript | $0.10 |
| 3/8/2019 | OneLegal: Service by E-Filing | $2.00 |
| 3/19/2019 | Court Round-Trip Gas (from San Francisco) | $11.10 |
| 3/19/2019 | Court Street Parking | $0.00 |
| 4/2/2019 | OneLegal: Service by E-Filing | $2.00 |
| 4/8/2019 | OneLegal: Service by E-Filing | $2.00 |
| 4/9/2019 | Court Round-Trip Gas (from San Francisco) | $11.10 |
| 4/9/2019 | Court Street Parking | $1.75 |
| 4/17/2019 | Kathy Keay: August and October Hearing Transcripts | $50.00 |
| 4/22/2019 | Krugliak, Wilkins, Griffiths & Dougherty Co., LPA: Legal Retainer | $3,000.00 |
| 5/2/2019 | Court Round-Trip Gas (from San Francisco) | $11.10 |
| 5/2/2019 | Court Garage Parking | $13.00 |
| 5/10/2019 | OneLegal: Service by E-Filing | $2.00 |

| | | |
|---|---|---|
| 5/13/2019 | OneLegal: Service by E-Filing | $6.00 |
| 5/20/2019 | Amy Gooding: May Hearing Transcript | $332.10 |
| 5/20/2019 | Postage: May Hearing Transcript | $0.55 |
| 5/20/2019 | Envelope: May Hearing Transcript | $0.10 |
| 8/13/2019 | Postage: DMCA Subpoena Documents | $2.05 |
| 8/23/2019 | Court Round-Trip Gas (from San Francisco) | $11.10 |
| 8/23/2019 | Court Street Parking | $4.00 |
| 8/28/2019 | OneLegal: Service by E-Filing | $2.00 |
| 9/4/2019 | Court Round-Trip Gas (from San Francisco) | $11.10 |
| 9/4/2019 | Court Street Parking | $2.00 |
| **TOTAL** | | **$9,276.72** |

The summary breakdown of these fees and costs is as follows:

| Description | Amount |
|---|---|
| Attorney's Fees | $7,700.00 |
| Transcript Fees | $1,152.10 |
| Service of Process Fees | $195.00 |
| Filing Fees | $47.78 |
| Transportation | $115.44 |
| Parking | $61.75 |
| Office Supplies & Postage | $4.65 |
| **TOTAL** | **$9,276.72** |

In addition, at its discretion, the Court should levy a substantial punitive monetary sanction against Respondent to discourage further frivolous filings and to cover potential costs associated with Respondent's latest requested hearing in this Court on October 7, 2019.

1  **IV.    Conclusion**

2        To avoid potentially costly legal proceedings, all Respondent Diego MasMarques, Jr.

3  needed to do was leave Petitioner Aaron Greenspan and his family alone.  He actively refused,

4  insisting on following through with his criminal plan to exact revenge.  Given that Respondent

5  has acted consistently in bad faith throughout these proceedings as set out in his January 2018

6  posts, Petitioner respectfully requests that Respondent reimburse him $9,276.72 plus a substantial

7  punitive monetary sanction to discourage further frivolous filings, plus any future fees and costs

8  Petitioner may incur if Respondent opposes this motion.

9

10        Respectfully submitted this 10th day of September, 2019.

11

12

Aaron Greenspan

13  956 Carolina Street

    San Francisco, CA  94107-3337

14  Phone: +1 415 670 9350

    Fax: +1 415 373 3959

15  E-Mail: aaron.greenspan@plainsite.org

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF MAILING AND SERVICE

I, Aaron Greenspan, hereby certify that this document filed through the OneLegal e-filing system will be sent electronically to the case parties as identified by the Court.

Aaron Greenspan
aaron.greenspan@plainsite.org

## **EXHIBIT A**

Marlborough District Court Case No. 1921AC000120
Letter Finding No Probable Cause, Dated May 15, 2019

# MARLBOROUGH DISTRICT COURT

45 Williams Street
Marlborough, MA 01752
Tel: 508-485-3700 / Fax: 508-485-1575

## Michael Fabbri, Presiding Justice

Paul F. Malloy, Clerk Magistrate                              Darryl S. Whitney, First Assistant Clerk Magistrate

May 15, 2019

Aaron J. Greenspan
956 Carolina Street
San Francisco,CA 94107

RE:     Diego MasMarques v Aaron J. Greenspan
        Dkt #1921AC000120

Dear Mr. Greenspan:

After complete review of the above matter, I find there is No Probable Cause for the complaint to issue.

If you have any further questions, please don't hesitate to contact me.

Sincerely,

Darryl Whitney
First Assistant Clerk Magistrate
508-485-3700 x204

**EXHIBIT B**

Superior Court of Middlesex County, Massachusetts
Complaint in Docket No. 1981CV02204, Dated July 29, 2019

| | | |
|---|---|---|
| **COMPLAINT FOR PROTECTION FROM HARASSMENT** G.L. c. 258E | DOCKET NO. *(for court use only)* 19-2204 | **Massachusetts Trial Court** |

| A | ☐ BOSTON MUNICIPAL COURT | ☐ DISTRICT COURT | ☐ JUVENILE COURT | ☐ SUPERIOR COURT | DIVISION |
|---|---|---|---|---|---|

| B | NAME OF PLAINTIFF *(person seeking protection)* DEECO MAS MARQUES | NAME OF DEFENDANT *(person accused of harassment)* AARON JACOB GREENSPAN |
|---|---|---|

**C**

I am: ☑ 18 or older ☐ 17 ☐ 16 or younger
The Defendant is: ☐ 18 or older ☐ 17 ☐ 16 or younger

☐ I am under the age of 18 and _____ my _____ *(relationship to Plaintiff)*, has filed this Complaint for me.

Are there any prior or pending actions involving the plaintiff and the defendant, including any court actions or administrative or disciplinary proceedings? ☐ NO ☑ YES
*If so, list court or organization, type of action, date and docket no. (if available).*
CALIFORNIA RESTRAING ORDER

**D**

I SUFFERED HARASSMENT WHEN:

☒ on or about *(dates)* 10/8/2019  11/6/18 / 3/2/15 the Defendant committed 3 or more acts of willful and malicious conduct aimed at me which were committed with the intent to cause fear, intimidation, abuse or damage to property and did in fact cause fear, intimidation, abuse or damage to property.

☐ on or about *(date)* _____ the Defendant by force, threat or duress caused me to involuntarily engage in sexual relations.

☒ on or about *(date)* 10/9/19 - 11/6/19 3/2 / 19 - MANY MORE DATES the Defendant committed against me an act that constitutes a violation of one of the following statutes: G.L. c. 265, §§ 13B, 13F or 13H (indecent assault and battery), 22 or 22A (rape), 23 (statutory rape), 24 or 24B (assault with intent to rape), 26C (enticing a child), 43 (criminal stalking) or 43A (criminal harassment), or G.L. c. 272, § 3 (drugging for sexual intercourse).

**E**

THEREFORE, I ASK THE COURT:

☒ 1. to order the Defendant not to abuse me by physically harming me, attempting to physically harm me, or placing me in fear of imminent serious physical harm, and to stop harassing me (1) by any willful and malicious conduct aimed at me and intended to cause fear, intimidation, abuse or damage to property, or (2) by using force, threat or duress to make me engage in sexual relations unwillingly, or (3) by committing against me any act that constitutes a violation of any of the following statutes: G.L. c. 265, §§ 13B, 13F or 13H (indecent assault and battery), 22 or 22A (rape), 23 (statutory rape), 24 or 24B (assault with intent to rape), 26C (enticing a child), 43 (criminal stalking) or 43A (criminal harassment), or G.L. c. 272, § 3 (drugging for sexual intercourse).

☒ 2. to order the Defendant not to contact me, unless authorized to do so by the Court.

☒ 3. to order the Defendant to remain away from my residence *(as listed on the PLAINTIFF CONFIDENTIAL INFORMATION FORM).*

☒ 4. to order the Defendant to remain away from my workplace *(as listed on the PLAINTIFF CONFIDENTIAL INFORMATION FORM).*

☐ 5. to order the Defendant to pay me $ _____ in compensation for the following losses suffered as a direct result of the harassment:

_____
_____
_____

☒ 6. to order the relief I have requested, except for compensation for losses suffered, without advance notice to the Defendant because there is a substantial likelihood of immediate danger of harassment. I understand that, if the Court issues such a temporary Order, the Court will schedule a hearing within 10 court business days to determine whether such a temporary Order should be continued, and I must appear in court on that day if I wish the Order to be continued.

| Please complete the AFFIDAVIT on the reverse of this page, the PLAINTIFF CONFIDENTIAL INFORMATION FORM, and the DEFENDANT INFORMATION FORM. | DATE 7/29/19 | PLAINTIFF'S SIGNATURE x *[signature]* |
|---|---|---|

This is a request for a civil order to protect the Plaintiff from future abuse or harassment. The actions of the Defendant may also constitute a crime subject to criminal penalties. For information about filing a criminal complaint, you may talk with the District Attorney's Office for the location where the alleged harassment occurred.

HA-1 (8/10)

| AFFIDAVIT | Describe in detail the most recent incidents of harassment. If the harassment consisted only of conduct that was willful and malicious but was not a violation of the listed criminal statutes, you must describe at least 3 separate incidents of such harassment. The judge requires as much information as possible, such as what happened, each person's actions, the dates, locations, any injuries, and any medical or other services sought. Also, describe any history of harassment, with as much of the above detail as possible. |
|---|---|

On or about March 28, 20/9 the Defendant AARON JACOB GREENSPAN INITIATED AN ONLINE HARASSMENT AND STALKING CAMPAIGN AGAINST MYSELF AND MY IMMEDIATE FAMILY, BY POSTING VILE COMMENTS ON DATING PSYCHOS.COM, online REPORT CHEATER.COM, REPORT CHEATING.COM, EXPOSE CHEATERS.COM, INTERNETCHEATERS.OM, BADBOYREPORT.COM, CYBER EXTORTIONER.COM, REPORTMYEX.COM, Plainsite.org, reportcheatingwife.com, reportmyex.com, reddit.com, and many more DEFENDANT THAT USED HIS TWITTER ACCOUNTS @Plainsite and @aarongreenspan to harrass he non-stop, uploading my home address, signature, wife's place of employment and more from 10/09/18 & 10/12/18/18, 10/17/18/ 12/1/18 and most recently using his twitter accounts to harrass me in May of 2019 exposing personal INFO. THE ORDER ISSUED BY THE SANTA CLARA SUPERIOR COURT IS IN EFFECT PRESENTLY.

