**FILED**
JAN 2 8 2020
Clerk of the Court
Superior Court of CA County of Santa Clara
BY_____ DEPUTY
Sylvia Theocharis

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SANTA CLARA

| | |
|---|---|
| Aaron Greenspan<br><br>    Petitioner,<br><br>Diego Mas Marques<br><br>    Respondent | Case No.  18CH008067<br>Order Re 1. Respondent's Motion to Reconsider and 2. Petitioner's Motion for Attorneys' Fees/Sanctions |

**Respondent Diego Mas Marques's Motion To Reconsider**

Respondent Diego Mas Marques's ("Respondent") motion to reconsider is DENIED.

**Petitioner Aaron Greenspan's Motion For Attorneys' Fees/Sanctions**

Petitioner Aaron Greenspan's ("Petitioner") motion for attorneys' fees/sanctions is DENIED.

As a preliminary matter with regard to Petitioner's request for attorneys' fees, Petitioner was not represented by counsel for the majority of the proceedings herein. Petitioner seeks attorneys' fees based on his counsel's limited scope of representation.

As to the merits of Petitioner's motion for attorneys' fees/sanctions, while Respondent's evidence in support of his cross-request suffered from a lack of cogency in its presentation, the



1  Court cannot reasonably conclude that it was frivolous or baseless as Petitioner contends.
2  Although in the Court's judgment Respondent's evidence did not meet the required burden of
3  proof, it was not devoid of factual basis/evidentiary support. Additionally, to the extent
4  Petitioner seeks to have the Court consider facts/circumstances outside the scope of the
5  evidentiary record of these proceedings (e.g. post-hearing events) the Court must decline to do
6  so. Remedies otherwise exist for any violations of court-issued restraining orders.

1-28-2020
DATE

*[signature]*
JUDICIAL OFFICER