| FINDINGS AND ORDER ON PETITION FOR EXPUNGEMENT UNDER G.L. c. 276, §§ 100F, 100G, 100H or 100K (COURT COPY) | DOCKET NUMBER [redacted] | Trial Court of Massachusetts |
|---|---|---|
| PETITIONER'S NAME: Diego, [illegible], Jr | DOB [redacted] | COURT [redacted] |

## FINDINGS

The Court has considered the Petition for Expungement and any accompanying information under

☐ G.L. c. 276, § 100F  ☐ G.L. c. 276, § 100G  ☐ G.L. c. 276, § 100H  ☒ G.L. c. 276, § 100K, and ☒ has ☐ has not conducted a hearing on the Petition.

The Court makes the following findings of fact: Both the C/W & the D agree that the A/V in this case has testified & told the C/W that the D was not the perpetrator of this crime. The C/W dismissed this case b/c the C/W (1) could not prove the D was behind the posts @ issue in this case, & (2) b/c the C/W did not have a good faith basis to go forward.

**FOR PETITIONS UNDER G.L. c. 276, § 100K ONLY:**
The Court finds, based on clear and convincing evidence, that the record was created as a result of:

☒ False identification of the petitioner or ☐ the unauthorized use or theft of the petitioner's identity.

☐ An offense at the time of the creation of the record which at the time of expungement is no longer a crime.

☐ Demonstrable error(s) by law enforcement.

☐ Demonstrable error(s) by ☐ civilian ☐ expert witness(es).

☐ Demonstrable error(s) by court employee(s).

☐ Demonstrable fraud perpetrated upon the court.

The following details explain the Court's findings under G.L. c. 276, § 100K: [redacted]

## ORDER

☒ Based on the best interests of justice, namely [redacted] the Petition is ☒ GRANTED. ☐ DENIED.

☐ The Petition is DENIED because it does not meet the requirements of ☐ G.L. c. 276, § 100I, ☐ G.L. c. 276, § 100J, specifically, _____

| DATE OF ORDER [redacted] | SIGNATURE OF JUSTICE [redacted] |
|---|---|

FORM NO. (09/19/2018)

**EXHIBIT** Greenspan 2.17.15