## Plainsite info removal

From    █████ ███████████████

To      Aaron.greenspan@plainsite.org

Date    Friday, October 1st, 2021 at 12:01 AM

Aaron,

Just checking to see if you are willing to remove my legal info from plainsite?
Let's see if we can work this out.
Also, are you able to assist in removing things from the search engines.

Diego

Sent with ProtonMail Secure Email.



## Re: Plainsite info removal

| | |
|---|---|
| From | Aaron.greenspan@plainsite.org <aaron.greenspan@plainsite.org> |
| To | Diego MasMarques |
| Date | Friday, October 1st, 2021 at 1:06 AM |

Diego,

In order to even begin discussing how to "work this out," here is what you would need to do:

1. Within 24 hours, delete all of the posts about me and anyone in any way connected to me on ComplaintsBoard.com and various other gripe sites you have posted on since 2017, and provide a list of all accounts you created to post them;

2. Admit that you made false reports about me, my family members, my company, and my non-profit organization to various federal and state government agencies (California DMV, USDOJ, IRS, various state Attorneys General, etc.), including, when, which agencies, and exactly what the reports said;

3. Admit that you committed perjury in court before Judge Overton when you claimed not to remember making the thousands of posts about my family that you did;

4. Admit that you committed perjury in court before Judge Overton when you claimed never to have made reference in posts to my being Jewish;

5. Admit that you committed perjury in court before Judge Overton when you claimed not to have any criminal record;

6. Admit that your claims about my calling you and/or your family members on the phone are completely false;

7. Admit your ownership, current or past, of the Twitter accounts @Giza299792458N, @badbadwebsites, @R62607249, and @BrighLightNewz;

8. Admit that you used the public "xfinitywifi" wireless network on your Comcast cable connection to attempt to circumvent tracking of your harassing posts;

9. Admit that you used a Virtual Private Network (VPN) to attempt to circumvent tracking of your harassing posts;

10. Immediately cease and desist contact with other parties involved in any litigation in which I am a party, including but not limited to ▮▮▮▮;

11. Provide complete copies of all e-mail, Direct Message and other communications you have had with ▮▮▮▮;

12. Provide complete copies of all of your correspondence with other individuals you contacted about the possibility of filing a supposed class-action lawsuit.

Let me know if you would like to take these steps. I reserve all rights.

Aaron

PlainSite | https://www.plainsite.org

> On Sep 30, 2021, at 9:01 PM, ████ ████████████> wrote:
>
> Aaron,
>
> Just checking to see if you are willing to remove my legal info from plainsite?
> Let's see if we can work this out.
> Also, are you able to assist in removing things from the search engines.
>
> Diego
>
> Sent with ProtonMail Secure Email.

## Let's work it out

From  ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

To    Aaron.greenspan@plainsite.org

Date  Monday, October 4th, 2021 at 11:40 PM

Aaron,

Can you please as a courtesy delete my info from plainsite.org and assist me in clearing this up on the search engines?

What is the best code for creating a highly secure website? PHP, Python? Have some ideas to create money makers but I need someone with the Coding Skills.

Sent with ProtonMail Secure Email.