Ripoff Report | Complaints Reviews Scams Lawsuits Frauds Reported. File your review. Consumers educating consumers.™ (https://www.ripoffreport.com/lists/list_all)

by consumers, for consumers...

**Ripoff Report**
Don't let them get away with it!® Let the truth be known!™ (/)

REGISTER (/GO/REGISTER)   LOGIN (/GO/LOGIN)

(/file-report)

Company Name or Report #

**Review Latest Reports** (/reports/latest-reports)
**Advanced Search** (/reports/advanced)   **Browse Categories** (/categories)

Home (/) > Reports > Education Instruction (/reports/search/education+instruction) > Con Artists (/reports/searc

Report: #1274947

# Complaint Review: Aaron Greenspan, Plain Site, Think Computer Foundation

Related Reports

Plainsite **Aaron Greenspan** con artist, defamation of character, fraud, scam **artist shaker heights, ohio** Internet (/reports/plainsite/inten aaron-greenspan-con-artist-defamation-of-character-fraud-scam-artist-shaker-1323954)

sambria marketing Michael **Greenspan** Michael H **Greenspan** has stolen thousands of dollars from **Investors** Atlanta Georgia (/reports/sambria-marketing-michael-greenspan/atlanta-georgia-30309/sambria-marketing-michael-greenspan-michael-h-greenspan-has-stolen-thousands-of-dollars-1053843)

dataretrieval.com Deceptive, Unprofessional, Unethical **Shaker Heights, Ohio** (/reports/dataretrievalc heights-ohio-/dataretrievalcom-deceptive-unprofessional-

**Submitted:** Thu, December 17, 2015   **Updated:** Thu, December 17, 2015
**Reported By:** DonortoThinkComputerFoundation — **Shaker Heights Ohio** USA

**Aaron Greenspan, Plain Site, Think Computer Foundation**
20560 Shelburne Road
Shaker Heights, Ohio
USA
**Phone:** 216-371-5443
**Web:** http://www.thinkcomputer.org/ (http://www.thinkcomputer.org/)
**Category:** Con Artists (https://www.ripoffreport.com/reports/education-instruction/con-artists)


(//www.google.com/maps/place/20560+Shelburne+Road%2C+Shaker+Heights%2C+Ohio%2C+4

## Aaron Greenspan, Plain Site, Think Computer Foundation Aaron Greenspan, Plain Site, Think Computer Foundation tax fraud, fraudulent 501(c)(3), con artist, duped investors Shaker Heights Ohio

*REBUTTAL Individual responds: Reply from Aaron Greenspan



REBUTTAL BOX™ | **Respond to this Report!** (/file/comment/1274947) | **Consumer Comment** (/file/comment/1274947)

Repair your reputation the right way
Corporate Advocacy Program   (/corporate-advocacy-program/change-report-from-negative-to-positive) (/corporate-advocacy-program/change-report-from-negative-to-positive)
Show customers why they should trust your business over your competitors...






unethical-shaker-heights-ohio-817266)

Plainsite.org, **Think Computer** Corp, **Think** Computers, **Aaron Greenspan** Horrendous Attempt to Profit from Sensitive and Private Information Palo Alto California (/reports/plainsiteorg/palo-alot-california/plainsiteorg-think-computer-corp-think-computers-aaron-greenspan-horrendous-attempt-t-1295587)

Dr. Ron **Greenspan** - WARNING!!! Ron **Greenspan** DDS Dr. Ron **Greenspan** - WARNING!!!! Internet (/reports/dr-ron-greenspan-warning/internet/dr-ron-greenspan-warning-ron-greenspan-dds-dr-ron-greenspan-warning-internet-526078)

**Aaron** Steve White Steve White Pixel Sofa He is still scamming people in 2015 Austin Texas (/reports/aaron-steve-white/austin-texas-78704/aaron-steve-white-steve-white-pixel-sofa-he-is-still-scamming-people-in-2015-austin-tex-1252246)

Dataretrieval.com Un Professional and un responsive once paid **Shaker Heights, Ohio** (/reports/dataretrievalcoheights-ohio-44122/dataretrievalcon un-professional-and-un-responsive-once-paid-shaker-heights-

Add Rebuttal to this Report (https://www.ripoffreport.com/WriteRebuttal/1274947)

← Is this
**Ripoff Report**
About you?

