# THINK COMPUTER FOUNDATION

EIN: 34-1937820 | San Francisco, California, United States

## Auto-Revocation List

Organizations whose federal tax exempt status was automatically revoked for not filing a Form 990-series return or notice for three consecutive years. *Important note: Just because an organization appears on this list, it does not mean the organization is currently revoked, as they may have been reinstated.*

**Exemption Type:** 501(c)(3) 

**Exemption Reinstatement Date:**

**Revocation Date:** 05-15-2025

**Revocation Posting Date:** 08-12-2025

## Form 990-N (e-Postcard)

Organizations who have filed a 990-N (e-Postcard) annual electronic notice. Most small organizations that receive less than $50,000 fall into this category.

### ⌃ Tax Year 2021 Form 990-N (e-Postcard)

**Tax Period:**
2021 (01/01/2021-12/31/2021)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**
956 Carolina Street
San Francisco, CA 94107
United States

**Principal Officer's Name and Address:**
Aaron Greenspan



956 Carolina Street
San Francisco, CA 94107
United States

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**
No

**Website URL:**
www.thinkcomputer.org

## ⌃ Tax Year 2020 Form 990-N (e-Postcard)

**Tax Period:**
2020 (01/01/2020-12/31/2020)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**
20560 Shelburne Road
Shaker Heights, OH 44122
United States

**Principal Officer's Name and Address:**
Aaron Greenspan

956 Carolina Street
San Francisco, CA 94107
United States

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**
No

**Website URL:**
www.thinkcomputer.org

## ⌃ Tax Year 2019 Form 990-N (e-Postcard)

**Tax Period:**
2019 (01/01/2019-12/31/2019)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**

 TOP

THINK COMPUTER FOUNDATION

**Mailing Address:**

20560 Shelburne Road
Shaker Heights, OH 44122
United States

**Principal Officer's Name and Address:**

Aaron Greenspan

956 Carolina Street
San Francisco, CA 94107
United States

**Gross receipts not greater than:**

$50,000

**Organization has terminated:**

No

**Website URL:**

www.thinkcomputer.org

## Tax Year 2018 Form 990-N (e-Postcard)

**Tax Period:**
2018 (01/01/2018-12/31/2018)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**

20560 Shelburne Road
Shaker Heights, OH 44122
United States

**Principal Officer's Name and Address:**

Aaron Greenspan

956 Carolina Street
San Francisco, CA 94107
United States

**Gross receipts not greater than:**

$50,000

**Organization has terminated:**

No

**Website URL:**

www.thinkcomputer.org

 TOP

## ˄   Tax Year 2017 Form 990-N (e-Postcard)

**Tax Period:**
2017 (01/01/2017-12/31/2017)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**
20560 Shelburne Road
Shaker Heights, OH 44122
United States

**Principal Officer's Name and Address:**
Aaron Greenspan

500 Race Street Suite 4321
San Jose, CA 95126
United States

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**
No

**Website URL:**
www.thinkcomputer.org

## ˄   Tax Year 2016 Form 990-N (e-Postcard)

**Tax Period:**
2016 (01/01/2016-12/31/2016)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**
20560 Shelburne Road
Shaker Heights, OH 44122
United States

**Principal Officer's Name and Address:**
Aaron Greenspan

500 Race Street Apartment 4321
San Jose, CA 95126
United States

 TOP

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**
No

**Website URL:**
www.thinkcomputer.org

## ∧  Tax Year 2015 Form 990-N (e-Postcard)

**Tax Period:**
2015 (01/01/2015-12/31/2015)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**
20560 SHELBURNE RD
SHAKER HTS, OH 44122
United States

**Principal Officer's Name and Address:**
AARON GREENSPAND

20560 SHELBURNE RD
SHAKER HTS, OH 44122
United States

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**
No

**Website URL:**
WWW.MURFREESBORONCCHAMBEROFCOMMERCE.ORG

## ∧  Tax Year 2014 Form 990-N (e-Postcard)

**Tax Period:**
2014 (01/01/2014-12/31/2014)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**

 TOP

20560 Shelburne Road
Shaker Heights, OH 44122
United States

**Principal Officer's Name and Address:**

Aaron Greenspan

1132 Boranda Avenue
Mountain View, CA 94040
United States

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**
No

**Website URL:**
http://www.thinkcomputer.org

## Tax Year 2013 Form 990-N (e-Postcard)

**Tax Period:**
2013 (01/01/2013-12/31/2013)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**
20560 Shelburne Road
Shaker Heights, OH 441221941
United States

**Principal Officer's Name and Address:**

Aaron Greenspan

1132 Boranda Avenue
Mountain View, CA 940403145
United States

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**
No

**Website URL:**
http://www.thinkcomputer.org

 TOP

## Tax Year 2012 Form 990-N (e-Postcard)

**Tax Period:**

2012 (01/01/2012-12/31/2012)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**
20560 Shelburne Road
Shaker Heights, OH 44122
United States

**Principal Officer's Name and Address:**
Aaron Greenspan

884 College Avenue
Palo Alto, CA 94306
United States

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**
No

**Website URL:**
http://www.thinkcomputer.org

## ⌃ Tax Year 2011 Form 990-N (e-Postcard)

**Tax Period:**
2011 (01/01/2011-12/31/2011)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**
20560 Shelburne Road
Shaker Heights, OH 44122
United States

**Principal Officer's Name and Address:**
Aaron Greenspan

884 College Avenue
Palo Alto, CA 94306
United States

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**

 TOP

No

**Website URL:**
http://www.thinkcomputer.org

## Tax Year 2010 Form 990-N (e-Postcard)

**Tax Period:**
2010 (01/01/2010-12/31/2010)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**
20560 Shelburne Road
Shaker Heights, OH 44122
United States

**Principal Officer's Name and Address:**

Aaron Greenspan

884 College Avenue
Palo Alto, CA 94306
United States

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**
No

**Website URL:**
http://www.thinkcomputer.org

## Tax Year 2007 Form 990-N (e-Postcard)

**Tax Period:**
2007 (01/01/2007-12/31/2007)

**EIN:**
34-1937820

**Organization Name (Doing Business as):**
THINK COMPUTER FOUNDATION

**Mailing Address:**
20560 Shelburne Road
Shaker Heights, OH 441221941
United States

**Principal Officer's Name and Address:**

 TOP

Aaron Greenspan

884 College Avenue
Palo Alto, CA 943061303
United States

**Gross receipts not greater than:**
$50,000

**Organization has terminated:**
No

**Website URL:**
http://www.thinkcomputer.org

 TOP