Case 1:23-cv-10134-DJC   Document 258-15   Filed 11/06/25   Page 1 of 3

8/19/25, 7:23 AM                Aaron Greenspan on Twitter: "Apparently Mr. MasMarques now spends his days trying to have me forcibly committed to a psychiatric ward. It's a...





**Aaron Greenspan** @AaronGreenspan · 18m
Prove it.



**Whole Mars Catalog**
@WholeMarsBlog

Last night I met this girl who said she called out Aaron Greenspan on Twitter. She said that he saw the tweets and started replying and DMing her until she had to block him. She said she was scared for her life for weeks.

Aaron is known to attack and stalk for innocuous comments

7:04 AM · Sep 24, 2021 · Twitter for iPhone

4 Retweets   92 Likes

💬 1        🔁 1              14



**Aaron Greenspan** @AaronGreenspan · 14m
I'd estimate that 98% of the DM conversations I have—and I do not have that many—are conversations that are incoming, as in, I do not start them. So this is truly fascinating to me.

💬 1        🔁              5



**Aaron Greenspan** @AaronGreenspan · 12m
Later in the same thread you can see some friendly banter between Omar Qazi and convicted murderer Diego MasMarques, Jr., who just days ago filed his Jewish conspiracy motion and had it summarily denied.



**Giza299792458N** @Giza299792458N · 2h
Replying to @WholeMarsBlog
Lots of people don't seem to understand how dangerous Aaron Greenspan is. He is extremely aggressive and has ocd with the public's personal and legal data collecting, which is then at any time used to attack his victims. He files false police reports, lies to Judges...

💬 2        🔁 2        ❤ 17        ⬆



**Whole Mars Catalog** @WholeMarsBlog · 2h
we're going to put him away so his victims can relax for the first time in years

💬 1        🔁              ❤ 7        ⬆

Case 1:23-cv-10134-DJC    Document 258-15    Filed 11/06/25    Page 2 of 3

8/19/25, 7:23 AM    Aaron Greenspan on Twitter: "Apparently Mr. MasMarques now spends his days trying to have me forcibly committed to a psychiatric ward. It's a...



8/19/25, 7:23 AM            Aaron Greenspan on Twitter: "Apparently Mr. MasMarques now spends his days trying to have me forcibly committed to a psychiatric ward. It's a…

 **Aaron Greenspan** @AaronGreenspan · 18m
Prove it.

 **Whole Mars Catalog**
@WholeMarsBlog

Last night I met this girl who said she called out Aaron Greenspan on Twitter. She said that he saw the tweets and started replying and DMing her until she had to block him. She said she was scared for her life for weeks.

Aaron is known to attack and stalk for innocuous comments

7:04 AM · Sep 24, 2021 · Twitter for iPhone

**4** Retweets   **92** Likes

◯ 1       ⟲ 1           14

 **Aaron Greenspan** @AaronGreenspan · 14m
I'd estimate that 98% of the DM conversations I have—and I do not have that many—are conversations that are incoming, as in, I do not start them. So this is truly fascinating to me.

◯ 1       ⟲            5

 **Aaron Greenspan** @AaronGreenspan · 12m
Later in the same thread you can see some friendly banter between Omar Qazi and convicted murderer Diego MasMarques, Jr., who just days ago filed his Jewish conspiracy motion and had it summarily denied.

 **Giza299792458N** @Giza299792458N · 2h
Replying to @WholeMarsBlog
Lots of people don't seem to understand how dangerous Aaron Greenspan is. He is extremely aggressive and has ocd with the public's personal and legal data collecting, which is then at any time used to attack his victims. He files false police reports, lies to Judges…

◯ 2       ⟲ 2       ♡ 17       ⬆

 **Whole Mars Catalog** @WholeMarsBlog · 2h
we're going to put him away so his victims can relax for the first time in years

◯ 1       ⟲       ♡ 7       ⬆

https://web.archive.org/web/20210924164357/https://twitter.com/AaronGreenspan/status/1441442854094573578        3/3