Case 1:23-cv-10134-DJC    Document 258-16    Filed 11/06/25    Page 1 of 2

8/19/25, 7:22 AM                Aaron Greenspan on Twitter: "I just filed my eighth police report about MasMarques. It should not take eight police reports to get a response."





**Aaron Greenspan** @AaronGreenspan · 5h
Emboldened by Elon Musk, Omar Qazi, and Melayna Lokosky, with whom he regularly interacts, Diego MasMarques, Jr. is now inserting himself in conversations on social media and writing fabricated essays about how I am supposedly a child molester.

> **Aaron Greenspan** @AaronGreenspan
> Replying to @YatinKheti @Witchestoday
> The account you are interacting with belongs to Diego MasMarques, Jr. He is a convicted murderer and he has issued death threats against me, aside from digging up documents about my deceased relatives. I highly suggest you find something better to do with your time.

♡ 1    ↻         1



**Aaron Greenspan** @AaronGreenspan · 5h
His accounts on Twitter (at the moment) are @Giza299792458N and @witchestoday. Please report Mr. MasMarques to @TwitterSafety.

♡ 1    ↻



**Aaron Greenspan** @AaronGreenspan · 5h
More background on this dangerous individual, about whom law enforcement has done nothing, can be found here:

> **PlainSite** @PlainSite
> If you are a journalist, we need to have a serious conversation about a $1 trillion+ company and its public relations strategy. That company is Tesla, Inc., which famously does not respond to media inquiries anymore. So let's start. $TSLA
> Show this thread

♡ 1    ↻         1



**Aaron Greenspan**
@AaronGreenspan                                     [ Follow ]

# I just filed my eighth police report about MasMarques. It should not take eight police reports to get a response.

7:16 PM · 23 Apr 2022

EXHIBIT 226 Greenspan 8/19/25

Case 1:23-cv-10134-DJC   Document 258-16   Filed 11/06/25   Page 2 of 2

8/19/25, 7:22 AM                Aaron Greenspan on Twitter: "I just filed my eighth police report about MasMarques. It should not take eight police reports to get a response."



**Aaron Greenspan** @AaronGreenspan · 5h
Emboldened by Elon Musk, Omar Qazi, and Melayna Lokosky, with whom he regularly interacts, Diego MasMarques, Jr. is now inserting himself in conversations on social media and writing fabricated essays about how I am supposedly a child molester.

> **Aaron Greenspan** @AaronGreenspan
>
> Replying to @YatinKheti @Witchestoday
>
> The account you are interacting with belongs to Diego MasMarques, Jr. He is a convicted murderer and he has issued death threats against me, aside from digging up documents about my deceased relatives. I highly suggest you find something better to do with your time.

◯ 1     ↻         1



**Aaron Greenspan** @AaronGreenspan · 5h
His accounts on Twitter (at the moment) are @Giza299792458N and @witchestoday. Please report Mr. MasMarques to @TwitterSafety.

◯ 1     ↻



**Aaron Greenspan** @AaronGreenspan · 5h
More background on this dangerous individual, about whom law enforcement has done nothing, can be found here:

> **PlainSite** @PlainSite
>
> If you are a journalist, we need to have a serious conversation about a $1 trillion+ company and its public relations strategy. That company is Tesla, Inc., which famously does not respond to media inquiries anymore. So let's start. $TSLA
>
> Show this thread

◯ 1     ↻         1



**Aaron Greenspan**
@AaronGreenspan

# I just filed my eighth police report about MasMarques. It should not take eight police reports to get a response.

7:16 PM - 23 Apr 2022