Aaron Greenspan (*Pro Se*)
956 Carolina Street
San Francisco, CA 94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

ELECTRONICALLY
**F I L E D**
*Superior Court of California,*
*County of San Francisco*

**06/12/2024**
**Clerk of the Court**
BY: JAMES FORONDA
Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SAN FRANCISCO

AARON GREENSPAN, an individual,

    Plaintiff,

        v.

ELON MUSK, an individual, TESLA, INC., a Delaware corporation, X CORP., a Nevada corporation formerly known as TWITTER, INC., EXCESSION, LLC, a Texas Limited Liability Company, JARED BIRCHALL, an individual, MORGAN STANLEY & COMPANY, LLC, a Delaware Limited Liability Company, OMAR QAZI, an individual, SMICK ENTERPRISES, INC., a Delaware corporation, SINGER CASHMAN, LLP, a California partnership, ADAM S. CASHMAN, an individual, ALLISON HUEBERT, an individual, ADAM G. MEHES, an individual, and ALEX SPIRO, an individual, and DOES 1-10, inclusive,

    Defendants.

Case No. **CGC-24-615352**

**COMPLAINT FOR:**

1. Defamation Per Se
2. Defamation
3. Violation of Anti-Stalking Statute, Civil Code § 1708.7, *et seq*.
4. Negligent Infliction of Emotional Distress
5. Abuse of Process
6. Malicious Prosecution
7. Negligence
8. Conspiracy
9. Violation of California Business and Professions Code § 17200

DEMAND FOR JURY TRIAL

Plaintiff, Aaron Greenspan, alleges the following causes of action and requests for relief:

### INTRODUCTION

1.    Defendant Elon Musk is the centi-billionaire, self-declared "Technoking" of Defendant Tesla, Inc. ("Tesla"), which manufactures electric vehicles and sells solar energy and battery products. He has attracted and cultivated a literal cult following, both among his

stock.  Plaintiff invested in TSLA put options because he believed that Defendant Tesla's business was fundamentally overvalued by the market.  When Plaintiff began purchasing Tesla, Inc. securities he had no knowledge of any alleged fraud involving Defendant Tesla except for limited knowledge from news reports of Defendant Musk's August 2018 false "funding secured" tweet.

50.     Plaintiff is also a data journalist who runs a legal information service called PlainSite, which hosts tens of millions of court and agency dockets, government documents, and profiles.  PlainSite handles privacy requests on a case-by-case basis.  Consequently, a variety of individuals are occasionally upset that their information is in the public domain.

51.     One individual, Diego MasMarques, Jr., convicted of murder and attempted murder in Spain and charged with other crimes domestically, made death threats directed at Plaintiff over the fact that his convictions were public to the point where Plaintiff applied for and was granted a two-year restraining order against him.  *See Greenspan v. MasMarques*, Santa Clara County Superior Court Case No. 18CH008067 (the "Civil Harassment Case").  *See also Greenspan v. MasMarques et al*, Massachusetts District Court Case No. 1:23-cv-10134-DJC.

52.     On various websites, Mr. MasMarques, who has a documented history of mental illness, also posted thousands of libelous fabrications falsely alleging that Plaintiff and his family members had committed a wide variety of crimes ranging from setting up a "fraudulent" non-profit organization, to tax evasion, to extortion, to the hacking of his e-mail account.

53.     On January 13, 2019, Plaintiff posted on Twitter from the @PlainSite account warning Defendants Musk and Tesla that a customer had recorded a video of a Tesla Model 3 center console that was unresponsive while driving.  Defendants Musk and Tesla did not respond, but the next day, January 14, 2019, a Twitter account, "@tesla_truth" (posing as "Steve Jobs") did, falsely writing, "Aaron, the center touch screen has nothing to do with driving the car," and ending with, "Good luck in court on Tuesday for violating that restraining order," even though Plaintiff had not violated any order.

54.     Upon information and belief, on January 14, 2019, Mr. MasMarques and/or one

of his sympathizers began feeding Defendant Qazi false information concerning Plaintiff on Twitter, and the @tesla_truth account amplified that misinformation without bothering to verify its accuracy.  At approximately the same time as @tesla_truth first responded, a since-deleted Twitter account, @Tom34079930, replied to a @tesla_truth post falsely stating in part, "Aaron Greenspan went last year to a judge and lied to get a restraining order on Diego.  The judge was pissed when she found out he lied.  Now the restraining order is on Aaron and he violated it." The @Tom34079930 account also falsely wrote to @tesla_truth, "Greenspan is a tax cheat."

55.    Plaintiff did not at any point solicit feedback from @tesla_truth.  Its owner attacked Plaintiff over a public safety concern, much as it had previously attacked journalists.

56.    The @tesla_truth account then began re-posting and linking to many more of the libelous and deranged posts that were the subject of the unrelated Civil Harassment Case, some of which featured Plaintiff's parents' home address, a photograph of their home, and the name of their synagogue, alongside serious and false accusations about Plaintiff and his family.

57.    The owner of the @tesla_truth account admitted, "I haven't researched many details about all the complaints against Aaron," displaying reckless disregard for the truth.

58.    An attempt via Direct Message ("DM") to discuss the seriousness of the matter and the associated safety concerns with @tesla_truth's owner was not fruitful.  The owner of the account refused to stop and continued making public antagonizing statements on Twitter, including, "Jail all shorts," echoing Defendant Musk's notorious scapegoating of short-sellers.

