UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON GREENSPAN,

Plaintiff,

v.

DIEGO MASMARQUES JR., et. al.

Defendants.

No. 1:23-cv-10134-DJC

Leave to File Motion
[Doc. No. 250]

**DEFENDANT'S MOTION TO IMPOUND UNREDACTED**
**SUMMARY JUDGMENT MATERIALS**

Pursuant to Fed. R. Civ. P. 7(b) and District of Massachusetts Local Rule 7.2, Defendant Diego MasMarques, Jr. ("Defendant") moves to impound, under seal, the unredacted/sealed versions of the summary judgment materials, including: (i) the Declaration of Diego MasMarques, Jr. (the "MasMarques Declaration") and its attached exhibit; (ii) the Memorandum in Support of Defendant's Motion for Summary Judgment (the "Memorandum"); (iii) Defendant's Local Rule 56.1 Statement of Uncontested Material Facts ("Rule 56.1 Statement"); and (iv) certain exhibits accompanying the Declaration of Ashley Andrade (the "Andrade Declaration") (collectively, the "Unredacted Summary Judgment Materials"). Contemporaneously, Defendant is filing on the public docket narrowly redacted versions of these materials (the "Public Redacted Versions").

1. The Unredacted Summary Judgment materials identify third parties not implicated in this action or mentioned in the operative complaint and address matters of particular sensitivity—including expunged actions, health information, and a company's financial data. Public disclosure would unduly compromise significant privacy interests and

1

contravene protections already recognized by the Court. *See United States v. Kravetz*, 706 F.3d 47, 59 (1st Cir. 2013) (the right of access "is not unfettered" and may yield to countervailing interests).

2. Consistent with Fed. R. Civ. P. 5.2 and to protect the privacy of non-parties, names, personally identifying information, and any references to health information have been narrowly redacted in the Public Redacted Versions.

3. The public will retain access to the nature and merits of the summary judgment motion through the Public Redacted Versions.

4. Defendant seeks to impound the Unredacted Summary Judgment Materials referenced on the attached declaration of defense counsel. For each item, the attached declaration identifies the basis for impoundment and the corresponding public filing (by ECF number) of the Public Redacted Version.

5. Defendant requests that the Unredacted Summary Judgment Materials be impounded throughout this litigation and remain impounded indefinitely, unless otherwise ordered by the Court.

WHEREFORE, for the foregoing reasons and as set forth in the attached declaration submitted herewith, Defendant respectfully requests that the Court grant this motion and impound the Unredacted Summary Judgment Materials, permitting the filing of Public Redacted Versions.

Respectfully submitted,

DEFENDANT, DIEGO MASMARQUES, JR.,

By his Attorney,

*/s/ Ashley A. Andrade*

Ashley A. Andrade, Esq.
ANDRADE LEGAL, LLC
867 Boylston Street, 5th Floor #1119
Boston, MA 02116
BBO# 697189
Phone: 617.206.1822
Email: ashley@andrade-legal.com

Dated: November 6, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was filed electronically on November 6, 2025, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

*/s/ Ashley A. Andrade*

Ashley A. Andrade
BBO # 697189

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON GREENSPAN,

Plaintiff,

v.

DIEGO MASMARQUES JR., et. al.

Defendants.

Case No.: 1:23-cv-10134-DJC

**DECLARATION OF ASHLEY A. ANDRADE, ESQ. IN SUPPORT OF DEFENDANT'S MOTION TO IMPOUND**

I, Ashley A. Andrade declare:

1. I am an attorney duly licensed to practice in all of the courts of the Commonwealth of Massachusetts and am the attorney of record for Defendant Diego MasMarques, Jr. ("Defendant") herein.

2. In support of Defendant's underlying motion attached herewith, the table below lists each submission to be filed under seal, states the specific basis for impoundment, and provides the public ECF number for the redacted counterpart. The relief sought is narrowly tailored and no broader than necessary to protect the sensitive information at issue.

| Document Name | Basis for Impoundment | Public Redacted Version ECF No. |
|---|---|---|
| *Memorandum in Support of Defendant's Motion for Summary Judgment* | Redact references to non-parties who are not relevant to the claims or defenses, and health information. | Doc. No. 257-1 |
| *Defendant's Local Rule 56.1 Statement of Uncontested Material Facts* | Redact references to expunged matters, including a foreign criminal proceeding, and personal information of non-parties | Doc. No. 257-2 |

1

| | | |
|---|---|---|
| | who are not relevant to the claims or defenses, and health information. | |
| *Declaration of Diego MasMarques, Jr* (and accompanying Exhibit A) | Redact references to expunged cases, including related foreign action, and personal information of non-parties. | Doc. No. 257-3 |
| *Andrade Declaration- Exhibit 1* (Selected pages of Plaintiff's deposition) | Redact references to expunged matters, and personal information of non-parties who are not relevant to the claims or defenses; also redacts Plaintiff's home address and date of birth. | Doc. No. 258-1 |
| *Andrade Declaration — Exhibit 6 (Criminal Complaint)* | Withhold from the public docket because it concerns allegations relating to a criminal complaint which was both dismissed and expunged. | Doc. No. 258-6 |
| *Andrade Declaration- Exhibit 10* (Criminal Complaint Dismissal) | Redact identifiers relating to the expunged criminal complaint; limits disclosure to portions pertinent to the summary judgment memorandum. | Doc. No. 258-10 |
| *Andrade Declaration — Exhibit 11 (Criminal Complaint Expungement)* | Redact identifiers relating to the expunged criminal complaint; limits disclosure to portions pertinent to the summary judgment memorandum. | Doc. No. 258-11 |
| *Andrade Declaration- Exhibit 12* (Email between parties) | Redact Defendant's personal email address. | Doc. No. 258-12 |
| *Andrade Declaration- Exhibit 19* (Think Computer Corporation- Common Equity Valuation) | Redact a corporation's sensitive financial figures. | Doc. No. 258-19 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of November, 2025.

                                                                    */s/ Ashley A. Andrade*
                                                                    Ashley A. Andrade