UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT DIEGO MASMARQUES, JR.'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully requests that this Court grant leave to file a motion for extension of time to oppose Defendant Diego MasMarques, Jr.'s Motion for Summary Judgment, ECF No. 257. At present, ignoring the fact that Plaintiff was not served with the unredacted version of the brief and attachments until November 7, 2025, Plaintiff's opposition brief is due on Thanksgiving Day, November 27, 2025, pursuant to Civil Local Rule 56.1 ("Opposition to motions for summary judgment must be filed, unless the court orders otherwise, within 21 days after the motion is served."). The Thanksgiving holiday is the least pressing concern, however.

Defendant MasMarques filed his summary judgment motion nearly two months early in order to evade the potential fallout from previously three, and as of today, four, outstanding Objections to Magistrate Judge Boal's rulings on various motions—three directly involving discovery—pursuant to Federal Rule of Civil Procedure 72(a). *See* ECF Nos. 211, 212, 235,

1

260. The strategically early filing has the effect of forcing Plaintiff to respond before the discovery motions are fully resolved, and potentially before subpoena responses arrive with dispositive evidence. Plaintiff therefore requests a 60-day extension of time to respond to the Motion for Summary Judgment at ECF No. 257, or 30 days from the resolution of all four Objections currently on the docket and/or subpoena responses, whichever date comes latest.

Dated: November 8, 2025          Respectfully submitted,

*/s/ Aaron Greenspan*
Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

### CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)

Plaintiff conferred with counsel for Defendant Diego MasMarques, Jr. regarding this motion, who assented only to a four-day extension of time to respond by December 1, 2025.

*/s/ Aaron Greenspan*
Aaron Greenspan

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 8, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

_Aaron Greenspan_
Aaron Greenspan