UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br> Plaintiff,<br><br> v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br> Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S OPPOSITION TO DEFENDANT DIEGO MASMARQUES, JR.'S MOTION TO IMPOUND UNREDACTED SUMMARY JUDGMENT MATERIALS**

### I. INTRODUCTION

On November 6, 2025, Defendant Diego MasMarques, Jr. filed a summary judgment motion nearly two months before the deadline to attempt to front-run evidence of his liability for the active claims in this action. Defendant MasMarques is sensitive about certain topics, such as statements relating to his criminal record, and seeks to redact documents submitted to the Court. Plaintiff does not object to all of his suggested redactions, but does object to some.

### II. ARGUMENT

Many of the suggested redactions are overbroad given Defendant MasMarques's stated aims.

1

### A. ECF No. 257-2: Local Rule 56.1 Statement of Purportedly Uncontested Material Facts

In ECF No. 257-2, Plaintiff objects to the overbroad redactions in paragraphs 19. Defendant MasMarques seems to be concerned that people might know that he was convicted of a crime in Spain, but he nonetheless left "Defendant was convicted in Spain" unredacted. Therefore, from his perspective, it is not truly necessary to redact anything but one short phrase in the suggested redaction in paragraph 19.

Plaintiff objects to the redactions in paragraph 22-23. These redactions reference PACER records that have been public for years and remain public. Defendant MasMarques's attempt to seal them failed as described in the operative First Amended Complaint ¶¶ 33-34. ECF No. 54.

### B. ECF No. 257-3: Declaration of Diego MasMarques, Jr.

In ECF No. 257-3, Plaintiff objects to the overbroad redactions in header I and paragraphs 1-3. Plaintiff finds the redaction of the last part of paragraph 4 puzzling, and objects. Plaintiff objects to the redactions in paragraphs 8-9 that refer to public records in the United States. Again, these redactions reference PACER records that have been public for years and remain public. Defendant MasMarques's attempt to seal them failed as described in the operative First Amended Complaint.

Plaintiff objects to the redaction in paragraph 71 as inconsistent. Omar Qazi and Elon Musk are not parties to this action, and their names are obviously not redacted. Similarly, the last name of the individual redacted in paragraph 71 does not merit redaction, and will not be redacted in any discussions by Plaintiff.

Plaintiff objects to the redaction of Defendant MasMarques's e-mail address on page 16, as it is already in the open record of this action.

### C.     ECF No. 258-1: Declaration of Aaron Greenspan

In ECF No. 258-1, Plaintiff objects to the redactions on PDF page 19, lines 6-7, as they concern a matter of public record that does not even involve Defendant MasMarques.

Plaintiff further objects to the redactions on PDF page 85, lines 10-14, as well as the redactions on pages 106-107 related to Defendant MasMarques's admitted e-mail addresses discussed in the open record of this action.

Plaintiff further objects to the use of redaction software by opposing counsel that appears to have altered the original underlying document beyond the redactions themselves.

### D.     ECF No. 258-12: E-Mail Between Parties

Plaintiff objects to all redactions in this document as inappropriate and inconsistent.

### III.     CONCLUSION

Plaintiff opposes the motion insofar as it requires unnecessary redactions that prevent the public from having a proper understanding of this litigation.

Dated: November 12, 2025          Respectfully submitted,

_[signature]_
Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

_____
Aaron Greenspan