UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**AARON GREENSPAN**,

    Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

    Defendants.

Case No.: 1:23-cv-10134-DJC

### PLAINTIFF'S MOTION TO IMPOUND UNREDACTED COPIES OF SUMMARY JUDGMENT MATERIALS

Pursuant to Civil Local Rule 7.2, Plaintiff respectfully requests that this Court grant Plaintiff the ability to impound unredacted materials of documents filed with redactions and/or under seal. On October 15, 2025, the Court granted Defendant Diego MasMarques, Jr.'s motion for leave to file "a motion to impound unredacted summary judgment materials." ECF No. 250. Plaintiff has now been forced to respond to those materials without the benefit of a ruling on Plaintiff's request for an extension of time. ECF No. 257. *See also* ECF No. 261. Accordingly, by virtue of responding, Plaintiff must also file materials that are sensitive and that require redaction and/or sealing.

Plaintiff anticipates filing the following materials with redactions or under seal:

1

| Document Name | Basis for Impoundment | Anticipated Public Redacted Version ECF No. |
|---|---|---|
| Plaintiff's Opposition To Defendant Diego MasMarques, Jr.'s Motion for Summary Judgment | This brief involves a description of personal and/or medical information, which is accordingly redacted. | 265 |
| Declaration of Aaron Greenspan In Support Of Opposition To Defendant Diego MasMarques, Jr.'s Motion for Summary Judgment | This declaration makes reference to personal and/or medical information including but not limited to the contents of the attached Exhibit M, which reference involves a description of medical information, which is accordingly redacted. | 266 |
| Declaration of Aaron Greenspan Exhibit F: Blacklist Report Posts or Cached Versions Thereof | This exhibit contains discovery materials deemed confidential pursuant to the Protective Order entered by this Court, namely, false, libelous and often disturbing posts about Plaintiff and his family members that are no longer on-line or publicly available. | None [Under Seal] |
| Declaration of Aaron Greenspan Exhibit G: ComplaintsBoard Posts | This exhibit contains discovery materials deemed confidential pursuant to the Protective Order entered by this Court, namely, false, libelous and often disturbing posts about Plaintiff and his family members some of which are no longer on-line or publicly available. | None [Under Seal] |
| Declaration of Aaron Greenspan Exhibit H: Twitter/X Posts | This exhibit contains false and libelous posts about Plaintiff and his family members, whose names and associated descriptors are redacted to the least extent possible. | 266-8 |
| Declaration of Aaron Greenspan Exhibit I: Reddit Posts | This exhibit contains discovery materials deemed confidential pursuant to the Protective Order entered by this Court, namely, false, libelous and often disturbing posts about Plaintiff and his family members. | None [Under Seal] |
| Declaration of Aaron Greenspan Exhibit M: [Redacted Medical Information] | This exhibit contains medical information protected under the Court's Protective Order. | None [Under Seal] |

Plaintiff is a fierce advocate for legal transparency.  Even so, there is no public interest to be served by simply repeating libel on the docket so that it can lead to further abuse.  The purpose of this litigation is to remedy the harm caused by these posts; not to amplify it.  Therefore, for these and other reasons, Plaintiff respectfully requests that this Court permit the filing of impounded, unredacted versions of the above-described documents.

Dated: December 8, 2025              Respectfully submitted,

*/s/ Aaron Greenspan*
Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

**CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)**

Civil Local Rule 7.1(a)(2) would not appear to apply to this motion since the Court already ordered the entry of a Protective Order, granted Defendant Diego MasMarques, Jr. the right to request impoundment, and required Plaintiff to respond to a motion already containing certain categories of redactions by virtue of not ruling on Plaintiff's request for an extension of time.  Furthermore, the parties have communicated and agreed on the need for impoundment of certain types of materials, which are reflected here.

*/s/ Aaron Greenspan*
Aaron Greenspan

3

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 8, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

Aaron Greenspan