## EXHIBIT A

Machine-Translated Newspaper Articles From Spain Concerning Diego MasMarques, Jr.


# The attacker in Calvià had already been reported for assaulting his partner

**The woman, of Yugoslavian origin, remains in a coma in the ICU of Son Dureta hospital and her condition is very serious.**

Michel's



**Diego MH, the detainee, was born in Washington but is of Spanish nationality**

Diego MH, the 35-year-old man arrested on Sunday for beating his ex-partner and leaving her in a coma, had already been reported by the victim last October, who accused him of assault and threats. The alleged assailant refused to testify yesterday before the Civil Guard in Palmanova about why he attacked his partner and is expected to do so today before the judge. Meanwhile, the victim, Tatiana Vassic, of Yugoslavian origin, remains in a coma and her condition is very serious, as confirmed yesterday afternoon by a spokesperson for Son Dureta Hospital. The 35-year-old woman is in the ICU of the hospital's trauma unit. She had not

regained consciousness yesterday. The medical report specifies that the woman's condition is critical, and doctors are working to determine the extent of her brain injuries, which will be confirmed in future tests

Regarding the complaint filed in October, this newspaper has learned that the accused was not located by the Civil Guard until several days later. After taking his statement, it was decided not to arrest him because there were many contradictions between the suspect's and the woman's accounts. Doctors at Son Dureta Hospital suspect that the woman is not currently pregnant, but they have not ruled out the possibility that she may have suffered a miscarriage. Therefore, a gynecological examination is planned, but it will not be performed while the woman remains in a coma. It should be noted that the detainee himself told the Civil Guard and the ambulance paramedics that his partner was pregnant.

As the hours pass, the chances of Tatiana regaining consciousness are decreasing, although a hospital spokesperson ruled out that the woman was in an irreversible coma.

While the woman remains in serious condition, Civil Guard officers are investigating the circumstances surrounding the case. Yesterday, a team from the Judicial Police searched the home where the fight took place, located on Málaga Street, block 2 of Son Caliu, in the Palmanova area. The officers were looking for any blunt object the suspect may have used to assault the woman.


There are no comments at the moment.


# El agresor de Calvià ya había sido denunciado por pegar a su compañera

**La mujer, de origen yugoslavo, sigue en estado de coma en la UCI del hospital de Son Dureta y su situación es muy grave**

Michel's



**Diego M.H., el detenido, nació en Washington pero es de nacionalidad española**

Diego M.H., el hombre de 35 años de edad que fue detenido el domingo por darle una paliza a su ex compañera y dejarla en coma, ya fue denunciado por la víctima el pasado mes de octubre, que le acusó de agredirla y amenazarla. El presunto agresor se negó ayer a declarar ante la Guardia Civil de Palmanova sobre las causas por las que golpeó a su compañera y se supone que lo hará hoy ante el juez. Mientras tanto, la víctima, Tatiana Vassic, de origen yugoslavo, sigue en coma y su estado es muy grave, según confirmó ayer tarde un portavoz del hospital de Son Dureta. La mujer, que tiene 35 años de edad, se encuentra ingresada en la UCI de la unidad de trauma del

hospital. Durante el día de ayer no había logrado recuperar el conocimiento. El parte facultativo especifica que el estado de la mujer es reservado, y los médicos trabajan para averiguar las lesiones cerebrales que padece, que se determinarán en unas futuras pruebas.

Sobre la denuncia del mes de octubre, este periódico pudo averiguar que el denunciado no fue localizado por la Guardia Civil hasta varios días después. Tras tomarle declaración se decidió no detenerle porque había muchas contradicciones entre la versión del sospechoso y la de la mujer. Los médicos de Son Dureta sospechan que la mujer no se encuentra en estos momentos embarazada, pero tampoco descartan que hubiera podido sufrir un aborto. Por ello, está previsto realizar un examen ginecológico, que de momento no se practicará mientras la mujer continúe en estado de coma. Cabe indicar que fue el propio detenido el que manifestó a la Guardia Civil y a los sanitarios de la ambulancia que su compañera se encontraba embarazada.

A medida que pasan las horas las posibilidades de que Tatiana pueda recuperar el conocimiento son más reducidas, si bien un portavoz del hospital descartó que la mujer se encontraba en coma irreversible.

Mientras la mujer sigue grave, los agentes de la Guardia Civil están investigando las circunstancias que rodean este caso. Ayer, un equipo de Policía Judicial realizó un registro en la vivienda donde se desarrolló la pelea, que está situada en la calle Málaga, bloque 2 de Son Caliu, en la zona de Palmanova. Los agentes estaban buscando algún objeto contundente con el que el detenido pudo agredir a la mujer.

De momento no hay comentarios.



Thursday, December 9, 1999

# Vasic: "The man who left my daughter in a coma is insatiable and very vengeful"

**The victim's father has traveled to Palma with his wife from Peru**

J. FRANCISCO MESTRE



The father of the Yugoslavian woman who is in a coma after being beaten by her ex-boyfriend anxiously awaits the next few hours, hoping his daughter will recover from her injury. Dragoslav Vasic is an engineer who lives with his wife in Peru. Last Tuesday, he arrived in Mallorca to be with his daughter Tatiana during these difficult times. The father is aware that the woman's condition is increasingly delicate. Doctors have confirmed that her trachea is ruptured and that her brain was deprived of oxygen for too long, so if she comes out of the coma, the aftereffects could be significant

Both Tatiana's father and friends describe the man responsible for this tragedy as "intelligent and cultured, but insatiable and vindictive."
Tatiana is the head of administration at a computer company and is also in charge of product quality control. At 35, she is single. According to her friends, who denied rumors that she was pregnant, she met Diego MH a year ago at her company. They dated for several months, but their relationship ended because the man (who is in prison) was extremely jealous and accused her of wrongdoing. "Tatiana changed the locks four times, but Diego always managed to get into her house."

