**EXHIBIT B**
PlainSite Home Page, "About" Page, and "Contact Us" Pages

Need Password Help?

## The world's complexity in plain sight.

Go

Recent { President Donald J. Trump • ICE Abuses • Political Intimidation • Illinois • Chicago } More...

**Special Features**

**Russian Asset Donald J. Trump**
**Russian Asset Elon Musk**
**Russian Election Interference**
Nigerian President Bola Ahmed Tinubu
Big Tech
Billionaires

    

Issues    Laws    Cases    Pro    Articles    Firms    Entities

Non-Government Works Copyright © 2001-2025 Think Computer Corporation. All Rights Reserved.

About   Privacy   Security   Contact Us



This website does not use generative AI for text responses.

Search       E-Mail       Password       Sign In       Sign Up

Need Password Help?

## We're putting the law in plain sight.

From laws to regulations to lawsuits to judges to law firms to lawyers to lobbyists to political donations to bureaucrats to board members and back again, PlainSite explains how the entire legal system works.

**17,500,000 Court and Agency Dockets**
**1,000,000 Lawyers**
**8,000,000 Corporations and Political Donors**
**200,000 Law Firms**
**3,500 Judges**
**3,000 Examiners**
**50 United States Code Titles**

In addition to making huge volumes of data accessible to the public free of charge, PlainSite lets ordinary citizens impact the law-making process. Our issues section allows members and anonymous users to identify a problem, optionally propose a solution to it, and easily specify the changes to the statutes or regulations necessary to implement the solution. Other users can then indicate their support of a proposed solution, allowing a critical mass to form behind beneficial changes to the law that legislators cannot ignore.

Professionals such as lawyers and government officials can also benefit from the PlainSite Pro features that provide additional insight into the legal system in near-real-time.

PlainSite started out as a joint venture of Think Computer Corporation and Think Computer Foundation. Today, it is operated solely by Think Computer Corporation.

Follow us on Bluesky at @plainsite.org.



Issues       Laws       Cases       Pro       Articles       Firms       Entities

Non-Government Works Copyright © 2001-2025 Think Computer Corporation. All Rights Reserved.

About   Privacy   Security   Contact Us



This website does not use generative AI for text responses.

# Contact Us

Please fill out the form below to get in touch with us.

For information about removing or updating data on PlainSite, **please read our Privacy Policy** and make sure to include a case number or URL.

### Your Contact Information

- **First Name*** 
- **Last Name*** 
- **Organization** 
- **Phone*** 
- **E-Mail*** 

### Your Request

**Docket**

**How can we help you?**
- ◉ I have a legal research question.
- ○ I have a court order that requires you to remove information.
- ○ I would like to suppress information affecting me.
- ○ I would like to update incorrect or incomplete information.
- ○ I would like you to add information.
- ○ I have a question about PlainSite Pro or PlainSite Pro Se.
- ○ I have a media request.

**Please provide the details of your request.**
**Make sure to select a docket above, or include any relevant case number.**

**How would you rate PlainSite?**
- ◉ Excellent
- ○ Good
- ○ Fair
- ○ Poor

**Is there anything that we could do to improve?**

[ Send ]



Issues  Laws  Cases  Pro  Articles  Firms  Entities

Non-Government Works Copyright © 2001-2025 Think Computer Corporation. All Rights Reserved.

About   Privacy   Security   Contact Us



This website does not use generative AI for text responses.