## EXHIBIT C

PlainSite Docket Page for *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW
(D. Mass. *filed* October 15, 2009)



  My Account    Sign Out



| Federal | District | Appellate | Appellate |
|---|---|---|---|
| | Massachusetts District Court | Court of Appeals for the First Circuit | Court of Appeals for the First Circuit |

# ⭐ USA v. MasMarques

**Criminal Case**  Massachusetts District Court, Case No. 1:09-cr-10304-MLW

District Judge Mark L. Wolf, presiding



 [_____]

Last Updated November 29, 2025 at 10:37 AM PST (1.1 weeks ago)           Update   Diagram
                                                                                            Jump

## Summary

| Pending | | | | |
|---|---|---|---|---|
| Pre-Discovery | Discovery | Pre-Trial | Trial | On Appeal |

| Dismissed | | | | | |
|---|---|---|---|---|---|
| Settled | Voluntary | With Prejudice | Without Prejudice | Mixed | |

| Other | | | | | |
|---|---|---|---|---|---|
| Stayed | Remanded | Removed | Transferred | Consolidated | Decided |

No one has written a summary of this case yet.

✏️

## Parties



**MasMarques, Diego**, Defendant (1)

Officially listed as "Diego MasMarques" ✏️

Entity Mission Control  •  Abbreviate

---

**Note:** Criminal cases with multiple defendants may have several records *with the same case number*: one record for the master file (all defendants), as well as one record per defendant. It can often be difficult to tell which record is which. Other likely matches for this case include:

- **1:09-cr-10304-MLW**: USA v. MasMarques (13 Docket Entries)
- **1:09-cr-10304-MLW**: USA v. MasMarques (14 Docket Entries)

## Attributes

Sort by Date Filed | Sort by Entry                                    Filter [ Off _____ ⇕ ]

# Timeline



⊕ Add Party  ⊕ Add Docket Entry

| Entries (14) | Calendar Events | Related (0) | Tools |

**18**  Filed: 11/5/2025, Entered: 11/5/2025, Days Since Case Inception: 5,864, Days Ago: 32                     **Order** 🏛

Judge Mark L. Wolf: ELECTRONIC ORDER entered re [17] Letter (non-motion). Defendant Mas Marques shall file a motion within 21 days of this order regarding the relief sought in the previously filed letter [17]. (SEC)

📄 Upload your copy    💬 Comment    ✏    🔗

**17**  Filed: 6/12/2017, Entered: 6/12/2017, Days Since Case Inception: 2,796, Days Ago: 3,100              **Letter- non-motion**

Letter (non-motion) regarding January 18, 2013 motion to seal foreign conviction as to Diego MasMarques. (Franklin, Yvonne)

📄 Upload your copy    💬 Comment    ✏ ✅ ❌ 🔵 ❌ ⏳ 🔗

**16**  Filed: 1/21/2016, Entered: 1/22/2016, Days Since Case Inception: 2,288, Days Ago: 3,608                **USCA Mandate**

MANDATE of USCA as to Diego MasMarques re Appeal number [10]. Appeal number [10] Terminated (Paine, Matthew)

📄 Upload your copy    💬 Comment    ✏ ✅ ❌ 🔵 ❌ ⏳ 🔗

**15**  Filed: 1/21/2016, Entered: 1/22/2016, Days Since Case Inception: 2,288, Days Ago: 3,608                **USCA Judgment**

JUDGMENT of USCA as to Diego MasMarques re [10] Notice of Appeal. (Paine, Matthew)

📄 Upload your copy    💬 Comment    ✏ ✅ ❌ 🔵 ❌ ⏳ 🔗

**14**  Filed: 12/2/2015, Entered: 12/2/2015, Days Since Case Inception: 2,238, Days Ago: 3,658            **USCA Appeal Fees**

USCA Appeal Fees received $ 505, receipt number 1BST053002 as to Diego MasMarques re [10] Notice of Appeal,,, : (Caruso, Stephanie)

📇 Request    📄 Upload your copy    💬 Comment    ✏ ✅ ❌ 🔵 ❌ ⏳ 🔗

**13**  Filed: 12/1/2015, Entered: 12/2/2015, Days Since Case Inception: 2,237, Days Ago: 3,659                     **Errata**

JUDGMENT of the USCA (15-2402) as to Diego MasMarques: Petitioner's emergency writ of mandamus motion is denied. Petitioner's request to proceed in this matter under a pseudonym is denied. (Paine, Matthew)

