# **EXHIBIT D**
Wikipedia Pages for Liborio Bellomo and Vincent Gigante



WIKIPEDIA
The Free Encyclopedia

# Liborio Bellomo

**Liborio Salvatore "Barney" Bellomo** (born January 8, 1957) is an American mobster and boss of the Genovese crime family of New York City. Bellomo was a member of the 116th Street Crew of Saverio "Sammy Black" Santora.

## Early life

Bellomo is the son of Salvatore Bellomo. He is the double cousin of Genovese associate Liborio Thomas Bellomo; their fathers are brothers and their mothers are sisters. This has led law enforcement to confuse their identities on several occasions. In 1997, Liborio Thomas Bellomo swore in an affidavit that he was guilty of federal charges instead of Bellomo.[1] Salvatore Bellomo was a soldier and close to Anthony "Fat Tony" Salerno. Bellomo was initiated in 1977.

## Acting boss and indictment

In 1990, Kenneth McCabe, then-organized crime investigator for the United States attorney's office in Manhattan, identified Bellomo as "acting boss" of the crime family following the indictment of Vincent Gigante in the "Windows Case".[2][3] On June 11, 1996, Bellomo was indicted on Racketeer Influenced and Corrupt Organizations Act (RICO) charges, including the murders of mobster Ralph DeSimone and Antonio DiLorenzo, extortion, and labor racketeering.[4] DiLorenzo was found shot to death in the backyard of his home in West New York, New



| Liborio Bellomo | |
|---|---|
| Mugshot of Liborio from 1996 | |
| Born | Liborio Salvatore Bellomo January 8, 1957 |
| Other names | Barney |
| Occupation | Crime boss |
| Predecessor | Vincent Gigante |
| Children | 4 |
| Allegiance | Genovese crime family |
| Convictions | Extortion (1997) |
| | Mail fraud (2007) |
| Criminal penalty | 10 years' imprisonment |
| | One year imprisonment |

Jersey. DeSimone was found in the trunk of his car at LaGuardia Airport in Queens, shot five times.[5] Both DeSimone and DiLorenzo were allegedly murdered because the Genovese leadership thought they were government informants.[6]

Bellomo's lawyers stated that their client passed two polygraph tests in which he denied killing anyone.[7] FBI agents shaved Bellomo's head, looking for evidence that Bellomo had used lithium to beat the polygraph machines.[8]

In February 1997, prosecutors dropped the DeSimone and DiLorenzo murder charges and offered Bellomo a chance to plead guilty to extorting payoffs from a construction union and a garbage hauling company. Bellomo accepted the deal and was sentenced to 10 years in prison.[1][9]

# Prison and release

On July 13, 2001, the imprisoned Bellomo was indicted on money laundering charges related to the Genovese family's involvement in the waterfront rackets and control of the ILA. Bellomo was accused of hiding money stolen from the ILA's members pension fund account between 1996 and 1997.[10] Bellomo again pleaded guilty to lesser charges, pushing back his scheduled release date in 2004.

On February 23, 2006, Bellomo and over 30 Genovese family members were indicted on more racketeering charges. Bellomo was specifically charged with ordering the 1998 murder of Ralph Coppola, the acting captain of Bellomo's crew and Bellomo's good friend. On September 16, 1998, Coppola disappeared a few weeks before his sentencing on fraud charges and was never found. Government witness Peter Peluso, a former lawyer for the Genovese family, stated that he had transported a message from Bellomo in prison ordering Coppola's murder.[11] Some accounts state that Coppola was disrespectful; others say that he was stealing family profits.

According to the Bellomo indictment:

> LIBORIO S. BELLOMO, a/k/a "Barney Bellomo," the defendant, was, at various times relevant to this Indictment, a Soldier, Capo, and Acting Boss of the Genovese Organized Crime Family. Prior to becoming Acting Boss of the Genovese Organized Crime Family in or about 1992, BELLOMO was first a Soldier in the Genovese Family, and then a powerful Capo, who controlled a crew of Soldiers and associates based in the Bronx, New York. BELLOMO was responsible for, amongst other things, control over labor unions associated with the Jacob Javits Convention Center in Manhattan. BELLOMO became the Acting Boss of the Genovese Organized Crime Family in or about 1992, following the incarceration of Genovese Family Boss Vincent Gigante. In or about 1996, BELLOMO was himself incarcerated after being arrested on Federal criminal charges filed in the United

States District Court for the Southern District of New York. Following his incarceration, and even after being replaced as Acting Boss, BELLOMO retained significant power and authority within the Genovese Organized Crime Family, and he continued to be consulted on, and make decisions with respect to, the Genovese Family's criminal activities. In or about 1997, following his conviction on Federal extortion charges, BELLOMO was sentenced to a term of 10 years' imprisonment. BELLOMO's criminal activities included the 1998 murder of Ralph Coppola, a Genovese Family Soldier and Acting Capo, as well as his participation in two schemes to obstruct justice, one by conspiring to tamper with a potential witness, and the other by giving false and misleading testimony in a grand jury proceeding.[12]

Peluso pleaded guilty to his role in the murder. However, the government had no proof that Peluso had indeed met with Bellomo. With insufficient evidence to press the murder charge against Bellomo, the government offered him a plea bargain for mail fraud in 2007. Bellomo accepted and received one additional year in prison instead of four, as his daughter Sabrina gave a tearful plea to judge Lewis A. Kaplan alongside her three brothers.[13]

On December 1, 2008, Bellomo was released from prison.[14]

Since his release, Bellomo has been the alleged boss of the Genovese family. He has maintained a low key presence with some considering him the modern day 'Boss of Bosses'. [15][16]

