**<u>EXHIBIT E</u>**
Communications from Diego MasMarques, Jr.

**From:** **Vincent Bellomo** 8986431@gmail.com
**Subject:** URL and name removal
**Date:** July 20, 2016 at 11:30 AM
**To:** domains@thinkcomputer.com

To whom it may concern,

Remove the following URL and all URL's that reference the name Diego MasMarques from your database and the Search Engines:http://www.plainsite.org/dockets/au3zyrx4/court-of-appeals-for-the-first-circuit/24-fair-emplpraccas-1286-24-empl-prac-dec-p-31415-diego-mas-marques-v-digital-equipment-corporation-and-digital-equipment-gmbh/

Don't know if Aaron Greenspan is your real name but instead of sitting back and uploading people's private and personal information on to your third party website why don't you go out and make yourself useful to society by learning skills, or a trade and doing some real work, instead of sitting back and being a parasite, leaching off of people's information to make money. Your violating the 1974 Privacy Act and your uploading content from government website on to a third party website. I' going to give you a heads up and let you know that I am filing complaints against your website with the FCC and the FBI's IC3. Lastly, I want you to send me your real fucking name, address, phone number and the exact country that you are operating out of.

Thanks

GREENSPAN00009

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 44JX7ZA (9562)
**Date:** February 21, 2017 at 8:16 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 44JX7ZA (9562)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 821 6841
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hi!
Your website has posted duplicated information that was already on the Search Engines by unitedstatescourt.org. Please remove the following two URL links from the Search Engines, as they are duplicated;
https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/

Thank you, for your consideration in this matter.

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
Double check to see if the information is already on the Search Engines from a different website, in order not to duplicate information on the web.

------------------------
http://www.plainsite.org

GREENSPAN00010

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 44KHCTH (9563)
**Date:** February 21, 2017 at 8:16 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 44KHCTH (9563)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 821 6841
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hi!
Your website has posted duplicated information that was already on the Search Engines by unitedstatescourt.org. Please remove the following two URL links from the Search Engines, as they are duplicated;
https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/

Thank you, for your consideration in this matter.

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
Double check to see if the information is already on the Search Engines from a different website, in order not to duplicate information on the web.

------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 44MPW69 (9567)
**Date:** February 21, 2017 at 12:34 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 44MPW69 (9567)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 347 549 2078
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361715

What kind of action would you like us to take?
Research

Please provide the details of your request.
Please, remove the the two URL links posted by plainsite.org as this information has already been placed on the Search Engines by
unitedstatescourts.org.

Thank you, for your time in this matter


https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/


https://www.unitedstatescourts.org/federal/mad/124967/
https://www.unitedstatescourts.org/federal/ca1/15-2402/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** bronx1842@gmail.com
**Subject:** PlainSite Request 44TFI8L (9579)
**Date:** February 22, 2017 at 2:46 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 44TFI8L (9579)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 363 6153
E-Mail: bronx1842@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please, remove the following URL link from your database and the Search Engines as this is being duplicated by another
website:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
When posting people's information online try to make sure that it is not already been posted by another website

------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** bronx1842@gmail.com
**Subject:** PlainSite Request 44TZN2S (9580)
**Date:** February 22, 2017 at 2:47 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 44TZN2S (9580)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 363 6153
E-Mail: bronx1842@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please, remove the following URL link from your database and the Search Engines as this is being duplicated by another
website:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
When posting people's information online try to make sure that it is not already been posted by another website

------------------------
http://www.plainsite.org

GREENSPAN00014

**From:** **Diego MasMarques** bronx1842@gmail.com
**Subject:** PlainSite Request 44UJRWZ (9581)
**Date:** February 22, 2017 at 2:53 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 44UJRWZ (9581)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 363 6153
E-Mail: bronx1842@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please, remove the following URL link from your database and the Search Engines as this is being duplicated by another
website:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
When posting people's information online try to make sure that it is not already been posted by another website

------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** bronx1842@gmail.com
**Subject:** PlainSite Request 44V3WR6 (9582)
**Date:** February 22, 2017 at 2:53 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 44V3WR6 (9582)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 363 6153
E-Mail: bronx1842@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please, remove the following URL link from your database and the Search Engines as this is being duplicated by another
website:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
When posting people's information online try to make sure that it is not already been posted by another website

-----------------------
http://www.plainsite.org

GREENSPAN00016

**From:** **Diego MasMarques** bronx1842@gmail.com
**Subject:** PlainSite Request 44VO1LD (9583)
**Date:** February 22, 2017 at 2:54 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 44VO1LD (9583)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 363 6153
E-Mail: bronx1842@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please, remove the following URL link from your database and the Search Engines as this is being duplicated by another
website:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
When posting people's information online try to make sure that it is not already been posted by another website

------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** bronx1842@gmail.com
**Subject:** PlainSite Request 44W86FK (9584)
**Date:** February 22, 2017 at 2:54 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 44W86FK (9584)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 363 6153
E-Mail: bronx1842@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please, remove the following URL link from your database and the Search Engines as this is being duplicated by another
website:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
When posting people's information online try to make sure that it is not already been posted by another website

------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** bronx1842@gmail.com
**Subject:** PlainSite Request 44WSB9R (9585)
**Date:** February 22, 2017 at 2:54 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 44WSB9R (9585)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 363 6153
E-Mail: bronx1842@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please, remove the following URL link from your database and the Search Engines as this is being duplicated by another
website:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
When posting people's information online try to make sure that it is not already been posted by another website

------------------------
http://www.plainsite.org

GREENSPAN00019

**From:** **Diego MasMarques** bronx1842@gmail.com
**Subject:** PlainSite Request 44XCG3Y (9586)
**Date:** February 22, 2017 at 2:54 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 44XCG3Y (9586)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 363 6153
E-Mail: bronx1842@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please, remove the following URL link from your database and the Search Engines as this is being duplicated by another
website:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
When posting people's information online try to make sure that it is not already been posted by another website

------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** bronx1842@gmail.com
**Subject:** PlainSite Request 44XWKY5 (9587)
**Date:** February 22, 2017 at 2:54 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 44XWKY5 (9587)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 363 6153
E-Mail: bronx1842@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please, remove the following URL link from your database and the Search Engines as this is being duplicated by another
website:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
When posting people's information online try to make sure that it is not already been posted by another website

------------------------
http://www.plainsite.org

**From:** **David G** bronx1842@gmail.com
**Subject:** URL link removal
**Date:** February 22, 2017 at 6:55 PM
**To:** domains@thinkcomputer.com

Dear Aaron Greenspan,

Please, remove the following two links from your database and Search Engines, as these URL's have been duplicated already by another website.
https://plainsite.org/dockets/3481tlhzh/court-of-appeals-for-th...
https://plainsite.org/dockets/3481u5mto/court-of-appeals-for-th...

Thank you, for your time and consideration in this matter.

Diego MasMarques

**From:** **Diego Masmarques Masmarques** 87764a@gmail.com
**Subject:** PlainSite Request 45KU3C4 (9628)
**Date:** February 27, 2017 at 11:19 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 45KU3C4 (9628)
--------------------------------

First Name: Diego Masmarques
Last Name: Masmarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hello,

Please, remove the above referenced URL link from your database and the Search Engines, as it is affecting my career.


Thank you, for your time and consideration in this matter.

Here is the URL link:
https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00023

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 45LE86B (9629)
**Date:** February 27, 2017 at 11:23 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 45LE86B (9629)
---------------------------------

First Name: Diego
Last Name: Masmarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361715

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hello,

Please, remove the following URL link from your database and the Search Engines, as it is affecting my career in a negative manner. This is already on Pacer so its not necessary for your monetized website to upload this URL link on to the Search Engines and harm my career and reputation.

Here is the URL link:
https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

How would you rate PlainSite?
Good

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 45LYD0I (9630)
**Date:** February 27, 2017 at 11:31 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 45LYD0I (9630)
---------------------------------

First Name: Diego
Last Name: Masmarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hello,

Please, remove the following URL link:
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/

from your database and the Search Engines as this is causing me serious harm in my career. This is already on Pacer so its not necessary for your monetized website to throw these things on web, as you know this causes people very serious harm and it has consequences to people's reputation and safety. I understand your site wants to make money but there better ways to doing it than destroying people's careers and reputations. You not just putting a case up on your site your indexing cases under people's names so do realized the serious harm you are causing people.

Please, send me the real name and address of the owner of this website and their nationality as well.

Thank you, for your time and consideration in this matter.

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
You don't need to expose people's cases on the web to make money as a non-profit. You can simply have people and Lawyers go to your directory and then they can look up specific cases like on Pacer. There is no need for your website to destroy people's lives by posting legal cases under people's names on the web. Pacer does not do this and as you know this is only done by private individuals looking to make a buck off the backs of people's personal and private information at their expense.

------------------------
http://www.plainsite.org

GREENSPAN00025

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 45MIHUP (9631)
**Date:** February 27, 2017 at 11:40 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 45MIHUP (9631)
---------------------------------

First Name: Diego
Last Name: Masmarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hello,

Please remove the following URL link that you have uploaded on to the Search Engines:
https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

This is affecting my career in a negative manner and I'm sure you realize that Pacer does not even throw this out on the web. So,
please find another way to get you non-profit website making money but the general public should not have to suffer with you posting
people's personal and private information on the Search Engines.

Thanks again!

How would you rate PlainSite?
Good

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00026

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 45UWIFM (9646)
**Date:** February 28, 2017 at 9:43 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 45UWIFM (9646)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hello,

Please, remove the following URL link from your database and the Search Engines as it is causing me serious harm in my career and reputation. https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

Thank you, for your time and consideration in this matter.

How would you rate PlainSite?
Good

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 45VGN9T (9647)
**Date:** February 28, 2017 at 9:43 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 45VGN9T (9647)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hello,

Please, remove the following URL link from your database and the Search Engines as it is causing me serious harm in my career and
reputation. https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

Thank you, for your time and consideration in this matter.

How would you rate PlainSite?
Good

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00028

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 471YV0L (9723)
**Date:** March 5, 2017 at 6:01 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 471YV0L (9723)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 917 821 6942
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=903976

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hello,

Please, remove the following URL link from your database and Search Engines:
https://books.google.com/books?isbn=0735542066

Thanks for your time and consideration in this matter.

How would you rate PlainSite?
Good

Is there anything that we could do to improve?
Indexing is a little off. I found this URL link under my nephews name. Also, some information is duplicated and even triplicated by various websites at the same time.

------------------------
http://www.plainsite.org

GREENSPAN00029

**From:** **Diego MasMarques** rickymas@msn.com
**Subject:** PlainSite Request 4747EDD (9727)
**Date:** March 5, 2017 at 2:04 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4747EDD (9727)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: rickymas@msn.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hello, I would like to respectfully request that the following URL link be removed from your database and Search Engines, as it is
harming my career and reputation. I am begging you to please remove the following URL link:
https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

How would you rate PlainSite?
Excellent

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00030

**From:** **Diego MasMarques** rickymas@msn.com
**Subject:** PlainSite Request 49P1PLN (9893)
**Date:** March 11, 2017 at 10:59 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49P1PLN (9893)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: rickymas@msn.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please remove the following URL link from your database and the Search
Engines:https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

How would you rate PlainSite?
Fair

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00032

**From:** **Diego MasMarques** rickymas@msn.com
**Subject:** PlainSite Request 49PLUFU (9894)
**Date:** March 11, 2017 at 11:00 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49PLUFU (9894)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: rickymas@msn.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please remove the following URL link from your database and the Search
Engines:https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

How would you rate PlainSite?
Fair

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00033

**From:** **Diego MasMarques** rickymas@msn.com
**Subject:** PlainSite Request 49Q5ZA1 (9895)
**Date:** March 11, 2017 at 11:03 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49Q5ZA1 (9895)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: rickymas@msn.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please remove the following URL link that references my name Diego Masmarques as this is negatively affecting my career and
reputation and this is duplicated by another website called unitedstatescourts.org.
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/

How would you rate PlainSite?
Fair

Is there anything that we could do to improve?
Redundant items should not be posted and cases should be looked at on an individual basis as to the information being posted and
the serious harm that is causing a person

------------------------
http://www.plainsite.org

GREENSPAN00034

**From:** **Diego MasMarques** rickymas@msn.com
**Subject:** PlainSite Request 49QQ448 (9896)
**Date:** March 11, 2017 at 11:03 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49QQ448 (9896)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: rickymas@msn.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please remove the following URL link that references my name Diego Masmarques as this is negatively affecting my career and
reputation and this is duplicated by another website called unitedstatescourts.org.
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/

How would you rate PlainSite?
Fair

Is there anything that we could do to improve?
Redundant items should not be posted and cases should be looked at on an individual basis as to the information being posted and
the serious harm that is causing a person

------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** rickymas@msn.com
**Subject:** PlainSite Request 49RA8YF (9897)
**Date:** March 11, 2017 at 11:04 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49RA8YF (9897)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: rickymas@msn.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please remove the following URL link that references my name Diego Masmarques as this is negatively affecting my career and
reputation and this is duplicated by another website called united statescourts.org.
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/

How would you rate PlainSite?
Fair

Is there anything that we could do to improve?
Redundant items should not be posted and cases should be looked at on an individual basis as to the information being posted and
the serious harm that is causing a person

------------------------
http://www.plainsite.org

GREENSPAN00036

**From:** **Diego MasMarques** rickymas@msn.com
**Subject:** PlainSite Request 49RUDSM (9898)
**Date:** March 11, 2017 at 11:04 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49RUDSM (9898)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: rickymas@msn.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Please remove the following URL link that references my name Diego Masmarques as this is negatively affecting my career and
reputation and this is duplicated by another website called unitedstatescourts.org.
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/

How would you rate PlainSite?
Fair

Is there anything that we could do to improve?
Redundant items should not be posted and cases should be looked at on an individual basis as to the information being posted and
the serious harm that is causing a person

------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 49WVLCD (9907)
**Date:** March 13, 2017 at 6:59 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49WVLCD (9907)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization: Timely Transport

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
The case you have on file has changed. The charges were not originally updated when I came back to the US. Please, remove this URL link from your database and the Search Engines, as it is affecting me my career and reputation.

