**EXHIBIT F**
Blacklist Report Posts or Cached Versions Thereof
[Filed Under Seal]