**EXHIBIT G**
ComplaintsBoard Posts
[Filed Under Seal]