**EXHIBIT H**
Twitter/X Posts



Home    Moments    Notifications    Messages       Search Twitter           Tweet



**badwebsites** @badbadwebsites · Apr 16

When buyin a new or used car or any product, do not give up your personal information on the company's website, as all your information is being data mined and re-sold to advertisers and other company's for $$

**badwebsites** @badbadwebsites · Apr 16

The Borders in the USA need to be secured. Illegal Immigrants are costing taxpayers billions of dollars every year. This will only erode the quality of life over time for Americans and legal immigrants

**badwebsites** @badbadwebsites · 8 Apr 2018

Aaron Greenspan owner of Trolling websiteplains site.org will attack anyone who out's his fraudulent 501c Think Computer Corp./Foundation. He is going around copying and pasting copyright material & manipulating the URL's so they show in different names. He's SICK!

**badwebsites** @badbadwebsites · 8 Apr 2018

Aaron Greenspan owner of plainsite.org is an online Troll who goes after people who are reporting him to the Authorities. Some new websites he has created to harass & stalk, keywordpsy.info; linkedbd; kefora.com. Report him to the FBI & IRS

**badwebsites** @badbadwebsites · 8 Apr 2018

Using devices like Alexa or Echo by Amazon or any voice activated device out there for you home may seem "cool" but using these devices is only meant for the manufacturers to make more money by data mining ur info. Also, its inviting "Big Brother" & WiFi can be hacked. Not good!

**badwebsites** @badbadwebsites · 8 Apr 2018

Today more than ever especially in the US it is important to protect your private data w all tools available to you. Just think how many years ago people could live w/out a smart phone? Now one cannot even find a regular phone w/out Internet. Smart phones data mine ur information

### Promoted Tweet

**Wix** ✔ @Wix · 14 Oct 2018

All the joy of crafting without the risk of finding glitter in your hair. Create your own stunning website today!

Home   About   Gallery   Contact

GREENSPAN00246





🏠 Home     ⚡ Moments     🔔 Notifications     ✉ Messages     🐦     Search Twitter 🔍     🖼     Tweet



**badwebsites** @badbadwebsites · 8 Apr 2018

Online Privacy: How to Control Your Personal Data

mashable.com/2012/05/21/onl… via @mashable

**Online Privacy: How to Control Your Personal Data**
Robert Leshner is the founder of Safe Shepherd, an online service which removes personal information from companies that sell it. Follow him
mashable.com

**badwebsites** @badbadwebsites · 8 Apr 2018

People are so used to smart phones that they don't realize how they are being tracked by advertisers and online Trolls. Best thing would be to use a phone w no Internet access at all. Just use a regular phone to protect ur privacy. Just look at Amazon tracking what u look at?

**badwebsites** @badbadwebsites · 8 Apr 2018

Making is not a bad thing as long as one does not data mine the public's private information & then throwing this on the web for their greed. All data mining websites are bad websites. They harm the public intentionally for their money making ambitions. They are human parasites

**badwebsites** @badbadwebsites · 8 Apr 2018

The public needs to contact their Congress men&women to put a stop to all these for profit data mining websites that go around & search for your private information so they can sit back & make a nice living off the backs of Americans who do real work for a living.

**badwebsites** @badbadwebsites · 8 Apr 2018

More bad for profit data mining websites: peekyou.com; whitepages.com (this is is a private website); spokeo.com; number.com; 411.com. All these monetized want is to data mine ur private info to fill make easy $

**Spokeo | People Search**
People search engine and free white pages finds phone, address, email, and photos. Find people by name, email, address, and phone for free.
spokeo.com

GREENSPAN00249



**badwebsites** @badbadwebsites · 8 Apr 2018

A really intrusive monetized websites making some good money off data mining the personal info of Americans is Radaris.com they set up a fake address now located in Cyprus. It used to be in Newton, MA. radars has a fb page facebook.com/Radaris They hide their id's

**badwebsites** @badbadwebsites · 8 Apr 2018

There are over 50 monetized websites that data mine the personal information of Americans so the can make money. Its best not to even patronize any of these website they just want money. Go to "Control your. Information" & get list of all data mining website. Too many to list

Show this thread

**badwebsites** @badbadwebsites · 8 Apr 2018

For the public to control their data they need to request removal from online "for profit" of course data mining websites. Here is a list of lots of those websites. Go and have them remove your personal info:intellius.com;https://t.co/zcetg9kSgk;https://t.co/CQjlvv6Lf2;

> **Want to find someone? Do a confidential people se...**
> People Search: Find contact information and public records with a confidential search at Intelius!
> intelius.com

1

Show this thread

**badwebsites** @badbadwebsites · 8 Apr 2018

Most data mining website owners are in contact w eachother, assist one another and many these monetized websites are run like organized criminal enterprises but they will never disclose to the public that they communicate & share information w each other. Its out of control in US

**badwebsites** @badbadwebsites · 8 Apr 2018

Some airlines such as Iberia & others that are State owned literally bump off paying customers so that those airline employees can put their friends & families on those seats. Its best to fly w airlines where one has good recourse most US airline co.s are responsible

**badwebsites** @badbadwebsites · 7 Apr 2018

If ur privacy is being violated by a someone operating out of California then the following applies: California Constitution: "CA SB 1386 expands on law and guarantees the. if a company exposes a Californian's sensitive information this exposure must be reported to the citizen"

Show this thread

**badwebsites** @badbadwebsites · 7 Apr 2018

Montana Constitution: "The right of the individual privacy is essential to the well-being of a free society and shall not be infringed..." Alaska Constitution: "The right of the people to privacy his recognized and shall not be

GREENSPAN00250

Home    Moments    Notifications    Messages         Search Twitter             Tweet

Show this thread

**badwebsites** @badbadwebsites · 7 Apr 2018

If a website us violating ur privacy check ur State's Law because every State is different. e.g. Florida Constitution: "Every natural person has the right to be let alone and free from governmental intrusion into the person's private life..."

💬 1

Show this thread

**badwebsites** @badbadwebsites · 7 Apr 2018

If an online Troll owns a website & using ur personal data to make $ then you can file "tort" against that individual even if they say "Its public domain". That doesn't matter nobody in the US has a right to wheel & deal w your data for $ see link below

en.m.wikipedia.org/wiki/Privacy_l…

💬 1

Show this thread

**badwebsites** @badbadwebsites · 7 Apr 2018

for anything that's free to protect ur personal data. When contacting any co never give out any of ur private data first unless you receive a service first. Use an EU based email that encrypts your data both ways. Put a freeze on all 3 credit reporting agencies until the purchase

Show this thread

**badwebsites** @badbadwebsites · 7 Apr 2018

Public needs to protect themselves against Hackers,Data Mining & Online Trolls. Use a VPN Virtual Private Network co, from outside USA. Do not use your name 4 email address. Have your name removed from data collection/marketing co's. If they say its Free then Flee. Don't sign up

💬 1                                    ♡ 1

Show this thread

**badwebsites** @badbadwebsites · 7 Apr 2018

» Innovative flexible unbreakable glass for folding smartphones Future technology itechfuture.com/innovative-fle…

**badwebsites** @badbadwebsites · 7 Apr 2018

Future computers & chips will be completely flexible.

**badwebsites** @badbadwebsites · 6 Apr 2018

Its hardly worth using US based emails as Hackers are accessing US emails way too easily and their is little security and protection from the US companies that offer emails. Best to use an email based in a country that cares about the privacy and security.

**badwebsites** @badbadwebsites · 6 Apr 2018

In the US many bad websites are set up by Americans to exploit our freedoms, Troll people's private info for selfish greed & wreck careers s

GREENSPAN0251



Home    Moments    Notifications    Messages    Search Twitter    Tweet

**badwebsites** @badbadwebsites · 5 Apr 2018
Roman saying: "Fallaces sunt rerum species" The appearances of things are deceptive. (Seneca)

**badwebsites** @badbadwebsites · 4 Apr 2018
In the EU if some terd doesn't want to work for a living and goes creates and runs a website that gathers the public's legal info within a short time, they will have the police at their door and criminally charged. In the USA why is this acceptable. First Amendment is no excuse

**badwebsites** @badbadwebsites · 4 Apr 2018
Why do we need a site called freelawreporter and all these other privacy invading legal troll websites that all they do is gather the public's personal legal info for their greed. US already has Pacer. A website owner that uploads your private business on to the web is a CRIMINAL

**badwebsites** @badbadwebsites · 4 Apr 2018
US Congress needs to enact a "Right to be Forgotten Law" like in the EU so that Americans can have harmful URL's taken down. Internet is like the Wild West in the USA and the laws need to be updated to reflect the times we are in with all these online trolls trying to make easy $

**badwebsites** @badbadwebsites · 4 Apr 2018
If the public has any info on another privacy intrusive website called opensecrets.org please let us know. Nobody from this website answers and all contact info again appears to be completely made up.

| | |
|---|---|
| Center for Responsive Politics OpenSecrets.org | **Data on Campaign Finance, Super PACs, Industries...** opensecrets.org |

**badwebsites** @badbadwebsites · 4 Apr 2018
Another bad website is PDFSR.com the owner has given completely fake contact info to ICANN WHOIS but one can be assured that the owner is most likely right here in the US sitting back on their computer raking in cash at the public's expense.

**badwebsites** @badbadwebsites · 4 Apr 2018
Does anyone in the public have any specific details on leagle.com? Please post them. We have information about who the owner is but we would like to make sure first. Apparently he is a Lawyer. I guess there's too many Lawyers today for them to make money honestly

| | |
|---|---|
| | **Leagle.com | The place to find U. S. Law, Lawyers a...** Leagle is a leading provider of United States Court |

GREENSPAN00252



**badwebsites** @badbadwebsites · 4 Apr 2018

If the public knows of harmful websites that hurt people's careers & reputations then post them here so we can let everyone know what these greedy sneaks are up to.

**badwebsites** @badbadwebsites · 4 Apr 2018

The lavamap.com website uses a Scottsdale, AZ phone number with a Burlington, MA address at 10 Corporate Drive, Suite 300, No name, fax or real anything. Most likely belongs to Jeffrey Allen Steinport. He's a Lawyer so doesn't like his name attached to data mining web

**badwebsites** @badbadwebsites · 4 Apr 2018

Another bad website is usidentity.com. This site has a completely made up address, phone nr. no fax or real name on ICANN WHOIS & says they are based out of Toronto, CA. They don't answer removal requests at all & upload wrong info on people. All they want is $$$

**badwebsites** @badbadwebsites · 4 Apr 2018

Another data mining and info gathering website w fake contact info on ICANN WHOID id lavamap.org. We were just informed that lavamap.org and lovedoc.org are owned by a Jeffrey Allen Steinport. He has dozens of monetized websites

> **LoveDoc.Org - Upload and Share your Documents**
> LoveDoc.org is not only an educational resource, but also a social network where you can share your research with a wide range of users
> lovedoc.org

Show this thread

**badwebsites** @badbadwebsites · 4 Apr 2018

Another bad website where the owner has listed a fake name & contact info with ICANN WHOIS to hide their identity is opencorporates.com. This site dives in to a States database, in order to download info about businesses and then as middlemen attract traffic to site for $

**badwebsites** @badbadwebsites · 4 Apr 2018

The following bad websites troll the public's personal legal business in the Federal database Pacer & they go in to State databases too, as it brings the most traffic & $$$ to their websites: leagle.com, plainsite.org, courtlistener.com

> **Leagle.com | The place to find U. S. Law, Lawyers a...**
> Leagle is a leading provider of United States Court opinions and decisions. Every opinion and decision handed down by the Courts – Trial Courts, Appellate ...
> leagle.com

GREENSPAN00253



🏠 Home    ⚡ Moments    🔔 Notifications    ✉ Messages    🐦    🔍 Search Twitter    👤    Tweet

**badwebsites** @badbadwebsites · 4 Apr 2018
Another bad website designed to invade your privacy and wreck your reputation for $: leagle.com ICANN WHOIS says it belongs to a Donald Johnson from Arkansas. That's all made up to hide owners real identity who is an Attorney. Leagle.com destroys careers

> **Leagle.com | The place to find U. S. Law, Lawyers a...**
> Leagle is a leading provider of United States Court opinions and decisions. Every opinion and decision handed down by the Courts – Trial Courts, Appellate ...
> leagle.com

**badwebsites** @badbadwebsites · 4 Apr 2018
Courtlistener's Mike Lissner&Brian Carver, plainsite's Aaron Greenspan a& Jeffrey Allens Steinport unitedstatescourts.org are all in bed w eachother to make easy $ without caring about people's careers or reputations. We already have Federal database Pacer they don't post on web

**badwebsites** @badbadwebsites · 4 Apr 2018
The following URL will prove to the public that Aaron Greenspan w plainsite.org, Brian Carver&Mike Lissner & Jeffrey Allen Steinport w unitedstatescourts.org are all communicating w eachother so they can make $ by data mining public's legal info

> **Invective and Intrigue Within the Free Law Movement Over RECAP C...**
> Disagreement over recent changes to a program designed to provide public access to federal court documents has developed into a feud of sorts be...
> lawsitesblog.com

**badwebsites** @badbadwebsites · 31 Mar 2018
Attorney Jeffrey Allen Steinport was running this site unitedstatescourts.org as a 501c under an umbrella co. called the "Franklin Archive" out of his home town of Grand Rapids, MI. He asked for monetary donations for. unitedstatescourts.org that was not even officially a 501c

**badwebsites** @badbadwebsites · 31 Mar 2018
Do not sign up for any website that says they will do your family tree, school websites, DNA testing. Stay away from all of them. Their goal is only to make money off their products and then money off your data, that will get distributed

Home | Moments | Notifications | Messages | Search Twitter | Tweet

**badwebsites** @badbadwebsites · 31 Mar 2018
When looking to purchase a new vehicle do not give dealership website your full name at first & definitely none of your personal data until you purchase vehicle. Your info then gets distributed w/o your authorization to advertisers. Stay anonymous until purchase

**badwebsites** @badbadwebsites · 31 Mar 2018
Remember nothing is "free" when a website says to sign on with them because tis free, then you are the product. Sites make money by driving traffic to their sites for advertising money and they data mine all of your info. Do not ever give your real info to social media websites

**badwebsites** @badbadwebsites · 31 Mar 2018
For online privacy&security never use real name in email, don't give ur actual data to any website that asks 4 it, use a VPN especially when using internet in public. use a EU based eput a freeze on all 3 credit reports until u need to apply 4 credit, use EU based email address

1

**badwebsites** @badbadwebsites · 31 Mar 2018
If public needs to look up a legal case w Federal Courts they can simply go to any Federal court & do it for free of charge w no account. Or open an online account and for about 10c a page download info. Same for State cases. No need to patronize sites that are really for profit

**badwebsites** @badbadwebsites · 31 Mar 2018
Aaron Greenspan's plainsite.org e.g. downloads from Pacer in selective manner legal cases that drive most traffic to his site. He then leaves documents/files open on the web that are most negative to attract online traffic. He is ruthless and vicious to the public

**badwebsites** @badbadwebsites · 31 Mar 2018
MANY bad websites that data mine public's legal info indulge themselves by going in to the Federal database Pacer, (which doesn't throw info on the web) then download tons of legal documents for next to nothing, set up as 501c's, ask 4 $ from public to make easy living/money

**badwebsites** @badbadwebsites · 31 Mar 2018
Other sites that data mine the public's personal legal data for profit: resource.org; casetext.com (owned by Jeffrey Steinport; fastcase.com (shows its owned by a Ed Walters w PO Box) most likely all made up contact info to hide their identity

**badwebsites** @badbadwebsites · 31 Mar 2018
Some bad websites owned & run by Jeffrey Steinport: Puppyfind.com; leagle.com; sociallyfly.com; socialfly.com; nightlydating.com; justia.com; opengovernmentproject.org. Go to "Trademarkia.com" to see all websites



Leagle.com | The place to find U. S. Law, Lawyers a...

