**EXHIBIT I**
Reddit Posts
[Filed Under Seal]