**EXHIBIT J**
StackExchange "Ask Different" (Apple Category) Post Entitled
"Where do I find my user folder in the OS X folder hierarchy?"


Answers for your Apple questions

# Where do I find my user folder in the OS X folder hierarchy?

Asked **13 years, 7 months ago**    Modified **3 years, 11 months ago**    Viewed **406k times**



**28**







In Terminal, how do I go from **Macintosh HD** to places such as **johnsmith** that contains Downloads, Desktop etc. In a Finder window, it seems they are independent of each other.

From Macintosh HD, I see Library, Applications etc. but under User I couldn't find johnsmith.

The Mac file tree is rather confusing for a Windows user like me who are used to "My Computer" then all files are managed by root drives and folders. What is consider as root on my Mac? Is it Macintosh HD or johnsmith? It is possible to do a partition on Mac like that on Windoes?

`terminal`  `finder`

Share  Improve this question

Follow

edited May 14, 2012 at 14:51

cajunluke
**17.8k** ● 7 ● 57 ● 73

asked May 14, 2012 at 7:28

KMC
**2,775** ● 14 ● 41 ● 47

---

1    Mac OS X with one hard disk is like Windows with one hard disk. Your home directory is at /Users/johnsmith. – Andrew J. Brehm May 14, 2012 at 15:13

---

# 8 Answers

Sorted by:   Highest score (default)  ⬍



**28**



You can find the location to your home directory by looking in the "Users & Groups" System Preference pane.

1. Open "System Preferences" application

2. Click "Users & Groups"




3. Click the padlock to unlock it, if it is not already unlocked. Enter user name and password for an Admin user.

4. Right click on the User name you want to find the home directory for, select "Advanced Options..."

5. Observe the path as noted next to "Home directory:"



Now, once you see where OS X thinks your home folder is located then you can work on un hiding it if it is not showing up where it is suppose to be.

Make sure its name does not start with ".", Additionally you can use the `SetFile -a v /pathToHome` command to make it visible if it appears to be hidden for no apparent reason.

Share  Improve this answer          edited May 16, 2012 at 14:03          answered May 14, 2012 at 17:37

Follow



MrDaniel
12.8k ● 9 ● 56 ● 95



**13**





To find where it is, open Terminal and type `pwd` for "Print Working Directory". This works because the Terminal opens in your home folder by default.

You can move to your home folder in terminal by typing one of `cd` (defaults to your home folder), `cd $HOME` (moves to the location in that environment variable), or `cd ~` (a shortcut for home), or `cd /Users/johnsmith/` (the absolute path).

Share   Improve this answer   Follow

answered May 14, 2012 at 7:44

   user588

---



**5**



Normally, your user folder is located at `/Users/johnsmith/`.

However for the case that you are in Recovery Mode, your user folder is located at `/Volumes/Mac/Users/johnsmith/`. This is because Recovery Mode is like another operation system started from another disk partition, so the disk partition with your main system appears as a mounted volume (like an external hard disk does normally).

Share   Improve this answer   Follow

answered May 10, 2015 at 4:31

   tanius
    **151**  ● 1  ● 2

For the latest Mac OS, it is /Volumes/Macintosh\ HD/Users – Cheng Jan 28, 2018 at 12:00

---



**4**





OS X is Unix-based so there is only one big filesystem visible to the user, even if it is distributed across several partions. This also applies to external drives which are accessible under `/Volumes/NAME-OF-DRIVE`.

The individual user home folders (which contain all the nice stuff like Downloads, Documents etc.) are available in `/Users`, each user has his/her own directory there with a name matching their short name. Type `ls -l /Users` in Terminal to see all of them.

And to actually "go" there, enter `cd ~johnsmith` (for user `johnsmith`) or just `cd` (for your own home folder), followed by `ls -l` to see the content.

Share  Improve this answer

Follow

edited May 14, 2012 at 14:52



cajunluke

17.8k ● 7 ● 57 ● 73

answered May 14, 2012 at 7:34



nohillside ◆

108k ● 43 ● 230 ● 291

in my User's there's only "Shared".... – KMC  May 14, 2012 at 7:36

1   Strange indeed, can you share a picture? In addition, open a Finder window for your home folder and Command-Click on the window title to show the folder hierarchy it resides in. – nohillside ◆ May 14, 2012 at 7:39

2   Also, report the results of `echo ~` -- that should print where your home folder is. – Gordon Davisson  May 14, 2012 at 15:36

The folder may be hidden. You could try `SetFile -a v /Users/johnsmith` in Terminal to make it visible again. – mckeed  May 14, 2012 at 23:51

---



**1**







To get path into Terminal without a lot of typing:

1. Open a Terminal window.

2. In Finder, navigate to the folder (or file) you want, and drag its icon onto Terminal window.

The appropriate path string will appear in the terminal window.

Share  Improve this answer

Follow

edited Jul 29, 2019 at 13:32



grg ◆

208k ● 46 ● 373 ● 505

answered May 14, 2012 at 14:27



Wayfaring Stranger

1,112 ● 1 ● 7 ● 9

---

**0**

Your home directory should be /User/$USER

$USER is a variable so it is not really $USER

Type in the terminal "echo $USER" and replace $USER in the first line of my answer with the output, that's your home folder.

Share  Improve this answer  Follow

answered Feb 5, 2017 at 3:41

Stuart

9 ● 1

---

Very easy solution:



**-2**





In "Finder", choose "Preferences". Click on the "Sidebar" tab, and under the "Favorites" column, there should be your user name (usually your name: "firstlast"). Check the box. Now when you open finder, you should see your user name, and when you click on it, you will see the directory of all your files. :-)

Share   Improve this answer   Follow

answered Sep 9, 2016 at 18:45

 Peter
**1**

---

Peter, the question is specifically about finding the User folder *inside Terminal*. – owlswipe Sep 9, 2016 at 20:48

---



**-2**





An easy way/hack I just found out without having to go through all the steps/stress in the accepted answer...

In Finder,

1.  Click one of the tabs to the left, say, **Documents**;

2.  On the very top menu bar, click **Go** > **Enclosing Folder**;

3.  Repeat step 2 (two times more/less) until you see the **Users** directory side by side with directories like **System**, **Library** etc.

Share   Improve this answer
Follow



edited Jan 8, 2022 at 5:46

answered Jan 8, 2022 at 2:48

 agarza
**2,417** ● 8 ● 18 ● 29

 Sunday Power Inemesit
**101** ● 1

---

### Start asking to get answers

Find the answer to your question by asking.

[ Ask question ]

### Explore related questions

[ terminal ]   [ finder ]

See similar questions with these tags.