# EXHIBIT K
SEC FOIA Logs Page as of July 13, 2022

The Wayback Machine - https://web.archive.org/web/20220713160432/https://www.sec.gov/foia/docs/foia-logs

Data

# FOIA Logs

## January 2006 - May 2022

Log files are available for the following fiscal years. For questions about the logs contact the Office of FOIA Services at 202-551-7900.

## Data Downloads

| File | Format | Size |
| --- | --- | --- |
| May 2022, B7A Exemption | CSV | 4.87 KB |
| May 2022 | CSV | 133.4 KB |
| April 2022, B7A Exemption | CSV | 6.33 KB |
| April 2022 | CSV | 168.11 KB |
| March 2022, B7A Exemption | CSV | 9.58 KB |
| March 2022 | CSV | 149.43 KB |
| February 2022, B7A Exemption | CSV | 5.79 KB |
| February 2022 | CSV | 154.88 KB |
| January 2022, B7A Exemption | CSV | 5.89 KB |
| January 2022 | CSV | 135.43 KB |
| December 2021, B7A Exemption | CSV | 4.83 KB |
| December 2021 | CSV | 111.26 KB |
| November 2021, B7A Exemption | CSV | 4.91 KB |
| November 2021 | CSV | 106.39 KB |
| October 2021, B7A Exemption | CSV | 5.05 KB |
| October 2021 | CSV | 218.54 KB |

| | | |
|---|---|---|
| September 2021, B7A Exemption | CSV | 8.87 KB |
| September 2021 | CSV | 216.44 KB |
| August 2021, B7A Exemption | CSV | 6.8 KB |
| August 2021 | CSV | 219.16 KB |
| July 2021, B7A Exemption | CSV | 5.71 KB |
| July 2021 | CSV | 292.01 KB |
| June 2021, B7A Exemption | CSV | 7.15 KB |
| June 2021 | CSV | 197.9 KB |
| May 2021, B7A Exemption | CSV | 3.81 KB |
| May 2021 | CSV | 134.84 KB |
| April 2021, B7A Exemption | CSV | 8.33 KB |
| April 2021 | CSV | 160.34 KB |
| March 2021, B7A Exemption | CSV | 6.37 KB |
| March 2021 | CSV | 173.7 KB |
| February 2021, B7A Exemption | CSV | 3.46 KB |
| February 2021 | CSV | 130.82 KB |
| January 2021, B7A Exemption | CSV | 3.9 KB |
| January 2021 | CSV | 176.69 KB |
| December 2020, B7A Exemption | CSV | 3.59 KB |
| December 2020 | CSV | 147.55 KB |
| November 2020, B7A Exemption | CSV | 3.21 KB |
| November 2020 | CSV | 132.76 KB |
| October 2020, B7A Exemption | CSV | 5.02 KB |
| October 2020 | CSV | 270.27 KB |
| September 2020, B7A Exemption | CSV | 8.6 KB |
| September 2020 | CSV | 213.53 KB |

| | | |
|---|---|---|
| August 2020, B7A Exemption | CSV | 12.07 KB |
| August 2020 | CSV | 247.61 KB |
| July 2020, B7A Exemption | CSV | 9.25 KB |
| July 2020 | CSV | 155.37 KB |
| June 2020, B7A Exemption | CSV | 4.16 KB |
| June 2020 | CSV | 264.52 KB |
| May 2020, B7A Exemption | CSV | 2.73 KB |
| May 2020 | CSV | 203.15 KB |
| April 2020 | CSV | 212.08 KB |
| April 2020, B7A Exemption | CSV | 5.96 KB |
| March 2020 | CSV | 186.83 KB |
| March 2020, B7A Exemption | CSV | 5.38 KB |
| February 2020 | CSV | 160.87 KB |
| February 2020, B7A Exemption | CSV | 4.67 KB |
| January 2020, B7A Exemption | CSV | 4.13 KB |
| January 2020 | CSV | 208.15 KB |
| December 2019, B7A Exemption | CSV | 5.83 KB |
| December 2019 | CSV | 168.11 KB |
| November 2019, B7A Exemption | CSV | 4.63 KB |
| November 2019 | CSV | 219.95 KB |
| 2019 | ZIP | 731.51 KB |
| October 2019, B7A Exemption | CSV | 5.34 KB |
| October 2019 | CSV | 140.96 KB |
| 2018 | CSV | 2.36 MB |
| 2017 | CSV | 2.22 MB |
| 2016 | CSV | 2.42 MB |

| | | |
|---|---|---|
| 2015 | CSV | 2.73 MB |
| 2014 | CSV | 2.28 MB |
| 2013 | CSV | 1.75 MB |
| 2012 | CSV | 1.61 MB |
| 2011 | CSV | 1.6 MB |
| 2010 | CSV | 1.68 MB |
| 2009 | CSV | 1.24 MB |
| 2008 | CSV | 1.48 MB |
| 2007 | CSV | 1.42 MB |
| 2006 | CSV | 1.43 MB |

*Modified: May 31, 2022*