UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR.** a/k/a **DIEGO MAS HOWARD** a/k/a **RICKY MAS MARQUES** a/k/a **JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S MOTION TO ALTER SCHEDULING ORDER**
**[AUTHORIZED BY ECF NO. 170 ON APRIL 14, 2025]**

Plaintiff respectfully requests that this Court amend the Scheduling Order entered on April 14, 2025. ECF No. 170. The Court has yet to rule on any of Plaintiff's Objections pursuant to Federal Rule of Civil Procedure 72(a). *See* ECF Nos. 211, 212, 235, 260. The disposition of these Objections could potentially impact the evidence available to Plaintiff on summary judgment, which is a material issue. At the time each Objection was filed, Plaintiff reasonably expected that the Objections would be resolved well before the December 19, 2025 deadline for dispositive motions, but possibly due to the federal government shutdown in October and November, that has not come to pass. Other courts, such as the United States District Court for the District of Columbia, recognizing that the federal government shutdown constitutes "good cause," have extended affected deadlines by 53 days (the length of the shutdown plus 10 days). *See* D.C.D. Standing Order 25-59 (JEB). Plaintiff previously requested

1

an extension of time at ECF No. 261 regarding his response to Defendant MasMarques's motion for summary judgment, which the Court never ruled on, forcing Plaintiff to file prematurely.

Plaintiff cannot properly prepare his motion for summary judgment without the full range of evidence he is entitled to.  Plaintiff therefore respectfully requests a 60-day extension of time for the dispositive motion deadline and the entry of an updated Scheduling Order accordingly, or 30 days from the date of the last ruling on Plaintiff's Objections, whichever comes later.

Dated: December 10, 2025               Respectfully submitted,

*/s/ Aaron Greenspan*
Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org


**CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)**

Plaintiff conferred with counsel for Defendant Diego MasMarques, Jr. regarding a previous potential extension of time to file regarding summary judgment.  Opposing counsel has since argued that asking for one extension of time, in a case where her client received multiple extensions and delayed for years, is worthy of sanctions.  When Plaintiff checked again, opposing counsel did not assent.

*/s/ Aaron Greenspan*
Aaron Greenspan

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 10, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

Aaron Greenspan