UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**, <br><br> Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S ERRATA CORRECTING SUMMARY JUDGMENT OPPOSITION FILINGS**

Plaintiff respectfully requests that this Court note the attached corrected versions of documents originally filed on December 8, 2025, as well as the accompanying declaration in support. The minor corrections at issue involve:

- **Plaintiff's Statement of Material Facts As To Which There Is a Genuine Issue To Be Tried (ECF No. 265-2):** ¶ 27 (missing word), ¶ 110 (extra word), ¶ 120 (extra phrase), ¶ 159 (clarity), ¶ 161 (clarity), ¶ 205 (clarity), ¶ 219 (clarity and formatting), ¶ 220 (formatting), ¶ 227 (formatting), ¶ 229 (clarity), and clarity around certain citations to the record;

- **Greenspan Declaration Exhibit A (ECF No. 266-1):** article dates on pages 2 (English) and 4 (Spanish).

1

Dated: December 13, 2025        Respectfully submitted,

                              Aaron Greenspan, *pro se*
                              440 N. Barranca Avenue #6720
                              Covina, CA 91723
                              Phone: +1 415 670 9350 x101
                              E-Mail: aaron.greenspan@plainsite.org

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

Aaron Greenspan