**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **AARON GREENSPAN**, <br><br> Plaintiff, <br><br> v. <br><br> **DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**, <br><br> Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S CORRECTED STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS A GENUINE ISSUE TO BE TRIED IN OPPOSITION TO DEFENDANT DIEGO MASMARQUES, JR.'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Civil Local Rule 56.1, Plaintiff Aaron Greenspan submits this Corrected Statement of Material Facts As To Which There Is A Genuine Issue To Be Tried.

## I. GENERAL FACTS

### A. The Parties

#### 1. Plaintiff Aaron Greenspan's Background

1. At all relevant times, Plaintiff Aaron Greenspan ("Plaintiff") was a resident of the State of California for the majority of each year.  ECF No. 54 ¶ 20.

2. Plaintiff is a citizen of California.  ECF No. 54 ¶ 20.

3. Plaintiff incorporated Think Computer Corporation as a for-profit corporation in 1998 as a freshman in high school.  ECF No. 68-1 ¶ 1.

1

4.      Plaintiff incorporated Think Computer Foundation as a non-profit corporation in 2000 as a senior in high school.  Greenspan Declaration ¶ 2.

5.      In 2001, the Internal Revenue Service granted Think Computer Foundation tax-exempt status under section 501(c)(3) of the Internal Revenue Code.  Greenspan Declaration ¶ 2.

6.      Non-profit organizations are commonly referred to as "501(c)(3)" organizations. 26 U.S.C. § 501(c)(3).

7.      Non-profit organizations are not commonly referred to as "501c" organizations. Greenspan Declaration ¶ 3.

8.      Plaintiff attended high school in Shaker Heights, Ohio and graduated from Harvard College in 2004 *cum laude* with Advanced Standing in three years.  ECF No. 68-1 ¶ 3. *See also* Plaintiff's Deposition Transcript at 13:21-25, 14:6-10.

9.      Plaintiff is a software developer who also advocates for legal transparency as part of his work.  Plaintiff's Deposition Transcript at 9:18-19, 13:17-19.

10.     Despite occasional media attention and interest from government bodies surrounding specific topics, such as his involvement with the creation of The Facebook at Harvard, Plaintiff is not known to the majority of, or even a significant fraction of, the American public.  Plaintiff's Deposition Transcript at 26:17-22.

11.     Plaintiff filed a lawsuit in 2011 in this Court in part because he was improperly *omitted* from the 2010 motion picture "The Social Network," causing *fewer* people to be aware of his name.  *Greenspan v. Random House, Inc. et al*, Case No. 1:11-cv-12000-RBC (D. Mass. *filed* November 18, 2011).

12.     Plaintiff does not have and has never had a dedicated page in his name on Wikipedia.  Rather, Wikipedia redirects to the "Criticism of Facebook" page for the query "Aaron Greenspan".  Greenspan Declaration ¶ 4.

13.     Plaintiff sued Elon Musk, Tesla, Inc., Omar Qazi, and Qazi's company Smick Enterprises, Inc. in May 2020 in federal court in the United States District Court for the Northern District of California and at that stage, the case was heard primarily by United States District Judge James Donato in San Francisco, California.  *Greenspan v. Qazi, et al*, Case No. 3:20-cv-03426-JD (N.D. Cal. *filed* May 20, 2020).

14.     Plaintiff is not and has never been declared a "vexatious litigant."  ECF Nos. 61-1, 118.

## 2.     Defendant Diego MasMarques, Jr.'s Background

15.     At all relevant times, Defendant Diego MasMarques, Jr. was a resident of Massachusetts for the majority of each year.  ECF No. 257-2 ¶ 1.

16.     Defendant MasMarques has also used the names Diego Mas Howard, Rick, and Ricky.  *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1-3 at 1 (D. Mass filed October 15, 2009).

17.     Defendant MasMarques is a citizen of Massachusetts.  ECF No. 257-2 ¶ 1.

18.     Defendant MasMarques is a dual citizen of the United States of America and Germany.  Plaintiff's Deposition Transcript at 222:10-11.

19.     Defendant MasMarques has claimed that he can "read, write, and speak three languages" which are "English, German and Spanish."  ECF No. 1-6 at 327:18-19.  *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 5 at 2 (D. Mass filed October 15, 2009).

20.     Germany and Spain are part of the European Union, often abbreviated "EU". Greenspan Declaration ¶ 7.

21.     In German, nouns are capitalized.  Plaintiff's Deposition Transcript at 222:9-10.

22.     Defendant MasMarques's mother worked for the federal government, including but not limited to working in naval intelligence.  Defendant's Document Def-P2_000244, ECF No. 237-10 at 21.

23.     Defendant MasMarques has a criminal history described by the Probation Office of the United States District Court for the Southern District of New York as involving "an outstanding warrant from South Boston District Court from a case dating back to 1994 for 2 counts of Rape" and "3 additional warrants out of various jurisdictions in the Massachusetts area" including "South Boston, Quincy, Brighton, and Woburn" the last of which was for "a 1991 complaint of Assault by his then girlfriend Mary Bulman, who is the mother of his now 18 year old son."  *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1 at 4-6 (D. Mass filed October 15, 2009).

24.     The United States District Court for the Southern District of New York further stated that "During a Court appearance on April 3, 2009, there was a finding that he violated terms of Probation and he was ordered to pay a $750.00 Fine which was satisfied on that date." *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1 at 6 (D. Mass filed October 15, 2009).

25.     To evade appearing at a criminal trial in the United States, Defendant MasMarques lived for a time in Germany, where his father once worked, and lived for some time in Spain, where his father eventually moved.  Greenspan Declaration Exhibit A at 20.  *See also Mas Marques v. Digital Equipment Corp.*, 637 F. 2d 24 (1st Cir. 1980).

26.     According to the United States Parole Commission, Defendant MasMarques "was found guilty of a 'misdemeanor of bodily harm' in Spain for driving his car at a man who was in the company of Mas Marques' *[sic]* former girlfriend." *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1-2 at 2 (D. Mass filed October 15, 2009).

27.     On February 28, 2008, the United States Parole Commission imposed a condition of supervised release on Defendant MasMarques requiring that he be "subject to the Special Mental Health Aftercare Condition" because he was found to "have a problem controlling [his] anger." *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1-2 at 5 (D. Mass filed October 15, 2009).

28.     In the late 1990s, while residing in Palma de Mallorca, Spain, Defendant MasMarques had a romantic relationship with a woman named Tatiana Vasic. Greenspan Declaration Exhibit A at 2.

29.     Defendant MasMarques engaged in "acts of domestic violence" against Ms. Vasic. *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1-2 at 2 (D. Mass filed October 15, 2009).

30.     Ms. Vasic at some point determined that she wanted to end her relationship with Defendant MasMarques, who disagreed. Greenspan Declaration Exhibit A at 34-35.

31.     Defendant MasMarques broke into Ms. Vasic's house in Spain repeatedly. Greenspan Declaration Exhibit A at 35.

32.     Ms. Vasic filed several complaints about Defendant MasMarques with Spanish authorities. Greenspan Declaration Exhibit A at 34.

33.     Both a prior ex-girlfriend and Ms. Vasic recommended that Defendant MasMarques seek psychological help. Greenspan Declaration Exhibit A at 7, 12.

34.     The final time that Defendant MasMarques broke into Ms. Vasic's home in Spain in December 1999, they had an argument, and Ms. Vasic fell into a coma from the injuries she sustained, from which she later died.  Greenspan Declaration Exhibit A at 3, 6, 12, 14, 24, 27, 30.

35.     After she died, Defendant MasMarques called Ms. Vasic parents repeatedly in a harassing manner and according to their recounting to a newspaper reporter in Spain, left them with long-distance telephone bills, which he refused to pay.  Greenspan Declaration Exhibit A at 7.

36.     Ms. Vasic was pregnant when she died.  Greenspan Declaration Exhibit A at 3.

37.     Defendant MasMarques was tried and convicted for the death of Ms. Vasic. Ultimately, a jury ruled 8-1 to convict him.  Greenspan Declaration Exhibit A at 33-35.

38.     Defendant MasMarques has never provided Plaintiff with documents from his Spanish conviction involving Ms. Vasic's death, but according to his own description, he was charged with "Article 138 homocidio" and "Article 202.1 allanamiento de morada."  *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 17 at 2 (D. Mass *filed* June 12, 2017).

39.     The death of Ms. Vasic and subsequent trial resulted in newspaper coverage of the crime.  Greenspan Declaration Exhibit A.

40.     The Spanish newspaper *Última Hora* issued several articles in which Defendant MasMarques was referred to as "Diego Mas," "Diego Mas Howard" and "Diego MH." Greenspan Declaration Exhibit A.

41.     *Periódico de Ibiza y Formentera* and/or *Última Hora* reported that Defendant MasMarques had previously been charged with other serious crimes in the United States and Spain.  Greenspan Declaration Exhibit A at 19-20.

42.     On November 29, 2005, the International Prisoner Transfer Unit of the United States Department of Justice noted that "The United States has approved the request of [Defendant MasMarques] to be transferred to the United States pursuant to the Council of Europe Convention on the Transfer of Sentenced Persons to serve the balance of his sentence imposed by a court in Spain." *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1-3 at 1 (D. Mass filed October 15, 2009).

43.     The International Prisoner Transfer Unit of the United States Department of Justice further determined that the "relevant law(s)" in the United States corresponding to Defendant MasMarques's crimes in Spain were 18 U.S.C. § 2111, "Special maritime and territorial jurisdiction (Robbery)" and 18 U.S.C. § 1111, "Murder". *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1-3 at 4-6 (D. Mass filed October 15, 2009).

44.     On February 13, 2006, Defendant MasMarques voluntarily agreed to serve the remainder of his sentence in the United States of America. *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1-4 at 1 (D. Mass filed October 15, 2009).

45.     Defendant MasMarques served time in federal prison in the New York City, New York Correctional Treatment Center until he was released in 2008. *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1-2 at 6 (D. Mass filed October 15, 2009).

