UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>   v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**DECLARATION OF AARON GREENSPAN IN SUPPORT OF ERRATA CORRECTING SUMMARY JUDGMENT OPPOSITION FILINGS**

I, Aaron Greenspan, declare as follows:

1. I am the plaintiff in this action.

2. My understanding is that Diego MasMarques, Jr. caused the removal of several articles about him dating from roughly 1999-2000 from the websites of Spanish-language news sources *Periódico de Ibiza y Formentera* (https://www.periodicodeibiza.es) and/or *Última Hora* (https://www.ultimahora.es), which appear to be controlled by the same publishing group.

3. The unavailability of content has resulted in my not being able to identify the exact dates of certain articles I saved years ago from those websites, which were affected by one of the programming errors described below where the proper article date was not rendered.

4. Since the time when events concerning Mr. MasMarques were first documented in those publications, their websites have undergone a number of programming changes.

1

5. Pages from the websites were captured at various times by the Internet Archive's "Wayback Machine," which archives portions of the internet over time.

6. While some versions of the websites functioned properly, others contained source code that led to different kinds of errors. More recent versions of the websites make printing articles in a legible form nearly impossible due to code involving graphics and advertisements. For example, here are four example printed pages as rendered by Google Chrome on Mac OS demonstrating the type of output that I viewed as unacceptable for evidentiary purposes:






7. Earlier versions of the websites were more stable and rendered legible articles for print, but one or more versions included source code affecting the article's date that output *the date the article was being viewed* as opposed to the date that the article was actually published.

8. Unfortunately, the Internet Archive did not archive every article in Exhibit A.

2

9. My goal was to provide the Court with "true and correct" copies of the articles in Exhibit A as well as the most accurate machine translations possible, but given the errors in the source code of the aforementioned websites, providing verbatim output of each article, depending on the article, whether it was still available, and the state of the websites' source code—and if unavailable, when it was archived—meant that the exhibit's contents actually might be impossible to read or materially misleading as to the article's date. I attempted to explain this in my December 8, 2025 declaration.

10. As described in my December 8, 2025 declaration (ECF No. 266) at ¶ 40, there were "programming errors affecting print rendering" on certain versions of the aforementioned websites affecting the displayed date of each article—again, aside from graphics issues with some versions, with other versions, upon printing, the site always showed whatever date today's date was, which made it seem like the article had been written that same day, even though the articles in question were all written more than 20 years ago.

11. I am aware of no other source of this information, and the need to translate it using the most current and accurate version of Google Translate made a digital source ideal.

12. To the best of my knowledge, in Spain, dates are typically written in DD/MM/YYYY format, not MM/DD/YYYY format.

13. I developed a technique to use the stable source code affecting printing from earlier versions of the aforementioned websites with the identical content of articles that had been captured after that source code was no longer in use. This technique, to the best of my knowledge, did not affect any article's content itself—only the visible article date—but it did require manual changes to make the articles legible in print. When I used it to fix the date for the print version of the first article in Exhibit A to reflect the date it was actually from, I mistakenly

3

wrote "July" in English and Spanish instead of "December" because the article is from December 7th ("12/07") and July is the 7th month of the year ("07/12"), and I misread the date as the format was reversed relative to common American date notation.

14.     As soon as I discovered this error on December 9, 2025, I notified the Court and opposing counsel.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on December 13, 2025 in Shaker Heights, Ohio.

Dated: December 13, 2025            Respectfully submitted,

*[signature]*
Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

4

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

_____
Aaron Greenspan