UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

**AARON GREENSPAN**,

    Plaintiff,

  v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

    Defendants.

Case No.: 1:23-cv-10134-DJC

---

## PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO STRIKE PORTIONS OF THE DECLARATION OF DEFENDANT DIEGO MASMARQUES, JR. IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT (ECF NO. 257-3)

Plaintiff respectfully requests that this Court grant leave to file a motion to strike portions of the Declaration of Defendant Diego MasMarques, Jr. in support of his Motion for Summary Judgment, ECF No. 257-3. Defendant MasMarques's Declaration purports to be made on "personal knowledge" in ¶ 1, and yet much of its contents could best be described as conspiracy theories with no substantive foundation, let alone documentary support. The declaration's ¶¶ 15, 20, 22, 31, 32, 49, 50, 68, 76, and 79 are based on statements that contain the words "I believe" or variations thereon or are simply statements of Defendant MasMarques's beliefs, not his actual knowledge. Meanwhile, ¶ 66 is literal hearsay: Defendant MasMarques telling the Court what he thinks he heard other people saying at his former unspecified workplace. ¶ 35 purports to describe that Defendant MasMarques "learned" something, but he never states what he learned, how he learned it, or what document the Court can examine to confirm that his learnings are

1

accurately represented.  ¶ 58 of his declaration is irrelevant as Defendant MasMarques has not filed any claims against Plaintiff in this action and none are pending against Plaintiff in any other action.  Finally, ¶¶ 65 and 71 are obviously false and contradict other evidence in this action.

None of these statements have any business being in Defendant MasMarques's declaration, and all should be struck from the record.  Plaintiff respectfully requests leave to file a motion of no more than five (5) pages to that effect.  Given that the Court has not yet ruled on Plaintiff's request for an extension of time to oppose Defendant MasMarques's Motion for Summary Judgment, ECF No. 261, Plaintiff further respectfully requests that an extension be granted *nunc pro tunc* through the date of such a motion to strike if timeliness is a concern.

Dated: December 15, 2025          Respectfully submitted,

Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

**CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)**

Plaintiff conferred with counsel for Defendant Diego MasMarques, Jr. regarding this motion, who did not assent to its filing.

Aaron Greenspan

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025 I filed the foregoing with the Clerk of Court

using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.


Aaron Greenspan