**EXHIBIT O**
Relevant Excerpts of Correspondence with Law Enforcement Authorities in the Commonwealth of Massachusetts

**From:** Aaron Greenspan aaron.greenspan@plainsite.org
**Subject:** Search Warrant / Subpoena Recommendation
**Date:** March 5, 2019 at 2:29 PM
**To:** Timothy Harpin tharpin@marlborough-ma.gov
**Cc:** Lauryn Myers lauryn.myers@state.ma.us, Richard Gaudette rgaudette@marlborough-ma.gov

Sgt. Harpin,

In case this is not already clear, the evidence at this point suggests that Mr. MasMarques suffers from a condition along the lines of paranoid schizophrenia and has a notable tendency to project his own actions onto others (in this case, me). In other words, things he claims that I have done are things that in fact he has done, and things that he claims he has done are things I have done. This can make handling him very confusing. The most useful course of action would be to try once more to obtain a search warrant for his computer.

It is highly unlikely that he will stop unless he is made to stop, i.e. arrested. There is a note in his federal case file stating that he was released from federal prison with a "Special Mental Health Aftercare Condition" because in the Parole Commission's words, "you have a problem controlling your anger." See https://www.plainsite.org/dockets/download.html?id=242636774&a=1&z=1d0c53e3, page 5 of 6.

Search warrant aside, since Ms. Myers suggests that you would require another tie to his IP address to proceed, I would recommend issuing a subpoena to Steadfast Networks LLC (https://www.steadfast.net/contact), the host of complaintsboard.com (where many but not all of these posts are visible), with multiple parts:

1. All usernames accessed with Diego MasMarques's known IP address, 24.60.59.25.

2. All posts authored by the usernames in (1).

3. The IP addresses associated with the following 50 usernames that have posted on the site recently regarding myself and my family:

- @Aarongreenspan @plainsite: https://www.complaintsboard.com/profile-1895854
- @plainsite scam: https://www.complaintsboard.com/profile-1985330
- ArronJacobGreenspan Fraud: https://www.complaintsboard.com/profile-1949194
- Aaron Greenspan Insane Sociopath: https://www.complaintsboard.com/profile-1927874
- Aaron Greenspan is a jerk: https://www.complaintsboard.com/profile-1844116
- Aaron Greenspan plainsite fraud: https://www.complaintsboard.com/profile-1950988
- Aaron Greenspan Think Computer Fraud: https://www.complaintsboard.com/profile-1894398
- Big Time Tax Fraud!: https://www.complaintsboard.com/profile-1897229
- bcarver@courtlistener.com plainsite: https://www.complaintsboard.com/profile-1948869
- Curt Hegeget: https://www.complaintsboard.com/profile-1964675
- Delaware Dude: https://www.complaintsboard.com/profile-1985759
- Dr. Neil S Greenspan scam: https://www.complaintsboard.com/profile-1950422
- Extortionist dweeb: https://www.complaintsboard.com/profile-1984955
- Extortionist loser AG: https://www.complaintsboard.com/profile-1987540
- extortionist suck: https://www.complaintsboard.com/profile-1984165
- finance@thinkcomputer.org: https://www.complaintsboard.com/profile-1950642
- Fraud scam chairty: https://www.complaintsboard.com/profile-1983889
- free.law RECAP Plainsite.org: https://www.complaintsboard.com/profile-1894977
- Freedom to privacy data: https://www.complaintsboard.com/profile-1967367
- Freedom to privacy data: https://www.complaintsboard.com/profile-1967367
- Gonzo the great: https://www.complaintsboard.com/profile-1959953
- greenspan@post.harvard.edu loser: https://www.complaintsboard.com/profile-1984501
- Hanzy Stern: https://www.complaintsboard.com/profile-1987509
- https://free.law CourtListener.com: https://www.complaintsboard.com/profile-1896341
- Jabo Bike that: https://www.complaintsboard.com/profile-1988637
- Jax Malachi: https://www.complaintsboard.com/profile-1961718
- Joey Ovir: https://www.complaintsboard.com/profile-1964760
- Jose 911: https://www.complaintsboard.com/profile-1793406
- Judy Edes: https://www.complaintsboard.com/profile-1988288
- Jug Jake: https://www.complaintsboard.com/profile-1983774
- Key Guy Mex: https://www.complaintsboard.com/profile-1987032
- Mark Zuckerberg: https://www.complaintsboard.com/profile-1830722
- Mystery Train 8: https://www.complaintsboard.com/profile-1897460
- orionresearch.net: https://www.complaintsboard.com/profile-1912793
- Plainsite.org FLP Aaron Greenspan: https://www.complaintsboard.com/profile-1897407
- Plainsite.org Greenspan scam: https://www.complaintsboard.com/profile-1964301
- Plainsite.org scam fraud: https://www.complaintsboard.com/profile-1982550
- Plainsite.org Theifs d: https://www.complaintsboard.com/profile-1985849
- Ray Zuto: https://www.complaintsboard.com/profile-1967413
- Stewart in Silicon Valley!: https://www.complaintsboard.com/profile-1924723
- Shy Greenberg Ofer: https://www.complaintsboard.com/profile-1955933
- Tesla Employee cali: https://www.complaintsboard.com/profile-1987855

- Tesla Employee call: https://www.complaintsboard.com/profile-1987833
- Think Fraud suxcks: https://www.complaintsboard.com/profile-1988827
- tips@plainsite.org: https://www.complaintsboard.com/profile-1979626
- Troll Hater: https://www.complaintsboard.com/profile-1973757
- Turing Fenyman llc: https://www.complaintsboard.com/profile-1947638
- Turing Investments scam: https://www.complaintsboard.com/profile-1982837
- Victim number 10000000: https://www.complaintsboard.com/profile-1984839
- Wacko Jacko AG: https://www.complaintsboard.com/profile-1955999
- www.case.edu wwww.plainsite.org: https://www.complaintsboard.com/profile-1895814

I will forward the SFPD police report to you as soon as I have it, but I cannot and will not take the time to file a new police report for each additional post. There are thousands of posts at this point and this is already having a detrimental enough effect on my life.

Lastly, I have attached documents provided by Mr. MasMarques in court here in California that show:

A) he is in regular communication with a pseudonymous e-mail account, amirnoy7@gmail.com, that most likely belongs to Matthew Mahgrefteh in Southern California, another unstable individual who is upset his court cases are on-line;
B) this individual has recommended to Mr. MasMarques that he start using a VPN, so his IP address may now be masked if he followed that advice;
C) some of Mr. MasMarques's complaints to various government agencies, whose dates match this post from April 8, 2018: https://www.complaintsboard.com/complaints/wwwplainsiteorg-they-posted-wrong-details-about-me-they-ruined-my-life-c783354.html#c1897490
D) a record of your own conversations with Mr. MasMarques, suggesting that it was not necessary to open yet another incident report because there are already several incidents tied to these facts in your system.

