**EXHIBIT P**
Select Correspondence with the Internal Revenue Service Regarding
Think Computer Foundation



**Department of the Treasury
Internal Revenue Service
Tax Exempt and Government Entities
Exempt Organizations Examinations**
1100 Commerce Street MS 4900 DAL
Dallas, TX 75242-1100

Date: MAR 0 4 2020

Taxpayer Identification Number:
34-1937820
Form:
990-N
Tax Period(s) Ended:
December 31, 2018
Person to Contact / ID Number:
Sarah L Secrist
Employee ID: 1000141514
Contact Numbers:
Telephone: 801-620-4358
Fax: 844-213-0728

THINK COMPUTER FOUNDATION

20560 SHELBURNE RD
SHAKER HTS, OH 44122-1941

Dear THINK COMPUTER FOUNDATION:

We completed our audit of your financial information relating to Form 990-N, Electronic Notice (e-Postcard) for Tax-Exempt Organizations Not Required to File Form 990 or 990-EZ, for the period(s) shown above. We determined you were eligible to file Form 990-N for those periods.

Your organization continues to qualify for exemption from federal income tax as described in Internal Revenue Code Section 501(c)(3).

If you have questions, contact the person listed at the top of this letter. If you write, provide a phone number and the most convenient time to contact you.

Sincerely,

*[signature]*

for Maria Hooke
Director, Exempt Organizations Examinations

**Letter 5177 (Rev. 5-2017)**
Catalog Number 62613F



# Confirmation

Your Form 990-N(e-Postcard) has been submitted to the IRS

- **Organization Name:** THINK COMPUTER FOUNDATION
- **EIN:** 341937820
- **Tax Year:** 2021
- **Tax Year Start Date:** 01-01-2021
- **Tax Year End Date:** 12-31-2021
- **Submission ID:** 10065520220285196587
- **Filing Status Date:** 01-28-2022
- **Filing Status:** Pending

**Note:** Print a copy of this filing for your records. Once you leave this page, you will not be able to do so.

**MANAGE FORM 990-N SUBMISSIONS**


| | |
|---|---|
| Notice | CP259A |
| Tax period | December 31, 2022 |
| Notice date | October 30, 2023 |
| Employer ID number | 34-1937820 |
| Page 3 of 4 | |



Department of the Treasury
Internal Revenue Service
Ogden, UT  84201-0016

INTERNAL REVENUE SERVICE
OGDEN, UT  84201-0016



007542

**Fold here**

# Response form

Complete both sides of this form and send it to us.

## Provide your contact information

If your address has changed, make the changes below.
THINK COMPUTER FOUNDATION
% NEIL S GREENSPAN
956 CAROLINA ST
SAN FRANCISCO  CA  94107-3337

| | | | |
|---|---|---|---|
| ☐ a.m. ☐ p.m. | | ☐ a.m. ☐ p.m. | |
| Primary Phone | Best time to call | Secondary Phone | Best time to call |

## 1. Indicate whether any of the following circumstances apply to you

**If you already filed a Form 990 or 990-EZ**

☐ I already filed my tax return for December 31, 2022, and I'm enclosing confirmation of electronic filing as verification.

Name(s) shown on the return

Employer Identification number (EIN) listed on the return
Is this EIN different from the one on this notice?   [ ] Yes   [ ] No

Form(s) filed          Tax period(s) ending date          Date tax return was e-filed

**If you are filing late**

☐ You may be subject to late filing penalties under Internal Revenue Code Section 6652(c)(1)(A) when a return is filed late, unless the organization shows that the late filing was due to reasonable cause.
Continued on back...



| | |
|---|---|
| Notice | CP259A |
| Tax period | December 31, 2022 |
| Notice date | October 30, 2023 |
| Employer ID number | 34-1937820 |
| Page 4 of 4 | |

Indicate whether any of the following circumstances apply to you - **continued**

**If you don't think you have to file a December 31, 2022 Form 990 or Form 990-EZ**

Explain why you aren't required to file a Form 990 or Form 990-EZ.
- ☐ My organization is a 501(c)(12) or 501(c)(15) organization and filed a Form 1120, U.S. Corporate Income Tax Return.
- ☐ My organization is a subordinate organization in a group exemption and filed as part of a group return under the name _____, with EIN _____.
- ☐ My organization's gross receipts are normally $50,000 or less and we're not a 509(a)(3) supporting organization, so we filed or will file a Form 990-N.
- ☒ My organization ceased operations as of 5/19/2021 and filed its final return for tax period 2021 on 1/28/22 (date of filing).
- ☐ My organization was legally formed on _____.
- ☐ Other reason for not filing (explain; attach additional sheets if necessary).

