# **EXHIBIT Q**
Oxford Languages Word Definitions








define identify

- AI Mode
- All
- Images
- Videos
- Shopping
- Short videos
- Books
- More
- Tools

## identify

Overview | Usage examples | Similar and opposite words | Pronunciation

### Dictionary

Definitions from Oxford Languages · Learn more

Translate to — Choose language

**i·den·ti·fy**
/īˈden(t)əˌfī/

*verb*

1. establish or indicate who or what (someone or something) is.
   "the judge ordered that the girl not be identified"
   Similar: recognize, single out, pick out, spot, point out, pinpoint

2. associate (someone) closely with; regard (someone) as having strong links with.
   "he was equivocal about being identified too closely with the peace movement"
   Similar: associate, link, connect, couple, relate, bracket

Feedback

Show more

### People also ask

- What is the meaning of the word identify?
- What does identify as mean?
- What are the synonyms of identify?
- What does it mean when you identify someone?

Feedback

**Merriam-Webster**
https://www.merriam-webster.com › dictionary › identify

**IDENTIFY Definition & Meaning**

5 days ago — The meaning of **IDENTIFY** is to perceive or state the **identity** of (someone or something). How to use **identify** in a sentence.

**Cambridge Dictionary**
https://dictionary.cambridge.org › dictionary › identify

**IDENTIFY | definition in the Cambridge English Dictionary**

to recognize someone or something and say or prove who or what that person or thing is: Even the smallest baby can identify its mother by her voice. Read more