UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S MOTION TO IMPOUND UNREDACTED COPIES OF ADDITIONAL SUMMARY JUDGMENT MATERIALS**

Pursuant to Civil Local Rule 7.2, Plaintiff respectfully requests that this Court grant Plaintiff the ability to impound additional unredacted materials of documents filed with redactions and/or under seal. In his motion for summary judgment, Plaintiff must also file materials that are sensitive and that require redaction and/or sealing.

Plaintiff anticipates filing the following materials with redactions or under seal:

| Document Name | Basis for Impoundment | Anticipated Public Redacted Version ECF No. |
|---|---|---|
| Plaintiff's Memorandum of Law In Support Of Motion for Summary Judgment as to Defendant Diego MasMarques, Jr. | This brief involves a description of personal and/or medical information, which is accordingly redacted. | 277-1 |

1

Plaintiff is a fierce advocate for legal transparency. Even so, there is no public interest to be served by posting private information on the docket so that it can lead to further abuse. The purpose of this litigation is to remedy harm; not to amplify it. Therefore, for these and other reasons, Plaintiff respectfully requests that this Court permit the filing of impounded, unredacted versions of the above-described documents.

Dated: December 19, 2025		Respectfully submitted,

Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

**CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)**

Civil Local Rule 7.1(a)(2) would not appear to apply to this motion since the Court already ordered the entry of a Protective Order and granted Defendant Diego MasMarques, Jr. the right to request impoundment. Furthermore, the parties have communicated and agreed on the need for impoundment of certain types of materials, which are reflected here.

Aaron Greenspan

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

_/s/ Aaron Greenspan_
Aaron Greenspan