UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>    v.<br><br>**DIEGO MASMARQUES, JR.** a/k/a **DIEGO MAS HOWARD** a/k/a **RICKY MAS MARQUES** a/k/a **JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT DIEGO MASMARQUES, JR.

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiff Aaron Greenspan ("Plaintiff") respectfully moves for summary judgment on all outstanding claims. As set forth in the attached Memorandum of Law, Plaintiff's Statement of Undisputed Material Facts, and supporting declarations and exhibits, there is no genuine dispute as to any material fact and Plaintiff is entitled to judgment as a matter of law.

No reasonable jury could find in favor of Defendant MasMarques on any of Plaintiff's claims. Plaintiff has pled and proven libel per se, given that Defendant MasMarques used his home IP address and Mac OS computer with a user account called "tech" and dozens if not hundreds of fake accounts on various websites to make thousands of false statements about Plaintiff with 20 telltale signs of his authorship that alleged criminal conduct, which were clearly made with reckless disregard for the truth. Plaintiff has pled and proven abuse of process and

1

malicious prosecution on the basis of dozens of false complaints addressed to federal and state government agencies that Defendant MasMarques put his own name on, as well as judicial complaints he filed full of false allegations and deliberate misrepresentations he used to manipulate the court system and attempt to have Plaintiff involuntarily committed to a psychiatric institution.  All of these proceedings ended in Plaintiff's favor.  Plaintiff has pled and proven conspiracy, which Defendant MasMarques has utterly failed to deny.  Plaintiff has pled and proven invasion of privacy.  And Plaintiff has pled and proven intentional infliction of emotional distress, which has worsened a medical condition that Plaintiff suffers from.  Finally, Plaintiff has shown that he is entitled to injunctive relief against Defendant MasMarques, whose extremely dangerous and insatiable appetite for revenge based on conspiracy theories and lunacy can only be stopped by a court order.

      WHEREFORE, Plaintiff respectfully requests that the Court allow this Motion and enter summary judgment in Plaintiff's favor on all claims, with prejudice, enter an injunction, and award his reasonable attorneys' fees and costs, together with such other and further relief this Court deems just and proper.

Dated: December 19, 2025        Respectfully submitted,

                                                                Aaron Greenspan, *pro se*
                                              440 N. Barranca Avenue #6720
                                              Covina, CA 91723
                                              Phone: +1 415 670 9350 x101
                                              E-Mail: aaron.greenspan@plainsite.org

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 19, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

_Aaron Greenspan_
Aaron Greenspan