UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AARON GREENSPAN,

    Plaintiff,

v.

DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES, SERGEI IGOREVICH KUDRIAVTSEV, MEDIOLEX, LTD., and ASTRAD, LTD.,

    Defendants.

Case No.: 1:23-cv-10134-DJC

**PLAINTIFF'S STATEMENT OF UNCONTESTED MATERIAL FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Civil Local Rule 56.1 and Judge Jennifer C. Boal's Standing Order Re: Briefing of Summary Judgment Motions (which seeks to minimize duplicate filings), and given that Defendant MasMarques failed to comply with ¶ 2 of the Standing Order by filing first, Plaintiff Aaron Greenspan incorporates by reference the contents of his ECF No. 269-1 starting with the "GENERAL FACTS" section through the end of that document.

Dated: December 19, 2025    Respectfully submitted,

*[signature]*

Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

1

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 13, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

_____
Aaron Greenspan