UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**DECLARATION OF AARON GREENSPAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT DIEGO MASMARQUES, JR.**

I, Aaron Greenspan, declare as follows:

    1.    I am the plaintiff in this action. I am a resident of the State of California and am competent to testify. I make this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

    2.    I incorporate by reference my prior declarations at ECF Nos. 270, 274-1, 269-3, Corrected Exhibit A, and Exhibits B-N.

    3.    On August 25, 2025, I filed a declaration at ECF No. 237-1 documenting that the email address "56546@protonmail.com"—which Mr. MasMarques disclosed as his in discovery—was associated with an active Twitter/X account. I verified this by initiating the password reset process on x.com, which confirmed an active account was linked to that e-mail address.

1

4. On September 26, 2025, Mr. MasMarques filed a declaration under penalty of perjury stating "I do not have or use any social media accounts." ECF No. 257-3 ¶ 72.

5. On December 18, 2025, I repeated the password reset test for "56546@protonmail.com" to verify whether this e-mail address remains associated with an active X account. The X website again confirmed that this e-mail address is associated with an active user account, contradicting Mr. MasMarques's sworn statement.

6. Below is a true and correct copy of a December 18, 2025 screenshot of the X website prompting me for the username associated with the e-mail address "56546@protonmail.com", instead of displaying an error message for an unknown e-mail address:



I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on December 19, 2025 in San Francisco, California.

Dated: December 19, 2025      Respectfully submitted,

Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

3

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

_____
Aaron Greenspan