UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S TABLE OF CONTENTS OF SUMMARY JUDGMENT EXHIBITS**

| Exhibit | Description | ECF No(s). | Filed Date |
|---|---|---|---|
| A | Machine-Translated Newspaper Articles From Spain Concerning Diego MasMarques, Jr. | 269-2 | December 8, 2025, Corrected December 13, 2025 |
| B | PlainSite Home Page, "About" Page, and "Contact Us" Pages | 266-2 | December 8, 2025 |
| C | PlainSite Docket Page for *USA v. MasMarques*, Case No. 1:09-cr-10304-MLW | 266-3 | December 8, 2025 |
| D | Wikipedia Pages for Liborio Bellomo and Vincent Gigante | 266-4 | December 8, 2025 |
| E | Communications from Diego MasMarques, Jr. | 266-5 | December 8, 2025 |
| F | Blacklist Report Posts or Cached Versions Thereof [Filed Under Seal] | 266-6 [266-15] | December 8, 2025 |
| G | ComplaintsBoard Posts [Filed Under Seal] | 266-7 [266-16] | December 8, 2025 |
| H | Twitter/X Posts | 266-8 | December 8, 2025 |
| I | Reddit Posts [Filed Under Seal] | 266-9 [266-17] | December 8, 2025 |
| J | StackExchange "Ask Different" (Apple Category) Post | 266-10 | December 8, 2025 |
| K | SEC FOIA Logs Page as of July 13, 2022 | 266-11 | December 8, 2025 |
| L | Relevant Excerpts from August 19, 2025 Deposition of Aaron Greenspan | 266-12 | December 8, 2025 |

1

2

| | | | |
|---|---|---|---|
| M | International Journal of Molecular Sciences, "Genetic Mutations Associated With TNFAIP3 (A20) Haploinsufficiency and Their Impact on Inflammatory Diseases" by Eva Bagyinszky and Seong Soo A. An (July 29, 2024) | 266-13 [266-18] | December 8, 2025 |
| N | Select Filings From *Greenspan v. MasMarques*, Superior Court of California for the County of Santa Clara Case No. 18CH008067 | 274-2 | December 16, 2025 |
| O | Relevant Excerpts of Correspondence with Law Enforcement Authorities in the Commonwealth of Massachusetts | 274-3 | December 16, 2025 |
| P | Select Correspondence with the Internal Revenue Service Regarding Think Computer Foundation | 274-4 | December 16, 2025 |
| Q | Oxford Languages Word Definitions | 274-5 | December 16, 2025 |