## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

---

**AARON GREENSPAN**,

     Plaintiff,

 v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

     Defendants.

---

Case No.: 1:23-cv-10134-DJC

## DECLARATION OF AARON GREENSPAN IN FURTHER SUPPORT OF MOTION FOR SUMMARY JUDGMENT AS TO DEFENDANT DIEGO MASMARQUES, JR.

I, Aaron Greenspan, declare as follows:

     1.     I am the plaintiff in this action. I am a resident of the State of California and am competent to testify. I make this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

     2.     On July 25, 2025, in response to this Court's Order at ECF No. 200 granting my first motion to compel in part, Diego MasMarques, Jr. served a Supplemental Answer to Interrogatory No. 10 in this action, which I filed on the docket on August 25, 2025 as ECF No. 237-6 as part of my second motion to compel. In that second motion to compel, I generally argued that Mr. MasMarques had been untruthful in his discovery responses, that he had lied under oath, and that he was withholding documents relevant to this litigation.

3.      As part of his Supplemental Answer to Interrogatory No. 10, Mr. MasMarques stated under penalty of perjury, "In addition to the emails listed in my original answer to Interrogatory No. 10, I've also used the following email address: 56546@protonmail.com.  I stopped using that address in 2018 and had forgotten about the account when I submitted my original answer to Interrogatory No. 10.  Its omission was unintentional and not made in bad faith."  This response was false.

4.      Attorney Ashley Andrade repeated Mr. MasMarques's falsehood to this Court in footnote 6 of the opposition brief she incorrectly dated "January 20, 2025" but filed via CM/ECF on January <u>21</u>, 2026 as ECF No. 285, stating, "Defendant has already indicated in his discovery responses that the email in question– "56546@protonmail.com"–has not been used by Defendant since late 2018."

5.      In fact, Mr. MasMarques continued using the e-mail address 56546@protonmail.com throughout all of 2019 and well into 2020, and it was associated with an active Twitter/X account in 2025.

6.      Attorney Andrade included a Certificate of Service in ECF No. 285 that states, "I hereby certify that a copy of this document was filed electronically on January 20, 2025," even though the PACER header for the document clearly states, "Filed 01/21/26."  While this discrepancy may be due to her decision to wait until beyond the proverbial last minute to file— even despite a three-day weekend extending her deadline due to the federal holiday on Monday, January 19, 2026—it reflects the same pattern of inattention to factual accuracy that pervades the opposition brief and all of her work that I have examined.

7.      I warned Attorney Andrade that I expected her client in this case to lie to her.

8.      Attorney Andrade is no longer new to this action.  She filed her Notice of Appearance on May 6, 2025 at ECF No. 174.  She has had ample time over the course of more than eight months to familiarize herself with the record, which, had she done so, would have revealed that her client's testimony was false in multiple regards.

9.      Attorney Andrade's false statements to the Court are part of a pattern:

a)   On June 23, 2025, in ECF No. 190, Attorney Andrade cited *Greenspan et al. v. County of Los Angeles*, No. B323864 (Cal. App. Dist. 2nd 2022) in a filing that violated the Court's standing order on motion length to support the proposition that "Plaintiff has filed numerous court actions."  Yet I was not a party to *Greenspan et al. v. County of Los Angeles* because I am not Yaakov Greenspan or Sarah Greenspan—individuals I have never met and have no relation to.

b)   On June 26, 2025, in ECF No. 196, I proved that Attorney Andrade's statement in ECF No. 195 that an "invoice located *[sic]* Doc. 68-1, p.116) *[sic]* shows attorneys allegedly retained by Plaintiff in connection with matters involving Defendant were, in fact, engaged on behalf of Think Computer Corporation" was false.

c)   On September 9, 2025, in ECF No. 242, Attorney Andrade claimed that she and her client had "substantially complied" with discovery and that she had "conducted a thorough review of his electronic devices."  That was false in multiple respects.  Not only did this Court note that Defendant MasMarques violated its Order at ECF No. 200 in on page 5 of its subsequent Order at ECF No. 251 by refusing to provide "all of the information requested," but

