## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

AARON JACOB GREENSPAN,                )
                                  )
Plaintiff,                            )
                                  )
v.                                    )          Case No.: 1:23-cv-10134-DJC
                                  )
DIEGO MAS MARQUES, JR. et al.         )          Honorable Denise J. Casper
                                  )
                                  )
Defendants,                           )
                                  )

_____

## MOTION TO DISCHARGE COUNSEL AND FOR ORDER ALLOWING WITHDRAWAL

Now comes Diego Mas Marques, Jr. and respectfully moves this court for an order discharging

Attorney Ashley Andrade as counsel of record and permitting her withdrawal from this matter.

In support thereof, Diego Mas Marques, Jr. states as follows:

1. The attorney-client relationship has irretrievably broken down.

2. On January 28, 2026, Diego Mas Marques, Jr. terminated Attorney Ashley Andrade as

   counsel, effective immediately.

3. Despite termination, counsel has refused to withdraw voluntarily.

4. Continued representation is unauthorized and contrary to the client's express wishes.

1

MOTION TO DISCHARGE COUNSEL AND FOR ORDER ALLOWING WITHDRAWAL

2

WHEREFORE, Diego Mas Marques, Jr., respectfully requests that the Court enter an order

discharging Attorney Ashley Andrade as counsel of record effective immediately and directing

her to cease further action in this case.

Dated: February 2, 2026                                        Respectfully submitted,

                                                               /s/ Diego Mas Marques, Jr
                                        ,                      P.O. Box 301
                                                               Marlborough, MA 01752
                                                               dmas5@protonmail.com

MOTION TO DISCHARGE COUNSEL AND FOR ORDER ALLOWING WITHDRAWAL