UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AARON GREENSPAN,<br><br>    Plaintiff,<br><br>v.<br><br>DIEGO MASMARQUES JR., et. al.<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

## RESPONSE TO MOTION TO DISCHARGE COUNSEL

NOW COMES Attorney Ashley A. Andrade ("Counsel"), and respectfully responds to Defendant Diego MasMarques, Jr.'s ("Defendant") Motion to Discharge Counsel as follows:

1. Consistent with Counsel's ethical obligations and the requirement that withdrawal be approved by the Court, Counsel proceeded cautiously to ensure an orderly withdrawal without prejudice to Defendant.

2. Counsel made reasonable efforts to communicate with Defendant by email and telephone regarding the transition of the representation, including withdrawal and related logistical matters. Defendant did not respond to those communications.

3. During this period, Counsel has taken no substantive action on Defendant's behalf other than actions necessary to preserve the *status quo* and to comply with her professional obligations pending Court approval of withdrawal.

4. Counsel respectfully requests leave of Court to withdraw as counsel of record in a manner consistent with applicable rules and without prejudice to Defendant.

5. No dispositive briefing remains pending, and withdrawal at this stage will not disrupt the orderly resolution of the case.

1

6. Counsel expressly preserves all rights under Massachusetts law, including, without limitation, her rights under Mass. Gen. Laws ch. 221, § 50, to assert an attorney's lien against any settlement or award of attorneys' fees that Defendant may obtain in this action.

WHEREFORE, Counsel respectfully requests that the Court permit her withdrawal as counsel of record, as appropriate under the applicable rules and without prejudice to Defendant.

Respectfully submitted,

/s/ Ashley A. Andrade
_____

Ashley A. Andrade, Esq.
ANDRADE LEGAL, LLC
867 Boylston Street, 5th Floor #1119
Boston, MA 02116
BBO# 697189
Phone: 617.206.1822
Email: ashley@andrade-legal.com

Dated: February 2, 2026

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was filed electronically on February 2, 2026, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

/s/ Ashley A. Andrade
_____

Ashley A. Andrade
BBO # 697189

2