UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIEGO MASMARQUES, JR.,
Defendant,

v.

AARON JACOB GREENSPAN,
Plaintiff.

1:23-cv-10134-DJC

## DEFENDANT DIEGO MASMARQUES, JR.'S REPLY IN OPPOSITION TO PLAINTIFF'S OPPOSITION (ECF NO. 299)

### WITH EXHIBIT A AND DECLARATION

## Note Regarding Counsel

Defendant Diego MasMarques, Jr., is currently proceeding pro se. Although Attorney Ashley Andrade has not yet been formally withdrawn as counsel of record, Defendant has terminated her representation and is filing this Reply in Opposition on his own behalf.

## I. INTRODUCTION

Defendant Diego MasMarques, Jr., pro se, respectfully submits this Reply in Opposition to Plaintiff Aaron Jacob Greenspan's Opposition (ECF No. 299), together with **Exhibit A**

1

documenting Plaintiff's false statements versus the record, and the **Declaration of Diego MasMarques, Jr.**, summarizing prior harassment and TRO/RO proceedings.

Plaintiff's Opposition contains numerous false statements, misrepresentations of law, and attempts to re-litigate matters already resolved by this Court and other courts. Plaintiff mischaracterizes Defendant's filings (ECF Nos. 296 and 298) as "unauthorized" or "frivolous," and requests sanctions that are wholly without merit.

## II. DEFENDANT'S FILINGS ARE AUTHORIZED AND MERITORIOUS

### 1. ECF No. 296 – Motion to Enforce Orders and Protective Relief

- Defendant seeks enforcement of Court orders and protection of personal and confidential information.

- Plaintiff's characterization of the motion as "frivolous" is baseless; motions cite FRCP 26(c) and Court orders (ECF 78, 119).

### 2. ECF No. 298 – Motion to Strike Plaintiff's Filings

- While Rule 12(f) technically applies to pleadings, courts retain inherent authority to strike filings that are harassing, duplicative, or violate court orders.

- Defendant's motion is fully justified by Plaintiff's repeated re-litigation of issues.

## III. PLAINTIFF MISREPRESENTS FACTS AND LAW

Plaintiff falsely asserts that:

- *Defendant's filings are unauthorized or frivolous;*

2

- Defendant misrepresented scheduling orders and public records;
- Plaintiff is not a vexatious litigant;
- Defendant is judicially estopped;
- Defendant used AI to draft filings; and
- Plaintiff is entitled to sanctions.

These assertions are demonstrably false, as detailed in **Exhibit A** below.

## IV. JUDICIAL ESTOPPEL AND SANCTIONS

- Defendant is pro se and not bound by prior counsel's positions.
- Judicial estoppel requires "clearly inconsistent positions" to gain unfair advantage (*New Hampshire v. Maine*, 532 U.S. 742, 749–51), which does not apply here.
- Plaintiff's request for "exponential sanctions" is meritless. Sanctions require objectively frivolous filings or bad faith (*In re Pina*, 967 F.3d 74, 80 (1st Cir. 2020)).

## V. PATTERN OF HARASSMENT

Plaintiff has repeatedly:

- Filed duplicative or "errata" motions;
- Misrepresented facts under oath;
- Threatened sanctions to intimidate Defendant;
- Attempted to control the narrative and waste judicial resources.

This pattern supports Defendant's motions for enforcement and protective relief.

3

## VI. EXHIBIT A – PLAINTIFF'S FALSE STATEMENTS VS. THE RECORD

I, Diego MasMarques, Jr., declare under penalty of perjury:

| # | Plaintiff's Claim / False Statement | Accurate Record / Correction | Supporting Evidence (ECF / Law) |
|---|---|---|---|
| | Defendant's filings (ECF 296, 298) are "unauthorized" and "frivolous." | Defendant is fully authorized to file motions enforcing Court orders and seeking protective relief. | FRCP 26(c); ECF 78, 119 |
| | Defendant violated Local Rule 7.1(a)(2) and filing length rules. | Minor deviations do not prejudice Plaintiff; motions filed in good faith. | D. Mass. Civ. L.R. 7.1(a)(2) |
| | Defendant made "false statements" about Scheduling Order and Plaintiff's motion rights. | Scheduling Order explicitly permits motions to modify deadlines; Defendant's filings cite this accurately. | ECF 78 |
| | Defendant's motions constitute "doxxing" of Plaintiff. | Public records are legally available and protected under First Amendment and litigation privilege. | ECF 3; Mass. Gen. Laws Ch. 66, §10; FRCP |
| | Plaintiff is not a vexatious litigant. | Plaintiff repeatedly filed duplicative and harassing filings; prior courts recognized vexatious patterns. | Superior Court of CA, Santa Clara; ECF 150, 244 |
| | Defendant is judicially estopped from filing motions. | Defendant is pro se; estoppel requires "clearly inconsistent positions," which does not apply. | *New Hampshire v. Maine*, 532 U.S. 742, 749–51 |
| | Defendant used AI to generate filings. | Filing origin is irrelevant; filings are legally sufficient. | FRCP; *In re Pina*, 967 F.3d 74 |
| | Plaintiff is entitled to "exponential sanctions." | Sanctions require objectively frivolous filings; Defendant's motions are grounded in law. | FRCP 11; *In re Pina*, 967 F.3d 74 |

