## UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

AARON JACOB GREENSPAN,

Plaintiff

v.

DIEGO MAS MARQUES, JR., et al

Defendants

Civil Action No. 1:23-cv-10134-DJC

## DEFENDANT DIEGO MAS MARQUES, JR.'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH ECF NO. 306

Defendant Diego MasMarques, Jr., proceeding pro se, respectfully moves this Court for an extension of time to comply with the Court's Electronic Order entered June 11, 2026 (ECF No. 306).

In support of this Motion, Defendant states as follows:

1. On June 11, 2026, the Court entered ECF No. 306 directing Defendant to respond to Plaintiff's Statement of Material Facts pursuant to Local Rule 56.1, including responding to each numbered paragraph with supporting record citations.

2. Defendant respectfully requests an extension of sixty (60) days to complete this required filing.

3. Defendant was previously represented by counsel Ashley Alexandra Batista Andrade during the summary judgment proceedings and has recently resumed responsibility for reviewing the docket, filings, and deadlines in this matter.

4. Since proceeding pro se, Defendant has been reviewing the docket and the extensive summary judgment record to determine the status of filings and prepare a complete response consistent with the Court's Order.

5. Defendant requires additional time because the response required by ECF No. 306 involves a detailed paragraph-by-paragraph response to Plaintiff's Statement of Material Facts and review of supporting evidence.

6. Defendant also discovered during his docket review that he did not receive Plaintiff's filing at ECF No. 305, filed April 15, 2026, despite the Certificate of Service contained in that filing.

7. Defendant is a registered CM/ECF participant and did not receive ECF No. 305 through CM/ECF, email, mail, or any other method known to Defendant.

8. Defendant respectfully submits that additional time will allow him to provide the Court with a complete and accurate response rather than an incomplete filing prepared without adequate opportunity for review.

9. This request is made in good faith and not for purposes of delay.

WHEREFORE, Defendant respectfully requests that this Court:

A. Extend the deadline established by ECF No. 306 by sixty (60) days, or such other period as the Court deems appropriate;

B. Permit Defendant sufficient time to prepare and file a compliant response to Plaintiff's Statement of Material Facts, Docket No. 269-1;

C. Take notice of Defendant's lack of receipt of ECF No. 305; and

D. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

Diego MasMarques, Jr., pro se

/s/ Diego Mas Marques, Jr
PO Box 301
Marlborough, MA 01752
Email: dmas5@protonmail.com

Date: June 18, 2026

## DECLARATION OF DIEGO MAS MARQUES, JR. IN SUPPORT OF MOTION FOR EXTENSION OF TIME

I, Diego MasMarques, Jr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am the Defendant in this action and have personal knowledge of the matters stated herein.

2. I was previously represented by Attorney Ashley Alexandra Batista Andrade during the summary judgment proceedings.

3. After terminating counsel Ashley Alexandra Batista Andrade and reviewing the docket myself, I discovered that I needed to address the requirements set forth in the Court's June 11, 2026 Order (ECF No. 306), including preparing a response to Plaintiff's Statement of Material Facts pursuant to Local Rule 56.1.

4. Prior to reviewing the docket myself, I understood that certain summary judgment-related filings and responses were being handled and filed, by prior counsel Ashley Alexandra Batista Andrade.

5. Upon reviewing the docket, I did not locate a filed response by prior counsel Ashley Alexandra Batista Andrade addressing Plaintiff's Statement of Material Facts, Docket No. 269-1, in the manner required by the Court's Order at ECF No. 306.

6. I am now required to prepare this response myself while reviewing the summary judgment record and supporting documents.

7. Plaintiff Aaron Jacob Greenspan filed ECF No. 305 on April 15, 2026.

8. Although ECF No. 305 contains a Certificate of Service stating that the filing was served through CM/ECF, I did not receive notice of ECF No. 305 through CM/ECF.

9. I did not receive ECF No. 305 by email.

10. I did not receive ECF No. 305 by mail.

11. I did not receive ECF No. 305 by any other method known to me.

12. I first became aware of ECF No. 305 only after personally reviewing the docket.

13. I submit this Declaration to explain the circumstances supporting my request for additional time and to assist the Court in understanding why additional time is necessary.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 18, 2026.

Diego Mas Marques, Jr. pro se
PO Box 301
Marlborough, MA 01752
Email: dmas5@protonmail.com

/s/ Diego Mas Marques, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following plaintiff:

Aaron Jacob Greenspan

/s/ Diego Mas Marques, Jr.