**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **AARON GREENSPAN**,<br><br>    Plaintiff,<br><br>  v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>    Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION TO STRIKE ECF NOS. 296, 297, 298, 300, AND 307, AND FOR CONTEMPT SANCTIONS**

Plaintiff Aaron Greenspan respectfully requests leave to file a Motion to Strike Defendant Diego MasMarques, Jr.'s filings at ECF Nos. 296, 297, 298, 300, and 307.  For the reasons described in Plaintiff's ECF No. 311, Defendant MasMarques was not authorized to file these documents, as he remains represented by counsel of record whose withdrawal has never been approved by this Court.

Plaintiff also requests leave to file in the same motion a request for contempt sanctions against Defendant MasMarques, who was ordered to file unsealed versions of summary judgment documents on April 15, 2026.  ECF No. 304.  Over two months later—more than enough time—he has failed to comply.  Moreover, the aforementioned unauthorized filings were filed in violation of this Court's Orders at ECF Nos. 78 and 119 requiring leave of court to file motions, and were generally filed without complying with Civil Local Rule 7.1(a)(2).

1

Dated: June 26, 2026                    Respectfully submitted,

Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org


## CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 7.1(a)(2)

I certify that on June 26, 2026, I attempted to confer with Attorney Ashley Andrade on behalf of Defendant Diego MasMarques, Jr. regarding this motion in a good faith effort to resolve this issue and/or to narrow the issues.  Attorney Andrade did not respond.

Aaron Greenspan, *pro se*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2026 I filed the foregoing with the Clerk of Court using

the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.


Aaron Greenspan