## UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

AARON JACOB GREENSPAN,

Plaintiff

v.

DIEGO MAS MARQUES, JR., et al

Defendants

Civil Action No. 1:23-cv-10134-DJC

## DEFENDANT'S NOTICE OF COMPLIANCE WITH THE COURT'S JULY 9, 2026 ORDER (DKT. NO. 320), WITH ATTACHED DOCUMENTS

Defendant Diego MasMarques, Jr., respectfully submits this Notice of Compliance with the Court's July 9, 2026 Electronic Order (Docket No. 320), and states as follows:

1.  On July 9, 2026, the Court granted Defendant's Motion for Clarification and identified the specific documents and portions thereof that Defendant was ordered to unseal and publicly file pursuant to the Court's prior Order. The Court further directed that Defendant be provided copies of certain unredacted documents in the Court's possession after Defendant informed the Court that, following the termination of his former counsel, he no longer had access to the required litigation files.

2.  Defendant has now received those documents from the Court, prepared the required *excerpts in accordance with the Court's instructions, and hereby submits them for filing* in compliance with Docket No. 320.

3. The attached exhibits consist of:

**Exhibit A:** Docket No. 257-2 (paragraphs 19–23, unredacted);

**Exhibit B:** Docket No. 257-3 (heading preceding paragraph 2, paragraphs 2–6, and paragraphs 8–9, unredacted);

**Exhibit C:** Docket No. 258-1 (Court Docket Page 19).

4. With respect to Exhibit C, the Court's Order directs Defendant to file **Docket No. 258-1 at page 19**. The copy provided by the Court is the original unredacted deposition transcript, in which the corresponding transcript page is numbered **35**, while the CM/ECF docket header identifies it as **Page 19 of 124**. Defendant is filing the page corresponding to **Court Docket Page 19**, consistent with the Court's Order.

5. Defendant has preserved all remaining redactions except for those portions the Court specifically ordered to be publicly disclosed.

Defendant respectfully submits these documents in compliance with the Court's July 9, 2026 Order.

Respectfully submitted,

/s/ Diego MasMarques, Jr.

**Diego MasMarques, Jr.**
Defendant, Pro Se

Dated: July 13, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th  day of July, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

/s/ Diego Mas Marques, Jr.