**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

**AARON JACOB GREENSPAN,**

**Plaintiff**

v.

**DIEGO MAS MARQUES, JR., et al**

**Defendants**

Civil Action No. 1:23-cv-10134-DJC

---

**DEFENDANT DIEGO MAS MARQUES, JR.'S CORRECTED MOTION FOR LEAVE TO FILE A MOTION SEEKING AN ORDER DECLARING PLAINTIFF A VEXATIOUS LITIGANT AND IMPOSING NARROWLY TAILORED PRE-FILING RESTRICTIONS**

Defendant Diego Mas Marques, Jr., proceeding pro se, respectfully moves for leave to file a

Motion Seeking an Order Declaring Plaintiff Aaron Jacob Greenspan a Vexatious Litigant and

Imposing Narrowly Tailored Pre-Filing Restrictions.

This Corrected Motion for Leave is submitted to comply with the limitations in ECF Nos. 78 and

119 and is intended to supersede the non-compliant filing at ECF No. 329.

**I. REASONS LEAVE SHOULD BE GRANTED**

The proposed motion presents a consolidated procedural record of this litigation together with

judicially noticeable public records concerning Plaintiff's other cases. Granting leave will allow

Page 1 of 3

the Court to evaluate the cumulative history in an organized form.

Defendant does not ask the Court to impose any restrictions through this Motion for Leave. He

seeks only permission to present the proposed motion so the Court may determine whether the

applicable legal standard has been met.

## II. REQUEST TO FILE ORGANIZATIONAL APPENDIX PUBLICLY

Defendant further requests leave to file, as a public document, an organizational appendix that

simply lists Plaintiff's other cases and relevant docket entries so that the full history remains

available on the public docket. The appendix contains no argument and is offered solely to assist

the Court's review.

## III. PRIOR RULINGS

In March 2024 the Court declined to deem Plaintiff a vexatious litigant "as it stands now." The

present request seeks leave to present an updated record that includes developments since that

date.

## IV. CONCLUSION

Defendant respectfully requests that the Court:

Accept this Corrected Motion for Leave as superseding ECF No. 329;

Grant leave to file the proposed vexatious-litigant motion; and

Permit the organizational appendix listing Plaintiff's other cases to be filed as a public document.

Respectfully submitted,

/s/ Diego Mas Marques, Jr.

**Diego Mas Marques, Jr.**

Defendant, Pro Se

P.O. Box 301

Marlborough, MA 01752

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2026, a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which will send electronic notice to all registered participants.

Respectfully submitted,

/s/ Diego Mas Marques, Jr.

**Diego Mas Marques, Jr.**