**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| |
|---|
| **AARON JACOB GREENSPAN,** |
| **Plaintiff** |
| **v.** |
| **DIEGO MAS MARQUES, JR., et al** |
| **Defendants** |

Civil Action No. 1:23-cv-10134-DJC

## DEFENDANT DIEGO MASMARQUES, JR.'S MOTION FOR LEAVE TO FILE A MOTION TO ENFORCE THE PROTECTIVE ORDER (ECF NO. 245)

Defendant Diego Mas Marques, Jr. ("Defendant"), proceeding **pro se**, respectfully moves this Court for leave to file the accompanying **Motion to Enforce the Protective Order (ECF No. 245)**.

In support thereof, Defendant respectfully states as follows:

## I. INTRODUCTION

On September 30, 2025, following the close of fact discovery, the Court entered a Protective Order (ECF No. 245). The Court explained that the Protective Order was entered to facilitate the production of discovery previously withheld because of confidentiality concerns while expressly cautioning that its entry was **"not license to redo discovery."**

Defendant respectfully seeks leave to present a narrowly tailored motion concerning the interpretation and enforcement of the Court's Protective Order. The proposed motion requests

Page 1 of 2

that the Court determine whether identified discovery materials and related docket filings should be evaluated under the Protective Order and whether any relief is appropriate.

This Motion for Leave does **not** request a determination on the merits. Defendant seeks only permission to present the issue for the Court's consideration.

## II. LOCAL RULE 7.1 CERTIFICATION

Pursuant to D. Mass. L.R. 7.1(a)(2), Defendant certifies that he made a good-faith effort to resolve the subject of the proposed motion without Court intervention.

Defendant communicated with Plaintiff concerning the nature and scope of the proposed motion and requested Plaintiff's assent. Plaintiff declined to assent. Accordingly, the parties were unable to resolve the matter without judicial intervention.

## III. CONCLUSION

**WHEREFORE**, Defendant Diego Mas Marques, Jr. respectfully requests that this Court grant leave to file the accompanying **Motion to Enforce the Protective Order (ECF No. 245)** and grant such further relief as the Court deems just and proper.

Respectfully Submitted

/s/ Diego Mas Marques, Jr.

**Diego Mas Marques, Jr.**
Defendant, Pro Se
PO Box 301
Marlborough, MA 01753
dmas5@protonmail.com

July 31, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2026, I electronically filed the foregoing **Defendant Diego MasMarques, Jr.'s Motion for Leave to File a Motion to Enforce the Protective Order (ECF No. 245)** using the Court's CM/ECF system.

I further certify that all registered CM/ECF participants in this action will receive service through the Court's CM/ECF system.

Respectfully submitted,

/s/ Diego Mas Marques, Jr.

**Diego Mas Marques, Jr.**
Defendant, Pro Se