If more space is needed, attach additional pages and check this box: ☐

I declare under penalty of perjury that all statements of fact made above, and in any additional pages attached, are true.

| DATE SIGNED 7/29/19 | PLAINTIFF'S SIGNATURE x _Diego M._ | |
|---|---|---|
| WITNESSED BY x | PRINTED NAME OF WITNESS | TITLE/RANK OF WITNESS |

| DEFENDANT INFORMATION FORM<br>AS PROVIDED BY PLAINTIFF<br>G.L. c. 209A *or* G.L. c. 258E | DOCKET NO. *(for court use only)*<br>4  19-2204 | Massachusetts Trial Court  |
|---|---|---|

This information is requested to help police to identify and locate the Defendant in order to serve the Defendant with a copy of any restraining Order that is issued. Please provide as much information as possible.

| DEFENDANT'S NAME<br>AARON JACOB GREENSPAN | DATE OF BIRTH<br>3/31/1983 |
|---|---|

| OTHER NAMES USED BY DEFENDANT, IF ANY<br>AARON GREENSPAN | PLACE OF BIRTH<br>UNKNOWN |
|---|---|

| MOTHER'S MAIDEN NAME (FIRST & LAST)<br>JUDITH KEENE GREENSPAN | FATHER'S NAME (FIRST & LAST)<br>NEIL SANFORD GREENSPAN | SOCIAL SECURITY NO.<br>UNKNOWN |
|---|---|---|

| SEX<br>☒ MALE<br>☐ FEMALE | RACE | EYES<br>Brown | HAIR<br>Black | HEIGHT<br>5'10" | WEIGHT<br>180 lbs | PHOTO AVAILABLE? *(very helpful for ID)*<br>☒ YES   ☐ NO |
|---|---|---|---|---|---|---|

| BUILD<br>SLIM | OTHER PHYSICAL CHARACTERISTICS *(beard, glasses, scars, tattoos, complexion, hairstyle)* |
|---|---|

| DEFENDANT'S HOME ADDRESS (NO., STREET, CITY, STATE, ZIP)<br>956 CAROLINE STREET<br>SAN FRANCISCO | DEFENDANT'S HOME TELEPHONE NO. |
|---|---|

| APT NO. | FLOOR NO. | NAME ON DOOR/MAILBOX | DOES DEFENDANT UNDERSTAND ENGLISH? ☒ YES  ☐ NO<br>IF NOT, WHAT LANGUAGES? |
|---|---|---|---|

| DEFENDANT'S EMPLOYER/WORKPLACE<br>THINK COMPUTER FOUNDATION/CORPORATION<br>Plainsite.org. | WORK TELEPHONE NO. |
|---|---|

| WORK ADDRESS (NO., STREET, CITY, STATE, ZIP)<br>956 CAROLINE STREET<br>SAN FRANCISCO, CA. 94107 | TITLE<br>OWNER/OPERATOR OF |
|---|---|

| DEPARTMENT | WORK HOURS |
|---|---|

| OTHER PLACES DEFENDANT MAY BE FOUND *(friends, bars, relatives, hangouts)* | BEST PLACE TO FIND DEFENDANT<br>UNKNOWN |
|---|---|

| MOTOR VEHICLE LICENSE PLATE | YEAR<br>2009 | MAKE<br>TOYOTA | MODEL<br>COROLLA | COLOR<br>TEAL | BEST TIMES TO FIND DEFENDANT<br>UNKNOWN |
|---|---|---|---|---|---|

DOES DEFENDANT HAVE: *(describe very briefly)*

A history of violence toward police officers? ☐ NO  ☐ YES

A history of using/abusing drugs or alcohol? ☐ NO  ☐ YES  What kind?

Access to guns, a license to carry, or possess a gun? ☐ NO  ☐ YES  What kind?

Psychiatric/emotional problems? ☐ NO  ☒ YES  What kind? STALKING, HARASSMENT ONLINE STALKING.

ANY OTHER INFORMATION WHICH MIGHT BE HELPFUL IN LOCATING THE DEFENDANT
DEF. AARON JACOB GREENSPAN ALSO IS USING HIS PARENTS ADDRESS AT 20560 SHELBURNE ROAD, SHAKER HEIGHTS, OHIO IN OTHER FORMS AND IS WELL KNOWN TO THE SHAKER.

| DATE SIGNED<br>7/29/2019 | PRINT PLAINTIFF'S NAME<br>DIEGO MAS MARQUES | PLAINTIFF'S SIGNATURE<br>x *Diego Mas* |
|---|---|---|

FA/HA-5 (5/10)

| HARASSMENT PREVENTION ORDER G.L. c. 258E | DOCKET NO. NO 19-2204 | Massachusetts Trial Court |
|---|---|---|

| PLAINTIFF'S NAME Datla Mad MARQUES |  | COURT NAME & ADDRESS Middlesex Superior Court 200 Trade Center, 2nd Floor Woburn, MA 01801 |
|---|---|---|

| DEFENDANT'S NAME AND ADDRESS Aaron Jacob Greenspan | ALIAS, IF ANY NONE | |
|---|---|---|
| | DATE OF BIRTH | |
| | SEX ☑ Male ☐ Female | MOTHER'S MAIDEN NAME (FIRST & LAST) |
| | PLACE OF BIRTH | |
| | SOCIAL SECURITY NO.  DAYTIME PHONE NO. | FATHER'S NAME (FIRST & LAST) |

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE** punishable by imprisonment or fine or both.

**A. THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT:** *(only those items checked shall apply)*

☑ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of harassment.

☑ This Order was communicated by telephone from the Judge named below to:

Police Dept. _____  Police Officer _____

☑ 1. **YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF** by harming or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm. **YOU ARE ALSO ORDERED NOT TO HARASS THE PLAINTIFF** (1) by any willful and malicious conduct aimed at the Plaintiff and intended to cause fear, intimidation, abuse or damage to property, or (2) by using force, threat or duress to make the Plaintiff engage in sexual relations unwillingly, or (3) by committing any of the following: indecent assault and battery, rape, statutory rape, assault with intent to rape (G.L. c. 265, §§ 13B, 13F, 13H, 22, 22A, 23, 24, 24B), enticing a child (§ 26C), criminal stalking (§ 43), criminal harassment (§ 43A), or drugging for sexual intercourse (G.L. c.272, §3).

☑ 2. **YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF** either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least _300_ yards from the Plaintiff even if the Plaintiff seems to allow or request contact. The only exception to this Order is that you may send to the Plaintiff by mail or by sheriff or other authorized officer copies of papers filed with the court when that is required by statute or court rule.

☑ 3. **YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S RESIDENCE** located at _WHEREVER LOCATED_

and wherever else you have reason to know the Plaintiff may reside.

☐ If this box is checked, you are also **ORDERED** to remain away from the entire apartment building or other multiple family dwelling in which the Plaintiff's residence is located.

☑ 4. **YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S WORKPLACE** located at _WHEREVER LOCATED_

and wherever else you have reason to know the Plaintiff may work.

☐ 5. **YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF** for $ _____ in losses suffered as a direct result of the harassment, to be paid in full on or before _____ , 20 ____  ☐ by mailing directly to the Plaintiff. ☐ through the Court.

☐ 6. _____

**B. NOTICE TO LAW ENFORCEMENT**

1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a certified copy of this Order (and Summons) and make return of service to this court. If this box is checked ☐ service may instead be made by leaving such copies at the Defendant's address shown above but only if the police officer is unable to deliver such copies in hand to the Defendant.
2. Defendant Information Form accompanies this Order. ☐ 3. Police reports are on file at the _____ P.D.
☐ 4. Outstanding warrants for the Defendant's arrest: PCF No. _____ Docket No(s). _____
☐ 5. An imminent threat exists of bodily injury to the Plaintiff. _____ P.D. notified by ☐ telephone ☐ other: _____

| DATE OF THIS ORDER 7/29/19 | TIME OF THIS ORDER -4:07 ☐ A.M. ☑ P.M. | EXPIRATION DATE OF THIS ORDER 3AM 8/6/19 at 4 P.M. | SIGNATURE/NAME OF JUDGE |
|---|---|---|---|
| NEXT HEARING DATE 8/6/19 | at 2 ☐ A.M. ☑ P.M. in Courtroom 620 | | X MDRicciuti |

| FIRST OR CHIEF JUSTICE WITNESS: | A TRUE COPY ATTEST: X | CLERK-MAGISTRATE/ASST. CLERK X |
|---|---|---|

The Plaintiff must appear at scheduled hearings, or this Order will expire. The Defendant may appear, with or without an attorney, to oppose any extension or modification of this Order. If the Defendant does not appear, the Order may be extended or modified as determined by the Judge. For good cause, either the Plaintiff or the Defendant may request the Court to modify this Order before its scheduled expiration date. **NOTICE TO DEFENDANT:** If the Plaintiff is your spouse or former spouse, or the parent of a child of the Plaintiff, or you cohabit or have cohabited with the Plaintiff, the purchase and/or possession of a firearm or ammunition while this order is in effect is a federal crime, subject to certain exceptions. 18 U.S.C. §§ 922(g)(8) and 925.

HA-2 (5/10)

AFTER HEARING, ORDER REMAINS IN EFFECT UNTIL 5PM 9/6/19
MDRICCIUTI, J 8/27/19

COURT COPY

*(right margin handwritten, vertical:)* AFTER HEARING, ORDER REMAINS IN EFFECT UNTIL 8/27/19 AT 5PM, MDRICCIUTI, J 8/6/19

| **AFFIDAVIT FOR FILING**<br>**OUT-OF-STATE PROTECTIVE ORDER**<br>G.L. c. 209A, § 5A *or* G.L. c. 258E, § 7 | MASSACHUSETTS DOCKET NO.<br>*(for court use only)* | **Massachusetts Trial Court**  |
|---|---|---|

Pursuant to G.L. c. 209A, § 5A or G.L. c. 258E, § 7, I swear or affirm that to the best of my knowledge the order issued by

SANTA CLARA SUPERIOR CT. of  CALIFORNIA

(court)          (state)

a certified copy of which is submitted with this affidavit, is presently in effect as written.