**Ripoff Report**
A business' first
line of defense
**on the Internet.**

If your business is
willing to make a
commitment to
customer satisfaction
**Click here now.. (/corporate-advocacy-program/change-report-from-negative-to-positive)**

Aaron Jacob Greenspan aka Aaron Greenspan is the founder of Think Computer Foundation, which manages Plain Site (plainsite.org). Aaaron's website states that he has registered Plain Site, a purported public access function to court websites, as a 501(c)(3) charity in line with IRS regulations.

The basis for the website came from Aaron's own interest and experience with technology and the law. Aaaron claimed that the purpose of Think Computer Foundation was to help children through technology. Yet, later this became a personal piggy bank for him to fund his numerous lawsuits. In the past, he has claimed he was defamed because he was left out of book and movie deals due to defamation by omission. Each of his lawsuits were dismissed and he was hit with a motion for sanctions at each step.

The case is:

Greenspan v. Random House, et al., Case No. 1:11-CV-12000-RBC (District of Massachusetts) (Greenspan's lawsuit is dismissed and appeal is denied and supreme court review was denied)

Far from helping children, which is nothing more than a cover, Think Computer Foundation and Plain Site have morphed into a personal piggy bank for Aaron Greenspan to fund his own speech. In sum and substance, Think Computer Foundation, Plain Site, and Aaron Greenspan are alter egos of each other. They do not exist separately. They do not have an independent board. They do not have separate auditors, attorneys etc. Instead, Aaaron uses these companies and foundations to raise fraudulent donations from donors, of which I am one, and to efficiently evade taxes.

Aaron has also active sued the US Court System, on behalf of Think Computer Foundation, attempting to act pro se. However, his suit was struck out because under long standing precedent, a corporation cannot be represented by an unlicensed attorney. Aaron is not a licensed attorney. He is also a college drop out. In sum and substance, he over promises and under delivers and what you are left with is feeling cheated and feeling like you have funded a conspiracy theorist. It is truly unfortunate because here is a guy with so much promise if he could just be honest.

The case is:

Aaron Greenspan, Think Computer Foundation v. Administrative Office of the US Courts, Case No. 5:2014-CV-2396 JTM

(Case Dismissed, Appeal Denied)

The Fraud and IRS Problem with Plain Site and Think Computer Foundation:

Aaron has collectved donations from his friends and colleagues, myself included in the amount of $100,000, and to date we have not seen a single dime used in the manner described to us when he requested the donation. When I personally asked for my donation back, he pointed that he controls Think Computer Foundation and can personally use the



(http://www.serenityrehab.org/contact/)



(https://zipbooks.com/bookkeeping-services/?utm_source=ror&utm_campaign=tax-help&utm_medium=banner&utm_content=trusted)

Ripoff Report Recommends
ZipBooks Accounting Software
(https://www.zipbooks.com)

*Advertisers above have met our strict standards for business conduct (/consumers-say-thank-you/advertising-standards).*





## Sidebar links

ohio-949185)

**Aaron** Tabor (Jesus Daily) Racist Scammer, Scams, **Fraud** Internet (/reports/aaron-tabor-jesus-daily/internet/aaron-tabor-jesus-daily-racist-scammer-scams-fraud-internet-1251522)

**Aaron** Parker sonic-sol.com ripoff used a phoney escrow to steal my diamond ring $12,850 Fuengirola spain (/reports/aaron-parker/fuengirola-spain-29640/aaron-parker-sonic-solcom-ripoff-used-a-phoney-escrow-to-steal-my-diamond-ring-12850-fu-122383)

**AARON** GERSHFIELD Meade plc Transview, Rovinge, Zorro Law, coffee & Tease, Is Nothway House to be sold in Fire Sale as Banks scramble to recover loans New york, Internet (/reports/aaron-gershfield-meade-plc/internet/aaron-gershfield-meade-plc-transview-rovinge-zorro-law-coffee-tease-is-nothway-ho-702086)