59.    Plaintiff sent a link via DM to the @tesla_truth account owner to a PDF file hosted on his personal website of Twitter posts concerning the Civil Harassment Case.  When the account owner clicked on the link, Plaintiff's server logs yielded the account owner's DNS hostname and IP address: c-73-71-59-42.hsd1.ca.comcast.net and 73.71.59.42, respectively. Given the alarming safety concerns associated with the Civil Harassment Case, Plaintiff searched PlainSite's server logs for any associated usage history, and found that a user with the same IP address had searched for "smick enterprises," a company run by Defendant Qazi.

60.    Given the number of people the account owner had already harassed, Plaintiff

the fax number posted by Defendant Qazi as part of the altered Form CH-100 from an unknown fax number, +1 415 969 2047, purporting to be from "Kids R Us" with a cover page message of, "Aaron, let me know if you need more.  Full price this time please."  The next page contained a monochrome pornographic image of a teenage young woman.  Plaintiff immediately reported the harassing text messages and pornographic fax to the Federal Bureau of Investigation ("FBI").

71.     Eight minutes later, on August 3, 2019 at 8:37 A.M., Defendant Qazi used the @tesla_truth Twitter account to post regarding Plaintiff, "he was just posting some stuff about me in his feed so I wanted to mess with him a little bit."

72.     A similar anonymous fax from the same fax number was reportedly sent to another critic of Tesla, Paul Huettner, in December 2018.  That fax, with the same cover page style, reportedly contained a thinly veiled death threat purporting to be from "Elon Musk."

73.     In light of these events, on August 7, 2019 at 3:27 P.M., Plaintiff e-mailed the Tesla Board of Directors, including Defendant Musk, with questions and concerns about Defendant Tesla's relationship with Defendant Qazi.  Plaintiff never received a response.

74.     On August 7, 2019 at 6:38 P.M., Defendant Qazi admitted to further harassment and to the destruction of evidence by posting from his @OmarQazi Twitter account:

> "I did make the joke post about Aaron getting beat up by kids or whatever with his contact info I got from PlainSite.  Did it for fun because he posted tweeted *[sic]* about me.  Deleted it later that day.  Nothing personal against Aaron."

75.     In a DM conversation with a third party from September 27, 2019, Defendant Qazi admitted, "[I] take responsibility for what my followers do too and [I] take it seriously."

76.     On August 8, 2019 at 11:13 P.M., Defendant Musk responded to e-mailed, on-the-record questions from Plaintiff with a screenshot of false information stemming from libelous posts by Diego MasMarques, Jr., along with the words, "Your true colors …"

77.     Especially after Plaintiff was able to obtain previously confidential court documents from Delaware Court of Chancery Case No. 12711-VCS, *In Re Tesla Motors, Inc. Stockholder Litigation* (the "SolarCity Case"), including deposition transcripts of Defendant Musk, on a nearly daily basis, the @tesla_truth account posted dozens of false statements—

addressed to smick.com, including e-mails connected to numerous fake accounts on Twitter.

91.     Defendant Smick uses and/or owns the domain name smick.com.

92.     On Thursday, October 10, 2019, Plaintiff filed a Digital Millennium Copyright Act ("DMCA") takedown request with Twitter, Inc. regarding the copyrighted photograph Mr. Qazi used to impersonate Plaintiff's father.  Consequently, Twitter removed the photograph. Defendant Qazi replaced it with a different copyrighted photograph of Plaintiff's disabled brother and changed the name on the account to Plaintiff's brother's name, Simon Greenspan. Plaintiff reported Defendants' harassment to the San Francisco Police Department ("SFPD"). The SFPD desk officer decided of his own volition to focus on the pornographic fax sent to Plaintiff and accordingly classified his police report as relating to child pornography.

93.     On Friday, October 11, 2019, among other messages, Defendant Qazi wrote, "I hate my brother" from the fake @greenspan_neil account now posing as "Simon Greenspan."  In a separate exchange on the same day with Twitter account @enL3X1, who asked, "Are you a parody or actually his brother?" Defendant Qazi wrote, "yeah I'm his little brother haha."

94.     Plaintiff's brother is not active on Twitter and never has been.

95.     On October 11, 2019, Defendant Qazi created websites using servers owned or leased by Defendant Smick Enterprises, Inc. (the "Smick Sites") containing copyrighted photographs of Plaintiff and his family members with the bold headline, "It's plain to see: This fraudulent charity is FULL OF SHIT."  The text continued in part:

> "Have you been harassed, intimidated, threatened or targeted for extortion by Aaron Greenspan, his fraudulent 'Think Foundation' 'Charity', or board members Neil Greenspan or Judy Greenspan? You are not alone."

The website's source code contained the hidden HTML, "<!-- fuck you aaron -->".

96.     The Smick Sites mainly echoed Mr. MasMarques's allegations: that Plaintiff's non-profit organization was a "fraudulent charity" and that Plaintiff and his family "harassed, intimidated, or targeted for extortion" individuals.  Defendant Qazi claimed to have engaged "Lantham & Watkins" and wrote "56 people" had submitted "verified testimonies" to the site(s).

97.     On October 15, 2019, the Smick Sites were updated to copy the appearance of the

## **JURY DEMAND**

Plaintiff demands a trial by jury for all issues so triable.

Dated: June 12, 2024

Aaron Greenspan
956 Carolina Street
San Francisco, CA  94107-3337
Phone: +1 415 670 9350
Fax: +1 415 373 3959
E-Mail: aaron.greenspan@plainsite.org

COMPLAINT                                             62