According to the family member, Tatiana had been suffering abuse since May. She tried to convince Diego to see a psychologist for help. Not only did he refuse, but he moved into Tatiana's apartment, and she couldn't get him out. She felt harassed and very frightened. In August, she traveled to Peru to visit her parents. "Diego called six or seven times a day and had conversations lasting more than 20 minutes. My wife decided to disconnect the phone," said Dragoslav Vasic, who indicated that the calls were made from his daughter's apartment phone. "He left a phone bill for more than 200,000 pesetas, which he refused to pay." This harassment continued for the following months. The woman decided to report Diego, filing four complaints. None of them were successful.

There are no comments yet.



# Vasic: «El hombre que dejó a mi hija en coma es insaciable y muy vengativo»

**El padre de la víctima ha viajado a Palma con su esposa desde Perú**

 **J. FRANCISCO MESTRE**



El padre de la mujer yugoslava que se encuentra en estado de coma tras ser golpeada por su ex novio, espera con incertidumbre las próximas horas con la esperanza de que su hija se recupere de esta lesión. Dragoslav Vasic es ingeniero y reside con su mujer en Perú. El pasado martes llegó a Mallorca para estar junto a su hija Tatiana en estas difíciles horas. El padre es consciente de que el estado de la mujer es cada vez más delicado. Los médicos le han confirmado que tiene la traquea partida, y que su cerebro estuvo demasiado tiempo sin oxígeno por lo que, si sale del coma, las secuelas pueden ser importantes.

Tanto el padre como los amigos de Tatiana califican al hombre que ha provocado esta tragedia como «inteligente y culto, pero insaciable y vengativo».
La mujer es la jefa de administración de una empresa de informática y además es la encargada de controlar la calidad de los productos. Tatiana, a sus 35 años, es soltera. Según sus amigos, que desmintieron que estuviera embarazada, conoció a Diego M.H. hace un año en su propia empresa. Salieron juntos varios meses pero su relación se quebró porque el hombre (que está en prisión) era muy celoso y la estaba acusando. «Tatiana cambió cuatro veces la cerradura, pero Diego siempre conseguía entrar en su casa».

Según el familiar, Tatiana estaba sufriendo malos tratos desde mayo. Intentó convencer a Diego para que fuera a un psicólogo para recibir ayuda. No sólo no quiso ayuda sino que el hombre «se instaló en el piso de Tatiana y ella no conseguía echarlo de su casa». Ella se sentía acosada y muy asustada. En agosto viajó a Perú para visitar a sus padres. «Diego llamaba por teléfono cada día seis o siete veces y mantenía conversaciones de más de 20 minutos. Mi mujer decidió desconectar el teléfono», indicó Dragoslav Vasic, que indicó que las llamadas las hacía desde el teléfono del piso de su hija. «Dejó una factura telefónica de más de 200 mil pesetas que no quiso pagar». Este acoso continuó durante los meses siguientes. La mujer decidió denunciar a Diego, presentando hasta cuatro denuncias. Ninguna de ellas fue efectiva.


De momento no hay comentarios.


# The woman beaten by her ex-partner in Son Caliu was clinically dead yesterday

**Tatiana Vasic entered a state of brain death, but her heart and lungs continued to function.**

**J.J.-P.M**



Tatiana Vasic, the woman assaulted last Sunday in Son Caliu by her ex-partner, Diego MH, was clinically dead yesterday, although her heart and lungs were still functioning. At 1:30 a.m., the doctors treating her reported that the patient had entered a state of brain death. This state persisted throughout the day. In the afternoon, Dr. José María Abadal Centellas, a physician in the ICU at Son Dureta Hospital, issued the final medical report, stating that the patient, Tatiana Vasic, "is clinically dead."

The incident occurred last Sunday in Tatiana's apartment on Málaga Street in Son Caliu. The victim's father, Dragoslav Vasic, told this newspaper that after his daughter was assaulted, a neighbor had to call the police, and an ambulance was subsequently called. Vasic, who was born in Yugoslavia and lives with his wife in Peru, traveled to Mallorca last Tuesday after being informed of the attack.

There are no comments yet.


# La mujer golpeada por su ex compañero en Son Caliu estaba ayer clínicamente muerta

**Tatiana Vasic entró en estado de muerte cerebral, pero le seguían funcionando el corazón y los pulmones**

**J.J.-P.M**



Tatiana Vasic, la mujer agredida el pasado domingo en son Caliu por su ex compañero, Diego M.H., estaba ayer clínicamente muerta aunque su corazón y pulmones seguían funcionando. A la una y media de la madrugada los médicos que la atendían comunicaron que la paciente había entrado en estado de muerte cerebral. Este estado se mantuvo a lo largo del día. Por la tarde, el doctor José María Abadal Centellas, facultativo del servicio de la UCI de Son Dureta facilitó el último parte médico en el que señalaba que la paciente, Tatiana vasic, 'está clínicamente muerta'.

Los hechos ocurrieron el pasado domingo en el apartamento donde residía Tatiana, en la calle Málaga, en Son Caliu. El padre de la víctima, Dragoslav Vasic, ha manifestado a este periódico que tras los golpes recibidos por su hija, tuvo que ser una vecina la que diera aviso a la policía y después se requirió la presencia urgente de una ambulancia. El hombre, nacido en Yugoslavia y residente con su esposa en Perú, se desplazó a Mallorca el pasado martes tras ser informado de lo ocurrido.


De momento no hay comentarios.