📄 Upload your copy    💬 Comment    ✏ ✅ ❌ 🔵 ❌ ⏳ 🔗

**12**  Filed: 11/13/2015, Entered: 11/13/2015, Days Since Case Inception: 2,219, Days Ago: 3,677              **USCA Case Number**

USCA Case Number as to Diego MasMarques 15-2360 for [10] Notice of Appeal,,, filed by Diego MasMarques. (Paine, Matthew)

📇 Request    📄 Upload your copy    💬 Comment    ✏ ✅ ❌ 🔵 ❌ ⏳ 🔗

**11**  Filed: 11/12/2015, Entered: 11/12/2015, Days Since Case Inception: 2,218, Days Ago: 3,678     **Abbreviated Electronic Record on Appeal Sent to USCA**

Certified and Transmitted Abbreviated Electronic Record on Appeal as to Diego MasMarques to US Court of Appeals re [10] Notice of Appeal,. (Paine, Matthew)

📇 Request    📄 Upload your copy    💬 Comment    ✏ ✅ ❌ 🔵 ❌ ⏳ 🔗

**10**  Filed: 11/12/2015, Entered: 11/12/2015, Terminated: 1/21/2016, Days Since Case Inception: 2,218, Days Ago: 3,678                **Notice of appeal**

NOTICE OF APPEAL by Diego MasMarques re [7] Memorandum & Order.. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov MUST be completed and submitted to the Court of Appeals. **Counsel shall register for a First Circuit CM/ECF Appellate Filer Account**



at http://pacer.psc.uscourts.gov/cmecf. Counsel shall also review the First Circuit requirements for electronic filing by visiting the CM/ECF Information section at http://www.ca1.uscourts.gov/cmecf. US District Court Clerk to deliver official record to Court of Appeals by 12/2/2015. (Franklin, Yvonne) (Main Document 10 replaced on 11/12/2015) (adminn, ).

Upload your copy      Comment

**9** Filed: 11/5/2015, Entered: 11/5/2015, Days Since Case Inception: 2,211, Days Ago: 3,685          **Docket sheet sent**

SECOND REQUEST: From Diego Mas Marques Docket sheet and Order [7] sent to Mr. Mas Marques by U.S. Postal Service at the address on file. (Franklin, Yvonne)

Request      Upload your copy      Comment

**8** Filed: 10/13/2015, Entered: 10/13/2015, Days Since Case Inception: 2,188, Days Ago: 3,708          **Docket sheet sent**

Docket sheet sent and document [7] Order mailed to Diego MasMarques by U.S. Postal Service to address on file. (Franklin, Yvonne)

Request      Upload your copy      Comment

**7** Filed: 9/22/2015, Entered: 9/23/2015, Days Since Case Inception: 2,167, Days Ago: 3,729          **Memorandum & ORDER**

Judge Mark L. Wolf: ORDER entered. MEMORANDUM AND ORDER. Defendant's [4] Motion to Seal is DENIED; [6] Motion for Hearing is MOOT. (Bartlett, Timothy)

Upload your copy      Comment

**5** Filed: 7/16/2013, Entered: 7/16/2013, Days Since Case Inception: 1,369, Days Ago: 4,527          **Letter- non-motion**

Letter (non-motion) regarding Motion to Seal Case as to Diego MasMarques. (Attachments: # (1) Copy of Motion to Seal Case, # (2) Search Engine Results)(MacDonald, Gail)

- Attachment 1 Copy of Motion to Seal Case
- Attachment 2 Search Engine Results

Upload your copy      Comment

**1** Filed: 10/15/2009, Entered: 10/16/2009, Days Since Case Inception: 1, Days Ago: 5,897          **Probation/Supervised Release Transfer Order received**

Probation/Supervised Release transfer from Palma de Mallorca, Belearics, Spain as to Diego MasMarques. (Attachments: # (1) Letter Dated March 4, 2008 re: Transfer Treaty Determination, # (2) Letter re: Approval of Request to Transfer, # (3) Verification of Consent to Transfer, # (4) Order from Eastern District of Wisconsin, Hon. Rudolph Randa, Chief Judge)(Cummings, Mary)

- Attachment 1 Letter Dated March 4, 2008 re: Transfer Treaty Determination
- Attachment 2 Letter re: Approval of Request to Transfer
- Attachment 3 Verification of Consent to Transfer
- Attachment 4 Order from Eastern District of Wisconsin, Hon. Rudolph Randa, Chief Judge

Upload your copy      Comment

## Statistics

This case has been viewed **1,905** times.