# References

1. Raab, Selwyn (19 October 1998). "Barney, Mob Suspect, Says He's the Wrong Barney" (https://www.nytimes.com/1998/10/19/nyregion/barney-mob-suspect-says-he-s-the-wrong-barney.html?scp=1&sq=liborio%20bellomo&st=cse). *The New York Times*.
2. Capeci, Jerry (May 3, 2007). "Barney's Bravado Gives the Feds Fits" (https://web.archive.org/web/20210712161657/https://www.nysun.com/new-york/barneys-bravado-gives-the-feds-fits/53741/). *The New York Sun*. Archived from the original (https://www.nysun.com/new-york/barneys-bravado-gives-the-feds-fits/53741/) on 12 July 2021. Retrieved 22 October 2019.
3. Martin, Douglas (27 February 2006). "Kenneth McCabe, 59, a Dogged Investigator of the Mob, Dies" (https://www.nytimes.com/2006/02/27/nyregion/kenneth-mccabe-59-a-dogged-investigator-of-the-mob-dies.html). *The New York Times*. Retrieved 22 October 2019.
4. Van Natta, Don Jr. (June 12, 1996). "19 Indicted in Blow to Genovese Mob" (https://www.nytimes.com/1996/06/12/nyregion/19-indicted-in-blow-to-genovese-mob.html?scp=5&sq=liborio%20bellomo&st=cse&pagewanted=2). *The New York Times*.
5. Hoffman, Jan (April 24, 1997). "Genovese Family Counselor Is Convicted of Racketeering" (https://www.nytimes.com/1997/04/24/nyregion/genovese-family-counselor-is-convicted-of-racketeering.html?scp=1&sq=Ralph%20DeSimone&st=cse). *The New York Times*.
6. Smith, Greg B. (June 12, 1996). "CHIN'S 20M EMPIRE INDICTMENT DETAILS GENOVESE

   CHARGES" (http://www.nydailynews.com/archives/news/chin-20m-empire-indictment-details-g
   enovese-charges-article-1.722897). *New York Daily News*. Retrieved 17 April 2012.
7. Capeci, Jerry (September 10, 1996). "MOB SUSPECT HOPES FAMILY ILLS BAIL HIM OUT" (
   http://www.nydailynews.com/archives/news/mob-suspect-hopes-family-ills-bail-article-1.73107
   0). *New York Daily News*. Retrieved 29 April 2012.
8. Capeci, Jerry (October 10, 1996). "RAZOR-SHARP FBI'S JAILHOUSE CALL IN VAIN" (http://w
   ww.nydailynews.com/archives/news/razor-sharp-fbi-jailhouse-call-vain-article-1.743247). *New
   York Daily News*. Retrieved 17 April 2012.
9. Raab, Selwyn (February 11, 1997). "6 Admit Guilt In U.S. Case Against Mob" (https://www.nyti
   mes.com/1997/02/11/nyregion/6-admit-guilt-in-us-case-against-mob.html?scp=3&sq=liborio%2
   0bellomo&st=cse). *The New York Times*.
10. Rashbaum, William K. (July 14, 2001). "Two Are Charged in Money-Laundering Scheme" (http
    s://www.nytimes.com/2001/07/14/nyregion/two-are-charged-in-money-laundering-scheme.htm
    l?scp=10&sq=liborio%20bellomo&st=cse). *The New York Times*.
11. Preston, Julia (February 24, 2006). "32 Indicted on Racketeering Charges in Manhattan" (http
    s://www.nytimes.com/2006/02/24/nyregion/24mob.html). *The New York Times*.
12. United States of America vs. Liborio Bellomo (https://web.archive.org/web/20070101075713/htt
    p://www.thelaborers.net/indictments/bellomo/indictment_criminal_genovese_family-2006-2-23.
    htm) Archived (https://web.archive.org/web/20070101075713/http://www.thelaborers.net/indict
    ments/bellomo/indictment_criminal_genovese_family-2006-2-23.htm) 2007-01-01 at the
    Wayback Machine, United States District Court Southern District of New York, 2006-2-23
13. Zambito, Thomas (July 24, 2007). "Mob big kid's tears melt judge" (http://www.nydailynews.co
    m/news/crime/mob-big-kid-tears-melt-judge-article-1.265729). *New York Daily News*. Retrieved
    17 April 2012.
14. Liborio Bellomo (http://www.bop.gov/iloc2/InmateFinderServlet?Transaction=NameSearch&nee
    dingMoreList=false&FirstName=Liborio&Middle=&LastName=Bellomo&Race=W&Sex=M&Age
    =&x=58&y=5) Archived (https://web.archive.org/web/20120923025144/http://www.bop.gov/iloc
    2/InmateFinderServlet?Transaction=NameSearch&needingMoreList=false&FirstName=Libori
    o&Middle=&LastName=Bellomo&Race=W&Sex=M&Age=&x=58&y=5) 2012-09-23 at the
    Wayback Machine at the Federal Bureau of Prisons Inmate Locator
15. Bernstein, Scott. "King Of New York '24 Style: Breaking Down Super-Power Genovese Mob
    Boss Barney Bellomo's 'Dream Team' On The Westside" (https://gangsterreport.com/king-of-ne
    w-york-24-style-breaking-down-super-power-genovese-mob-boss-barney-bellomos-dream-tea
    m-on-the-westside/). *Gangster Report*.
16. Scarpo, Ed. "EXCLUSIVE: Genovese Family Annoints Low-Profile Veteran As Street Boss" (htt
    ps://www.cosanostranews.com/2019/11/exclusive-genovese-family-taps-longtime.html). *Cosa
    Nostra News*.