Send me asap the real owners name and address.

Thanks

How would you rate PlainSite?
Good

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** 87754a@gmail.com
**Subject:** PlainSite Request 49XFQ6K (9908)
**Date:** March 13, 2017 at 7:10 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49XFQ6K (9908)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization: Timely Transport

Phone: +1 617 416 8674
E-Mail: 87754a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Have this website owner Aaron Greenspan get in touch with me. Send me his address.

Thanks

How would you rate PlainSite?
Good

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00039

**From:** **Diego MasMarques** 87754a@gmail.com
**Subject:** PlainSite Request 49XZV0R (9909)
**Date:** March 13, 2017 at 7:10 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49XZV0R (9909)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization: Timely Transport

Phone: +1 617 416 8674
E-Mail: 87754a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Have this website owner Aaron Greenspan get in touch with me. Send me his address.

Thanks

How would you rate PlainSite?
Good

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00040

**From:** **Diego MasMarques** 87754a@gmail.com
**Subject:** PlainSite Request 49YJZUY (9910)
**Date:** March 13, 2017 at 7:11 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49YJZUY (9910)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization: Timely Transport

Phone: +1 617 416 8674
E-Mail: 87754a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Have this website owner Aaron Greenspan get in touch with me. Send me his address.

Thanks

How would you rate PlainSite?
Good

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00041

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 49Z44P5 (9911)
**Date:** March 13, 2017 at 7:25 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49Z44P5 (9911)
---------------------------------

First Name: Diego
Last Name: Masmarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361715

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove any and all references to the name Diego MasMarques from your database you Mother Fuckers! Have that piece of shit
scum Aaron Greenspan if he is the real owner of this fucking website to contact me. You low life scumbags!

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00042

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 49ZO9JC (9912)
**Date:** March 13, 2017 at 7:28 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 49ZO9JC (9912)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove all references to the name Diego Masmarques and the following URL link from your database and the Search Engines. You
Mother Fuckers! Have that low life scumbag Aaron "Scum" Greenspan get in touch with me if he is the real piece of shit that owns this
scum parasitical website.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00043

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4A08EDJ (9913)
**Date:** March 13, 2017 at 7:30 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4A08EDJ (9913)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361715

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove all references to my name Diego MasMarques and the following URL link from your database and the Search
Engines:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

You Mother Fucking scumbags! Have that piece of shit Son of a Bitch lowlife Aaron Greenspan contact me.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4A0SJ7Q (9914)
**Date:** March 13, 2017 at 7:30 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4A0SJ7Q (9914)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361715

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove all references to my name Diego MasMarques and the following URL link from your database and the Search
Engines:https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

You Mother Fucking scumbags! Have that piece of shit Son of a Bitch lowlife Aaron Greenspan contact me.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4A1CO1X (9915)
**Date:** March 13, 2017 at 7:33 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4A1CO1X (9915)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove all references to my name Diego MasMarques and the following URL link from your fucking database and the Search
Engines:https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/
You Mother Fuckers! Have that sneaky lowlife scumbag Aaron Greenspan get in touch with. Tell that cowardly son of a bitch to have
some balls and call me or email.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4A2GXQB (9917)
**Date:** March 13, 2017 at 7:53 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4A2GXQB (9917)
----------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Listen you Mother Fuckers! Remove the followng URL link from under the name of my sone Diego MasMarques jr and my ex wife
Mary MasMarques:https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

You low life parasitical scumbag dirty Mother Fuckers!

Have that big Son of Bitch Aaron Greenspan contact me by phone or email!

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?


-------------------------
http://www.plainsite.org

GREENSPAN00047

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4A45C8W (9920)
**Date:** March 13, 2017 at 10:40 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4A45C8W (9920)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
You Mother Fucking assholes! Remove the following URL link from your fucking piece of shit database and tell that Mother Fucking
Son of a Bitch Coward Aaron Greenspain if he is the owner to contact me
asap.https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

You guys are nothing but parasites leaching off of the personal and private data of the public for your own lazy and selfishness. You
Mother Fuckers need to go out and learn a real Trade and do some real work for society, instead of sitting back and hiding behind a
computer and fucking people's lives over. You fucking scum parasites!

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00048

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4A6Y0FV (9925)
**Date:** March 14, 2017 at 10:20 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 4A6Y0FV (9925)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove my hand written signature that you have allowed to on the web. I will give your fucking website three days until this Friday
March 16, 2017 to remove my handwritten signature from the web, otherwise I will be filing a complaint with the Attorney General's
Office, FBI's IC3, FCC and FTC.
https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/
You Fucking Bastards have posted my hand written signature on the web in the above URL link. So remove it. Your going to far with
this abuse.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Do not post people's handwritten signatures on the web. This is a safety concern and can cause identity theft. Your website will be
liable financially for this.

------------------------
http://www.plainsite.org

GREENSPAN00049

**From:** **Diego Mas Marques** 87764a@gmail.com
**Subject:** PlainSite Request 4AERW6L (9939)
**Date:** March 15, 2017 at 12:27 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 4AERW6L (9939)
---------------------------------

First Name: Diego
Last Name: Mas Marques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Update Docket

Please provide the details of your request.
Your website is leaving me no other choice. Since you are being uncooperative in removing the requested URL links that are
referencing my name and now have exposed my hand written signature on the web, I will now file complaints against your webiste
with the IRS Criminal Complaints Division and cite the RICO Act for your criminal activiities in working together with other similar sites
at the same time. Also, I will be filing complaints with the FBI's IC3, FCC, FTC and the Attorney General's Office. You are causing me
serious harm to my career, reputation and identity theft.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00050

**From:** **Diego MasMarques** rickymas@msn.com
**Subject:** PlainSite Request 4ALHI8X (9951)
**Date:** March 15, 2017 at 6:05 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4ALHI8X (9951)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: rickymas@msn.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Hello, please remove my. home address that you have for some reason posted on the web. The charges are not "willful homicide" or
"Burglary", this translation was done initially by somebody at the DOJ but has since been updated in the NCIC to manslaugher
"homicidio spanish article 138" and breaking and entering "allanamiento de morada article 202". This is why Judge Wolf's legal
decision is full of errors. This entire case has been expunged in Spain and before I go before another Judge I needed to wait for the
correct translations to be done, which I just received last Friday. So, remove my home address from your database and the Search
Engines and I am asking that you remove any references to my name from your database and the Search Engines. If you would like
proof that the charges have been incorrectly translated by the DOJ then I will gladly send the newly updated and
https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/ translations to you, in order for you to
remove these URL links:
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/
https://www.plainsite.org/dockets/3481tlhzh/court-of-appeals-for-the-first-circuit/in-re-masmarques/

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
You don't post people's actual signatures and home addresses on the web? WTF is the matter with you guys!?

------------------------
http://www.plainsite.org

GREENSPAN00051

**From:** Diego MasMarques 87764a@gmail.com
**Subject:** PlainSite Request 4AM1N34 (9952)
**Date:** March 15, 2017 at 6:24 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4AM1N34 (9952)
--------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Update Docket

Please provide the details of your request.
Remove my actual signature that you have posted on the web and my home address. Also, I have no alias, so I don't understand
where that came from. I am asking you to remove any reference to my name from your database and the Search Engines.
What you are doing is criminal and in violation of the US RICO ACT. I will be filing criminal and civil complaints with the IRS Criminal
Division, FBI's IC3, FCC, FTC and the Attorney General's Office. The charges were from Spain and not the USA but were never
corrected appropriately until recently. Just last Friday I received the updated NCIC records. The charges are not willful homicide or
burglary, they are manslaughter and breaking and entering.
Here are the URL links that I am asking you to remove from your database and the Search Engines:
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/
https://www.unitedstatescourts.org/federal/ca1/15-2360/https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-
v-masmarques/

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Your posting actual signatures and actual addresses these are very serious identity theft issues and safety issues for which your
website will be liable in civil and criminal matters. The first thing that I will do is contact the IRS' Criminal Division about the seriouis
abuses of this website.

------------------------
http://www.plainsite.org

**From:** Diego MasMarques 87764a@gmail.com
**Subject:** PlainSite Request 4AMLRXB (9953)
**Date:** March 15, 2017 at 6:24 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4AMLRXB (9953)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Update Docket

Please provide the details of your request.
Remove my actual signature that you have posted on the web and my home address. Also, I have no alias, so I don't understand
where that came from. I am asking you to remove any reference to my name from your database and the Search Engines.
What you are doing is criminal and in violation of the US RICO ACT. I will be filing criminal and civil complaints with the IRS Criminal
Division, FBI's IC3, FCC, FTC and the Attorney General's Office. The charges were from Spain and not the USA but were never
corrected appropriately until recently. Just last Friday I received the updated NCIC records. The charges are not willful homicide or
burglary, they are manslaughter and breaking and entering.
Here are the URL links that I am asking you to remove from your database and the Search Engines:
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/
https://www.unitedstatescourts.org/federal/ca1/15-2360/https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-
v-masmarques/

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Your posting actual signatures and actual addresses these are very serious identity theft issues and safety issues for which your
website will be liable in civil and criminal matters. The first thing that I will do is contact the IRS' Criminal Division about the seriouis
abuses of this website.

------------------------
http://www.plainsite.org

GREENSPAN00053

**From:** **MA B** 87764a@gmail.com
**Subject:** Re: PlainSite Request 4AERW6L Received
**Date:** March 15, 2017 at 2:08 AM
**To:** PlainSite help@plainsite.org

Your website has posted my home address, my actual signature and left open documents about charges from Spain that are inaccureate and have since been updated in tne NCIC. Spanish penal code 138 is not willfull homicide, this was done as a first impression basis and has been properly trnaslated and updated in the NCIC records. I am asking your website to remove all of your postings that reference my name from your database and teh Search Engines.

What occurred for you to suddenly throw this stuff up on the web?

On Wed, Mar 15, 2017 at 3:27 AM, PlainSite <help@plainsite.org> wrote:

Hello,

Thanks for getting in touch with us. This message certifies that we have received your request, which has been assigned the tracking code 4AERW6L.

We will do our best to respond within 24 hours at most.

Best regards,

The PlainSite Team

PlainSite | http://www.plainsite.org

GREENSPAN00054

**From:** **Diego MasMarque** 87764a@gmail.com
**Subject:** PlainSite Request 4AR2UMV (9961)
**Date:** March 16, 2017 at 7:40 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4AR2UMV (9961)
---------------------------------

First Name: Diego
Last Name: MasMarque
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove my home address from your database and Search Engines online. WTF is the matter with you lowlife Mother Fuckers? If you
want to make money then go out and learn a Trade and do something productive for society, instead of behaving like a bunch of
leaches making money off of people's personal and private data, like a bunch of parasite scum

How would you rate PlainSite?
Excellent

Is there anything that we could do to improve?
Stop posting people's home addresses on the Search Engines!

------------------------
http://www.plainsite.org

**From:** **Diego MasMarque** 87764a@gmail.com
**Subject:** PlainSite Request 4ARMZH2 (9962)
**Date:** March 16, 2017 at 7:41 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4ARMZH2 (9962)
--------------------------------

First Name: Diego
Last Name: MasMarque
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove my home address from your database and Search Engines online. WTF is the matter with you lowlife Mother Fuckers? If you want to make money then go out and learn a Trade and do something productive for society, instead of behaving like a bunch of leaches making money off of people's personal and private data, like a bunch of parasite scum

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Stop posting people's home addresses on the Search Engines!

------------------------
http://www.plainsite.org

GREENSPAN00056

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4AS74B9 (9963)
**Date:** March 16, 2017 at 7:45 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4AS74B9 (9963)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove my home address from your database and the Search Engines: https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

You guys need to go out and learn a Trade and be useful to society, which means do some real work for society, instead of being a bunch of lazy leaches, just sitting back and making money off of people's personal and private data like parasites.

Have Aaron Greenspan get in contact with me. Send me his home address. That would be highly appreciated. Also, if there are any other co-owners or Agents that are responsible for this website send me all the real names and addresses.

Thanks

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Don't publish people's addresses online.