GREENSPAN00255

🏠 Home     ⚡ Moments     🔔 Notifications     ✉ Messages    🐦     🔍 Search Twitter     👤    Tweet

leagle.com

💬    ♺    ♡    ✉

**badwebsites** @badbadwebsites · 31 Mar 2018 ⌄

Attorney Jeffrey Allen Steinport who now lives in Scottsdale, AZ and runs Vlanet.LLC has over 80 monetized websites. Most have fake contact info because they are harmful to public. People filed IRS 13909 complaints against unitedstatescourts.org it was shut down 4 tax fraud

💬    ♺    ♡    ✉

**badwebsites** @badbadwebsites · 31 Mar 2018 ⌄

Attorney Jeffrey Allen Steinport was operating a similar site to plainsite.org called unitedstatescourts.org and was using a PO Box in his home town of Grand Rapids, fake name, no phone number. He was outed changed contact info using Privacy Guard to Panama w fake name

💬    ♺    ♡    ✉

**badwebsites** @badbadwebsites · 31 Mar 2018 ⌄

radaris.com is a for profit data mining website, that is based out of Newton, Massachusetts but the owner has changed his contact info on ICANN WHOIS to show that his location is now the country of Cyprus with all made up contact info. Reason: IRS complaints

💬    ♺    ♡    ✉

**badwebsites** @badbadwebsites · 30 Mar 2018 ⌄

Aaron Jacob Greenspan owner of plainsite.org under fraudulent 501c goes in to the Federal database Pacer & uploads for next to nothing in a selective manner the public's legal documents that brings the most traffic to plainsite.org He sells subscrip's @ $99 mo

💬    ♺    ♡    ✉

**badwebsites** @badbadwebsites · 30 Mar 2018 ⌄

The owner of plainsite.org, Aaron Greenspan thinks he can Judge over the public, as to what legal info he will upload on an individual in a selective manner. This individual believes he is Judge & Jury and can harm the public however he feels like it.

💬    ♺    ♡    ✉

**badwebsites** @badbadwebsites · 30 Mar 2018 ⌄

One of the main players in designing and setting up bad data mining websites is Attorney Jeffrey Allen Steinport from Scottsdale, AZ He just closed a bad website called unitedstatescourts.org now has opened up more bad websites, lovedoc.org, casemine.com



**LoveDoc.Org - Upload and Share your Documents**
LoveDoc.org is not only an educational resource, but also a social network where you can share your research with a wide range of users
lovedoc.org

💬    ♺    ♡    ✉

**badwebsites** @badbadwebsites · 30 Mar 2018 ⌄

We will start exposing bad websites that are data mining the public's personal information for the sole purpose of the owners of these web...

🏠 Home     ⚡ Moments     🔔 Notifications     ✉ Messages     🐦     Search Twitter  🔍     Tweet



💬        ↻        ♡        ✉

🐦

Back to top ↑

**Trends for you** ·

Change

**Messi**
Messi scores his 600th goal
for Barcelona with a beauty
of a free kick in Champions

**Liverpool**
563K Tweets

**Barca**
Messi scores his 600th goal
for Barcelona with a beauty
of a free kick in Champions

**Dembele**
62.6K Tweets

**Barcelona**
Messi scores his 600th goal
for Barcelona with a beauty
of a free kick in Champions

**Suarez**
Luis Suárez had no problems
celebrating against Liverpool

**#BarrHearing**
150K Tweets

**Barr**
Attorney General William
Barr faced questions about
the Mueller report

**#KamalaHarris**
3,668 Tweets

**Ruth Asawa**
1,773 Tweets

© 2019 Twitter   About
Help Center   Terms
Privacy policy   Cookies
Ads info



GREENSPAN00187

**R** @R62607249 · 3h

@coinbase Apparently Aaron Greenspan has sued you company, as he is a Vexatious Litigant. We currently have a RO against this individual in a California Court and would like to ask for your assistance in this mater regarding Aaron Greenspan. Thanks

**R** @R62607249 · 3h

@mlevchin Hi Max. Apparently Aaron Greenspan has sued your company and he is a Vexatious Litigant who goes around suing people to get money for nothing. We have a RO against this individual in a California Court and would like your assistance with this matter. Thanks

**R** @R62607249 · 3h

@bchesky Hi Brian. Apparently your company has been sued by Aaron Greenspan who is a Vexatious Litigant. We have a RO against this individual in a California Court and would like your assistance in this mater.

**R** @R62607249 · 3h

@dwolla Apparently Aaron Greenspan who is a Vexatious Litigant has sued your company. Can you please contact us, as we have a RO against this individual at a California Court.

**R** @R62607249 · 3h

@Airbnb Apparently your company has been sued by Aaron Greenspan who is a Vexatious Litigant. Can you contact us? We have a RO agains this individual in California.

**R** @R62607249 · 3h

@DSTCareersEMEA Has your company been sued by Aaron Greenspan. Please contact us, as we have a RO against him in California.

**R** @R62607249 · 3h

@aplusk Hi Ashton. Online it states you were sued by Aaron Greenspan. Can you contact me about this individual. We have a RO against him in Californian.

🐦

Back to top ↑

**Who to follow** ·
Refresh · View all

👤 Followed by Ryan

GREENSPAN00188



Mac
**Mark Ber...**    ✕
Follow

👤 Followed by K.
Sabeel Rahman
and others

**Tarun Ch...**    ✕
Follow

👤 Followed by Rohit
Chopra

**Ryan Coll...**    ✕
Follow

👥 Find people you know

**Trends for you** ·
Change

**Nate Orchard**

**Jason Kipnis**

**Purdue**
8,779 Tweets

**Northwestern**
7,644 Tweets

**Driskel**

**Matt Barkley**

**#BoycottInNOut**
25.8K Tweets

**Carson**
26.3K Tweets

**Cajuste**
1,080 Tweets

**Malone**
11.9K Tweets

© 2018 Twitter   About
Help Center   Terms
Privacy policy   Cookies
Ads info



**UPDATE (6:32 PM):** For his part, Greenspan says he does not remember this happening at the ConnectU deposition.

Check out Greenspan's brief (and the appendix) in the defamation-by-omission case, which he filed *pro se* on June 13. To be fair, it is a bit dense and hard to follow. And it's not the only Facebook-related litigation he is still involved in. Greenspan is also involved fighting Facebook about a program he created called FaceCash. As Greenspan explained in a follow-up email:

> After the settlement with Facebook in 2009, I began building a mobile payment system called FaceCash (http://www.facecash.com), and planned to release other products that made productive use of facial recognition technology as well. (Well before Facebook, Inc. was around, I took a course on the psychology of facial recognition freshman year in college, and ended up building http://www.faceblind.org, so it's been an interest of mine for a while.) I registered a few trademarks with the USPTO accordingly. Facebook

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

Aaron Greenspan is mentally off the wall and should be locked up in a Mental Institution, as he is endangering the lives of thousands of people with his Harassment, Stalking and Shaming of people who work for a living. This guy is a leach!

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

Government needs to shut data mining sites down that want the public's personal information and legal documents so they can make lots of easy money at expense of the people being exposed and having their careers and reputations ruined. Change Internet Laws

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

plainsite.org is Aaron Greenspan's personal gripe site where he goes around data mining for sensitive information on the pubic to use to destroy careers & reputations under the guise of the First Amendment. He is a Serial Stalker and Harasser!

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

Aaron Greenspan is a Hacker, Harasser, Stalker and Liar who is a public menace to American Society and a danger to our National Security.

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

Aaron Greenspan/plainsite.org/Think Computer Corporation/Foundation under fraudulent non-profit 501(c)(3) data mines the public's sensitive legal & other information that he uses to make money with his monetized websites. He enjoys CyberBullying

---

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

Aaron Greenspan sued Google in Small Claims Court and won $761 because

---



Aaron Greenspan sued Google in Small Claims Court and won $761 because they were not properly notified. This appears to be a modus operandi of this Serial Litigant. Google went to the Court and received another court date and won. Aaron Greenspan received $0!

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21
Smart people with common sense will run from Aaron Greenspan and anything that he says or does, as he is completely insane and will manipulate people to get money for nothing. Aaron Greenspan is a Serial Litigant/Liar

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21
The smart public should not patronized anything that Aaron Greenspan does as he is a dangerous individual who knows how to manipulate people with his lies so that he can appear credible $ make easy money for doing nothing but tapping on his computers.

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21
We don't understand why Twitter has not closed down Aaron Greenspan's Twitter accounts & the many fake Twitter accounts that he uses to Harass, Stalk & Shame his targeted victims. He pretends to be some sort of Legal Analyst. All he wants is Money for nothing

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21
Aaron Greenspan uses many aliases & has many fake Social Media accounts that he uses to Harass, Stalk and Shame his victims. For example, Aaron Greenspan is the alias "John Fuenchem" who harasses and stalks the Free Law Project. Fake Reddit account "bcboncs"

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21
Aaron Greenspan refused to comply with California's MTA when it came to his face cash, as he thinks that Rules, First & Laws only apply to others but not him. Aaron Greenspan was operating face cash the entire time without a License.

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21
Aaron Greenspan/plainsite.org has a sick, sick obsession with Mark Zuckerberg & simply will not leave Mark Zuckerberg alone. Aaron Greenspan is a envious jealous hater who wants loads of money for nothing. Go get a real job!

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21
We are here to help people with Online Bullying, Serial Harassers, Serial Stalkers, Pathological Liars & Bad people. We will expose these people so they stop hurting good people & they can get back to their lives. Aaron Greenspan is hurting many people!

**exposeharassers/stalkers/liars** @LiarsStalkers · Oct 21

GREENSPAN00210



exposeharassers/stalkers/liars @LiarsStalkers · Oct 21

Aaron Greenspan has threatened to shame a witness for the owner of Twitter Jack Dorsey with his company Square, Inc. in a USPTO trial in 2015. Aaron Greenspan called this Phd witness by phone & made threats that he would shame him online if he testified.

exposeharassers/stalkers/liars @LiarsStalkers · Oct 21

Aaron Greenspan uses the word "we" a lot on plainsite but the fact of the matter is that he is one lonely isolated insane Sociopath Troll who is doing all of this Harassment, Stalking and Lying all by himself. Who in the world would want to work with this.

## Who to follow ·

Refresh · View all

👤 Followed by
Quoth the Raven and others

Bag Hold... ✕
Follow

Brennan ... ✕
Follow

👤 Followed by Fix the Court and others

southpa... ✕
Follow

👥 Find people you know

## Trends for you ·

Change

**Kobe**
42.8K Tweets

**Spurs**
49.1K Tweets

**Bron**
31.5K Tweets

**Josh Hart**
7,596 Tweets

**Giants**
118K Tweets

**#techwomen18**

GREENSPAN00211

**Jonathan Williams**
1,597 Tweets

**Kuzma**
18.5K Tweets

**Patty Mills**
5,689 Tweets

**#MyEmbarrassingStory**
2,647 Tweets

© 2018 Twitter   About
Help Center   Terms
Privacy policy   Cookies
Ads info

GREENSPAN00212

# Tweet

**Whole Mars Catalog** @WholeMarsBlog · 6h

Aaron Greenspan is a liar.

He's lied so blatantly for so long, he's forgotten what it feels like to tell the truth.

💬 4     🔁 5     ♡ 54     ⬆

**Whole Mars Catalog** @WholeMarsBlog · 6h

case in point



> **Whole Mars Catalog** @WholeMarsBlog · 6h
> The best thing to do is just come clean now.
> twitter.com/plainsite/stat…
> **Show this thread**

💬 1     🔁 2     ♡ 17     ⬆

🔁 Whole Mars Catalog Retweeted

**badwebsites**
@badbadwebsites

Replying to @WholeMarsBlog

Perhaps people need to get together & make an appointment w the FBI so they take action once and for all against all these abuses.

6:11 PM · Oct 17, 2020 · Twitter for iPhone

**2** Retweets    **7** Likes

**New to Twitter?**

Sign up now to get your own per...

**Sign up**

**Relevant people**

**badwebsites**
@badbadwebsites
We expose bad web...
intentionally harm th...
data mining and exp...
personal data for th...

**Whole Mars Catalog**
@WholeMarsBlog
part 24 hour EV ne...
shitty stand up com...

**What's happening**

NCAA Football · LIVE
**Bulldogs at Crimson Tide**
Trending with #UGAvsALA, Bam

Politics · Trending
**Kirstie Alley**
9,348 Tweets

Trending in United States
**Burton**
10.7K Tweets

Politics · Trending
**#BidenHarris2020Landsli...**
26.5K Tweets

US elections · LIVE
**California: Election news a...**
**updates**

Show more

Terms of Service   Privacy Policy
Ads info   More ⌄   © 2020 Twit...