46.     Around "October 11, 2015," Defendant MasMarques "looked up [his] name in Google and was shocked to see that a legal decision had been done, without any notification to me and I found out about this online" despite his voluntary decision to transfer his sentence from Spain to the United States, causing records relating to his conviction and transfer to be public via the federal Public Access to Court Electronic Records (PACER) database

(https://www.pacer.gov). *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 17 at 2 (D. Mass filed October 15, 2009).

### B.    PlainSite

47.    Plaintiff has run the PlainSite legal and financial information service on a day-to-day basis since 2011.  Plaintiff's Deposition Transcript at 74:10-13.

48.    PlainSite is accessible on the internet at https://www.plainsite.org.  Greenspan Declaration Exhibit B at 2.

49.    At all relevant times, PlainSite made many public records, such as court dockets and government documents, accessible to the public free of charge.  Greenspan Declaration ¶ 2.

50.    At all relevant times, PlainSite has had a "Contact Us" form that allows members of the public to file requests to suppress or remove information from PlainSite.  Greenspan Declaration Exhibit B at 4-5.

51.    A record for Case No. 1:09-cr-10304-MLW, *USA v. MasMarques* exists on PlainSite.  Greenspan Declaration Exhibit C.

### C.    Defendant MasMarques's Sealing Attempts

52.    On July 16, 2013, Defendant MasMarques re-filed a motion to seal dated "January 18, 2013" as ECF No. 5-1 in Case No. 1:09-cr-10304-MLW before this Court.  *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 5-1 (D. Mass *filed* July 16, 2013).

53.    On September 22, 2015, Judge Mark L. Wolf Court denied Defendant MasMarques's motion to seal.  *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 7 (D. Mass *filed* September 22, 2015).

54.    On November 12, 2015, Defendant MasMarques filed a Notice of Appeal regarding Judge Wolf's ruling, appealing the matter to the United States Court of Appeals for the

First Circuit ("First Circuit").  *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 10 (D. Mass *filed* November 12, 2015).

55.    On November 13, 2015, the appeal was assigned Case No. 15-2360.  *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 12 (D. Mass *filed* November 13, 2015).

56.    On November 19, 2015, the First Circuit docketed Case No. 15-2360 as a criminal appeal.  *USA v. MasMarques*, Case No. 15-2360, ECF No. 00106920158 (1st Cir. *filed* November 19, 2015).

57.    The same day, November 19, 2015, Defendant MasMarques separately filed a document with the First Circuit that was assigned Case No. 15-2402, styled as "PLAINTIFF'S EMERGENCY WRIT OF MANDAMUS MOTION, DECLARATION, AND MEMORANDUM OF LAW IN SUPPORT OF REQUEST FOR SEALING JUDGE MARK L. WOLF'S DECISION AND THE REMOVAL FROM ALL PUBLIC FORUM'S *[sic]* INCLUDING 'LEAGLE.COM' AND ALL INTERNET ACCESS".  *USA v. MasMarques*, Case No. 15-2402, ECF No. 00106920326 (1st Cir. *filed* November 19, 2015).

58.    The relief that Defendant MasMarques sought in First Circuit Case No. 15-2402 was denied on December 1, 2015.  *USA v. MasMarques*, Case No. 15-2402 (1st Cir. December 1, 2015).

59.    Defendant MasMarques sought to seal both First Circuit Case Nos. 15-2360 and 15-2402 through motions filed on December 2, 2015.  *USA v. MasMarques*, Case No. 15-2360, ECF No. 00117249588 (1st Cir. *filed* December 2, 2015).  *USA v. MasMarques*, Case No. 15-2402, ECF No. 00117249588 (1st Cir. *filed* December 2, 2015).

60.    On December 28, 2015, Appellate Judge Sandra L. Lynch denied Defendant MasMarques's motions to seal both First Circuit Case No. 15-2360 and 15-2402.  *USA v.*

*MasMarques*, Case No. 15-2360 (1st Cir. *filed* December 28, 2015).  *USA v. MasMarques*, Case

No. 15-2402 (1st Cir. *filed* December 28, 2015).

### D.    Defendant MasMarques Contacts Plaintiff

61.    Liborio Bellomo is a convicted felon, murderer, and crime boss associated with

the Genovese mob in New York City.  Greenspan Declaration Exhibit D at 2-6.

62.    Vincent Gigante was also a convicted felon, murderer, and crime boss who was

Liborio Bellomo's predecessor.  Greenspan Declaration Exhibit D at 7-18.

63.    On July 20, 2016, Defendant MasMarques sent an e-mail to

domains@thinkcomputer.com using the alias "Vincent Bellomo" and using the e-mail address

8986431@gmail.com that contained the statements "Remove the following URL and all URL's

that reference the name Diego MasMarques from your database and the Search Engines" and "I'

*[sic]* going to give you a heads up and let you know that I am filing complaints against your

website with the FCC and the FBI's IC3. Lastly, I want you to send me your real fucking name,

address, phone number and the exact country that you are operating out of."  Plaintiff's

Document GREENSPAN00009, Greenspan Declaration Exhibit E at 2.

64.    On February 21, 2017, Defendant MasMarques submitted the PlainSite "Contact

Us" form three (3) times.  Plaintiff's Documents GREENSPAN00010-000012, Greenspan

Declaration Exhibit E at 3-5.

65.    On February 22, 2017, Defendant MasMarques submitted the PlainSite "Contact

Us" form nine (9) times.  Plaintiff's Documents GREENSPAN00013-000021, Greenspan

Declaration Exhibit E at 6-14.

66.    Also on February 22, 2017, Defendant MasMarques sent an e-mail to

domains@thinkcomputer.com using the alias "David G" and using the e-mail address

bronx1842@gmail.com requesting removal of his two First Circuit cases from PlainSite. Plaintiff's Documents GREENSPAN00022, Greenspan Declaration Exhibit E at 15.

67.    On February 27, 2017, Defendant MasMarques submitted the PlainSite "Contact Us" form four (4) times.  Plaintiff's Documents GREENSPAN00023-000026, Greenspan Declaration Exhibit E at 16-19.

68.    On February 28, 2017, Defendant MasMarques submitted the PlainSite "Contact Us" form two (2) times.  Plaintiff's Documents GREENSPAN00027-000028, Greenspan Declaration Exhibit E at 20-21.

69.    On March 5, 2017, Defendant MasMarques submitted the PlainSite "Contact Us" form two (2) times.  Plaintiff's Documents GREENSPAN00029-000030, Greenspan Declaration Exhibit E at 22-23.

70.    On March 11, 2017, Defendant MasMarques submitted the PlainSite "Contact Us" form six (6) times.  Plaintiff's Documents GREENSPAN00032-000037, Greenspan Declaration Exhibit E at 24-29.

71.    On March 13, 2017, Defendant MasMarques submitted the PlainSite "Contact Us" form eleven (11) times, including one request that stated in part, "You Mother Fucking scumbags! Have that piece of shit Son of a Bitch lowlife Aaron Greenspan contact me.", another that stated in part, "You Mother Fuckers! Have that sneaky lowlife scumbag Aaron Greenspan get in touch with. Tell that cowardly son of a bitch to have some balls and call me or email.", another that stated in part, "You low life parasitical scumbag dirty Mother Fuckers! Have that big Son of Bitch Aaron Greenspan contact me by phone or email!", another that stated in part, "You Mother Fucking assholes! Remove the following URL link from your fucking piece of shit database and tell that Mother Fucking Son of a Bitch Coward Aaron Greenspain *[sic]* if he is the

owner to contact me asap." and "You guys are nothing but parasites leaching off of the personal and private data of the public for your own lazy and selfishness. You Mother Fuckers need to go out and learn a real Trade and do some real work for society, instead of sitting back and hiding behind a computer and fucking people's lives over. You fucking scum parasites!", another that stated in part, "Have this website owner Aaron Greenspan get in touch with me. Send me his address.", and another that stated in part, "Remove any and all references to the name Diego MasMarques from your database you Mother Fuckers! Have that piece of shit scum Aaron Greenspan if he is the real owner of this fucking website to contact me. You low life scumbags!" Plaintiff's Documents GREENSPAN00038-000048, Greenspan Declaration Exhibit E at 30-40.

72.    On March 14, 2017, Defendant MasMarques submitted the PlainSite "Contact Us" form one (1) time, stating in part, "Remove my hand written signature that you have allowed to on the web. I will give your fucking website three days until this Friday March 16, 2017 to remove my handwritten signature from the web, otherwise I will be filing a complaint with the Attorney General's Office, FBI's IC3, FCC and FTC."  Plaintiff's Document GREENSPAN00049, Greenspan Declaration Exhibit E at 41.

73.    On March 15, 2017, Defendant MasMarques submitted the PlainSite "Contact Us" form four (4) times.  Plaintiff's Documents GREENSPAN00050-000053, Greenspan Declaration Exhibit E at 42-45.

74.    On March 15, 2017, Defendant MasMarques also sent an e-mail received by Plaintiff using the alias "MA B" and the e-mail address 87764a@gmail.com referring to "Spanish penal code 138" and "NCIC records."  Plaintiff's Document GREENSPAN00054, Greenspan Declaration Exhibit E at 46.

75.     On March 16, 2017, Defendant MasMarques submitted the PlainSite "Contact Us" form three (3) times.  Plaintiff's Documents GREENSPAN00055-000057, Greenspan Declaration Exhibit E at 47-49.

76.     On March 17, 2017, Defendant MasMarques submitted the PlainSite "Contact Us" form one (1) time.  Plaintiff's Document GREENSPAN00058, Greenspan Declaration Exhibit E at 50.

77.     On March 18, 2017, Defendant MasMarques submitted the PlainSite "Contact Us" form two (2) times, with both requests stating in part "I want the owners name and home address as I will go personally to his house to talk to him no matter where he lives."  Plaintiff's Documents GREENSPAN00059-000060, Greenspan Declaration Exhibit E at 51-52.