For the record, Mr. MasMarques's various allegations against me are false. I have never used the name John Fuenchem, I do not extort people out of money, Mr. MasMarques's home address and court documents are public information, etc.

Thank you.

Aaron

PlainSite | https://www.plainsite.org

    

tab11.pdf    tab12.pdf    tab13.pdf    tab19.pdf    tab20.pdf

**From:** Aaron Greenspan aaron.greenspan@plainsite.org
**Subject:** Swastikas, etc.
**Date:** April 19, 2019 at 1:08 AM
**To:** Myers, Lauryn (DAA) lauryn.myers@state.ma.us

Lauryn,

Thanks for the jury instruction links. Those are helpful.

I have attached a few posts as PDFs that are from after December 21, 2018. Last I checked, predatorswatch.com is hosted in Asia by a company called Amarutu / Koddos. See https://koddos.net/contact.html. It may be difficult to get information from them through legal processes.

One of the Nazi-related posts is from July 5, 2018, two days after Mr. MasMarques began filing documents in the California restraining order case. (The image has a red background, below.) After doing some analysis I believe that Mr. MasMarques contributed to the creation of the image indirectly, but that it was actually created by Matthew Mahgrefteh in Woodland Hills, CA. My reasoning is as follows:

- Mr. MasMarques knew he was subject to both the first TRO and the permanent restraining order by then.

- The image uses three fonts, all of which are bundled with Microsoft Office software. Two of them come with Office for Mac, but one I believe is only bundled with older versions of Office for Windows. Specifically, "Pathological Liar" and the text under "Aaaron J Greenspan" is written in Calibri, the "Hitler had a System…" text is written in Arial Rounded MT Bold, and "Aaaron J Greenspan" itself is written in Berlin Sans FB. According to Microsoft, Berlin Sans FB was bundled with Office 2007 and Office 2010 (see https://docs.microsoft.com/en-us/typography/font-list/berlin-sans-fb), which are both Windows products. The Mac version of Office around that time was Office for Mac 2011 (which I actually use). It does not come with this font. So whomever created the image directly probably had a Windows computer.

- The image was uploaded to the server at datingpsychos.com on July 5, 2018 at 01:55:40 GMT, which would be four hours past Eastern Time, or 9:55:40 P.M. Eastern Time / 6:55:40 P.M. Pacific Time.

- The image is obviously Nazi-focused and mentions Hitler in an absurd comparison to my work publishing public records.

- Matthew Mahgrefteh has sent numerous harassing messages to me and my father, almost all of them (somewhat inappropriately) referencing Hebrew, Judaism, my Jewish religion, etc. A message he sent to my father's work e-mail address in April 2017 was sent using a fake (and very Jewish) name, "Moshe Greenberg," but it had his home IP address in Woodland Hills, CA in its header.

- I've seen a case before where a Nazi scare was actually the work of a Jewish individual. (This happened when I was in college in a completely unrelated situation not involving me.) I guess they think no one will suspect them.

- My server logs show that the image of my father's head pasted onto the pornographic image on the bottom right—which comes from a picture I took of my parents in San Francisco, and is on my father's website—was accessed both by Mr. MasMarques and by an IP address I believe is Mr. Mahgrefteh's (104.33.216.121) in the days leading up to July 5th when the final image was uploaded. I believe it's Mr. Mahgrefteh's because it's a RoadRunner IP address in Southern California with the same first two octets, which is common for residential DHCP pool-based dynamic IP addresses, which can change every few months. So it would make sense that his ended with 220.44 in April 2017, but 216.121 in July 2018. (See e-mail below.) Matthew Mahgrefteh has a windows computer according to server logs, and used that computer to access the image of my father several times from December 2017 through late June 2018:

MasMarques:

**24.60.59.25 - - [22/Apr/2018:02:13:18 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/"
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"**
24.60.59.25 - - [24/Apr/2018:02:22:42 -0400] "GET /neilgreenspan.png HTTP/1.1" 200 4282 "-" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [24/Apr/2018:02:22:42 -0400] "GET /molecular.png HTTP/1.1" 200 56659 "-" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
**24.60.59.25 - - [26/Apr/2018:00:28:34 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/"
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [29/Apr/2018:10:33:40 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/"
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [30/Apr/2018:17:29:24 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/"
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [05/May/2018:13:59:42 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/"
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [07/May/2018:22:11:10 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/"
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [22/May/2018:09:59:50 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/"
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [14/Jun/2018:23:49:11 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/"**

**"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"**
24.60.59.25 - - [26/Jun/2018:00:37:53 -0400] "GET /molecular.png HTTP/1.1" 200 56659 "[https://www.google.com/](https://www.google.com/)" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
**24.60.59.25 - - [01/Jul/2018:15:51:15 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "[https://www.google.com/](https://www.google.com/)"
"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/67.0.3396.99 Safari/537.36"**

Mahgrefteh (suspected):

cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:58 -0500] "GET /about/index.html HTTP/1.1" 200 1206 "[http://neilgreenspan.com/](http://neilgreenspan.com/)" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /shared/titles/molecular.png HTTP/1.1" 200 9402 "[http://neilgreenspan.com/about/index.html](http://neilgreenspan.com/about/index.html)" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
**cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /about/neil.jpg HTTP/1.1" 200 28600 "[http://neilgreenspan.com/about/index.html](http://neilgreenspan.com/about/index.html)" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"**
cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /shadowtop.png HTTP/1.1" 200 4917 "[http://neilgreenspan.com/about/index.html](http://neilgreenspan.com/about/index.html)" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /shared/titles/about.gif HTTP/1.1" 200 3913 "[http://neilgreenspan.com/about/index.html](http://neilgreenspan.com/about/index.html)" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /shadowmain.png HTTP/1.1" 200 185 "[http://neilgreenspan.com/about/index.html](http://neilgreenspan.com/about/index.html)" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /icon.png HTTP/1.1" 404 2918 "[http://neilgreenspan.com/about/index.html](http://neilgreenspan.com/about/index.html)" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
**cpe-104-33-216-121.socal.res.rr.com - - [11/Jun/2018:02:11:18 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "[https://www.google.com/](https://www.google.com/)" "Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/67.0.3396.81 Safari/537.36"**
**cpe-104-33-216-121.socal.res.rr.com - - [29/Jun/2018:01:45:06 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "[https://www.google.com/](https://www.google.com/)" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/67.0.3396.99 Safari/537.36"**

- Mr. Mahgrefteh has terrible spelling skills ("is *their* really a difference") and incorrectly refers to "[plainsite.com](plainsite.com)" instead of [plainsite.org](plainsite.org).

- The mention of "AKA Fake 501C Charities" in the image is, I believe, Mr. MasMarques's contribution. Mahgrefteh mentioned nothing about this in any of his previous complaints.

- According to what Mr. MasMarques filed in court in California on December 4, 2018 ([https://www.plainsite.org/dockets/download.html?id=255945730&z=31437833](https://www.plainsite.org/dockets/download.html?id=255945730&z=31437833)), the two of them have been in touch by e-mail, with Mr. Mahgrefteh using more fake (often Jewish) names as pseudonyms for e-mail accounts.