**If you think we miscalculated the 3-year revocation period**

My organization was legally formed on _____.
Recalculate the revocation period from this date. I am attaching supporting documentation to show the legal formation date.

**2. Sign and send this form to us**

Under penalties of perjury, to the best of my knowledge, the information in this form is correct and complete.

*[Signature]* Aaron Greenspan    President    10/29/2023
Signature                        Title        Date

**From:** **NoReply@myfax.com** NoReply@MyFax.com
**Subject:** Successful transmission to 18552147520. Re: UNKNOWN
**Date:** October 29, 2023 at 12:24 PM
**To:** fax@thinkcomputer.com



Your fax was successfully sent to 18552147520 by MyFax.

**Fax Details**

**Date:** 2023-10-29 19:26:53 (GMT)
**Number of Pages:** 2
**Length of Transmission:** 97 seconds

**Please note the domain used for sending a fax by email with MyFax has changed. You must now follow your recipient's fax number by @send.myfax.com instead of @myfax.com.**

If you have any questions, please visit our online help center.

Thank you for choosing MyFax.

Sincerely,
The MyFax Team

**Tip:** Switch to an annual plan and save! Call (866) 378-2373 or email support@myfax.com.

Home | Features | How it Works | Mobile App | Support

© 2023 Consensus Cloud Solutions, Inc. or its subsidiaries (collectively, "Consensus"). All rights reserved.
MyFax is a registered trademark of Consensus.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

This account is subject to the terms listed in the MyFax Customer Agreement.




| Notice | CP259A |
|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0016 | |
| Tax period | December 31, 2023 |
| Notice date | September 30, 2024 |
| Employer ID number | 34-1937820 |
| Page 3 of 4 | |



051680

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0016

**Fold here**

# Response form

Complete both sides of this form and send it to us.

**Provide your contact information**

If your address has changed, make the changes below.
THINK COMPUTER FOUNDATION
% NEIL S GREENSPAN
956 CAROLINA ST
SAN FRANCISCO   CA   94107-3337

| Primary Phone | Best time to call | Secondary Phone | Best time to call |
|---|---|---|---|
| | ❏ a.m.<br>❏ p.m. | | ❏ a.m.<br>❏ p.m. |

**1. Indicate whether any of the following circumstances apply to you**

**If you already filed a Form 990 or 990-EZ**

❏ I already filed my tax return for December 31, 2023, and I'm enclosing confirmation of electronic filing as verification.

Name(s) shown on the return

Employer Identification number (EIN) listed on the return
Is this EIN different from the one on this notice?   [ ] Yes   [ ] No

Form(s) filed          Tax period(s) ending date          Date tax return was e-filed

**If you are filing late**

❏ You may be subject to late filing penalties under Internal Revenue Code Section 6652(c)(1)(A) when a return is filed late, unless the organization shows that the late filing was due to reasonable cause.

Continued on back...


| | |
|---|---|
| **Notice** | CP259A |
| **Tax period** | December 31, 2023 |
| **Notice date** | September 30, 2024 |
| **Employer ID number** | 34-1937820 |

Page 4 of 4

Indicate whether any of the following circumstances apply to you - **continued**

**If you don't think you have to file a December 31, 2023 Form 990 or Form 990-EZ**

Explain why you aren't required to file a Form 990 or Form 990-EZ.
- ❏ My organization is a 501(c)(12) or 501(c)(15) organization and filed a Form 1120, U.S. Corporate Income Tax Return.
- ❏ My organization is a subordinate organization in a group exemption and filed as part of a group return under the name _____, with EIN _____.
- ❏ My organization's gross receipts are normally $50,000 or less and we're not a 509(a)(3) supporting organization, so we filed or will file a Form 990-N.
- **X** My organization ceased operations as of **5/19/2021** and filed its final return for tax period **2021** on **1/28/22** (date of filing).
- ❏ My organization was legally formed on _____.
- ❏ Other reason for not filing (explain; attach additional sheets if necessary).

**If you think we miscalculated the 3-year revocation period**

My organization was legally formed on _____.
Recalculate the revocation period from this date. I am attaching supporting documentation to show the legal formation date.

**2. Sign and send this form to us**

Under penalties of perjury, to the best of my knowledge, the information in this form is correct and complete.