Defendant MasMarques and Attorney Andrade to this day have refused to identify GMail e-mail addresses that he previously used to send messages to me as his own.  Furthermore, on July 23, 2025, Attorney Andrade inadvertently revealed in an e-mail that she lacked the technical expertise to even properly read a URL, calling into question her ability to comply with the Court's Order at ECF No. 200 at all.  I do not consider this "substantial compliance."

d) On November 17, 2025, in response to an e-mail asking, "Your client hasn't had a landline since 2017?" in order to clarify Mr. MasMarques's "Amended Answer To Interrogatory No. 25" signed under penalty of perjury, Attorney Andrade responded, "That's correct."  This was false.  In fact, Mr. MasMarques's landline telephone number as of July 27, 2018 is visible through a poor redaction on page 2 of ECF No. 54-3, Exhibit C to the First Amended Complaint in this action.

e) On December 18, 2025, in ECF No. 275, Attorney Andrade falsely represented to the Court that in my August 19, 2025 deposition, I purportedly gave testimony "admitting that [I] did in fact reside at the location [my parents' home in Shaker Heights, Ohio] during the relevant timeframe," when in fact she simply never defined "the relevant timeframe" and assumed that I lived in Ohio on a day—*which* day is deliberately unstated—when I lived approximately 2,500 miles away in San Francisco, California.

f) On January 21, 2026, contrary to Attorney Andrade's false representation to the Court on pages 10 and 11 of the opposition brief she signed and filed at

ECF No. 285, I have never acknowledged or admitted that I am "at least" or "at the very least" a limited-purpose public figure, and any attempt to show otherwise would require taking my words out of context.

This is not an exhaustive list of Attorney Andrade's false statements to the Court.

10.     Posts by the new Twitter/X account @bea96534 (display name CountryBear, purporting to be located in "NYC") match Mr. MasMarques's unique social media usage profile as I have described in this action.  That account has been active since December 2025, just after the summary judgment deadlines in this action.

11.     ECF No. 54-3 contains a true and correct copy of Comcast's July 27, 2018response to a subpoena issued by the Middlesex County, Massachusetts District Attorney's Office on July 12, 2018, as redacted by the Marlborough Police Department.

12.     For each of the social media and/or gripe site posts in ECF Nos. 266-6, 266-7, 266-8, and 266-9, I personally reviewed each post on each page of the documents provided and saved them contemporaneously as evidence of criminal harassment.  In those particular documents, I only saved pages containing posts that I associated with accounts belonging to Diego MasMarques, Jr., or if no accounts were involved, then I saved posts with shared characteristics of other posts, filings and/or communications I associated with Diego MasMarques, Jr.  Such characteristics included but were not limited to Mr. MasMarques's unusual username on his computer ("tech"), the name and photograph of one of Mr. MasMarques's former probation officers, certain phrases that appeared in his court filings, and images of documents I recognized from Mr. MasMarques's physical appearance in court in California, where Mr. MasMarques presented the same documents as exhibits, sometimes with unique alterations, such as White-Out applied in certain places.

5

13.    ECF No. 269-2 contains the original, unaltered Spanish text of each article from Spain about Diego MasMarques, Jr. that I was able to recover from either my own records or the Internet Archive given his attempts to permanently erase them from the internet despite now claiming that they are "irrelevant." To the extent that Mr. MasMarques disputes the Google Translate translations, he is free to hire a translator. Nowhere in his opposition brief, however, did I see that he disputes any aspect of the Google Translate translation.

14.    As Exhibit A, I have attached a true and correct copy of the first pages of several court documents filed by Mr. MasMarques in the Superior Court of California for the County of Santa Clara in 2019 that disclose his e-mail address as "56546@protonmail.com".