## VII. DECLARATION OF DIEGO MASMARQUES, JR.

1. During the months between January and March of 2018, I contacted the Santa Clara Superior Court on multiple occasions, in order to see what I needed to get a Restraining Order against Aaron Jacob Greenspan, but their voicemail kept stating that "because of financial restraints…" and I was unable to get hold of anyone by phone to see what I needed to do to file a

4

DEFENDANT DIEGO MASMARQUES, JR.'S REPLY IN OPPOSITION TO PLAINTIFF'S OPPOSITION (ECF NO. 299)

Restraining Order against Aaron Jacob Greenspan, as his online doxxing and harassment increased every month.

2.  On March 28, 2018, I called Aaron Jacob Greenspan regarding his incessant online doxxing and harassment via his website plainsite.org and warned him I would seek a restraining order if he did not stop. Aaron Jacob Greenspan hanged the phone up.

3.  Mr. Greenspan appeared have gone "Judge Shopping" and he went before Judge Caron Overton Weinstein, where Mr. Greenspan lied under oath, received a TRO. Then Mr. Greenspan obtained by default a five-year restraining order against me on June 19, 2018 in Santa Clara Superior Court (Judge Carol Weinstein Overton) by default, which I challenged.

4.  I obtained a TRO from Judge Deborah Ryan on July 3, 2018 in Santa Clara Superior Court. Mr. Greenspan attempted to avoid service by temporarily residing at his parents house in Shaker Heights, Ohio. After spending several thousand Dollars attempting to serve Mr. Greenspan the TRO, with the Santa Clara Sheriff's Department and a Private Investigators, who then found out, that Mr. Greenspan was in Shaker Heights, Ohio, I contacted the Shaker Heights, Ohio Police Department. The Lieutenant asked me who the person is that I want to serve the TRO documents on and I stated, Aaron Jacob Greenspan. Immediately the Lieutenant knew who he was and that his family had to pay out $6,500 in a fine to the Town of Shaker Heights, because their neighbors had called the Shaker Heights, Ohio Police on them so many times, that they were wasting taxpayer money.

The Shaker Heights, Ohio Police Lieutenant sent an Officer to the house of Aaron Jacob Greenspan and the father Neil Sanford Greenspan answered the door and lied to the police, *stating that Aaron Jacob Greenspan does not live there. This was a lie, because at the first hearing at the Santa Clara Superior Court, before Judge Overton, Aaron Jacob Greenspan admitted, that he was living there with his parents during that time.*

5.   The last day that I was able to serve Aaron Jacob Greenspan my TRO was before Judge Deborah Ryan at the Santa Clara Superior Court. About half an hour before the hearing, as I attended via CourtCall, Aaron Jacob Greenspan using a fake email address kept emailing me, then 15 minutes, before that hearing he stopped. I then contacted CourtCall and attended the hearing. The Clerk asked me not to say anything, as Aaron Jacob Greenspan was in the courtroom.

Mr. Greenspan was raising his voice at Judge Deborah Ryan and not asking for anything, but trying to tell Judge Ryan what to do and he was telling Judge Ryan to dismiss my TRO. Judge Ryan told Mr. Greenspan, that if he did not stop with his outbursts in her courtroom, that she was going to hold him in contempt of court.

Then Judge Ryan asked the Clerk to call me and I stated present. The courtroom became real quiet for a few seconds, then Aaron Jacob Greenspan burst out again with a loud and angry tone of voice, again not asking Judge Ryan but he was trying to tell Judge Ryan what to do and he wanted my TRO dismissed.