Signed under the penalties of perjury.

| DATE SIGNED<br>July 29, 2019 | PLAINTIFF'S SIGNATURE<br>x  *Olga Mac Morgan* |
|---|---|

<em>Please submit with this affidavit a certified copy of the other state's court order<br>and the Massachusetts "PLAINTIFF CONFIDENTIAL INFORMATION" and "DEFENDANT INFORMATION PROVIDED BY PLAINTIFF" forms.</em>

### STATUTORY EXCERPTS

**G.L. c. 209A, § 1.** "As used in this chapter the following words shall have the following meanings: . . . .
"'Protection order issued by another jurisdiction', any injunction or other order issued by a court of another state, territory or possession of the United States, the Commonwealth of Puerto Rico, or the District of Columbia, or tribal court that is issued for the purpose of preventing violent or threatening acts or harassment against, or contact or communication with or physical proximity to another person, including temporary and final orders issued by civil and criminal courts filed by or on behalf of a person seeking protection."

**G.L. c.209A, § 5A.** "Any protection order issued by another jurisdiction, as defined in section one, shall be given full faith and credit throughout the commonwealth and enforced as if it were issued in the commonwealth for as long as the order is in effect in the issuing jurisdiction.
"A person entitled to protection under a protection order issued by another jurisdiction may file such order . . . by filing with the court a certified copy of such order which shall be entered into the statewide domestic violence record keeping system established pursuant to the provisions of [St. 1992, c. 188, § 7] and maintained by the office of the commissioner of probation. Such person shall swear under oath in an affidavit, to the best of such person's knowledge, that such order is presently in effect as written. Upon request by a law enforcement agency, the register or clerk of such court shall provide a certified copy of the protection order issued by the other jurisdiction.
"A law enforcement officer may presume the validity of, and enforce . . . a copy of a protection order issued by another jurisdiction which has been provided to the law enforcement officer by any source; provided, however, that the officer is also provided with a statement by the person protected by the order that such order remains in effect. Law enforcement officers may rely on such statement by the person protected by such order."

**G.L. c. 258E, § 1.** "As used in this chapter the following words shall, unless the context clearly requires otherwise, have the following meanings . . . .
"'Protection order issued by another jurisdiction', an injunction or other order issued by a court of another state, territory or possession of the United States, the Commonwealth of Puerto Rico, or the District of Columbia, or a tribal court that is issued for the purpose of preventing violent or threatening acts, abuse or harassment against, or contact or communication with or physical proximity to another person, including temporary and final orders issued by civil and criminal courts filed by or on behalf of a person seeking protection."

**G.L. c. 258E, § 7.** "Any protection order issued by another jurisdiction shall be given full faith and credit throughout the commonwealth and enforced as if it were issued in the commonwealth for as long as the order is in effect in the issuing jurisdiction.
"A person entitled to protection under a protection order issued by another jurisdiction may file such order with the appropriate court by filing with the court a certified copy of such order. Such person shall swear under oath in an affidavit, to the best of such person's knowledge, that such order is presently in effect as written. Upon request by a law enforcement agency, the clerk or clerk-magistrate of such court shall provide a certified copy of the protection order issued by the other jurisdiction.
"A law officer may presume the validity of, and enforce . . . a copy of a protection order issued by another jurisdiction which has been provided to the law officer by any source; provided, however, that the officer is also provided with a statement by the person protected by the order that such order remains in effect. Law officers may rely on such statement by the person protected by such order."

FA/HA-9 (5/10)

Amended

## CH-130  Civil Harassment Restraining
Order After Hearing on Cross-Request

Clerk stamps date here when form is filed.

**FILED**

2019 JUL 22 P 4: 41

CLERK OF THE COURT
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
BY _____ DEPUTY
F. Tong-Miller

Person in ① must complete items ①, ②, and ③ only.

### ① Protected Person

a. Your Full Name: Diego Mas Marques

Your Lawyer (if you have one for this case)
Name: self-represented   State Bar No.: _____
Firm Name: self-represented

b. Your Address (If you have a lawyer, give your lawyer's information.
If you do not have a lawyer and want to keep your home address
private, you may give a different mailing address instead. You do not
have to give telephone, fax, or e-mail.)
Address: PO Box 560042

City: Medford   State: MA   Zip: 02156
Telephone: _____   Fax: _____
E-Mail Address: _____

Fill in court name and street address:
Superior Court of California, County of
Santa Clara
191 N. First Street
San Jose, CA 95113
Civil Courthouse

Court fills in case number when form is filed.

Case Number:
18CH008067

### ② Restrained Person
Full Name: Aaron Jacob Greenspan
Description:

Sex: ☒ M   ☐ F   Height: 5'10"   Weight: 160   Date of Birth: Mar 31, 1983
Hair Color: brown   Eye Color: brown   Age: 35   Race: White
Home Address (if known): 500 Race Street Suite 4321
City: San Jose   State: CA   Zip: 95126
Relationship to Protected Person: Individual is continuously harassing me

### ③ ☒ Additional Protected Persons
In addition to the person named in ①, the following family or household members of that person are protected by
the orders indicated below:

| Full Name | Sex | Age | Lives with you? | How are they related to you? |
|---|---|---|---|---|
| Mary Mas Marques | F | 57 | ☒ Yes ☐ No | wife |
| Diego Mas Marques Sr. | M | 75 | ☒ Yes ☐ No | father |

☒ Check here if there are additional persons. List them on an attached sheet of paper and write "Attachment 3—
Additional Protected Persons" as a title. You may use form MC-025, Attachment.

### ④ Expiration Date

This Order, except for any award of lawyer's fees, expires at

Time: 11:59   ☐ a.m. ☒ p.m. ☐ midnight on (date): 8.-5.-19

If no expiration date is written here, this Order expires three years from the date of issuance.

**This is a Court Order.**

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2018, Mandatory Form
Code of Civil Procedure, §§ 627.6 and 527.9
Approved by DOJ

Civil Harassment Restraining Order After Hearing
(CLETS-CHO) Cross-Request
(Civil Harassment Prevention)

CH-130, Page 1 of 6 →

Amended

Case Number:
18CH008067

(5) **Hearing**

a. There was a hearing on *(date):* May 2, 2019_____ at *(time):* 1:30pm___ in Dept.: 11___ Room:_____
   *(Name of judicial officer):* Hon. Carol Overton_____ made the orders at the hearing.

b. These people were at the hearing:
   (1) ☒ The person in ①. (3) ☐ The lawyer for the person in ① *(name):* _____
   (2) ☒ The person in ②. (4) ☐ The lawyer for the person in ② *(name):* _____
   ☐ Additional persons present are listed at the end of this Order on Attachment 5.

c. ☐ The hearing is continued. The parties must return to court on *(date):* _____ at *(time):* _____

**To the Person in ②**

The court has granted the orders checked below. If you do not obey these orders, you can be arrested
and charged with a crime. You may be sent to jail for up to one year, pay a fine of up to $1,000, or both.

(6) ☒ **Personal Conduct Orders**

a. You must not do the following things to the person named in ①
   ☒ and to the other protected persons listed in ③:
   (1) ☒ Harass, intimidate, molest, attack, strike, stalk, threaten, assault (sexually or otherwise), hit, abuse,
       destroy personal property of, or disturb the peace of the person.
   (2) ☒ Contact the person, either directly or indirectly, in any way, including, but not limited to, in person, by
       telephone, in writing, by public or private mail, by interoffice mail, by e-mail, by text message, by fax,
       or by other electronic means.
   (3) ☒ Take any action to obtain the person's address or location. If this item (3) is not checked, the court has
       found good cause not to make this order.
   (4) ☒ Other *(specify):*
       ☐ Other personal conduct orders are attached at the end of this Order on Attachment 6a(4).
       not to obtain addresses, phone numbers or any personal data/not to upload on search engines

b. Peaceful written contact through a lawyer or process server or other person for service of legal papers related to
   a court case is allowed and does not violate this Order.

(7) ☒ **Stay-Away Orders**

a. You must stay at least    300    yards away from *(check all that apply):*
   (1) ☒ The person in ①.                     (7) ☐ The place of child care of the children of
   (2) ☒ Each person in ③.                        the person in ①.
   (3) ☒ The home of the person in ①.         (8) ☒ The vehicle of the person in ①.
   (4) ☒ The job or workplace of the person   (9) ☐ Other *(specify):*
       in ①.                                     _____
   (5) ☒ The school of the person in ①.          _____
   (6) ☐ The school of the children of the       _____
       person in ①.                              _____

b. This stay-away order does not prevent you from going to or from your home or place of employment.

**This is a Court Order.**

**Civil Harassment Restraining Order After Hearing**
                                    **(CLETS-CHO)**                              →
                                **(Civil Harassment Prevention)**

Case Number:
18CH008067

(8) **No Guns or Other Firearms and Ammunition**

a. You cannot own, possess, have, buy or try to buy, receive or try to receive, or in any other way get guns, other firearms, or ammunition.

b. If you have not already done so, you must:
- Within 24 hours of being served with this Order, sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms in your immediate possession or control.
- File a receipt with the court within 48 hours of receiving this Order that proves that your guns or firearms have been turned in, sold, or stored. *(You may use form CH-800, Proof of Firearms Turned In, Sold, or Stored, for the receipt.)*

c. ☐ The court has received information that you own or possess a firearm.

d. ☐ The court has made the necessary findings and applies the firearm relinquishment exemption under Code of Civil Procedure section 527.9(f). Under California law, the person in (2) is not required to relinquish this firearm *(specify make, model, and serial number of firearm(s)):* _____

_____

The firearm must be in his or her physical possession only during scheduled work hours and during travel to and from his or her place of employment. Even if exempt under California law, the person in (2) may be subject to federal prosecution for possessing or controlling a firearm.

(9) ☐ **Lawyer's Fees and Costs**

The person in ___ must pay to the person in ___ the following amounts for

☐ lawyer's fees    ☐ costs:

| Item | Amount | Item | Amount |
|------|--------|------|--------|
| | $ | | $ |
| | $ | | $ |

☐ Additional items and amounts are attached at the end of this Order on Attachment 9.