Galaxy Print Galaxy Printing, Galaxy Design International, Galaxy print, Michael **Greenspan** I Got Ripped Off By Galaxy Printing in Norcross, GA. I lost $2,000+ Ignores all calls, Beware! Norcross, Georgia (/reports/galaxy-print/norcross-georgia-30071/galaxy-

## Body

money as he sees fit. I am in the process of filing suit for fraud and conversion in state court and was wondering if anyone else has had this problem with either Aaaron Greenspan or any of his alter egos.

But let me back up a bit. What was described to us as a part of Think Computer Foundation and later Plain Site? Think Computer Foundation was purportedly to help needy kids through technology. But needy kids don't really need access to court records do they? No, they dont. So Think Computer Foundation later became synonymous with Plain Site, which is an alternative to the publicly funded PACER court system access to documents. So, instead of helping needy children, Aaron now has a personal site masquerading as a court access website and Aaron, and only Aaron, gets to pick what or which documents are uploaded and available on Plainsite.

We were under the impression that this was a reputable guy, that he was also independently wealthy and, thus, our donations would go to a good cause: public access to a court system. Unfortunately, it is hard to tell, which one, if any, of Aaron's claims are true. Each time his company has a problem, he attempts to act like a lawyer or change the rules so that they don't apply to him. Worse, the Plain Site website has become nothing more than a trolling adventure for Aaron. Every time there is a new news story that details someone's misfortune, he uploads their docket on to the website and publicly shames them both online and through his tweets. While public dissemination of information is certainly a goal worthy of support -- and that is why I and others have contributed to his foundation in the past. However, using the foundation, plain site and related twitter accounts as a trolling feature to publicly shame and defame individuals is not what his donors signed up for. It is also completely against the rules of a purported IRS 501(c)(3) foundation. Tax free entities are not meant to be used as personal media outlets for trolling purposes.

Aaron has committed a fraud by taking money, services and equipment from his donors to perpetuate a continuing personal website masquerading as a charity.

The Fraud Problem with Aaron Greenspan and Coinbase, Inc.

Now, what comes next? Aaron applies for a license to issue digital currency in Florida. Website is here:

archive.org/details/coinbasefloridamt (https://archive.org/details/coinbasefloridamtl)I

It gets even more interesting:

Aaron was charged in connection with a criminal complaint for False Claims Violations and Fraud in United States v. Yurygrenadyor, Case No. 09-CV-7891, although the charges were dismissed.

None of this information has ever been disclosed to his donors and perhaps his investors. He is a conman with a slick sales pitch. He wants to help people help others, especially the needy, through technology. But its all lies. He is an abrasive, ill-tempered man with poor business judgment and completely lacking in ethics.

When I met Aaron I thought he was out to change the world. He was idenpendently wealthy. He wanted others to help him through his foundation change the world through technology. But he will talk to you until your check clears. The moment it does, all promises are off. What are you are actually funding is Aaron Greenspan and no one else. And his foundation is nothing more than a sham and he is likely to lose his 501(c)(3) certification. I have sent in an email to the IRS through their reporting service. I have filed suit in state court to get return of my money and I am wondering if Aaron has hit other people up for donations to his foundation? Did he disclose how many times he has been sued or sued himself? Did he disclose to you his selection process of what gets included and what does in Plain Site and how he sets up pages to defame people? Is anyone else owed money? Did you guys know that you are funding Aaron Greenspan's endless series of frivolous lawsuits? His defamation campaigns? His advertisements? Please report it here.