# The ex-girlfriend of the man who left his partner in a coma was also beaten

**"I need to defend Tatiana Vasic because she can no longer do it herself."**

RS-EFE

Tatiana Vasic remained in the ICU at Son Dureta hospital yesterday in a state of brain death, although her lungs were functioning and her heart was still beating. The woman, who was attacked last Sunday by her former partner in Son Caliu, entered a state of clinical death early Friday morning.

Regarding this case, a young Swedish woman who claims to have been the girlfriend of Diego MH, the man accused of assaulting Tatiana, told the EFE news agency: "I need to defend this girl because she (Tatiana Vasic) can no longer do so. We have both been through hell." This 30-year-old woman, who prefers to remain anonymous, cannot help but see herself in the victim, whom she does not know, but with whom she has felt solidarity since learning through the press last Monday that her former boyfriend had been arrested for assaulting her.

"We are two women whose lives were turned into a living hell by the madness of the same man," she stated, recounting the painful experience she endured with Diego, during which she also suffered physical and psychological abuse, harassment, and stalking after deciding to leave him. The similarities in their love stories lead her to believe that she, too, could have been the victim of a brutal beating, just like Tatiana, and that is why she now believes she escaped "by a miracle."

Like Tatiana's coworkers, she describes the aggressor as a "cultured, intelligent, and kind" person, whose appearance would have "fallen into the trap" for anyone. "I fell in love with Diego," she recounts, recalling the obsessive jealousy and abrupt changes in behavior that appeared at the beginning of their relationship and the futile attempts to get her boyfriend to see a psychologist.

There are no comments at the moment.



domingo, 12 diciembre 1999

# La ex novia del hombre que dejó en coma a su compañera también fue apaleada

**«Necesito defender a Tatiana Vasic porque ella ya no puede hacerlo»**

**R.S.-EFE**

Tatiana Vasic continuaba ayer ingresada en la UCI de Son Dureta en estado de muerte cerebral, aunque sus pulmones funcionaban y su corazón seguía latiendo. La mujer, agredida el pasado domingo por su ex compañero sentimental en Son Caliu, entró en estado de muerte clínica la madrugada del pasado viernes.

En relación a este caso, una joven de nacionalidad sueca que dice haber sido novia de Diego M.H., el acusado de agredir a Tatiana, declara a la agencia Efe: «Necesito defender a esta chica porque ella (Tatiana Vasic) ya no puede hacerlo. Las dos hemos vivido un infierno». Esta mujer, de 30 años, que prefiere guardar el anonimato, no puede evitar verse en el espejo de la víctima, a la que no conoce, pero con la que se siente solidaria desde que el lunes pasado conoció por la prensa que su antiguo novio había sido detenido por agredirla.

«Somos dos mujeres a quienes la locura de un mismo hombre convirtió nuestras vidas en un calvario», afirmó al relatar la dolorosa experiencia que vivió junto a Diego, en la que también sufrió agresiones físicas y psíquicas, acoso y persecución una vez que decidió abandonarlo. Las coincidencias en la historia amorosa de ambas le hacen pensar que también podría haber sido víctima de una brutal paliza, igual que Tatiana, y por eso cree ahora que se salvó «de milagro».

Como las compañeras de trabajo de Tatiana, describe al agresor como una persona «culta, inteligente y amable», cuya apariencia habría hecho «caer en la trampa» a cualquiera. «Me enamoré de Diego», relata, y recuerda los celos obsesivos y los cambios bruscos de comportamiento que aparecieron al principio de su relación y los intentos, vanos, de que su novio visitara a un psicólogo.

De momento no hay comentarios.


**The woman who died assaulted by her ex-boyfriend will be buried in Yugoslavia**

**A hundred people went yesterday to the funeral that was held in San Nicolás**

**JAVIER JIMÉNEZ / JFM**

Tatiana Vasic, the Yugoslav woman who died last Saturday in Son Dureta after being assaulted by her former partner, will be buried in her country, her father confirmed yesterday. Just yesterday afternoon was held at the church of San Nicolás, in Palma, the funeral for the memory of the victim, which was attended by many people.

During the morning of yesterday two forensic doctors carried out the autopsy to the body of Tatiana, who remained almost seven days in a coma after being attacked by her former partner, Diego Mas Howard, who is in prison. The doctors confirmed that the cause of death was a cranial injury caused by a blow. The father of the victim said yesterday that his wife, who lives in Peru, has also moved to Mallorca in these difficult times for the family. The parents could be with their daughter in the last days of her life, although they could not talk to her since she was in a coma since she was attacked by her former partner.

On the other hand, the Balearic Government yesterday showed its condolence for the death of this Yugoslavian woman of 36 years of age. The Government and, above all, the Ministry of Social Welfare, want to join the pain and indignation suffered by all those who knew Tatiana, and also women who suffer or have been mistreated by their partners. In this sense, the Executive requests the support of the whole society so that these facts are not repeated, in addition to requesting the judges to apply the legislation on complaints of threats and mistreatment.

Currently there are no comments.


# The man accused of the Son Caliu crime will be tried for homicide and mistreatment

**The lawyer for Diego Mas, who will also face a trespassing charge, requests a reconstruction of the events**

### J. FRANCISCO MESTRE



**Diego Mas behaved very strangely yesterday. Upon arriving at the courthouse, he covered his face to avoid being photographed or filmed by cameras, but then changed his attitude and appeared before the judge and prosecutor with his face uncovered. Photo: FERRAN CARBONELL**

Diego Mas Howard, the man accused of killing his former partner in an apartment in the Son Caliu area of Calvià, will be charged with three crimes

The detainee was brought before Judge Piedad Marín of Palma's Court of Instruction Number 4 yesterday, who informed him that he would be tried by a jury. In this preliminary hearing,

conducted according to the jury law, those present included the accused and the judge, Prosecutor José Zaforteza, the private prosecutor's lawyer, Eduardo Valdivia, and the defense attorney, Francisco Mas Oller. The prosecutor informed the detainee that he would be charged with three offenses: homicide, trespassing, and habitual abuse. The private prosecution, representing the parents of the victim, Tatiana Vassic, agreed with the prosecutor regarding the charges against the detainee.