Issues      Laws      Cases      Pro      Articles      Firms      Entities

Non-Government Works Copyright © 2001-2025 Think Computer Corporation. All Rights Reserved.



This website does not use generative AI for text responses.

# Legal Document

Massachusetts District Court
Case No. 1:09-cr-10304-MLW
**USA v. MasMarques**

Document 1

 **View Document**

 **View Docket**

Cover art © 2015 Think Computer Corporation. All rights reserved.
Learn more at http://www.plainsite.org.

P-50466-MAC



Michael J. Fitzpatrick
Chief
U.S. Probation Officer

Cheryl L. Holmes
Sr. Deputy Chief
U.S. Probation Officer

James T. Blackford
Deputy Chief
U.S. Probation Officer

Chris A. Palladino
Deputy Chief
U.S. Probation Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

New York, NY
June 16, 2009

Lisa Dube
U.S. Probation Officer
United States Probation
499 Essex Street, Room 3
Lawrence, MA 01840-1269

**RE: MAS MARQUES, Diego**
**DKT. # Crim Misc 1 pg 12**

### TRANSFER OF SUPERVISION

Dear USPO Dube:

Reference is made to the above-noted individual who recently transferred to your district as of June 2, 2009. We are forwarding our case file at this time to assist you in the supervision of the offender.  If additional information is needed, please contact the undersigned officer at (212) 805-5153. Thank you for your assistance in this matter.

Very truly yours,

Michael J. Fitzpatrick
Chief U. S. Probation Officer

Margaret A. Carroll
Senior U.S. Probation Officer

| NYC Office Location: | NYC Office Mailing Address: | White Plains Office: | Middletown Office: |
|---|---|---|---|
| Woolworth Building | Daniel Patrick Moynihan | United States Courthouse | 25 South Street |
| 233 Broadway, 14th Floor | United States Courthouse | 300 Quarropas Street | Middletown, NY 10940-6435 |
| New York, NY 10279 | 500 Pearl Street | White Plains, NY 10601-1901 | 845.344.2789 |
| 212.805.0040 | New York, NY 10007-1312 | 914.390.4040 | 845.344.2722 - Fax |
| 212.805.0047 - Fax | | 914.390.4055 - Fax | |

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
### PROBATION OFFICE

**John M. Bocon**
Chief U.S. Probation Officer

499 Essex Street
2nd Floor
Lawrence, MA 01840-1269
(978) 689-3653
Fax -(978) 689-9067



May 27, 2009

Michael J. Fitzpatrick
Chief U.S. Probation Officer
U.S. Probation, Southern District of New York
Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10601-1901

> **RE: MAS MARQUES JR. Diego**
> **Acceptance of Supervision Transfer**

Dear Chief Fitzpatrick:

In response to the request that this office conduct a pre-transfer of supervision investigation of the above named individual, this letter will serve as notification of our acceptance of this case, pending approval of the modification of conditions to include a batterer's treatment condition, as requested and forwarded to Sr. PO Margaret Carroll.

An inspection was conducted at the home of Mary Mas Marques at 32 Webster Street, Medford, MA, and the residence was deemed suitable.

At your earliest convenience, would you kindly forward the working file to this office.

Thank you for your attention to this matter.

Very truly yours,

Lisa Dubé
U.S. Probation Officer
978-689-3885

Reviewed and Approved by

_____
John G. Marshall
Supervising U.S. Probation Officer

*Pacts: 21451*
*PO: Dube*

P-50466-MAC



Michael J. Fitzpatrick
Chief
U.S. Probation Officer

Cheryl L. Holmes
Sr. Deputy Chief
U.S. Probation Officer

James T. Blackford
Deputy Chief
U.S. Probation Officer

Chris A. Palladino
Deputy Chief
U.S. Probation Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

New York, NY

April 9, 2009



Mr. John M. Bocon
Chief U.S. Probation Officer
District of Massachusetts
1200 John Joseph Moakley Courthouse
One Courthouse Way
Boston, Ma. 02210

*(AD)*

**RE: MAS MARQUES JR. , Diego**
**Docket # (none) Transfer Treaty**

Subject: <u>**Request for Pre-Transfer Investigation**</u>
<u>**(EXPEDITED)**</u>

Dear Chief Bocon:

On July 17, 2000, the above-noted individual was convicted by jury trial and sentenced in Spain to 1 year imprisonment on Count one - Burglary; 2 years imprisonment on Count 2 - Burglary; and 12 years imprisonment on Count 3 - Willful Homicide. Pursuant to a Transfer Treaty, he was transferred to the United States to serve the remainder of his sentence and was released to a three (3) year term of Supervised Release in our district on August 20, 2008.