# Further reading

- Butler, Gregory A. *Disunited Brotherhoods: Race, Racketeering and the Fall of the New York Construction Unions*. Lincoln: iUniverse, 2006. ISBN 0-595-39143-5
- Jacobs, James B., Coleen Friel and Robert Radick. *Gotham Unbound: How New York City

*Was Liberated from the Grip of Organized Crime*. New York: NYU Press, 1999. ISBN 0-8147-4247-5
- Milhorn, H. Thomas. *Crime: Computer Viruses to Twin Towers*. Boca Raton, Florida: Universal Publishers, 2005. ISBN 1-58112-489-9
- Raab, Selwyn. *Five Families: The Rise, Decline, and Resurgence of America's Most Powerful Mafia Empires*. New York: St. Martin Press, 2005. ISBN 0-312-30094-8
- Theoharis, Athan G. (ed.) *The FBI: A Comprehensive Reference Guide*. Phoenix: Oryx Press, 1999. ISBN 0-89774-991-X
- United States. Congress. Senate. Committee on Governmental Affairs. Permanent Subcommittee on Investigations. *Organized Crime: 25 Years After Valachi: Hearings Before the Permanent Subcommittee on Investigations (https://books.google.com/books?id=DQeMhDjHx58C&q=Liborio+Bellomo)*, 1988.

## External links

- "19 Indicted in Blow to Genovese Mob (https://www.nytimes.com/1996/06/12/nyregion/19-indicted-in-blow-to-genovese-mob.html?pagewanted=all)",*New York Times*, June 12, 1996
- "Barney, Mob Suspect, Says He's the Wrong Barney (https://www.nytimes.com/1998/10/19/nyregion/barney-mob-suspect-says-he-s-the-wrong-barney.html)" *New York Times*, October 19, 1998
- United States of America vs. Liborio Bellomo (https://web.archive.org/web/20070101075713/http://www.thelaborers.net/indictments/bellomo/indictment_criminal_genovese_family-2006-2-23.htm), United States District Court Southern District of New York, 2006-2-23
- thelaborers.net (https://web.archive.org/web/20110527124207/http://www.thelaborers.net/carpenters/background/carfaro/Carfaro_declaration-1990-8-28_Dir/Carfaro_declaration-1990-8-28_Page1.htm)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Liborio_Bellomo&oldid=1315602545"



WIKIPEDIA
The Free Encyclopedia

# Vincent Gigante

**Vincent Louis Gigante** (/dʒɪˈgænti/ *jig-AN-tee*, Italian: [dʒiˈgante]; March 29, 1928 – December 19, 2005), also known as "**Chin**", was an American mobster who was boss of the Genovese crime family in New York City from 1981 to 2005. Gigante started out as a professional boxer who fought in 25 matches between 1944 and 1947. He then started working as a Mafia enforcer for what was then the Luciano crime family, forerunner of the Genovese family. Gigante was one of five brothers. Three of them, Mario, Pasquale, and Ralph, followed him into the Mafia. Only one brother, Louis, stayed out of the crime family, instead becoming a Catholic priest.[1] Gigante was the shooter in the failed assassination of longtime Luciano boss Frank Costello in 1957. In 1959, he was sentenced to seven years in prison for drug trafficking, and after sharing a prison cell with Costello's rival, Vito Genovese, Gigante became a caporegime overseeing his own crew of Genovese soldiers and associates based in Greenwich Village.

Gigante quickly rose to power during the 1960s and 1970s. In 1981 he became the family's boss, while Anthony "Fat Tony" Salerno served as front boss during the first half of the 1980s. He also ordered the failed murder attempt of Gambino crime family boss John Gotti in 1986. With the arrest and conviction of Gotti and various Gambino family members in 1992, Gigante was recognized as the most powerful crime boss in the United States. For about 30 years, Gigante feigned insanity in an effort to throw law enforcement off his trail.



**Vincent Gigante**

Gigante in 1957

| | |
|---|---|
| **Born** | Vincent Louis Gigante<br>March 29, 1928<br>New York City, U.S. |
| **Died** | December 19, 2005 (aged 77)<br>Springfield, Missouri, U.S. |
| **Other names** | "Chin", "The Oddfather", "The Enigma in the Bathrobe", "The Robe", "The Real Boss of New York" and Vinny Gigante |
| **Occupation** | Crime boss |
| **Predecessor** | Philip Lombardo |
| **Successor** | Liborio Bellomo |
| **Spouse** | Olympia Grippa (m. 1950) |
| **Children** | 8 |
| **Parent(s)** | Salvatore Gigante |

Dubbed "The Oddfather" and "The Enigma in the Bathrobe" by the media, Gigante often wandered the streets of Greenwich Village in his bathrobe and slippers, mumbling incoherently to himself. He was indicted on federal racketeering charges in 1990, but was determined to be mentally unfit to stand trial. In 1997, he was tried and convicted of racketeering and conspiracy, and sentenced to 12 years in prison. Facing obstruction of justice charges in 2003, he pleaded guilty and admitted that his supposed insanity was an elaborate effort to avoid prosecution, as he was sentenced to an additional three years in prison. He died in the United States Medical Center for Federal Prisoners on December 19, 2005.

|  |  |
|---|---|
|  | Yolonda Gigante |
| Relatives | Mario, Louis, Pasquale and Ralph Gigante (brothers) |
| Allegiance | Genovese crime family |
| Convictions | Drug trafficking (1959) |
|  | Racketeering and conspiracy (1997) |
|  | Obstruction of justice (2003) |
| Criminal penalty | Seven years' imprisonment |
|  | 12 years' imprisonment and fined $1.25 million |
|  | Three years' imprisonment |
| Accomplice | Olympia Esposito |
| **Boxing career** | |
| Nickname | "Chin" (not "The Chin") Gigante |
| Weight | Light heavyweight |
| **Boxing record** | |
| Total fights | 25 |
| Wins | 21 |
| Win by KO | 1 |
| Losses | 4 |