------------------------
http://www.plainsite.org

GREENSPAN00057

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4AYCLJE (9974)
**Date:** March 17, 2017 at 3:31 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4AYCLJE (9974)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9358016

What kind of action would you like us to take?
Update Docket

Please provide the details of your request.
Please remove my home address from your database and Search
Engines:https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Stop posting people's hand written signatures and home addresses online.

------------------------
http://www.plainsite.org

GREENSPAN00058

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4B3XXXC (9984)
**Date:** March 18, 2017 at 5:03 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4B3XXXC (9984)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove all of the documents that reference my name Diego Masmarques from your database and Search Engines, especially my
handwritten signature and home addres.
Various complaints have been filed with the FBI's Internet Criminal Division, FCC, FTC and now I will also be filing a formal complaint
with Google's legal team, as your website is doing criminal haarassment and causing me serious emotional and financial harm. Send
me the address of the owner of this website, so that I can send him/her legal documents.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Stop posting onlne people's signatures, home addresses and other personal informaiton for your financial pleasure on your monetized
website that is causing me serious harm.

I want the owners name and home address as I will go personally to his house to talk to him no matter where he lives.

------------------------
http://www.plainsite.org

GREENSPAN00059

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4B4I2RJ (9985)
**Date:** March 18, 2017 at 5:03 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4B4I2RJ (9985)
---------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove all of the documents that reference my name Diego Masmarques from your database and Search Engines, especially my
handwritten signature and home addres.
Various complaints have been filed with the FBI's Internet Criminal Division, FCC, FTC and now I will also be filing a formal complaint
with Google's legal team, as your website is doing criminal haarassment and causing me serious emotional and financial harm. Send
me the address of the owner of this website, so that I can send him/her legal documents.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Stop posting onlne people's signatures, home addresses and other personal informaiton for your financial pleasure on your monetized
website that is causing me serious harm.

I want the owners name and home address as I will go personally to his house to talk to him no matter where he lives.

------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4BEKHV1 (10003)
**Date:** March 20, 2017 at 8:08 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 4BEKHV1 (10003)
----------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove my signature from the online documents.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
plainsite.org your posting people's hand written signatures and home addresses online.

------------------------
http://www.plainsite.org

GREENSPAN00061

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4BF4MP8 (10004)
**Date:** March 20, 2017 at 8:08 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 4BF4MP8 (10004)
----------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361716

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove my signature from the online documents.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
plainsite.org your posting people's hand written signatures and home addresses online.

------------------------
http://www.plainsite.org

GREENSPAN00062

**From:** **Diego MasMarques** 87764a@gmail.com
**Subject:** PlainSite Request 4BFORJF (10005)
**Date:** March 20, 2017 at 3:17 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4BFORJF (10005)
----------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: 87764a@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9361713

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Remove my name and the following URL link from your database and the Search Engines:
If I find out who and where the owner is of this scum website
Remove this URL link https://www.plainsite.org/dockets/3481sh8b3/massachusetts-district-court/usa-v-masmarques/
Send me the owners real name and address

You dirty low life, scum, parasites, pieces of shit Mother Fuckers!
Send me you exact location from where you are operating this scum parasite!

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
You should be careful to who you are fucking over with your website

------------------------
http://www.plainsite.org

GREENSPAN00063

**From:** **rick** rickymas@icloud.com
**Subject:** URL removal
**Date:** May 2, 2017 at 3:04 PM
**To:** greenspan@post.harvard.edu

Hi Aaron,

Would like to speak to you about the removal of two or three URL's posted by your website. I would like to sign up for your services and could make a donation, in order to have these URL's removed.

Thanks,

Rick
6174168670

**From:** **PlainSite Help Line** help@plainsite.org
**Subject:** Re: URL removal
**Date:** May 2, 2017 at 3:13 PM
**To:** rick  rickymas@icloud.com

Hi Rick,

If you are inquiring about Diego MasMarques's cases, they will not be removed without a court order as per our policy.

As for your offer of a bribe, we decline.

Aaron

PlainSite | http://www.plainsite.org

GREENSPAN06080

**From:** A B rickymas@msn.com
**Subject:** URL Removal
**Date:** May 3, 2017 at 8:45 AM
**To:** domains@thinkcomputer.com

Hi Aaron,

Hope your doing well. Can you please remove the following URL's from your database and the Search Engines:

https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/

https://www.plainsite.org/dockets/346gcsbi8/massachusetts-district-court/usa-v-masmarques/

https://www.plainsite.org/profiles/diego-mas-marques/

Thanks in advance Aaron. By the way can you send me information on how I can register and pay to join.

Sincerely,

Diego

GREENSPAN00066

**From:** A B rickymas@msn.com
**Subject:** Re: URL Removal
**Date:** May 3, 2017 at 9:11 AM
**To:** PlainSite Help Line help@plainsite.org

Hi Aaron,

Thanks for your reply. Nobody is making a bribe attempt. I am asking you respectfully to remove these URL's. Please, I am asking and begging you to remove these URL's for the sake of my career.

Feel free to contact me anytime.

Diego Masmarques

**From:** PlainSite Help Line <help@plainsite.org>
**Sent:** Wednesday, May 3, 2017 11:49:57 AM
**To:** A B
**Subject:** Re: URL Removal

Diego,

We have already denied your many requests and will not accept bribes, whether from you or anyone else.

Aaron

PlainSite | http://www.plainsite.org

GREENSPAN00067

**From:** A B rickymas@msn.com
**Subject:** Re: URL Removal
**Date:** May 3, 2017 at 9:11 AM
**To:** PlainSite Help Line help@plainsite.org

Hi Aaron,

Thanks for your reply. Nobody is making a bribe attempt. I am asking you respectfully to remove these URL's. Please, I am asking and begging you to remove these URL's for the sake of my career.

Feel free to contact me anytime.

Diego Masmarques

**From:** PlainSite Help Line <help@plainsite.org>
**Sent:** Wednesday, May 3, 2017 11:49:57 AM
**To:** A B
**Subject:** Re: URL Removal

Diego,

We have already denied your many requests and will not accept bribes, whether from you or anyone else.

Aaron

PlainSite | http://www.plainsite.org

GREENSPAN00068

**From:** A B rickymas@msn.com
**Subject:** Re: URL Removal
**Date:** May 5, 2017 at 12:45 AM
**To:** PlainSite Help Line help@plainsite.org

HI Jeff

Can you remove those URL's thanks.
Contact the FBI to find complaints filed by my Attorney

**From:** A B <rickymas@msn.com>
**Sent:** Wednesday, May 3, 2017 12:11:36 PM
**To:** PlainSite Help Line
**Subject:** Re: URL Removal

Hi Aaron,

Thanks for your reply. Nobody is making a bribe attempt. I am asking you respectfully to remove these URL's. Please, I am asking and begging you to remove these URL's for the sake of my career.

Feel free to contact me anytime.

Diego Masmarques

**From:** PlainSite Help Line <help@plainsite.org>
**Sent:** Wednesday, May 3, 2017 11:49:57 AM
**To:** A B
**Subject:** Re: URL Removal

Diego,

We have already denied your many requests and will not accept bribes, whether from you or anyone else.

Aaron

PlainSite | http://www.plainsite.org

GREENSPAN00069

**From:** **A B** rickymas@msn.com
**Subject:** [SPAM] leagle.com
**Date:** May 8, 2017 at 8:13 PM
**To:** PlainSite Help Line help@plainsite.org

You own [leagle.com](leagle.com)?

**From:** **A B** rickymas@msn.com
**Subject:** [SPAM] IRS tax fraud complaint/FBI IC3 complaint/ FCC complaint/ FTC complaint/Attorney and US Attorney Complaint. I will fight to shut you down and have you arrested and criminally charges
**Date:** May 10, 2017 at 9:27 PM
**To:** PlainSite Help Line help@plainsite.org

**Report: #1274947**

# Complaint Review:

## Aaron Greenspan, Plain Site, Think Computer Foundation

| | |
|---|---|
| **Submitted:** Thu, December 17, 2015 | **Updated:** Thu, December 17, 2015 |
| **Reported By:** DonortoThinkComputerFoundation — Shaker Heights Ohio USA | |

**Related Reports**

Interlogy LLC - Owner: Aytekin Tank Took money, promised support and lifetime support forum. Pulled site & support forum redirecting to new product....

Brazzers MoneyStolen UnauthorizedPayment Internet

vintonauto suzanne hagler found a motor home fantastic deal, price was right pictures were very good set up on their site to transfer money to the chase...

Oluwaseye/mckay production inc Oluwaseye Olusa hired intern to cover my wedding and they did a very very bad job. Oluwaseye Olusa lied about working...

Preferred client services Stephanie grecco Free android tablet after filling out survey Grand rapids Michigan

METABANS GGC-Stream, METABANS, Punkbuster, 247fairplay suspected cheating, new innocent account banned, no evidence, ban without reason Internet

Bump Armor Bump Armor, Bump Armor iPad Cases Scammer, Bump Armor Products SCAMMER, Scam, bumparmor.com, Fraud Bump Armor Bump Armor, Bump Armor iPad Cases...

Alpha Prime They advertised free products during trial period of a hidden 14 days I paid shipping only. They shipped 2 items on 4/15/17 and I called...

Scentbird Scentbird scam New York (I think) Internet

xpressary.com THE AMAZING ROLLER KNIFE, Buy 3 Get FREE Shipping! Save 50% Off Today!!! I ordered this from the facebook link ... they took the money and...

**Aaron Greenspan, Plain Site, Think Computer Foundation**
20560 Shelburne Road
Shaker Heights, Ohio
USA

**Phone:** 216-371-5443
**Web:** http://www.thinkcomputer.org/
**Category:** Con Artists



## Aaron Greenspan, Plain Site, Think Computer Foundation Aaron Greenspan, Plain Site, Think Computer Foundation tax fraud, fraudulent 501(c)(3), con artist, duped investors Shaker Heights Ohio

**\*REBUTTAL Individual responds: Reply from Aaron Greenspan**

REBUTTAL BOX™ | Respond to this Report!

- Add Rebuttal to this Report
- Arbitrate & Set Record Straight
- File New Report
- Repair Your Reputation

**EDitorial Comments**

**Political Signs Must Go!**



Aaron Jacob Greenspan aka Aaron Greenspan is the founder of Think Computer Foundation, which manages Plain Site (plainsite.org). Aaron's website states that he has registered Plain Site, a purported public access function to court websites, as a 501(c)(3) charity in line with IRS regulations.

The basis for the website came from Aaron's own interest and experience with technology and the law. Aaaron claimed that the purpose of Think Computer Foundation was to help children through

← Is this
**Ripoff Report**
About you?

**Ripoff Report**

GREENSPAN00071



**EDitorial Comment**
ED Magedson – Founder
Ripoff Report

---

**Ripoff Report Investigates!**

# FACE CREAM Ripoff!

Likely in a Mall near you...



# WARNING!

**HAVE YOU BEEN A VICTIM OF "FACE CREAM FRAUD?"**

Consumers Reported Ripoffs by Mall predators

Kiosk hucksters offering free skin cream trials... Only thing... it's **NOT** free!

**WHAT IS YOUR STORY? ARE YOU A VICTIM? FORMER EMPLOYEE?**

# WE WANT TO HEAR IT!

Contact Our Team Now:
**investigate@ripoffreport.com**

---

**Featured Ripoff Reports**



Safelight Auto Glass Safelight did horrible job on my windshield Riverside California



The USA Nursery Sent me dead trees from a fraudulent location

Tennese/Connecticut Internet



Curaderm GAVE ME DEEP AND WIDE GAP ON NOSE AND SEEDED SKIN CANCER

Internet



Kevin Strong Strong Marketing Strong Marketing, Success with Kevin, Traffic Confessions, Steal My Funnel Internet GURU Scam! Internet



Lunzell

Hardy Integrated Solution Services, Iss, horizon vertical solutions, hvs,

A business' first line of defense **on the Internet.**

If your business is willing to make a commitment to customer satisfaction **Click here now.**

Does your business have a bad reputation?
Fix it the right way.
Corporate Advocacy Program™

SEO Reputation Management at its best!

purpose of Think Computer Foundation was to help children through technology. Yet, later this became a personal piggy bank for him to fund his numerous lawsuits. In the past, he has claimed he was defamed because he was left out of book and movie deals due to defamation by omission. Each of his lawsuits were dismissed and he was hit with a motion for sanctions at each step.

The case is:

Greenspan v. Random House, et al., Case No. 1:11-CV-12000-RBC (District of Massachusetts) (Greenspan's lawsuit is dismissed and appeal is denied and supreme court review was denied)

Far from helping children, which is nothing more than a cover, Think Computer Foundation and Plain Site have morphed into a personal piggy bank for Aaron Greenspan to fund his own speech. In sum and substance, Think Computer Foundation, Plain Site, and Aaron Greenspan are alter egos of each other. They do not exist separately. They do not have an independent board. They do not have separate auditors, attorneys etc. Instead, Aaaron uses these companies and foundations to raise fraudulent donations from donors, of which I am one, and to efficiently evade taxes.

Aaron has also active sued the US Court System, on behalf of Think Computer Foundation, attempting to act pro se. However, his suit was struck out because under long standing precedent, a corporation cannot be represented by an unlicensed attorney. Aaron is not a licensed attorney. He is also a college drop out. In sum and substance, he over promises and under delivers and what you are left with is feeling cheated and feeling like you have funded a conspiracy theorist. It is truly unfortunate because here is a guy with so much promise if he could just be honest.