# Explore

# Settings



**Giza299792458N**
20 Tweets

**Giza299792458N**
@Giza299792458N

Biotech Entrepreneur

Joined February 2021

**0** Following   **0** Followers

Follow

**Tweets**   Tweets & replies   Media   Likes

**Giza299792458N Retweeted**

**Giza299792458N** @Giza299792458N · May 8
Here is the real owner of leagle.com.

**Giza299792458N Retweeted**

**Whole Mars Catalog** @WholeMarsBlog · 22h
Maybe finish paying for the anti-SLAPP on the first one before you go
violating court orders again?

@PlainSite

Replying to @PlainSite and @AlmingtonCap

Speaking of unauthorized domain
names, Omar Qazi's lawyer has
refused to deny that Qazi purchased
the domain name plainsite.co. This
would represent a clear violation of
the Lanham Act, and could serve as

Elon Musk

💬 8        ↻ 4        ♡ 58        ⬆

Show this thread

**Giza299792458N** @Giza299792458N · 7h
I too am a victim for many years of Aaron Greenspan. He refuses to stop

**Search Twitter**

### New to Twitter?
Sign up now to get your own per

Sign up

### What's happening

News · Last night
**Israel launches deadly airs
on Gaza following Hamas r
fire on Jerusalem**
Trending with  Israel, Hamas

Trending in United States
**The Bible**
50.2K Tweets

Entertainment · Trending
**Leonardo DiCaprio**
Fans are pointing out that ac
DiCaprio looks like Leonardo
the New York Post said he lo
'unrecognisable in first phot
Scorsese film'
33.7K Tweets

COVID-19 · LIVE
**COVID-19: News and upda
for California**

The New York T... ✔ · 5 ho
**China is targeting Muslim
women in a push to suppre
births in Xinjiang**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit



# Explore

⚙ Settings

with his harassment campaigns.

 

**Whole Mars Catalog** @WholeMarsBlog · 22h
Even after a judge ordered him to stop, Aaron Greenspan can't let off his harassment campaign for a minute.
Show this thread

**New to Twitter?**
Sign up now to get your own per

[ Sign up ]

---

⟲ Giza299792458N Retweeted



**Scribe711** @Scribe7111 · Jan 11 ···
Chapter 7 tells the sad life story of Aaron Jacob Greenspan, the deranged stalker who has been threatening and harassing Tesla customers.

It's a long one, but please read and share to help bring this monster to justice.
@elonmusk
@benmezrich
@plainsite



Chapter 7: Who is Aaron Greenspan?
If you can, please donate to the legal fund via GoFundMe or PayPal.
Previous Chapter: Meet Aaron Jacob Greenspan Table of Contents ...
🔗 wholemars.net

  1    1

---

⟲ Giza299792458N Retweeted



**Luwed Azelle** @AzelleLuwed · Dec 23, 2020 ···
Replying to @izakaminska @PlainSite and @FD
sad how common it is. reminds me of all the harassment Tesla customers have endured from Aaron Jacob Greenspan.

Tesla short sellers paid him through donations to his "charity" to harass Tesla customers

| | |
|---|---|
| intiff: | Aaron Jacob Greenspan |
| fendant: | Smick Enterprises Inc., Elon Musk, Tesla, Inc. and Omar Qazi |
| e Number: | 3:2020cv03426 |
| d: | May 20, 2020 |
| urt: | US District Court for the Northern District of California |
| siding Judge: | Jacqueline Scott Corley |
| erring Judge: | James Donato |
| ture of Suit: | Securities/Commodities |
| y Demanded By: | Plaintiff |

How Aaron Greenspan's Charity PlainSite Silences Critics by Cyberst...
If you can, please donate to the legal fund via GoFundMe or PayPal.
Next Chapter: Who is Omar Qazi? My name is Omar Qazi, and I'm ...
🔗 wholemars.net

 1    1   

---

🔍 Search Twitter

## What's happening

News · Last night
**Israel launches deadly airs on Gaza following Hamas fire on Jerusalem**
Trending with Israel, Hamas

Trending in United States
**The Bible**
50.2K Tweets

Entertainment · Trending
**Leonardo DiCaprio**
Fans are pointing out that ac DiCaprio looks like Leonard the New York Post said he lo 'unrecognizable in first phot Scorsese film'
33.7K Tweets

COVID-19 · LIVE
**COVID-19: News and upda for California**

Ⓔ The New York T... ✓ · 5 ho
**China is targeting Muslim women in a push to suppre births in Xinjiang**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit

**GREENSPAN00325**





Giza299792458N Retweeted

**Whole Mars Catalog** @WholeMarsBlog · Feb 25 ···

this is just for our protection. if anyone suddenly dies mysteriously I need you guys to remember the crazy stalker tormenting us was Aaron Jacob Greenspan

💬 6          ↻ 5          ♡ 25          ⬆

Show this thread

---

### Topics to follow

Sign up to get Tweets about the Topics you follow in your Home timeline.

| Viral Tweets ➕ | NFL |
| Funny Tweets ➕ | Dogecoin cryptocurrency |
| NBA ➕ | Rap |

---

**Giza299792458N** @Giza299792458N · 7h ···

He won't stop with his online doxing .

> 👤 **$TSLAQ is a crowdsourced short and distort** @... · Dec 4, 2020
> How Aaron Jacob Greenspan Worked with Martin Tripp to Threaten Tesla Customers wholemars.net/2020/12/04/how...

💬          ↻          ♡          ⬆

---

**Giza299792458N** @Giza299792458N · May 9 ···

1996 Decency Act 230 needs to be thrown out. Sooner the better.

💬          ↻          ♡          ⬆

---

Giza299792458N Retweeted

**Cameron Winklevoss** ✓ @cameron · May 5 ···

First they laugh at you, then they laugh at you some more, then they laugh at you even more, then Dogecoin goes to the moon.

💬 419          ↻ 1.7K          ♡ 8.9K          ⬆

---

**Giza299792458N** @Giza299792458N · May 8 ···

The human population is 7.5 billion and counting — a mathematician counts how many humans the Earth can actually support businessinsider.com/how-many-peopl... via @businessinsider



The human population is 7.5 billion and counting — a mathematician...
The world's population has reached 7.5 billion people. Since 1960, world population has grown exponentially by about one billion every ...
🔗 businessinsider.com

💬          ↻          ♡          ⬆

---

**Giza299792458N** @Giza299792458N · May 8 ···

David Attenborough: The planet can't cope with overpopulation

---

Search Twitter

**New to Twitter?**

Sign up now to get your own per

**Sign up**

### What's happening

News · Last night
**Israel launches deadly airs on Gaza following Hamas r fire on Jerusalem**
Trending with Israel, Hamas

Trending in United States
**The Bible**
50.2K Tweets

Entertainment · Trending
**Leonardo DiCaprio**
Fans are pointing out that ac DiCaprio looks like Leonardo the New York Post said he lo 'unrecognizable in first phot Scorsese film'
33.7K Tweets

COVID-19 · LIVE
**COVID-19: News and upda for California**

Ⓔ **The New York T...** ✓ · 5 ho
**China is targeting Muslim women in a push to suppre births in Xinjiang**

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twit



Explore

Settings

David Attenborough: The planet can't cope with overpopulation.
weforum.org/agenda/2018/10... via @wef


David Attenborough: The planet can't cope with ...
More people need more food, more energy and
more infrastructure. The British broadcaster and ...
🔗 weforum.org

Search Twitter

New to Twitter?
Sign up now to get your own per

Sign up

What's happening

News · Last night
Israel launches deadly airs
on Gaza following Hamas
fire on Jerusalem
Trending with Israel, Hamas

Trending in United States
The Bible
50.2K Tweets

Entertainment · Trending
Leonardo DiCaprio
Fans are pointing out that ac
DiCaprio looks like Leonard
the New York Post said he lo
'unrecognizable in first phot
Scorsese film'
33.7K Tweets

COVID-19 · LIVE
COVID-19: News and upda
for California

The New York T... ✔ · 5 ho
China is targeting Muslim
women in a push to suppre
births in Xinjiang

Show more

Terms of Service   Privacy Policy
Ads info   More ···   © 2021 Twitt

GREENSPAN00327



5/11/2021

Giza299792458N on Twitter: "1996 Decency Act 230 needs to be thrown out. Sooner the better." / Twitter



 Password Reset                          English ▾

# How do you want to reset your password?



**Giza299792458N**
@Giza299792458N

You can use the information associated with your account.

🔘 Send an email to **85\*\*@p\*\*\*\*\*\*\*\*\*.\*\*\***



Don't have access to these?

GREENSPAN00339





## Tweet

**Whole Mars Catalog** @WholeMarsBlog · 11h    •••
Last night I met this girl who said she called out Aaron Greenspan on Twitter. She said that she saw the tweets and started replying and DMing her until she had to block him. She said she was scared for her life for weeks.

Aaron is known to attack and stalk for innocuous comments

💬 9      🔁 7      ♥ 150      ⬆

**Giza299792458N** @Giza299792458N · 11h    •••
Lots of people don't seem to understand how dangerous Aaron Greenspan is. He is extremely aggressive and has ocd with the public's personal and legal data collecting, which is then at any time used to attack his victims. He files false police reports, lies to Judges…

💬 2      🔁 2      ♥ 23      ⬆

**Mark Vick** @MarkWVick · 11h    •••
Files false police reports?

That's against the law . . .

💬 1      🔁      ♥      ⬆


**Giza299792458N**
@Giza299792458N

Replying to @MarkWVick and @WholeMarsBlog

He files lots of false police reports.Lies under oath to Federal & State Judges. Makes repeated harassing phone calls to Court Clerk's to try & get his way with harassment, intimidation & threats. For some strange reason he has yet to be criminally charged for any of his crimes

10:12 AM · Sep 24, 2021 · Twitter Web App

💬      🔁      ♥      ⬆

## More Replies

**Mark Vick** @MarkWVick · 8h    •••
Replying to @Giza299792458N and @WholeMarsBlog
Wow!  Sounds like he may have some mental issues to me . . . I'm sorry for anyone caught in his cross hairs . . .

💬      🔁      ♥ 1      ⬆

🔍 Search Twitter

### New to Twitter?
Sign up now to get your own personalized timeline!



G Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### Relevant people



**Giza299792458N**    [Follow]
@Giza299792458N
Bio Tech Entrepreneur AI Robotics

**Mark Vick**    [Follow]
@MarkWVick
Looking for opportunities to build useful financial tools for others so they can save & invest intelligently for themselves.

**Whole Mars Catalog**    [Follow]
@WholeMarsBlog
part 24 hour EV news channel / part shitty stand up comedy routine. Testing Tesla FSD Beta

### What's happening

World news · LIVE
**The UN General Assembly continues in New York**



🅢 San Francisco Chroc ✓ · 3 hours ago
**How California's unemployment system got scammed out of $2 million by a prison inmate, a nurse and a car dealership employee**


🅒 The Counter · 5 hours ago
**Lab-grown meat is supposed to be inevitable. The science tells a different story.**


Trending in United States    •••
**Kelly Price**
Gospel singer Kelly Price 'has been listed as a missing person following a welfare check conducted at her home last Saturday,' TMZ reports

GREENSPAN00470



## Giza299792458N
202 Tweets

**Giza299792458N**
@Giza299792458N

Bio Tech Entrepenour
AI
Robotics

📍 Earth    📅 Joined February 2021

**442** Following    **79** Followers

Follow

| Tweets | **Tweets & replies** | Media | Likes |

**Giza299792458N** @Giza299792458N · 1m
Aaron Greenspan is an expert at being a "crybully
A bully who harasses their victim, then goes crying fake tears to a person or group of authority or publicity claiming that their victim harassed them, in order to encourage them to wrongly persecute the victim as well." He lies

**Giza299792458N** @Giza299792458N · 5m
Aaron Greenspan data mines the public personal and legal info. Then when he wants to attack his targeted victim, he goes through all the data he has collected, then in a highly selective manner uploads personal and legal info using plainsite.org to destroy ppl & co.'s

**Giza299792458N** @Giza299792458N · 9m
Aaron Greenspan ████████████████████████████████
is in on this plainsite.org stalking and harassment scheme.

 Giza299792458N Retweeted

 **Whole Mars Catalog** @WholeMarsBlog · 23h
The funniest part of Facebook changing their name is that now Aaron Greenspan can't claim to have invented it anymore

💬 8    🔁 1    ❤️ 80

**Giza299792458N** @Giza299792458N · 51m

**AP**   **ASSOCIATED PRESS**
apnews.com

apnews.com
Tesla hits record profit despite parts shortage, ship delays
DETROIT (AP) — Record electric vehicle sales last summer amid a shortage of computer chips and other materials propelled Tesla Inc. to...

**Giza299792458N** @Giza299792458N · 1h
1.7 million Illegal Immigrants detained at Southern Border so far in 2021. This does not include all the "getaways", which are in the hundred of thousands. They receive $1,400 once entering the US, free hotel stay, education, food, medical care, jobs, child tax credits. Why work?

---

## Search Twitter

### New to Twitter?
Sign up now to get your own personalized timeline!

🍎 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

  
  

### You might like

 **Venture.com** @venturedotcom   Follow

 **Rain Capital** @rain_capital   Follow

 **Mainstage Hub** @Mainstage1   Follow

Show more

### What's happening

COVID-19 · Yesterday
**White House says it is ready to roll out vaccines for children age 5-11 once CDC approves**


Los Angeles Times ✓ · Yesterday
**Intense rain storms could dampen fall wildfire risk in parts of California. Here's what you need to know**


Motherboard ✓ · Yesterday
**Why are there suddenly so many people on strike? Welcome to #Striketober**


NHL · 1 minute ago   GREEN ... 14



**Giza299792458N** @Giza299792458N · 1h

USA 2022: Wages don't keep up with inflation. Crime spirals out of control. Borders can no longer be controlled, millions just arrive in the USA and CBP gives up on doing their jobs, people have had enough and refuse to work to pay taxes 4 this BS, entire US economy in the dumps

Show this thread

**Giza299792458N** @Giza299792458N · 1h
Replying to @WholeMarsBlog

He got screwed royally out of that idea. They chucked him to the side like a bottle cap. A lot of back stabbing

Giza299792458N Retweeted

**The Jucktion** @jucktion · 2h
Ubuntu Linux on VirtualBox quick setup ($19.99 to FREE)

jucktion.com
Ubuntu Linux on VirtualBox quick setup ($19.99 to FREE)
Ubuntu Linux on VirtualBox quick setup ($19.99 to FREE) - Udemy Free Coupons

⟳ 1                    ♡ 2

**Giza299792458N** @Giza299792458N · 2h
When the hell is Dogecoin going back up?

**Giza299792458N** @Giza299792458N · 2h
Daaaaamn! I purchased Bitcoin for just over $7k and now it's over $65k. Patience is the key!