78.     On March 20, 2017, Defendant MasMarques submitted the PlainSite "Contact Us" form three (3) times.  GREENSPAN00061-000063, Greenspan Declaration Exhibit E at 53-55.

79.     On December 20, 2017, Defendant MasMarques called Plaintiff at +1 415 670 9350 from a blocked telephone number, identified himself as Diego MasMarques, and requested that Plaintiff remove his name from PlainSite.  Plaintiff told Defendant MasMarques that his conduct was unacceptable, that Plaintiff had already reported Defendant MasMarques to the police, and immediately ended the call.  Greenspan Declaration ¶ 9.

80.     Plaintiff did not receive any telephone call from Defendant MasMarques thereafter where Defendant MasMarques identified himself.  *Id*.

81.     On March 19, 2018, Defendant MasMarques submitted the PlainSite "Contact Us" form one (1) time, stating in part, "You dirty Mother Fucker! Where are you in the Bat Area.

You Asshole! You cock sucker!"  Plaintiff's Document GREENSPAN00101, Greenspan Declaration Exhibit E at 86.

82.     On March 30, 2018, Defendant MasMarques submitted the PlainSite "Contact Us" form one (1) time using his own name from the IP address 24.60.59.25, stating, "Aaron you dirty low life MOTHER FUCKER! You need to fucking stop Terrorizing, Harassing, Stalking and Threatening my life and family online. Your a fucking scum pos *[sic]*. Your not worth a fucking penny. Your just a piece of trash blowing the wind. Stop the fucking harassment you dirt bag! And go fuck yourself!"  Plaintiff's Document GREENSPAN06081, Greenspan Declaration Exhibit E at 87.

83.     On June 13, 2018, Plaintiff received two calls at +1 415 670 9350 from a blocked telephone number generally alleging that Plaintiff owned the website leagle.com, was "hiding" behind registered agents, and threatening that Plaintiff was "on very, very thin ice" and to "be careful".  Greenspan Declaration ¶ 10.

84.     Throughout 2017 and 2018, Defendant MasMarques also sent e-mails directed at and received by Plaintiff that originated from a number of e-mail addresses and sender names, including but not limited to "A B," "Jack Jones," "Rick" or "Ricky," and "Roger B."  Greenspan Declaration Exhibit E.

**E.     Libelous Posts Appear on BlacklistReport**

85.     In or around late 2017, Defendant MasMarques used a refurbished, Mac OS-based computer that he had acquired from a store whose staff had created a user account called "tech" and which he appropriated as his own user account after purchase.  ECF No. 1-6 at 245:9-12.  ECF No. 237-2 at 8.

86.     The default location for user folders on Mac OS computers is represented by the text "/Users/" followed by the user name.  Greenspan Declaration Exhibit J.

87.     Defendant MasMarques began posting about Plaintiff on a website called "Blacklist Report" (formerly located at http://www.blacklistreport.com) in or around September 2017.  Greenspan Declaration ¶ 11.

88.     When it was operational, the Blacklist Report website did not identify or otherwise verify the authors of posts unless the author decided to voluntarily include their name in a post and automatically watermarked all images posted.  Greenspan Declaration ¶ 11.

89.     Posts on Blacklist Report were generally derogatory and critical, no matter the targeted individual.  Greenspan Declaration ¶ 11.

90.     Posts on Blacklist Report about Plaintiff contained false statements of fact.  Greenspan Declaration ¶ 11.

91.     Many of the posts on Blacklist Report about Plaintiff contained embedded images.  Greenspan Declaration ¶ 11.

92.     Defendant MasMarques posted on the Blacklist Report website with the intent to remain anonymous.  Greenspan Declaration ¶ 12.

93.     One post on Blacklist Report, formerly at the URL https://www.blacklistreport.com/2018/05/aaron-greenspan-owns-and-runs-career-and-reputation-destroying-monetized-websites-such-as-leagle-com-and-plainsite-org/ making reference to leagle.com and referring to Plaintiff specifically, contained, in place of images that failed to upload, the text "/Users/tech/Desktop/Brian W Carver Co-Founder of Courtlistener.com.jpg" as well as the text "/Users/tech/Desktop/Mike Lissner Lead Developer and Co-Founder",

identifying the author of the post as an individual whose Mac OS username was "tech".

Greenspan Declaration Exhibit F at 2.  *See also* ECF No. 1-6 at 245:2-12.

94.     CourtListener is a website located at https://www.courtlistener.com that, like

PlainSite, stores millions of court records.  Greenspan Declaration ¶ 5.

95.     In 2017 and thereafter, CourtListener stored records regarding Defendant

MasMarques's criminal conviction in Spain.  Greenspan Declaration ¶ 5.

96.     A Blacklist Report post dated January 20, 2018, formerly at the URL

http://www.blacklistreport.com/2018/01/lisa-dube-aka-lisa-dube-carpenter/, was entitled "LISA

DUBE AKA LISA DUBE CARPENTER" and contained statements such as "Lisa Dube

Carpenter became a Federal Probation Officer in Massachusetts after a few short months of

working as a Social Worker" and "Lisa Dube Carpenter fully enjoys the power and control she

commands over people under her and it is clear that Lisa Dube Carpenter is a complete Control

Freak. This individual should never been able to even obtain this type of Federal Job but once

she did has come in first with her humble act and telling people these tales that she has a good

moral compass, when in fact the opposite is true."  Plaintiff's Documents GREENSPAN01215-

01216, Greenspan Declaration Exhibit F at 9-10.

97.     Lisa Dubé is the name of Defendant MasMarques's former probation officer.

*USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1 at 1-2 (D. Mass *filed* October

15, 2009).

98.     The Blacklist Report post about Lisa Dubé contained an image with a typeset

caption and gray speech bubble with a thick border and text therein superimposed on a

photograph of a Caucasian woman, as follows:



Greenspan Declaration ¶ 11.  *See also* Plaintiff's Document GREENSPAN01215, Greenspan

Declaration Exhibit F at 9.

    99.    Other posts on Blacklist Report contained images with similar gray speech

bubbles, such as the below image of Plaintiff's parents which also references a "501c" and uses

improperly capitalized words:



Greenspan Declaration ¶ 11.

### F.    Libelous Posts Appear on ComplaintsBoard

100.    Defendant MasMarques began posting pseudonymously about Plaintiff on a website called "ComplaintsBoard" (located at https://www.complaintsboard.com) in or around early 2018.  Greenspan Declaration ¶ 13.

101.    On June 5, 2018, a pseudonymous user called "Expose 501(c)(3) Fraud" authored a post on ComplaintsBoard formerly at the URL https://www.complaintsboard.com/complaints/plainsiteorg-think-computer-corporation-plainsiteorg-under-fraudulent-501c-think-computer-censor-father-neil-s-greenspan-is-the-vp-and-treasurer-c959688.html?page=6#c1914301 that contained two URLs from the website of Think Computer Foundation: (1) http://www.thinkcomputer.org/about/index.html and (2) http://www.thinkcomputer.org/home/photo1.jpg as well as the statements that "Aaron Jacob Greenspan owns and runs PDFSR.COM where he uploads documents to harass and stalk people" and further stating that "Aaron Jacob Greenspan has one person working for him in Indonesia where supposedly PDFSR.COM is based with a fake address of course."  Greenspan Declaration Exhibit G at 2.

102.    Harassment is a crime.  California Penal Code § 653.2.

103.    Stalking is a crime.  18 U.S.C. § 2261A.

104.    Plaintiff does not have and has never had any person working for him in Indonesia.  Greenspan Declaration ¶ 14.

105.    Plaintiff does not have and has never had any affiliation with PDFSR.COM.  Greenspan Declaration ¶ 14.

106.    In 2018, Think Computer Foundation's website was hosted on Think Computer Corporation's server, to which Plaintiff has direct access.  Greenspan Declaration ¶ 15.

107.    The server logs from June 5, 2018 revealed that the first and only individual to access those URLs did so from the IP address 24.60.59.25.  Greenspan Declaration ¶ 15.

108.    The IP address 24.60.59.25 was and is registered to Comcast Cable Communications, LLC ("Comcast").  Greenspan Declaration ¶ 16.  *See also* ECF No. 54-3 at 2.

109.    Plaintiff suspected Defendant MasMarques was responsible for posts on numerous websites and had contacted the Marlborough Police Department regarding Defendant MasMarques's activity.  Greenspan Declaration ¶ 17.

110.    On or around July 12, 2018, the Middlesex County District Attorney's Office issued a subpoena to Comcast.  ECF No. 54-3 at 2.

111.    Comcast responded to the Middlesex County District Attorney's Office's subpoena in a letter dated July 27, 2018 identifying the registered subscriber using the IP address 24.60.59.25 from June 5, 2018 through June 16, 2018 as Mary MasMarques at 4512 Willow Trail, Marlborough, MA 01752.  ECF No. 54-3 at 2.

112.    At all relevant times, Defendant MasMarques resided at 4512 Willow Trail, Marlborough, MA 01752.  ECF No. 178 ¶ 21.

113.    At all relevant times, Mary MasMarques was the wife of Defendant MasMarques. *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW, ECF No. 1 at 6 (D. Mass *filed* October 15, 2009).

114.    Defendant MasMarques and Mary MasMarques shared use of their internet connection.  ECF No. 237-2 at 7.

115.    Defendant MasMarques and Mary MasMarques shared use of their computer with the "tech" username.  ECF No. 237-2 at 7.

116.    Defendant MasMarques admits that he once posted on ComplaintsBoard in a post that contained several images related to Think Computer Foundation, presumably using a different account than the "Expose 501(c)(3) Fraud" account, which made no such post.  ECF No. 237-3 at 3.

117.    Defendant MasMarques admits that he controls and/or uses the e-mail address 8587@protonmail.com.  ECF No. 237-2 at 9.