As it so happens, I believe at Mr. MasMarques's urging, Mr. Mahgrefteh filed a pseudonymous complaint with the Ohio Attorney General as well on February 21, 2019, calling himself Tom Ford. That complaint also features terrible spelling and incorrectly refers to "[plainsite.com](plainsite.com)." That complaint is attached. (Mr. MasMarques also convinced a third person, Richard Katz, to file a false complaint about [leagle.com](leagle.com), but directed at Think Computer Foundation's address, with the Pennsylvania Attorney General, which is also attached. The basis for this complaint is one of Mr. MasMarques's false posts on [BlackListReport.com](BlackListReport.com).)

So in summary, I think the Nazi-themed images are Mr. Mahgrefteh acting at least in part at the behest of Mr. MasMarques, likely to help him evade the restraining order. This is still prohibited conduct, of course. I also attribute the pornographic posts, the June 29, 2018 "shanking" threat, and the communication with my brother and mother over Facebook around June 27-30, 2018 to Mr. Mahgrefteh based on the writing style and awful spelling. Lastly, many of the recent images on [ComplaintsBoard.com](ComplaintsBoard.com), with words layered on top of obscene pictures or documents, are probably also Mr. Mahgrefteh's work. The server logs also indicate that he has an Android device (I believe Mr. MasMarques uses an iPhone), and the words are typeset in Roboto, which is an Android system font. But the two individuals may very well be collaborating at this point.

I hope this helps. If you want to contact LAPD about Mr. Mahgrefteh, the Woodland Hills area is handled by the Topanga Community Police Station. I spoke with a Detective Avananti there recently at +1 213 486 8100.

Aaron

PlainSite | [https://www.plainsite.org](https://www.plainsite.org)

> Begin forwarded message:
>
> **From:** Cloudflare <[abuse@cloudflare.com](mailto:abuse@cloudflare.com)>
> **Subject: [857183f4404cef74]: Cloudflare has responded to your abuse report.**

**Date:** March 25, 2019 at 1:56:30 PM PDT
**To:** Aaron Greenspan <aarong@thinkcomputer.com>
**Reply-To:** <abusereply@cloudflare.com>

Cloudflare received your abuse report regarding:
predatorswatch.com

Please be aware Cloudflare is a network provider offering a reverse proxy, pass-through security service. We are not a hosting provider. Cloudflare does not control the content of our customers.

Accepted URL(s) on www.predatorswatch.com:
https://www.predatorswatch.com/ohio/dr-neil-s-greenspan-neil-greenspan-neil-sanford-greenspan/
http://www.predatorswatch.com/california/aaron-greenspan-956-carolina-street-san-francisco-ca-415-308-7836/
http://www.predatorswatch.com/alabama/diego-masmarques-gay-creep-sexually-stalking-aaron-greenspan/
http://www.predatorswatch.com/browse-offenders/page/55/
http://www.predatorswatch.com/california/plainsite-org-aaron-greenspan/
http://www.predatorswatch.com/california/plainsite-org/
http://www.predatorswatch.com/california/john-fuenchem-aka-aaron-greenspan-2/
http://www.predatorswatch.com/california/john-fuenchem-aka-aaron-greenspan/
http://www.predatorswatch.com/california/john-fuenchem/
http://www.predatorswatch.com/california/aaron-greenspan-415-308-7836-956-carolina-st-san-francisco-ca-94107-plainsite-org-tesla/
http://www.predatorswatch.com/ohio/neil-s-greenspan-md-phd-paijournal-case-western-reserve-university-division-of-infectious-diseases-10900-euclid-ave-mailstop-4984-cleveland-oh-44106-216-368-6317-issn-2469-2964-infopaij/

> Hosting Provider:
> -----------------
>
> AMARUTU-TECHNOLOGY, NL
>
> Abuse Contact:
> --------------
>
> abuse@koddos.com

We have notified our customer of your report. We have forwarded your report on to the responsible hosting provider.
You may also direct your report to:

1. The provider where predatorswatch.com is hosted (provided above);
2. The owner listed in the WHOIS record for predatorswatch.com and/or;
3. The contact listed on the predatorswatch.com site.

Note: A lookup of the IP for a Cloudflare customer website will show Cloudflare IPs because we are a pass-through network. The actual website is still hosted at the hosting provider indicated above. If the hosting provider has any questions, please have the hosting provider contact us directly regarding this site. Due to attempted abuse of our complaint reporting process, we will only provide the IP of predatorswatch.com to the responsible hosting provider if they contact us directly at abusereply@cloudflare.com.

Regards,

Cloudflare Abuse

---

Begin forwarded message:

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Subject: Cease and Desist Notice**
**Date:** April 28, 2017 at 7:01:17 AM PDT
**To:** Matthew Mahgrefteh <matthewmahgrefteh@gmail.com>

Mr. Mahgrefteh,

I have written evidence that the e-mail you sent my father yesterday (below) under a pseudonym, "Moshe Greenberg," matches your IP address, cpe-104-33-220-44.socal.res.rr.com (104.33.220.44).

If you send any further communications to PlainSite, me, my father, or anyone I know, I will sue you and pursue a restraining order agianst you. That lawsuit and the restraining order docket, and the order itself if granted, will also be prominently posted on PlainSite and other web sites.

The proper avenue to pursue to have a case removed is to file a motion to seal in court and convince a judge that a seal is warranted. Until then, your case is public information, and given that the complaint seeks damages of over $25,000, it clearly belongs in the public domain.

Cease and desist immediately. This will be your last warning.