*[Signature]*    **President**    **9/30/2024**
Signature    Title    Date

**From:** NoReply@myfax.com NoReply@MyFax.com
**Subject:** Successful transmission to 18552147520. Re: UNKNOWN
**Date:** September 30, 2024 at 2:28 PM
**To:** fax@thinkcomputer.com



Your fax was successfully sent to 18552147520 by MyFax.

**Fax Details**

**Date:** 2024-09-30 21:19:09 (GMT)
**Number of Pages:** 2
**Length of Transmission:** 73 seconds

**Please note the domain used for sending a fax by email with MyFax has changed You must now follow your recipient's fax number by @send.myfax.com instead of @myfax.com.**

If you have any questions, please visit our online help center.

Thank you for choosing MyFax.

Sincerely,
The MyFax Team

**Tip:** Switch to an annual plan and save! For additional support, please email us at support@myfax.com.

Home | Features | How it Works | Mobile App | Support

© 2024 Consensus Cloud Solutions, Inc. or its subsidiaries (collectively, "Consensus"). All rights reserved.
MyFax is a registered trademark of Consensus.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

This account is subject to the terms listed in the MyFax Customer Agreement.



 Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0023

| | |
|---|---|
| Notice | CP120A |
| Notice date | August 18, 2025 |
| Employer ID number | 34-1937820 |
| To contact us | Phone 877-829-5500 |
| Page 1 of 2 | |

071172.576294.121542.16821 1 AV 0.593 371



071172

THINK COMPUTER FOUNDATION
% NEIL S GREENSPAN
956 CAROLINA ST
SAN FRANCISCO CA 94107-3337

Important message about your failure to file an annual information return or electronic notice

# Your organization's tax-exempt status was automatically revoked

We haven't received a response to the previous notice we sent asking you to file your organization's annual information return or electronic notice. Because you haven't filed for three consecutive years, your organization's tax-exempt status was automatically revoked by law, effective May 15, 2025.

Your organization is no longer tax exempt. In addition, if your organization was eligible to receive tax-deductible contributions, it's no longer permitted to do so. Your organization's name was added to our list of organizations that are no longer tax-exempt. You can find our list at www.irs.gov/teos. It is available to the public, state charity officials, and state tax officials.

## What you need to do

Because your organization is no longer tax-exempt, you may be required to file one the following federal income tax returns:
- Form 1120, U.S. Corporation Income Tax Return, or
- Form 1041, U.S. Income Tax Return for Estates and Trusts

If you believe you received this notice in error because you have a letter from the IRS stating your organization isn't required to file an annual return or notice, or you have proof the organization met its filing requirements, call 877-829-5500 or visit www.irs.gov/ for further information about where to send your letter or proof of filing.

Contact your state to determine how this revocation affects your state responsibilities and requirements.

You must apply for reinstatement even if you didn't originally apply for tax-exempt status.

Continued on back...


| | |
|---|---|
| **If you want to reapply for tax exempt status** | **Complete and submit one of the following forms along with Form 8718, User Fee for Exempt Organization Determination Letter Request, the required user fee, and other required forms:**<br><br>• Form 1023, Application for Recognition of Exemption under Section 501(c)(3) of the Internal Revenue Code<br><br>• Form 1023-EZ, Streamlined Application for Recognition of Exemption under Section 501(c)(3) of the Internal Revenue Code<br><br>• Form 1024, Application for Recognition of Exemption Under Section 501(a) or Section 521 of the Internal Revenue Code<br><br>• Form 1024-A, Application for Recognition of Exemption Under Section 501(c)(4) of the Internal Revenue Code<br><br>Most of these applications must be submitted electronically at www.pay.gov. For information on filing these forms go to www.irs.gov/eo and click on "Apply for Tax-Exempt Status."<br><br>Review Publication 557, Tax-Exempt Status For Your Organization, for the rules and procedures for organizations that seek exemption from federal income tax under IRC Sections 501(a) and 501(c).<br><br>You can request prospective or retroactive reinstatement of your organization's tax-exempt status.<br><br>• If you file an application for reinstatement and we determine your organization qualifies for tax-exempt status, your organization's tax-exempt status will be reinstated from the date of your application.<br><br>• If you wish to request retroactive reinstatement of your tax-exempt status from the revocation date, see the Instructions to Forms 1023, 1023-EZ, 1024, or 1024-A to see whether you qualify and what information you must include in your request. |
| **Additional information** | • Visit www.irs.gov/cp120a.<br>• Find tax forms or publications by visiting www.irs.gov/forms or calling 800-TAX-FORM (800-829-3676).<br>• Keep a copy of this notice for your records. |