15.    As Exhibit B, I have attached a true and correct copy of the first pages of several court documents filed by Mr. MasMarques in the Superior Court of California for the County of Santa Clara in 2020 that disclose his e-mail address as "56546@protonmail.com".

16.    As Exhibit C, I have attached a true and correct copy of an e-mail I sent to Attorney Ashley Andrade on May 7, 2025 warning her that her client is a "fabulist" and that she should be on notice of his tendency to lie under oath, putting her on notice of the need to review his statements for accuracy.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on January 27, 2026 in San Francisco, California.

Dated: January 27, 2026                    Respectfully submitted,

Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

**<u>EXHIBIT A</u>**

First Pages of 2019 Court Documents Disclosing "56546@protonmail.com" as
Diego MasMarques, Jr.'s E-Mail Address



1  Diego Mas Marques
2  PO Box 560042
   Medford, MA 02156
3  56546@protonmail.com

4              **Superior Court of the State of California**

5                     **County of Santa Clara**

6

7  **Diego Mas Marques**                    ) **Case No. 18CH008067**
                                            ) **Honorable Judge Carol Overton**
8          Petitioner                       )
                                            ) **NOTICE OF MOTION: FOR AN**
9          vs.                              ) **INJUNCTION TO HAVE ALL OF MY**
                                            ) **PERSONAL INFORMATION REMOVED**
10                                          ) **FROM PLAINSITE.ORG AND ANY**
   **Aaron Jacob Greenspan a/k/a Aaron**    ) **OTHER PERSONAL INFORMATION**
11                                          ) **REMOVED ON THE SEARCH**
   **Greenspan a/k/a Aaron J Greenspan**    ) **ENGINES THAT WAS ACCESSED AND**
12                                          ) **UPLOADED BY RESPONDENT AND**
   **a/k/a Think Computer Corporation**     ) **THE INJUNCTION SHALL INCLUDE**
13                                          ) **THE PERMANENT CLOSING OF THE**
   **a/k/a Think Computer Foundation**      ) **WEBSITE PLAINSITE.ORG.**
14                                          )
15         Respondent                       )
                                            )
16                                          )
                                            ) ———————————
17                                          )
                                            ) **DATE: April 9, 2019**
18                                          ) **DEPT: DEPT 11**

19       **NOTICE OF MOTION, REQUESTING AN INJUNCTION TO HAVE ALL OF MY**
20   **PERSONAL INFORMATION REMOVED FROM PLAINSITE.ORG AND ANY OTHER**
         **PERSONAL INFORMATION THAT WAS OBTAINED BY RESPONDENT AND**
21    **UPLOADED ON THE SEARCH ENGINES. THIS INJUNCTION SHALL INCLUDE**
              **THE PERMANENT CLOSING OF PLAINSITE.ORG.**
22

23       RESPONDENT AARON JACOB GREENSPAN AND THE COURT, PLEASE TAKE
   NOTICE THAT: On May 2, 2019 at 1:30pm in Department 11, before Honorable Carol
24   Overton presiding, the above-entitled court, located at the Santa Clara Superior Court,
25   Petitioner Diego Mas Marques will move this court for: A Permanent Injunction Pursuant to
   California Code of Civil Procedure Section §525-534; §3420 and the U.S. Fourth Amendment
26   for removal of my personal information from plainsite.org and any and all personal information
27   uploaded on the search engines by Respondent and the permanent closing of plainsite.org.

28   NOTICE OF MOTION FOR AN INJUNCTION FOR REMOVAL OF MY INFORMATION
   FROM PLAINSITE.ORG AND THE SEARCH ENGINES THAT WAS UPLOADED BY
   RESPONDENT AND FOR THE PERMANENT CLOSING OF PLAINSITE.ORG.