Judge Ryan again for the second time and this time in a more serious tone, told Mr. Greenspan that she was not going to accept anymore of his outbursts in her courtroom and was *thinking about holding him in contempt of court. Then Mr. Greenspan quieted down. Then Judge Ryan told Mr. Greenspan that since he was present in her courtroom, that he wouldn't mind being served my TRO. Mr. Greenspan had no other choice but to accept it.*

Judge Ryan then asked me what date that I would like for a Show Cause Hearing, either November 13, 2018, or December 12, 2018. I should have taken November 13, 2018, but I decided to take the December 12, 2018 date and then this gave Aaron Jacob Greenspan time to frame me with false charges at the Marlborough, MA Court.

Then Judge Ryan asked the Santa Clara Sheriff to accompany Mr. Greenspan to the Clerk's Office and to make sure that he is served with my TRO.

That same day Mr. Greenspan went on his Twitter accounts @aarongreenspan and @plainsite stating that what occurred is unconstitutional, then he uploaded my home address, my wife's name and place of business where she worked, and Mr. Greenspan never stopped violating my *restraining order, as he shows no respect for Courts, or the Rule of Law.*

**6.**   Aaron Jacob Greenspan needed to serve me his restraining order, in order to frame me with some fabricated criminal charges, before the December 12, 2018 Santa Clara Superior Court date, before Judge Overton.

So, Aaron Jacob Greenspan and his father Neils Sanford Greenspan started calling and sending documents to the Marlborough, MA Court, Police and Mayor's Office, according to my

7

DEFENDANT DIEGO MASMARQUES, JR.'S REPLY IN OPPOSITION TO PLAINTIFF'S
OPPOSITION (ECF NO. 299)

Attorney 5 to 10 times a days, where they both were putting on the pressure to have me charged with two fabricated criminal charges. Aaron Jacob Grenspan and his father Neils Sanford Greenspan even contacted my leasing office and sent documents to them as well.

The father Neil Sanford Greenspan sent an email to the Marlborough, MA Police stating all of his degrees, that he is a researcher, and that he is a Professor at Case Western Reserve University in Ohio, as if he was stating, that he is more credible and special than anyone else, because of his degrees, when in fact Neil Sanford Greenspan defends his son Aaron Jacob Greenspan no matter what lies and tales need to be told to get their way. It is unbelievable that nobody at Case Western Reserve University has not taken notice of this, as one would think that a University Professor should be of high ethical and moral standards.

7.  On November 28, 2018, I had to go with my wife and Attorney to a Clerk's Hearing at the Marlborough, MA Court. I was being falsely accused of two criminal harassment charges. We had to listen to Aaron Jacob Greenspan keep repeating that he is Jewish and he kept going on and on with lies. There were pictures on the internet and they were fabricated and posted online by none other than Aaron Jacob Greenspan on grip sites, in order to frame me, before the December 12, 2018 hearing at the Santa Clara Superior Court.

After Aaron Jacob Greenspan kept lying under oath for an hour, the Clerk Darryl Whitney then told me that I can defend myself and ask the questions through my counsel. My first question was if Mr. Greenspan was a hacker. I had all the evidence to show that among other

8

DEFENDANT DIEGO MASMARQUES, JR.'S REPLY IN OPPOSITION TO PLAINTIFF'S
OPPOSITION (ECF NO. 299)

things, he had hacked in to the MBTA at South Station in 2005, over their WiFi, was caught by the Boston FBI, but for some reason no criminal charges. Then Mr. Greenspan hacked in to an *online payment company called PayMaxx, again he was caught, by the Boston FBI, but for some* strange reason no criminal charges. The above articles are in the Boston Business Journal.

Then Mr. Greenspan around 2006, moved to Dallas, Texas, where from there he hacked in to the GSA online bidding website in New York City and as he always does, enjoys gaining access *to people's personal identifying information.*

The Dallas, Texas FBI paid Mr. Greenspan a visit and he had to go to hearings before the GSA in Boston and he hired an IT Attorney from Arlington, VA. After all that again for some strange reason no criminal charges. Then Mr. Greenspan wanted his Attorneys fees back from the GSA and that of course was denied.

Well, Clerk Whitney's face turned red and he abruptly stated, that he was finding probable cause, without ever allowing me to defend myself against these two false criminal charges, that Aaron Jacob Greenspan and his father Neil Sanford Greenspan kept pushing on the *Marlborough, MA Court.*

Then, Mr. Greenspan asked repeatedly on the speaker phone if I was going to show up at the hearing on December 12, 2018 and I did not answer him.