(10) ☐ **Possession and Protection of Animals**

a. ☐ The person in (1) is given the sole possession, care, and control of the animals listed below, which are owned, possessed, leased, kept, or held by him or her, or reside in his or her household. *(Identify animals by, e.g., type, breed, name, color, sex.)*

_____

_____

b. ☐ The person in (2) must stay at least _____ yards away from, and not take, sell, transfer, encumber, conceal, molest, attack, strike, threaten, harm, or otherwise dispose of, the animals listed above.

(11) ☐ **Other Orders** *(specify):*

_____

_____

_____

☐ Additional orders are attached at the end of this Order on Attachment 11.

**This is a Court Order.**

Revised January 1, 2018    **Civil Harassment Restraining Order After Hearing**    CH-130, Page 3 of 6
**(CLETS-CHO)**    →
**(Civil Harassment Prevention)**

| Case Number: |
|---|
| 18CH008067 |

## To the Person in ①

(12) **Mandatory Entry of Order Into CARPOS Through CLETS**

This Order must be entered into the California Restraining and Protective Order System (CARPOS) through the California Law Enforcement Telecommunications System (CLETS). *(Check one):*

a. ☐  The clerk will enter this Order and its proof-of-service form into CARPOS.

b. ☒  The clerk will transmit this Order and its proof-of-service form to a law enforcement agency to be entered into CARPOS.

c. ☐  By the close of business on the date that this Order is made, the person in ① or his or her lawyer should deliver a copy of the Order and its proof-of-service form to the law enforcement agency listed below to enter into CARPOS:

<u>Name of Law Enforcement Agency</u>                    <u>Address (City, State, Zip)</u>

☐  Additional law enforcement agencies are listed at the end of this Order on Attachment 12.

(13) **Service of Order on Restrained Person**

a. ☒  The person in ② personally attended the hearing. No other proof of service is needed.

b. ☐  The person in ② did not attend the hearing.

    (1) ☐  Proof of service of form CH-110, *Temporary Restraining Order*, was presented to the court. The judge's orders in this form are the same as in form CH-110 except for the expiration date. The person in ② must be served with this Order. Service may be by mail.

    (2) ☐  The judge's orders in this form are different from the temporary restraining orders in form CH-110. Someone—but not anyone in ① or ③—must personally serve a copy of this Order on the person in ②.

(14) ☒ **No Fee to Serve (Notify) Restrained Person**

The sheriff or marshal will serve this Order without charge because:

a. ☒  The Order is based on unlawful violence, a credible threat of violence, or stalking.

b. ☐  The person in ① is entitled to a fee waiver.

(15) Number of pages attached to this Order, if any: _____

Date: _____7 - 22 - 19_____

_Judicial Officer_

Carol Overton

## This is a Court Order.

**Civil Harassment Restraining Order After Hearing
(CLETS-CHO)**
**(Civil Harassment Prevention)**

Case Number:
18CH008067

## Warning and Notice to the Restrained Person in ❷

### You Cannot Have Guns or Firearms

Unless item 8d is checked, you cannot own, have, possess, buy or try to buy, receive or try to receive, or otherwise get guns, other firearms, or ammunition while this Order is in effect. If you do, you can go to jail and pay a $1,000 fine. You must sell to or store with a licensed gun dealer, or turn in to a law enforcement agency, any guns or other firearms that you have or control as stated in item ⑧ above. The court will require you to prove that you did so.

## Instructions for Law Enforcement

### Enforcing the Restraining Order

This Order is enforceable by any law enforcement agency that has received the Order, is shown a copy of the Order, or has verified its existence on the California Restraining and Protective Order System (CARPOS). If the law enforcement agency has not received proof of service on the restrained person, and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the Order and then must enforce it. Violations of this Order are subject to criminal penalties.

### Start Date and End Date of Orders

This Order *starts* on the date next to the judge's signature on page 4 and *ends* on the expiration date in item ④ on page 1.

### Arrest Required If Order Is Violated

If an officer has probable cause to believe that the restrained person had notice of the order and has disobeyed it, the officer must arrest the restrained person. (Pen. Code, §§ 836(c)(1), 13701(b).) A violation of the order may be a violation of Penal Code section 166 or 273.6. Agencies are encouraged to enter violation messages into CARPOS.

### Notice/Proof of Service

The law enforcement agency must first determine if the restrained person had notice of the order. Consider the restrained person "served" (given notice) if (Pen. Code, § 836(c)(2)):

* The officer sees a copy of the *Proof of Service* or confirms that the *Proof of Service* is on file; *or*
* The restrained person was at the restraining order hearing or was informed of the order by an officer.

An officer can obtain information about the contents of the order and proof of service in CARPOS. If proof of service on the restrained person cannot be verified and the restrained person was not present at the court hearing, the agency must advise the restrained person of the terms of the order and then enforce it.

### If the Protected Person Contacts the Restrained Person

Even if the protected person invites or consents to contact with the restrained person, this Order remains in effect and must be enforced. The protected person cannot be arrested for inviting or consenting to contact with the restrained person. The orders can be changed only by another court order. (Pen. Code, § 13710(b).)

## This is a Court Order



| Case Number: |
|---|
| 18CH008067 |

## Conflicting Orders—Priorities of Enforcement

**If more than one restraining order has been issued, the orders must be enforced according to the following priorities:** *(See Pen. Code, § 136.2; Fam. Code, §§ 6383(h)(2), 6405(b).)*

1. *EPO:* If one of the orders is an *Emergency Protective Order* (form EPO-001) and is more restrictive than other restraining or protective orders, it has precedence in enforcement over all other orders.
2. *No-Contact Order:* If there is no EPO, a no-contact order that is included in a restraining or protective order has precedence over any other restraining or protective order.
3. *Criminal Order:* If none of the orders includes a no contact order, a domestic violence protective order issued in a criminal case takes precedence in enforcement over any conflicting civil court order. Any nonconflicting terms of the civil restraining order remain in effect and enforceable.
4. *Family, Juvenile, or Civil Order:* If more than one family, juvenile, or other civil restraining or protective order has been issued, the one that was issued last must be enforced.

*Clerk's Certificate*
*[seal]*

*(Clerk will fill out this part.)*
**—Clerk's Certificate—**

I certify that this *Civil Harassment Restraining Order After Hearing* is a true and correct copy of the original on file in the court.

Date: _____   Clerk, by _____, Deputy

**This is a Court Order**

**Civil Harassment Restraining Order After Hearing**
**(CLETS-CHO)**
(Civil Harassment Prevention)

Attachment #3 Additional Protected Persons
05/02/2019
18CH008067

MasMarques vs. Greenspan

| Name | Sex | Age | Household Member | Relation to Protected Person |
|------|-----|-----|------------------|------------------------------|
| Evan Bulman | M | 26 | YES | Son |

THE FOREGOING INSTRUMENT IS
A CORRECT COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE

JUL 2 3 2019

Clerk of the Court
SUPERIOR COURT OF CA COUNTY OF SANTA CLARA
BY _____ DEPUTY

K. Kubo                     Legal Process Clerk

**<u>EXHIBIT C</u>**
Chart of False Statements by Respondent Diego MasMarques, Jr.

**Santa Clara County Superior Court Case No. 18CH008067**
**Greenspan v. MasMarques**
False Statements by Mr. MasMarques

| No. | Lie by Mr. MasMarques | Source(s) | Contradictory Evidence |
|---|---|---|---|
| 1 | Aaron Greenspan is extorting people | Various Harassing Posts; Ohio Attorney General Complaint | Mr. MasMarques tried to bribe Aaron Greenspan on May 3, 2017, who refused to accept any money in exchange for content removal |
| 2 | "Q: Did you call [Aaron Greenspan] a parasite? A: No." | February 28, 2019 Transcript 83:15-17 | On March 13, 16, 20 and 2017, Mr. MasMarques sent five different messages through the PlainSite Contact Us form using the word "parasite" |
| 3 | "Q: Did you call [Aaron Greenspan] a sociopath? A: No." | February 28, 2019 Transcript 83:18-19 | The word "sociopath" has been used on at least 100 posts authored by Mr. MasMarques |
| 4 | Mr. MasMarques was convicted of *involuntary* manslaughter | December 12, 2018 Transcript 33:5-21; February 28, 2019 Transcript 27:8-15 | PACER metadata states "Voluntary Manslaughter," as does the Court's opinion (Trial Exhibit 16). PACER document states that the United States Sentencing Commission considered the crime "murder." |
| 5 | Aaron Greenspan has published sealed documents | July 3, 2018 Form CH-100 Page 3 | Posted documents are not sealed; no sealed documents are posted. |
| 6 | Aaron Greenspan is guilty of tax evasion | February 28, 2019 Transcript 12:22-23 | Mr. MasMarques has provided no proof; it is not true. (Impossible to prove a negative.) |
| 7 | Aaron Greenspan owns a weapon (i.e. a gun) | July 3, 2018 Form CH-100 Page 3 | Mr. MasMarques has provided no proof; it is not true. (Impossible to prove a negative.) |
| 8 | Aaron Greenspan owns Leagle.com | Ohio Attorney General Complaint; Arkansas Attorney General Complaint; Massachusetts Criminal Charges Application | Mr. MasMarques has provided no proof; it is not true. (Impossible to prove a negative.) |
| 9 | Aaron Greenspan hacked Mr. MasMarques's MSN email account | February 28, 2019 Transcript 47:6-7, IC3 Complaint attached to July 3, 2018 Form CH-100; July 3, 2018 Form CH-610 | Mr. MasMarques has provided no proof; it is not true. (Impossible to prove a negative.) |
| 10 | Aaron Greenspan hacked into "legal database of [Orrick]" (law firm in ConnectU case) | February 28, 2019 Transcript 47:25-27 | Mr. MasMarques has provided no proof; it is not true. (Impossible to prove a negative.) |
| 11 | Aaron Greenspan selectively uploads of only the most negative legal documents | July 3, 2018 Form CH-100 Pages 1, 3; December 12, 2018 Transcript 128:25-28 | Mr. MasMarques has provided no proof; it is not true. (Impossible to prove a negative.) |
| 12 | Aaron Greenspan harassed Mary Bulman by phone | July 3, 2018 Form CH-100 Page 2 | Mr. MasMarques has provided no proof; it did not happen. (Impossible to prove a negative.) |
| 13 | Mary Bulman was not served | December 12, 2018 Transcript 21:11-24; Affidavit of "Mary Mas Marques" Filed August 3, 2018 attached to Form CH-610 | April 19, 2018 Declaration of Robert Bolivar, Constable, describing Mary Bulman, Wife as "white female, brown hair, 40's, 5'7, 200 lbs" |
| 14 | "Mr. Greenspan is taking my name...and he's altering it to no end. He's changing my first name to Rick..." | February 28, 2019 Transcript 37:23-25 | Used "Rick" in 2011 in John. J. O'Connor & Son Funeral Home Notice, as well as rickymas@msn.com e-mail, as well as signing messages "Rick" |
| 15 | Aaron Greenspan has uploaded documents about Mr. MasMarques to third-party websites | July 3, 2018 Form CH-600 / Form MC-025, Page 4 | Mr. MasMarques has provided no proof; it is not true. (Impossible to prove a negative.) |
| 16 | Aaron Greenspan has specifically "made sure that [documents] are coming up under my | February 28, 2019 Transcript 38:7-10 | Mr. MasMarques has provided no proof; it is not true. (Impossible to prove a negative.) |