This report was posted on Ripoff Report (/) on 12/17/2015 08:35 PM and is a permanent record located here: https://www.ripoffreport.com/reports/aaron-greenspan-plain-site-think-computer-foundation/shaker-heights-ohio-44122/aaron-greenspan-plain-site-think-computer-foundation-aaron-greenspan-plain-site-think-1274947 (/reports/aaron-greenspan-plain-site-think-computer-foundation/shaker-heights-ohio-44122/aaron-greenspan-plain-site-think-computer-foundation-aaron-greenspan-plain-site-think-1274947). The posting time indicated is Arizona local time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year. Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content (http://www.edmagedson.com/did-you-know/)



(https://www.ripoffreport.com/verified)



(http://www.ripoffreportlegaldirectory.com/listing/)

- [print-galaxy-printing-galaxy-design-international-galaxy-print-michael-greenspa-549180](/)

Click Here to read other Ripoff Reports on Aaron Greenspan, Plain Site, Think Computer Foundation
(/reports/specific_search/Aaron+Greenspan%2C+Plain+Site%2C+Think+Computer+Foundation)

EDitorial Comments

Political Signs Must Go! (/live)



(/live)
**EDitorial Comment**
*ED Magedson – Founder*
Ripoff Report



(/reports/sac-county-iowa-prosecutor-ben-smith-pays-750000-to-settle-ripoff-report-1983-civil-rights-lawsuit/sac-city-iowa-50583/sac-county-iowa-prosecutor-ben-smith-pays-750000-to-settle-ripoff-report-1983-civil-righ-1417505) Sac County Iowa Prosecutor Ben Smith pays $750,000 to settle Ripoff Report 1983 civil rights lawsuit.. Federal Judge stops prosecutors abuse of power against ED Magedson Founder of Ripoff Report (/reports/sac-county-iowa-prosecutor-ben-smith-pays-750000-to-settle-ripoff-report-1983-civil-rights-lawsuit/sac-city-iowa-50583/sac-county-iowa-prosecutor-ben-smith-pays-750000-to-settle-ripoff-report-1983-civil-righ-1417505)

### Search for additional reports
If you would like to see more Rip-off Reports on this company/individual, search here:

Aaron Greenspan, Plain Site, Think Computer Foundation    Search 

### Report & Rebuttal
**Respond to this report!**  **Also a victim?**  **Repair Your Reputation!**

File a Rebuttal    File a Report

Get Started

|  | REBUTTALS & REPLIES: | | |
|---|---|---|---|
| **Updates & Rebuttals** | 0 | 0 | 1 |
|  | Author | Consumer | Employee/Owner |

**#1 REBUTTAL Individual responds**

## Reply from Aaron Greenspan

**AUTHOR: Aaron Greenspan - ()**

SUBMITTED: Saturday, March 11, 2017

The above post is false and defamatory. Here is a point-by-point analysis as to why, with the original poster's statements in bold.

**"Aaron Greenspan aka Aaron Jacob Greenspan"**

Aaron Jacob Greenspan is actually my full name, though like virtually every person in the United States of America, I do not typically use my middle name. "aka," or "also known as," would only make sense if it were an alias. It's not.

**"Yet, later this became a personal piggy bank for him to fund his numerous lawsuits."**

This is false. Think Computer Foundation is a 501(c)(3) non-profit organization that maintains separate accounting records from its principals and from Think Computer Corporation, which is a for-profit entity. The only lawsuit it has ever funded--and even then, only to a minimal degree--is *Think Computer Foundation et al v. Administrative Office of the United States Courts et al*, California Northern District Court, Case No. 5:14-cv-02396-JTM (https://www.plainsite.org/dockets/29himg3wm/california-northern-district-court/think-computer-foundation-et-al-v-administrative-office-of-the-united-states-courts-et-al/ (https://www.plainsite.org/dockets/29himg3wm/california-northern-district-court/think-computer-foundation-et-al-v-administrative-office-of-the-united-states-courts-et-al/)). Think Computer Foundation is not, never has been, and never will be a "personal piggy bank" for anyone.

**"Each of his lawsuits were dismissed and he was hit with a motion for sanctions at each step."**

False. Several of the legal actions I have been involved in have settled; others are pending. See, for example, http://newsroom.fb.com/news/2009/05/facebook-and-think-computer-corporation-resolve-trademark-dispute/ (http://newsroom.fb.com/news/2009/05/facebook-and-think-computer-corporation-resolve-trademark-dispute/).