Diego Mas Howard uttered incoherent phrases as he walked through the courthouse hallways toward the holding cells. He made it clear that he opposed abortion, even though no one had asked for his opinion on the matter.

Francisco Mas, the defense attorney, ruled out the possibility that the Yugoslavian woman's death should be classified as homicide, arguing instead that it was an accident. The attorney, relying on his client's account, believes the woman fractured her trachea when she accidentally struck a table or chair in her apartment. For this reason, the defense has requested that the judge order a reconstruction of events at the Son Caliu apartment to determine exactly how the incident unfolded.

There are no comments yet.



sábado, 18 diciembre 1999

# El acusado del crimen de Son Caliu será juzgado por homicidio y malos tratos

**El abogado de Diego Mas, que también se enfrentará a un delito de allanamiento, pide que se reconstruyan los hechos**

### J. FRANCISCO MESTRE



**Diego Mas mantuvo ayer un comportamiento de lo más extraño. A su llegada a los juzgados se tapó el rostro para no ser fotografiado o filmado por las cámaras, pero luego cambió de actitud y compareció ante el juez y el fiscal con el rostro descubierto. Foto: FERRAN CARBONELL.**

Diego Mas Howard, el hombre acusado de matar a su ex compañera sentimental en un piso de la zona de Son Caliu, en Calvià, será acusado de tres delitos.

El detenido fue conducido ayer ante la juez Piedad Marín, del juzgado de instrucción número 4 de Palma, que le anunció que sería juzgado por un jurado popular. En esta vista preliminar,

que se realiza según lo establecido en la ley del jurado, estaban presentes, además del imputado y la juez, el fiscal José Zaforteza, el abogado de la acusación particular, Eduardo Valdivia, y el letrado defensor, Francisco Mas Oller. El fiscal le anunció al detenido que le iba a imputar tres delitos: homicidio, allanamiento de morada y malos tratos habituales. La acusación particular, que representa a los padres de la víctima, Tatiana Vassic, coincidió con el fiscal sobre los delitos que le iba a imputar al detenido.

Diego Mas Howard manifestó frases incoherentes cuando se encontraba en los pasillos del juzgado y se dirigía hacia los calabozos. Quiso dejar claro que él se oponía a que una madre aborte, sin que nadie le hubiera pedido su opinión sobre esta cuestión.

Francisco Mas, el abogado defensor, descartó que la muerte de la mujer yugoslava hubiera que encuadrarla en el delito de homicidio, sino que considera que fue un accidente. El abogado, que se basa en la versión que le ha explicado su cliente, considera que la mujer se fracturó la traquea al golpear fortuitamente contra una mesa o una silla de su apartamento. Por este motivo, la defensa ha solicitado a la juez que ordene una reconstrucción en el apartamento de Son Caliu, para concretar como se desarrollaron los hechos.


De momento no hay comentarios.


# The man accused of killing Tatiana was arrested twice more for assaulting women

**The suspect in the latest domestic abuse crime in the Balearic Islands has a prior conviction from a court.**

**P. MATAS**



**Diego Mas Howard was taken to court on Friday.**

Diego Mas, the man accused of killing Tatiana Vasicen in the latest episode of domestic violence in the Balearic Islands, was arrested at least twice in the US for assaulting women. Direct relatives of Diego Mas, who have identified themselves to this newspaper but request anonymity, recount that when the accused lived in Boston, Massachusetts, the police arrested him twice for assaulting two young women who were his romantic partners. These individuals assert that Diego Mas later had similar problems in Miami, Florida, and that he is the father of a daughter from a relationship with another woman.

When asked if he was tried in Massachusetts for the two assaults, his family members stated that he was not. "When the first trial was scheduled, he left for Germany, where his father was living at the time," they asserted. They added that the assaults for which he was arrested in Boston occurred when Diego was about 24 years old. The man arrived in Mallorca from Germany three years ago and rented an apartment on Calle del Carmen in Palma. He later moved to another apartment on Calle Botons with his father and was reported for trespassing.

Since moving to Mallorca, Diego Mas has been convicted once for chasing another ex-girlfriend and ramming her with his car. The sentence, dated November 30th of last year, was handed down by Judge Antoni Rotger of the Palma Criminal Court No. 1. The judge found him guilty of a minor offense of causing injury.

The events occurred on October 16, 1997. The court ruling states that Diego Mas was driving his car when he noticed his ex-partner. The woman was in a car driven by another man. Diego Mas initiated a chase. Mas rammed the man with his car, causing abrasions and bruises to his right hand and left thigh. The victim in this case asserted that Mas had subjected him to a distressing situation after their breakup.


There are no comments at the moment.



lunes, 20 diciembre 1999

# El acusado de matar a Tatiana fue detenido otras dos veces por golpear a mujeres

**El sospechoso del último crimen por malos tratos ocurrido en Balears posee una condena de un juzgado**

**P. MATAS**



**Diego Mas Howard fue conducido el viernes al Juzgado.**

Diego Mas, el acusado de matar a Tatiana Vasicen el último episo dioo de malos tratos ocurrido en Balears, e fue detenido por lo menos en dos ocasiones en EE UU por golpear a mujeres. Familiares directos de Diego Mas, que se han identificado en este periódico pero piden guardar el anonimato, relatan que cuando el acusado vivía en Boston (Massachussets), la policía le detuvo en dos ocasiones, por pegar a dos jóvenes que eran sus compañeras sentimentales. Dichas personas aseguran que, después, Diego Mas tuvo problemas de las mismas características en Miami (La Florida), y que es padre de una hija que nació de una relación con otra mujer.