During the course of supervision, the releasee has made a marginal adjustment as he failed to secure employment and had difficulty maintaining a stable residence. Following his release, it was learned that the releasee had an outstanding warrant from South Boston District Court from a case dating back to 1994 for 2 counts of Rape. The Massachusetts Police Department was contacted and stated that they would not extradite on this case. The releasee was provided an opportunity to hire an attorney and subsequently turned himself in on December 24, 2008. Due to arriving at the Courthouse on that date late, he was instructed to return on another date. On that day, he was also advised by Probation authorities that he had 3 additional warrants out of various jurisdictions in the Massachusetts area. Mas Marques returned to South District Court on January 15, 2009, and was remanded and held until February 10, 2009. During the course of the next several weeks he was able to clear up outstanding cases in South Boston, Quincy,  Brighton,  and Woburn, resulting in all charges being dismissed.

| NYC Office Location: | NYC Office Mailing Address: | White Plains Office: | Middletown Office: |
|---|---|---|---|
| Woolworth Building<br>233 Broadway, 14th Floor<br>New York, NY 10279<br>212.805.0040<br>212.805.0047 - Fax | Daniel Patrick Moynihan<br>United States Courthouse<br>500 Pearl Street<br>New York, NY 10007-1312 | United States Courthouse<br>300 Quarropas Street<br>White Plains, NY 10601-1901<br>914.390.4040<br>914.390.4055 - Fax | 25 South Street<br>Middletown, NY 10940-6435<br>845.344.2789<br>845.344.2722 - Fax |

MAS MARQUES, DIEGO                                                    P-50466-MAC

-2-

Regarding the Woburn case, this stems from a 1991 complaint of Assault made by his then girlfriend Mary Bulman, who is the mother of his now 18 year old son. In 1995 a default warrant was issued as the releasee failed to return to Court. During a Court appearance on April 3, 2009, there was a finding that he violated terms of Probation and he was ordered to pay a $750.00 Fine which was satisfied on that date. On March 12, 2009, he married Mary Bulman, the alleged victim in the Worbum case. In a written letter from Ms. Bulman she stated that she and the releasee wish to build a future together and she wishes for him to reside with her during which time she will 'financially and emotionally' support him. Ms. Bulman is employed as a Nurse at Massachusetts General Hospital. Attached please find the handwritten letter from Mary Bulman dated April 9, 2009.

Due to the above, we are requesting an expedited Pre-Release investigation. Mr. Mas Margues wishes to reside with his wife ay 32 Webster Street, Medford, MA. 02155. Home # (617) 771-8072, and Cell # (781) 391-2995. Atthis time, he does not have any ties or a residence in this district and will be staying at various hostels until the Pre-Transfer investigation can be completed. Attached please find a copy of the Supplemental Report to the Bureau of Prisons prepared for the U.S. Parole Commission in January 2007, and Transfer Treaty paperwork. Thank you for your assistance this matter. Should you have any further questions, please feel free to contact the undersigned officer at (212) 805-5153.

Very truly yours,

Michael J. Fitzpatrick
Chief U. S. Probation Officer

Margaret A. Carroll
Senior U.S. Probation Officer
212-805-5153

# Legal Document

Massachusetts District Court
Case No. 1:09-cr-10304-MLW
**USA v. MasMarques**

Document 1, Attachment 1

 **View Document**

 **View Docket**

Cover art © 2015 Think Computer Corporation. All rights reserved.
Learn more at http://www.plainsite.org.



**U.S. DEPART\_\_.NT OF JUSTICE**
**United States Parole Commission**

*5550 Friendship Boulevard*
*Chevy Chase, Maryland 20815-7201*
*Telephone: (301)492-5821*
*Facsimile: (301)492-5525*

March 4, 2008

Chris J. Stanton
Chief U.S. Probation Officer
Southern District of New York
500 Pearl Street, 7th Floor
New York, NY  10007-1312

Dear Chief Stanton:

The Commission recently completed a Transfer Treaty Determination pursuant to 18 U.S.C. 4106A for Diego MAS MARQUES, Reg. No. 13537-007. Mr. MAS MARQUES has transferred to the U.S. to continue serving the remainder of the sentence imposed upon him by the foreign court. Under 18 U.S.C. §4106A(b)(3), when a transferee who has committed his offense on or after November 1, 1987 is released, the district court supervises that transferee in the community. The Commission has no authority other than setting a release date. Please follow your local procedures for establishing a supervision file and case with the district court clerk. The attached documents are to be included in your file.