# Early life and boxing career

Gigante was born in New York City to Italian immigrants from Naples, Salvatore Gigante, a watchmaker, and Yolanda Gigante (née Scotto), a seamstress. He had four brothers: Mario, Pasquale, and Ralph, who followed him into a life of organized crime; and Louis, who became a Catholic priest at St. Athanasius Church in the South Bronx and city councilman.[2] According to his brother Louis, his nickname, "The Chin", stemmed from their mother affectionately calling him *Chinzeeno* as a boy, derived from the name Vincenzo, the Italian form of Vincent.[3] Gigante graduated from Public School 3 in West Village, Manhattan and later attended Textile High School, but dropped out.[1]

Gigante was a professional light heavyweight boxer between 1944 and 1947, who was known as "The Chin" Gigante. He fought 25 matches and lost four, boxing 117 rounds. His first professional boxing match was against Vic Chambers on July 18, 1944, in Union City, New Jersey, which he lost. He then fought Chambers a second time at the St. Nicholas Arena on October 6, 1944, and defeated him. He defeated him again on June 29, 1945, at Madison Square Garden. His last match was against Jimmy Slade on May 17, 1947, at Ridgewood Grove Arena, Brooklyn, which he lost by technical knockout.[4]

Gigante lived in Old Tappan, New Jersey, with his wife Olympia Grippa, whom he married in 1950, and their five children, Andrew, Salvatore, Yolanda, Roseanne, and Rita.[1][5] He had a second family at a townhouse on the Upper East Side of Manhattan with his longtime mistress and common-law wife, Olympia Esposito and their three children, Vincent, Lucia and Carmella.[1][6] He often stayed at his mother's apartment in Greenwich Village.[1]

# Criminal career

## Costello murder attempt and caporegime

As a teenager, Gigante became the protégé of future Genovese crime family patriarch Vito Genovese, who had helped pay for Gigante's mother's surgery. Between the ages of 17 and 25, he was arrested seven times on charges ranging from receiving stolen goods, possession of an unlicensed handgun, and illegal gambling and bookmaking. Most were dismissed or resolved by fines, except for a 60-day jail-stay for a gambling conviction. During this time, Gigante listed his occupation as a tailor.[1]


Mugshot of Gigante, 1960

In early 1957, Genovese decided to move on Luciano family boss Frank Costello. Genovese ordered Gigante to murder Costello, and on May 2, 1957, Gigante shot and wounded Costello outside his apartment building.[7] Although the wound was superficial, it persuaded Costello to relinquish power to Genovese and retire. Genovese then controlled what is now called the Genovese crime family. A doorman identified Gigante as the gunman. In 1958, Costello testified that he was unable to recognize his assailant. Gigante was acquitted on charges of attempted murder.[1]

In 1959, Gigante was convicted, with Vito Genovese, of heroin trafficking and sentenced to seven years in prison. He was paroled after five years.[1] Not long afterward, he was promoted from soldier to captain, running the Greenwich Village Crew, and headquartered at the Triangle Civic Improvement Association.[1]

In the 1960s, Gigante took to walking around his neighborhood in a bathrobe, pajamas, and slippers while mumbling to himself, which law enforcement agents, prosecutors, and Mafia defectors later said was a performance intended to allow Gigante to avoid prosecution for his

criminal activities.[8] This came to be known as "The Bathrobe Defense", in which those accused of criminal wrongdoing feign mental incompetence to avoid the legal consequence of such behavior.[9]

In 1969, Gigante was indicted in New Jersey for conspiracy to bribe the entire five-member Old Tappan, New Jersey police force to alert him to surveillance operations by law enforcement agencies. The charge was dropped after Gigante's lawyers presented reports from psychiatrists that he was mentally unfit to stand trial.[1]



A FBI surveillance photo of Gigante (right) strolling through Greenwich Village, being led by his son Andrew

Since 1969, Gigante had been treated 20 times for psychiatric disorders. Gigante's "primary treating psychiatrist", Eugene D'Adamo, noted:

> Vincent Gigante has been diagnosed since 1969 as suffering from schizophrenia, paranoid type with [periodic] acute exacerbations which result in hospitalization.[10]

Gigante's lawyers and relatives said that Gigante had been mentally disabled since the late 1960s, with a below-normal IQ of 69 to 72.[1]

## Genovese crime boss

In 1981, Genovese's successor, Philip "Benny Squint" Lombardo, stepped down as boss due to poor health.[1] With Lombardo's support, Gigante became boss of the Genovese family.[1] Anthony "Fat Tony" Salerno was made front boss of the Genovese family to fool law enforcement.[11]



FBI surveillance photo of Vincent Gigante (left) and Dominick Canterino

Gigante built a vast network of bookmaking and loansharking rings and from extortions of garbage, shipping, trucking, and construction companies seeking labor peace or contracts from carpenters', Teamsters and laborers' unions, including those at the Javits Center, as well as protection payoffs from merchants at the Fulton Fish Market.[1] Gigante also had influence in the Feast of San Gennaro in Little Italy, operating gambling games, extorting payoffs from vendors, and pocketing thousands of dollars donated to a neighborhood church—until a 1995 crackdown by New York City officials.[1]

On April 13, 1986, Gambino crime family underboss Frank DeCicco was killed when his car was bombed following a visit to Paul Castellano loyalist James Failla. The bombing was carried out by Victor Amuso and Anthony Casso of the Lucchese crime family, under orders of Gigante and Lucchese boss Anthony Corallo, to avenge Castellano and Thomas Bilotti by killing their successors. John Gotti planned to visit Failla that day, but canceled, and the bomb was detonated after a soldier who was with DeCicco was mistaken for the boss.[12]



An FBI surveillance photo of Frank Condo (right) and Vincent Gigante (center)