The case is:

Aaron Greenspan, Think Computer Foundation v. Administrative Office of the US Courts, Case No. 5:2014-CV-2396 JTM

(Case Dismissed, Appeal Denied)

The Fraud and IRS Problem with Plain Site and Think Computer Foundation:

Aaron has collected donations from his friends and colleagues, myself included in the amount of $100,000, and to date we have not seen a single dime used in the manner described to us when he requested the donation. When I personally asked for my donation back, he pointed that he controls Think Computer Foundation and can personally use the money as he sees fit. I am in the process of filing suit for fraud and conversion in state court and was wondering if anyone else has had this problem with either Aaaron Greenspan or any of his alter egos.

But let me back up a bit. What was described to us as a part of Think Computer Foundation and later Plain Site? Think Computer Foundation was purportedly to help needy kids through technology. But needy kids don't really need access to court records do they? No, they dont. So Think Computer Foundation later became synonymous with Plain Site, which is an alternative to the publicly funded PACER court system access to documents. So, instead of helping needy children, Aaron now has a personal site masquerading as a court access website and Aaron, and only Aaron, gets to pick what or which documents are uploaded and available on Plainsite.

We were under the impression that this was a reputable guy, that he was also independently wealthy and, thus, our donations would go to a good cause: public access to a court system. Unfortunately, it is hard to tell, which one, if any, of Aaron's claims are true. Each time his company has a problem, he attempts to act ike a lawyer or change the rules so that they don't apply to him. Worse, the Plain Site website has become nothing more than a trolling adventure for Aaron. Every time there is a new news story that details someone's misfortune, he uploads their docket on to the website and publicly shames them both online and through his tweets. While public dissemination of information is certainly a goal worthy of support -- and that is why I and others have contributed to his foundation in the past. However, using the foundation, plain site and related twitter accounts as a trolling feature to publicly shame and defame individuals is not what his donors signed up for. It is also completely against the rules of a purported IRS 501(c)(3) foundation. Tax free entities are not meant to be used as personal media outlets for trolling purposes.

Aaron has committed a fraud by taking money, services and equipment from his donors to perpetuate a continuing personal website masquerading as a charity.

The Fraud Problem with Aaron Greenspan and Coinbase, Inc.

Now, what comes next? Aaron applies for a license to issue digital currency in Florida. Website is here:

archive.org/details/coinbasefloridaml

It gets even more interesting:

Aaron was charged in connection with a criminal complaint for False Claims Violations and Fraud in United States v. Yurygrenador, Case No. 09-CV-7891, although the charges were dismissed.

None of this information has ever been disclosed to his donors and perhaps his investors. He is a


Metro Atlanta Nationwide/Geor

Joseph Marrazzo Joe Marrazzo J. Marrazzo Custom Homes and Landscaping Lies and takes money and never finished, Damaged our home and falling apart. ....


Darpet, Darpet Windows Doors and Trim Deceptive practices, Poor Quality Workmanship, no guarantees, no warranty as written contract Elk Grove Village...


Hair Xpressions 9549 Braddock Rd Fairfax, Virginia 22032 Lisa is a cheap scammer, they use cheap products and rip of customers! Fairfax Virginia


Patrick Denson and Glenn Denson J & R Remodeling Repair TRUE SCAMS! NEVER COMPLETED WORK, TOOK MONEY AND LEFT! Dallas Texas


General RV GeneralRV Tampa Michigan Bryan Beck General RV 2016 Thor Palazzo 5 months later No tags No Title Incorrect Odometer BUYER BEWARE!!! Wixom...


ABX International Corporation Dura-Seal Head Gasket, Engine Block and Intake manifold sealer Junk product with bogus money back guarantee Internet


MetroPCS Mr. Kevin Grant & Mr. Milli MetroPCS & Mr. Kevin Grant are trying to rip me off because I contacted the FCC on MetroPCS, P.O. Box 601119 Dallas ...


Right Property Management Gail Tarlecki Gail Tarlecki and Right Property Management are scammers rehoboth bch Delaware


Yard Barber Andrew Kelley, Intuitive Home Solutions Supposed to remove rotten tree! Montgomery Texas

Discovery Rent-A-Car, Sergey

confman with a slick sales pitch. He wants to help people help others, especially the needy, through technology. But its all lies. He is an abrasive, ill-tempered man with poor business judgment and completely lacking in ethics.

When I met Aaron I thought he was out to change the world. He is idenpendently wealthy. He wanted others to help him through his foundation change the world through technology. But he will talk to you until your check clears. The moment it does, all promises are off. What are you are actually funding is Aaron Greenspan and no one else. And his foundation is nothing more than a sham and he is likely to lose his 501(c)(3) certification. I have sent in an email to the IRS through their reporting service. I have filed suit in state court to get return of my money and I am wondering if Aaron has hit other people up for donations to his foundation? Did he disclose how many times he has been sued or sued himself? Did he disclose to you his selection process of what gets included and what does in Plain Site and how he sets up pages to defame people? Is anyone else owed money? Did you guys know that you are funding Aaron Greenspan's endless series of frivolous lawsuits? His defamation campaigns? His advertisements? Please report it here.

This report was posted on Ripoff Report on 12/17/2015 08:35 PM and is a permanent record located here: http://www.ripoffreport.com/reports/aaron-greenspan-plain-site-think-computer-foundation/shaker-heights-ohio-44122/aaron-greenspan-plain-site-think-computer-foundation-aaron-greenspan-plain-site-think-1274947. The posting time indicated is Arizona time. Arizona does not observe daylight savings so the post time may be Mountain or Pacific depending on the time of year.

Ripoff Report has an exclusive license to this report. It may not be copied without the written permission of Ripoff Report. READ: Foreign websites steal our content

Click Here to read other Ripoff Reports on Aaron Greenspan, Plain Site, Think Computer Foundation

## Search for additional reports

If you would like to see more Rip-off Reports on this company/individual, search here:

| Aaron Greenspan, Plain Site, Think Computer Foundatic | Search | Search Tips |

## Report & Rebuttal

**Respond to this report!**
File a Rebuttal

**Also a victim?**
File a Report

**Repair Your Reputation!**
Get Started

## Arbitrate

Remove Reports?
No! Better yet! Arbitrate to set the record straight!

## Updates & Rebuttals

REBUTTALS & REPLIES:

| 0 | 0 | 1 |
|---|---|---|
| Author | Consumer | Employee/Owner |

#1 REBUTTAL Individual responds

# Reply from Aaron Greenspan

AUTHOR: Aaron Greenspan - ()
SUBMITTED: Saturday, March 11, 2017

The above post is false and defamatory. Here is a point-by-point analysis as to why, with the original poster's statements in bold.

**"Aaron Greenspan aka Aaron Jacob Greenspan"**

Aaron Jacob Greenspan is actually my full name, though like virtually every person in the United States of America, I do not typically use my middle name. "aka," or "also known as," would only make sense if it were an alias. It's not.

**"Yet, later this became a personal piggy bank for him to fund his numerous lawsuits."**

This is false. Think Computer Foundation is a 501(c)(3) non-profit organization that maintains separate accounting records from its principals and from Think Computer Corporation, which is a for-profit entity. The only lawsuit it has ever funded--and even then, only to a minimal degree-- is *Think Computer Foundation et al v. Administrative Office of the United States Courts et al,* California Northern District Court, Case No. 5:14-cv-02369-JTM (https://www.plainsite.org/dockets/29himg3wm/california-northern-district-court/think-computer-foundation-et-al-v-administrative-office-of-the-united-states-courts-et-al/). Think Computer Foundation is not, never has been, and never will be a "personal piggy bank" for anyone.



Roshal Fraudulent charges for the pre-existing condition (scratches) on their rental car. Additional charges EL SEGUNDO...



Envious Healthy Envious Healthy.com Ripoff and stealing money Internet

**9th Cloud Vape**

**Joseph Ruggiero**

Racist 9th Cloud Vape Joseph Ruggiero Vape Van HOBOKEN, New Jersey Racist Owner Joseph Ruggiero of 9th cloud vape - vape van in hoboken NJ HOBOKEN New...



TruGreen TruGreen of MobileTruGreen Lawncare Ruined once attractive lawn Theodore Alabama



LilacShade Lilacshade.com Scam, fraud, fake, blocked, fake website, lied, stole, not real Hong Kong, Arizona Internet



Compass Self Storage Shawn Madison manager Rat infested, rodent waste on all stored contents. $8,000 rental money we want returned! Neptune New Jer...

View past featured reports

Ripoff Report in the Media


Ripoff Report on CBS 19


Ripoff Report on CBS 19 - Global Marketing Alliance


Ripoff Report on ABC 15 - Smart Shopper


Ripoff Report - Girls Gone Wild


Ripoff Report on Fox 11 - Car Repair

See more videos

**"Each of his lawsuits were dismissed and he was hit with a motion for sanctions at each step."**

False. Several of the legal actions I have been involved in have settled; others are pending. See, for example, http://newsroom.fb.com/news/2009/05/facebook-and-think-computer-corporation-resolve-trademark-dispute/.

Two motions for sanctions--hardly enough to be described as "at each step"--have been filed against me, and both were denied by the judge in each respective case. In one case, a group of venture capitalists attempted to bankrupt me for pointing out that they were conspiring to violate federal law concerning money transmission (which constitutes at least two separate federal crimes). Their attempt failed. In another case, an expert witness provably lied and also admitted to writing only 10% of his written testimony. I informed the expert witness that I intended to file suit. For making that statement, the expert witness's employer threatened me with sanctions. Sanctions were denied by the administrative judge in the case.

**"Far from helping children, which is nothing more than a cover, Think Computer Foundation and Plain Site have morphed into a personal piggy bank for Aaron Greenspan to fund his own speech."**

False. Think Computer Foundation has sponsored numerous gatherings and trips for disabled children in the Cleveland area. Again, the Foundation is not a "personal piggy bank" for anyone.

**"In sum and substance, Think Computer Foundation, Plain Site [sic], and Aaron Greenspan are alter egos of each other. They do not exist separately."**

False. Think Computer Foundation was incorporated in Ohio in 2000 and has been assigned EIN 34-1937820 by the IRS. Think Computer Corporation was incorporated in Ohio in 1998, moved to Delaware in 2010, and has been assigned EIN 34-1864509 by the IRS. The Foundation's records are available from the Internal Revenue Service as is the case for any 501(c)(3) non-profit organization. PlainSite is a registered trademark of Think Computer Corporation, Registration No. 4461598.

**"They do not have an independent board. They do not have separate auditors, attorneys etc."**

False. The Board of each corporation is separate. The attorneys who represent Think Computer Corporation do not represent Think Computer Foundation, and my personal attorneys do not necessarily represent either of the other two entities.

**"Instead, Aaaron [sic] uses these companies and foundations to raise fraudulent donations from donors, of which I am one, and to efficiently evade taxes."**

False. The poster has not even identified him or herself, and it is impossible to prove a negative. But no tax evasion or "fraudulent donations" have ever taken place with regard to Think Computer Foundation.

**"He is also a college drop out."**

False. I received an A.B. degree from Harvard College in Economics *c*m laude in 2004 via Advanced Standing. Various articles even make reference to the fact that I did graduate from college. See, for example, https://www.cnet.com/news/skeletons-in-the-crimson-closet-facebooks-latest-harvard-scuffle/.

**"Aaron has collectved [sic] donations from his friends and colleagues, myself included in the amount of $100,000, and to date we have not seen a single dime used in the manner described to us when he requested the donation."**

False. This is a complete fabrication. No donation of any amount was made from this anonymous individual (or any individual), and no donation was requested.

**"When I personally asked for my donation back, he pointed that he controls Think Computer Foundation and can personally use the money as he sees fit. I am in the process of filing suit for fraud and conversion in state court and was wondering if anyone else has had this problem with either Aaaron [sic] Greenspan or any of his alter egos."**

False. This is also a complete fabrication. There was no donation, no request for the non-existent donation to be returned, and no suit for anything in any court. My first name is also spelled "Aaron," which the poster cannot seem to get right.

**"Aaron, and only Aaron, gets to pick what or which documents are uploaded and available on Plainsite."**

False. The vast majority of documents available on PlainSite are available because the general public expressed interest in them while using the RECAP plug-in, available for free. The system on PlainSite that ingests court data is almost entirely automated, and I have no input into its selection process. See https://free.law/recap/.

**"We were under the impression that this was a reputable guy, that he was also independently wealthy and, thus, our donations would go to a good cause: public access to a court system."**

False. This is a continuation of the above fabrication. I have never discussed my own money in

What the BBB has done to consumers for
over 100 years is one of the many reasons
why Ripoff Report was created.

BBB: What consumers need to know



20/20 exposes the real BBB

public, let alone with this anonymous poster. It is also unclear who "we" refers to here.

**"Every time there is a new news story that details someone's misfortune, he uploads their docket on to the website and publicly shames them both online and through his tweets."**

False.