## Topics to follow

Sign up to get Tweets about the Topics you follow in your Home timeline.

| | | |
|---|---|---|
| Funny Tweets ⊕ | $PLTR ⊕ | Gaming ⊕ |
| Viral Tweets ⊕ | Football ⊕ | SpaceX ⊕ |
| Sports ⊕ | Marques Brownlee ⊕ | $AAPL ⊕ |
| $SQ ⊕ | NFL ⊕ | Video games ⊕ |
| You might like ⊕ | Everyday Astronaut ⊕ | Augmented reality ⊕ |

**Giza299792458N** @Giza299792458N · 3h
Replying to @WholeMarsBlog @AaronGreenspan and 2 others

He's stalking all day and night. Cut off all communications, that includes DM

♡ 1

**Giza299792458N** @Giza299792458N · 3h
Replying to @WholeMarsBlog @AaronGreenspan and 2 others

He is quite good at setting people up and framing them and is good at deflecting, pathological lying and is a good rambling tale teller. He lies so well that if one is not smart can almost believe his many lies. He can easily

Search Twitter

Television · 3 hours ago
**Chicago P.D. airing on NBC**
Trending with #ChicagoFire, #ChicagoPD

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ···   © 2021 Twitter, Inc.

GREENSPAN00515

lie and if caught lying will then create another lie

💬        ⟲        ♡ 2        ⬆

**Giza299792458N** @Giza299792458N · 3h                    ...
Replying to @WholeMarsBlog
Don't understand why the victims of Aaron Greenspan don't speak up and
behave somewhat cowardly to not press forward with law enforcement
complaints. If people stay quiet and look the other way, then he will simply
continue.

💬        ⟲        ♡ 1        ⬆

**Giza299792458N** @Giza299792458N · 3h                    ...
Replying to @Giza299792458N @WholeMarsBlog and 2 others
He is a vexatious litigant, well known to many Attorneys in the Bay area, he
files vexatious complaints with insane ramblings to get people to give up
and just pay him some money. Never give up! Fight back and don't ever give
him one penny. Why hasn't he been criminally charged?

💬        ⟲        ♡        ⬆

**Giza299792458N** @Giza299792458N · 4h                    ...
Replying to @Giza299792458N @WholeMarsBlog and 2 others
He harasses his targeted victims to no end. He signs people up with porno
co.'s like Pleasure Dome, which is based where? San Francisco. He hacks in
to Social Media & email accounts. Files false police reports, lies to Judge's,
Police, Court Clerk's nothing happens? He continues

💬 1        ⟲        ♡ 1        ⬆

**Giza299792458N** @Giza299792458N · 4h                    ...
Replying to @WholeMarsBlog
Twitter isn't following their own rules to permanently shut down
@aarongreenspan and @plainsite. He files false copyright violation
complaints, while he violates copyright materials & nothing happens. He
signs people up with pornographic co.'s like Pleasure Dome, harasses stalks

💬 1        ⟲        ♡ 1        ⬆

⟲ Giza299792458N Retweeted
**Whole Mars Catalog** @WholeMarsBlog · Oct 19                    ...
Aaron Greenspan belongs in a high security mental asylum

💬 19        ⟲ 4        ♡ 159        ⬆

**Giza299792458N** @Giza299792458N · 10h                    ...
Paul Tudor Jones calls inflation 'biggest threat' to markets and 'society in
general'   marketwatch.com/story/inflatio...
Biden says he won't tax people who earn under $400k? Well, every single
person living in the USA is being taxed to the max. It's called INFLATION.



marketwatch.com
Inflation 'single biggest threat' to markets and 'society in general,' say...
Inflation won't be "transitory," the Federal Reserve is on the wrong
page, and trouble lies ahead for traditional portfolios split 60%/40% ...

💬        ⟲        ♡        ⬆



# Tweet

**Whole Mars Catalog** @WholeMarsBlog · 20h
Aaron Greenspan belongs in a high security mental asylum

💬 18          ↻ 4          ♡ 159

**Giza299792458N** @Giza299792458N · 12m
Twitter isn't following their own rules to permanently shut down @aarongreenspan and @plainsite. He files false copyright violation complaints, while he violates copyright materials & nothing happens. He signs people up with pornographic co.'s like Pleasure Dome, harasses stalks

💬 1          ↻          ♡ 1

**Giza299792458N** @Giza299792458N · 8m
He harasses his targeted victims to no end. He signs people up with porno co.'s like Pleasure Dome, which is based where? San Francisco. He hacks in to Social Media & email accounts. Files false police reports, lies to Judge's, Police, Court Clerk's nothing happens? He continues

💬 1          ↻          ♡ 1

**Giza299792458N**
@Giza299792458N

Replying to @Giza299792458N @WholeMarsBlog and 2 others

He is a vexatious litigant, well known to many Attorneys in the Bay area, he files vexatious complaints with insane ramblings to get people to give up and just pay him some money. Never give up! Fight back and don't ever give him one penny. Why hasn't he been criminally charged?

7:06 PM · Oct 20, 2021 · Twitter Web App

💬          ↻          ♡          ⬆

**Who can reply?**
People @WholeMarsBlog follows or mentioned can reply

**New to Twitter?**
Sign up now to get your own perso

**Sign up**

**Relevant people**

**Giza299792458N**
@Giza299792458N
Bio Tech Entrepren

**Whole Mars Catalo**
@WholeMarsBlog
part 24 hour EV new
shitty stand up com
Testing Tesla FSD B
that's fit to tweet

**Aaron Greenspan**
@AaronGreenspan
"Je pense, donc je s
Opinions of an inde

**What's happening**

COVID-19 · LIVE
Biden's vaccine mandate fo
workers is supported by leg
precedents, experts say

NBC 6 South Fl… · This
Parkland School Shooter Pl
Guilty

Transportation Insi… · Ye
834 wheelchairs were dama
in July by US airlines — disa
advocates are fighting for c

NBA · LIVE
Magic at Spurs


GREENSPAN00531



𝕏

# Tweet

\# Explore

⚙ Settings



**Whole Mars Catalog** @WholeMarsBlog · Oct 21          ···

After having his illegal-SLAPP suit dismissed earlier this year, Omar's Cyberstalker Aaron Jacob Greenspan is now asking the judge to allow him to rewrite his lawsuit against Omar and @elonmusk for a sixth time as retaliation for speaking out about TSLAQ member Missy Cummings COI

> 8   ("Plaintiff") will and hereby does move the Court for an Order granting leave to file a Fifth
> 9   Supplemental and Amended Complaint.
> 10      The Court should grant Plaintiff's motion because numerous facts pertinent to the
> 11   existing claims in this action have come to light since the filing of the Fourth Amended
> 12   Complaint ("4AC") on August 13, 2021, and supplementation prior to further review of the 4AC
> 13   by the Court will conserve judicial resources. Supplementation is necessary to include in the
> 14   complaint facts and allegations regarding recent events, some of which were deliberately
> 15   concealed by the Defendants in this case.
> 16      This motion is based on this notice of motion and motion, the supporting memorandum
> 17   of points and authorities, the pleadings and other papers on file in this action, and any other
> 18   evidence that may be offered at a hearing if necessary.
> 19
> 20           MEMORANDUM OF POINTS AND AUTHORITIES
> 21   I.    INTRODUCTION

💬 38          ↻ 11          ♡ 137          ⬆

**Giza299792458N** @Giza299792458N · Oct 21          ···

Why doesn't the Judge order him to undergo a thorough Psych evaluation for the good of everyone.

💬 1          ↻          ♡ 3          ⬆

**pjhornak** @PJHORNAK · 4h          ···

72 hour psych hold

💬 1          ↻          ♡ 1          ⬆

**Giza299792458N**
@Giza299792458N          ···

Replying to @PJHORNAK @WholeMarsBlog and @elonmusk

## Judge's Order: Prohibit Aaron Greenspan from using the internet, close down all his stalking sites online. Violation of this will be immediate long term detention in a highly secure Psych Facility

3:32 PM · Oct 26, 2021 · Twitter Web App

1 Like

💬          ↻          ♡          ⬆

Search Twitter

New to Twitter?

Sign up now to get your own perso

 Sign up with Go

 🍎  Sign up with A

Sign up with phone o

By signing up, you agree to the Te
Privacy Policy, including Cookie U

### Relevant people

**Giza299792458N**
@Giza299792458N
Bio Tech Entreprene

**pjhornak**
@PJHORNAK
Economist, Teslafar
Mathematician

**Whole Mars Catalo**
@WholeMarsBlog
part 24 hour EV new
shitty stand up com
Testing Tesla FSD B
that's fit to tweet






Explore

Settings

# Tweet



**Whole Mars Catalog** @WholeMarsBlog · 5h
The judge has denied Aaron Greenspan's motion, in the latest loss for the mentally ill Tesla short seller.

Attempts to silence the Tesla community from speaking out will always fail.

> **Whole Mars Catalog** @WholeMarsBlog · Oct 21
> After having his illegal-SLAPP suit dismissed earlier this year, Omar's Cyberstalker Aaron Jacob Greenspan is now asking the judge to allow him to rewrite his lawsuit against Omar and @elonmusk for a sixth time as retaliation for speaking out about TSLAQ member Missy Cummings COI
>
> Show this thread

8   ("Plaintiff") will and hereby does move the Court for an Order granting leave to file a Fifth
9   Supplemental and Amended Complaint.
10         The Court should grant Plaintiff's motion because numerous facts pertinent to the
11  existing claims in this action have come to light since the filing of the Fourth Amended
12  Complaint ("4AC") on August 13, 2021, and supplementation prior to further review of the 4AC
13  by the Court will conserve judicial resources. Supplementation is necessary to include in the
14  complaint facts and allegations regarding recent events, some of which were deliberately
15  concealed by the Defendants in this case.
16         This motion is based on this notice of motion and motion, the supporting memorandum
17  of points and authorities, the pleadings and other papers on file in this action, and any other
18  evidence that may be offered at a hearing if necessary.
19
20                    **MEMORANDUM OF POINTS AND AUTHORITIES**
21   I.   INTRODUCTION

💬 19          ↻ 10          ♡ 144          ⬆️

**Giza299792458N**
@Giza299792458N

Replying to @WholeMarsBlog

100% Aaron Greenspan is mentally ill and he enjoys filing false complaints and setting people up to get what he wants, like money. Now why haven't the Attorneys put a complete stop to this nonsense and gotten this case dismissed, so the counter suing can begin. Many vicitms

5:16 PM · Oct 26, 2021 · Twitter Web App

**1** Like

💬          ↻          ♡          ⬆️

🔵 **Who can reply?**
People @WholeMarsBlog follows or mentioned can reply

🔍 Search Twitter

### New to Twitter?
Sign up now to get your own pers

G    Sign up with Go

🍎   Sign up with A

Sign up with phone o

By signing up, you agree to the Te
Privacy Policy, including Cookie U

### Relevant people

**Giza299792458N**
@Giza299792458N
Bio Tech Entrepren

**Whole Mars Catalo**
@WholeMarsBlog
part 24 hour EV new
shitty stand up com
Testing Tesla FSD B
that's fit to tweet

### What's happening

NHL · LIVE
**Flames at Devils**

🔵 Los Angeles Times ✓ · Yeste
**How Halyna Hutchins' deat
become a rallying cry for fil
safety**

🔵 Los Angeles Tim… ✓ · This
**Did the massive California s
end the drought? Nope. He
why**

Television · LIVE
**The Bachelorette airing on A
Trending with #TheBachelorette
Jamie

Television · LIVE
**Supergirl airing on The CW
Trending with #Supergirl, Lena

Show more

Terms of Service    Privacy Policy
Ads info    More ⋯    © 2021 Twitt

**Giza299792458N** @Giza299792458N · 17h    ...



💬 1    🔁         ♡ 1         ⬆️

**Giza299792458N**                          ...
@Giza299792458N

Aaron Greenspan is a complete meddling little be***h.
This creep uploaded my employer's address, phone
number, other personal identifying info online. Can a
doctor please put this creep exactly where he belongs!
In a Psychiatric Facility. The sooner the better for all of
humanity

GREENSPAN00535

3:43 PM · Oct 26, 2021 · Twitter Web App



## Tweet

**Whole Mars Catalog** @WholeMarsBlog · 5h          ···
The judge has denied Aaron Greenspan's motion, in the latest loss for the mentally ill Tesla short seller.

Attempts to silence the Tesla community from speaking out will always fail.