118.    ComplaintsBoard would not permit a new user to register using the e-mail address 8587@protonmail.com as of April 27, 2019 because "Email already exists. Please change email," indicating the presence of an account in its user database already registered to that e-mail address.  Plaintiff's Document GREENSPAN00002, ECF No. 237-9 at 2.

119.    Defendant MasMarques used the e-mail address 958957z@gmail.com to file PlainSite Request 4V9C9RJ on June 17, 2017 and PlainSite Request 4W2ZE7U on June 25, 2017.  Plaintiff's Document GREENSPAN00080, ECF No. 237-9 at 10.

120.    ComplaintsBoard would not permit a new user to register using the e-mail address 958957z@gmail.com as of April 27, 2019 because "Email already exists. Please change email," indicating the presence of an account in its user database already registered to that e-mail address, which Defendant MasMarques disclosed as his own.  Plaintiff's Document GREENSPAN00004, ECF No. 237-9 at 3.

121.    Defendant MasMarques registered multiple accounts on ComplaintsBoard and used them to authored multiple posts about Plaintiff.  *See* ¶¶ 98, 103-117.

122.    Defendant MasMarques's posts led to other individuals posting on ComplaintsBoard and similar websites about Plaintiff.  Greenspan Declaration ¶ 17.

123.    Numerous posts authored by other individuals about Plaintiff contained composite pornographic images involving Plaintiff and his family members and/or featured Nazi imagery. Greenspan Declaration ¶ 17.

124.    Defendant MasMarques frequently referred to Plaintiff's Jewish religion in his posts and once sent a PlainSite "Contact Us" form that began with "Shalom my friends!" "Shalom" is the Hebrew word for "Hello."  Greenspan Declaration ¶ 18.

125.    Defendant MasMarques communicated repeatedly with Matthew Mahgrefteh, an individual using the pseudonym "Amir Noy," who Plaintiff believes was responsible for the pornographic and/or Nazi-themed images.  Greenspan Declaration ¶ 19.

**G.    Plaintiff Applied for a Restraining Order Against Defendant MasMarques in the Superior Court of California for Santa Clara County**

126.    On April 4, 2018, Plaintiff filed Judicial Council of California Form CH-100 with the Superior Court of California for the County of Santa Clara, which was assigned Case No. 18CH008067.  Case No. 18CH008067 Docket.

127.    Plaintiff made the decision to file for a restraining order after being told by law enforcement that they could not take any legal action against Defendant MasMarques unless a restraining order was in place.  Greenspan Declaration ¶ 20.

128.    Plaintiff's filing fee was waived pursuant to California Code of Civil Procedure § 527.6(y) based on his representation that there was a credible threat of violence against him. Greenspan Declaration ¶ 20.

129.    Plaintiff did not initially know Defendant MasMarques's home address. Greenspan Declaration ¶ 21.

130.    Plaintiff paid the Middlesex County Sheriff's Office to serve Defendant MasMarques at 4512 Willow Trail, Marlborough, MA 01752.  Greenspan Declaration ¶ 21.

131.    The Middlesex County Sheriff's Office conducted an address search of their own and found a different match than the address Plaintiff had suggested: 1 Walking Court, Apartment F, Medford, MA 02155.  Greenspan Declaration ¶ 21.

132.    Defendant MasMarques's father was also named Diego MasMarques.  ECF No. 1-6 at 37:6-7.

133.    The Middlesex County Sheriff's Office served Defendant MasMarques's father in error at 1 Walking Court, Apartment F, Medford, MA 02155.  ECF No. 1-6 at 37:3-5.

134.    Plaintiff was not present for the service of process activity by the Middlesex County Sheriff's Office, which ignored the photographs of Defendant MasMarques that Plaintiff had sent them.  ECF No. 1-6 at 104:20-25.

135.    Plaintiff believed Defendant MasMarques had been served with the California restraining order paperwork based on what he was told by the Middlesex County Sheriff's Office.  ECF No. 1-6 at 104:20-25.

136.    On July 3, 2018, Defendant MasMarques filed a request to terminate the California restraining order proceedings as well as a cross-request for a restraining order against Plaintiff.  Case No. 18CH008067 Docket.  *See also* ECF No. 1-6 at 25-27.

137.    Defendant MasMarques's cross-request for a restraining order against Plaintiff represented that Plaintiff owned a "gun or other weapon."  Greenspan Declaration ¶ 22.

138.    On the basis of Defendant MasMarques's representation about Plaintiff's ownership of a "gun or other weapon," his filing fee was also waived pursuant to California Code of Civil Procedure § 527.6(y).  Greenspan Declaration ¶ 22.

139.    Plaintiff has never owned a gun or other weapon within the meaning of California Code of Civil Procedure § 527.6.  Greenspan Declaration ¶ 23.

140.    On August 30, 2019, Judge Carol Overton of the Superior Court of California for the County of Santa Clara granted Plaintiff's request for a restraining order against Defendant MasMarques and denied Defendant MasMarques's cross-request for a restraining order against Plaintiff.  Case No. 18CH008067 Docket.

141.    Defendant MasMarques filed an appeal of Judge Overton's decision, which was assigned Case No. H047904, and which he failed to prosecute.  Case No. 18CH008067 Docket. Case No. H047904 Docket.

142.    The California restraining order proceedings lasted from April 4, 2018 through November 4, 2021, the date of the Remittitur from the California Court of Appeal.  Case No. 18CH008067 Docket.

**H.      The Office of the Attorney General of Arkansas Contacts Plaintiff**

143.    On June 8, 2018, Shawn J. Johnson of the Office of the Attorney General of Arkansas contacted Plaintiff to inquire about a complaint filed by Defendant MasMarques regarding the website leagle.com, which had published one or more court records relating to his criminal conviction.  ECF No. 54-5 at 12.

144.    Plaintiff has never had any affiliation with leagle.com and does not know anything about leagle.com's corporate structure or ownership.  ECF No. 68-1 at 97.

145.    There is therefore no paper trail connecting Plaintiff to leagle.com that members of the public might base supposition upon.  *Id.*

146.    Defendant MasMarques informed the Office of the Attorney General of Arkansas that Plaintiff owns leagle.com.  ECF No. 54-5 at 2, 12.

147.    Numerous pseudonymous posts on ComplaintsBoard made the same allegation: that Plaintiff owns leagle.com.  ECF No. 68-1 at 29-38.

148.    On December 25, 2017, a pseudonymous ComplaintsBoard user with the handle "Abraham 7" posted at the URL https://www.complaintsboard.com/plainsiteorg-think-computer-corporation-aaron-jacob-greenspan-posting-personal-and-private-information-on-his-website-c849789, "The Public has to file complaints against Aaron Greenspan with the FBI's IC3. FTC and FCC. The sooner the better. Also, with the IRS non-profit division for fraudulently advertising that plainsite.org is under a 501c non-profit called Think Computer Corporation. Aaron Greenspan is also involved with another vicious website called leagle.com. He is working with some guy called Jeffrey Allen Steinport and both of them are together running leagle.com. Both of these people are Hackers!" mirroring the language of Defendant MasMarques's July 20, 2016 e-mail threatening to file complaints with the "FCC and the FBI's IC3".  Plaintiff's Documents GREENSPAN01318-01319, Greenspan Declaration Exhibit G at 5-6.

149.    On April 22, 2018, a pseudonymous user with the handle "Basil 6" posted a complaint on ComplaintsBoard with the title "Aaron Greenspan a/k/a Aaron Jacob Greenspan owner of vicious monetized plainsite.org / hacker and online harassment and stalking" that contained one altered, scanned image of IRS Form 13909 and six images of Think Computer Foundation corporate documents printed on a color ink-jet printer and then scanned at an angle, as well as statements such as, "Aaron Greenspan, his father Neil S Greenspan and his mother Judith Keene Greenspan all together have concocted this 501c tax evasion and tax fraud operation in which they hide their monetized websites such as leagle.com and plainsite.org under and this scam is called Think Computer Corporation and Think Computer Foundation and also Thinklink, Greenspan Technologies and many more front 501c tax fraud companies now based out of Delaware, so they can hide their identities and don[']t have to disclose their monetized

websites and don't have to turn in yearly earning reports." Plaintiff's Documents GREENSPAN01395-01396, Greenspan Declaration Exhibit G at 19-20.

150.    On May 2, 2019 before the Superior Court of California for the County of Santa Clara, Defendant MasMarques was asked, "How many accounts do you have on ComplaintsBoard?" and responded "One. One. I think one account." ECF No. 1-6 at 334:28-335:2.

151.    When asked "What is the name of that account?" Defendant MasMarques responded "I don't recall. It's when I uploaded eight pages." ECF No. 1-6 at 335:3-4.

152.    On May 23, 2025, Defendant MasMarques stated in response to Plaintiff's Interrogatory No. 5 in this action, "While I have looked at posts on ComplaintsBoard, I have never posted anything on the site myself." ECF No. 237-2 at 6.

153.    On May 24, 2025, Defendant MasMarques stated in an amended response to Plaintiff's Interrogatory No. 5 in this action, "To the best of my memory—and after giving it more thought—in early 2018, just before Plaintiff filed a harassment complaint against me, I uploaded or shared a link to publicly available documents on what I believe was ComplaintsBoard. The content related to Think Computer Foundation's 501(c)(3) nonprofit status." ECF No. 237-3 at 3.

**I.    Defendant MasMarques's False Government Complaints Regarding Plaintiff**

154.    On April 2, 2018, using the name "Rick" and his 8587@protonmail.com e-mail address, Defendant MasMarques filed a complaint with the Delaware Department of Justice Division of Consumer Protection about Plaintiff and Plaintiff's "501c" which he described as a "fraudulent entity." ECF No. 54-5 at 10.

155.    On June 24, 2018, Defendant MasMarques filed a complaint with the Office of the Attorney General of Ohio regarding Plaintiff, generally alleging "Tax Fraud," "attempts to extort money" and fraud on the "USPTO" among other crimes related to Plaintiff's "501c".  ECF No. 54-5 at 14.