Aaron

PlainSite | http://www.plainsite.org

—

Delivered-To: nsg@cwru.edu
Received: by 10.80.184.17 with SMTP id j17csp47244ede;
        Thu, 27 Apr 2017 20:31:25 -0700 (PDT)
X-Received: by 10.55.186.134 with SMTP id k128mr7705137qkf.40.1493350285097;
        Thu, 27 Apr 2017 20:31:25 -0700 (PDT)
Return-Path: <moshe.greenberg@aol.com>
Received: from mpv7-2015.case.edu (mpv7-2015.CWRU.Edu. [129.22.103.242])
        by mx.google.com with ESMTPS id g31si4755916qtd.8.2017.04.27.20.31.24
        for <nsg@cwru.edu>
        (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
        Thu, 27 Apr 2017 20:31:25 -0700 (PDT)
Received-SPF: pass (google.com: domain of moshe.greenberg@aol.com designates 204.29.186.10 as permitted sender) client-ip=204.29.186.10;
Authentication-Results: mx.google.com;
       dkim=pass header.i=@mx.aol.com;
       spf=pass (google.com: domain of moshe.greenberg@aol.com designates 204.29.186.10 as permitted sender) smtp.mailfrom=moshe.greenberg@aol.com
Received: from omr-m010e.mx.aol.com (EHLO omr-m010e.mx.aol.com) ([204.29.186.10])
          by mpv7-2015.case.edu (MOS 4.4.7-GA FastPath queued)
          with ESMTP id HBV74149;
          Thu, 27 Apr 2017 23:31:24 -0400 (EDT)
Received: from mtaomg-mbb01.mx.aol.com (mtaomg-mbb01.mx.aol.com [172.26.254.111])
        by omr-m010e.mx.aol.com (Outbound Mail Relay) with ESMTP id D60FB38000B7;
        Thu, 27 Apr 2017 23:25:48 -0400 (EDT)
Received: from core-mdx02f.mail.aol.com (core-mdx02.mail.aol.com [10.73.15.165])
        by mtaomg-mbb01.mx.aol.com (OMAG/Core Interface) with ESMTP id 7627238000082;
        Thu, 27 Apr 2017 23:25:48 -0400 (EDT)
Received: from 104.33.220.44 by webprd-m07.mail.aol.com (10.74.15.25) with HTTP (WebMailUI); Thu, 27 Apr 2017 23:25:48 -0400
Date: Thu, 27 Apr 2017 23:25:48 -0400
From: Moshe Greenberg <moshe.greenberg@aol.com>
To: neil.greenspan@case.edu, pathology@case.edu, william.lubinger@case.edu,
        marvin.kropko@case.edu, daniel.robison@case.edu, marc.kaplan@case.edu,
        marcominfo@case.edu
Message-Id: <15bb297dbc4-eef-a4c1@webprd-m07.mail.aol.com>
Subject: personal information on the website
MIME-Version: 1.0
Content-Type: multipart/alternative;
        boundary="----=_Part_53685_773518089.1493349948355"
X-MB-Message-Source: WebUI
X-MB-Message-Type: User
X-Mailer: JAS STD
X-Originating-IP: [104.33.220.44]
x-aol-global-disposition: G
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=mx.aol.com;
        s=20150623; t=1493349948;
        bh=0xa7e5aPu3/k8ym+1scEj42r8YAe2QiW2goUvDELmDw=;
        h=From:To:Subject:Message-Id:Date:MIME-Version:Content-Type;
        b=1RoY6YeRqfvlEA4kTtD3lbXiaEpQvT/GHm02IwolC4ZoqXg9anAj2mmxR+Y/PxL7M
         71kjuhvXE1IgIbUjZlMPpbBeZQQ7JNKbM7NtV+KY/ZHDNRG0J3mq8sCfud+0Q9v9KB
         ifIKCrX649TwAGUvijAYoqSzIHuNHjMkqEgo5lcg=
x-aol-sid: 3039ac1afe6f5902b63c2ff1

------=_Part_53685_773518089.1493349948355
Content-Type: text/plain; charset=utf-8
Content-Transfer-Encoding: 7bit

Neil Greenspan, you and your a-hole son aaron are the scum of the earth. i'm tired of asking to remove my information on your site. you piece of garbage.
------=_Part_53685_773518089.1493349948355

```
------=_Part_53685_773518089.1493349948355
Content-Type: text/html; charset=utf-8
Content-Transfer-Encoding: 7bit

<font color='black' size='2' face='arial'>Neil Greenspan, you and your a-hole son aaron are the scum of the earth. i'm tired of asking to remove my information on your site. you piece of garbage.</font>
------=_Part_53685_773518089.1493349948355--
```

**From:** Aaron Greenspan  aaron.greenspan@plainsite.org
**Subject:** Fwd: [857ae24be71ee61e]: Cloudflare has responded to your abuse report.
**Date:** April 22, 2019 at 8:20 PM
**To:** Myers, Lauryn (DAA)  lauryn.myers@state.ma.us

Lauryn,

In theory, if you wanted to request the IP address of the poster for each of those four recent links I sent you, it's not exactly straightforward. Right now—which I say because it changes often—the site is hosted offshore by a company called OrangeWebsite, specifically to evade legal requests. It's also "protected" (not really—it's also a way to mask where the server really is) by CloudFlare. According to CloudFlare, you can try sending a subpoena to abuse@orangewebsite.com, but since OrangeWebsite is in Iceland, they may not respond or honor a U.S. legal request.

To the best of my knowledge, the site's actual owner is Scott Breitenstein, who lives in Dayton, Ohio and owns several of these sites. He is one of three kingpins I know of worldwide who thrive on this extortion-based industry, the other two being Kevin Buurma Angileri in Arizona (who owns many of the "cheater" sites despite being on federal probation) and Sergei Kudriavstev in Latvia (who owns ComplaintsBoard and other sites).

Scott Breitenstein's e-mail address is stinkylist@protonmail.com. His cell phone number is +1 937 540 5871. His mailing address is 29 Bidleman Street, Dayton, OH 45410. I don't know if he'd honor a subpoena or not, but he's at least in the United States. When I tried to get information through a DMCA subpoena from another web host Breitenstein uses, Namecheap, the company refused to honor the subpoena. The judge still hasn't ruled on my motion for sanctions. See https://www.plainsite.org/dockets/3ba43f7h7/ohio-northern-district-court/digital-millennium-copyright-act-to-copyright-agent-namecheap-inc-legal-department/.

There is an additional complication, which is that Mr. MasMarques has also stopped using his home IP address to view pages on PlainSite, presumably because he is now worried about being tracked. He's also not clicking on PlainSite links directly anymore, and is trying to view pages through the Google or Bing cache exclusively. (This is still traceable despite what he thinks.) Based on the server logs, it appears that he is likely using the "xfinitywifi" shared wireless network that operates in parallel with every Comcast subscriber's personal wireless network. While his IP address changes each time he signs on as a result of using the shared network, it is still a Comcast IP address and it always has the first three octets in common, which geolocate to eastern Massachusetts. Since that IP address is interested only in content on my server connected to Diego MasMarques, I presume it's him. Here are examples from the past few weeks:

March 31, 2019: 73.61.23.227
March 31, 2019: 73.61.23.222
April 1, 2019: 73.61.23.134
April 6, 2019: 73.61.23.125
April 8, 2019: 73.61.23.31
April 13, 2019: 73.61.23.29
April 16, 2019: 73.61.23.8
April 19, 2019: 73.61.23.144
April 21, 2019: 73.61.23.110
April 22, 2019: 73.61.23.247

This is all to say that even if you did get a subpoena response back, the posts may not have come from the IP address we know is his, 24.60.59.25. Instead, they might have originated from an IP address beginning with "73.61.23." Or they may appear to be from some different IP address entirely. A search warrant of his computer would be more definitive.

An e-mail from CloudFlare confirming that OrangeWebsite actually hosts http://www.badbizreport.is is below.

Finally, I noticed that in 2017 someone interested only in Mr. MasMarques's cases pretended to be "plainsite.org" when he/she sent a DMCA request to Google, effectively impersonating me in a legal matter. I never sent that request and no one I work with would have. Mr. MasMarques sent several other similar requests to Google with his own name on them, which you can view at https://www.lumendatabase.org. Presumably, it was him that pretended to be me. This must be illegal.