                                      1



1   Diego Mas Marques
2   PO Box 560042
    Medford, MA 02156
3   56546@protonmail.com

    **FILED**

    APR 12 2019

    Clerk of the Court,
    Superior Court of CA County of Santa Clara
    BY_____DEPUTY
    M.          R

4              **Superior Court of the State of California**

5                    **County of Santa Clara**

6

7   **Diego Mas Marques**                    ) **Case No. 18CH008067**
                                             ) **Honorable Judge Carol Overton**
8           Petitioner                        )
                                             ) **MOTION: FOR AN INJUNCTION TO**
9         vs.                                 ) **HAVE ALL OF MY PERSONAL**
                                             ) **INFORMATION REMOVED FROM**
10                                            ) **PLAINSITE.OR AND ANY OTHER**
    **Aaron Jacob Greenspan a/k/a Aaron**     ) **PERSONAL INFORMATION THAT WAS**
11                                            ) **UPLOADED ON THE SEARCH**
    **Greenspan a/k/a Aaron J Greenspan**     ) **ENGINES BY RESPONDENT AND**
12                                            ) **INJUNCTION SHALL INCLUDE THE**
    **a/k/a Think Computer Corporation**      ) **PERMANENT CLOSING OF THE**
13                                            ) **WEBSITE PLAINSITE.ORG,**
    **a/k/a Think Computer Foundation**       ) **CALIFORNIA CODE OF CIVIL**
14                                            ) **PROCEDURE §525-534; §3420 AND**
          **Respondent**                      ) **U.S. FOURTH AMENDMENT.**
15                                            )
16                                            )
17                                            )
                                             ) **DATE: April 9, 2019**
18                                            ) **DEPT: DEPT 11**
19

20  <u>**MOTION, REQUESTING AN INJUNCTION TO HAVE RESPONDENT REMOVE ALL**</u>

21  <u>**OF MY PERSONAL INFORMATION FROM PLAINSITE.ORG AND THE SEARCH**</u>

22  <u>**ENGINES AND AN INJUNCTION TO PERMANENTLY CLOSE PLAINSITE.ORG**</u>

23

24

25

26

27

28

      MOTION FOR AN INJUNCTION FOR REMOVAL OF MY PERSONAL INFORMATION FROM
    PLAINSITE.ORG AND THE SEARCH ENGINES THAT WAS UPLOADED BY RESPONDENT AND FOR THE
                    PERMANENT CLOSING OF PLAINSITE.ORG
                                  1

1  Diego Mas Marques
   PO Box 560042
2  Medford, MA 02156
   56546@protonmail.com
3

FILED

2019 JUN 27  A II: 33

CLERK OF THE COURT
SUPERIOR COURT OF CA
COUNTY OF SANTA CLARA
BY_____ DEPUTY

M. Sorum

4              Superior Court of the State of California

5                      County of Santa Clara

6

7  **Diego Mas Marques**                    )   **Case No. 18CH008067**
                                            )   **Honorable Judge Carol Overton**
8         Petitioner                        )
                                            )
9         vs.                               )
                                            )
10                                          )
   **Aaron Jacob Greenspan a/k/a Aaron**    )
11                                          )
   **Greenspan a/k/a Aaron J Greenspan**    )
12                                          )
                                            )   _____
13                                          )
                                            )   **DATE: June 19, 2019**
14        Respondent                        )   **DEPT: DEPT 11**
                                            )
15                                          )
                                            )
16                                          )
                                            )
17                                          )
                                            )
18                                          )
                                            )
19

20              <u>**DECLARATION OF DIEGO MAS MARQUES**</u>

21
   The following is a summary of the reasons why Aaron Jacob Greenspan should not be allowed a
22
   Restraining Order and why I should be allowed a Permanent Restraining Order, as a result of his
23
   continuous harassment, stalking, shaming, defaming, cyber bullying, emotional abuse and
24
   hacking that has been ongoing now since March of 2017.
25
       In March of 2017 Respondent Aaron Jacob Greenspan used his website plainsite.org that he
26
   started in 2011 to start uploading various legal documents on the search engines regarding
27