Mr. Greenspan then asked Clerk Elizabeth Sacco to immediately fax him the entire 27 page record of the charges and police report, that had my DOB, Social Security Number and other

9

DEFENDANT DIEGO MASMARQUES, JR.'S REPLY IN OPPOSITION TO PLAINTIFF'S
OPPOSITION (ECF NO. 299)

personal identifying information on there and none of it was was redacted and Mr. Greenspan uploaded all 27 pages that were not redacted. on to the Santa Clara Superior Court docket.

8. On two occasions, I filed a 5150 Motion to have Aaron Jacob Greenspan placed in a 72 hour involuntarily hold in a psychiatric institution for an evaluation for the safety of himself and the public. The process prioritizes treatment and not punishment. When the two legal document companies went to deliver my 5150 Motion at the Santa Clara Superior Court, the same Clerk denied to accept it. So, I called her and she told me that she was being harassed by Aaron Jacob Greenspan and felt threatened by him. I asked where she was from and she told me, that she was originally from Poland and that she was afraid of Aaron Jacob Greenspan, as he also came in to the Clerk's Office and apparently was trying to access the computer behind the Clerk's desk, without authorization.

I did mention to Judge Overton on December 12, 2018, that twice I made an attempt to file my 5150 Motion against Mr. Greenspan and that the Clerk denied having it go on the docket.

9. Before showing up at the December 12, 2018 court hearing at the Santa Clara Superior Court, I made every attempt to hire an Attorney. Every single Attorney would ask me who the person is and when I stated his name Aaron Jacob Greenspan every Attorney was not interested, as they were worried about their online reputation, as Mr. Greenspan has a bad habit of writing false reviews and creating gripe sites.

DEFENDANT DIEGO MASMARQUES, JR.'S REPLY IN OPPOSITION TO PLAINTIFF'S OPPOSITION (ECF NO. 299)

One Attorney from San Jose, who told me that he was a former DA and 65 years old asked me to call him back the next day, after he did some research on Aaron Jacob Greenspan. When I called the Attorney the next day, he told me that he did not want to get involved with Aaron Jacob Greenspan, that he is a vexatious litigant.

10. On December 12, 2018 at the Santa Clara Superior Court hearing, before Judge Overton, I was asked by Judge Overton if Mr. Greenspan framed me and I stated "Yes". Mr. Greenspan had a an array of fabricated pictures that he presented to Judge Overton and some were anti-semitic and other had gay porn in them. I explained to Judge Overton that I did not do any of that. All the while Mr. Greenspan knew that I did not do any of that and he did frame me.

The 5 year restraining order that Aaron Jacob Greenspan received on June 19, 2018 was dismissed and that left Mr. Greenspan and myself with TRO's. I had asked Judge Overton on December 12, 2018 for a lifetime restraining order, as this was advice, that one Attorney gave me in California.

11. There were two more subsequent hearings in February and May of 2019, before Judge Overton. At the third and last hearing in May of 2019, Judge Overton stated, that she was thinking of dismissed both of the TRO's, but because of the charges at the Marlborough, MA Court still open, she was taking the case under advisement. Again, I asked Judge Overton for a lifetime restraining order against Aaron Jacob Greenspan and stated many times, that he is not the victim but the perpetrator.

11

DEFENDANT DIEGO MASMARQUES, JR.'S REPLY IN OPPOSITION TO PLAINTIFF'S
OPPOSITION (ECF NO. 299)

12. On August 30, 2019, Judge Carol Overton Weinstein allowed Aaron Jacob Greenspan a two year restraining order, that was acquired, by lying under oath, fabricating criminal charges, harassment, while Judge Overton denied my restraining order and this was biased, as it made no sense.

13. The two false and fraudulent criminal charges that Aaron Jacob Greenspan and his father Neil Sanford Greenspan had the Marlborough, MA Court place on me on November 28, 2018, were both dismissed on November 24, 2020, then they were expunged on February 9, 2021.

14. During the deposition of Aaron Jacob Greenspan, before Attorney Ashley Andrade, Mr. Greenspan admitted, that he knew that I did not do any of the online pictures that he initially falsely accused me of that it was not his job to inform the Marlborough, MA Police, as he stated, that they should know what they are doing. So, one can see, that Mr. Greenspan did lie under oath and framed me before the Marlborough, MA Court and the Santa Clara Superior Court, in order to acquire a two year restraining order, by any means necessary even lying under oath before the courts.

Aaron Jacob Greenspan also had two websites taken down stdcarriers.com and blacklistreport.com taken down, before the December 12, 2018, as this would have harmed his credibility, as there were thousands of complaints against him on these websites and many of the complaints had stated, that he was mentally deranged and serial cyberstalker and serial harasser. Mr. Greenspan literally harassed and threatened the Attorneys for blacklistreport.com, where he made threats to many of the Attorneys and threatened them with BBO complaints and then even showed them how to hack in to their own server.