| | | | |
|---|---|---|---|
| | wife's name [on search engines]." | | |
| 17 | Aaron Greenspan runs a fake/fraudulent non-profit organization | Various Harassing Posts; July 3, 2018 Form CH-600 / Form MC-025, Page 4 | Mr. MasMarques has provided no proof; it is not true. (Impossible to prove a negative.) |
| 18 | "Attorney's Fees: 7,500; Court Costs: 2,000" | July 3, 2018 Form CH-600 Page 3; July 3, 2018 Form CH-100 Page 5 | Mr. MasMarques has not been represented by counsel in these proceedings and has not paid any court costs |
| 19 | Aaron Greenspan "stalked" Mr. MasMarques after the December 12, 2018 hearing | March 26, 2019 Declaration of Diego MasMarques (Filed March 27, 2019) and attached Declaration of John X. Haro | April 2, 2019 Declaration of Aaron Greenspan and attached receipts |
| 20 | Aaron Greenspan has posted pictures of another person under Mr. MasMarques's name on gripe sites with comments | February 28, 2019 Transcript 39:24-41:4 | Mr. MasMarques has provided no proof; it is not true. (Impossible to prove a negative.) |
| 21 | Aaron Greenspan insisted on taking Mr. MasMarques's photograph in court | February 28, 2019 Transcript 43:22-44:3 | Mr. MasMarques has provided no proof; it is not true. He could not possibly have heard anything I said from inside the elevator. |
| 22 | "There was never a picture of [Mr. MasMarques] online at all." | February 28, 2019 Transcript 47:11 | There are several pictures of Mr. MasMarques freely available online on the website of *Ultima Hora*. |
| 23 | "Q: Do you have any other names or aliases that you use or have used in the last three years? A: No." | February 28, 2019 Transcript 63:19-21 | Numerous e-mails from various aliases associated with Mr. MasMarques's name and/or IP address; numerous gripe site posts under various aliases. |
| 24 | "I only [posted on ComplaintsBoard] one time. That's it." | February 28, 2019 Transcript 68:20 | Numerous posts associated with Mr. MasMarques's writing style; at least two ComplaintsBoard accounts already associated with Mr. MasMarques's known e-mail address. |
| 25 | "I have no social media at all." | February 28, 2019 Transcript 68:23 | @badbadwebsites Twitter account; @R62607249 Twitter account |
| 26 | "Q: Did you ever search for images of Mr. Greenspan's father, Dr. Neil Greenspan? A: No, I did not." | February 28, 2019 Transcript 77:19-21 | Server logs in Trial Exhibit 11 |
| 27 | "Q: Did you ever access an image of Dr. Greenspan? A: No, I did not." | February 28, 2019 Transcript 77:22-23 | Server logs in Trial Exhibit 11 |
| 28 | Aaron Greenspan is a vexatious litigant | Various Harassing Posts; March 28, 2019 Motion Filed by Mr. MasMarques | Fails to meet the statutory definition of vexatious litigant |
| 29 | "There's another [criminal charge] that's going to be dismissed next month in June." | May 2, 2019 Transcript 31:17-18 | No criminal charges in the Marlborough District Court against Mr. MasMarques have been dismissed as of September 10, 2019. |
| 30 | "I'm not the one being charged, your Honor." | May 2, 2019 Transcript 32:23-24 | Mr. MasMarques is being criminally charged on multiple counts. |
| 31 | "Q: How many accounts do you have on ComplaintsBoard? A: One. One. I think one account." | May 2, 2019 Transcript 56:28-57:2 | More than one e-mail address Mr. MasMarques has disclosed to the Court is already in use on ComplaintsBoard.com. |
| 32 | "Q: Do you control the Twitter account @badbadwebsites, which was established on or around March 30th, 2018? A: No." | May 2, 2019 Transcript 57:13-57:15 | The @badbadwebsites posted harassing materials regarding Petitioner and Dr. Greenspan with the exact same writing style as Mr. MasMarques's court filings and other fake accounts |
| 33 | "I don't have anything to do with these names that he's saying." | May 2, 2019 Transcript 64:24-25 | The harassing and threatening e-mail messages sent from "Vincent Bellomo" were sent from Mr. MasMarques's IP address. |

**EXHIBIT D**
Round-Trip Gas Cost Calculations

<u>From Petitioner's Former Home in San Jose to the Court</u>

2.4 miles × 2 ÷ 29 miles/gallon = 0.1655 gallons × \$3.50/gallon = \$0.58

<u>From Petitioner's Home in San Francisco to the Court</u>

46 miles × 2 ÷ 29 miles/gallon = 3.1724 gallons × \$3.50/gallon = \$11.10

**EXHIBIT E**
Receipts and Invoices in Support of Requested Fees and Costs

# Francis J. Trapasso & Associates

**Invoice**

| Date | Invoice # |
|---|---|
| 4/19/2018 | 148200 |



Plainsite
Aaron Greenspan
500 Race Street, Apt 4321
San Jose, CA 95126

## To wit: Witness/Defendant Served

Diego MasMarques
aka Diego Mas Howard aka 'Ricky"
4512 Willow Trail
Marlborough, MA 01752-2265

| Case Number | Date Served | Time | Court Date | How Served |
|---|---|---|---|---|
| 18CH008067 | 4/19/2018 | 12.51PM | | At Last & Usual |

| Job Information | Type of Service | Amount |
|---|---|---|
| Aaron Jacob Greenspan v. Diego MasMarques aka Diego Mas Howard aka Ricky<br><br>with Mary Bulman, Wife<br>Note multiple attempts were made for in hand service | Temporary Restrai... | 75.00 |
| | **Total** | $75.00 |
| | **Payments/Credits** | -$75.00 |
| Thank you for your business. | **Balance Due** | $0.00 |

Constables, Auctioneers and Professional Process Servers
47 Harvard Street, Worcester, MA 01609  Telephone 508.798.0287  Fax 508.798.5585

Superior Court of California
County of Santa Clara

Aaron Jacob Greenspan

v.                                          No: 2018-DR

Diego MasMarques aka Diego Mas Howard aka "Ricky"

For Service upon:  Diego MasMarques aka Diego Mas Howard aka "Ricky"

I, Robert Bolivar, the undersigned, do hereby attest and affirm that I was, at the time of service, over the age of 18, not a party to this action, and a citizen of the United States.

Date of Service: April 19, 2018

Documents Served: CH-109 Notice of Court Hearing, CH-110 Temporary Restraining Order, CH-100 Request for Civil Harassment Restraining Orders, Letter to Lisa Dube US Probation Officer dated June 16, 2009, Letter to Michael J. Fitzpatrick Chief US Probation Officer dated May 27, 2009, Letter to John M. Bacon Chief US Probation Officer dated April 9, 2009, Declaration in Support of Ex Parte Application for Civil Restraining Orders, CH-120 Response to Request for Civil Harassment Restraining Orders (blank form), CH-120-INFO How can I respond to a request for Civil Harassment Restraining Orders?, CH-250 Proof of Service of Response by Mail, CH-800 Proof of Firearms Turned in, sold, or stored (blank), CH-800-Info How do I turn in sell or store my firearms?. FW-001 Request to Waive Court Fees, FW-003 Order on Court Fee Waiver (Superior Court).

Place of Service: 4512 Willow Trail, Marlborough, Massachusetts.

Manner of Service: by leaving at Diego MasMarques aka Diego Mas Howard aka "Ricky" last and usual place of abode with Mary Bulman, Wife.

Attempts were made to serve in hand on:
4/6/18 at 10:18 left card with Mary Bulman
4/12/18 at 1:40 left card
4/13/18 at 10:33 left card with Mary Bulman
4/17/18 at 4:00 left card
4/18/18 at 12:20 left card

Time of Service: 12:51 PM

Description: white female, brown hair, 40's, 5'7, 200 lbs.

I do hereby attest and affirm service was made on the within named, Diego MasMarques aka Diego Mas Howard aka "Ricky", 4512 Willow Trail, in said Marlborough, Massachusetts.

**MILITARY SERVICE:** Upon information and belief I state that the defendant is not in the military service of the United States as that term is defined in the Federal statute.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on April 19, 2018.

Subscribed and sworn before me the 19th day of April 2018.