Two motions for sanctions--hardly enough to be described as "at each step"--have been filed against me, and both were denied by the judge in each respective case. In one case, a group of venture capitalists attempted to bankrupt me for pointing out that they were

Ripoff Report
Bogus Celebrity
Advertisements
FACE & Skin
CREAM Ripoff!
Don't click on those
slick Ads!
(/reports/celebrity-
skin-cream-wrinkle-
cream-rip-off-
advertisements-on-
the-internet-dont-
click-on-
them/nationwide/celebrity-
skin-cream-wrinkle-
cream-rip-off-
advertisements-us-
based-and-foreign-
companie-
1409357)



(/reports/celebrity-
skin-cream-wrinkle-
cream-rip-off-
advertisements-on-
the-internet-dont-click-
on-
them/nationwide/celebrity-
skin-cream-wrinkle-
cream-rip-off-
advertisements-us-
based-and-foreign-
companie-1409357)
Phony Ad using Ellen
DeGeneres
& hundreds of other
A-list Stars...

Celebrity Skin Cream
wrinkle cream rip-off
advertisements US
Based and Foreign
companies bilked
consumers out of
Hundreds of Millions
of dollars over the
past 7 years
(/reports/celebrity-
skin-cream-wrinkle-
cream-rip-off-
advertisements-on-
the-internet-dont-click-
on-
them/nationwide/celebrity-
skin-cream-wrinkle-
cream-rip-off-
advertisements-us-
based-and-foreign-
companie-1409357)

WHAT IS YOUR
STORY?
ARE YOU A VICTIM?
FORMER

conspiring to violate federal law concerning money transmission (which constitutes at least two separate federal crimes). Their attempt failed. In another case, an expert witness provably lied and also admitted to writing only 10% of his written testimony. I informed the expert witness that I intended to file suit. For making that statement, the expert witness's employer threatened me with sanctions. Sanctions were denied by the administrative judge in the case.

"Far from helping children, which is nothing more than a cover, Think Computer Foundation and Plain Site have morphed into a personal piggy bank for Aaron Greenspan to fund his own speech."

False. Think Computer Foundation has sponsored numerous gatherings and trips for disabled children in the Cleveland area. Again, the Foundation is not a "personal piggy bank" for anyone.

"In sum and substance, Think Computer Foundation, Plain Site [sic], and Aaron Greenspan are alter egos of each other. They do not exist separately."

False. Think Computer Foundation was incorporated in Ohio in 2000 and has been assigned EIN 34-1937820 by the IRS. Think Computer Corporation was incorporated in Ohio in 1998, moved to Delaware in 2010, and has been assigned EIN 34-1864509 by the IRS. The Foundation's records are available from the Internal Revenue Service as is the case for any 501(c)(3) non-profit organization. PlainSite is a registered trademark of Think Computer Corporation, Registration No. 4461598.

"They do not have an independent board. They do not have separate auditors, attorneys etc."

False. The Board of each corporation is separate. The attorneys who represent Think Computer Corporation do not represent Think Computer Foundation, and my personal attorneys do not necessarily represent either of the other entities.

"Instead, Aaaron [sic] uses these companies and foundations to raise fraudulent donations from donors, of which I am one, and to efficiently evade taxes."

False. The poster has not even identified him or herself, and it is impossible to prove a negative. But no tax evasion or "fraudulent donations" have ever taken place with regard to Think Computer Foundation.

"He is also a college drop out."

False. I received an A.B. degree from Harvard College in Economics c*m laude in 2004 via Advanced Standing. Various articles even make reference to the fact that I did graduate from college. See, for example, https://www.cnet.com/news/skeletons-in-the-crimson-closet-facebooks-latest-harvard-scuffle/ (https://www.cnet.com/news/skeletons-in-the-crimson-closet-facebooks-latest-harvard-scuffle/).

"Aaron has collectved [sic] donations from his friends and colleagues, myself included in the amount of $100,000, and to date we have not seen a single dime used in the manner described to us when he requested the donation."