A la pregunta de si fue juzgado en Massachussets por las dos agresiones, los familiares manifiestan que no. «Cuando tenía que celebrarse el primer juicio se fue, a Alemania, que es donde residía entonces su padre», aseguran. Las citadas personas añaden que las agresiones por las que fue detenido en Boston se produjeron cuando Diego tenía unos 24 años. El hombre llegó a Mallorca procedente de Alemania hace tres años y alquiló un piso en la calle del Carmen, en Palma. Después se trasladó a otro piso de la calle Botons con su padre, y fue denunciado por allanamiento de morada.

Desde que reside en Mallorca, Diego Mas ha sido condenado en una ocasión por perseguir a otra ex novia y embestirle con su coche. La sentencia tiene fecha del día 30 de noviembre del pasado año y la dictó el juez Antoni Rotger, del Juzgado de lo Penal número 1 de Palma. El juez le declara culpable de una falta de lesiones.

Los hechos ocurrieron el 16 de octubre de 1997. La sentencia señala que Diego Mas circulaba con su coche cuando se percató de la presencia de su ex pareja. La mujer circulaba en un coche que conducía otro hombre. Diego Mas inició una persecución. Mas embistió al hombre con su coche y le causó erosiones y contusiones en la mano derecha y en el muslo izquierdo. La víctima en estencaso aseguró que Mas le había sometido a una situación agobiante tras la ruptura.


De momento no hay comentarios.


**Forensics do not clarify if Tatiana died from an accident**

**The prosecutor affirms that the accused, Diego Mas, is a "sickly jealous man" who never accepted that the victim wanted to abandon him**

### J.FRANCISCO MESTRE

Forensic doctors could not clarify yesterday if Tatiana Vassic, the Yugoslav woman who died after having a dispute with her ex-boyfriend, died after receiving a direct blow to the windpipe or died by accident, that is, she could slip and hit a piece of furniture . This is the main unknown that the doctors had to clear up in the trial that is being held (which was seen for sentence yesterday) against Diego Mas Howard, who is accused of homicide and two crimes of burglary.

Forensics explained that in an injury like the one the victim presented, time always runs against him. Therefore, if he is not treated immediately, the neurological injuries are very serious. The doctors explained that the most logical thing is that the woman had received a direct hit, or even had been strangled, but they also did not rule out other possibilities. This lack of definition was used yesterday by the defense lawyer Juan José Cano de Alarcón to influence the jury that Diego Mas cannot be convicted of a crime of murder because there was no evidence for it.

Prosecutor José Zaforteza announced yesterday that he accused Diego Mas of a crime of homicide and two of burglary (before the trial he only accused him of one) and therefore requested a sentence of 17 years in prison. Tatiana's family lawyer, Eduardo Valdivia, charged the same crimes as the prosecutor, but asked for a higher sentence of 21 years in prison. Francisca Arrom, representing the Gifts Lobby, joined the prosecutor's proposal.



**The woman who died attacked by her ex-boyfriend will be buried in Yugoslavia**

**A hundred people attended yesterday the funeral that was held in San Nicolás**

**JAVIER JIMÉNEZ / JFM**

Tatiana Vasic, the Yugoslav woman who died last Saturday in Son Dureta after being attacked by her former romantic partner, will be buried in her country, her father confirmed yesterday. Just yesterday afternoon the funeral for the memory of the victim was held in the church of San Nicolás, in Palma, which was attended by many people.

During the morning of yesterday two forensic doctors carried out an autopsy on Tatiana's body, who remained in a coma for almost seven days after being attacked by her former partner, Diego Mas Howard, who is in prison. Doctors confirmed that the cause of death was a head injury caused by a blow. The victim's father said yesterday that his wife, who lives in Peru, has also traveled to Mallorca at these difficult times for the family. The parents were able to be with their daughter in the last days of her life, although they could not speak to her since she was in a coma since she was attacked by her former partner.

ADVERTISING

On the other hand, the Balearic Government yesterday showed its condolence for the death of this 36-year-old Yugoslav woman. The Government and, above all, the Department of Social Welfare, want to join in the pain and indignation suffered by all those who knew Tatiana, and also women who suffer or have been abused by their partners. In this sense, the Executive requests the support of the whole society so that these events are not repeated, in addition to requesting the judges to apply the legislation on complaints of threats and mistreatment.


**A lawyer believes that the judge influenced the jury for the conviction of the crime of Son Caliu**

## The events occurred on December 5, 1999 and Diego Mas was sentenced to 15 years in prison

JFMESTRE

The Superior Court of Justice of the Balearic Islands must decide if Diego Mas Howard, who was convicted of the murder of his ex-girlfriend in Son Caliu, had a fair trial and if the judge could influence the jury to convict the accused. These were the arguments presented by the lawyer who has assumed the defense of Diego Mas, who was sentenced to 15 years in prison for the death of Tatiana Vassic. The lawyer who defended the defendant at the trial resigned to represent him at the appeal hearing. Diego Mas has changed his lawyer five times.

The new lawyer asked the judges to acquit Diego Mas of the crimes of homicide and burglary. The appeal is based on the fact that it was an accidental death, and he recalled that the forensic report is not conclusive about the causes of death. The lawyer raised the novelty that the body of the victim had a bacterium, which was not analyzed, but that the defense believes had a great influence on his death. The defense also argued that the sentence handed down by the judge lacked proof of charge, and considered that his client had suffered defenselessness. He complained that nobody believed his version, and accused the judge of predisposing the jury against the defendant. Prosecutor José Zaforteza accused the lawyer of questioning the impartiality of the judge, and asked the court to reject the arguments and ratify the ruling. The lawyers of the accusation, Eduardo Valdivia and Francisca Arrom, maintained the same position. The events occurred on December 5 of last year.