The transferee's proposed residence is located within the jurisdiction of your district. If the transferee has been rejected for supervision within your district or if another release plan has been developed, please contact the Bureau of Prisons to determine the appropriate district and forward the attached documents to that district. Your continued cooperation is greatly appreciated.

If our office can be of any further assistance to you in this matter, please call us at 301-492-5821, ext. 134.

Sincerely,

THOMAS W. HUTCHISON
Chief of Staff

Maria D. Rustin
Parole Action Review Specialist

Enclosures

MDR

MAS MARQUES 13537-007                          -7-                          Clerk:  MDR

## TRANSFER TRE... TY DETERMINATION UNDER 18... S.C. §4106A

| | | |
|---|---|---|
| Name: MAS MARQUES, Diego | Institution: | New York MCC |
| Register Number: 13537-007 | Date: | February 28, 2008 |

#### Offense

Transferee was convicted of (1) Burglary (2 counts) and (2) Willful Homicide in Spain and sentenced to serve 15 years imprisonment. The Commission finds that transferee's offense is most similar to (1) Burglary and (2) Voluntary Manslaughter.

#### Sentencing Guideline Determination

The Commission finds that transferee's total offense level is 27, transferee's criminal history category is I, and the guideline range applicable to transferee is 70-87 months.

#### Release Date Determination

The Commission sets a release date after service of 120 months. Foreign labor credits and good conduct time credits, if any, will be deducted from this release date under Bureau of Prisons' procedures.

#### Reason for Release Date Determination

The release date departs from the applicable guideline range because (1) the guideline range does not take into account prior acts of domestic violence against the same victim and (2) the criminal history category does not take into account that Mas Marques was found guilty of a "misdemeanor of bodily harm" in Spain for driving his car at a man who was in the company of Mas Marques' former girlfriend.

#### Period and Conditions of Supervised Release

The Commission finds that transferee is subject to a maximum period of supervised release of 3 years and that the applicable guideline period of supervised release under §5D1.2 is 24 to 36 months.

#### Period of Supervised Release

The Commission orders that transferee, immediately upon release from imprisonment, begin serving a 36-month period of supervised release, or until the full-term date of transferee's foreign sentence (currently calculated to be 12/3/2014), whichever is earlier. If the full-term date of transferee's foreign sentence occurs before completion of the period of supervised release the Commission has imposed, transferee's period of supervised release shall end on the date transferee's foreign sentence expires.

---

MAS MARQUES 13537-007                          -1-                          Clerk:  MDR

## TRANSFER TREATY DETERMINATION UNDER 18 U.S.C. §4104 A

| Name: MAS MARQUES, Diego | Institution: New York MCC |
|---|---|
| Register Number: 13537-007 | Date:    February 28, 2008 |

While on supervised release, you shall abide by the following conditions:

1.  You shall report in person to the probation office in the district to which you are released within 72 hours of release from the custody of the Bureau of Prisons;

2.  You shall not commit another federal, state or local crime;

3   You shall not leave the judicial district without the permission of the court or probat o officer;

4   You shall report to the probation officer as directed by the court or probation office  and shall submit a truthful and complete written report within the first five days of each month;

5.  You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

6.  You shall support your dependents and meet other family responsibilities;

7.  You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

8.  You shall notify the probation officer within seventy-two hours of any change in residence or employment;

9.  You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. Pursuant to 18 U.S.C. §3583(g), the revocation of supervised release is mandatory for possession of a controlled substance;

10. You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

11. You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

12. You shall permit a probation officer to visit you at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

13. You shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

14. You shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

---

## TRANSFER TREATY DETERMINATION UNDER 18 U.S.C. §4106A

Name: MAS MARQUES, Diego                          Institution:  New York MCC

Register Number:  13537-007                        Date:     February 28, 2008

15.  As directed by the probation officer, you shall notify third parties of risks that may be occasioned by
your criminal record or personal history or characteristics, and shall permit the probation officer to
make such notifications and to confirm your compliance with such notification requirement;

16.  You shall not possess a firearm or other dangerous weapon.

NOTE: If the Commission has ordered a period of supervised release that expires before the full term of
your foreign sentence, your foreign sentence remains in effect and continues to serve as the maximum
authorized term that you may be required to serve. The district court will, therefore, have the option under
18 U.S.C. §3583(e)(2) to extend your period of supervised release to the full term of your foreign
sentence.  If your supervised release is revoked, the district court may order any combination of
reimprisonment and supervised release that does not exceed the sentence imposed by the foreign court, as
authorized by 18 U.S.C. §4106A(b)(1)(C).