In January 1987, Salerno was sentenced to 100 years in prison for racketeering, along with top members of the other New York families, as part of the Mafia Commission Trial.[13] Salerno had initially been billed as the boss of the Genovese family, but shortly after the trial, Salerno's longtime right-hand man, Vincent "The Fish" Cafaro, turned informant and told the FBI that Salerno had been a front for the real boss, Gigante. Cafaro revealed that the Genovese family had been keeping up this ruse since 1969.[14][15] FBI bugs had captured a conversation in which Salerno and capo Matthew "Matty the Horse" Ianniello were reviewing a list of prospective candidates to become made members in another family. Frustrated that the nicknames of the potential inductees had not been included, Salerno shrugged and said, "I'll leave this up to the boss."[16]

Gigante was reclusive, and almost impossible to capture on wiretaps, speaking softly, avoiding the phone, and even at times whistling into the receiver.[17] He almost never left his home unoccupied because he knew FBI agents would sneak in and plant a bug.[17] Genovese members were not allowed to mention Gigante's name in conversations or phone calls. When they had to mention him, members pointed to their chins or made the letter "C" with their fingers.[1][18]

During Gigante's tenure as boss of the Genovese family, after the imprisonment of John Gotti in 1992, Gigante came to be known as the figurehead *capo di tutti capi*, the "Boss of All Bosses", despite the position being abolished in 1931 with the murder of Salvatore Maranzano.[19]

## Trials and conviction

From 1978 to 1990, four of the five crime families of New York, including the Genovese family, rigged bids for 75% of $191 million, or about $142 million, of the window contracts awarded by the New York City Housing Authority. Installation companies were required to make union payoffs between $1 and $2 for each window installed.[20][21]

In 1988, Gigante had open-heart surgery.[1] On May 30, 1990, Gigante was indicted along with other members of four of the New York crime families for conspiring to rig bids and extort payoffs from contractors on multimillion-dollar contracts with the New York City Housing Authority to install windows.[22] Gigante attended his arraignment in pajamas and bathrobe. Due to his defense that he was mentally and physically impaired, legal battles ensued for seven years over his competence to stand trial.[1]



FBI mugshot of Gigante

In June 1993, Gigante was under indictment again, charged with sanctioning the murders of six mobsters and conspiring to kill three others, including Gambino boss John Gotti.[23][1] At sanity hearings in March 1996, Sammy "The Bull" Gravano, former underboss of the Gambino crime family, who became a cooperating witness in 1991,[24] and Alphonse "Little Al" D'Arco, former acting boss of the Lucchese family, testified that Gigante was lucid at top-level Mafia meetings and that he had told other gangsters that his eccentric behavior was a pretense.[1] Gigante's lawyers got testimony and reports from psychiatrists that from 1969 to 1995 Gigante had been confined 28 times in hospitals for treatment of hallucinations and that he suffered from "dementia rooted in organic brain damage".[1]

In August 1996, senior judge of the United States District Court for the Eastern District of New York Eugene Nickerson ruled that Gigante was mentally competent to stand trial. He pleaded not guilty and had been free for years on $1 million bail.[1] Gigante had another cardiac operation in December 1996.[1] On June 25, 1997, Gigante's trial started. Gigante stood trial in a wheelchair.[25] On July 25, 1997, after almost three days of deliberations, the jury convicted Gigante of conspiring in plots to kill other mobsters and of running rackets as head of the Genovese family.[26] Prosecutors said the verdict finally established that Gigante was not mentally ill, as his lawyers and relatives had long maintained.[26]

On December 18, 1997, Gigante was sentenced to 12 years in prison and fined $1.25 million by judge Jack B. Weinstein, a lenient sentence due to Gigante's "age and frailty". Weinstein declared that Gigante had been "finally brought to bay in his declining years after decades of vicious criminal tyranny".[27] While in prison, he maintained his role as boss of the Genovese family, while other mobsters were entrusted to run the family's day-to-day activities. Gigante relayed orders to the crime family through his son, Andrew, who visited him in prison.[28][29][1]

On January 23, 2002, Gigante was indicted with several other mobsters, including his son Andrew, on racketeering and obstruction of justice charges. Prosecutors accused him of continuing to rule his family from prison and using Andrew to funnel messages to the family. They also wanted him

held responsible for causing a seven-year delay in his previous trial by feigning insanity.[30][31] Several days later, Andrew was released on $2.5 million bail.[32] Federal prosecutor Roslynn R. Mauskopf had planned to play tapes showing him "fully coherent, careful and intelligent," running crime operations from prison. Faced with this evidence, Gigante pleaded guilty to obstruction of justice on April 7, 2003, just hours before the trial was to start.[33][34] Judge I. Leo Glasser sentenced him to an additional three years in prison.[1][35] Mauskopf said, "The jig is up ... Vincent Gigante was a cunning faker, and those of us in law enforcement always knew that this was an act ... The act ran for decades, but today it's over."[33]

On July 25, 2003, Andrew Gigante was sentenced to two years in prison and fined $2.5 million for racketeering and extortion.[36] *The New York Times* organized-crime reporter and mob historian Selwyn Raab described Gigante's plea deal as an "unprecedented capitulation" for a Mafia boss. It was almost unheard of for a boss to even consider pleading guilty. Gigante agreed to the deal to ease the burden on his relatives. For instance, Andrew faced up to 20 years in prison had he gone to trial. Another provision of the plea agreement stipulated that any relatives who helped in his deception, including his wife, mistress, and Father Louis, would not be charged with obstruction of justice.[35]

## Death

Gigante died on December 19, 2005, at the Medical Center for Federal Prisoners in Springfield, Missouri.[1] His funeral and burial were held four days later, on December 23, at Saint Anthony of Padua Church in Greenwich Village, largely in anonymity.[17]