**"While public dissemination of information is certainly a goal worthy of support -- and that is why I and others have contributed to his foundation in the past."**

This is a continuation of the above fabrication. It is still unclear who "I" refers to here.

**"Aaron has committed a fraud by taking money, services and equipment from his donors to perpetuate a continuing personal website masquerading as a charity."**

False. No fraud has been committed, no "money, services and equipment" have been received, and the non-profit organization is obviously and verifiably real.

**"Aaron applies for a license to issue digital currency in Florida. Website is here: archive.org/details/coinbasefloridamti"**

False. I have never applied for a "license to issue digital currency in Florida," or for any other license in Florida for that matter. Neither has Think Computer Corporation or Think Computer Foundation. I did post records concerning *other* companies that have applied for such licenses. The link provided by the poster shows that a completely separate corporation, Coinbase, Inc., filed for a money transmission license in Florida. I have no affiliation with Coinbase, Inc. and the posted document never even suggests that I do. Think Computer Foundation made the document available through a public records request so that others could view it.

**"Aaron was charged in connection with a criminal complaint for False Claims Violations and Fraud in United States v. Yurygrenadyor, Case No. 09-CV-7891, although the charges were dismissed."**

False. This case does not even exist. What the poster is trying to do is conflate me with another individual who has the same name, but is an entirely different person. The other Aaron Greenspan was temporarily a defendant in *United States of America et al v. Ukrainian Village Pharmacy, Inc. et al*, Illinois Northern District Court, Case No. 1:09-cv-07891 (https://www.plainsite.org/dockets/udinhok5/illinois-northern-district-court/united-states-of-america-et-al-v-ukrainian-village-pharmacy-inc-et-al/), which is related to another case, *State of Illinois et al. ex rel. Yury Grenadyor*. As the Second Amended Complaint, Document 76, in the former case (https://www.plainsite.org/dockets/download.html?id=33812280&z=8ee7d01a) indicates, the named defendant Aaron Greenspan is a doctor, presumably in Illinois. I am not a doctor and have never lived in Illinois.

**"None of this information has ever been disclosed to his donors and perhaps his investors."**

That is because none of this information is true. Nor are there any investors to disclose it to, but even if there were, how would the anonymous poster know?

**"He is a conman with a slick sales pitch...its all lies."**

False. Everything discussed in this rebuttal is easily verifiable.

**"When I met Aaron I thought he was out to change the world."**

False. It is unlikely I have ever met the poster, though unless the poster identifies him or herself, I cannot be sure.

**"I have filed suit in state court to get return of my money..."**

False. There is no such lawsuit.

**"Did he disclose how many times he has been sued or sued himself?"**

Actually, yes. See https://www.plainsite.org/profiles/greenspan-aaron/. I am not at all ashamed of the litigation I have been involved in.

**"Did he disclose to you his selection process of what gets included and what does in Plain Site *[sic]* and how he sets up pages to defame people?"**

Actually, yes. See https://www.plainsite.org/legal/privacy.html. The process is quite transparent.

**"Is anyone else owed money?"**

No.

**"...endless series of frivolous lawsuits?"**

False. Frivolous legal actions don't settle, as many of mine have. The only thing endless here is the list of false claims and innuendos in this post.

**"His defamation campaigns? His advertisements?"**

False. There are no "defamation campaigns" and it is unclear which "advertisements" are being referred to, if any.

GREENSPAN00075

Whoever posted the above clearly did so with the intent to defame my character and ruin my name, without suffering the inconvenience of disclosing their own. In conclusion, virtually everything discussed by the poster is false or misleading in some way.

**Respond to this report!** File a Rebuttal

**From:** **A B** rickymas@msn.com
**Subject:** [SPAM] IRS/FBI/FCC/FTC/Criminal Charges
**Date:** May 10, 2017 at 9:25 PM
**To:** PlainSite Help Line help@plainsite.org

**From:** **Diego Mas Marques** 958957z@gmail.com
**Subject:** PlainSite Request 4V9C9RJ (11281)
**Date:** June 17, 2017 at 3:38 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4V9C9RJ (11281)
----------------------------------

First Name: Diego
Last Name: Mas Marques
Organization:

Phone: +1 617 535 7632
E-Mail: 958957z@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9336216

What kind of action would you like us to take?
Removal

Please provide the details of your request.
Your vicious monetized website has posted  a private phone number, address and other private information on a sealed case from the First Circuit. I haven formed the District Attorney's  Office
Regarding your abusive and irresponsible  vindictive behaviors. I am asking you to remove this case from your database.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
This monetized website is extremely abusive, ruthless  and vindictive. Your site pretends to be for the good but it's a detriment for society, as your site intentionally destroys people's careers, reputations and causes serious safety concerns. This is a serious abuse of our freedoms and the First Amendment

------------------------
http://www.plainsite.org

**From:** **Roger B** 958957z@gmail.com
**Subject:** leagle.com
**Date:** June 25, 2017 at 9:53 PM
**To:** domains@thinkcomputer.com

Are you also the owner of leagle.com? How are associated with unitedstatescourts.org?

Please, send me your exact address either business or home address.

Thanks,

Diego

**From:** **Diego Masmarques** 958957z@gmail.com
**Subject:** PlainSite Request 4W2ZE7U (11334)
**Date:** June 25, 2017 at 6:50 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 4W2ZE7U (11334)
-----------------------------------

First Name: Diego
Last Name: Masmarques
Organization:

Phone: + 917 461 9412
E-Mail: 958957z@gmail.com

URL: http://www.plainsite.org/dockets/index.html?id=9336216

What kind of action would you like us to take?
Removal

Please provide the details of your request.
I am asking plain site.org to remove this Sealed case. You have manipulated the heading.
Here is a part of the complaint that I have filed with the FBI's IC3. Next week I will be speaking with the District Attorney's Office and the IRS about your 501c status that you use to abuse the public. Your website does not do anything good for society. It only destroys people's lives.

I am personally being terrorized by this monetized website called plainsite.org and this website has somehow gained a 501c status from the IRS, when in fact everything the owner does with plainsite.org is meant to terrorize, harass, threaten and oppress the public so he can make money.

When I have asked plainsite.org to remove a URL they have came back with in an aggressive manner not only telling me that they won't remove anything but then they go ahead and post more URL's online that reference my name.

Currently plainsite.org has gained access to a Sealed Social Security case and have manipulated the heading by stating that I filed a "MOTION to Remove above referenced case from the Pacer System", when in fact that's not what happened in this case and this case is Sealed but plainsite.org continues to terrorize, harass, threaten and oppress with the use of their abusive and ruthless website, where they ruin people's careers and reputations.

The following is the URL that plain site.org's posting of the URL with the heading being completely made up by them, in order to continue to terrorize and harass me online.
Marques v. Commissioner of Social Security :: Massachusetts District ...
https://www.plainsite.org/.../massachusetts.../marques-v-commissioner-of-social-securi...
Mar 15, 2017 - MOTION to Remove above referenced case from the Pacer System filed by Diego Mas Marques.(Moore, Kellyann) (Entered: 01/31/2013).

https://www.plainsite.org/dockets/33x1oa73c/massachusetts-district-court/marques-v-commissioner-of-social-security/".

I am advising you to put a stop to harassing and terrorizing me with your website and to leave the general public alone. Your website is destructive and ruthless.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Stop terrorizing, harassing, threatening and oppressing the general public with your vicious monetized website. We see that you have received a 501c status, in order to avoid paying your taxes, as you go out of your way to destroy people's careers and reputations. We are in discussion with the IRS' 501c department about all of your abuses that you have heaped on me and the many complaints that plain site.org has online.

My advice would be that if someone requests something removed for a good enough reason, then simply remove it as requested. Instead your website refuses to remove things from online and then you post more things online. Your website crosses the line when it comes to the First Amendment. Plainsite.org is behaving in a criminal manner, as it seeks to stalk people and destroy people's careers and reputations at your whim, as you don't care because its not being done to you.

------------------------
http://www.plainsite.org

GREENSPAN00082

**From:** **Roger B** 958957z@gmail.com
**Subject:** Removals
**Date:** June 25, 2017 at 9:52 PM
**To:** domains@thinkcomputer.com

Greenspan,

We see that your monetized website has a 501c status. No idea how you received that but I contacted the IRS' 501c contact person in Washington, D.C. about your abusive behavior with your vicious website.

You have various FBI IC3 complaints against you. You can check it out for yourself. I have asked plenty of times in an amicable manner for your website to remove any and all URL's referencing my name Diego Masmarques but no only is it denied your website viciously goes ahead and posts more URL's in an intentional manner to terrorize, harass and ruin careers and reputations.

Nothing that this website does has the good of the public in mind.

Now this email is specifically to let you know because I have no idea who exactly is doing at your website plainsite.org but you are posting my actual signature online.
https://www.plainsite.org/dockets/3481u5mto/court-of-appeals-for-the-first-circuit/us-v-masmarques/I will be contacting the Cyber Crime Unit in California and will be filing so many complaints with State and Federal Agencies it will make your head spin.

What is your exact address?


Thanks,

Diego

**From:** A B  rickymas@msn.com
**Subject:** Re: URL Removal
**Date:** May 5, 2017 at 12:45 AM
**To:** PlainSite Help Line  help@plainsite.org

HI Jeff

Can you remove those URL's thanks.
Contact the FBI to find complaints filed by my Attorney

**From:** A B <rickymas@msn.com>
**Sent:** Wednesday, May 3, 2017 12:11:36 PM
**To:** PlainSite Help Line
**Subject:** Re: URL Removal

Hi Aaron,

Thanks for your reply. Nobody is making a bribe attempt. I am asking you respectfully to remove these URL's. Please, I am asking and begging you to remove these URL's for the sake of my career.

Feel free to contact me anytime.

Diego Masmarques

**From:** PlainSite Help Line <help@plainsite.org>
**Sent:** Wednesday, May 3, 2017 11:49:57 AM
**To:** A B
**Subject:** Re: URL Removal

Diego,

We have already denied your many requests and will not accept bribes, whether from you or anyone else.

Aaron

PlainSite | http://www.plainsite.org

GREENSPAN00085

**From:** **Jack Jones** 986842a@gmail.com
**Subject:** IRS
**Date:** September 10, 2017 at 4:02 AM
**To:** legal@thinkcomputer.org

It is quite unfortunate but your parasitical behavior to make easy money off people's misfortunes for your selfish greed has led us (several people) to initiate complaints against your criminal behavior and tax fraud schemes with made up 501's.

You little parasite have been relentless towards the public. Now you will get a taste of the Feds coming to investigate you with great details.

Goodbye!

**GREENSPAN00086**

**From:** **Diego Masmarques** b97988@outlook.com
**Subject:** PlainSite Request 5AVFCOY (12286)
**Date:** October 4, 2017 at 10:49 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 5AVFCOY (12286)
----------------------------------

First Name: Diego
Last Name: Masmarques
Organization:

Phone: +1 857 378 4258
E-Mail: b97988@outlook.com

URL: http://www.plainsite.org/dockets/index.html?id=9361713

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Your monetized website is highly abusive towards the public and you are using this website to Cyber Terrorize, Cyber Bully, Cyber Harass and Cyber Stalk individuals who file complaints against your vicious and criminal website. You state that plain site.org is under a 501c called Think Computer Corporation. That means you are obligated by Federal laws under the IRS statutes to send me a copy of these 501c non-profit documents. I think 3 days is a reasonable amount of time for you to send me these 501c documents by email. Now I have repeatedly asked you to stop harassing and threatening by way of your monetized website but apparently you are on some sort of sick mission to use this website to destroy people's careers and reputations who call you out on your bad behaviors. I am asking you to "cease and desist" from any further Cyber Terrorizing, bullying, harassment and threats towards my person and family members who are filing criminal charges against you and your website. I want you to completely forget about me and remove all URL's about me from your database and search engine and again to stop terrorizing me and my family. We want you to lay off your nonsense and remove these URL's. I have filed a formal complaint against your website with the IRS' non-profit 501c division for all of your abuse and illegal methods of making profits that are against the IRS rules and regulations. This complaint was sent to Dallas, Texas that oversees 501c's that are committing crimes to avoid paying taxes and abusing the US Tax Codes. Now I don't know who exactly is responding to and continuously posting URL's in a vindictive and vicious manner but you will have to ultimately answer to the authorities, including the FBI. You have been hurting my family's careers and reputations with the use of your plainsite.org website with a total disregard for anyone.
I have been very reasonable and polite in my requests to remove my information from your database and search engines but you have decided to continue to hurt me and my family online with plainsite.org. You have complaints from me and my family lodged against you with the FBI's IC3. You appear to treat this as if it's some sort of game. How would you likely it if this was done to you and your family online by a website owner?. From your behavior I know you wouldn't like it and you appear to be an individual who can explode with the use of your computer and website plainsite.org. I have requested several times that remove my name and information fro
plainsite.org but instead you have been viciously attacking and terrorizing me online.
Remove the information that references my name and just forget about me.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Stop Cyber Terrorizing people using your monetized website plainsite.org.