> **Whole Mars Catalog** @WholeMarsBlog · Oct 21
> After having his illegal-SLAPP suit dismissed earlier this year, Omar's Cyberstalker Aaron Jacob Greenspan is now asking the judge to allow him to rewrite his lawsuit against Omar and @elonmusk for a sixth time as retaliation for speaking out about TSLAQ member Missy Cummings COI
>
> Show this thread



💬 19          🔁 10          ♡ 144          ⬆️

**Giza299792458N**          ···
@Giza299792458N

Replying to @WholeMarsBlog

Federal District Attorney knows about all the perjury under oath and in his insane rambling complaints and we'll see what criminal charges will proceed against Aaron Greenspan. Other Federal agencies are looking in to this creep. He's been getting away w crimes for far too long

5:19 PM · Oct 26, 2021 · Twitter Web App

**1** Like

💬          🔁          ♡          ⬆️

🔵 **Who can reply?**
People @WholeMarsBlog follows or mentioned can reply

**New to Twitter?**
Sign up now to get your own person…

G     Sign up with G…

🍎     Sign up with A…

Sign up with phone o…

By signing up, you agree to the Te…
Privacy Policy, including Cookie U…



**Relevant people**

**Giza299792458N**
@Giza299792458N
Bio Tech Entrepren…

**Whole Mars Catal…**
@WholeMarsBlog
part 24 hour EV new…
shitty stand up com…
Testing Tesla FSD B…
that's fit to tweet

**What's happening**

NHL · LIVE
**Flames at Devils**

GREENSPAN 00536









GREENSPAN00555



↓1          ↓1

**Witches** @Witchestoday · 1h                    ···

Aaron Greenspan ████████████████ running plainsite.org from
████████ San Francisco and are making $ by doxxing and harassing
people in to oblivion. Using @plainsite and @aarongreenspan to perpetuate
this @TwitterSupport shut these accounts down tnx

💬          ↓          ♡          ⬆

↻ **Witches Retweeted**

**Market Rebellion** ✓ @MarketRebels · 4h                    ···

Hertz CEO says they may double their $TSLA order to 200k vehicles

💬 73      ↻ 342      ♡ 1.9K      ⬆

Show this thread

↻ **Witches Retweeted**

**Blinkist** ✓ @blinkist · Jun 2                    ···

When he's not building rockets, boring tunnels beneath Los Angeles, or
sending cars into space, Elon Musk reads a lot. Here are 9 nonfiction books
he thinks we should all read.

blinkist.com
9 Books From Elon Musk's Reading List That Will Change Your Life

💬 2.1K      ↻ 1.8K      ♡ 7.7K      ⬆

**Witches** @Witchestoday · 2h                    ···

Plainsite.org is viciously doxxing and stalking Elon Musk on a daily basis.
Read that plainsite.org is being run by Aaron Greenspan ████████████
████ out of San Francisco to earn $

💬          ↓1          ♡          ⬆

**Witches** @Witchestoday · 2h                    ···

The public should most likely not follow @plainsite as this Twitter account
and plainsite.org are being used on a daily basis to do lots of doxxing and
harassment towards Elon Musk and Tesla and many other people like Mark
Zuckerberg. @TwitterSupport check this out

💬 1      ↓1          ♡          ⬆

**Witches** @Witchestoday · 2h                    ···

@plainsite a doxxing and harassment Twitter account is being run by
@aarongreenspan. Twitter should do their due diligence @TwitterSupport
not ignore these daily abuses by these Twitter account. Aaron Greenspan is
obsessed with doxxing and harassment and shouldn't be on Twitter

💬          ↓1          ♡          ⬆

**Topics to follow**
Tweets about the Topics you follow show up in your Home timeline

( Funny Tweets  +  × )  ( Gaming  +  × )  ( Rap

---

**Search Twitter**

**What's happening**

Politics · LIVE
**AG Merrick Garland testifies
before the Senate Judiciary
Committee**
Trending with Ted Cruz, Capitol Hill



#SpiritHalloweekend
It's official Halloween starts now. Show us how
you celebrate.
⊡ Promoted by Spirit Halloween

Entertainment · Trending                    ···
**Brian Cox**
2,374 Tweets

SFGATE ✓ · Yesterday                    ···
**A couple took hilarious
engagement photos at their
favorite grocery store**



News · Trending                    ···
**Joe Lieberman**
1,967 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Ads info    More ···    © 2021 Twitter, Inc.

GREENSPAN00556

Viral Tweets + ✕        NFL + ✕        Video games

Sports + ✕        Basketball + ✕        Business and finance

You might like + ✕        Music + ✕        Anime

Football + ✕        NBA + ✕        Actors

More Topics

## Promoted Tweet



IKEA USA ✓ @IKEAUSA ⋯
We believe that together we can still choose to create a better future and limit global temperature rises to 1.5ºC. Find out what we're doing to accelerate climate action as a Partner of #COP26 – and in our own business. #AssembleABetterFuture



The IKEA vision is to create a better everyday life for the many people

▶  0:03 / 0:30   🔇  ⛶

ikea.com
Assemble A Better Future Together

💬 16        🔁 3        ♡ 25        ⬆️

↗ Promoted


Witches @Witchestoday · 2h                    ⋯
Paid family leave falls out of Biden bill as tempers rise
sfgate.com/news/article/D… via @SFGate



## Search Twitter

## What's happening

Politics · LIVE
**AG Merrick Garland testifies before the Senate Judiciary Committee**
Trending with Ted Cruz, Capitol Hill

**#SpiritHalloweekend**
It's official Halloween starts now. Show us how you celebrate.
↗ Promoted by Spirit Halloween

Entertainment · Trending                    ⋯
**Brian Cox**
2,374 Tweets

SFGATE ✓ · Yesterday
**A couple took hilarious engagement photos at their favorite grocery store**

News · Trending                    ⋯
**Joe Lieberman**
1,967 Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ⋯   © 2021 Twitter, Inc.

GREENSPAN00557

sfgate.com
Paid family leave falls out of Biden bill as tempers rise
WASHINGTON (AP) — Top Democrats signaled a deal is within reach on
President Joe...

💬     ♻     ♡     ⬆

♻ Witches Retweeted



**UberFacts** ✔ @UberFacts · Oct 27     •••
The exact location of Hyperion, the world's tallest known living tree, is kept
secret for the tree's protection

💬 39     ♻ 291     ♡ 3.8K     ⬆



## What's happening

Politics · LIVE
**AG Merrick Garland testifies
before the Senate Judiciary
Committee**
Trending with Ted Cruz, Capitol Hill



#SpiritHalloweekend
It's official Halloween starts now. Show us how
you celebrate.
▶ Promoted by Spirit Halloween

Entertainment · Trending     •••
**Brian Cox**
2,374 Tweets

SFGATE ✔ · Yesterday
**A couple took hilarious
engagement photos at their
favorite grocery store**

News · Trending     •••
**Joe Lieberman**
1,967 Tweets

Show more

Terms of Service    Privacy Policy    Cookie Policy
Ads info    More •••    © 2021 Twitter, Inc.





← **Thread**


**Witches** ···
@Witchestoday


@SecretService can you shut down plainsite.org
owned and run by Aaron Jacob Greenspan who is
obsessed with doxxing, cyberstalking & targeted
harassment. He also uses
@aarongreenspan & @plainsite
to do these crimes daily. There is a report on this
mentally Ill person

9:06 PM · Nov 9, 2021 · Twitter Web App


**Witches** @Witchestoday · 3h ···
Replying to @Witchestoday
Aaron Jacob Greenspan is a malicious hacker. He's hacked in to MBTA
Boston 2005, PayMaxx, GSA online bidding website NYC, email & Social
Media accounts and uses plainsite.org to extort money to remove URL's,
extortion, IP Address Harvesting, doxxing & harassment. Report

 1          


**Witches** @Witchestoday · 3h ···
@SecretService Aaron Jacob Greenspan refuses to cease & desist & delete
doxxing materials using plainsite.org & he does lots of targeted harassment,
cyberstalking, threatens people & just refuses to stop. There is a detailed
report on file about Aaron Jacob Greenspan.




**New to Twitter?**
Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

Search Twitter

**Relevant people**


**Witches**              Follow
@Witchestoday


**U.S. Secret Service** ✓  Follow
@SecretService
The Secret Service is mandated by
Congress to carry out an integrated
mission of protection and criminal
investigations.


**Aaron Greenspan**       Follow
@AaronGreenspan
"Je pense, donc je suis." —Descartes
Opinions of an independent thinker.

**What's happening**

Basketball · Yesterday
**A new season of NCAA
Basketball is here** 🏀


🔵 Toronto Star ✓ · Yesterday
**Raptors 905 set to return to
Mississauga after almost two
years away**


🔴 Thomson Reuters ... ✓ · Yesterday
**How abortion bans are hurting
the U.S. economy**


Anime · Trending          ···
**One Piece**
133K Tweets

Trending in United States   ···
**Malala**
83.2K Tweets

Show more

Terms of Service   Privacy Policy   Cookie Policy
Ads info   More ···   © 2021 Twitter, Inc.

**GREENSPAN00587**

← **Witches**
86 Tweets



🔍 Search Twitter

**Witches**
@Witchestoday

📅 Joined September 2021

28 Following    2 Followers

| Tweets | Tweets & replies | Media | Likes |

Witches @Witchestoday · 2h                    •••
Aaron Greenspan has and still is violating the Feds RICO ACT: Bribery & Extortion using plainsite.org, Money Laundering by sticking the money in fraudulent 501c3's, Dealing in obscene matter, Theft. Embezzlement, Criminal copyright infringement, Securities Fraud, Arson

💬        🔁        ♡        ⬆️

Witches @Witchestoday · 2h                    •••
Replying to @SECGov and @SEC_Enforcement
Aaron Greenspan is violating the RICO Act and working with other co-conspirators to devaluate Stocks on Social Media and then together Short those targeted Stocks, which are Security Violations. Aaron Greenspan has done wire fraud, laundered money, lied to the Feds and much more

💬        🔁        ♡        ⬆️

Witches @Witchestoday · 2h                    •••
Replying to @BarkMSmeagol @PlainSite and 5 others
He has lots of fake Twitter accounts to harass, stalk and dox his many victims.

💬        🔁        ♡        ⬆️

Witches @Witchestoday · 2h                    •••
This is what Aaron Greenspan does. He does not like to work for a living, he just likes to cyberstalk, harass, dox and do lots of doxing and snooping around on people with his illegal techniques.



💬        🔁        ♡        ⬆️

**New to Twitter?**
Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

NHL · 4 hours ago
**Blues at Flyers**



CNBC Inte... ✓ · February 22, 2022
**The world reacts to the Russia-Ukraine crisis**

Bloomberg Quickt... ✓ · Yesterday
**Wind farms in Norway are spooking reindeer herds**

Television · 5 hours ago
**Abbott Elementary airing on ABC**
Trending with #AbbottElementary

NCAA Men's Basketball · 3 hours ago
**Crimson Tide at Commodores**
Trending with Vandy

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

GREENSPAN00634







**Witches** @Witchestoday · 3h    •••

Mark Zuckerberg was harassed & stalked by Aaron Greenspan. Then Mark Zuckerberg gave this stalker Aaron Greenspan $250k and he stuck it under his fraudulent 501c3 Think Computer Found., but still wouldn't get lost & a job. Nobody should give Aaron Greenspan a penny for anything

Show this thread



**Witches** @Witchestoday · 3h    •••

Twitter users need to complain about all the abuses by @plainsite and get this bum shut down, so people can stop being stalked, harassed and threatened by Aaron Greenspan. Contact Twitter Safety about @plainsite and get it permanently Shut Down

### Topics to follow

Sign up to get Tweets about the Topics you follow in your Home timeline.

| | | |
|---|---|---|
| $TSLA ＋ | Everyday Astronaut ＋ | SpaceX ＋ |
| Environmentalism ＋ | Cooking ＋ | Funny Tweets ＋ |
| Tesla Motors ＋ | Marques Brownlee ＋ | $SQ ＋ |
| Weather ＋ | Space ＋ | NFL ＋ |
| Viral Tweets ＋ | Euphoria ＋ | $PLTR ＋ |

**Witches** @Witchestoday · 3h    •••

Chapter 7: Who is Aaron Greenspan? wholemars.net/2021/01/11/cha… via @WholeMarsBlog

Aaron Greenspan is a social pariah who has never worked a day in his pathetic life. All he does is ride the coat tails of successful people harasses them to try and get some $. Don't give him a penny



wholemars.net
Chapter 7: Who is Aaron Greenspan?
If you can, please donate to the legal fund via GoFundMe or PayPal. Previous Chapter: Meet Aaron Jacob Greenspan Table of Contents Thi…

💬 1     ⟲     ♡ 1     ⬆

Show this thread



**Witches** @Witchestoday · 6h

Replying to @MarketRebels

Aaron Greenspan is stoking retaliation moves and has many fake Twitter accounts that he uses to stalk, harass and dox his victims

### New to Twitter?

Sign up now to get your own personalized timeline!

G   Sign up with Google

🍎   Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

### What's happening

NHL · 4 hours ago
**Blues at Flyers**


CNBC Inte... ✔ · February 22, 2022
**The world reacts to the Russia-Ukraine crisis**


Bloomberg Quickt... ✔ · Yesterday
**Wind farms in Norway are spooking reindeer herds**


Television · 5 hours ago
**Abbott Elementary airing on ABC**
Trending with #AbbottElementary


NCAA Men's Basketball · 3 hours ago
**Crimson Tide at Commodores**
Trending with Vandy


Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

GREENSPAN00635





**Witches** @Witchestoday · 6h                    •••
Replying to @WholeMarsBlog
Yes, it will take more time and patience. But Tesla is ahead of the competitors.



**Witches** @Witchestoday · 6h                    •••
Replying to @GeneralBrnovich
If the US cannot control who comes in and out of the US, then how does the US think they are going to defend a foreign countries' border? First secure your own house, before defending others.



**Witches** @Witchestoday · 6h                    •••
Replying to @Osinttechnical
? What about securing the US Borders and protecting Americans and Legal Residents?



**Witches** @Witchestoday · Feb 21                    •••
Mount Etna roars again, sends up towering volcanic ash cloud

msn.com
Mount Etna roars again, sends up towering volcanic ash cloud
ROME (AP) — Mount Etna has roared back to spectacular action after a few months of relative quiet, sending up a 12-kilometer (7.5-mile) high …



**Witches** @Witchestoday · Feb 21                    •••
Madagascar braces for next cyclone as at least 14 killed by storm



msn.com
Madagascar braces for next cyclone as at least 14 killed by storm
Madagascar braces for next cyclone as at least 14 killed by storm

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**What's happening**

NHL · 4 hours ago
**Blues at Flyers**



CNBC Inte… · February 22, 2022
**The world reacts to the Russia-Ukraine crisis**



Bloomberg Quickt… · Yesterday
**Wind farms in Norway are spooking reindeer herds**



Television · 5 hours ago
**Abbott Elementary airing on ABC**
Trending with #AbbottElementary



NCAA Men's Basketball · 3 hours ago
**Crimson Tide at Commodores**
Trending with Vandy



Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More •••
© 2022 Twitter, Inc.

GREENSPAN00636







**Witches Retweeted**

 

**Wilder Child** @beawilderchild · Mar 28, 2017

The Cleverness of Crows - using tools, mimicking humans and problem solving. #birders buff.ly/2neTBBH



💬 2      🔁 3      ♡ 5

**New to Twitter?**

Sign up now to get your own personalized timeline!