156.    Defendant MasMarques's complaint used the phrases "monetized websites" and "ICANN WHOIS" in reference to his belief that Plaintiff continued to "operate leagle.com".  *Id*.

157.    The Office of the Attorney General of Ohio conducted an "investigation" into Think Computer Foundation while the PlainSite website openly criticized Donald Trump. Greenspan Declaration ¶ 24.

158.    At the end of its "investigation," the Office of the Attorney General of Ohio chose not to file any charges and suggested the option of Plaintiff shutting down Think Computer Foundation in order to re-incorporate in a different state.  Greenspan Declaration ¶ 24.  *See also* Plaintiff's Deposition Transcript at 75:6-18.

159.    Plaintiff was concerned that Defendant MasMarques would continue filing false complaints no matter where Think Computer Foundation was incorporated.  Plaintiff's Deposition Transcript at 75:19-25.

160.    In 2021, Plaintiff shut down Think Computer Foundation.  Plaintiff's Deposition Transcript at 75:6-11.

161.    When Plaintiff returned to the United States from international travel in June 2019, he was detained by United States Customs and Border Patrol at the airport on the basis of one of the then-active invalid and unconstitutional temporary restraining orders being active. Greenspan Declaration ¶ 25.

162.    Plaintiff was not free to leave the custody of the United States Customs and Border Patrol until they investigated the matter.  Greenspan Declaration ¶ 25.

163.    Defendant MasMarques filed complaints regarding Plaintiff and Plaintiff's non-profit organization, Think Computer Foundation, with the Internal Revenue Service on at least five separate occasions on or around August 29, 2017, April 2, 2018, May 5, 2018, May 24, 2018, and September 8, 2020.  ECF No. 237-10 at 2-11.

164.    On August 20, 2019, Think Computer Foundation was notified by the Internal Revenue Service that it had been "selected for an audit" for fiscal year 2018.  Greenspan Declaration ¶ 26.

165.    The Internal Revenue Service audit of Think Computer Foundation found no issues.  Greenspan Declaration ¶ 26.

166.    Plaintiff informed the Internal Revenue Service that Think Computer Foundation had been shut down, but due to its antiquated computer infrastructure, the Internal Revenue Service ignored Plaintiff's repeated written notifications and erroneously added Think Computer Foundation to the "auto-revocation" list of Exempt Organizations that failed to file a return for three years in a row in 2025.  Greenspan Declaration ¶ 27.

167.    Plaintiff informed the Internal Revenue Service about its compounded errors and was told that Think Computer Foundation would be removed from the "auto-revocation" list.  Greenspan Declaration ¶ 27.

168.    On June 19, 2022, Defendant MasMarques filed a Freedom of Information Act ("FOIA") request with the United States Securities and Exchange Commission ("SEC") regarding "Aaron Jacob Greenspan/Think Computer Corporation/Think Computer Foundation" which was assigned SEC Request No. 22-02308-FOIA.  ECF No. 54-5 at 35-36.

169.    Federal agencies such as the SEC make logs of the FOIA requests they receive available to the general public on a monthly basis.  Greenspan Declaration ¶ 28.

170.    New SEC FOIA logs are made public after the end of the month they reflect. Greenspan Declaration ¶ 28.

171.    The June 2022 SEC FOIA log was not available to the public as of July 6, 2022. Greenspan Declaration Exhibit K.

172.    Once the June 2022 SEC FOIA log was made public it showed that only Defendant MasMarques had made a FOIA request with the SEC about Plaintiff during that month.  Greenspan Declaration ¶ 29.

173.    No other individual made a FOIA request specifically about Plaintiff to any agency during the years 2021 or 2022.  Greenspan Declaration ¶ 29.

174.    On or about October 4, 2022, Defendant MasMarques filed a complaint with the California Department of Motor Vehicles ("CADMV") regarding Plaintiff, generally alleging that Plaintiff had provided CADMV with a false address.  ECF No. 257-3 ¶ 36.

175.    Plaintiff did not provide CADMV with a false address.  Plaintiff's residential address was 500 Race Street, Apartment 4321, San Jose, CA 95126 from September 2016 through June 2018, at which point his lease ended and he decided to spend time visiting his family in Ohio for the summer.  Greenspan Declaration ¶ 30.

176.    At the point when Plaintiff left his residence in California, his mail was properly forwarded to his family's home in Ohio and he did not know his next mailing address in California.  Greenspan Declaration ¶ 30.

177.    The CADMV requires that, "If you move, you must notify DMV of your new address within ten days" and further clarifies that the purpose is to ensure a proper "mailing address."  Greenspan Declaration ¶ 31.

178.    Plaintiff returned to California on September 5, 2018 and immediately moved into 956 Carolina Street, San Francisco, CA 94107.  Greenspan Declaration ¶ 31.

179.    Plaintiff updated his address with CADMV on September 11, 2018, within 10 days of moving to a new address within California.  Greenspan Declaration ¶ 31.

180.    In October 2019, Plaintiff realized that he had not received the annual notification from CADMV providing the requisite information necessary to renew his vehicle registration. Nor was Plaintiff able to renew his vehicle registration on-line or at a kiosk when he attempted to nonetheless.  Greenspan Declaration ¶ 32.

181.    Without renewing his vehicle registration, Plaintiff was unable to drive legally. California Vehicle Code § 4000(a)(1).

182.    On October 11, 2019, Plaintiff called CADMV and learned that a "stop," also called a "Vehicle License Transfer" had been placed on his vehicle's account due to a complaint that had been filed with the CADMV Investigations Division.  ECF No. 54-5 at 17.

183.    Plaintiff received a letter from CADMV on October 17, 2019 stating, "DMV Investigations, Milpitas District Office, began investigating the matter in October 2018.  In October 2019, DMV Investigations concluded the matter and found no violations or wrongdoing."  ECF No. 54-5 at 18.

**J.    Defendant MasMarques's Additional Frivolous Litigation Against Plaintiff**

184.    On April 8, 2019, Defendant MasMarques filed an application for criminal charges against Plaintiff in Marlborough District Court Case No. 1921AC000120, stating that

29

Plaintiff had "ADMITTED TO VIOLATING THE R/O OVER A DOZEN TIMES AND HE IS STILL CONTINUING W/THESE VIOLATIONS TODAY."  ECF No. 54-5 at 24-25.

185.    A probable cause hearing was held on May 9, 2019 before the Marlborough District Court in Case No. 1921AC000120.  Case No. 1921AC000120 Docket.

186.    On May 15, 2019, First Assistant Clerk Magistrate Darryl Whitney found "No Probable Cause for the complaint to issue" and the case was dismissed.  ECF No. 54-5 at 26.

187.    On July 29, 2019, Defendant MasMarques filed a complaint against Plaintiff in the Middlesex County Superior Court which was assigned Case No. 1981CV02204.  ECF No. 54-5 at 27-31.

188.    On September 4, 2019, Plaintiff filed a motion to strike the complaint on account of fraud on the court in Middlesex County Superior Court Case No. 1981CV02204.  Case No. Case No. 1981CV02204 Docket.

189.    On September 19, 2019, Plaintiff's motion was granted and the case was dismissed.  ECF No. 54-5 at 32.

**K.    Defendant MasMarques's Social Media Posts Regarding Plaintiff**

190.    At all relevant times, Twitter allowed users with registered accounts to file reports about specific posts.

191.    On February 28, 2019, before the Superior Court of California for the County of Santa Clara, Defendant MasMarques stated, "No.  I have no social media at all.  No social media.  Mr. Greenspan is one of the reasons why I would never have any social media."  ECF No. 1-6 at 237:23-25.

192.    On May 2, 2019, before the Superior Court of California for the County of Santa Clara, Defendant MasMarques responded to the question, "Would you call Twitter a social

media site?  Would you just agree with that statement that it's a social media site?" with, "A social media site?  Yes, I would."  ECF No. 1-6 at 335:5-8.

193.    On May 23, 2025, in response to Plaintiff's Interrogatory No. 6, Defendant MasMarques denied that he uses or had ever used social media to post with a registered account, stating, "I don't use social media and don't remember ever creating any usernames.  If I did, it would have been to view content."

194.    On September 26, 2025, in his declaration filed November 6, 2025, Defendant MasMarques stated only regarding the present tense, "I do not have or use any social media accounts."

195.    On March 30, 2018, Twitter account @badbadwebsites posted, "We will start exposing bad websites that are data mining the public's personal information for the sole purpose of the owners of these websites to make easy money at the expense of people's careers, reputations and financial security. These bad websites only care about $$$!" [text covered by user interface menu bar in print view on last page but still copyable], "The owner of plainsite.org, Aaron Greenspan thinks he can Judge over the public, as to what legal info he will upload on an individual in a selective manner. This individual believes he is Judge & Jury and can harm the public however he feels like it.", and "Aaron Jacob Greenspan owner of plainsite.org under fraudulent 501c goes in to the Federal database Pacer & uploads for next to nothing in a selective manner the public's legal documents that brings the most traffic to plainsite.org He sells subscrip's [sic] @ $99 mo".  Plaintiff's Documents GREENSPAN00256-00257, Greenspan Declaration Exhibit H at 13-14.

196.    On March 31, 2018, Twitter account @badbadwebsites posted, "Attorney Jeffrey Allen Steinport was operating a similar site to plainsite.org called unitedstatescourts.org and was

using a PO Box in his home town of Grand Rapids, fake name, no phone number. He was outed changed contact info using Privacy Guard to Panama w fake name". Plaintiff's Document GREENSPAN00256, Greenspan Declaration Exhibit H at 13.

197.    Jeffrey Steinport reported Defendant MasMarques to the Federal Bureau of Investigation. Greenspan Declaration ¶ 6.