Aaron

PlainSite | https://www.plainsite.org

> Begin forwarded message:
>
> **From:** Cloudflare <abuse@cloudflare.com>
> **Subject: [857ae24be71ee61e]: Cloudflare has responded to your abuse report.**
> **Date:** April 22, 2019 at 12:19:15 AM PDT
> **To:** Aaron Greenspan <aarong@thinkcomputer.com>
> **Reply-To:** <abusereply@cloudflare.com>
>
> Cloudflare received your abuse report regarding:
> badbizreport.is
>
> Please be aware Cloudflare is a network provider offering a reverse proxy, pass-through security service. We are not a hosting

provider. Cloudflare does not control the content of our customers.

Accepted URL(s) on www.badbizreport.is:
https://www.badbizreport.is/neil-sanford-greenspan-vp-and-treasurer-of-think-computer-corporation-think-computer-foundation-and-plainsite-org/

    Hosting Provider:
    -----------------

    THORDC-AS, IS

    Abuse Contact:
    --------------

    abuse@orangewebsite.com


We have notified our customer of your report. We have forwarded your report on to the responsible hosting provider.
You may also direct your report to:

1. The provider where badbizreport.is is hosted (provided above);
2. The owner listed in the WHOIS record for badbizreport.is and/or;
3. The contact listed on the badbizreport.is site.

Note: A lookup of the IP for a Cloudflare customer website will show Cloudflare IPs because we are a pass-through network. The actual website is still hosted at the hosting provider indicated above. If the hosting provider has any questions, please have the hosting provider contact us directly regarding this site. Due to attempted abuse of our complaint reporting process, we will only provide the IP of badbizreport.is to the responsible hosting provider if they contact us directly at abusereply@cloudflare.com.

Regards,

Cloudflare Abuse



20170625.lumen.pdf

**From:** **Aaron Greenspan** aaron.greenspan@plainsite.org
**Subject:** Re: Status of Charges
**Date:** May 3, 2019 at 9:44 AM
**To:** Myers, Lauryn (DAA) lauryn.myers@state.ma.us

Lauryn,

Can you please confirm this for sure? This was an important issue in yesterday's hearing and Mr. MasMarques absolutely insisted that one of the charges had been dismissed. I of course pressed him for details, documents, etc. but he could not offer any.

If he was incorrect (lying) I will need to inform Judge Overton.

Thanks,

Aaron

PlainSite | https://www.plainsite.org

> On May 3, 2019, at 9:43 AM, Myers, Lauryn (DAA) <lauryn.myers@state.ma.us> wrote:
>
> To my knowledge nothing was dismissed, but on 4/18 a motion to dismiss date was set for June 10 (which is what he is probably talking about).
>
> **From:** Aaron Greenspan [mailto:aaron.greenspan@plainsite.org]
> **Sent:** Friday, May 03, 2019 11:54 AM
> **To:** Myers, Lauryn (NOR)
> **Subject:** Status of Charges
>
> Lauryn,
>
> Yesterday in court here in California, Mr. MasMarques claimed that one of the two criminal charges against him was dismissed on April 18th. Is that true, and if so, which one and why?
>
> Thanks,
>
> Aaron
>
> PlainSite | https://www.plainsite.org

**From:** Aaron Greenspan aaron.greenspan@plainsite.org
**Subject:** Fwd: Swastikas, etc.
**Date:** September 24, 2020 at 12:52 PM
**To:** Caroline Moy caroline.moy@state.ma.us

Ms. Moy,

Here you go.

Aaron

PlainSite | https://www.plainsite.org

> Begin forwarded message:
>
> **From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
> **Subject: Swastikas, etc.**
> **Date:** April 19, 2019 at 1:08:35 AM PDT
> **To:** "Myers, Lauryn (DAA)" <lauryn.myers@state.ma.us>
>
> Lauryn,
>
> Thanks for the jury instruction links. Those are helpful.
>
> I have attached a few posts as PDFs that are from after December 21, 2018. Last I checked, predatorswatch.com is hosted in Asia by a company called Amarutu / Koddos. See https://koddos.net/contact.html. It may be difficult to get information from them through legal processes.
>
> One of the Nazi-related posts is from July 5, 2018, two days after Mr. MasMarques began filing documents in the California restraining order case. (The image has a red background, below.) After doing some analysis I believe that Mr. MasMarques contributed to the creation of the image indirectly, but that it was actually created by Matthew Mahgrefteh in Woodland Hills, CA. My reasoning is as follows:
>
> - Mr. MasMarques knew he was subject to both the first TRO and the permanent restraining order by then.
>
> - The image uses three fonts, all of which are bundled with Microsoft Office software. Two of them come with Office for Mac, but one I believe is only bundled with older versions of Office for Windows. Specifically, "Pathological Liar" and the text under "Aaaron J Greenspan" is written in Calibri, the "Hitler had a System…" text is written in Arial Rounded MT Bold, and "Aaaron J Greenspan" itself is written in Berlin Sans FB. According to Microsoft, Berlin Sans FB was bundled with Office 2007 and Office 2010 (see https://docs.microsoft.com/en-us/typography/font-list/berlin-sans-fb), which are both Windows products. The Mac version of Office around that time was Office for Mac 2011 (which I actually use). It does not come with this font. So whomever created the image directly probably had a Windows computer.
>
> - The image was uploaded to the server at datingpsychos.com on July 5, 2018 at 01:55:40 GMT, which would be four hours past Eastern Time, or 9:55:40 P.M. Eastern Time / 6:55:40 P.M. Pacific Time.
>
> - The image is obviously Nazi-focused and mentions Hitler in an absurd comparison to my work publishing public records.
>
> - Matthew Mahgrefteh has sent numerous harassing messages to me and my father, almost all of them (somewhat inappropriately) referencing Hebrew, Judaism, my Jewish religion, etc. A message he sent to my father's work e-mail address in April 2017 was sent using a fake (and very Jewish) name, "Moshe Greenberg," but it had his home IP address in Woodland Hills, CA in its header.
>
> - I've seen a case before where a Nazi scare was actually the work of a Jewish individual. (This happened when I was in college in a completely unrelated situation not involving me.) I guess they think no one will suspect them.
>
> - My server logs show that the image of my father's head pasted onto the pornographic image on the bottom right—which comes from a picture I took of my parents in San Francisco, and is on my father's website—was accessed both by Mr. MasMarques and by an IP address I believe is Mr. Mahgrefteh's (104.33.216.121) in the days leading up to July 5th when the final image was uploaded. I believe it's Mr. Mahgrefteh's because it's a RoadRunner IP address in Southern California with the same first two octets, which is common for residential DHCP pool-based dynamic IP addresses, which can change every few months. So it would make sense that his ended with 220.44 in April 2017, but 216.121 in July 2018. (See e-mail below.) Matthew Mahgrefteh has a windows computer according to server logs, and used that computer to access the image of my father several times from December 2017 through late June 2018:
>
> MasMarques:
>
> **24.60.59.25 - - [22/Apr/2018:02:13:18 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/"**
> **"Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2**
> **Safari/604.4.7"**
> 24.60.59.25 - - [24/Apr/2018:02:22:42 -0400] "GET /neilgreenspan.png HTTP/1.1" 200 4282 "-" "Mozilla/5.0 (Macintosh; Intel

Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [24/Apr/2018:02:22:42 -0400] "GET /molecular.png HTTP/1.1" 200 56659 "-" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
**24.60.59.25 - - [26/Apr/2018:00:28:34 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [29/Apr/2018:10:33:40 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [30/Apr/2018:17:29:24 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [05/May/2018:13:59:42 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [07/May/2018:22:11:10 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [22/May/2018:09:59:50 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
24.60.59.25 - - [14/Jun/2018:23:49:11 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"**
24.60.59.25 - - [26/Jun/2018:00:37:53 -0400] "GET /molecular.png HTTP/1.1" 200 56659 "https://www.google.com/" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/604.4.7 (KHTML, like Gecko) Version/11.0.2 Safari/604.4.7"
**24.60.59.25 - - [01/Jul/2018:15:51:15 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/" "Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_2) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/67.0.3396.99 Safari/537.36"**

Mahgrefteh (suspected):

cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:58 -0500] "GET /about/index.html HTTP/1.1" 200 1206 "http://neilgreenspan.com/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /shared/titles/molecular.png HTTP/1.1" 200 9402 "http://neilgreenspan.com/about/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
**cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /about/neil.jpg HTTP/1.1" 200 28600 "http://neilgreenspan.com/about/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"**
cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /shadowtop.png HTTP/1.1" 200 4917 "http://neilgreenspan.com/about/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /shared/titles/about.gif HTTP/1.1" 200 3913 "http://neilgreenspan.com/about/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /shadowmain.png HTTP/1.1" 200 185 "http://neilgreenspan.com/about/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
cpe-104-33-216-121.socal.res.rr.com - - [30/Dec/2017:21:35:59 -0500] "GET /icon.png HTTP/1.1" 404 2918 "http://neilgreenspan.com/about/index.html" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/63.0.3239.84 Safari/537.36"
**cpe-104-33-216-121.socal.res.rr.com - - [11/Jun/2018:02:11:18 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/" "Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/67.0.3396.81 Safari/537.36"
cpe-104-33-216-121.socal.res.rr.com - - [29/Jun/2018:01:45:06 -0400] "GET /about/neil.jpg HTTP/1.1" 200 28600 "https://www.google.com/" "Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/67.0.3396.99 Safari/537.36"**

- Mr. Mahgrefteh has terrible spelling skills ("is *their* really a difference") and incorrectly refers to "plainsite.com" instead of plainsite.org.

- The mention of "AKA Fake 501C Charities" in the image is, I believe, Mr. MasMarques's contribution. Mahgrefteh mentioned nothing about this in any of his previous complaints.

- According to what Mr. MasMarques filed in court in California on December 4, 2018 (https://www.plainsite.org/dockets/download.html?id=255945730&z=31437833), the two of them have been in touch by e-mail, with Mr. Mahgrefteh using more fake (often Jewish) names as pseudonyms for e-mail accounts.

As it so happens, I believe at Mr. MasMarques's urging, Mr. Mahgrefteh filed a pseudonymous complaint with the Ohio Attorney General as well on February 21, 2019, calling himself Tom Ford. That complaint also features terrible spelling and incorrectly

refers to "plainsite.com." That complaint is attached. (Mr. MasMarques also convinced a third person, Richard Katz, to file a false complaint about leagle.com, but directed at Think Computer Foundation's address, with the Pennsylvania Attorney General, which is also attached. The basis for this complaint is one of Mr. MasMarques's false posts on BlackListReport.com.)

So in summary, I think the Nazi-themed images are Mr. Mahgrefteh acting at least in part at the behest of Mr. MasMarques, likely to help him evade the restraining order. This is still prohibited conduct, of course. I also attribute the pornographic posts, the June 29, 2018 "shanking" threat, and the communication with my brother and mother over Facebook around June 27-30, 2018 to Mr. Mahgrefteh based on the writing style and awful spelling. Lastly, many of the recent images on ComplaintsBoard.com, with words layered on top of obscene pictures or documents, are probably also Mr. Mahgrefteh's work. The server logs also indicate that he has an Android device (I believe Mr. MasMarques uses an iPhone), and the words are typeset in Roboto, which is an Android system font. But the two individuals may very well be collaborating at this point.

I hope this helps. If you want to contact LAPD about Mr. Mahgrefteh, the Woodland Hills area is handled by the Topanga Community Police Station. I spoke with a Detective Avananti there recently at +1 213 486 8100.

Aaron

PlainSite I https://www.plainsite.org

> Begin forwarded message:
>
> **From:** Cloudflare <abuse@cloudflare.com>
> **Subject: [857183f4404cef74]: Cloudflare has responded to your abuse report.**
> **Date:** March 25, 2019 at 1:56:30 PM PDT
> **To:** Aaron Greenspan <aarong@thinkcomputer.com>
> **Reply-To:** <abusereply@cloudflare.com>
>
> Cloudflare received your abuse report regarding:
> predatorswatch.com
>
> Please be aware Cloudflare is a network provider offering a reverse proxy, pass-through security service. We are not a hosting provider. Cloudflare does not control the content of our customers.
>
> Accepted URL(s) on www.predatorswatch.com:
> https://www.predatorswatch.com/ohio/dr-neil-s-greenspan-neil-greenspan-neil-sanford-greenspan/
> http://www.predatorswatch.com/california/aaron-greenspan-956-carolina-street-san-francisco-ca-415-308-7836/
> http://www.predatorswatch.com/alabama/diego-masmarques-gay-creep-sexually-stalking-aaron-greenspan/
> http://www.predatorswatch.com/browse-offenders/page/55/
> http://www.predatorswatch.com/california/plainsite-org-aaron-greenspan/
> http://www.predatorswatch.com/california/plainsite-org/
> http://www.predatorswatch.com/california/john-fuenchem-aka-aaron-greenspan-2/
> http://www.predatorswatch.com/california/john-fuenchem-aka-aaron-greenspan/
> http://www.predatorswatch.com/california/john-fuenchem/
> http://www.predatorswatch.com/california/aaron-greenspan-415-308-7836-956-carolina-st-san-francisco-ca-94107-plainsite-org-tesla/
> http://www.predatorswatch.com/ohio/neil-s-greenspan-md-phd-paijournal-case-western-reserve-university-division-of-infectious-diseases-10900-euclid-ave-mailstop-4984-cleveland-oh-44106-216-368-6317-issn-2469-2964-infopaij/
>
> > Hosting Provider:
> > -----------------
> >
> > AMARUTU-TECHNOLOGY, NL
> >
> > Abuse Contact:
> > --------------
> >
> > abuse@koddos.com
>
> We have notified our customer of your report. We have forwarded your report on to the responsible hosting provider. You may also direct your report to:
>
> 1. The provider where predatorswatch.com is hosted (provided above);
> 2. The owner listed in the WHOIS record for predatorswatch.com and/or;
> 3. The contact listed on the predatorswatch.com site.
>
> Note: A lookup of the IP for a Cloudflare customer website will show Cloudflare IPs because we are a pass-through network. The actual website is still hosted at the hosting provider indicated above. If the hosting provider has any questions, please have the hosting provider contact us directly regarding this site. Due to attempted abuse of our complaint reporting process, we will only provide the IP of predatorswatch.com to the responsible hosting provider if they contact us directly at abusereply@cloudflare.com.