28

                      DECLARATION OF DIEGO MAS MARQUES
                                      1

1  Diego Mas Marques
   PO Box 560042
2  Medford, MA 02156
   56546@protonmail.com
3



SEP -9 2019

4              Superior Court of the State of California Clerk of the Court
                                              Superior Court of CA County of Santa Clara
5                     County of Santa Clara   BY_____DEPUTY
                                                          M. SORUM
6

7  **Diego Mas Marques**              )   **Case No. 18CH008067**
                                      )
8         Plaintiff                   )
                                      )   **NOTICE OF MOTION AND MOTION**
9         vs.                         )   **FOR RECONSIDERATION OF ORDER**
                                      )   **FROM AUGUST 30, 2019.**
10 **Aaron Jacob Greenspan a/k/a Aaron** )  **C.C.P. §1008**
                                      )   **C.C.P. §473**
11 **Greenspan a/k/a Aaron J Greenspan** )  **MEMORANDUM OF POINTS AND**
                                      )   **AUTHORITIES AND EXHIBITS.**
12        Defendant                   )
                                      )
13                                    )
                                      )
14                                    )   _____
                                      )
15                                    )
                                      )   **DATE:** 10-7-19 @ 1:30 pm
16                                    )   **DEPT: DEPT 11**
                                      )   **Judge: Carol Overton**
17                                    )
                                      )
18                                    )

19 _____

20

21 PLEASE TAKE NOTICE: that as soon as this matter can be heard, Department 11 of the above-

22 entitled court located at 191 North First Street, San Jose, 95113 will and does move this Court

23 pursuant to Code of Civil Procedure §1008, §473 for reconsideration of the order dated August

24
25 30, 2019.

26 THE ORDER SHOULD BE MODIFIED, AMENDED, REVOKED and SET ASIDE on the

27 following grounds:

28

NOTICE OF MOTION AND MOTION FOR RECONSIDERATION

1

Diego Mas Marques
PO Box 560042
Medford, MA 02156
56546@protonmail.com



FILED

OCT - 1 2019

DAVID H. YAMASAKI
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara
BY_____ DEPUTY

K. Nguyen

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SANTA CLARA**

| | |
|---|---|
| **Diego Mas Marques** | **Case No. 18CH008067** |
| Petitioner | **JUDGE CAROL OVERTON** |
| vs. | ~~NOTICE OF MOTION AND~~ **MEMORANDUM IN OPPOSITION TO AARON JACOB GREENSPAN'S MOTION FOR SANCTIONS AND REASONABLE EXPENSES INCLUDING ATTORNEYS FEES** |
| **Aaron Jacob Greenspan a/k/a Aaron Greenspan a/k/a Aaron J Greenspan** | |
| Respondent | _____ October 7, 2019 @ 1:30pm |
| | DATE: ~~SEPTEMBER 27, 2019~~ |
| | **DEPT: DEPT 11** |

Diego Mas Marques hereby opposes in its entirety Aaron Jacob Greenspan's vexatious

Motion for sanctions and reasonable Attorney's fees.

**I. Introduction**

The vexatious Motion for sanctions and reasonable expenses and Attorney's fees is a clear

display of Mr. Greenspan's harassing behaviors that he has put on full display, before this court

from the beginning of this case. Respondent has blatantly shown contempt for the Restraining

Order against him that issued on July 3, 2018, by Judge Deborah Ryan after harassing, cyber

stalking online shaming and doxxing of Petitioner since March of 2017 and has shown a

complete disrespect for the courts and law enforcement, as he believes that he is above the law.