12

DEFENDANT DIEGO MASMARQUES, JR.'S REPLY IN OPPOSITION TO PLAINTIFF'S OPPOSITION (ECF NO. 299)

This can all be found in the following case that Aaron Jacob Greenspan filed, while living at his parents home in Shaker Heights, Ohio, starting in July of 2018.

**U.S. District Court**
**NORTHERN DISTRICT OF OHIO (Cleveland)**
**CIVIL DOCKET FOR CASE #: 1:18-mc-00071-CAB**

It should be noted, that in September of 2020, I went to the FBI in Chelsea, MA and then to the Secret Service in Boston, where I informed them of all the online doxxing, harassment and threats, that Aaron Jacob Greenspan had been committing towards myself and my immediate family, and where he threatened to kill President Trump on his Twitter accounts. Both the FBI in Chelsea, MA and the Secret Service have all this evidence against Aaron Jacob Greenspan.

That's why I was not surprised, when Mr. Greenspan was blaming me at the hearing before Judge Denise J. Casper on October 26, 2023, that he was being stopped by the TSA and pulled out of the line for questioning, when arriving at an airport in the United States from overseas.

Aaron Jacob Greenspan threatened to kill President Trump on his Twitter accounts, so what did he expect would happen. Mr. Greenspan should not be threatening anyone's life online, especially not the President of the United States.

I have been keeping the FBI and the Secret Service updated about the behaviors of Aaron Jacob Greenspan and that he created his website plainsite.org with his partner Eric Steven Teasley in 2011 and that his actions and behaviors towards the public are abnormal and he is a danger to society.

13

**DEFENDANT DIEGO MASMARQUES, JR.'S REPLY IN OPPOSITION TO PLAINTIFF'S
OPPOSITION (ECF NO. 299)**

On October 26, 2023, as I arrived at the First Circuit Federal Court for the hearing to dismiss this case, before Judge Denise J. Casper, I observed Aaron Jacob Greenspan at the security desk, as he was raising his voice at a few Federal Security Officers and not asking but demanding that all of his electronic equipment be allowed in to the courthouse. As Aaron Jacob Greenspan noticed me getting in line to go through the metal detector, he quickly came right up behind me and it was a good thing, that two Federal Security Officers came right up behind him and were closely watching him. Aaron Jacob Greenspan then got out of line and cut in front of me to get in to the courthouse before me. This proves beyond a doubt, that Aaron Jacob Greenspan is not afraid of me and that he is fabricating everything to pretend that he is the victim, when in fact he is the perpetrator.

A few minutes later, as I was waiting for the hearing to begin, before Judge Denise J. Casper, a Federal Security Officer approached me and asked me if I was waiting to go in to courtroom 11 and I stated, "Yes". Then the Federal Security Office explained to me what occurred at the Security Desk where Aaron Jacob Greenspan was getting aggressive and raising his voice, demanding that he be allowed to bring in all of his electronic equipment. The Federal Security Officers had asked Mr. Greenspan if he had received prior consent from the Clerk of Judge Denise J. Casper and Mr. Greenspan had not received any prior consent to bring in any of his electronic devices in to the courthouse and courtroom 11, but he didn't care, as he still demanded that he bring in all of his electronic equipment in to the courthouse and courtroom 11 and that was denied outright. So, Aaron Jacob Greenspan had to leave everything at the Federal Security Desk and he was quite upset with the Federal Security Staff.

14

DEFENDANT DIEGO MASMARQUES, JR.'S REPLY IN OPPOSITION TO PLAINTIFF'S
OPPOSITION (ECF NO. 299)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 16, 2026

/s/ Diego MasMarques, Jr., pro se

## VIII. CONCLUSION

Defendant respectfully requests that the Court:

1. *Deny Plaintiff's request to strike ECF Nos. 296 and 298;*
2. Deny Plaintiff's request for sanctions;
3. Recognize Plaintiff's repeated false representations and harassment; and
4. Consider the merits of Defendant's motions for enforcement of court orders and protective relief.
5. Refer Aaron Jacob Greenspan to the United States Attorney Leah B. Foley

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2026, I filed the foregoing with the Clerk of Court via CM/ECF and served all parties electronically.

**Dated:** February 16, 2026

/s/ Diego MasMarques, Jr., pro se

DEFENDANT DIEGO MASMARQUES, JR.'S REPLY IN OPPOSITION TO PLAINTIFF'S OPPOSITION (ECF NO. 299)