Krystal Gagnon, Notary Public
Commission Date: December 18th, 2020

Robert Bolivar,
Constable and Disinterested Person

KRYSTAL GAGNON
Notary Public
Commonwealth of Massachusetts
My Commission Expires Dec. 18, 2020



*The Commonwealth of Massachusetts*
*Middlesex Sheriff's Office*
*Civil Process Division*
*P.O. Box 410180*
*Cambridge, Massachusetts 02141*
*Phone (617) 547-1171 Fax (617) 868-1128*

*Select One:*     Return: _____          Diligent Search: X          Special Service: ____

Research (Enforcement): _____          Attempt (Enforcement): ____

Deputy: CULLITON

Jacket No.: 18009318

Service/Action: IN HAND

Party Served: DIEGO MASMARQUES          Contact Info: 781-874-2088

Issue/Notes: WRONG ADDRESS, DOESN'T LIVE IN MARLBORO
LIVES IN MEDFORD

*Include details on number of attempts, research conducted, and other details. For research,
please describe findings, subject to applicable laws governing disclosure.*

Suggest Physical Arrest (*Notice Capias only*):          _____

Approved by:     Denise Breen                    $25-
                 Name                    Amount
                 Deputy Director                  5/4/18
                 Title                   Date

| FOR COMPTROLLER'S USE ONLY | |
|---|---|
| Amount of Refund: | _____ |
| Check Number: | _____ |

White: Client                    Yellow: Jacket                    Pink: Comptroller



*The Commonwealth of Massachusetts*
*Middlesex Sheriff's Office*
*Civil Division*
*P.O. Box 410180*
*271 Cambridge Street*
*Cambridge Massachusetts 02141-0002*
*Phone (617) 547-1171 Fax (617) 868-7244*

Peter J. Koutoujian
*SHERIFF*

AARON GREENSPAN
500 RACE STREET, APARTMENT 4321
San JOSE CA 95126

| | |
|---|---|
| Court Docket #: | 18CH008067 |
| Amount Due: | $ 0.00 |
| Invoice #: | 18009318 |
| Invoice Date: | 05/22/2018 |
| Your File #: | |

Phone:415-670-9350

PLEASE NOTE: RETURN THIS TOP PORTION WITH YOUR PAYMENT To **P.O. Box 410180 Cambridge, MA 02141-0002**

---

Payment of this invoice is due upon receipt

## Payment Due Upon Receipt

Writ: NOTICE OF COURT HEARINF, TRANSFER OF SUPERVUISION, TEM

Please send a copy of this invoice with your remittance

AARON JACOB GREENSPAN
vs.
DIEGO MASMARQUES

| | |
|---|---|
| Invoice #: | 18009318 |
| Invoice Date: | 05/22/2018 |
| Court: | CALIFORNIA |

Serve:  DIEGO MASMARQUES

1 WALKING CT,
APT. F
MEDFORD MA 02155

Served by Deputy Sheriff: CHARLIE HICKEY
Service Date/Time:    05/19/2018   12:49 pm
Method of Service:    In Hand

| **Fees** | | | **Amount** |
|---|---|---|---|
| OUT OF STATE D/S | | | 25.00 |
| Out of State Service | | | 75.00 |
| **Total Fees** | | | **100.00** |

| **Payment Date** | **Receipt #** | **Check #** | **Amount** |
|---|---|---|---|
| 05/03/2018 | 330140 | 288143 | 75.00 |
| 06/01/2018 | 331303 | 258990 | 25.00 |
| **Total Payments** | | | **100.00** |

|  |  |
|---|---|
| **Amount Due:** | **0.00** |

Page 1 of 1



504 Redwood Blvd. Suite 223
Novato CA 94947
1-800-938-8815 ext. 1
TIN: 26-0259046

# Credit Card Sale

| Date | 7/18/2018 |
|------|-----------|
| **Customer** | 0117981 |
| **Credit Sale** | 01470805 |
| **Amount Due** | $0 |

| **Bill To** |
|-------------|
| Aaron Greenspan<br>20560 Shelburne Road<br>Shaker Heights OH 44122 |

| | |
|---|---|
| Order Number | 12146116 |
| Contact | Aaron Greenspan |
| Attorney | |
| Billing Code | 18CH008067 |
| Case Title | Aaron Greenspan vs Diego MasMarques |
| Court | Superior Court of California, Santa Clara County |
| Court Transaction Number | 1734646 |
| Case Number | 18CH008067 |
| Documents | Motion |

| ONE LEGAL FEES | AMOUNT |
|----------------|--------|
| eServe Charge | $2.00 |
| **SUBTOTAL** | **$2.00** |

| FEES SUMMARY | AMOUNT |
|--------------|--------|
| One Legal Fees | $2.00 |
| **TOTAL CHARGED** | **$2.00** |



# Credit Card Sale

504 Redwood Blvd. Suite 223
Novato CA 94947
1-800-938-8815 ext. 1
TIN: 26-0259046

| Date | 7/20/2018 |
| --- | --- |
| **Customer** | 0117981 |
| **Credit Sale** | 01473989 |
| **Amount Due** | $0 |

**Bill To**

Aaron Greenspan
20560 Shelburne Road
Shaker Heights OH 44122

| | |
| --- | --- |
| Order Number | 12147052 |
| Contact | Aaron Greenspan |
| Attorney | |
| Billing Code | 18CH008067 |
| Case Title | Aaron Greenspan et al vs Diego MasMarques |
| Court | Superior Court of California, Santa Clara County |
| Court Transaction Number | 1736255 |
| Case Number | 18CH008067 |
| Documents | Notice of Motion,Motion |

| ONE LEGAL FEES | AMOUNT |
| --- | --- |
| eServe Charge | $2.00 |
| **SUBTOTAL** | **$2.00** |

| FEES SUMMARY | AMOUNT |
| --- | --- |
| One Legal Fees | $2.00 |
| **TOTAL CHARGED** | **$2.00** |

Court Name: US District Court, ND of Ohi
o
Division: 1
Receipt Number: 14660106499
Cashier ID: jwilson
Transaction Date: 07/24/2018
Payer Name: Aaron Greenspan 1:18mc71
------------------------------------------

MISCELLANEOUS PAPERS
 For: Aaron Greenspan 1:18mc71
 Amount:          $47.00
------------------------------------------

CREDIT CARD
 Amt Tendered:  $47.00
------------------------------------------

Total Due:      $47.00
Total Tendered: $47.00
Change Amt:     $0.00

```
              GCRTA - Payment Receipt
==================================================
Terminal# 97      09/04/2018 12:41PM

Transaction: Sale      Number: 189896

Amount Paid:    $2.50

Payment Type:   Credit

Card# MC XXXXXXXXXXXXX1389    Auth# 59801P


Farecard/Pass              Serial#
--------------------------------------------------
1-Ride Bus/Rapid 00005F0026C910250800
```

GCRTA - Payment Receipt
==========================================

Terminal# 94      09/04/2018 03:50PM

Transaction: Sale      Number: 284473

Amount Paid:    $2.50

Payment Type:    Credit

Card# MC XXXXXXXXXXXXX1389    Auth# 13459P


Farecard/Pass                  Serial#
----------------------------------------

1-Ride Bus/Rapid 00005F014CBD10250800

Check Details

| Account | Check number | Reference | Posted Date | Amount |
|---------|--------------|-----------|-------------|--------|
| ▓▓▓▓▓▓ | 143 | ▓▓▓▓▓▓ | 12/24/2018 | 24.30 |



# City of San Jose

Market Street Garage
  San Jose, CA 95112
408-794-1090
        new

Receipt 5106/0643/643  12/12/18 17:44:33

010100 Pay Parking Ticke$     16.00
12/12/18 12:33 - 12/12/18 17:44
Length of stay: 0 Dy. 5 Hr. 11 Min.
      0299131798301142834645188O??

Total Amount       $     16.00

    Credit Visa       $    16.00
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
              Visa

GREENSPAN/AARON
Customer No. ?>>0 ?>?; ?437 0349 2103Ã%sÙ
Amount = $ 16.00

※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※
※※            Thank you            ※※
※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※

# BRODERICK SALEEN

### ATTORNEYS AT LAW

#### 3260 HILLVIEW AVENUE, FIRST FLOOR

#### PALO ALTO, CALIFORNIA 94304

#### EMAIL: TIMBRODERICK@ALUMNI.STANFORD.EDU   FAX: (650) 857-1100

#### (650) 857-9000

#### Taxpayer ID# 77-0367064

---

*CONFIDENTIAL: Subject to Attorney-Client Privilege*

December 20, 2018

Think Computer Corporation
500 Race Street
Suite 4321
San Jose, CA 95126-5159

*Re: Legal Services*

Professional Services:

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/11/2018 | TBB | Telephone conference with client | 0.50 | 200.00 |
| | | Phone conference with client re preparation for restraining order hearing | $400.00/hr | |
| 12/12/2018 | TBB | Appearance | 5.75 | 2,300.00 |
| | | Appearance at Court for hearing on restraining orders and travel time to and from San Jose. | $400.00/hr | |

Services This Period:        $2,500.00

**BALANCE DUE**        **$2,500.00**

Check Details

| Account | Check number | Reference | | Posted Date | Amount |
|---------|--------------|-----------|---|-------------|--------|
| ████ | 148 | ████ | | 02/27/2019 | 500.00 |



**AARON J GREENSPAN**
884 COLLEGE AVE
PALO ALTO, CA 94306

DATE February 18, 2019

PAY TO THE ORDER OF Kathy Keay          $ 500.00

Five hundred and 00/100          DOLLARS

MEMO Case No. 18CH008067 Transcript

0148



SANTA CLARA COUNTY FCU
5353 Almaden Expressway Suite#65
San Jose CA 95118
Br. 5 - Tlr. 5NX

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

ENDORSE HERE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

▲ **INSERT TICKET** ▲

# PARK≪SJ



## TAKE TICKET WITH YOU

**Market/San Pedro**
**45 N. Market Street**
**San Jose, CA 95113**

7:9 /0,44 34   02/28/19   05:17 PM
Pay Pa'kin;  Ticke   $   14.00
CrS              $    0.00
CrE  IT          $   14.00
Va1 da:ion       $    0.00

Market Street

Market Street En2

In:02/28/19 12:40:30

# 7983011429059456300

# BRODERICK SALEEN

## ATTORNEYS AT LAW

### 3260 HILLVIEW AVENUE, FIRST FLOOR

### PALO ALTO, CALIFORNIA 94304

### EMAIL: TIMBRODERICK@ALUMNI.STANFORD.EDU   FAX: (650) 857-1100

#### (650) 857-9000

#### Taxpayer ID# 77-0367064

---

*CONFIDENTIAL: Subject to Attorney-Client Privilege*

March 1, 2019

Think Computer Corporation
500 Race Street
Suite 4321
San Jose, CA 95126-5159

*Re: Legal Services*

Professional Services:

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/28/2019 | TBB | Appearance | 5.50 | 2,200.00 |
| | | Appearance at Court and travel time to and from San Jose. | $400.00/hr | |

Services This Period: $2,200.00

**BALANCE DUE** **$2,200.00**

Check Details

| Account | Check number | Reference | Posted Date | Amount |
|---|---|---|---|---|
| ███ | 150 | ███ | 03/13/2019 | 245.70 |