False. This is a complete fabrication. No donation of any amount was made from this anonymous individual (or any individual), and no donation was requested.

"When I personally asked for my donation back, he pointed that he controls Think Computer Foundation and can personally use the money as he sees fit. I am in the process of filing suit for fraud and conversion in state court and was wondering if anyone else has had this problem with either Aaaron [sic] Greenspan or any of his alter egos."

False. This is also a complete fabrication. There was no donation, no request for the non-existent donation to be returned, and no suit for anything in any court. My first name is also spelled "Aaron," which the poster cannot seem to get right.

"Aaron, and only Aaron, gets to pick what or which documents are uploaded and available on Plainsite."

False. The vast majority of documents available on PlainSite are available because the general public expressed interest in them while using the RECAP plug-in, available for free. The system on PlainSite that ingests court data is almost entirely automated, and I have no input into its selection process. See https://free.law/recap/ (https://free.law/recap/).

Ripoff Report | Aaron Greenspan, Plain Site, Think Computer Foundation Complaint Review Shaker Heights, Ohio    4/11/18, 11:44 PM

Case 1:23-cv-10134-DJC    Document 258-13    Filed 11/06/25    Page 6 of 7

EMPLOYEE?
(/reports/celebrity-skin-cream-wrinkle-cream-rip-off-advertisements-on-the-internet-dont-click-on-them/nationwide/celebrity-skin-cream-wrinkle-cream-rip-off-advertisements-us-based-and-foreign-companie-1409357)
WE WANT TO HEAR IT (/investigates/contact)!
Contact Our Team Now!
(/investigates/contact)
CLICK HERE (/investigates/contact)

Featured Ripoff Reports

Gathering Dean Hannemann Shipped custom knife to Blade Gathering for consignment sale. Blade Gathering sold knife, and kept money. BRADENTON Fl...
(/reports/blade-gathering/bradenton-florida-34205/blade-gathering-dean-hannemann-shipped-custom-knife-to-blade-gathering-for-(my-reports)-consignment-sa-1436275)

Directory
(http://www.ripoffreportlegaldirectory.com/listing/)

Repair Your Reputation The Right Way
cc.housing.com
choicecorporatehousin... -- corporate-advocacy-program-change-report-from-negative-to-positive)
REDACTED as false pursuant to Ripoff Report VIP Arbitration)) - Choice Corporate Housing | Notice:...
(/reports/cchousingcom-choicecorporatehousin choice-corporate-housing/houston-texas-77057/cchousingcom-

"We were under the impression that this was a reputable guy, that he was also independently wealthy and, thus, our donations would go to a good cause: public access to a court system."

False. This is a continuation of the above fabrication. I have never discussed my own money in public, let alone with this anonymous poster. It is also unclear who "we" refers to here.

"Every time there is a new news story that details someone's misfortune, he uploads their docket on to the website and publicly shames them both online and through his tweets."

False.

"While public dissemination of information is certainly a goal worthy of support -- and that is why I and others have contributed to his foundation in the past."

This is a continuation of the above fabrication. It is still unclear who "I" refers to here.

"Aaron has committed a fraud by taking money, services and equipment from his donors to perpetuate a continuing personal website masquerading as a charity."

False. No fraud has been committed, no "money, services and equipment" have been received, and the non-profit organization is obviously and verifiably real.

"Aaron applies for a license to issue digital currency in Florida. Website is here: archive.org/details/coinbasefloridamtl (archive.org/details/coinbasefloridamtl)"

False. I have never applied for a "license to issue digital currency in Florida," or for any other license in Florida for that matter. Neither has Think Computer Corporation or Think Computer Foundation. I did post records concerning *other* companies that have applied for such licenses. The link provided by the poster shows that a completely separate corporation, Coinbase, Inc., filed for a money transmission license in Florida. I have no affiliation with Coinbase, Inc. and the posted document never even suggests that I do. Think Computer Foundation made the document available through a public records request so that others could view it.

"Aaron was charged in connection with a criminal complaint for False Claims Violations and Fraud in United States v. Yurygrenadyor, Case No. 09-CV-7891, although the charges were dismissed."