Currently there are no comments.


# Diego Mas Howard: "I didn't kill Tatiana"

**The man accused of killing his ex-girlfriend in Calvià denies the charges and maintains before the jury that it was all an accident**

J. FRANCISCO MESTRE



**The defendant, seated in the dock (with his back to the camera) before testifying before the jury. Photo: AS**

"I didn't kill Tatiana. I never hit her or touched a single hair on her head." Diego Mas Howard, the American accused of causing the death of his former partner, presented himself to the jury yesterday as a peaceful person incapable of harming or harassing a woman

The accused denies causing the victim's death and maintains it was all an "accident." Diego Mas faces charges brought by prosecutor José Zaforteza, lawyer Eduardo Valdivia (representing the victim's family), and attorney Francisca Arrom, on behalf of the Women's Lobby. The prosecution is seeking a sentence of 15 to 19 years in prison for homicide and trespassing. Defense attorney Juan José Cano de Alarcón denies the homicide charge and admits only to the trespassing charge.

Tatiana Vassic, 37, died six days after falling into a coma following a blow to the face. While the prosecution maintains that she was punched by the accused, he insists that he merely pushed her "with an open hand," and that she "lost her balance, hit the edge of a chair, and lost consciousness." This tragic incident occurred on the morning of December 5th of last year at the victim's home in Son Caliu, Calvià. Tatiana and Diego had met a year earlier and had even been living together at her residence. However, before her death, the victim had reported the accused for domestic abuse, fled to Yugoslavia for fear he would harm her, and changed the locks on her door to prevent him from entering her home.



martes, 18 julio 2000

# Diego Mas Howard: «Yo no maté a Tatiana»

**El acusado de matar a su ex novia en Calvià, niega los hechos y sostiene ante el jurado que todo fue un accidente**

**J.FRANCISCO MESTRE**



**El acusado, sentado en el banquillo (de espaldas) antes de declarar ante el jurado. Foto: A.S.**

«Yo no maté a Tatiana. Nunca le pegué ni le toqué un solo pelo». Diego Mas Howard, el norteamericano acusado de causar la muerte a su ex compañera sentimental, se presentó ayer ante el jurado como una persona pacífica e incapaz de hacerle daño, ni acosar a una mujer.

El acusado rechaza que hubiera causado la muerte a la víctima y sostiene que todo fue un «accidente». Diego Mas se enfrenta a la acusación del fiscal José Zaforteza, del abogado Eduardo Valdivia (representa a la familia de la víctima) y de la letrada Francisca Arrom, en nombre del Lobby de Dones. Las acusaciones piden entre 15 y 19 años de cárcel por

homicidio y allanamiento de morada. El abogado defensor, Juan José Cano de Alarcón, rechaza la acusación de homicidio y reconoce sólo el segundo delito.

Tatiana Vassic, de 37 años de edad, murió seis días después de quedar en coma tras sufrir un golpe en la cara. Mientras las acusaciones sostienen que recibió un puñetazo del acusado, éste insiste en que se limitó a empujar a la mujer «con la mano abierta», y que ella «perdió el equilibrio, se golpeó contra el canto de una silla y quedó inconsciente». Este desagradable suceso ocurrió en la mañana del día 5 de diciembre del pasado año en la vivienda de la víctima, en Son Caliu, en Calvià. Tatiana y Diego se habían conocido un año antes, e incluso habían estado viviendo juntos en el domicilio de la mujer. Sin embargo, antes de producirse la muerte, la víctima había denunciado al acusado por malos tratos, había huido a Yugoslavia por temor que pudiera hacerle daño, y había cambiado la cerradura de la puerta para evitar que entrara en su casa.



Wednesday, July 19, 2000

# Tatiana Vassic reported to the police that her ex-boyfriend was harassing her

**The Civil Guard observed the accused circling the woman who died after being hit in her home in Calvià**

### J. FRANCISCO MESTRE

Tatiana Vassic, the Yugoslavian woman who died last December in Son Caliu, had told the Calvià Local Police that Diego Mas, the person accused of her death, was harassing her after their relationship ended. The woman, who spent six days in a coma before dying, filed a complaint in September for death threats against Diego Mas Howard. This complaint was filed with the Civil Guard, although she could not be questioned because she could not be located

Prosecutor José Zaforteza, who is seeking a 15-year prison sentence for Diego Mas, wants to prove that the accused threatened the woman in the days leading up to her death to force her to withdraw the complaint. The accused testified on Monday that his ex-girlfriend died after tripping and hitting her head on a chair, and denies punching her in the face. Although he acknowledges knowing a complaint had been filed against him, he claims he was unaware of the reason for it and further denies any connection to the events.

However, a Civil Guard officer explained to the jury yesterday that on December 4th (the day before the events), the accused called the Palmanova barracks to inquire about the complaint. Although it could not be determined whether he was informed of the reason for the complaint, he was told that he had to appear in court to give a statement. Months before this incident, the Local Police had made efforts to locate him, but were unsuccessful. It was at that point that Tatiana told the officers she felt harassed.

There are no comments at the moment.


# Tatiana Vassic comunicó a la policía que su ex novio la estaba acosando

**La Guardia Civil observó al acusado dando vueltas alrededor de la mujer que murió tras recibir un golpe en su casa de Calvià**

### J. FRANCISCO MESTRE

Tatiana Vassic, la mujer yugoslava que murió el pasado mes de diciembre en Son Caliu, había anunciado a la Policía Local de Calvià que Diego Mas, la persona acusada de su muerte, la estaba acosando tras romper la relación sentimental. La mujer, que pasó seis días en coma antes de morir, presentó en el mes de septiembre una denuncia por amenazas de muerte contra Diego Mas Howard. Esta denuncia se presentó ante la Guardia Civil, si bien no se le pudo tomar declaración porque no se le encontró.