I have read, or had read to me, the conditions of release printed on this statement and received a copy
thereof.  I fully understand the conditions and know that if I violate any conditions I may have my
supervised release revoked.

_X Diego Mas Marques, Jr. 6/27/08_

_Diego Mas Marques, Jr._   _X_  _____  _6/27/08_

Signature of Transferee                              Reg. No. 13:37-007

_Joyce Moore_                                        _4/16/08_
Witnessed                                            Date

An original signed copy of this statement must be returned to the National Appeals Board of the U.S.
Parole Commission within 10 days of receipt.

## TRANSFER TREATY DETERMINATION UNDER 18 S.C. §4106A

| | |
|---|---|
| Name: MAS MARQUES, Diego | Institution: New York MCC |
| Register Number: 13537-007 | Date: February 28, 2008 |

### Conditions of Supervised Release

The Commission imposes the standard conditions of supervised release (see attached).

The Commission imposes the following special condition (see attached):

In addition, you shall be subject to the Special Mental Health Aftercare Condition that requires that you participate in an in-patient or an out-patient mental health program as directed by your U.S. Probation Officer.

In addition, you shall reside in and participate in a program of the Community Corrections Center as instructed by your U.S. Probation Officer until discharged by the Center Director, but no later than 120 days from admission.

The Commission imposes this condition because 1) you have a problem controlling your anger; and 2) you need assistance to obtain an approved release plan.

_____     2-28-08
Cranston J. Mitchell, National Commissioner          Date

_____     2-29-00
Patricia K. Cusha National Commissioner          Date

### Notice

This determination was made on the record without a hearing because transferee waived a hearing to expedite the decision.

This action may be appealed within 45 days after receipt to the United States Court of Appeals for the circuit in which transferee is imprisoned. The notice of appeal must be filed in accordance with Title IV of the Federal Rules of Appellate Procedure. A notice of appeal must also be filed with the United States Parole Commission (to the attention of the General Counsel's office).

03/13/2008  06:47      367734        MCC NEW              PAGE  06/06
03/04/08  12:20 F.       8520     US PAROLE COMMISSION      ☒006/006

## TRANSFER OF JURISDICTION FOR SUPERVISED RELEASEE S
### TRANSFERRED TO U.S. PURSUANT TO TREATY

| Name & Address of Supervised Releasee: | Register Number: |
|---|---|
| MAS MARQUES, Diego<br>Correctional Treatment Center<br>New York City, NY | 13537-007 |

| Country of Transfer & Offense: | Period of Supervised Release: |
|---|---|
| Spain | 36 Months |
| Burglary (2 counts) and Willful Homicide | NOTE:  The period may extend to the foreign full-term date but no longer. Full-term date controls unless supervised releasee absconds. |

Pursuant to 18 U.S.C. §4106A(b)(3) the jurisdiction over the above named supervised releasee is conferred upon the United States District Court for the Southern District of New York. Along with this Notice of Transfer of Jurisdiction are the records compiled by the U.S. Parole Commission for the purpose of determining a release date and periods and conditions of supervised released pursuant to 18 U.S.C. §4106A(b)(1)(A).  The transfer of jurisdiction is effective on the date that this transfer s filed with the district court clerk or on the date the transferee is released from custody, whichever is earlier.

_____     2-28-08
Cranston J. Mitchell, National Commissioner        Date

_____     2-29-00
**Patricia K. Cushia**   National Commissioner       Date

# Legal Document

Massachusetts District Court
Case No. 1:09-cr-10304-MLW
**USA v. MasMarques**

Document 1, Attachment 2

 **View Document**

 **View Docket**

Cover art © 2015 Think Computer Corporation. All rights reserved.
Learn more at http://www.plainsite.org.