Since Gigante's death, his family has continued to live well. According to a 2011 report by Jerry Capeci, Gigante's relatives earn nearly $2 million a year as employees of companies on the New Jersey waterfront.[37]

## In popular culture

### Films and television

- He is portrayed by Nicholas Kepros in the 1998 TV film *Witness to the Mob*
- The *Law & Order* episode "Faccia e Faccia", first aired February 28, 1998, featured an aging mafia don claiming mental impairment, inspired by Gigante
- He is portrayed by Garth Burton in the 2015 AMC series *The Making of the Mob*[38]
- He is portrayed by John Dinello on the 2017 TV series *The Deuce*
- In the 2018 film *Gotti*, Gigante is portrayed by Sal Rendino

- Gigante is portrayed in the 2019 film *Mob Town* by Nick Cordero. This would be Nick Cordero's final movie role before his death on July 5, 2020
- He is portrayed by Vincent D'Onofrio in the 2019 TV series *Godfather of Harlem*
- Gigante is portrayed by Tony Amendola in the 2022 TV miniseries *Black Bird*
- Gigante is portrayed by Cosmo Jarvis in the 2025 film *The Alto Knights*

## Documentaries

- The story of the FBI investigation into Gigante was depicted in season 1, episode 2 of *The FBI Files* documentary show, titled "The Crazy Don" (which first aired on December 8, 1998).
- *National Geographic* aired a six-part documentary series, *Inside the American Mob*, where Gigante features prominently in episode 5, "The Rise and Fall of Gotti", while actions attributed to him are discussed in episode 3, "New York–Philly War".

# References

1. Vincent Gigante, Mob Boss Who Feigned Incompetence to Avoid Jail, Dies at 77 (https://www.nytimes.com/2005/12/20/obituaries/vincent-gigante-mob-boss-who-feigned-incompetence-to-avoid-jail.html) Archived (https://web.archive.org/web/20191220204449/https://www.nytimes.com/2005/12/20/obituaries/vincent-gigante-mob-boss-who-feigned-incompetence-to-avoid-jail.html) December 20, 2019, at the Wayback Machine, by Selwyn Raab, *The New York Times*, December 19, 2005
2. *Village Voice* (http://www.villagevoice.com/news/0704,redfearn,75612,2.html) Archived (https://web.archive.org/web/20071009222321/http://www.villagevoice.com/news/0704,redfearn,75612,2.html) October 9, 2007, at the Wayback Machine January 23, 2007.
3. "Why Vincent Gigante Is Known as the Chin" (https://web.archive.org/web/20160815004035/https://www.nytimes.com/1990/06/01/nyregion/why-vincent-gigante-is-known-as-the-chin.html). *The New York Times*. June 1, 1990. Archived from the original (https://www.nytimes.com/1990/06/01/nyregion/why-vincent-gigante-is-known-as-the-chin.html) on August 15, 2016.
4. "Vince Gigante" (http://boxrec.com/en/boxer/59280). *BoxRec*. Archived (https://web.archive.org/web/20171117174814/http://boxrec.com/en/boxer/59280) from the original on November 17, 2017. Retrieved November 17, 2017.
5. "Vincent Gigante" (http://www.independent.co.uk/news/obituaries/vincent-gigante-520239.html). *The Independent*. December 21, 2005. Archived (https://web.archive.org/web/20120416001938/http://www.independent.co.uk/news/obituaries/vincent-gigante-520239.html) from the original on April 16, 2012. Retrieved April 25, 2020.
6. Bekiempis, Victoria; McShane, Larry (January 10, 2018). " 'Chin' Gigante's son among five mobsters cuffed in union extortion racket" (https://www.nydailynews.com/news/crime/chin-gigante-son-cuffed-union-extortion-racket-article-1.3748947). *New York Daily News*. Archived (https://web.archive.org/web/20190518115148/https://www.nydailynews.com/news/crime/chin-gigante-son-cuffed-union-extortion-racket-article-1.3748947) from the original on May 18, 2019. Retrieved April 25, 2020.
7. "Costello is Shot Entering Home; Gunman Escapes Wound" (https://timesmachine.nytimes.co

m/timesmachine/1957/05/03/317458602.pdf) (PDF). *The New York Times*. May 3, 1957. Retrieved December 31, 2011.