-----------------------
http://www.plainsite.org

GREENSPAN00087

**From:** **Jack Jones** 986842a@gmail.com
**Subject:** Re: IRS
**Date:** October 20, 2017 at 12:26 PM
**To:** Think Computer Foundation info@thinkcomputer.org

Checked with IRS and Think Computer has missed its deadline to register as a 501c. So, essentially your operation is not a 501c. You need to stop Cyber Terrorizing, Harassing, Threatening and Hacking my computer systems and messing around with people's personal and private information just so that you can make an easy buck sitting back collecting data on people.

BTW the IRS complaint against you has already gone through and was sent to the IRS 501c department. I am asking you to send me a copy of your 501c documentations on Think Computer and by law you are obligated to send me a copy of your 501c documentation upon request. So, if Think Computer is a 501c like you say it is then send me a copy of this paperwork.

On Sun, Sep 10, 2017 at 1:38 PM, Think Computer Foundation <info@thinkcomputer.org> wrote:

Hello,

Good luck with that. The only problem you'll run into is that Think Computer Foundation is a registered 501(c)(3).

See http://www.thinkcomputer.org/about/irs.html.

Best of luck,

Aaron

GREENSPAN00088

**From:** **Jack Jones** 986842a@gmail.com
**Subject:** Re: IRS
**Date:** October 21, 2017 at 12:40 PM
**To:** Think Computer Foundation info@thinkcomputer.org

You better stop fucking with me and stop gaining access to people's personal information for your enjoyment and financial gains. You fucking Parasite!. What is your address. Do you live in Cambridge, Palo Alto, or Shaker Heights with you Mummy and Daddy?.

On Fri, Oct 20, 2017 at 3:26 PM, Jack Jones <986842a@gmail.com> wrote:
Checked with IRS and Think Computer has missed its deadline to register as a 501c. So, essentially your operation is not a 501c. You need to stop Cyber Terrorizing, Harassing, Threatening and Hacking my computer systems and messing around with people's personal and private information just so that you can make an easy buck sitting back collecting data on people.
BTW the IRS complaint against you has already gone through and was sent to the IRS 501c department. I am asking you to send me a copy of your 501c documentations on Think Computer and by law you are obligated to send me a copy of your 501c documentation upon request. So, if Think Computer is a 501c like you say it is then send me a copy of this paperwork.

On Sun, Sep 10, 2017 at 1:38 PM, Think Computer Foundation <info@thinkcomputer.org> wrote:
Hello,

Good luck with that. The only problem you'll run into is that Think Computer Foundation is a registered 501(c)(3).

See http://www.thinkcomputer.org/about/irs.html.

Best of luck,

Aaron

GREENSPAN00089

**From:** Jack Jones 986842a@gmail.com
**Subject:** Re: IRS
**Date:** October 21, 2017 at 12:44 PM
**To:** Think Computer Foundation info@thinkcomputer.org

---

We are going to start down loading all your cases from Pacer and several States and then upload everything we have on you and your family on our website. It will be really cool when you get a taste of your own medicine. You Parasite!

On Sat, Oct 21, 2017 at 3:40 PM, Jack Jones <986842a@gmail.com> wrote:
You better stop fucking with me and stop gaining access to people's personal information for your enjoyment and financial gains. You fucking Parasite!. What is your address. Do you live in Cambridge, Palo Alto, or Shaker Heights with you Mummy and Daddy?.

On Fri, Oct 20, 2017 at 3:26 PM, Jack Jones <986842a@gmail.com> wrote:
Checked with IRS and Think Computer has missed its deadline to register as a 501c. So, essentially your operation is not a 501c. You need to stop Cyber Terrorizing, Harassing, Threatening and Hacking my computer systems and messing around with people's personal and private information just so that you can make an easy buck sitting back collecting data on people. BTW the IRS complaint against you has already gone through and was sent to the IRS 501c department. I am asking you to send me a copy of your 501c documentations on Think Computer and by law you are obligated to send me a copy of your 501c documentation upon request. So, if Think Computer is a 501c like you say it is then send me a copy of this paperwork.

On Sun, Sep 10, 2017 at 1:38 PM, Think Computer Foundation <info@thinkcomputer.org> wrote:
Hello,

Good luck with that. The only problem you'll run into is that Think Computer Foundation is a registered 501(c)(3).

See http://www.thinkcomputer.org/about/irs.html.

Best of luck,

Aaron

GREENSPAN00090

**From:** **Jack Jones** 986842a@gmail.com
**Subject:** Re: IRS
**Date:** October 21, 2017 at 8:45 PM
**To:** Think Computer Foundation info@thinkcomputer.org

We are going to catch you, you dirty Mother Fucker!

On Sat, Oct 21, 2017 at 3:44 PM, Jack Jones <986842a@gmail.com> wrote:
> We are going to start down loading all your cases from Pacer and several States and then upload everything we have on you and your family on our website. It will be really cool when you get a taste of your own medicine. You Parasite!

On Sat, Oct 21, 2017 at 3:40 PM, Jack Jones <986842a@gmail.com> wrote:
> You better stop fucking with me and stop gaining access to people's personal information for your enjoyment and financial gains. You fucking Parasite!. What is your address. Do you live in Cambridge, Palo Alto, or Shaker Heights with you Mummy and Daddy?.

On Fri, Oct 20, 2017 at 3:26 PM, Jack Jones <986842a@gmail.com> wrote:
> Checked with IRS and Think Computer has missed its deadline to register as a 501c. So, essentially your operation is not a 501c. You need to stop Cyber Terrorizing, Harassing, Threatening and Hacking my computer systems and messing around with people's personal and private information just so that you can make an easy buck sitting back collecting data on people. BTW the IRS complaint against you has already gone through and was sent to the IRS 501c department. I am asking you to send me a copy of your 501c documentations on Think Computer and by law you are obligated to send me a copy of your 501c documentation upon request. So, if Think Computer is a 501c like you say it is then send me a copy of this paperwork.

> On Sun, Sep 10, 2017 at 1:38 PM, Think Computer Foundation <info@thinkcomputer.org> wrote:
>> Hello,
>>
>> Good luck with that. The only problem you'll run into is that Think Computer Foundation is a registered 501(c)(3).
>>
>> See http://www.thinkcomputer.org/about/irs.html.
>>
>> Best of luck,
>>
>> Aaron

GREENSPAN00091

**From:** **Jack Jones** 986842a@gmail.com
**Subject:** Re: IRS
**Date:** October 22, 2017 at 7:57 AM
**To:** Think Computer Foundation info@thinkcomputer.org

We have decided to not collect your data and post it online because your a good guy. But you need to lay off, stop posting things online, remove URL's when requested and take down these URL's right away.
Just be nice. Do you know how to do that?

On Sat, Oct 21, 2017 at 11:45 PM, Jack Jones <986842a@gmail.com> wrote:
> We are going to catch you, you dirty Mother Fucker!

On Sat, Oct 21, 2017 at 3:44 PM, Jack Jones <986842a@gmail.com> wrote:
> We are going to start down loading all your cases from Pacer and several States and then upload everything we have on you and your family on our website. It will be really cool when you get a taste of your own medicine. You Parasite!

On Sat, Oct 21, 2017 at 3:40 PM, Jack Jones <986842a@gmail.com> wrote:
> You better stop fucking with me and stop gaining access to people's personal information for your enjoyment and financial gains. You fucking Parasite!. What is your address. Do you live in Cambridge, Palo Alto, or Shaker Heights with you Mummy and Daddy?.

On Fri, Oct 20, 2017 at 3:26 PM, Jack Jones <986842a@gmail.com> wrote:
> Checked with IRS and Think Computer has missed its deadline to register as a 501c. So, essentially your operation is not a 501c. You need to stop Cyber Terrorizing, Harassing, Threatening and Hacking my computer systems and messing around with people's personal and private information just so that you can make an easy buck sitting back collecting data on people. BTW the IRS complaint against you has already gone through and was sent to the IRS 501c department. I am asking you to send me a copy of your 501c documentations on Think Computer and by law you are obligated to send me a copy of your 501c documentation upon request. So, if Think Computer is a 501c like you say it is then send me a copy of this paperwork.

> > On Sun, Sep 10, 2017 at 1:38 PM, Think Computer Foundation <info@thinkcomputer.org> wrote:
> > Hello,
> >
> > Good luck with that. The only problem you'll run into is that Think Computer Foundation is a registered 501(c)(3).
> >
> > See http://www.thinkcomputer.org/about/irs.html.
> >
> > Best of luck,
> >
> > Aaron

GREENSPAN00092

**From:** **Jack Jones** 986842a@gmail.com
**Subject:** Re: IRS
**Date:** October 22, 2017 at 8:30 AM
**To:** Think Computer Foundation info@thinkcomputer.org

Aaron,

Can you help us in making a website? We have a good idea of what we want but don't have any coding skills.

Also, we have a couple of good ideas to make money with a new App. We don't know how to create the App but have the creativity to make money.

Wanted to ask you also about Stock Investing. Currently we make good money by trading Stocks but can't make tons of progress in making money. Noticed there is a program that lets a person reap the profit of 100th of a penny and to sell it right away but I guess we need a direct connection to the Stock market to do this. When we use our Broker the delays can make one loose money. I invested in Jazz Pharmaceuticals in May of 2009 when the Stock was only a couple of bucks and then sold it at $192 in 2014. There are Stocks out there that nobody has hear of and I usually have good instincts in making money in the Stock Market and other investments. I can make a lot more money and quicker if I knew how to link up directly to the Stock Market bypass these third party Stock Traders and be able to buy and sell instantaneously without delay. At this point it makes not sense to buy a better computer that's faster etc., as I have to rely on a third party stock trading company anyway.
I do have a couple of Stock picks that are surging and will continue to surge and they are in Bio. What do you think? With your Computer skills and my Stock Trading skills we could make money.

We can pay you of course.

On Sun, Oct 22, 2017 at 10:57 AM, Jack Jones <986842a@gmail.com> wrote:
> We have decided to not collect your data and post it online because your a good guy. But you need to lay off, stop posting things online, remove URL's when requested and take down these URL's right away.
> Just be nice. Do you know how to do that?

On Sat, Oct 21, 2017 at 11:45 PM, Jack Jones <986842a@gmail.com> wrote:
> We are going to catch you, you dirty Mother Fucker!

On Sat, Oct 21, 2017 at 3:44 PM, Jack Jones <986842a@gmail.com> wrote:
> We are going to start down loading all your cases from Pacer and several States and then upload everything we have on you and your family on our website. It will be really cool when you get a taste of your own medicine. You Parasite!

On Sat, Oct 21, 2017 at 3:40 PM, Jack Jones <986842a@gmail.com> wrote:
> You better stop fucking with me and stop gaining access to people's personal information for your enjoyment and financial gains. You fucking Parasite!. What is your address. Do you live in Cambridge, Palo Alto, or Shaker Heights with you Mummy and Daddy?.

On Fri, Oct 20, 2017 at 3:26 PM, Jack Jones <986842a@gmail.com> wrote:
> Checked with IRS and Think Computer has missed its deadline to register as a 501c. So, essentially your operation is not a 501c. You need to stop Cyber Terrorizing, Harassing, Threatening and Hacking my computer systems and messing around with people's personal and private information just so that you can make an easy buck sitting back collecting data on people.
> BTW the IRS complaint against you has already gone through and was sent to the IRS 501c department. I am asking you to send me a copy of your 501c documentations on Think Computer and by law you are obligated to send me a copy of your 501c documentation upon request. So, if Think Computer is a 501c like you say it is then send me a copy of this paperwork.
>
> > On Sun, Sep 10, 2017 at 1:38 PM, Think Computer Foundation <info@thinkcomputer.org> wrote:
> > Hello,
> >
> > Good luck with that. The only problem you'll run into is that Think Computer Foundation is a registered 501(c)(3).
> >
> > See http://www.thinkcomputer.org/about/irs.html.
> >
> > Best of luck,
> >
> > Aaron

GREENSPAN00093

**From:** **Diego Masmarques** b97988@outlook.com
**Subject:** PlainSite Request 5DZUDA1 (12487)
**Date:** October 26, 2017 at 5:23 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 5DZUDA1 (12487)
----------------------------------

First Name: Diego
Last Name: Masmarques
Organization:

Phone: +1 617 416 8670
E-Mail: b97988@outlook.com

URL: http://www.plainsite.org/dockets/index.html?id=9336216

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Shalom my friends! Please remove this URL posting about a Social Security case that has been "Sealed" by the Federal Court. I had to contact the Court and the District Attorney's Office regarding your violation of my privacy, as you have posted my home address, phone number and even my signature and are posting details from a "Sealed Case". Again like always I am always asking you politely to remove things referencing me, especially Sealed Cases but you continue to be stubborn and must enjoy Cyber Bullying people. A complaint about this case was filed with the FBI's IC3.

Thanks

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Stop Cyber Terrorizing, Cyber Bullying, Cyber Harassing and Stalking people from behind a computer. You will be charged with Federal crimes sooner or later.

------------------------
http://www.plainsite.org

**From:** **Diego MasMarques** rickymas@msn.com
**Subject:** PlainSite Request 5L7CQG9 (12951)
**Date:** December 22, 2017 at 12:58 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 5L7CQG9 (12951)
----------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: rickymas@msn.com

URL: http://www.plainsite.org/dockets/index.html?id=9357968

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Aaron,

We have made a formal FBI complaint against you today with their Cyber Crimes Division. You have hacked my email on more than one occasion and we have the proof. You have accessed documents that were only on this email and were on a OCR file.