🔵 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

## What's happening

NHL · 4 hours ago
**Blues at Flyers**



🏢 CNBC Inte... ✓ · February 22, 2022
**The world reacts to the Russia-Ukraine crisis**



🔵 Bloomberg Quickt... ✓ · Yesterday
**Wind farms in Norway are spooking reindeer herds**



Television · 5 hours ago
**Abbott Elementary airing on ABC**
Trending with #AbbottElementary



NCAA Men's Basketball · 3 hours ago
**Crimson Tide at Commodores**
Trending with Vandy



Show more

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.

GREENSPAN00637






🔍 Search Twitter

#  Explore

⚙  Settings

**Follow**

## Giza299792458N
@Giza299792458N

Bio Tech Entrepreneur
AI
Robotics

📍 Earth    📅 Joined February 2021

**511** Following    **89** Followers

**Tweets**    Tweets & replies    Media    Likes

GREENSPAN00668



**Explore**

**Settings**

**Giza299792458N** @Giza299792458N · Mar 6

Zelenskyy should allow all males from 18 to 60 to leave Ukraine if not in the military and not force them to have to take up arms, risk their lives and destroy their families who are leaving without them to other countries. Where have all the Ukrainian Oligarchs gone to?

**Topics to follow**

Sign up to get Tweets about the Topics you follow in your Home timeline.

| Astronauts ＋ | NBA ＋ | $PLTR ＋ | Funny Tw |
| Euphoria ＋ | SpaceX ＋ | Physics ＋ | Electric v |
| Everyday Astronaut ＋ | Basketball ＋ | NBA players ＋ | Marketing |
| Marques Brownlee ＋ | $SQ ＋ | Gaming ＋ | Video ga |
| Environmentalism ＋ | NFL ＋ | $AAPL ＋ | $GOOG |

**Giza299792458N** @Giza299792458N · Mar 6

Antony Blinken is incompetent and causing a lot of trouble in the world

**Giza299792458N** @Giza299792458N · Mar 6

Ya! Countries didn't speak up about that barbaric attack. And for what? Many blamed Madeleine Albright for initiating this barbaric act.



**Rastko Vukovic** @Rale57 · Mar 4

This is not Ukraine, this is Belgrade in 1999 ... and the world has been silent...

**Giza299792458N** @Giza299792458N · Mar 6

Empire Politician: In 1999, Joe Biden aggressively pushed the NATO bombing of Serbia and called for a WWII-style military occupation



**New to Twitter?**

Sign up now to get your own pers

 Sign up with Go

 Sign up with A

Sign up with phone o

By signing up, you agree to the Te
Privacy Policy, including Cookie U


GREENSPAN0069




Explore


Settings



theintercept.com
Empire Politician - 1999: NATO Bombing of Serbia and Montengro
Joe Biden was an enthusiastic proponent of the 78-day bombing of
Serbia and Montengro and wanted to send in ground troops.

← **Giza299792458N**
412 Tweets                              **Follow**

↻ Giza299792458N Retweeted

**Chinese Embassy in Russia 中国驻俄罗斯大使馆** ✔  @Chi... · Feb 25   ⋯
🏳 Государственный орган (Китай)

Among the 248 armed conflicts that occurred in 153 regions across the
world from 1945 to 2001, 201 were initiated by the #US, accounting for
81% of the total number.



💬 2,408        ↻ 15.4K        ♡ 31.1K

↻ Giza299792458N Retweeted

**DexaCS** @dexa_cs · Feb 25   ⋯
Replying to @ChineseEmbinRus
Remember this.



## What's happening

War in Ukraine · LIVE
Ukrainian and Russian offic
conclude a third round of ta

🌐 British GLAMOUR ✔   Earlie
Women forced to leave thei
husbands behind to flee Uk
with their children share the
stories

🌐 Los Angeles Tim... ✔ · This
Raining rockets, scattered
corpses, an existential batt
Inside Ukraine after a week
war with Russia

Television · LIVE
The Bachelor airing on ABC
Trending with Genevieve,
#TheBachelor

Television · LIVE
All American airing on The
Trending with #AllAmerican

Show more

Terms of Service · Privacy Policy
Accessibility · Ads info · More ···
© 2022 Twitter, Inc.

GREENSPAN00670

https://twitter.com/Giza299792458N                3/9



# Explore

## Settings

💬 13          🔁 162          ♡ 246          ⬆️

🔁 **Giza299792458N** Retweeted

 **Shibetoshi Nakamoto** ✔️ @BillyM2k · Mar 4

not a doge



💬 413          🔁 440          ♡ 3,084          ⬆️

**Giza299792458N** @Giza299792458N · Mar 5

Shareholders approve Apple civil rights audit, Tim Cook's $99M pay package appleinsider.com/articles/22/03…

$99 million pay package is Extremely Abusive!

appleinsider.com
Shareholders approve Apple civil rights audit, Tim Cook's $99M pay p…

Apple shareholders have approved a proposal urging the company to carry out a third-party civil rights audit contrary to what the board …

💬          🔁          ♡          ⬆️

GREENSPAN00671



# Witches
134 Tweets

## Witches
@Witchestoday

Joined September 2021

42 Following    2 Followers

Tweets    **Tweets & replies**    Media    Likes

**Witches** @Witchestoday · 40m
@paraga @TwitterSafety @TwitterSupport Following Twitter account @plainsite has many complaints for uploading personal information from his data mining website plainsite.org it's used in conjunction with @plainsite. @plainsite suspended many times but why not shut down

**Witches** @Witchestoday · 46m
@SFPDBayview @SFMayorsOffice
Aaron Jacob Greenspan is constantly data mining personal information on people & companies to do cyberstalking, doxing & harassment w his plainsite.org he files false police reports & is a crime & lies to Law Enf., Judges & Court Clerk's

**Witches** @Witchestoday · 1h
This was online: Aaron Greenspan plainsite.org harassment: ripoffreport.com/reports/aaron-...

**Witches** @Witchestoday · 1h
@FBIPhoenix @paraga @TwitterSafety Aaron Jacob Greenspan is a dangerous hacker who hacks in to emails, social media accounts & much more.
bizjournals.com/boston/blog/ma...
https://www.zdnet. com/article/payroll-site-closes-on-security-worries/
FBI has visited Aaron Greenspan many occasions

> bizjournals.com
> South Station hack shows security train not on sc...
> The router password to South Station's Web turned out to be a cinch: South:Station.

**Witches** @Witchestoday · 1h
@paraga @Twitter @TwitterSafety @TwitterSupport Aaron Jacob Greenspan is cyberstalking, doxing, harassing his victims with his many fake Twitter accounts. HIs two main cyberstalking & doxxing Twitter accounts are @plainsite & @aarongreenspan but he has many fake Twitter accounts

---

## New to Twitter?
Sign up now to get your own personalized timeline!



Sign up with Google

Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.



## You might like

RCTRENDS_27
@RCTRENDS_27          Follow

oyatto
@OyattoOyatto         Follow

明智左馬介
@6qwFPHItg5yPaOq      Follow

Show more

## What's happening

War in Ukraine · LIVE
**Russian forces pull back around capital Kyiv but fighting continues**
Trending with Bucha



Los Angeles Times · Last night
**Los Angeles has agreed to build potentially thousands of new beds and housing units for homeless people. Here's how**



Los Angeles Times · Yesterday
**With gas prices sky-high, some would-be EV buyers are getting**

GREENSPAN0080



Show this thread

**Witches** @Witchestoday · 1h                    ···
The public should not follow Aaron Jacob Greenspan's Twitter accounts @plainsite & @aarongreenspan as he data mines the public's info w his plainsite.org & when one clicks on @plainsite.org he does IP Harvesting & he is cyberstalking, doxing, harassing ppl w their info

💬 1

Show this thread

---

**Topics to follow**
Sign up to get Tweets about the Topics you follow in your Home timeline.

| $TSLA + | Viral Tweets + | SpaceX + |
| Environmentalism + | Everyday Astronaut + | Entertainment + |
| Tesla Motors + | Funny Tweets + | $SQ + |
| Weather + | Marques Brownlee + | NFL + |
| Cooking + | Space + | $PLTR + |

---

**Witches** @Witchestoday · 1h                    ···
@paraga @Twitter @TwitterSafety @TwitterSupport @plainsite has over a 100 complaints for uploading private information, cyberstalking, doxxing, harassment, encouraging others to harass victims of Aaron Jacob Greenspan. Why doesn't Twitter permanently shut down @plainsite 4 abuses

---

**Witches** @Witchestoday · Apr 1                    ···
Aaron Jacob Greenspan is getting hold of millions of legal dockets, tens of millions of sensitive legal pages from the Federal site Pacer & any court where he can get free docs then uploads them on his data mining monetized website plainsite.org to make money illegally

---

**Witches** @Witchestoday · Apr 1                    ···
@BillGates @Microsoft @Bing Please stop allowing Aaron Jacob Greenspan from uploading on the Bing Search Engine anything from his cyberstalking, data mining monetized website plainsite.org & his Twitter accounts @plainsite & @aarongreenspan as he is doxxing many victims

---

**Witches** @Witchestoday · Apr 1                    ···
Replying to @Witchestoday and @GoDaddyHelp
but collect money

---

**Witches** @Witchestoday · Mar 31                    ···
@Google stop allowing Aaron Greenspan to do cyberstalking, doxing & harassing the public on the Google search engine with plainsite.org his Twitter accounts @plainsite @aarongreenspan & many gripe sites causing major damage to people's reputations & livelihoods.

---

**Witches** @Witchestoday · Mar 31

GREENSPAN00681








**Witches** @Witchestoday · Mar 31

Russia-Ukraine War Helps Drive Nickel Prices, EV Headaches via @forbes



forbes.com
Russia-Ukraine War Helps Drive Nickel Prices, EV Headaches
The Russia-Ukraine war has been the catalyst for skyrocketing prices for nickel, a key material for EV batteries. The volatile nickel market …

        



**Witches** @Witchestoday · Mar 31                              ···

Scientists finally finish decoding entire human genome

omaha.com/news/science/s… via @owhnews



omaha.com
Scientists finally finish decoding entire human genome
"It took 20-plus years, but we finally got it done."

              



**Witches** @Witchestoday · Mar 31                              ···

Journalist claims US behind threat letter against PM Imran Khan

arynews.tv/journalist-cla… via @arynewsofficial



arynews.tv
Journalist claims US behind threat letter against PM Imran Khan
ISLAMABAD: Renowned journalist Nasim Zehra has claimed that a United States (US) official conveyed to Pakistan's Ambassador in …

GREENSPAN00682



**Witches** @Witchestoday · Mar 31
Replying to @GoDaddyHelp
Godaddy doesn't do anything

💬 1          ↺          ♡          ⬆

**Witches** @Witchestoday · Mar 31
@FBIPhoenix @FBISanFrancisco @OhioAG @SF_SEC @LondonBreed Aaron
Jacob Greenspan is destroying people & companies' reputations &
livelihoods with his plainsite.org & uses his Twitter accounts @plainsite &
@aarongreenspan to do cyberstalking, doxxing & harassment daily

💬          ↺          ♡          ⬆

GREENSPAN00683



Twitter

# Explore

# Settings

← **Thread**

**Witches** @Witchestoday · Apr 19    …



> complaintsboard.com
> Plainsite.org / Think Computer: Reviews,
> Complaints, Customer Claims

💬 1          ⟲          ♡          ↑

**Witches** @Witchestoday · Apr 19    …
Aaron Jacob Greenspan is a cybercriminal harassing his victims on a daily basis with his plainsite.org @plainsite @aarongreenspan and his many fake Twitter accounts. So far Twitter does not shut down @plainsite which is a menace to society

💬 1          ⟲          ♡          ↑

**Witches** @Witchestoday · Apr 19    …
In most EU countries a character like Aaron Jacob Greenspan would be forcibly brought before a Judge by law enforcement and would have to undergo a psych evaluation. Most likely inpatient and he would not be allowed to own plainsite.org or access the internet for safety

💬 2          ⟲          ♡          ↑

**Witches**
@Witchestoday

## Apparently Aaron Jacob Greenspan is under a Trust Fund umbrella left by his grandmother Evelyn Keene

docdroid.net
Evelyn Keene Real Estate Holdings.pdf
View and download Evelyn Keene Real Estate Holdings.pdf on DocDroid

9:23 AM · Apr 23, 2022 · Twitter Web App

💬          ⟲          ♡          ↑

### New to Twitter?
Sign up now to get your own perso...

🅖 Sign up with Go...

 Sign up with A...

Sign up with phone o...

By signing up, you agree to the Te...
Privacy Policy, including Cookie U...

### Relevant people

**Witches**
@Witchestoday

### What's happening

Music · LIVE
🎶 All the action from the f...
weekend of Coachella 2022

🌐 The Boston Globe ✓ · Yeste...
The state was supposed to
rehabilitate them. Instead,
hundreds of children were
allegedly abused in N.H.

Entertainment · LIVE
It's Angel Locsin's birthday

NHL · LIVE
Penguins at Red Wings

4/25/22, 4:37 PM



# Explore

# Settings



🔍 Search Twitter

**Follow**

**Diegomasmarques@diegomasmarques**
@Diegomasmarque5

📅 Joined April 2022

**13** Following    **0** Followers

| Tweets | **Tweets & replies** | Media | Likes |
|---|---|---|---|

**Diegomasmarques@diegomasmarques** @Diegomasmarque5 · 57m    ⋯
Replying to @WholeMarsBlog and @AaronGreenspan
He conspires with other data mining website owners on the low

**Diegomasmarques@diegomasmarques** @Diegomasmarque5 · 1h    ⋯
Replying to @Diegomasmarque5 @WholeMarsBlog and 3 others
He has lots of fake Twitter accounts as well

**Diegomasmarques@diegomasmarques** @Diegomasmarque5 · 1h    ⋯
Replying to @WholeMarsBlog and @elonmusk



GIF | ALT

**Diegomasmarques@diegomasmarques** @Diegomasmarque5 · 1h    ⋯
Replying to @WholeMarsBlog and @elonmusk
Nice! good riddens to the cyberstalking doxing harassing @plainsite @aarongreenspan

New to Twitter?

Sign up now to get your own pers...

G  Sign up with G...