198.    On April 4, 2018, Twitter account @badbadwebsites posted, "Another bad website designed to invade your privacy and wreck your reputation for $: leagle.com ICANN WHOIS says it belongs to a Donald Johnson from Arkansas. That's all made up to hide owners real identity who is an Attorney. Leagle.com destroys careers". Plaintiff's Document GREENSPAN00254, Greenspan Declaration Exhibit H at 11.

199.    On April 4, 2018, Twitter account @badbadwebsites posted, "Another bad website is PDFSR.com the owner has given completely fake contact info to ICANN WHOIS but one can be assured that the owner is most likely right here in the US sitting back on their computer raking in cash at the public's expense." Plaintiff's Document GREENSPAN00252, Greenspan Declaration Exhibit H at 9.

200.    On April 4, 2018, Twitter account @badbadwebsites posted, "US Congress needs to enact a 'Right to be Forgotten Law' like in the EU so that Americans can have harmful URL's taken down. Internet is like the Wild West in the USA and the laws need to be updated to reflect the times we are in with all these online trolls trying to make easy $". *Id*.

201.    On April 4, 2018, Twitter account @badbadwebsites posted, "In the EU if some terd doesn't want to work for a living and goes creates and runs a website that gathers the public's legal info within a short time, they will have the police at their door and criminally charged. In the USA why is this acceptable. First Amendment is no excuse". *Id*.

202.     On April 28, 2018, Reddit account 198412345 posted, "Aaron Jacob Greenspan also owns and runs with his father Neil S Greenspan the vicious monetized website leagle.com under a fake name and address in Arkansas, so they can hide their identities from the public because they are doing so much damage to people's careers and reputations all across the USA, just so these selfish greedy nuts can make some eassy *[sic]* money off the backs of hard working men and women in the USA." and "Aaron Jacob Greenspan goes to the United States Patent and Trademark Office and buys up lots of Trademark Names, that he then hoards. When a new start-up company comes along that will actually produce something and do something productive, this Aaron Greenspan blackmails and extorts lots of money out of the new owner or owner of the start-up company that is looking for the specific Trademark name that Aaron Greenspan is selfishly hoarding, so he can make money without having to lift a finger. Aaron Greenspan has never done real work in his entire life. Most likely his father set him up with all these schemes because he realized that Aaron Greenspan is anti-social and could not get along with other people in a place of business." in response to the thread it started entitled "Aaron Greenspan angry because he is being outed with his 501c non-profit tax evasion and tax fraud schemes, so he is gong *[sic]* around defaming and is completely unhinged. Who would even hire this nut?" Greenspan Declaration Exhibit I at 2.

203.     In August 2018, the Twitter account @R62607249 began posting about "Aaron Greenspan" and identified itself with "We have a RO against this individual in a California Court." Plaintiff's Documents GREENSPAN00187-00188, Greenspan Declaration Exhibit H at 15-16.

204.     On August 30, 2018, including the handle of venture capitalist Marc Andreessen in the post so as to generate a mention notification for Mr. Andreessen, @R62607249 wrote that

Plaintiff is a "Vexatious Litigant," again stating, "We have a RO agains *[sic]* this individual in a California Court." Plaintiff's Documents GREENSPAN00187, Greenspan Declaration Exhibit H at 15.

205.    On August 30, 2018, the @R62607249 Twitter account wrote similar posts directed at the venture capital firm Kleiner Perkins Caulfield & Byers, famous for partner John Doerr having invested in Google; Sequoia Capital, famous for partner Michael Moritz having invested in Google, Yahoo!, PayPal; and other companies. *Id*.

206.    On May 9, 2019, Defendant MasMarques was asked, "Do you control or have you ever controlled the Twitter account @R62607249?" and responded "I don't recall. I don't remember." ECF No. 1-6 at 335:13-15.

207.    In October 2018, the @LiarsStalkers Twitter account began posting about Plaintiff on Twitter. Plaintiff's Document GREENSPAN00208, Greenspan Declaration Exhibit H at 18.

208.    On October 21, 2018, the @LiarsStalkers Twitter account authored a post on Twitter stating, "Aaron Greenspan's Resume should read like this: OCD when it comes to Harassing, Stalking, Shaming, Threatening and Defaming. Enjoys receiving free money by being a Serial Litigant. Does not like to work for a living but sit back on computers & do Hacking." with an embedded image that depicted an article about Plaintiff from legal blog *Above The Law* printed out on a color ink-jet printer and then scanned with the left edge of the sheet of paper visible in the image. Plaintiff's Documents GREENSPAN00208-00209, Greenspan Declaration Exhibit H at 18-19.

209.    On October 21, 2018, the @LiarsStalkers Twitter account authored several other posts mentioning Plaintiff by name, including but not limited to, "Aaron Greenspan is a Hacker,

Harasser, Stalker and Liar who is a public menace to American Society and a danger to our National Security."  Plaintiff's Document GREENSPAN00209, Greenspan Declaration Exhibit H at 19.

210.    More than one of the @LiarsStalkers Twitter posts featured improperly capitalized nouns.  Plaintiff's Document GREENSPAN00208-00211, Greenspan Declaration Exhibit H at 18-21.

211.    On October 17, 2020, the @badbadwebsites Twitter account responded to a thread by the @WholeMarsBlog Twitter account run by Omar Qazi and beginning with "Aaron Greenspan is a liar" stating, "Perhaps people need to get together & make an appointment w the FBI so they take action once and for all against all these abuses".  Plaintiff's Document GREENSPAN00280, Greenspan Declaration Exhibit H at 23.

212.    On May 8, 2023, Defendant MasMarques e-mailed his former probation officer Jeffrey Smith stating, "I have already gone to the FBI in Chelsea, MA and the Secret Service at the Tip O'Neill building around September of 2020. I went there in person and both agencies listened and took all the documents and evidence of Aaron Jacob Greenspan cyberstalking, doxxing, harassing and threatening myself and immediate family online."  Defendant's Document Def-P2_000214, ECF No. 237-10 at 16.

213.    On May 8, 2021, Twitter account @Giza299792458N posted, "Here is the real owner of leagle.com." above a screenshot containing Plaintiff's name, "Aaron Greenspan". Plaintiff's Document GREENSPAN00324, Greenspan Declaration Exhibit H at 24.

214.    On May 9, 2021, Twitter account @Giza299792458N posted, "1996 Decency Act 230 needs to be thrown out. Sooner the better."  Plaintiff's Document GREENSPAN00331, Greenspan Declaration Exhibit H at 29.

215.    On May 11, 2021, Twitter account @Giza299792458N posted, "I too am a victim for many years of Aaron Greenspan. He refuses to stop with his harassment campaigns." Plaintiff's Document GREENSPAN00324, Greenspan Declaration Exhibit H at 24.

216.    The Twitter feature to reset a user's password previously disclosed a redacted form of the user's e-mail address, if available, where each redacted character in the e-mail address was replaced by an asterisk.  Greenspan Declaration ¶ 33.

217.    As of May 11, 2021, the redacted e-mail address connected to the Twitter account @Giza299792458N was "85**@p*********.***".  Plaintiff's Document GREENSPAN00339, Greenspan Declaration Exhibit H at 30.

218.    In his response to Plaintiff's Interrogatory No. 10, Defendant MasMarques disclosed the use of the e-mail addresses 8586@protonmail.com and 8587@protonmail.com, both of which match the redacted pattern "85**@p*********.***".  ECF No. 237-2 at 9.

219.    On September 24, 2021, Twitter account @Giza299792458N posted in response to the @WholeMarsBlog Twitter account, "Lots of people don't seem to understand how dangerous Aaron Greenspan is. He is extremely aggressive and has ocd *[sic]* with the public's personal and legal data collecting, which is then at any time used to attack his victims. He files false police reports, lies to Judges..." and "He files lots of false police reports.Lies *[sic]* under oath to Federal & State Judges. Makes repeated harassing phone calls to Court Clerk's *[sic]* to try & get his way with harassment, intimidation & threats. For some strange reason he has yet to be criminally charged for any of his crimes".  Plaintiff's Document GREENSPAN00470, Greenspan Declaration Exhibit H at 31.

220.    On October 20, 2021, Twitter account @Giza299792458N posted in response to the @WholeMarsBlog Twitter account, "Twitter isn't following their own rules to permanently

shut down @aarongreenspan and @plainsite. He files false copyright violation complaints, while he violates copyright materials & nothing happens. He signs people up with pornographic co.'s like Pleasure Dome, harasses stalks" and "He harasses his targeted victims to no end. He signs people up with porno co.'s like Pleasure Dome, which is based where? San Francisco. He hacks in to Social Media & email accounts. Files false police reports, lies to Judge's, Police, Court Clerk's nothing happens? He continues" and "He is a vexatious litigant, well known to many Attorneys in the Bay area, he files vexatious complaints with insane ramblings to get people to give up and just pay him some money. Never give up! Fight back and don't ever give him one penny. Why hasn't he been criminally charged?" Plaintiff's Document GREENSPAN00522, Greenspan Declaration Exhibit H at 35.

221.    On October 26, 2021, Twitter account @Giza299792458N posted, "100% Aaron Greenspan is mentally ill and he enjoys filing false complaints and setting people up to get what he wants, like money. Now why haven't the Attorneys put a complete stop to this nonsense and gotten this case dismissed, so the counter suing can begin. Many vicitms *[sic]*". Plaintiff's Document GREENSPAN00534, Greenspan Declaration Exhibit H at 38.

222.    On October 26, 2021, Twitter account @Giza299792458N posted a two-part thread with the first part containing an image of a Caucasian woman with blonde hair and the second part stating, "Aaron Greenspan is a complete meddling little be***h. *[asterisks in original]* This creep uploaded my employer's address, phone number, other personal identifying info online. Can a doctor please put this creep exactly where he belongs! In a Psychiatric Facility. The sooner the better for all of humanity". Plaintiff's Document GREENSPAN00535, Greenspan Declaration Exhibit H at 39.