Regards,

Cloudflare Abuse

—

Begin forwarded message:

**From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
**Subject: Cease and Desist Notice**
**Date:** April 28, 2017 at 7:01:17 AM PDT
**To:** Matthew Mahgrefteh <matthewmahgrefteh@gmail.com>

Mr. Mahgrefteh,

I have written evidence that the e-mail you sent my father yesterday (below) under a pseudonym, "Moshe Greenberg," matches your IP address, cpe-104-33-220-44.socal.res.rr.com (104.33.220.44).

If you send any further communications to PlainSite, me, my father, or anyone I know, I will sue you and pursue a restraining order agianst you. That lawsuit and the restraining order docket, and the order itself if granted, will also be prominently posted on PlainSite and other web sites.

The proper avenue to pursue to have a case removed is to file a motion to seal in court and convince a judge that a seal is warranted. Until then, your case is public information, and given that the complaint seeks damages of over $25,000, it clearly belongs in the public domain.

Cease and desist immediately. This will be your last warning.

Aaron

PlainSite | http://www.plainsite.org

—

Delivered-To: nsg@cwru.edu
Received: by 10.80.184.17 with SMTP id j17csp47244ede;
        Thu, 27 Apr 2017 20:31:25 -0700 (PDT)
X-Received: by 10.55.186.134 with SMTP id k128mr7705137qkf.40.1493350285097;
        Thu, 27 Apr 2017 20:31:25 -0700 (PDT)
Return-Path: <moshe.greenberg@aol.com>
Received: from mpv7-2015.case.edu (mpv7-2015.CWRU.Edu. [129.22.103.242])
      by mx.google.com with ESMTPS id g31si4755916qtd.8.2017.04.27.20.31.24
      for <nsg@cwru.edu>
      (version=TLS1_2 cipher=ECDHE-RSA-AES128-GCM-SHA256 bits=128/128);
      Thu, 27 Apr 2017 20:31:25 -0700 (PDT)
Received-SPF: pass (google.com: domain of moshe.greenberg@aol.com designates 204.29.186.10 as permitted sender) client-ip=204.29.186.10;
Authentication-Results: mx.google.com;
      dkim=pass header.i=@mx.aol.com;
      spf=pass (google.com: domain of moshe.greenberg@aol.com designates 204.29.186.10 as permitted sender) smtp.mailfrom=moshe.greenberg@aol.com
Received: from omr-m010e.mx.aol.com (EHLO omr-m010e.mx.aol.com) ([204.29.186.10])
        by mpv7-2015.case.edu (MOS 4.4.7-GA FastPath queued)
        with ESMTP id HBV74149;
        Thu, 27 Apr 2017 23:31:24 -0400 (EDT)
Received: from mtaomg-mbb01.mx.aol.com (mtaomg-mbb01.mx.aol.com [172.26.254.111])
      by omr-m010e.mx.aol.com (Outbound Mail Relay) with ESMTP id D60FB38000B7;
      Thu, 27 Apr 2017 23:25:48 -0400 (EDT)
Received: from core-mdx02f.mail.aol.com (core-mdx02.mail.aol.com [10.73.15.165])
      by mtaomg-mbb01.mx.aol.com (OMAG/Core Interface) with ESMTP id 7627238000082;
      Thu, 27 Apr 2017 23:25:48 -0400 (EDT)
Received: from 104.33.220.44 by webprd-m07.mail.aol.com (10.74.15.25) with HTTP (WebMailUI); Thu, 27 Apr 2017 23:25:48 -0400
Date: Thu, 27 Apr 2017 23:25:48 -0400
From: Moshe Greenberg <moshe.greenberg@aol.com>
To: neil.greenspan@case.edu, pathology@case.edu, william.lubinger@case.edu,
      marvin.kropko@case.edu, daniel.robison@case.edu, marc.kaplan@case.edu,
      marcominfo@case.edu
Message-Id: <15bb297dbc4-eef-a4c1@webprd-m07.mail.aol.com>
Subject: personal information on the website
MIME-Version: 1.0

Content-Type: multipart/alternative;
	boundary="----=_Part_53685_773518089.1493349948355"
X-MB-Message-Source: WebUI
X-MB-Message-Type: User
X-Mailer: JAS STD
X-Originating-IP: [104.33.220.44]
x-aol-global-disposition: G
DKIM-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=mx.aol.com;
	s=20150623; t=1493349948;
	bh=0xa7e5aPu3/k8ym+1scEj42r8YAe2QiW2goUvDELmDw=;
	h=From:To:Subject:Message-Id:Date:MIME-Version:Content-Type;
	b=1RoY6YeRqfvlEA4kTtD3lbXiaEpQvT/GHm02IwolC4ZoqXg9anAj2mmxR+Y/PxL7M
	 71kjuhvXE1lgIbUjZlMPpbBeZQQ7JNKbM7NtV+KY/ZHDNRG0J3mq8sCfud+0Q9v9KB
	 ifIKCrX649TwAGUvijAYoqSzlHuNHjMkqEgo5lcg=
x-aol-sid: 3039ac1afe6f5902b63c2ff1

------=_Part_53685_773518089.1493349948355
Content-Type: text/plain; charset=utf-8
Content-Transfer-Encoding: 7bit

Neil Greenspan, you and your a-hole son aaron are the scum of the earth. i'm tired of asking to remove my information on your site. you piece of garbage.
------=_Part_53685_773518089.1493349948355
Content-Type: text/html; charset=utf-8
Content-Transfer-Encoding: 7bit

&lt;font color='black' size='2' face='arial'&gt;Neil Greenspan, you and your a-hole son aaron are the scum of the earth. i'm tired of asking to remove my information on your site. you piece of garbage.&lt;/font&gt;
------=_Part_53685_773518089.1493349948355--

**From:** Aaron Greenspan aaron.greenspan@plainsite.org
**Subject:** Fwd: Search Warrant / Subpoena Recommendation
**Date:** September 24, 2020 at 1:23 PM
**To:** Caroline Moy caroline.moy@state.ma.us

Ms. Moy,

As you can see, your office and the Marlborough Police were both aware of Mr. Mahgrefteh having a role in this at least as early as March 2019.