**<u>EXHIBIT B</u>**

First Pages of 2020 Court Documents Disclosing "56546@protonmail.com" as
Diego MasMarques, Jr.'s E-Mail Address

APP-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NO.: | FOR COURT USE ONLY |
|---|---|---|

NAME: Mas Marques

FIRM NAME: Diego

STREET ADDRESS: P.O. Box 560042

CITY: Medford     STATE: MA     ZIP CODE: 02156

TELEPHONE NO.:     FAX NO.:

E-MAIL ADDRESS: 56546@protonmail.com

ATTORNEY FOR (name):

**FILED**

FEB 04 2020

Clerk of the Court
Superior Court of CA County of Santa Clara
BY_____ DEPUTY
R. ARAGON

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

STREET ADDRESS: 191 North First Street

MAILING ADDRESS: 191 North First Street

CITY AND ZIP CODE: San Jose, CA 95113

BRANCH NAME: Santa Clara Superior Court

PLAINTIFF/PETITIONER: Diego Mas Marques

DEFENDANT/RESPONDENT: Aaron Jacob Greenspan

| [x] **NOTICE OF APPEAL**     [ ] **CROSS-APPEAL** (UNLIMITED CIVIL CASE) | CASE NUMBER: 18CH008067 |
|---|---|

---

**Notice: Please read *Information on Appeal Procedures for Unlimited Civil Cases* (Judicial Council form APP-001) before completing this form. This form must be filed in the superior court, not in the Court of Appeal. A copy of this form must also be served on the other party or parties to this appeal. You may use an applicable Judicial Council form (such as APP-009 or APP-009E) for the proof of service. When this document has been completed and a copy served, the original may then be filed with the court with proof of service.**

---

1.  NOTICE IS HEREBY GIVEN that (name):

    appeals from the following judgment or order in this case, which was entered on *(date)*:

    [ ] Judgment after jury trial

    [ ] Judgment after court trial

    [ ] Default judgment

    [ ] Judgment after an order granting a summary judgment motion

    [ ] Judgment of dismissal under Code of Civil Procedure, §§ 581d, 583.250, 583.360, or 583.430

    [ ] Judgment of dismissal after an order sustaining a demurrer

    [ ] An order after judgment under Code of Civil Procedure, § 904.1(a)(2)

    [ ] An order or judgment under Code of Civil Procedure, § 904.1(a)(3)–(13)

    [x] Other *(describe and specify code section that authorizes this appeal):*
       Biased Judgments: 1. After default judgment on June 19, 2018. 2. After court trial on August 30, 2019.
       After Motion for Reconsideration on January 28, 2020. CCP: TITLE 13. APPEALS IN CIVIL ACTIONS [901 - 936.1]

2.  For cross-appeals only:

    a.  Date notice of appeal was filed in original appeal:

    b.  Date superior court clerk mailed notice of original appeal:

    c.  Court of Appeal case number *(if known)*:

Date: February 3, 2020

Diego Mas Marques

(TYPE OR PRINT NAME)

▶ _____

(SIGNATURE OF PARTY OR ATTORNEY)

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
APP-002 [Rev. January 1, 2017]

**NOTICE OF APPEAL/CROSS-APPEAL (UNLIMITED CIVIL CASE)
(Appellate)**

Cal. Rules of Court, rule 8.100
www.courts.ca.gov

APP-003

| | | |
|---|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** | **STATE BAR NUMBER:** | **FOR COURT USE ONLY** |

NAME:  Mas Marques

FIRM NAME:  Diego

STREET ADDRESS:  P.O. Box 560042

CITY:  Medford     STATE:  MA     ZIP CODE:  02156

TELEPHONE NO.:     FAX NO.:

E-MAIL ADDRESS:  56546@protonmail.com

ATTORNEY FOR (name):

**FOR COURT USE ONLY**

**FILED**

FEB 1 9 2020

Clerk of the Court
Superior Court of CA County of Santa Clara
BY_____ DEPUTY

E. Pierce

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  Santa Clara

STREET ADDRESS:  191 North First Street

MAILING ADDRESS:  191 North First Street

CITY AND ZIP CODE:  San Joes, CA 95113

BRANCH NAME:  Civil Courthouse

PLAINTIFF/PETITIONER:     Diego Mas Marques

DEFENDANT/RESPONDENT:     Aaron Jacob Greenspan

OTHER PARENT/PARTY:

| | |
|---|---|
| **APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL**<br>**(UNLIMITED CIVIL CASE)** | **SUPERIOR COURT CASE NUMBER:**<br>18CH008067 |
| RE: Appeal filed on *(date):*    February 4, 2020 | **COURT OF APPEAL CASE NUMBER** *(if known):* |