ONE LEGAL®

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046
**We've moved! Please update your records with our new mailing address.**

# Credit Card Sale

| Date | 3/8/2019 |
|---|---|
| **Customer** | 0117981 |
| **Credit Sale** | 01814398 |
| **Amount Due** | $0 |

| Bill To |
|---|
| Aaron Greenspan<br>20560 Shelburne Road<br>Shaker Heights OH 44122 |

| | |
|---|---|
| Order Number | 12910051 |
| Contact | Aaron Greenspan |
| Attorney | |
| Billing Code | 18CH008067 |
| Case Title | Aaron Greenspan et al vs Diego MasMarques |
| Court | Superior Court of California, Santa Clara County |
| Court Transaction Number | 2595792 |
| Case Number | 18CH008067 |
| Documents | Notice of Motion,Motion (No Fee) |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eServe Charge | $2.00 |
| **SUBTOTAL** | **$2.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $2.00 |
| **TOTAL CHARGED** | **$2.00** |



1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046
**We've moved! Please update your records with our new mailing address.**

## Credit Card Sale

| Date | 4/2/2019 |
|---|---|
| **Customer** | 0117981 |
| **Credit Sale** | 01863323 |
| **Amount Due** | $0 |

| **Bill To** |
|---|
| Aaron Greenspan<br>20560 Shelburne Road<br>Shaker Heights OH 44122 |

| | |
|---|---|
| Order Number | 13024072 |
| Contact | Aaron Greenspan |
| Attorney | |
| Billing Code | 18CH008067 |
| Case Title | Aaron Greenspan et al vs Diego MasMarques |
| Court | Superior Court of California, Santa Clara County |
| Court Transaction Number | 2699997 |
| Case Number | 18CH008067 |
| Documents | Opposition,Declaration |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eServe Charge | $2.00 |
| **SUBTOTAL** | **$2.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $2.00 |
| **TOTAL CHARGED** | **$2.00** |

 ONE LEGAL·

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046
**We've moved! Please update your records with our new mailing address.**

# Credit Card Sale

| Date | 4/8/2019 |
|---|---|
| **Customer** | 0117981 |
| **Credit Sale** | 01877481 |
| **Amount Due** | $0 |

| **Bill To** |
|---|
| Aaron Greenspan<br>20560 Shelburne Road<br>Shaker Heights OH 44122 |

| Order Number | 13059491 |
|---|---|
| Contact | Aaron Greenspan |
| Attorney | |
| Billing Code | 18CH008067 |
| Case Title | Aaron Greenspan et al vs Diego MasMarques |
| Court | Superior Court of California, Santa Clara County |
| Court Transaction Number | 2730866 |
| Case Number | 18CH008067 |
| Documents | Opposition |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eServe Charge | $2.00 |
| **SUBTOTAL** | **$2.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $2.00 |
| **TOTAL CHARGED** | **$2.00** |

## Check Details

| Account | Check number | Reference | Posted Date | Amount |
|---|---|---|---|---|
| ▮ | 153 | ▮ | 04/29/2019 | 50.00 |



**AARON J GREENSPAN**
884 COLLEGE AVE
PALO ALTO, CA 94306

153

DATE April 17, 2019

PAY TO THE ORDER OF Kathy Keay                    $ 50.00 —

Fifty and 00/100                              DOLLARS

MEMO  Case No 11CH0667 Transcripts

0153



SANTA CLARA COUNTY FCU
6915 Camino Arroyo Suite #50
Gilroy CA
Br: 1 - Tlr: 1KV

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

◯ ENDORSE HERE

FEDERAL RESERVE BOARD OF GOVERNORS REG CC



▲ **INSERT TICKET** ▲

# PARK≪SJ

## TAKE TICKET WITH YOU



**Market/San Pedro**

45 N. Market Street

San Jose, CA 95113

1472/0641/641   05/02/19  05:17 PM
Pay Parking Ticket$  13.00
CASH              $   0.00
CREDIT            $  13.00
Validation        $   0.00

Market Street

Market Street En2

In:05/02/19 13:11:04

# 7983011429122474640



1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

## Credit Card Sale

| Date | 5/10/2019 |
|---|---|
| Customer | 0117981 |
| Credit Sale | 01948425 |
| Amount Due | $0 |

| Bill To |
|---|
| Aaron Greenspan<br>20560 Shelburne Road<br>Shaker Heights OH 44122 |

| Order Number | 13180910 |
|---|---|
| Contact | Aaron Greenspan |
| Attorney | |
| Billing Code | 18CH008067 |
| Case Title | Aaron Greenspan et al vs Diego MasMarques |
| Court | Superior Court of California, Santa Clara County |
| Court Transaction Number | 2843214 |
| Case Number | 18CH008067 |
| Documents | Motion (No Fee),Proposed Order,Proposed Order,Declaration |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eServe Charge | $2.00 |
| **SUBTOTAL** | **$2.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $2.00 |
| **TOTAL CHARGED** | **$2.00** |



ONE LEGAL®

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

# Credit Card Sale

| Date | 5/13/2019 |
|---|---|
| **Customer** | 0117981 |
| **Credit Sale** | 01951068 |
| **Amount Due** | $0 |

**Bill To**

Aaron Greenspan
20560 Shelburne Road
Shaker Heights OH 44122

| | |
|---|---|
| Order Number | 13214567 |
| Contact | Aaron Greenspan |
| Attorney | |
| Billing Code | 18CH008067 |
| Case Title | Aaron Greenspan et al vs Diego MasMarques |
| Court | Superior Court of California, Santa Clara County |
| Court Transaction Number | 2872775 |
| Case Number | 18CH008067 |
| Documents | Motion (No Fee),Proposed Order,Proposed Order,Declaration |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eServe Charge | $2.00 |
| **SUBTOTAL** | **$2.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $2.00 |
| **TOTAL CHARGED** | **$2.00** |



1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

## Credit Card Sale

| Date | 5/13/2019 |
|---|---|
| **Customer** | 0117981 |
| **Credit Sale** | 01951382 |
| **Amount Due** | $0 |

**Bill To**

Aaron Greenspan
20560 Shelburne Road
Shaker Heights OH 44122

| | |
|---|---|
| Order Number | 13215195 |
| Contact | Aaron Greenspan |
| Attorney | |
| Billing Code | 18CH008067 |
| Case Title | Aaron Greenspan et al vs Diego MasMarques |
| Court | Superior Court of California, Santa Clara County |
| Court Transaction Number | 2873405 |
| Case Number | 18CH008067 |
| Documents | Request,Proposed Order,Proposed Order,Declaration |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eServe Charge | $2.00 |
| **SUBTOTAL** | **$2.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $2.00 |
| **TOTAL CHARGED** | **$2.00** |



**ONE LEGAL**

1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

| Bill To |
|---|
| Aaron Greenspan<br>20560 Shelburne Road<br>Shaker Heights OH 44122 |

# Credit Card Sale

| Date | 5/13/2019 |
|---|---|
| **Customer** | 0117981 |
| **Credit Sale** | 01951562 |
| **Amount Due** | $0 |

| | |
|---|---|
| Order Number | 13215564 |
| Contact | Aaron Greenspan |
| Attorney | |
| Billing Code | 18CH008067 |
| Case Title | Aaron Greenspan et al vs Diego MasMarques |
| Court | Superior Court of California, Santa Clara County |
| Court Transaction Number | 2873729 |
| Case Number | 18CH008067 |
| Documents | Request,Proposed Order,Proposed Order,Declaration |

| ONE LEGAL FEES | AMOUNT |
|---|---|
| eServe Charge | $2.00 |
| **SUBTOTAL** | **$2.00** |

| FEES SUMMARY | AMOUNT |
|---|---|
| One Legal Fees | $2.00 |
| **TOTAL CHARGED** | **$2.00** |



**KRUGLIAK
WILKINS
GRIFFITHS &
DOUGHERTY
CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Think Computer Foundation
c/o Mr. Aaron Greenspan
20560 Shelburne Road
Shaker Heights, OH 44122

| | |
|---|---|
| Date | 05/21/2019 |
| Page No. | 1 |
| Source | DJL/NDT |
| Invoice No. | 363783 |
| Period Ending | 04/30/2019 |

Matter Info:    31115.00-0001
                OHIO ATTORNEY GENERAL INVESTIGATION

**FOR PROFESSIONAL SERVICES RENDERED:**

| Date | Inits | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| 04/18/19 | NDT | Drafted letter to Ohio Attorney General Major Case Investigator ▆▆▆▆ re: representation and request for written questions; Emailed letter to ▆▆▆▆. | 0.40 | 78.00 |
| 04/19/19 | DJL | Reviewed email from Aaron re history and complaints discovered by public records request filed by Aaron. | 0.40 | 136.00 |

| | | | |
|---|---|---|---|
| **Total Professional Charges** | | | **214.00** |
| Total Fees | | | $214.00 |
| Total Expenses Advanced | | | $0.00 |
| **Invoice Total** | | | **$214.00** |

## KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A.
ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| Matter Info: | 31115.00-0001 | DATE | 05/21/2019 |
| | OHIO ATTORNEY GENERAL INVESTIGATION | PAGE NO. | 2 |
| | | INVOICE NO. | 363783 |

This notification is the result of a recent update to the Ohio Rules of Professional Conduct for Attorneys. Specifically, Rule 1.5(b) requires that the Firm communicate to clients any change in the hourly fee rate.

The Firm, on an annual basis, reviews its billable hour rates and effective December 1 of each year, adjusts the billable hour rates for certain of its attorneys and paralegals. Should you have any questions regarding the billable hour rates for any attorney(s) or paralegal(s) please contact your attorney at the Firm to discuss.

**CONFIDENTIAL AND PRIVILEGED**
**ATTORNEY WORK PRODUCT**
This communication contains information disclosed by or to Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A. ("KWGD") in the course of providing legal advice and is therefore subject to the attorney-client privilege, or information prepared in anticipation of litigation that reflects counsel's mental impressions, conclusions, opinions and legal theories and is therefore privileged under the work product doctrine. Please review any dissemination of this material beyond the listed recipient in advance with KWGD.