False. This case does not even exist. What the poster is trying to do is conflate me with another individual who has the same name, but is an entirely different person. The other Aaron Greenspan was temporarily a defendant in *United States of America et al v. Ukrainian Village Pharmacy, Inc. et al.*, Case No. 1:09-cv-07891 (Illinois Northern District Court, Case No. 1:09-cv-07891 (https://www.plainsite.org/dockets/udlnhpk5/illinois-northern-district-court/united-states-of-america-et-al-v-ukrainian-village-pharmacy-inc-et-al/)), which is related to another case (https://www.plainsite.org/dockets/download.html?id=33812280&z=8ee7d01a (https://www.plainsite.org/dockets/download.html?id=33812280&z=8ee7d01a)) indicates, the named defendant Aaron Greenspan is a doctor, presumably in Illinois. I am not a doctor and have never lived in Illinois.

"None of this information has ever been disclosed to his donors and perhaps his investors."

That is because none of this information is true. Nor are there any investors to disclose it to, but even if there were, how would the anonymous poster know?

"He is a conman with a slick sales pitch...its all lies."

False. Everything discussed in this rebuttal is easily verifiable.

"When I met Aaron I thought he was out to change the world."

False. It is unlikely I have ever met the poster, though unless the poster identifies him or herself, I cannot be sure.

"I have filed suit in state court to get return of my money..."

False. There is no such lawsuit.

"Did he disclose how many times he has been sued or sued himself?"

Total Visits since 1997: 9,004,147,898 • Estimated Money Consumers Saved since 1997: $15,757,258,821.20 • Reports filed: 2,237,923
(/consumers-say-thank-you) (/consumers-say-thank-you/ripoff-report-in-the-media) (https://twitter.com/ripoffreport)

Programs & Services (/corporate-advocacy-program-change-report-from-negative-to-positive) Consumers Say Thank You Media Consumer Resources (/consumer-resources) Ripoff Report Investigates (/investigates)

Verified Business Directory (/verified)



choicecorporatehousin redacted-as-false-pursuant-to-ri-429161)

Missouri Wind and Solar Verified TRUSTED BUSINESS REVIEW: Missouri Wind and Solar has thousands of satisfied, repeat customers that feel confident when... (/reports/missouri-wind-and-solar-trusted-business-ripoff-report-verified-businesses-you-can-trust-missouri-wind-and-solar-providing-customers-with-renewable-and-alternative-energy-sources-for-over-10-years-missouri-wind-and-solar-large-selection-of-off-grid-energy-products-solar-panels-heating-units-energy-efficient-appliances-batteries-alternators-generators-missouri-wind-solar-highly-trained-staff-will-help-you-find-all-the-resources-you-need-for-saving-energy-and-money/syemour-missouri-/missouri-wind-and-solar-mws-syemour-missouri-732525)



National Collectors Mint TRUSTED BUSINESS REVIEW: National Collector's Mint, Inc. has all advertising reviewed and approved by attorneys, so customers... (/reports/ncm-

Actually, yes. See https://www.plainsite.org/profiles/greenspan-aaron/ (https://www.plainsite.org/profiles/greenspan-aaron/). I am not at all ashamed of the litigation I have been involved in.

"Did he disclose to you his selection process of what gets included and what does in Plain Site [sic] and how he sets up pages to defame people?"

Actually, yes. See https://www.plainsite.org/legal/privacy.html (https://www.plainsite.org/legal/privacy.html). The process is quite transparent.

"Is anyone else owed money?"

No.

"...endless series of frivolous lawsuits?"

False. Frivolous legal actions don't settle, as many of mine have. The only thing endless here is the list of false claims and innuendos in this post.

"His defamation campaigns? His advertisements?"

False. There are no "defamation campaigns" and it is unclear which "advertisements" are being referred to, if any.

Whoever posted the above clearly did so with the intent to defame my character and ruin my name, without suffering the inconvenience of disclosing their own. In conclusion, virtually everything discussed by the poster is false or misleading in some way.

**Respond to this report!**    File a Rebuttal