El fiscal José Zaforteza, que pide 15 años de cárcel contra Diego Mas, quiere demostrar que el acusado estuvo amenazando a la mujer los días anteriores a su muerte para que retirara la denuncia. El acusado declaró el lunes que su ex novia murió al tropezar y golpearse la cabeza contra una silla, y niega que le diera un puñetazo en la cara. Aunque reconoce que sabía que se había presentado una denuncia contra él, afirma que desconocía el motivo de la misma, y además rechaza que tenga relación con los hechos.

Sin embargo, un guardia civil explicó ayer al jurado que el día 4 de diciembre (un día antes de los hechos) el acusado llamó por teléfono al cuartel de Palmanova para interesarse por la denuncia. Aunque no se ha podido determinar si se le comunicó el motivo de dicha denuncia, sí se le anunció que tenía que ir a declarar. Meses antes de este hecho, la Policía Local había realizado gestiones para localizarle, aunque ello no se consiguió. En ese momento fue cuando Tatiana comunicó a los agentes que se sentía acosada.

De momento no hay comentarios.



July 20, 2000

**Forensics do not clarify if Tatiana died from an accident**

**The prosecutor says that the defendant, Diego Mas, is a "jealous sick man" who never accepted that the victim wanted to leave him**

J.FRANCISCO MESTRE

Forensic doctors could not clarify yesterday if Tatiana Vassic, the Yugoslav woman who died after having a dispute with her ex-boyfriend, died when she received a direct blow to the trachea or died by accident, that is, could slip and hit a piece of furniture . This is the main question that doctors had to clear in the trial being held (which was yesterday seen for sentencing) against Diego Mas Howard, who is accused of homicide and two crimes of breaking and entering.

The forensic explained that in an injury like the one presented by the victim time always runs against him. Therefore, if you do not attend immediately, the neurological injuries are very serious. The doctors explained that the most logical thing is that the woman had received a direct blow, or even been strangled, but neither do they rule out other possibilities. This lack of definition was used yesterday by defense lawyer Juan José Cano de Alarcón to influence the jury that Diego Mas can not be sentenced for a crime of homicide because there was no evidence to that effect.

Prosecutor José Zaforteza announced yesterday that he accused Diego Mas of a homicide and two trespassing charges (before the trial he only accused him of one) and requested a 17-year prison sentence. The attorney for Tatiana's family, Eduardo Valdivia, charged the same crimes as the prosecutor, but asked for a higher sentence of 21 years in prison. Francisca Arrom, representing the Dones Lobby, joined the prosecutor's proposal.



Saturday, July 22, 2000

# Man sentenced for assaulting his ex-girlfriend after breaking into her home

**In a decision of eight votes to one, the jury yesterday reached a guilty verdict against Diego Mas Howard for homicide**

**J. FRANCISCO MESTRE**



Guilty of homicide and trespassing. That is the resounding verdict reached yesterday by the jury in the death of Yugoslavian Tatiana Vasic, the woman who lost her life after being beaten by her former partner, the accused Diego Mas Howard. This man, born in the United States but with a Spanish passport, listened yesterday as the jury foreman read the document containing the verdict. Escorted by two police officers, the accused barely reacted when the decision was announced, a decision that will mean he will serve almost fifteen years in prison

Eight of the nine members of this jury found it proven that on December 5th of last year, Diego Mas Howard went to Tatiana Vassic's home in the morning. The woman had bought a house in the Son Caliu area of Calvià and had been in a relationship with Diego Mas, which had ended months earlier. She felt harassed by her ex-boyfriend, whom she had reported for death threats, and had also suffered some physical assaults at his hands. She had changed the locks on her house to prevent Diego from moving back in. However, in September, when

Tatiana traveled to Yugoslavia to visit her family, Diego hired a locksmith and changed the locks, replacing the old ones. He moved into the apartment and from there made numerous phone calls to Tatiana in Yugoslavia.

According to the jury's decision, which involved resolving more than 30 questions posed by the defense attorneys, on the day of the incident, Diego Mas entered Tatiana's home by breaking the chain on the door. Therefore, he committed the crime of trespassing. He then argued with the victim, who began to scream and call for help.

A 21-year prison sentence. This is the proposal put forward yesterday by lawyer Eduardo Valdivia, who has represented Tatiana's parents as the prosecution in this trial. The deceased's family resides in Peru, and the lawyers preferred not to summon the parents to the trial because they are deeply affected by the loss of their daughter and the circumstances surrounding it.

There are no comments yet.



sábado, 22 julio 2000

# Condenado el hombre que golpeó a su ex novia tras entrar en su casa

**En una decisión de ocho votos a favor y uno en contra, el jurado alcanzó ayer un veredicto de culpabilidad contra Diego Mas Howard por homicidio**

J. FRANCISCO MESTRE



Culpable de homicidio y de allanamiento de morada. Así de contundente es el veredicto que alcanzó ayer el jurado popular que ha dictado sentencia sobre la muerte de la yugoslava Tatiana Vasic, la mujer que perdió la vida tras ser golpeada por su ex compañero sentimental, el acusado Diego Mas Howard. Este hombre, nacido en Estados Unidos pero con pasaporte español, escuchó ayer como el portavoz del jurado popular leía el documento que recogía el veredicto alcanzado. Custodiado por dos agentes de policía el acusado apenas reaccionó cuando se conoció la decisión que le supondrá cumplir casi dos lustros de prisión.