**U.S. Department of Justice**

10th & Constitution Avenue, N.W.
Criminal Division
Office of Enforcement Operations

*International Prisoner Transfer Unit*
*John C. Keeney Building, 12th Floor*
*Washington, D.C.   20530*

NOV 29 2005

Ms. Ana Gallego
La Subsdirectora General de Cooperación
 Jurídica Internacional
Ministerio de Justicia
San Bernardo, 62
28015 Madrid
Spain

> Re:   Diego MasMarques, aka Diego Mas Howard
> Reference No. *0TEEU E242/04
> Approval of Request to Transfer to the United States Under the
> Convention on the Transfer of Sentenced Persons

Dear Ms. Gallego:

The United States has approved the request of the above-referenced American national to be transferred to the United States pursuant to the Council of Europe Convention on the Transfer of Sentenced Persons to serve the balance of his sentence imposed by a court in Spain.

In accordance with Article 6.1 of the Convention, please find the following attachments:

1.   Confirmation that the prisoner is a United States national for
the purposes of the Convention (Attachment A);

2.   Statement as to dual criminality and a copy of the relevant law which provides
that the offense for which he is in custody in Spain would constitute a criminal
offense if committed in the United States  (Attachment B);

3.   A statement that the "continued enforcement" provision of the Convention
would be applied (Attachment C).

In addition, we have attached two copies of an explanation of the procedures for determining a release date in the United States (Attachment D).

RECORD
CHRON

If Spain agrees to the transfer, please notify this office as soon as possible. Additionally, please provide a copy of Attachment D to the prisoner.

Sincerely,

Paula A. Wolff

Paula A. Wolff, Chief
International Prisoner Transfer Unit

Enclosures

cc without attachments:

Steve Sena
U.S. Department of State

Julia Mateo
American Consulate, Barcelona

Marisol Morquillas
American Embassy, Spain

Sandy Kaz
U.S. Federal Bureau of Prisons

- 2 -

ATTACHMENT A

STATEMENT OF NATIONALITY

I, Paula A. Wolff, state that Diego MasMarques, aka Diego Mas Howard is a United States national for the purposes of the  of the Council of Europe Convention on the Transfer of Sentenced Persons.

Paula A. Wolff, Chief
International Prisoner Transfer Unit

- 3 -

## ATTACHMENT B

### STATEMENT AS TO DUAL CRIMINALITY

I, Paula A. Wolff, state that the offense for which Diego MasMarques, aka Diego Mas Howard has been sentenced in Spain would constitute a criminal offense if committed in the United States and have attached a copy of the relevant law(s).

Paula A. Wolff, Chief
International Prisoner Transfer Unit

- 4 -

**Title 18, United States Code, Sec. 2111. - Special maritime and territorial jurisdiction (Robbery)**

Whoever, within the special maritime and territorial jurisdiction of the United States, by force and violence, or by intimidation, takes or attempts to take from the person or presence of another anything of value, shall be imprisoned not more than fifteen years.

(June 25, 1948, Sept. 13, 1994)

**Title 18, United States Code, Sec. 1111. - Murder**

1.   (a)  Murder is the unlawful killing of a human being with malice aforethought. Every murder perpetrated by poison, lying in wait, or any other kind of willful, deliberate, malicious, and premeditated killing; or committed in the perpetration of, or attempt to perpetrate, any arson, escape, murder, kidnaping, treason, espionage, sabotage, aggravated sexual abuse or sexual abuse, burglary, or robbery; or perpetrated from a premeditated design unlawfully and maliciously to effect the death of any human being other than him who is killed, is murder in the first degree.

Any other murder is murder in the second degree.

(b)   Within the special maritime and territorial jurisdiction of the United States,

Whoever is guilty of murder in the first degree shall be punished by death or by imprisonment for life;

Whoever is guilty of murder in the second degree, shall be imprisoned for any term of years or for life.

## ATTACHMENT C

## STATEMENT

The United States will follow the continued enforcement provision found in Article 9.1(a) of the Council of Europe Convention on the Transfer of Sentenced Persons to the United States nationals transferred from Spain to serve their sentences in the United States.

Paula A. Wolff, Chief
International Prisoner Transfer Unit



# Federal Bureau of Prisons

November 4, 2005

Name: Diego Mas Marques, **aka** Diego Mas Howard   Date of Birth: Oct.. 14, 1964   Date of Offense: December 5, 1999

Offense: Burglary (18 USC 2111); Murder (18 USC 1111)

Term in Effect: 15 years                    Date Sentenced: July 17, 2000

Date Arrested: Dec. 5, 1999                 Number of Days of Jail Credit: **225**

Work/Labor Credits: 0      Good Time Credits: 0      Other Credits: 0

Comments: .
_____
_____
_____

Sentence Monitoring
Independent Sentence Computation

Date Computation Began: July 17, 2000
The actual date the sentence began to run.