8. Raab, Selwyn (December 20, 2005). "Vincent Gigante, Mob Boss Who Feigned Incompetence to Avoid Jail, Dies at 77" (https://www.nytimes.com/2005/12/20/obituaries/vincent-gigante-mob-boss-who-feigned-incompetence-to-avoid-jail.html). *The New York Times*. Archived (https://archive.today/20230725190808/https://www.nytimes.com/2005/12/20/obituaries/vincent-gigante-mob-boss-who-feigned-incompetence-to-avoid-jail.html) from the original on July 25, 2023. Retrieved March 11, 2023.
9. Editorial Board (February 8, 2024). "Biden's Doddering Document Defense: Special counsel Robert Hur says a jury might not convict the elderly, forgetful President" (https://www.wsj.com/articles/joe-biden-robert-hur-report-classified-documents-119fbb16). *The Wall Street Journal*. Archived (https://archive.today/20240209003207/https://www.wsj.com/articles/joe-biden-robert-hur-report-classified-documents-119fbb16) from the original on February 9, 2024. Retrieved March 11, 2024.
10. "Family Asks Judge to Find Mafia Boss Mentally Ill" (https://web.archive.org/web/20150525124210/https://www.nytimes.com/1989/12/29/nyregion/family-asks-judge-to-find-mafia-boss-mentally-ill.html). *The New York Times*. May 25, 2015. Archived from the original (https://www.nytimes.com/1989/12/29/nyregion/family-asks-judge-to-find-mafia-boss-mentally-ill.html) on May 25, 2015.
11. Raab 2005, pp. 556
12. Raab 2005, pp. 473–476
13. Lubasch, Arnold H. (January 14, 1987). "Judge Sentences 8 Mafia Leaders to Prison Terms" (https://www.nytimes.com/1987/01/14/nyregion/judge-sentences-8-mafia-leaders-to-prison-terms.html?src=pm). *The New York Times*. Archived (https://web.archive.org/web/20120420153930/http://www.nytimes.com/1987/01/14/nyregion/judge-sentences-8-mafia-leaders-to-prison-terms.html?src=pm) from the original on April 20, 2012. Retrieved October 13, 2011.
14. Raab 2005, pp. 556–557
15. "MAJOR MAFIA LEADER TURNS INFORMER, SECRETLY RECORDING MEETINGS OF MOB" (https://www.nytimes.com/1987/03/21/nyregion/major-mafia-leader-turns-informer-secretly-recording-meetings-of-mob.html?scp=3&sq=Vincent%20Cafaro&st=cse) Archived (https://web.archive.org/web/20160304082804/http://www.nytimes.com/1987/03/21/nyregion/major-mafia-leader-turns-informer-secretly-recording-meetings-of-mob.html?scp=3&sq=Vincent%20Cafaro&st=cse) March 4, 2016, at the Wayback Machine By ARNOLD H. LUBASCH *The New York Times*, March 21, 1987
16. Raab 2005, pp. 555
17. Rashbaum, William K. (December 24, 2005). "Gigante, Mafia Boss, Is Mourned and Buried With Little Fanfare" (https://www.nytimes.com/2005/12/24/nyregion/24chin.html). *The New York Times*. Retrieved April 29, 2012.
18. Raab 2005
19. Raab, Selwyn (September 3, 1995). "With Gotti Away, the Genoveses Succeed the Leaderless Gambinos" (https://www.nytimes.com/1995/09/03/nyregion/with-gotti-away-the-genoveses-succeed-the-leaderless-gambinos.html?scp=6&sq=Carmine%20Persico&st=cse). *The New York Times*. Archived (https://web.archive.org/web/20130522160034/http://www.nytimes.com/1995/09/03/nyregion/with-gotti-away-the-genoveses-succeed-the-leaderless-gambinos.html?scp=6&sq=Carmine%20Persico&st=cse) from the original on May 22, 2013. Retrieved June 29, 2013.

20. Lubasch, Arnold H. (October 19, 1991). "Windows Jury Finds 3 Guilty And Acquits 5" (https://www.nytimes.com/1991/10/19/nyregion/windows-jury-finds-3-guilty-and-acquits-5.html). *The New York Times*. Archived (https://web.archive.org/web/20150402142919/http://www.nytimes.com/1991/10/19/nyregion/windows-jury-finds-3-guilty-and-acquits-5.html?n=Top%2fReference%2fTimes%20Topics%2fSubjects%2fW%2fWindows) from the original on April 2, 2015. Retrieved April 29, 2012.
21. "2 Men Sentenced In 'Windows Trial' " (https://www.nytimes.com/1993/03/28/nyregion/2-men-sentenced-in-windows-trial.html). *The New York Times*. March 28, 1993. Archived (https://web.archive.org/web/20150403014031/http://www.nytimes.com/1993/03/28/nyregion/2-men-sentenced-in-windows-trial.html?n=Top%2fReference%2fTimes%20Topics%2fSubjects%2fW%2fWindows) from the original on April 3, 2015. Retrieved April 29, 2012.
22. Suspected New York Mob Leaders Are Indicted in Contract Rigging (https://www.nytimes.com/1990/05/31/nyregion/suspected-new-york-mob-leaders-are-indicted-in-contract-rigging.html?scp=18&sq=Aloi%20Colombo&st=cse) Archived (https://web.archive.org/web/20160305203357/http://www.nytimes.com/1990/05/31/nyregion/suspected-new-york-mob-leaders-are-indicted-in-contract-rigging.html?scp=18&sq=Aloi%20Colombo&st=cse) March 5, 2016, at the Wayback Machine (May 31, 1990) *The New York Times*
23. "Mob Inquiry Focuses on Reputed Boss Who Eludes Trial" (https://web.archive.org/web/20150526103103/https://www.nytimes.com/1994/12/11/nyregion/mob-inquiry-focuses-on-reputed-boss-who-eludes-trial.html). *The New York Times*. May 26, 2015. Archived from the original (https://www.nytimes.com/1994/12/11/nyregion/mob-inquiry-focuses-on-reputed-boss-who-eludes-trial.html) on May 26, 2015.
24. Raab, Selwyn (November 12, 1991). "U.S. Says Top Gotti Aide Will Testify Against Boss" (https://www.nytimes.com/1991/11/12/nyregion/us-says-top-gotti-aide-will-testify-against-boss.html). *The New York Times*. Archived (https://web.archive.org/web/20110123103054/http://www.nytimes.com/1991/11/12/nyregion/us-says-top-gotti-aide-will-testify-against-boss.html) from the original on January 23, 2011. Retrieved April 24, 2012.
25. Fried, Joseph P. (July 26, 1997). "Jurors Find Gigante Guilty Of Racketeering, Not Murder" (https://www.nytimes.com/1997/07/26/nyregion/jurors-find-gigante-guilty-of-racketeering-not-murder.html). *The New York Times*. Archived (https://web.archive.org/web/20171229080132/http://www.nytimes.com/1997/07/26/nyregion/jurors-find-gigante-guilty-of-racketeering-not-murder.html) from the original on December 29, 2017. Retrieved April 25, 2020.
26. "Jurors Find Gigante Guilty Of Racketeering, Not Murder" (https://web.archive.org/web/20150527070129/https://www.nytimes.com/1997/07/26/nyregion/jurors-find-gigante-guilty-of-racketeering-not-murder.html). *The New York Times*. May 27, 2015. Archived from the original (https://www.nytimes.com/1997/07/26/nyregion/jurors-find-gigante-guilty-of-racketeering-not-murder.html) on May 27, 2015.
27. "Gigante Sentenced to 12 Years And Is Fined $1.25 Million" (https://web.archive.org/web/20110127192904/https://www.nytimes.com/1997/12/19/nyregion/gigante-sentenced-to-12-years-and-is-fined-1.25-million.html). *The New York Times*. January 27, 2011. Archived from the original (https://www.nytimes.com/1997/12/19/nyregion/gigante-sentenced-to-12-years-and-is-fined-1.25-million.html) on January 27, 2011.
28. Claffey, Mike (January 28, 2002). "SNITCH STOLE 3 YEARS OF MOB SECRETS" (http://www.nydailynews.com/archives/news/snitch-stole-3-years-mob-secrets-article-1.492592). *Daily News*. Archived (https://web.archive.org/web/20120514235715/http://www.nydailynews.com/archives/news/snitch-stole-3-years-mob-secrets-article-1.492592) from the original on May 14,