This time you have gone too far with your Hacking and the FBI will be contacting you.

Case 1:09-cr-10304-MLW Document 1-3 Filed 10/15/09 ... - PlainSite
https://www.plainsite.org/dockets/download.html?id=242636774&a=2&z...

  1  Cached
Oct 15, 2009 - I, Paula A. Wolff, state that Diego MasMarques, aka Diego Mas Howard is a United States national for the purposes of the of the Council of Europe Convention on the Transfer of. Sentenced Persons. JJOu-J.6-- ~.~.c.J~. International Prisoner Transfer Unit. -3-. Case 1:09-cr-10304-MLW Document 1-3 Filed ...
You visited this page on 12/3/17.


Search Results
PlainSite :: The law in plain sight.
https://www.plainsite.org/

  1  Cached
  2  Similar
PlainSite allows you to figure out how the law affects you.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?


------------------------
http://www.plainsite.org

GREENSPAN00096

**From:** **Diego MasMarques** rickymas@msn.com
**Subject:** PlainSite Request 5L7WVAG (12952)
**Date:** December 22, 2017 at 1:39 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 5L7WVAG (12952)
----------------------------------

First Name: Diego
Last Name: MasMarques
Organization:

Phone: +1 617 416 8670
E-Mail: rickymas@msn.com

URL: http://www.plainsite.org/dockets/index.html?id=9357968

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
Aaron,

We have made a formal FBI complaint against you today with their Cyber Crimes Division. You have hacked my email on more than one occasion and we have the proof. You have accessed documents that were only on this email and were on a OCR file.

This time you have gone too far with your Hacking and the FBI will be contacting you.

Case 1:09-cr-10304-MLW Document 1-3 Filed 10/15/09 ... - PlainSite
https://www.plainsite.org/dockets/download.html?id=242636774&a=2&z...

    1    Cached
Oct 15, 2009 - I, Paula A. Wolff, state that Diego MasMarques, aka Diego Mas Howard is a United States national for the purposes of the of the Council of Europe Convention on the Transfer of. Sentenced Persons. JJOu-J.6-- ~.~.c.J~. International Prisoner Transfer Unit. -3-. Case 1:09-cr-10304-MLW Document 1-3 Filed ...
You visited this page on 12/3/17.

Search Results
PlainSite :: The law in plain sight.
https://www.plainsite.org/

    1    Cached
    2    Similar
PlainSite allows you to figure out how the law affects you.

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?

------------------------
http://www.plainsite.org

GREENSPAN00098

**From:** **Liborio Bellomo** 466536677t@gmail.com
**Subject:** PlainSite Request 5VC0DB1 (13603)
**Date:** March 19, 2018 at 11:23 AM
**To:** PlainSite help@plainsite.org

PlainSite Request 5VC0DB1 (13603)
----------------------------------

First Name: Liborio
Last Name: Bellomo
Organization:

Phone: +1 450 856 6665
E-Mail: 466536677t@gmail.com

Docket URL: http://www.plainsite.org/dockets/index.html?id=6249054

What kind of action would you like us to take?
Suppression

Please provide the details of your request.
You dirty Mother Fucker! Where are you in the Bat Area. You Asshole! You cock sucker!

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?
Shut this site down! It is not needed by the public. It's harmful to the public. Go get a real job in a Burger King or something, instead of trying to freeload off of people's information.

DNS Hostname: mobile-107-77-223-149.mobile.att.net
IP Address: 107.77.223.149

------------------------
http://www.plainsite.org

GREENSPAN00101

**From:** **Diego Masmarques** t99878978876786@gmail.com
**Subject:** PlainSite Request 5XPKXMS (13756)
**Date:** March 30, 2018 at 6:06 PM
**To:** PlainSite help@plainsite.org

PlainSite Request 5XPKXMS (13756)
----------------------------------

First Name: Diego
Last Name: Masmarques
Organization:

Phone: +1 302 463 1854
E-Mail: t99878978876786@gmail.com

Docket URL: http://www.plainsite.org/dockets/index.html?id=9361715

What kind of action would you like us to take?
Question

Please provide the details of your request.
Aaron you dirty low life MOTHER FUCKER! You need to fucking stop Terrorizing, Harassing, Stalking and Threatening my life and family online. Your a fucking scum pos. Your not worth a fucking penny. Your just a piece of trash blowing the wind.

Stop the fucking harassment you dirt bag! And go fuck yourself!

How would you rate PlainSite?
Poor

Is there anything that we could do to improve?


DNS Hostname: 24.60.59.25
IP Address: 24.60.59.25

------------------------
http://www.plainsite.org

GREENSPAN06081

From: **Aaron Greenspan** aaron.greenspan@PLAINSITE.ORG
Subject: Re: Action Required: Further blacklistreport.com DMCA Violations / Abuse
Date: May 22, 2018 at 1:08 AM
To: Eugene Rome erome@romeandassociates.com
Cc: abuse@namecheaphosting.com, Venkat Balasubramani venkat@focallaw.com, Garrett Heilman Garrett@focallaw.com,
Adam Strode astrode@fbi.gov, Nicklas Akers nicklas.akers@doj.ca.gov, Sandra Soto sandra.soto@mail.house.gov
Bcc: Adam Ashton aashton@sacbee.com

Eugene,

It has been nearly a month and you have not responded to my request.

I have a TRO against the individual who continues to post materials intended to harass me and my family, a convicted murderer who is deliberately evading service of process (see https://www.plainsite.org/dockets/3a4l9qm45/superior-court-of-california-county-of-santa-clara/greenspan-v-masmarques/). Additionally, I have referred this matter to the office of Congresswoman Zoe Lofgren, the FBI, and the California Attorney General (CCed), which as you may know, recently prosecuted the owners of mugshots.com (see http://www.sacbee.com/news/politics-government/capitol-alert/article211255899.html). The Breitenstein sites in question that your client hosts are no different in terms of business model. Despite repeated DMCA takedown requests, there are countless pictures of my family members on http://www.blacklistreport.com—hosted by Namecheap—and I will not pay Submit Express, Inc. or WebPresence LLC (the "removal service" advertisers on the site) to have the posts removed.

I would strongly advise you to instruct Namecheap to drop its client immediately. I expect a response from you within 24 hours.

Aaron

PlainSite | http://www.plainsite.org

> On Apr 26, 2018, at 8:55 AM, Eugene Rome <erome@romeandassociates.com> wrote:
>
> Dear Mr. Greenspan,
>
> Your e-mail is received.  We'll be reviewing it in short order.
>
> Very truly yours,
>
> Eugene
>
> <image001.png>
> ERome@RomeAndAssociates.com
> 2029 Century Park East, Suite 450
> Los Angeles, CA 90067
> Telephone: (310) 282-0690
> Facsimile:  (310) 282-0691
>
> ~~ www.romeandassociates.com ~~
>
> CONFIDENTIAL COMMUNICATION:
>
> The information contained in this e-mail message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the receiver of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this email message is strictly prohibited and may violate the legal rights of others.  If you have received this message in error, please immediately notify the sender by reply email or telephone and delete it from your system.

**From:** **56544** 56544@protonmail.com
**Subject:** Plainsite info removal
**Date:** September 30, 2021 at 9:01 PM
**To:** Aaron.greenspan@plainsite.org

Aaron,

Just checking to see if you are willing to remove my legal info from plainsite?
Let's see if we can work this out.
Also, are you able to assist in removing things from the search engines.

Diego

Sent with [ProtonMail](#) Secure Email.

**From:** **Aaron Greenspan** aaron.greenspan@plainsite.org
**Subject:** Re: Plainsite info removal
**Date:** September 30, 2021 at 10:06 PM
**To:** Diego MasMarques 56544@protonmail.com

---

Diego,

In order to even begin discussing how to "work this out," here is what you would need to do:

1. Within 24 hours, delete all of the posts about me and anyone in any way connected to me on ComplaintsBoard.com and various other gripe sites you have posted on since 2017, and provide a list of all accounts you created to post them;

2. Admit that you made false reports about me, my family members, my company, and my non-profit organization to various federal and state government agencies (California DMV, USDOJ, IRS, various state Attorneys General, etc.), including, when, which agencies, and exactly what the reports said;

3. Admit that you committed perjury in court before Judge Overton when you claimed not to remember making the thousands of posts about my family that you did;

4. Admit that you committed perjury in court before Judge Overton when you claimed never to have made reference in posts to my being Jewish;

5. Admit that you committed perjury in court before Judge Overton when you claimed not to have any criminal record;

6. Admit that your claims about my calling you and/or your family members on the phone are completely false;

7. Admit your ownership, current or past, of the Twitter accounts @Giza299792458N, @badbadwebsites, @R62607249, and @BrighLightNewz;

8. Admit that you used the public "xfinitywifi" wireless network on your Comcast cable connection to attempt to circumvent tracking of your harassing posts;

9. Admit that you used a Virtual Private Network (VPN) to attempt to circumvent tracking of your harassing posts;

10. Immediately cease and desist contact with other parties involved in any litigation in which I am a party, including but not limited to Omar Qazi;

11. Provide complete copies of all e-mail, Direct Message and other communications you have had with Omar Qazi;

12. Provide complete copies of all of your correspondence with other individuals you contacted about the possibility of filing a supposed class-action lawsuit.

Let me know if you would like to take these steps. I reserve all rights.

Aaron

PlainSite | https://www.plainsite.org

> On Sep 30, 2021, at 9:01 PM, 56544 <56544@protonmail.com> wrote:
>
> Aaron,
>
> Just checking to see if you are willing to remove my legal info from plainsite?
> Let's see if we can work this out.
> Also, are you able to assist in removing things from the search engines.
>
> Diego
>
> Sent with ProtonMail Secure Email.

GREENSPAN00117

**From:** **56544** 56544@protonmail.com
**Subject:** Work it out
**Date:** September 30, 2021 at 11:12 PM
**To:** Aaron.greenspan@plainsite.org

Aaron,

Would like to work this out with you and hopefully we can be on good terms. I am not your enemy.

I have no criminal record. Actually before you came in to my life I was finishing a non-fiction book. I started to explain things but for now saved it in a draft. I was actually in the middle of looking for an Agent to publish this book. Do you know how to find a good Agent?

Stop mentioning that your Jewish. Do you know what religion I am? If you knew you would blush with shame.

Going to bed.

Sent with [ProtonMail](ProtonMail) Secure Email.

GREENSPAN00119

**From:** **56544** 56544@protonmail.com
**Subject:** Let's work it out
**Date:** October 4, 2021 at 8:40 PM
**To:** Aaron.greenspan@plainsite.org

Aaron,

Can you please as a courtesy delete my info from plainsite.org and assist me in clearing this up on the search engines?

What is the best code for creating a highly secure website? PHP, Python? Have some ideas to create money makers but I need someone with the Coding Skills.

Sent with ProtonMail Secure Email.

**From:** **dmas5** dmas5@protonmail.com
**Subject:** Re: Default
**Date:** July 17, 2023 at 11:26 AM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org

Mr. Greenspan

Try to be patient and wait for the Judge's decision on Motion to Dismiss.

Diego

Sent with Proton Mail secure email.

------- Original Message -------
On Monday, July 17th, 2023 at 12:53 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:

> Mr. MasMarques and Mr. Kudriavtsev:
>
> Pursuant to Civil Local Rule 7.1(a)(2), I am required to inform you that I am about to ask the court to enter default on each of you again. Let me know if you have any response.
>
> Aaron
>
> PlainSite | https://www.plainsite.org

**From:** **dmas5** dmas5@protonmail.com
**Subject:** Re: Default
**Date:** July 21, 2023 at 7:11 AM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org

Mr. Greenspan,

Have a nice day!

Diego

Sent with Proton Mail secure email.

------- Original Message -------
On Friday, July 21st, 2023 at 10:05 AM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:

Mr. MasMarques,

I have no intention of dropping the case at this time.

Aaron

PlainSite | https://www.plainsite.org

> On Jul 21, 2023, at 6:57 AM, dmas5 <dmas5@protonmail.com> wrote:
>
> Mr. Greenspan,
>
> The Motion to Dismiss will be filed, by September 1, 2023. Are you willing to Dismiss your complaint yourself, or you plan to continue with this?
>
> Diego
>
> Sent with Proton Mail secure email.
>
> ------- Original Message -------
> On Thursday, July 20th, 2023 at 2:58 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:
>
>> Mr. MasMarques,
>>
>> Have you filed a Motion to Dismiss? If not, when do you intend to do so?
>>
>> Aaron
>>
>> PlainSite | https://www.plainsite.org
>>
>>> On Jul 17, 2023, at 11:27 AM, dmas5 <dmas5@protonmail.com> wrote:
>>>
>>> Mr. Greenspan
>>>
>>> Try to be patient and wait for the Judge's decision on Motion to Dismiss.
>>>
>>> Diego
>>>
>>>
>>> Sent with Proton Mail secure email.
>>>
>>> ------- Original Message -------
>>> On Monday, July 17th, 2023 at 12:53 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:
>>>
>>>> Mr. MasMarques and Mr. Kudriavtsev:

GREENSPAN00122



Pursuant to Civil Local Rule 7.1(a)(2), I am required to inform you that I am about to ask the court to enter default on each of you again. Let me know if you have any response.