🍎  Sign up with A...

Sign up with phone o...

By signing up, you agree to the Te...
Privacy Policy, including Cookie U...

## What's happening

Music · LIVE
**It's Daniel Padilla's birthday**



Vulture ✓ · 2 hours ago
**The 101 Best Movie Sequels...**
**Time, Ranked**

The Telegraph ✓ · This morn...
**Panic buying in Beijing as fe...**
**grow of an imminent Covid ...**
**lockdown**

Trending in United States
**#dogecoin**
77.8K Tweets

Game show · Trending
**#blindguess**
People guess the answer to t...
question going off the catego...

**Show more**

Terms of Service   Privacy Policy
Accessibility   Ads info   More ⋯
© 2022 Twitter, Inc.

GREENSPAN00702



Explore



Settings

💬 1                    🔁                    ♡ 1                              ⬆



Diegomasmarques@diegomasmarques **@Diegomasmarque5** · 4h    ···
Replying to **@elonmusk**
Congratulations!

💬                    🔁                    ♡                              ⬆

🔁 Diegomasmarques@diegomasmarques Retweeted

**Amanda** 🔥 @AmandaLarreni · Apr 23                              ···
The world needs less of George Soros and more of Elon Musk! Am I right?

💬 4,381            🔁 5,988            ♡ 65.6K                          ⬆

## Topics to follow
Sign up to get Tweets about the Topics you follow in your Home timeline.

| Popular images ⊕ | Basketball ⊕ | Sports ⊕ | Investing |
| Funny Tweets ⊕ | NBA ⊕ | Gaming ⊕ | Football |
| Viral Tweets ⊕ | Actors ⊕ | Elon Musk ⊕ | Barstool |
| Rap ⊕ | Popular videos ⊕ | Video games ⊕ | Disney |
| NBA players ⊕ | NFL ⊕ | NFL players ⊕ | Music |

Diegomasmarques@diegomasmarqu... **@Diegomasmarqu...** · Apr 24    ···
Replying to **@elonmusk** and **@stats_feed**
Let's build em'

💬                    🔁                    ♡                              ⬆

Diegomasmarques@diegomasmarques **@Diegomasmarqu...** · Apr 23    ···
Replying to **@elonmusk**
Already on the inside

💬                    🔁                    ♡                              ⬆

🔍 Search Twitter

GREENSPAN00703



← **Witches**
383 Tweets

**Witches**
@Witchestoday

📅 Joined September 2021

**62** Following   **2** Followers

Tweets | **Tweets & replies** | Media | Likes

**Witches** @Witchestoday · 13m
Replying to @Witchestoday @jack and 2 others
Also Aaron Jacob Greenspan who has Twitter accounts @plainsite & @plainsite has lots of fake Twitter accounts that he uses to continue cyberbullying/stalking, doxing & harassing & ruining reputations of people & companies. He's a hacker & accused of hacking in to Twitter accounts

**Witches** @Witchestoday · 34m
Replying to @Witchestoday @jack and 2 others
@plainsite & @aarongreenspan have been suspended & blocked many times for Twitter violations but Aaron Jacob Greenspan went on whining & complaining to Vijaya stating falsely that he does nothing wrong & that he's a journalist & a data journalist. He cyberstalks, doxes, harasses

**Witches** @Witchestoday · 37m
Replying to @jack
Well, @plainsite & @aarongreenspan should have been permanently shut down long ago. Aaron Jacob Greenspan who sued your co. Square & intimidated a witness so he wouldn't testify is cyberbullying/stalking, doxing, harassing, extorting and threatening people & companies on Twitter
💬 2

**Witches** @Witchestoday · 1h
@FBIPhoenix @FBISanFrancisco @FBIWFO @OhioAG Aaron Jacob Greenspan originally from Shaker Heights, Ohio has created many online gripe sites, has other data mining legal document websites, hiding his identity on ICANN WHOIS his main one plainsite.org is used for doxxing

Show this thread

**Witches** @Witchestoday · 1h
@FBIPhoenix @FBISanFrancisco @FBIWFO @OhioAG Aaron Jacob Greenspan for many years has been using a fraudulent 501(c)(3) Think Computer Foundation asking public for monetary donations & telling them that it's tax deductible, all a lie. IRS denied this for plainsite.org
💬 1

Tweets with replies by Witches (@Witchestoday) / Twitter

🔍 Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

[G] Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.



**What's happening**

NFL · LIVE
**2022 NFL Draft: Rounds 4 to 7**
Trending with Patriots, Seahawks


Space · LIVE
**The first partial solar eclipse of 2022 will take place on April 30**


World news · Last night
**Heatwaves across India and Pakistan prompt further power concerns**


War in Ukraine · 3 hours ago
**Updates on the war in Ukraine as Russia shells Kharkiv**
Trending with Ghost of Kyiv


🔵 POPSUGAR ✓ · Yesterday
**Kehlani's "Blue Water Road" Album Has Arrived**
Trending with Kehlani


Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.



Show this thread

**Witches** @Witchestoday · 1h ···

@FBIPhoenix @FBISanFrancisco @FBIWFO @OhioAG Aaron Jacob
Greenspan is using @plainsite @aarongreenspan to promote his
cyberbullying/stalking, doxing, harassment,extortion data mining monetized
website plainsite.org which needs to be shut down he refuses to
cease&desist

💬 1              🔁              ♡              ⬆️

Show this thread

**Topics to follow**
Sign up to get Tweets about the Topics you follow in your Home timeline.

$TSLA +      Environmentalism +      Marques Brownlee +

Weather +      Viral Tweets +      Popular images +

Everyday Astronaut +      Funny Tweets +      $NVDA +

Cooking +      SpaceX +      $PLTR +

Tesla Motors +      Space +      Marketing +

🔁 **Witches Retweeted**

**Cats and Kittens** @catsnkittys · 2h ···
My Colleague Brought a Pregnant Stray Cat into Our Office, Now We Have a
Family of Nine!
This is the story of a young pregnant stray kitty that was taken into an
office building to be looked after by a bunch of crazy #cat ladies!
CLICK to find out more > bit.ly/3OOnH4g?utm_ca…

💬 1              🔁 6              ♡ 65              ⬆️

**Witches** @Witchestoday · 1h ···
Replying to @business
She doesn't appear to like working for a living. Currently taxpayers' are
paying her a yearly salary of @$200,000 plus thousands in her expenses

💬              🔁              ♡              ⬆️

**Witches** @Witchestoday · 3h ···

GREENSPAN00710



GIF ALT

**Witches** @Witchestoday · 4h

Replying to @28delayslater and @WholeMarsBlog

Looking forward to this

♡ 1

**Witches** @Witchestoday · 12h

> 🪖 **MilitaryRussia.Ru** @DnKornev · Mar 6, 2019
>
> 2M39 Poseidon underwater unmanned vehicle - little BUT article
>
> dfnc.ru/katalog-vooruz...

🔁 **Witches Retweeted**

**Grand Canyon NPS** ✔ @GrandCanyonNPS · 22h

Happy #ArborDay! BTW, today is the 150th anniversary! Aside from providing shade for overheated hikers, they shelter birds and other critters and help with erosion control. DYK 1,737 known species of vascular plants live in Grand Canyon National Park? #ArborDay2022 #Arizona

ALT

🗨 5      🔁 69      ♡ 391

🔁 **Witches Retweeted**

**Katmai National Park** ✔ @KatmaiNPS · Apr 29

Barely hanging on until the weekend like...

GREENSPAN00711






It's not uncommon to see spring cubs waiting on shore or in trees while mom fishes, but sometimes it's just more convenient and safer to tag along and hitch a ride.

NPS Photo/L. Law



ALT

17          309          2,229

GREENSPAN00712




## Diegomasmarques@diegomasmarques
40 Tweets



Follow

## Diegomasmarques@diegomasmarques
@Diegomasmarque5

📅 Joined April 2022

**14** Following    **0** Followers

| Tweets | **Tweets & replies** | Media | Likes |

 Diegomasmarques@diegomasmarqu...  @Diegomasmarque...  · May 2  ···
Exclusive: Supreme Court has voted to overturn abortion rights, draft
opinion shows  politi.co/3kBd26K  via  @politico
US Supreme Court has a leaker in it's midst



politico.com
Exclusive: Supreme Court has voted to overturn abortion rights, draft ...
"We hold that Roe and Casey must be overruled," Justice Alito writes in
an initial majority draft circulated inside the court.

💬              ⟳              ♡              ⬆

⟳ Diegomasmarques@diegomasmarques Retweeted

jordan🚀 @AstroJordy · May 2  ···
.@elonmusk & @mayemusk at the #MetGala2022 👗 tonight!!

Maye looks beautiful!!



💬 42        ⟳ 106        ♡ 684        ⬆

### New to Twitter?
Sign up now to get your own personalized timeline!

🟦 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and
Privacy Policy, including Cookie Use.

### What's happening

NHL · LIVE
**Predators at Avalanche**
Trending with #NSHvsCOL, The Avs


Markets Insider ✓ · Yesterday
**The EU is set to propose a
Russian oil embargo, but Putin
ally Hungary pushes back**


POPSUGAR ✓ · Yesterday
**All-Black Met Gala Looks That
Defined Elegance**


US national news · LIVE
**US Supreme Court Chief Justice
Roberts confirms leaked draft of
abortion decision is authentic,
orders investigation**
Trending with #RoeVsWade


NBA · LIVE
**Warriors at Grizzlies**
Trending with Wiggins,
#WarriorsVsGrizzlies


Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.

GREENSPAN00719





 Search Twitter

⤶ Diegomasmarques@diegomasmarques Retweeted

 **Kim Dotcom** ✓ @KimDotcom · May 2

Replying to @elonmusk @tomselliott and @mehdirhasan

You're on fire today and Hunter Biden laptop data is with @Wikileaks now. No more coverups.

💬 78          ⟲ 397          ♡ 2,759          ⬆

**Diegomasmarques@diegomasmarqu…**  @Diegomasmarqu… · May 2  ···

A jumbo 75-basis-point rate hike? Fed's Bullard isn't ruling is out



marketwatch.com
A jumbo 75-basis-point rate hike? Fed's Bullard isn't ruling is out
One of the Federal Reserve's earliest advocates for aggressive rate increases won't rule out a truly supersize rise, though he doesn't expe…

💬          ⟲          ♡          ⬆

 **Diegomasmarques@diegomasmarqu…**  @Diegomasmarqu… · Apr 30  ···

Replying to @Skye_1008

That look says it all

💬          ⟲          ♡          ⬆

 **Diegomasmarques@diegomasmarqu…**  @Diegomasmarqu… · Apr 30  ···

Replying to @Badged_Patriot

Don't let a third party mess around with your money

💬          ⟲          ♡          ⬆

GREENSPAN00720



Twitter

# Explore

Settings



PlainSite @PlainSite · 3h ···
Convicted murderer Diego MasMarques, Jr. has been itching to start a
class-action lawsuit against PlainSite for years. The only problem is that
there's nothing to sue over. twitter.com/Witchestoday/s…

> You're unable to view this Tweet because this account owner limits
> who can view their Tweets. Learn more

← Tweet                                    ♡ 5

PlainSite @PlainSite · 3h ···
You were convicted of killing someone and of trying to kill another. And this
is just one of three Twitter accounts you've been using recently.
plainsite.org/profiles/masma… twitter.com/Witchestoday/s…

> You're unable to view this Tweet because this account owner limits
> who can view their Tweets. Learn more

💬 3        ♻        ♡ 3        ↥

Witches                                    ···
@Witchestoday

Replying to @PlainSite

Aaron Greenspan is a convicted hacker and stalker
who needs to get a real job instead of cyber stalking,
doxxing and harassing people. Try to be a good boy for
once

1:07 PM · May 21, 2022 · Twitter for iPhone

1 Quote Tweet

💬        ♻        ♡        ↥



Search Twitter

## New to Twitter?
Sign up now to get your own pers

🔴 Sign up with Go

 Sign up with A

Sign up with phone o

By signing up, you agree to the Te
Privacy Policy, including Cookie U

## Relevant people
Witches
@Witchestoday

PlainSite
@PlainSite
The law in plain sigh
tips@plainsite.org. F
may hold long/short
companies discusse
advice.

## What's happening
MLB · LIVE
Diamondbacks at Cubs

San Francisco Ch…✔ · 5 hc
California is about to begin
nation's largest dam remov
project — a significant win
long-threatened wildlife

Los Angeles Times ✔ · Yeste
With baby formula scarce,
mothers are sharing their b
milk

Trending in United States
#HillaryForPrison
79.9K Tweets

Horse Racing · LIVE
2022 Preakness Stakes
Trending with #Preakness, Secre

Show more

Terms of Service   Privacy Policy
Accessibility   Ads info   More ···
© 2022 Twitter, Inc.







Explore

Settings



Bloomberg Politics · Yest

**Will Biden cancel student d**
**It's complicated**

MLB · LIVE
**Dodgers at Phillies**
Trending with   Mitch White

Horse Racing · LIVE
**2022 Preakness Stakes**
Trending with   #Preakness, Secre

Show more

Terms of Service    Privacy Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



## Explore

## Settings



← **Witches**
1,006 Tweets





**Follow**

## Witches
@Witchestoday

Nano Technology     Self Repairing Technology

🗓 Joined September 2021

**113** Following    **9** Followers

| Tweets | Tweets & replies | Media | Likes |
|---|---|---|---|

---

**Witches** @Witchestoday · 2m   ⋯

Columbia Pictures Fights Man Claiming He Was Omitted From 'The Social Network' hollywoodreporter.com/business/busin... via @thr @FBIPhoenix @FBISanFrancisco @FBIWFO @OhioAG Aaron Greenspan goes around the US using courts as his weapon to try and get free money. He claims he invented Facebook?



hollywoodreporter.com
Columbia Pictures Fights Man Claiming He Was Omitted From 'The S...
Aaron Greenspan was not a character in the film. He says that's a problem.

      ♡   ⬆

---

**Witches** @Witchestoday · 9m   ⋯

Judge dismisses lawsuit against Musk, Tesla and Twitter fan keyt.com/news/2022/05/2... @FBIPhoenix @FBISanFrancisco @FBIWFO @OhioAG Since 2011 Aaron Jacob Greenspan uses his data mining for profit website plainsite.org for cyber stalking, doxxing, harassing, defaming ppl.