223.    The woman with blonde hair depicted in the first part of the aforementioned thread was not the account owner of @Giza299792458N, but a pornographic actress whose photograph had been appropriated from another website.  Greenspan Declaration ¶ 34, Plaintiff's Documents GREENSPAN00531, 00535, 00538, Greenspan Declaration Exhibit H at 36, 39, 41.

224.    On October 28, 2021, the @Witchestoday Twitter account posted, "Aaron Greenspan is a professional extortionist who only knows how to extort money out of people using their data with plainsite.org. He's never worked a day in his life."  Plaintiff's Document GREENSPAN00555, Greenspan Declaration Exhibit H at 42.

225.    On November 10, 2021, the @Witchestoday Twitter account posted, "Aaron Jacob Greenspan is a malicious hacker. He's hacked in to MBTA Boston 2005, PayMaxx, GSA online bidding website NYC, email & Social Media accounts and uses plainsite.org to extort money to remove URL's, extortion, IP Address Harvesting, doxxing & harassment. Report" and "@SecretService Aaron Jacob Greenspan refuses to cease & desist & delete doxxing materials using plainsite.org & he does lots of targeted harassment, cyberstalking, threatens people & just refuses to stop. There is a detailed report on file about Aaron Jacob Greenspan."  Plaintiff's Document GREENSPAN00587, Greenspan Declaration Exhibit H at 46.

226.    On November 29, 2021, Defendant MasMarques wrote to his former probation officer Jeffrey Smith via e-mail, "I filed a complaint with Twitter…."  ECF No. 237-10 at 19.

227.    On February 23, 2022, the @Witchestoday Twitter account posted, "Aaron Greenspan has and still is violating the Feds RICO ACT: Bribery & Extortion using plainsite.org, Money Laundering by sticking the money in fraudulent 501c3's, Dealing in obscene matter, Theft. Embezzlement, Criminal copyright infringement, Securities Fraud, Arson" and in reply to the SEC's @SECGov and @SEC_Enforcement Twitter accounts, "Aaron

Greenspan is violating the RICO Act and working with other co- conspirators to devaluate Stocks on Social Media and then together Short those targeted Stocks, which are Security Violations. Aaron Greenspan has done wire fraud, laundered money, lied to the Feds and much more". Plaintiff's Document GREENSPAN00634, Greenspan Declaration Exhibit H at 47.

228.    On February 25, 2022, the @Witchestoday Twitter account retweeted a post from the official account of the Chinese Embassy in Russia. Plaintiff's Document GREENSPAN00670, Greenspan Declaration Exhibit H at 53.

229.    On April 2, 2022, the @Witchestoday Twitter account posted, "@FBIPhoenix @paraga @TwitterSafety Aaron Jacob Greenspan is a dangerous hacker who hacks in to emails, social media accounts & much more. https://www.bizjournals.com/boston/blog/mass-high-tech/2005/02/south-station-hack-shows-security-train.html *[expanded embedded URL]* https://www.zdnet.com/article/payroll-site-closes-on-security-worries/ FBI has visited Aaron Greenspan many occasions". Plaintiff's Document GREENSPAN00680, Greenspan Declaration Exhibit H at 55.

230.    The same articles referenced in the aforementioned April 2, 2022 @Witchestoday Twitter post were presented to, but not necessarily docketed as exhibits in, the Superior Court of California for the County of Santa Clara Case No. 18CH008067. ECF No. 1-6 at 441:24-442:7 and 440:16-23.

231.    On April 19, 2022, the @Witchestoday Twitter account posted, "In most EU countries a character like Aaron Jacob Greenspan would be forcibly brought before a Judge by law enforcement and would have to undergo a psych evaluation. Most likely inpatient and he would not be allowed to own plainsite.org or access the internet for safety". Plaintiff's Document GREENSPAN00700, Greenspan Declaration Exhibit H at 59.

232.    In April 2022, the Twitter account @Diegomasmarque5 signed up with a display name of "Diegomasmarques@diegomasmarques".  Plaintiff's Document GREENSPAN00702, Greenspan Declaration Exhibit H at 60.

233.    On April 25, 2022, the Twitter account @Diegomasmarque5 responded to the @WholeMarsBlog Twitter account and Plaintiff's @AaronGreenspan Twitter account stating, "He conspires with other data mining website owners on the low".  *Id*.

234.    On April 30, 2022, the Twitter account @Witchestoday reposted the @DnKornev Twitter account, with a display name of "MilitaryRussia.Ru".  Plaintiff's Document GREENSPAN00711, Greenspan Declaration Exhibit H at 64.

235.    On May 21, 2022, the Twitter account @Witchestoday responded to the @WholeMarsBlog Twitter account, stating, "Possible to now do a Gofundme to sue Aaron Greenspan for his ton of abuse. A Class Action lawsuit?"  Plaintiff's Document GREENSPAN00728, Greenspan Declaration Exhibit H at 69.

236.    On May 21, 2022, Plaintiff responded from the @PlainSite Twitter account by embedding the @Witchestoday post and writing, "Convicted murderer Diego MasMarques, Jr. has been itching to start a class-action lawsuit against PlainSite for years. The only problem is that there's nothing to sue over." and "You were convicted of killing someone and of trying to kill another. And this is just one of three Twitter accounts you've been using recently." Plaintiff's Document GREENSPAN00727, Greenspan Declaration Exhibit H at 68.

237.    On May 21, 2022, the Twitter account @Witchestoday responded to the @PlainSite Twitter account's posts, stating, "Aaron Greenspan is a convicted hacker and stalker who needs to get a real job instead of cyber stalking, doxxing and harassing people. Try to be a good boy for once".  *Id*.

238.    In this exchange, the Twitter account @Witchestoday did not deny Plaintiff's allegation that it belonged to Defendant MasMarques. *Id.*

239.    On May 24, 2022, the Twitter account @Witchestoday posted, "Yes! Communicated in detail to Judge Donato to expose this cyber stalker who refuses to stop. He lied repeatedly to Judge Donato a Federal Judge and made up such fictitious nonsense about everyone he wrote about to use the court to attack his victims and this is a crime". Plaintiff's Document GREENSPAN00740, Greenspan Declaration Exhibit H at 73.

240.    On July 6, 2022, responding to the Twitter account @WholeMarsBlog discussing Plaintiff, the Twitter account @Witchestoday posted, "FOIA requests have also been sent out and there is lots of great information". Plaintiff's Document GREENSPAN00752, Greenspan Declaration Exhibit H at 74.

241.    On July 6, 2022, Defendant MasMarques's SEC FOIA Request No. 22-02308-FOIA had been pending for 17 days and was not yet fulfilled, no other FOIA requests about Plaintiff were pending in the United States, and knowledge of the request from the June 2022 SEC FOIA log was not yet public. *See* ¶¶ 163-168.

242.    On February 16, 2023, the @Giza299792458N Twitter account retweeted a poll from a Twitter account called "FriendOfRussia" comparing support for Russia and Ukraine underneath the statement, "The world supports President Putin" with Russian flags. Plaintiff's Document GREENSPAN00944, Greenspan Declaration Exhibit H at 75.

243.    On February 25, 2025, the Twitter account @x13757 posted a scanned image of a printout from a color ink-jet printer with faded ink that matches an exhibit presented by Defendant MasMarques in Superior Court of California for the County of Santa Clara. Plaintiff's Document GREENSPAN01096, Greenspan Declaration Exhibit H at 76.

244.    On February 25, 2025, the Twitter account @x13757 posted a link to a ComplaintsBoard post about Plaintiff.  Plaintiff's Document GREENSPAN01098, Greenspan Declaration Exhibit H at 78.

245.    In June 2025, after Defendant MasMarques engaged Ashley Andrade as counsel on or around May 6, 2025, and after Plaintiff repeatedly raised the issue of Defendant MasMarques's libelous attacks on social media, the Twitter account @x13757 stopped posting. ECF No. 174.  *See also* Greenspan Declaration ¶ 35.

246.    Twitter confirms that at least one of Defendant MasMarques's e-mail addresses, 56546@protonmail.com, remains linked to an account on the platform.  ECF No. 237-1 at 1-4.

**L.    Damages**

247.    Plaintiff is capable of earning roughly $1 million per year at least.  Plaintiff's Deposition Transcript at 207:5-9.

248.    Defendant MasMarques has required Plaintiff to spend time documenting and defending against his conduct each year since 2017.  Greenspan Declaration Exhibits F-I.

249.    During late 2018 and thereafter, as Plaintiff was attempting to defend himself against the proliferation of false and libelous posts spreading across the internet and accessible via search engines, Plaintiff had the opportunity to interact with prominent venture capitalists John Doerr and Michael Moritz, neither of whom were willing to engage about fundraising. Plaintiff's Deposition Transcript at 185:21-190:3.

250.    Prior to those interactions, Defendant MasMarques deliberately attempted to poison Plaintiff's relationships with Kleiner Perkins Caulfield & Byers and Sequoia Capital, which are or have been led by Mr. Doerr and Mr. Moritz, respectively.  *See* ¶ 206.

## II.    PATTERN EVIDENCE

251.    In court before the Superior Court of California for Santa Clara County,

Defendant MasMarques made a number of allegations:

     a)  that Plaintiff purportedly is a "malicious hacker";

     b)  that Plaintiff purportedly owns the court website leagle.com;

     c)  that Plaintiff purportedly admitted to extorting individuals via a specific post on
       Twitter that was actually just referring to the threshold number of "$2,500" in the
       PlainSite Privacy Policy;

     d)  that Plaintiff purportedly engaged in "out of control shouting" in the courtroom in
       Santa Clara County; and

     e)  that Plaintiff is purportedly a vexatious litigant.

252.    Twitter accounts @R62607249, @badbadwebsites, @Giza299792458N,

@WitchesToday, @x13757, Reddit accounts 198412345, ManufacturerFast7523, AdPlenty5728

and Ok-Exercise-3238, among others on various sites, each posted one or more variations on

these same conspiracy theories, believed by no other person.  Case No. 18CH008067 Docket.