Aaron

PlainSite | https://www.plainsite.org

> Begin forwarded message:
>
> **From:** Aaron Greenspan <aaron.greenspan@plainsite.org>
> **Subject: Search Warrant / Subpoena Recommendation**
> **Date:** March 5, 2019 at 2:29:21 PM PST
> **To:** Timothy Harpin <tharpin@marlborough-ma.gov>
> **Cc:** Lauryn Myers <lauryn.myers@state.ma.us>, Richard Gaudette <rgaudette@marlborough-ma.gov>
>
> Sgt. Harpin,
>
> In case this is not already clear, the evidence at this point suggests that Mr. MasMarques suffers from a condition along the lines of paranoid schizophrenia and has a notable tendency to project his own actions onto others (in this case, me). In other words, things he claims that I have done are things that in fact he has done, and things that he claims he has done are things I have done. This can make handling him very confusing. The most useful course of action would be to try once more to obtain a search warrant for his computer.
>
> It is highly unlikely that he will stop unless he is made to stop, i.e. arrested. There is a note in his federal case file stating that he was released from federal prison with a "Special Mental Health Aftercare Condition" because in the Parole Commission's words, "you have a problem controlling your anger." See https://www.plainsite.org/dockets/download.html?id=242636774&a=1&z=1d0c53e3, page 5 of 6.
>
> Search warrant aside, since Ms. Myers suggests that you would require another tie to his IP address to proceed, I would recommend issuing a subpoena to Steadfast Networks LLC (https://www.steadfast.net/contact), the host of complaintsboard.com (where many but not all of these posts are visible), with multiple parts:
>
> 1. All usernames accessed with Diego MasMarques's known IP address, 24.60.59.25.
>
> 2. All posts authored by the usernames in (1).
>
> 3. The IP addresses associated with the following 50 usernames that have posted on the site recently regarding myself and my family:
>
> - @Aarongreenspan @plainsite: https://www.complaintsboard.com/profile-1895854
> - @plainsite scam: https://www.complaintsboard.com/profile-1985330
> - ArronJacobGreenspan Fraud: https://www.complaintsboard.com/profile-1949194
> - Aaron Greenspan Insane Sociopath: https://www.complaintsboard.com/profile-1927874
> - Aaron Greenspan is a jerk: https://www.complaintsboard.com/profile-1844116
> - Aaron Greenspan plainsite fraud: https://www.complaintsboard.com/profile-1950988
> - Aaron Greenspan Think Computer Fraud: https://www.complaintsboard.com/profile-1894398
> - Big Time Tax Fraud!: https://www.complaintsboard.com/profile-1897229
> - bcarver@courtlistener.com plainsite: https://www.complaintsboard.com/profile-1948869
> - Curt Hegeget: https://www.complaintsboard.com/profile-1964675
> - Delaware Dude: https://www.complaintsboard.com/profile-1985759
> - Dr. Neil S Greenspan scam: https://www.complaintsboard.com/profile-1950422
> - Extortionist dweeb: https://www.complaintsboard.com/profile-1984955
> - Extortionist loser AG: https://www.complaintsboard.com/profile-1987540
> - extortionist suck: https://www.complaintsboard.com/profile-1984165
> - finance@thinkcomputer.org: https://www.complaintsboard.com/profile-1950642
> - Fraud scam chairty: https://www.complaintsboard.com/profile-1983889
> - free.law RECAP Plainsite.org: https://www.complaintsboard.com/profile-1894977
> - Freedom to privacy data: https://www.complaintsboard.com/profile-1967367
> - Freedom to privacy data: https://www.complaintsboard.com/profile-1967367
> - Gonzo the great: https://www.complaintsboard.com/profile-1959953
> - greenspan@post.harvard.edu loser: https://www.complaintsboard.com/profile-1984501
> - Hanzy Stern: https://www.complaintsboard.com/profile-1987509
> - https://free.law CourtListener.com: https://www.complaintsboard.com/profile-1896341
> - Jabo Bike that: https://www.complaintsboard.com/profile-1988637

- Jax Malachi: https://www.complaintsboard.com/profile-1961718
- Joey Ovir: https://www.complaintsboard.com/profile-1964760
- Jose 911: https://www.complaintsboard.com/profile-1793406
- Judy Edes: https://www.complaintsboard.com/profile-1988288
- Jug Jake: https://www.complaintsboard.com/profile-1983774
- Key Guy Mex: https://www.complaintsboard.com/profile-1987032
- Mark Zuckerberg: https://www.complaintsboard.com/profile-1830722
- Mystery Train 8: https://www.complaintsboard.com/profile-1897460
- orionresearch.net: https://www.complaintsboard.com/profile-1912793
- Plainsite.org FLP Aaron Greenspan: https://www.complaintsboard.com/profile-1897407
- Plainsite.org Greenspan scam: https://www.complaintsboard.com/profile-1964301
- Plainsite.org scam fraud: https://www.complaintsboard.com/profile-1982550
- Plainsite.org Theifs d: https://www.complaintsboard.com/profile-1985849
- Ray Zuto: https://www.complaintsboard.com/profile-1967413
- Stewart in Silicon Valley!: https://www.complaintsboard.com/profile-1924723
- Shy Greenberg Ofer: https://www.complaintsboard.com/profile-1955933
- Tesla Employee cali: https://www.complaintsboard.com/profile-1987855
- Think Fraud suxcks: https://www.complaintsboard.com/profile-1988827
- tips@plainsite.org: https://www.complaintsboard.com/profile-1979626
- Troll Hater: https://www.complaintsboard.com/profile-1973757
- Turing Fenyman llc: https://www.complaintsboard.com/profile-1947638
- Turing Investments scam: https://www.complaintsboard.com/profile-1982837
- Victim number 10000000: https://www.complaintsboard.com/profile-1984839
- Wacko Jacko AG: https://www.complaintsboard.com/profile-1955999
- www.case.edu wwww.plainsite.org: https://www.complaintsboard.com/profile-1895814

I will forward the SFPD police report to you as soon as I have it, but I cannot and will not take the time to file a new police report for each additional post. There are thousands of posts at this point and this is already having a detrimental enough effect on my life.

Lastly, I have attached documents provided by Mr. MasMarques in court here in California that show:

A) he is in regular communication with a pseudonymous e-mail account, amirnoy7@gmail.com, that most likely belongs to Matthew Mahgrefteh in Southern California, another unstable individual who is upset his court cases are on-line;
B) this individual has recommended to Mr. MasMarques that he start using a VPN, so his IP address may now be masked if he followed that advice;
C) some of Mr. MasMarques's complaints to various government agencies, whose dates match this post from April 8, 2018: https://www.complaintsboard.com/complaints/wwwplainsiteorg-they-posted-wrong-details-about-me-they-ruined-my-life-c783354.html#c1897490
D) a record of your own conversations with Mr. MasMarques, suggesting that it was not necessary to open yet another incident report because there are already several incidents tied to these facts in your system.

For the record, Mr. MasMarques's various allegations against me are false. I have never used the name John Fuenchem, I do not extort people out of money, Mr. MasMarques's home address and court documents are public information, etc.

Thank you.

Aaron

PlainSite I https://www.plainsite.org