**Notice: Please read *Information on Appeal Procedures for Unlimited Civil Cases* (form APP-001-INFO) before completing this form. This form must be filed in the superior court, not in the Court of Appeal.**

1. **RECORD OF THE DOCUMENTS FILED IN THE SUPERIOR COURT**

   I choose to use the following method of providing the Court of Appeal with a record of the documents filed in the superior court *(check a, b, c, or d, and fill in any required information):*

   a. [x]  A clerk's transcript under rule 8.122. *(You must check (1) or (2) and fill out the clerk's transcript section (item 4) on pages 2 and 3 of this form.)*

      (1) [x]  I will pay the superior court clerk for this transcript myself when I receive the clerk's estimate of the costs of this transcript. I understand that if I do not pay for this transcript, it will not be prepared and provided to the Court of Appeal.

      (2) [ ]  I request that the clerk's transcript be provided to me at no cost because I cannot afford to pay this cost. I have submitted the following document with this notice designating the record *(check (a) or (b)):*

         (a) [ ]  An order granting a waiver of court fees and costs under rules 3.50–3.58; or

         (b) [ ]  An application for a waiver of court fees and costs under rules 3.50–3.58. *(Use Request to Waive Court Fees (form FW-001) to prepare and file this application.)*

   b. [ ]  An appendix under rule 8.124.

   c. [ ]  The original superior court file under rule 8.128. (NOTE: *Local rules in the Court of Appeal, First, Third, and Fourth Appellate Districts, permit parties to stipulate (agree) to use the original superior court file instead of a clerk's transcript; you may select this option if your appeal is in one of these districts and all the parties have stipulated to use the original superior court file instead of a clerk's transcript in this case. Attach a copy of this stipulation.)*

   d. [ ]  An agreed statement under rule 8.134. *(You must complete item 2b(2) below and attach to your agreed statement copies of all the documents that are required to be included in the clerk's transcript. These documents are listed in rule 8.134(a).)*

2. **RECORD OF ORAL PROCEEDINGS IN THE SUPERIOR COURT**

   I choose to proceed *(you must check a or b below):*

   a. [ ]  WITHOUT a record of the oral proceedings (what was said at the hearing or trial) in the superior court. I understand that without a record of the oral proceedings in the superior court, the Court of Appeal will not be able to consider what was said during those proceedings in deciding whether an error was made in the superior court proceedings.

Form Approved for Optional Use
Judicial Council of California
APP-003 [Rev. January 1, 2019]

**APPELLANT'S NOTICE DESIGNATING RECORD ON APPEAL**
**(Unlimited Civil Case)**

Cal. Rules of Court, rules 3.50,
8.121–8.124, 8.128, 8.130, 8.134, 8.137
www.courts.ca.gov

**<u>EXHIBIT C</u>**
E-Mail to Attorney Ashley Andrade Dated May 7, 2025

**From:** **Aaron Greenspan** aaron.greenspan@plainsite.org
**Subject:** Re: Greenspan v. MasMarques
**Date:** May 7, 2025 at 10:58 PM
**To:** Ashley Andrade ashley@andrade-legal.com

Ashley,

Below is what I sent to Simon Mann. I of course do not know what went on between Mr. MasMarques and his prior attorneys, but I can hazard a guess: since he is a fabulist, he kept insisting that they file false statements before the court, and they didn't want to lose their law licenses. Not only am I sensitive to that kind of thing, but Mr. MasMarques lying about me for the better part of a decade in public, thousands of times, is the reason why there is an ongoing case at all. Since he's incoherent, many of his lies are provably false (and easily so), which he doesn't appear to understand. For example, claiming that I shouted inappropriately in court in California through some sort of "loudspeaker" (see Mann's response to Request for Production of Documents No. 1) when A) there was no "loudspeaker" and B) the court transcript says otherwise, just isn't going to work out well for him. And it's a non-compliant non-response that I will not accept. As another example, his PI, John X. Haro, also lied under oath, and that's easily provable, too. So the perjury issue will be a problem for you going forward I think.