**KRUGLIAK
WILKINS
GRIFFITHS &
DOUGHERTY
CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Think Computer Foundation
c/o Mr. Aaron Greenspan
20560 Shelburne Road
Shaker Heights, OH 44122

| | |
|---|---|
| Date | 05/21/2019 |
| Source | DJL/NDT |
| Invoice No. | 363783 |
| Period Ending | 04/30/2019 |
| Matter No. | 31115.00-0001 |

## Remittance Page

| | |
|---|---|
| Total Fees | $214.00 |
| Total Expenses Advanced | $0.00 |
| **Invoice Total** | **$214.00** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



**KRUGLIAK WILKINS GRIFFITHS & DOUGHERTY CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Think Computer Foundation
c/o Mr. Aaron Greenspan
20560 Shelburne Road
Shaker Heights, OH 44122

| | |
|---|---|
| Date | 08/12/2019 |
| Page No. | 1 |
| Source | DJL/NDT |
| Invoice No. | 367727 |
| Period Ending | 07/31/2019 |

Matter Info:    31115.00-0001
OHIO ATTORNEY GENERAL INVESTIGATION

**FOR PROFESSIONAL SERVICES RENDERED:**

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 05/20/19 | NDT | Phone call with Assistant Attorney General ▮▮▮ re: Think Computer Foundation. | 0.20 | 39.00 |
| 05/21/19 | NDT | Reviewed Ohio Attorney General complaints and documents responding to Ohio Attorney General; Reviewed court dockets related to complainants; Drafted email to Aaron Greenspan re: Ohio Attorney General investigation. | 2.00 | 390.00 |
| 05/22/19 | DJL | Edited and revised Nate Tucker's email to Aaron Greenspan re history with complainants and other background information. Prepared for AG interview. Discussions with Nate Tucker. | 1.30 | 442.00 |
| 05/22/19 | NDT | Corresponded with Dave Lewis re: Ohio Attorney General investigation; Revised email re: proceeding with investigation, and emailed it to Aaron Greenspan. | 1.00 | 195.00 |
| 05/23/19 | DJL | Discussed with Nate Tucker how to handle inquiry from Ohio AG's office in light of records supplied by Aaron. Then, telephone conversation with Aaron and Nate re managing and containing AG's inquiry. Suggested to Nate how to coordinate interview and prepare Aaron. | 0.80 | 272.00 |
| 05/23/19 | NDT | Phone call with Aaron Greenspan re: Ohio Attorney General investigation; Contacted Ohio AG investigator ▮▮▮ re: interview; Corresponded with Dave Lewis re: responding to Ohio AG investigation. | 0.80 | 156.00 |

## KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A.
### ATTORNEYS AT LAW

| | | | | |
|---|---|---|---|---|
| Matter Info: | 31115.00-0001 | | DATE | 08/12/2019 |
| | OHIO ATTORNEY GENERAL INVESTIGATION | | PAGE NO. | 2 |
| | | | INVOICE NO. | 367727 |

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 05/24/19 | NDT | Emailed Ohio AG Investigator ▇▇▇▇ and Aaron Greenspan re: interview. | 0.20 | 39.00 |
| 05/28/19 | DJL | Discussed with Nate Tucker AG's request to tape record interview and two representatives in attendance. Update on information supplied by Aaron. | 1.00 | 340.00 |
| 05/28/19 | NDT | Phone call with Assistant Attorney ▇▇▇▇ re: interview and recording of interview; Corresponded with Dave Lewis re: recording of interview. | 0.40 | 78.00 |
| 05/29/19 | DJL | Prepared for AG's interview of Aaron [non-billed .3. | 0.30 | 102.00 |
| 05/30/19 | DJL | Prepared for meeting with Ohio Attorney General representatives and then meeting with Aaron and Nate Tucker. Meeting with Ohio Attorney General representatives and post-meeting summary discussion with Aaron and Nate. | 3.50 | 1,190.00 |
| 05/30/19 | NDT | Met with Aaron Greenspan re: interview with Ohio AG; Ohio AG Interview of Aaron Greenspan; Corresponded with Dave Lewis re: Ohio AG interview. | 0.00 | 585.00 |
| 06/07/19 | NDT | Reviewed AWS Total Cost of Ownership Comparison; Corresponded with Dave Lewis re: follow-up with Ohio Attorney General. | 0.40 | 78.00 |
| 06/10/19 | NDT | Drafted letter to Ohio Attorney General re: Think Computer Foundation investigation. | 0.40 | 78.00 |
| 06/11/19 | DJL | Reviewed and edited letter Nate Tucker drafted to Ohio Attorney General's Office. | 0.30 | 102.00 |
| 06/11/19 | NDT | Further drafted and revised letter to Ohio Attorney General re: Think Computer Foundation investigation; Reviewed additional complaints received by the Ohio Attorney General. | 1.50 | 292.50 |
| 06/12/19 | DJL | Discussed draft letter to Ohio Attorney General's Office with Nate Tucker and goal of ending investigation.. | 0.20 | 68.00 |

**KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A.**
ATTORNEYS AT LAW

| Matter Info: | 31115.00-0001 | | | DATE | 08/12/2019 |
|---|---|---|---|---|---|
| | OHIO ATTORNEY GENERAL INVESTIGATION | | | PAGE NO. | 3 |
| | | | | INVOICE NO. | 367727 |

| Date | Inits | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/19 | NDT | Further revised letter to the Ohio Attorney General re: investigation; Corresponded with Dave Lewis re: additional complaints. | 0.50 | 97.50 |
| 06/13/19 | DJL | Edited draft letter to Ohio Attorney General's Office for persuasive argument and shared with Nate Tucker. | 0.70 | 238.00 |
| 06/13/19 | NDT | Further drafted letter to Ohio Attorney General, and emailed it to Aaron Greenspan for his review; Reviewed Aaron Greenspan's suggested edits and further revised letter to Ohio Attorney General. | 1.60 | 312.00 |
| 06/19/19 | DJL | Revised letter. | 0.50 | 170.00 |
| 06/19/19 | NDT | Revised letter to Investigator ███████ re: addressing request ███████ | 0.50 | 97.50 |
| 06/20/19 | NDT | Reviewed and revised letter to Ohio AG and emailed to Aaron Greenspan; Finalized and sent letter to Ohio AG; Emailed ██████ | 0.70 | 136.50 |
| 06/24/19 | DJL | Discussed status with Nate Tucker and scheduling ████████████ | 0.30 | 102.00 |
| 06/25/19 | NDT | Emailed ████████████ re: Ohio AG interviews. | 0.20 | 39.00 |

| | | |
|---|---|---|
| **Total Professional Charges** | | **5,639.00** |
| COURTEOUSY DISCOUNT | | ($2,853.00) |
| Total Fees | | $2,786.00 |
| Total Expenses Advanced | | $0.00 |
| **Invoice Total** | | **$2,786.00** |
| Previous Balance | | $214.00 |
| **Total Balance Due** | | **$3,000.00** |

## KRUGLIAK, WILKINS, GRIFFITHS & DOUGHERTY CO., L.P.A.
### ATTORNEYS AT LAW

| Matter Info: | 31115.00-0001 | DATE | 08/12/2019 |
|---|---|---|---|
| | OHIO ATTORNEY GENERAL INVESTIGATION | PAGE NO. | 4 |
| | | INVOICE NO. | 367727 |

This notification is the result of a recent update to the Ohio Rules of Professional Conduct for Attorneys. Specifically, Rule 1.5(b) requires that the Firm communicate to clients any change in the hourly fee rate.

The Firm, on an annual basis, reviews its billable hour rates and effective December 1 of each year, adjusts the billable hour rates for certain of its attorneys and paralegals. Should you have any questions regarding the billable hour rates for any attorney(s) or paralegal(s) please contact your attorney at the Firm to discuss.

**CONFIDENTIAL AND PRIVILEGED**
**ATTORNEY WORK PRODUCT**
This communication contains information disclosed by or to Krugliak, Wilkins, Griffiths & Dougherty Co., L.P.A. ("KWGD") in the course of providing legal advice and is therefore subject to the attorney-client privilege, or information prepared in anticipation of litigation that reflects counsel's mental impressions, conclusions, opinions and legal theories and is therefore privileged under the work product doctrine. Please review any dissemination of this material beyond the listed recipient in advance with KWGD.

### OUTSTANDING STATEMENTS

| Date | Invoice No | Balance |
|---|---|---|
| 05/21/19 | 363783 | 214.00 |



**KRUGLIAK**
**WILKINS**
**GRIFFITHS &**
**DOUGHERTY**
**CO., L.P.A.**

(330) 497 0700

P.O. BOX 36963
CANTON, OHIO 44735-6963

FED ID # 34-1295659

Think Computer Foundation
c/o Mr. Aaron Greenspan
20560 Shelburne Road
Shaker Heights, OH 44122

| | |
|---|---|
| Date | 08/12/2019 |
| Source | DJL/NDT |
| Invoice No. | 367727 |
| Period Ending | 07/31/2019 |
| Matter No. | 31115.00-0001 |

### Remittance Page

| | |
|---|---|
| Total Fees | $2,786.00 |
| Total Expenses Advanced | $0.00 |
| **Invoice Total** | **$2,786.00** |
| Previous Balance | $214.00 |
| Total Balance Due | **$3,000.00** |

**THIS INVOICE IS PAYABLE UPON RECEIPT.**

**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**



1400 North McDowell Blvd. Suite 300
Petaluma, CA 94954
1-800-938-8815 ext. 1
TIN: 26-0259046

# Credit Card Sale

| Date | 8/28/2019 |
|------|-----------|
| Customer | 0117981 |
| Credit Sale | 02168277 |
| Amount Due | $0 |

**Bill To**

Aaron Greenspan
20560 Shelburne Road
Shaker Heights OH 44122

| | |
|---|---|
| Order Number | 13698808 |
| Contact | Aaron Greenspan |
| Attorney | |
| Billing Code | 18CH008067 |
| Case Title | Aaron Greenspan et al vs Diego MasMarques |
| Court | Superior Court of California, Santa Clara County |
| Court Transaction Number | 3321789 |
| Case Number | 18CH008067 |
| Documents | Notice |

| ONE LEGAL FEES | AMOUNT |
|----------------|--------|
| eServe Charge | $2.00 |
| **SUBTOTAL** | **$2.00** |

| FEES SUMMARY | AMOUNT |
|--------------|--------|
| One Legal Fees | $2.00 |
| **TOTAL CHARGED** | **$2.00** |