Ocho de los nueve miembros de este jurado han considerado probado que el día 5 de diciembre del pasado año Diego Mas Howard acudió por la mañana a la vivienda de Tatiana Vassic. La mujer se había comprado una casa en la zona de Son Caliu, en Calvià, y había mantenido una relación sentimental con Diego Mas, pero que hacía meses que había terminado. La mujer se sentía acosada por su ex novio, al que había denunciado por

amenazas de muerte, y además había sufrido alguna agresión cometida por el acusado. La mujer había cambiado la cerradura de su casa para evitar que Diego volviera a instalarse en el piso. Sin embargo, en el mes de septiembre, cuando Tatiana viajó a Yugoslavia a visitar a su familia, Diego contrató a un cerrajero y cambió la cerradura del piso, colocando de nuevo la antigua. Se instaló en el piso y desde allí realizó numerosas llamadas telefónicas a Tatiana a Yugoslavia.

Según se desprende de la decisión del jurado, que ha tenido que resolver más de 30 cuestiones planteadas por los abogados, el día de los hechos Diego Mas entró en la vivienda de Tatiana y lo hizo rompiendo la cadena de la puerta. Por tanto, cometió un delito de allanamiento. A continuación discutió con la víctima, que comenzó a gritar y pedir auxilio.

Una condena de 21 años de prisión. Ésta es la propuesta que planteó ayer el abogado Eduardo Valdivia, que ha ejercido la representación de los padres de Tatiana como acusación en este juicio. La familia de la fallecida reside en Perú y los abogados prefirieron no citar a los padres al juicio porque están muy afectados por la pérdida de su hija y por las circunstancias de que cómo se ha producido.

De momento no hay comentarios.



# Man sentenced to 15 years for killing his ex-partner in Son Caliu

**The jury found him guilty of two counts of burglary and one count of homicide.**

**J.F.MESTRE**

Diego Mas Howard, the man who killed his former partner in an apartment in Son Caliu, Calvià, has been sentenced to fifteen years in prison. Judge Diego Gómez Reino, following the jury's verdict, found the defendant guilty of homicide and two counts of burglary. He imposed a twelve-year sentence for the homicide, one year for one count of burglary, and two more years for the other. The sentence is less than what the prosecution had requested

The events that led to the death of Tatiana Vasic, a Yugoslavian national, occurred on December 5th of last year. The accused and the woman had been in a relationship, which ended because the victim had been abused. Taking advantage of the fact that the victim was away on a trip, the accused changed the locks on her apartment and moved in.

The woman had filed a complaint against him, and on December 4th, Diego Mas went to visit her to ask her to withdraw the complaint. When he failed to convince her, he returned the following morning. The woman refused to open the door. However, the defendant managed to enter after breaking the chain. After an argument ensued, the defendant struck the victim a sharp blow to the neck. While he did not intend to kill her, the jury determined that he must have been aware that the woman could suffocate.

There are no comments at the moment.


# Condenado a 15 años el hombre que mató a su compañera en Son Caliu

**El jurado le declaró culpable de dos delitos de allanamiento y uno de homicidio**

### J.F.MESTRE

Diego Mas Howard, el hombre que mató a su ex compañera sentimental en un apartamento de Son Caliu, en Calvià, ha sido condenado a cumplir quince años de cárcel. El juez Diego Gómez Reino, tras el veredicto del jurado, ha declarado al acusado culpable de homicidio y de dos delitos de allanamiento de morada. Por el primero ha impuesto doce años de cárcel, mientras que por un delito de allanamiento le ha condenado a un año, y dos años más por el otro delito. La condena es inferior a la que pedían las acusaciones.

Los hechos que costaron la vida a Tatiana Vasic, de nacionalidad yugoslava, ocurrieron el día 5 de diciembre del pasado año. El acusado y la mujer habían mantenido una relación, que se había roto porque la víctima había sido maltratada. Aprovechando que la víctima estaba de viaje, el acusado cambió la cerradura del piso y se instaló en su casa.

La mujer le había denunciado y el día 4 de diciembre Diego Mas acudió a visitarla para pedirle que retirara la denuncia. Como no logró convencerla volvió al día siguiente por la mañana. La mujer no quiso abrirle. Sin embargo, el acusado logró entrar tras arrancar la cadena de la puerta. Tras iniciarse la discusión el acusado le dio un golpe seco a la víctima en el cuello que, con el que si bien no tenía intención de matarla, el jurado entendió que debió ser consciente de que la mujer podía asfixiarse.

De momento no hay comentarios.



Saturday, December 2, 2000

**A lawyer believes that the judge influenced the jury to convict the Son Caliu crime**

## The events occurred on December 5, 1999 and Diego Mas was sentenced to 15 years in prison

**JFMESTRE**

The Superior Court of Justice of the Balearic Islands must decide whether Diego Mas Howard, who was convicted of the murder of his ex-girlfriend in Son Caliu, had a fair trial and whether the judge was able to influence the jury to find the accused guilty. These were the arguments presented by the lawyer who has assumed the defense of Diego Mas, who was sentenced to 15 years in prison for the death of Tatiana Vassic. The attorney who defended the defendant at trial resigned from representing him at the appeal hearing. Diego Mas has changed lawyers five times.

ADVERTISING



The new lawyer asked the judges to absolve Diego Mas of the crimes of homicide and trespassing. The appeal is based on the fact that it was an accidental death, and recalled that the forensic report is not conclusive on the causes of death. The lawyer raised the news that the body of the victim had a bacteria, which was not analyzed, but that the defense believes had a lot of influence on his death. The defense also maintained that the sentence handed down by the judge lacked proof of charge, and considered that his client had suffered defenselessness. He complained that no one believed his version, and accused the judge of biasing the jury against the defendant. Prosecutor José Zaforteza accused the lawyer of questioning the impartiality of the judge, and asked the court to reject the arguments and ratify the sentence. The same position was maintained by the attorneys for the prosecution, Eduardo Valdivia and Francisca Arrom. The events occurred on December 5 of last year.