Term in effect:  Years: 15   Months: 00   Days: 00

Projected Good Conduct Time to Award: 705 Days
If good conduct time is not awarded by the foreign country, the Federal Bureau of Prisons will award good conduct time through the entire sentence. However, if the foreign country does apply good time the inmate will only earn it on the portion of the sentence he/she is in U.S. custody.

Jail Credit From: Dec. 5, 1999      Thru: July 16, 2000   Total number of days: 225

*These are the dates the inmate was in custody prior to the sentence being imposed. Under United States Code Titel 18 §§3585 and 4105 (b) the Bureau of Prisons must give sentence credit for all the time spent in custody which has not been credited to any other sentence.

Projected Statutory Release Date (SRD): Dec. 28, 2012

The Projected Release Date is the day the inmate will release with all credits awarded. Provided he/she complies with all rules of the Federal Bureau of Prisons and he/she does not have Good Conduct Time deducted from his/her sentence.

Estimated Full Term Date (EFT): Dec. 3, 2014      If the inmate serves the entire sentence without the deduction of any Good Time or Labor/Work credits.

# PlainSite®

# Legal Document

Massachusetts District Court
Case No. 1:09-cr-10304-MLW
**USA v. MasMarques**

Document 1, Attachment 3



**View Document**



**View Docket**

Cover art © 2015 Think Computer Corporation. All rights reserved.
Learn more at http://www.plainsite.org.

**Place of hearing:** *Palma de Mallorca*       **Docket number:** *05 - M - 505 (WEC)*

**Date:** *February 13, 2006*

### VERIFICATION OF CONSENT TO TRANSFER TO THE UNITED STATES
### FOR EXECUTION OF PENAL SENTENCE OF SPAIN

I, *DIEGO MAS MARQUES*, having been duly sworn by a verifying officer appointed under the laws of the United States of America, certify that I understand and agree, in consenting to transfer to the United States for the execution of the penal sentence imposed on me by a court of Spain that:

1.   My conviction or sentence can only be modified or set aside through appropriate proceedings brought by me or on my behalf in Spain;

2.   My sentence will be carried out according to the laws of the United States;

3.   If a court of the United States should determine upon a proceeding brought by me or on my behalf that my transfer was not accomplished in accordance with the treaty or laws of the United States, I may be returned to Spain for the purpose of completing my sentence if Spain requests my return; and,

4.   Once my consent to transfer is verified by the verifying officer, I may not revoke that consent.

I have been advised of my right to consult with counsel, and have been afforded the opportunity for such consultation prior to giving my consent to transfer. I have been advised that if I am financially unable to obtain counsel, one would be appointed for me under the laws of the United States of America free of charge. My consent to transfer is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements. I hereby consent to my transfer to the United States for the execution of the penal sentence imposed on me by a court of Spain.

Signature of transferring prisoner

Subscribed before me this *13* day of *February*, 20*06*. Based on the proceedings conducted before me, I find that the above consent was knowingly and understandingly given and is wholly voluntary and not the result of any promises, threats, coercion, or other improper inducements.

Verifying Officer

*WILLIAM E. CALL AHAN, JR.*
Print name and office
*United States Magistrate Judge*

# PlainSite®

# Legal Document

Massachusetts District Court
Case No. 1:09-cr-10304-MLW
**USA v. MasMarques**

Document 1, Attachment 4

 **View Document**

 **View Docket**

Cover art © 2015 Think Computer Corporation. All rights reserved.
Learn more at http://www.plainsite.org.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE
TRANSFER OF AN OFFENDER,
Pursuant to 18 U.S.C. § 4100,                      Case No. 05-M-505 (WEC)
et seq.

### ORDER

Pursuant to 28 U.S.C. § 636(g), the Honorable William E. Callahan, Jr, a United States
Magistrate Judge for the Eastern District of Wisconsin, is assigned to perform the verification
proceedings as required by 18 U.S.C. § 4108 commencing on or about February 13, 2006, in Palma
de Mallorca, Belearics, Spain, relating to the proposed transfer of an offender from Spain to the
United States. He is also authorized to assign counsel for the said offender as provided in 18 U.S.C.
§ 4109.

**IT IS SO ORDERED**.

**ENTERED** this ___ day of December, 2005, at Milwaukee, Wisconsin.

RUDOLPH T. RANDA
Chief United States District Judge