2012. Retrieved April 17, 2012.
29. Smith, Greg B. (August 12, 2001). "GENOVESE FAMILY KEEPS ITS CHIN UP Gigante becomes top don as Gotti fades" (http://www.nydailynews.com/archives/news/genovese-family-chin-gigante-top-don-gotti-fades-article-1.928266). *Daily News*. Archived (https://web.archive.org/web/20120515003001/http://www.nydailynews.com/archives/news/genovese-family-chin-gigante-top-don-gotti-fades-article-1.928266) from the original on May 15, 2012. Retrieved April 17, 2012.
30. "Gigante Is Sane And Runs Mob, U.S. Charges" (https://web.archive.org/web/20121109022543/https://www.nytimes.com/2002/01/24/nyregion/gigante-is-sane-and-runs-mob-us-charges.html). *The New York Times*. November 9, 2012. Archived from the original (https://www.nytimes.com/2002/01/24/nyregion/gigante-is-sane-and-runs-mob-us-charges.html) on November 9, 2012.
31. Raab 2005, pp. 597–599
32. Saulny, Susan (January 27, 2002). "Gigante's Son Released on Bail" (https://www.nytimes.com/2002/01/27/nyregion/gigantes-son-released-on-bail.html). *The New York Times*.
33. Newman, Andy (April 7, 2003). "Gigante Pleads Guilty to Obstructing Justice" (https://www.nytimes.com/2003/04/07/nyregion/gigante-pleads-guilty-to-obstructing-justice.html). *The New York Times*.
34. Mob boss admits insanity an act, pleads guilty (http://www.sfgate.com/cgi-bin/article.cgi?file=/c/a/2003/04/08/MN89146.DTL) Archived (https://web.archive.org/web/20120618054428/http://www.sfgate.com/cgi-bin/article.cgi?file=%2Fc%2Fa%2F2003%2F04%2F08%2FMN89146.DTL) June 18, 2012, at the Wayback Machine, *The New York Times*, April 8, 2003
35. Raab 2005, pp. 598
36. Smith, Kati Cornell (July 26, 2003). "MOB SON FOLLOWS 'CHIN' TO PRISON" (https://nypost.com/2003/07/26/mob-son-follows-chin-to-prison/). Archived (https://web.archive.org/web/20190206141656/https://nypost.com/2003/07/26/mob-son-follows-chin-to-prison/) from the original on February 6, 2019. Retrieved April 25, 2020.
37. "Jerry Capeci: Gigante Family Earns Nearly $2 Million a Year on the Waterfront" (https://huffingtonpost.com/jerry-capeci/gigante-family-earns-near_b_783355.html). *HuffPost*. January 16, 2011. Archived (https://web.archive.org/web/20121112194125/http://www.huffingtonpost.com/jerry-capeci/gigante-family-earns-near_b_783355.html) from the original on November 12, 2012. Retrieved March 14, 2012.
38. IMDB.com

- Raab, Selwyn (2005). *Five Families: The Rise, Decline, and Resurgence of America's Most Powerful Mafia Empires* (https://archive.org/details/unset0000unse_s8f3). New York: St. Martin Press. ISBN 0-312-30094-8.

# Further reading

- Capeci, Jerry (2002). *The Complete Idiot's Guide to the Mafia* (https://archive.org/details/completeidiotsgu0000cape). Indianapolis: Alpha Books. ISBN 0-02-864225-2. LCCN 2001097247 (https://lccn.loc.gov/2001097247).
- Jacobs, James B., Coleen Friel and Robert Radick. *Gotham Unbound: How New York City Was Liberated from the Grip of Organized Crime*. New York: NYU Press, 2001. ISBN 0-8147-

- 4247-5
- Maas, Peter (1997). *Underboss: Sammy the Bull Gravano's Story of Life in the Mafia* (https://archive.org/details/underbosssammyb000maas/). New York: HarperCollins Publishers. ISBN 0-06-093096-9. LCCN 97-157286 (https://lccn.loc.gov/97-157286).

## External links

- Vincent Gigante Mafia Archive (https://www.thechicagosyndicate.com/search/label/Vincent%20Gigante)
- Boxing record for Vincent Gigante (https://boxrec.com/en/boxer/59280) from BoxRec (registration required)
- Paid Notice: Deaths GIGANTE, YOLANDA (https://www.nytimes.com/1997/05/10/classified/paid-notice-deaths-gigante-yolanda.html)—*The New York Times*

Retrieved from "https://en.wikipedia.org/w/index.php?title=Vincent_Gigante&oldid=1324152798"