Aaron

PlainSite | https://www.plainsite.org

**From:** **dmas5** dmas5@protonmail.com
**Subject:** Stop the harassment against myself and my family
**Date:** July 26, 2023 at 7:42 PM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org

Mr. Greenspan,

First of all the case at the Marlborough, MA Court, as you well know was dismissed on November 24, 2020 and the Expunged on February and you continue to leave this on your weaponized for profit website plainsite.org to continue ruining my career and reputation. You have a tendency to only show part of a case that suits you and harms the person that you are attacking, currently myself and my immediate family and refuse to cease & desist.

I want you to stop the harassment against myself and my family. In 2021, I could not find an Attorney to sue you at the 9th Circuit, as all the Attorneys I spoke to did not want to get involved with a person, such as yourself who is considered a vexatious litigant. A couple of Attorneys were afraid of getting their online reputations ruined by you. You try to intimidate and threaten people to get your way.

For over 6 years now, you have been consistently ruining my career and reputation and using your weaponized for profit data mining website plainsite.org to destroy my career and reputation, by only showing the most negative things on the search engines, and still posting the case from Marlborough, MA that was dismissed and expunged all over the search engines.

You have been consistently lying stating that I am mentally ill and a convicted murderer and you go around spreading these lies, even in the lawsuit Greenspan v. Qazi and to anyone else that you can and again you refuse to cease & desist with destroying my career and reputation. I know that you have even sent documents to my Mayor in Marlborough, MA and many other places to continue your attacks on myself and my immediate family.

You had the Harassment Order served on my father, who has the same name and you know that full well, but acted like you were not aware of that, when you contacted the Middlesex Sheriff's Office, when you know exactly what you are doing.

You stated to various Judge's that you are not the owner who runs leagle.com, but time will tell once all the evidence comes in if that is true or not.

At this point, I want you to delete my name with everything you have on your weaponized data mining website plainsite.org, narkive.com and all the other sites, where you have been uploading Federal Cases concerning me, along with your lies.

If you do not delete all of your doxxing and harassing posts on myself and anyone else in my immediate family, where you have already caused us a lot of emotional and financial disstress, then I am going to sue you in Federal Court and included will be the Board Members of your Think Computer Corporation and Think Computer Foundation, who are directly and indirectly involved with your doxxing and harassment online and that includes your partner.

I will be waiting for a positive reply from you, that you are deleting everything with my name from your website plainsite.org and any and all other sites, where you have been continuously been writing lies about me to ruin my career and reputation for over 6 years now.

Also, I want you to retain all the evidence of all the fabricated gripe sites that you have created to use against me and my immediate family over the last 6 years and I you know exactly what I am talking about. I have every piece of evidence with screenshots and other evidence that you

have been doing with your doxxing, harassment and hate speech against myself and immediate family. You even posted a picture referencing me, by calling me a "Faggot" and so much more. I have hundreds of pages of evidence of all your doxxing and harassment that you have been committing against myself and my immediate family over the last 6+ years.

So, make sure that you make all of your doxxing, hacking, harassment, threats and so much more available to myself and the Federal Court, as I will be suing you for monetary damages.

Don't respond to me with any intimidation or threats.

Diego


Sent with [Proton Mail](#) secure email.

**From:** **dmas5** dmas5@protonmail.com
**Subject:** Re: Motion for Leave to File Motion to Appear Via Zoom Teleconference
**Date:** September 5, 2023 at 10:19 PM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org, iVestules ivestules@gmail.com, Haley Currie Haley_Currie@mad.uscourts.gov

Mr. Greenspan,

cc: ivestules@gmail.com
cc: Haley_Currie@mad.uscourts.gov

I do not assent to you appearing via a Zoom Teleconference. You are the Plaintiff in this matter and should appear in person to the October 26, 2023 at 3:30 pm Court Hearing to Dismiss this Complaint.

It is more professional if you appear in person, as in the Federal Court you will not be able to film, or record anything.

Thank you,

Diego Mas Marques

Sent with Proton Mail secure email.

------- Original Message -------
On Tuesday, September 5th, 2023 at 9:07 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:

All,

I intend to file a motion for leave to file a motion to appear via Zoom teleconference for the October 26, 2023 motion to dismiss hearing. Pursuant to Civil Local Rule 7.1(a)(2), please let me know if you assent.

Thank you,

Aaron

PlainSite | https://www.plainsite.org

GREENSPAN00126

**From:** **dmas5** dmas5@protonmail.com
**Subject:** MOTION FOR LEAVE TO FILE MOTION TO OPPOSE DEFENDANT TO APPEAR VIA ZOOM (OR SIMILAR)
TELECONFERENCE AT THE MOTION TO DISMISS HEARING ON OCTOBER 26, 2023 AT 3:30 PM
**Date:** September 13, 2023 at 8:40 PM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org, iVestules ivestules@gmail.com, legal@complaintsboard.com,
editor@complaintsboard.com, editor.complaintsboard@gmail.com, Haley Currie Haley_Currie@mad.uscourts.gov,
lisa_hourihan@mad.uscourts.gov

All,

I am hereby communicating to Plaintiff, that I will be proceeding with the Motion to Leave to File a Motion to oppose Plaintiff to appear via Zoom (or similar) Teleconference at the Motion to Dismiss Hearing on October 26, 2023 at 3:30 PM.

Pursuant to Civil Local Rule Rule 7.1 (a)(2), please let me know if you assent.


Thank you

Diego Mas Marques




Sent with Proton Mail secure email.

**From:** **dmas5** dmas5@protonmail.com  📎
**Subject:** Re: One-week extension to file responsive pleading in Greenspan v. MasMarques et al.
**Date:** September 26, 2023 at 6:29 PM
**To:** Christopher Ingle cingle@gillaw.com, Aaron Greenspan aaron.greenspan@plainsite.org
**Cc:** Emmanuel, Stesha semmanuel@mccarter.com

Dear Attorney Christopher B. Ingle,

I do not object to you receiving an extension and if more time is required I would not object at all.

I also look forward to working with you, in order to resolve this matter.

Sincerely,

Diego Mas Marques

Sent from Proton Mail for iOS

On Tue, Sep 26, 2023 at 3:23 PM, Christopher Ingle <cingle@gillaw.com> wrote:

> Dear Mr. Greenspan and Mr. MasMarques,
>
> I am going to be representing Sergei Kudriavtsev, Mediolex Ltd., and Astrad Ltd. in *Greenspan v. MasMarques et al.*, U.S. District of Massachusetts case no. 1:23-cv-10134-DJC. Boston attorney Stesha Emanuel, of the law firm McCarter & Engligh LLP (copied on this email) is going to serve as local counsel. She intends to enter an appearance today, and I will be asking the court for *pro hac vice* admission on this case. As you may be aware, today is the deadline for Mr. Kudriavtsev to file a responsive pleading. We will be asking for a one-week extension to get that on file. Please let me know if you intend to object to the extension. I look forward to working with you on this matter.
>
> Sincerely yours,
>
> ## CHRISTOPHER B. INGLE
>
> Attorney
>
> ---
>
> 
>
> ## GILLESPIE, SHIELDS & TAYLOR
>
> **PHOENIX OFFICE** • 7319 N 16th Street, Phoenix, Arizona 85020
>
> **MESA OFFICE** • 1630 S Stapley Drive, Suite 212, Mesa, Arizona 85204
>
> 602-870-9700 • PHONE
>
> 602-870-9783 • FAX
>
> E-mail • cingle@gillaw.com
>
> Website • gillespieshields.com
>
> Website • dee.abogadosnow.com (Español)
>
> **SEVEN PRACTICE AREAS - EXCEPTIONAL REPRESENTATION :**
>
> FAMILY • EMPLOYMENT • PROBATE • CIVIL • CRIMINAL • IMMIGRATION • APPEALS

GREENSPAN00128

**CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION:** This e-mail and any file transmitted with it are confidential attorney-client communications or may otherwise be privileged or confidential. They are intended solely for the individual or entity to whom they are addressed. If you are not the intended recipient, please do not read, copy or retransmit this communication. Instead, please destroy it immediately. Any unauthorized dissemination, distribution or copying of this communication is strictly prohibited. Thank you for your cooperation. If you have any questions, please contact the author.



**From:** **dmas5** dmas5@protonmail.com
**Subject:** Plaintiff Aaron Jacob Greenspan, Case Number: 1:23-cv-10134-DJC
**Date:** October 4, 2023 at 1:34 PM
**To:** lisa_hourihan@mad.uscourts.gov, Haley Currie Haley_Currie@mad.uscourts.gov, Aaron Greenspan
aaron.greenspan@plainsite.org, iVestules ivestules@gmail.com, Emmanuel, Stesha semmanuel@mccarter.com,
Christopher Ingle cingle@gillaw.com

Hi Haley,

Writing to you, regarding Plaintiff Aaron Jacob Greenspan, as once again, he is doing whatever he feels like it, as he is dictating his own rules.

I personally was notified today of Plaintiff wanting to file this via ECF 102 at my email.

Plaintiff sent the following email to me on October 3, 2023, but at the header, I only noticed my email and no other emails to show that this was sent to the other parties:

"Mr. MasMarques,

In light of the pending motions to dismiss I think it would be more efficient for all parties to simply file a Second Amended Complaint containing additional facts and detail.

Do you consent to the filing of a Second Amended Complaint?

Aaron"


The following was my response:

"Mr. Greenspan,

I do not assent to any of your further vexatious litigation.

Thank you

Diego"

Thanks, for your time in this matter.

Sincerely,

Diego Mas Marques

GREENSPAN00130

Sent with [Proton Mail](#) secure email.

GREENSPAN00131

**From:** **dmas5** dmas5@protonmail.com 📎
**Subject:** Re: Fwd: Christopher Ingle
**Date:** October 9, 2023 at 6:57 PM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org, Emmanuel, Stesha semmanuel@mccarter.com

Mr. Greenspan,

I do not assent to any of your further vexatious litigation.

Thank you

Diego

Sent from Proton Mail for iOS

On Mon, Oct 9, 2023 at 9:53 PM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:

Ms. Emmanuel and Mr. MasMarques,

Pursuant to Civil Local Rule 7.1(a)(2), please let me know if you assent to my filing a motion for leave to file a motion for leave to file a sur-reply to bring the below e-mail contradicting Mr. Ingle's filing from earlier today to the Court's attention.

Aaron

PlainSite | https://www.plainsite.org

Begin forwarded message:

**From:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Subject:** RE: Christopher Ingle
**Date:** October 9, 2023 at 4:50:13 PM PDT
**To:** Aaron Greenspan <aaron.greenspan@plainsite.org>

That is false. We certainly took issue with it. It was a big part of our cross examination of Ingle's client – the fact that he put a declaration in under oath under a false name.

My memory is that the only reason he disclosed it was because we figured it out first (but it was a long time ago and I cannot say 100% for sure on that part).

 **Maria Crimi Speth**
Shareholder | Jaburg Wilk
👤 602.248.1089 | ✉ mcs@jaburgwilk.com

---

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Sent:** Monday, October 9, 2023 11:14 AM
**To:** Maria Crimi Speth <mcs@jaburgwilk.com>
**Subject:** Christopher Ingle

Ms. Speth,

Please see the attached.

Is it true that you and/or your client never took issue with Mr. Ingle filing the declaration of non-existent person "Mark Schultz" and/or "Mark Shultz" in the 2012-2014 litigation between XCentric Ventures, LLC and Mediolex, Ltd.?

Thank you

Thank you,

Aaron

PlainSite | [https://www.plainsite.org](https://www.plainsite.org)

GREENSPAN00133

**From:** **dmas5** dmas5@protonmail.com  📎
**Subject:** Happy Birthday
**Date:** March 31, 2024 at 12:57 PM
**To:** Aaron Greenspan  aaron.greenspan@plainsite.org

Happy Birthday!

Sent from [Proton Mail](#) for iOS

**From: dmas5** dmas5@protonmail.com
**Subject:** Counterclaim/Countersuit
**Date:** May 15, 2024 at 8:17 AM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org

Mr. Greenspan,

I will be requesting that Judge Casper allows a Motion for Leave to file a Counterclaim!Countersuit against you "Aaron Jacob Greenspan, et al".

Do you assent to this?

Thanks,

Diego

Sent from [Proton Mail](Proton Mail) for iOS

**From:** **dmas5** dmas5@protonmail.com
**Subject:** Re: Default Motion
**Date:** July 11, 2024 at 6:08 AM
**To:** Aaron Greenspan aaron.greenspan@plainsite.org

I do not assent. That's the only way you seem to want to win a case is by default. I want this case to go to a Jury Trial, so I can win this case, as I have a lot more evidence and witnesses to bring to the Jury Trial

Thank you

Sent from Proton Mail for iOS

On Thu, Jul 11, 2024 at 7:17 AM, Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:

> Mr. MasMarques,
>
> I will be filing a motion for leave to file a motion asking the court to enter default against you. Please let me know if you assent.
>
> Aaron
>
> PlainSite | https://www.plainsite.org