### Search Twitter

### New to Twitter?

Sign up now to get your own pers...

G   Sign up with G...

   Sign up with A...

Sign up with phone o...

By signing up, you agree to the Te... Privacy Policy, including Cookie U...



### What's happening

News · LIVE
Johnny Depp and Amber He...



 Explore

 Settings



Search Twitter

60 Minutes ✓ · This morning
Students, parents from five
Chicago schools will get col
for free

Washington Pos... ✓ · Earli
Ukraine's prosecutor gener
Iryna Venediktova discusse
investigating and prosecuti
war crimes committed by
Russian forces in Ukraine

Television · 4 hours ago
All American airing on The (
Trending with #AllAmerican, Spe

Television · 2 hours ago
NCIS: Hawai'i airing on CBS
Trending with #NCISHawaii

Show more

Terms of Service    Privacy Policy
Accessibility    Ads info    More ···
© 2022 Twitter, Inc.



keyt.com
Judge dismisses lawsuit against Musk, Tesla and Twitter fan | News C...
SAN FRANCISCO (AP) — A federal judge has dismissed a securities
fraud and defamation lawsuit filed by a Tesla investor against CEO Elo...

 **Witches** @Witchestoday · 20m   ···
mbtmag.com/security/news/...
@FBIPhoenix Since 2011 Aaron Greenspan has been using plainsite.org to
data mine & makes his living by uploading the public's dirty laundry &
destroys careers & reputations by collecting as much personal info as
possible then attacks his victims



mbtmag.com
Judge Tosses Lawsuit Against Musk, Tesla
The suit was filed by a Tesla investor.

 **Witches** @Witchestoday · 30m   ···
ilovetesla.com/tesla-elon-mus... Aaron Greenspan uses and abuses the
court system to harass his victims to extort money by doxxing and
harassing his victims in to submission.



ilovetesla.com
Judge throws out TSLAQ lawsuit against Tesla, Elon Musk, and Model ...
Federal Judge James Donato from California has formally dismissed a
securities fraud and defamation lawsuit filed by a Tesla bear against ...




← **Thread**

 **Witches** @Witchestoday · 23h          ···

Judge dismisses lawsuit against Musk, Tesla and Twitter fan pix11.com/ap-technology/… @FBIPhoenix @FBISanFrancisco @FBIWFO @OhioAG Aaron Jacob Greenspan uses & abuses the court system to defame & harass his victims, he continuously lied under oath to Judge Donato & this was exposed



pix11.com
Judge dismisses lawsuit against Musk, Tesla and Twitter fan
SAN FRANCISCO (AP) — A federal judge in California has dismissed a securities fraud and defamation lawsuit filed by a Tesla investor again…

 1                     1          

 **Witches**
@Witchestoday          ···

Yes! Communicated in detail to Judge Donato to expose this cyber stalker who refuses to stop. He lied repeatedly to Judge Donato a Federal Judge and made up such fictitious nonsense about everyone he wrote about to use the court to attack his victims and this is a crime

11:49 PM · May 23, 2022 · Twitter Web App

                    

---

Search Twitter

**New to Twitter?**
Sign up now to get your own personalized timeline!

 Sign up with Google

 Sign up with Apple

Sign up with phone or email

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

 **Witches**          Follow
@Witchestoday
Nano Technology Self Repairing Technology

 **FBI Phoenix** ✓          Follow
@FBIPhoenix
Official FBI Phoenix Twitter. Submit tips at tips.fbi.gov. Public info may be used for authorized purposes: justice.gov/doj/privacy-po…

 **FBI SanFrancisco** ✓          Follow
@FBISanFrancisco
Official FBI San Francisco Twitter. Submit tips at tips.fbi.gov. Public info may be used for authorized purposes: justice.gov/doj/privacy-po…

**What's happening**

News · Last night
US proposal to amend the WHO's health regulations are being misrepresented, fact-checkers and experts say


 Washington Post Li… ✓ · Yesterday
Ukraine's prosecutor general Iryna Venediktova discusses investigating and prosecuting war crimes committed by Russian forces in Ukraine

 Bloomberg Weal… ✓ · This morning
Comfortable retirement appears out of reach for most Americans


Movies · 3 hours ago
Top Gun: Maverick hits the big screen


⚙ Settings

**Tweet**

Whole Mars Catalog @WholeMarsBlog · 9h
Omar has responded to his subpoena to produce documents related to
Trevor Milton's criminal fraud trial. @DOJPH $NKLA

His declaration is below. Read it, it's a page turner. You can download all of
the documents he provided to the court here:
wholemars.com/nikola/qazi-do…



Elon Musk and 6 others

💬 35          ↻ 31          ♡ 290          ⬆

Witches @Witchestoday · 2h
Your Brilliant! A book on all of this would be a Best Seller. There are so
many victims that want to come forward, as they have had their careers &
reputations destroyed

💬 1          ↻          ♡ 1          ⬆

Witches
@Witchestoday

Replying to @Witchestoday @WholeMarsBlog and 8 others

## FOIA requests have also been sent out and there is lots of great information

1:21 PM · Jul 6, 2022 · Twitter Web App

💬          ↻          ♡          ⬆

### New to Twitter?

Sign up now to get your own perso

G    Sign up with Go

    Sign up with A

Sign up with phone o

By signing up, you agree to the Te
Privacy Policy, including Cookie U

### Relevant people

Witches
@Witchestoday
Entrepreneur Nano
Technology Robotic

Whole Mars Catalo
@WholeMarsBlog
part 24 hour EV new
shitty stand up com

Department of Jus
@DOJPH
Official Twitter Acc
Department of Justi
the Philippines

### What's happening

WNBA · 3 hours ago
Sky at Lynx

Connecticut Post · 3 hou
What is monkeypox? He
what you need to know abo
US outbreak

Markets Insider · Yesterda
Copper plunges to its lowes
mark in 17 months

Sports · Trending
WNBA
25.5K Tweets

Trending in United States
Aaron Rodgers
4,183 Tweets

Show more

### Don't miss what's happening
People on Twitter are the first to know.

Log in          S

# Explore



2/25/23, 8:54 PM

← **Tweet**

⟳ **Giza299792458N** Retweeted

**FriendOfRussia** ···
@NoMoreNATO

The world supports President Putin.
#StandWithPresidentPutin 🇷🇺
#StandWithRussia 🇷🇺

**Maria** @lts_maria011 · 6d
Who do you Support???
Retweet please 🙏 ❤️
@NoMoreNATO

| Vladimir Putin 🇷🇺 ✓ | 76% |
| Volodymyr Zelenskyy 🇺🇦 | 15% |
| Both of them | 1% |
| None of them | 8% |

2,000 votes • 58 minutes left

👤 Maria

3:11 AM · Feb 16, 2023 · **49.2K** Views

💬        ⟳        ♡        ⬆️



**New to Twitter?**

Sign up now to get your own personalized timeline!

G Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.



**Relevant people**

**FriendOfRussia**          Follow
@NoMoreNATO
#StandWithRussia 🇷🇺 Backup
@NoMoreNATO1

**What's happening**

NBA · 51 minutes ago
**Celtics at 76ers**

Entertainment · Trending                    ···
**Woody Harrelson**
3,946 Tweets

Politics · Trending                          ···
**#ArrestKatieHobbs**
12.1K Tweets

Zendaya · Trending                           ···
**Zendaya**
Trending with #NAACPImageAwards

Sports · Trending                            ···
**Lucic**

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up

GREENSPAN00944











































































































































































2/25/23, 8:54 PM

← **Tweet**

⟳ **Giza299792458N** Retweeted

**FriendOfRussia** ···
@NoMoreNATO

The world supports President Putin.
#StandWithPresidentPutin 🇷🇺
#StandWithRussia 🇷🇺

**Maria** @lts_maria011 · 6d
Who do you Support???
Retweet please 🙏 ❤️
@NoMoreNATO

| Vladimir Putin 🇷🇺 ✓ | 76% |
| Volodymyr Zelenskyy 🇺🇦 | 15% |
| Both of them | 1% |
| None of them | 8% |

2,000 votes • 58 minutes left

👤 Maria

3:11 AM · Feb 16, 2023 · **49.2K** Views

**New to Twitter?**

Sign up now to get your own personalized timeline!

G Sign up with Google

 Sign up with Apple

Create account

By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.

**Relevant people**

**FriendOfRussia**          Follow
@NoMoreNATO
#StandWithRussia 🇷🇺 Backup
@NoMoreNATO1

**What's happening**

NBA · 51 minutes ago
**Celtics at 76ers**

Entertainment · Trending
**Woody Harrelson**
3,946 Tweets

Politics · Trending
**#ArrestKatieHobbs**
12.1K Tweets

Zendaya · Trending
**Zendaya**
Trending with #NAACPImageAwards

Sports · Trending
**Lucic**

**Show more**

Terms of Service    Privacy Policy    Cookie Policy
Accessibility    Ads info    More ···
© 2023 Twitter, Inc.

**Don't miss what's happening**
People on Twitter are the first to know.

Log in    Sign up





GREENSPAN00944

https://twitter.com/NoMoreNATO/status/1626177376269762561?cxt=HHwWgoCw5abtq5EtAAAA          1/9

## Tweets | Tweets & Replies | Media | Search

**AndromedaX** @x13757 — Feb 17



**AndromedaX**
@x13757

📅 Joined February 2025

| Tweets | Following | Followers |
|---|---|---|
| 19 | 2 | 0 |

**Likes**
10

🖼 1 Photos and videos



⇄ **AndromedaX retweeted**

**Whole Mars Catalog** ✓ **@WholeMarsBlog**                                           21 Nov 2024

My cyberstalker Aaron Jacob Greenspan sent so many harassing emails to Tesla that he was blocked from the company's email servers in 2019

💬 26     ⇄ 17     🗨 1     ❤ 277



⇄ **AndromedaX retweeted**

**Whole Mars Catalog** ✓ **@WholeMarsBlog**                                           16 Aug 2022

Avoid talking to or interacting with this man in any way. He is deeply mentally ill and has a documented pattern of obsessing over random people he has never met for years, vowing to torment them until his last breath.

💬     ⇄ 3     🗨     ❤ 66

**↻ AndromedaX retweeted**

 **Whole Mars Catalog** ✓ @WholeMarsBlog          16 Aug 2022

the man is deranged and sick and will spend his life trying to hurt others until someone finally stops him

💬 1   ↻ 2   🗨 ❤ 75

**↻ AndromedaX retweeted**

 **Whole Mars Catalog** ✓ @WholeMarsBlog          16 Aug 2022

Every day that my stalker Aaron Jacob Greenspan walks free is a travesty of justice.

💬 1   ↻ 6   🗨 1   ❤ 147

 **AndromedaX** @x13757                              Feb 17

wholemars.net/category/aaron…


**Aaron Jacob Greenspan – Page 4 – Whole Mars Catalog**
wholemars.net

💬 ↻ 🗨 ❤

 **AndromedaX** @x13757                              Feb 17

wholemars.net/category/green…


**Greenspan Story – Whole Mars Catalog**
wholemars.net

💬 ↻ 🗨 ❤

 **AndromedaX** @x13757                              Feb 17

complaintsboard.com/profile-…

💬 ↻ 🗨 ❤

GREENSPAN01098

↻ **AndromedaX retweeted**



**Black Hole**  @konstructivizm

Feb 16

The clearest image of Mars ever taken!
NASA



💬 235   ↻ 634   🙶 65   ♥ 5,854

 **AndromedaX** @x13757                                  Feb 17

Jones, Donray, Jr v. Greenspan, Aaron Jacob Document 34:
Minute Order
Superior Court of California, County of Los Angeles
Case No. 24CHRO02070
Filed January 21, 2025

💬  ↻  🙶  ♥

 **AndromedaX** @x13757                                  Feb 17

scribd.com/document/63592326…

💬  ↻  🙶  ♥



**AndromedaX** @x13757                                                *Feb 17*

complaintsboard.com/plainsit…

**Plainsite.org / Think Computer - Doxxing, harassment and stalking by plainsite.org**

Owner Aaron J. Greenspan is running a doxxing, harassment and stalking monetized website plainsite.org directly involved for money of course

complaintsboard.com





**AndromedaX** @x13757                                                *Feb 17*

wholemars.net/2020/12/28/aar…

**Aaron Greenspan Delivers Christmas Day Threat**

Aaron Greenspan has begun to retaliate for the publication of the story of his charity's harassment campaign. On Christmas Day at 4:05 PM, Aaron Jacob Greenspan delivered the following threat…

wholemars.net





**AndromedaX** @x13757                                                *Feb 17*

wholemars.net/2021/01/29/aar…

**Aaron Greenspan Demands Removal of Stalker Story by 4:20 PM, or else**

Have you been reading the story about my stalker, Aaron Jacob Greenspan? A quick recap for those who haven't yet: For the past two years I've been dealing with a crazy stalker named Aar…

wholemars.net

GREENSPAN01100



**AndromedaX** @x13757                                    Feb 17

wholemars.net/2021/02/25/im-…

### I'm Afraid of What Aaron Greenspan and his Charity Will Do To Silence Me

Another day, another threatening e-mail from Aaron Jacob Greenspan. Today's message was one he has delivered many times before: Keep quiet or I will find a way to hurt you — emotionally, fin…

wholemars.net



**AndromedaX** @x13757                                    Feb 17

complaintsboard.com/plainsit…

### Plainsite.org / Think Computer Researchers Reviews 2025 – All You Need to Know | ComplaintsBoard

complaintsboard.com



**AndromedaX** @x13757                                    Feb 17

reddit.com/r/StopCyberStalke…

### r/StopCyberStalkers

We are here to get people the assistance they need to flush out the cyber stalkers online, who pretend to be doing nothing wrong, but are destroying your careers and reputations all over the Search...

reddit.com



**AndromedaX** @x13757                                    Feb 17

reddit.com/r/StopCyberStalke…

### From the StopCyberStalkers community on Reddit

Explore this post and more from the StopCyberStalkers community

reddit.com

GREENSPAN01101



**AndromedaX** @x13757                                    Feb 17
wholemars.net/category/aaron…

### Aaron Jacob Greenspan – Page 3 – Whole Mars Catalog
wholemars.net

Load more

GREENSPAN01102