*See also* ECF No. 1-6, Greenspan Declaration Exhibits H, I.

253.    The phrase "cyberstalking, doxxing and harassing monetized website

plainsite.org" appears verbatim in Defendant MasMarques's Document Def-P2_000162—a

private e-mail—and on the About page of the now-banned public Google Group "Expose

abusive data mining websites" started by "lola crum" in or around 2022.  ECF No. 237-10 at 13.

Before the content was removed due to the ban, the same account falsely accused Plaintiff by

name of being "married" to "another deranged homosexual" and obsessed over PlainSite and

leagle.com.  "lola crum" also posted about Plaintiff on the obsolete Spanish-language USENET

group es.rec.aviation.  *See* Plaintiff's Document GREENSPAN05600.[1]  ECF No. 237-9 at 33.

Defendant MasMarques referenced both Google Groups and USENET

("alt.fan.states.massachusetts") in Defendant's Documents Def-P2_000163 and Def-P2_000244.

ECF No. 237-10 at 14, 21.

254.    "Decency Act 230" appeared in a private January 3, 2022 e-mail Defendant

MasMarques sent to his former probation officer produced as Document Def-P2_000350, and a

false December 10, 2022 private e-mail report Defendant MasMarques made to the United States

Cybersecurity & Infrastructure Security Agency (CISA) produced as Document Def-P2_000255.

ECF No. 237-10 at 27, 22.  It also appears in court records in this action, which Defendant

MasMarques filed *pro se*, posts from the @Giza299792458N Twitter account, as well as

numerous posts on ComplaintsBoard under the usernames "Online cyber stalkers working

together" from a post dated February 20, 2021 and "[Redacted] Cyber Stalker" from a post dated

March 12, 2022.  ECF Nos. 28, 34, 140 and 143.

255.    The Twitter accounts @badbadwebsites and @Witchestoday both use the unusual

phrase "ICANN WHOIS".  Plaintiff's Documents GREENSPAN00252-000256, 000709,

Greenspan Declaration Exhibit H at 9-13, 62.  So does Defendant MasMarques in numerous e-

mails he disclosed.  ECF No. 237-10 at 14, 15, 18, 19, 21, 22, 27.  Defendant MasMarques also

used the phrase before various courts and agencies.  ECF No. 54-5 at 14.

256.    In court in the Superior Court of California for Santa Clara County, when filing

documents *pro se*, Defendant MasMarques used unique and improper notation to refer to Twitter

---

[1] The unredacted version of this document is confidential and has not yet been provided to opposing counsel in the absence of a protective order or stipulated agreement on handling confidential information.  *See* ECF No. 236.  In addition to Document GREENSPAN05600, Plaintiff has redacted, to the minimal extent possible, irrelevant and libelous portions of Documents Def-P2_000255 and Def-P2_000345 that involve third parties.

accounts, such that he put the same username both before and after the "@" symbol. For example, on December 4, 2018, Defendant MasMarques filed a letter with that court in which he accused Plaintiff of having "uploaded my home address on one of his Twitter accounts 'plainsite@plainiste' *[sic]* and also uploaded my personal information on another one of his Twitter accounts 'aarongreenspan@aarongreenspan'". On April 13, 2022, Defendant MasMarques registered the Twitter account @Diegomasmarque5 and gave it the name "Diegomasmarques@diegomasmarques". *See* ¶ 232. On April 25, 2022, he used this account to tell Tesla fans that Plaintiff "has lots of fake Twitter accounts as well". *See* Plaintiff's Document GREENSPAN00702, Greenspan Declaration Exhibit H at 60.

257.    Defendant MasMarques has a notable preference for usernames that contain at least four numbers, often with one letter at the beginning or end (@R62607249, @Giza299792458N, @x13757, 8586, 8587, 56544, 56546, 85086, 87754a, 87764a, 986842a, etc.). This pattern is useful for someone whose goal is to quickly create as many usernames as possible. Greenspan Declaration Exhibits E, H.

258.    In court in the Superior Court of California for Santa Clara County, in private e-mails, and in false government complaints, Defendant MasMarques constantly invoked Plaintiff's middle name, Jacob, which Plaintiff rarely uses except for completing government forms. *See*, *e.g.*, Defendant's Documents Def-P2_000255, Def-P2_000314. The Twitter accounts @badbadwebsites, @Giza299792458N, @WitchesToday and @x13757 all posted constantly about "Aaron Jacob Greenspan". Greenspan Declaration Exhibit H.

259.    In court in the Superior Court of California for Santa Clara County, Defendant MasMarques presented numerous exhibits printed on a color ink-jet printer with faded ink. Twitter accounts @LiarsStalkers, @Giza299792458N and @x13757, among many others on

various sites, posted scanned images of some of these same exhibits that were printed on a color ink-jet printer with faded ink. *See*, *e.g.*, Plaintiff's Documents GREENSPAN00209, GREENSPAN01096, Greenspan Declaration Exhibit H at 19, 76.

260.    In court in the Superior Court of California for Santa Clara County, on May 2, 2019, Defendant MasMarques presented Plaintiff with a physical copy of a Massachusetts court document that differed from the version he had presented to that court because it contained White-Out (the office supply that resembles white paint) applied to the page to cover up information he was concerned might identify him. ECF No. 1-6 at 314. Prior to that hearing, Plaintiff had noticed scanned images on gripe sites of articles about his security work printed on a color ink-jet printer with faded ink that also appeared to have White-Out applied to them.

261.    On October 17, 2020, Twitter account @badbadwebsites posted "Perhaps people need to get together & make an appointment w the FBI so they take action once and for all against all these abuses." *See* Plaintiff's Document GREENSPAN00280, Greenspan Declaration Exhibit H at 23. According to Defendant MasMarques's Document Def-P2_000214, this would be days after he went "to the FBI in Chelsea, MA and the Secret Service at the Tip O'Neill building around September of 2020. I went there in person and both agencies listened…" On May 17, 2021, Twitter account @Giza299792458N followed up with a post to @FBI and @SecretService asking those agencies to "please look further in to what Aaron Greenspan is doing online and using plainsite.org @plainsite @aarongreenspan & his other legal document data mining and gripe sites to cyber stalk, harass, lots of doxing, hacking & harvesting IP addresses." *See* Plaintiff's Document GREENSPAN00350, ECF No. 237-9 at 21.

262.    Improper capital letters frequently appear in the text for words in Defendant MasMarques's *pro se* court documents, as well as in the social media posts that Plaintiff has

identified as likely having been written by him.  *See*, *e.g.*, ECF No. 58 at 1 (improperly

capitalizing "Cease & Desist").  *See also* Greenspan Declaration Exhibits E, F, G, H, I.

263.    In discovery, Defendant MasMarques did not disclose his use or ownership of the

e-mail addresses 85086@protonmail.com, rickymas@icloud.com, dmas6@protonmail.com,

b97988@outlook.com, 87754a@gmail.com, 87764a@gmail.com, 986842a@gmail.com,

958957z@gmail.com, 8986431@gmail.com, 466536677t@gmail.com,

t99878978876786@gmail.com, or bronx1842@gmail.com, yet all appear in documents clearly

linked to him.  Greenspan Declaration Exhibit E.  *See also* ECF No. 22 at 2.

264.    In a complaint filed with the Office of the California Attorney General, Defendant

MasMarques admitted that he "contacted those Spanish Media companies."  Defendant's

Document Def-P2_000383.  ECF No. 237-10 at 34.

265.    Several article URLs on the websites of Spanish news outlets *Última Hora* and

*Periódico de Ibiza y Formentera*, *e.g.*

https://ultimahora.es/sucesos/ultimas/2000/07/18/902253/diego-mas-howard-yo-no-mate-a-

tatiana.html, https://www.periodicodeibiza.es/sucesos/ultimas/2000/07/18/902253/diego-mas-

howard-yo-no-mate-a-tatiana.html,

https://www.ultimahora.es/sucesos/ultimas/2000/07/19/902063/tatiana-vassic-comunico-a-la-

policia-que-su-ex-novio-la-estaba-acosando.html,

https://www.ultimahora.es/sucesos/ultimas/2000/07/22/901607/condenado-el-hombre-que-

golpeo-a-su-ex-novia-tras-entrar-en-su-casa-1.html, and

https://www.ultimahora.es/sucesos/ultimas/2000/07/27/900869/condenado-a-15-anos-el-hombre-

que-mato-a-su-ex-companera-en-son-caliu.html about Defendant MasMarques (then using the

name Diego Mas Howard) previously available as recently as 2023 now display "Error 404" instead.

266.    Defendant MasMarques supplied an incomplete list of his e-mail addresses in response to Plaintiff's Interrogatory No. 10, even after having the opportunity to amend.  ECF Nos. 237-2, 237-6.

267.    Defendant MasMarques supplied an incomplete list of his telephone numbers in response to Plaintiff's Interrogatory No. 25, even after having the opportunity to amend.  ECF No. 237-5.

268.    An active Twitter/X account is linked to one of Defendant MasMarques's e-mail addresses.  ECF No. 237-1.

269.    Defendant MasMarques made more than one post to Blacklist Report about Plaintiff.  Greenspan Declaration Exhibit F.

270.    Defendant MasMarques made more than one post to ComplaintsBoard about Plaintiff.  Greenspan Declaration Exhibit G.

271.    Defendant MasMarques made more than one post on social media about Plaintiff. Greenspan Declaration Exhibits H, I.

272.    Defendant MasMarques has made false statements in public about Plaintiff with reckless disregard for the truth.  ECF No. 237, Greenspan Declaration Exhibits F-I.

273.    Defendant MasMarques has deliberately concealed his name in connection with false statements he has made about Plaintiff to evade liability.  ECF No. 237, Greenspan Declaration Exhibits F-I.

Dated: December 13, 2025          Respectfully submitted,


Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 13, 2025 I filed the foregoing with the Clerk of Court

using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

Aaron Greenspan