Furthermore, Mr. MasMarques has filed select e-mail messages in court before about me and/or PlainSite between himself and a third party, so it's simply not believable that responsive e-mails don't exist. Nor could any privilege possibly apply. I also know for a fact that he's had something like a dozen Twitter (now X) accounts that he's used to post lies about me. His most recent is @x13757. If he denies that it's him, he's lying to you. There are e-mails from Twitter/X to him for each of those accounts. There are e-mails to him for each Direct Message he received on Twitter. I am nearly certain he's communicated repeatedly with Omar Qazi (he can explain). His e-mail addresses are registered with ComplaintsBoard, so there are e-mails from ComplaintsBoard reflecting those registrations. There are also other gripe sites he registered for under hundreds of different aliases. The documents exist, if you don't turn them over by tomorrow I will demand every one of his hard drives since 2016, and I will not hesitate to file a motion to compel immediately upon non-compliance. It will be much easier for everyone if you just turn it all over.

Regards,

Aaron

PlainSite | https://www.plainsite.org

> On May 7, 2025, at 10:40 PM, Ashley Andrade <ashley@andrade-legal.com> wrote:
>
> You can call me Ashley—and thank you for the sentiment. Looks like 17 is the number to beat.
>
> Regarding the responses, could you please clarify which specific requests you believe are non-compliant? Most of the documents my client possesses relating to you and/or PlainSite consist of publicly available materials, including online posts, corporate records, court filings, and so forth. That said, I'll follow up with him to reconfirm whether any additional non-privileged, private documents or written communications exist, and I'll supplement the responses as needed to provide further clarification.
>
> On Wed, May 7, 2025 at 7:30 PM Aaron Greenspan <aaron.greenspan@plainsite.org> wrote:
>> Ms. Andrade,
>>
>> While I appreciate that you are new to this case, a review of the record will reveal that you are Mr. MasMarques's fourth attorney of record. The first attorney lasted eight days. The second lasted four days. The third lasted seventeen days. I will be impressed if you last seven. Since Mr. MasMarques's revolving door of attorneys has added years of delay to the case, I cannot assent to any extensions of time.
>>
>> Mr. MasMarques's purported responses to the First Set of Requests for Production of Documents and Things—which were initially served on him in early February—were non-compliant with the Federal Rules of Civil Procedure, generally non-responsive, and did not include any actual documents that I had requested. He has a little more than 24 hours to comply.
>>
>> If I were you, I would withdraw now.
>>
>> Regards,
>>
>> Aaron
>>
>> PlainSite | https://www.plainsite.org
>>
>>> On May 7, 2025, at 4:24 PM, Ashley Andrade <ashley@andrade-legal.com> wrote:
>>>
>>> Mr. Greenspan,
>>>
>>> I hope this email finds you well.  I recently filed a notice of appearance and now represent Diego MasMarques in this matter. Please find attached Defendant's Initial Disclosures.
>>>
>>> It is my understanding that Mr. MasMarques' prior counsel previously served you with Defendant's responses to your First Set of Requests for Production of Documents. If that is not the case, please let me know and I will address it promptly.

of Requests for Production of Documents. If that is not the case, please let me know and I will address it promptly.

I am also aware that the amended answer is currently due tomorrow pursuant to the Court's order dated April 29, 2025. As I'm still in the process of reviewing the record and getting up to speed, would you be willing to assent to a one-week extension? I'd appreciate the courtesy.

Best,
Ashley

--
Ashley Andrade, Esq.
ANDRADE LEGAL
867 Boylston Street, 5th Floor, #1119
Boston, MA 02116
p. 617.206.1822
<Initial Disclosures.pdf>