**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| **AARON GREENSPAN**, <br><br>     Plaintiff, <br><br>   v. <br><br> **DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**, <br><br>     Defendants. | Case No.: 1:23-cv-10134-DJC |

**PLAINTIFF'S OPPOSITION TO DEFENDANT DIEGO MASMARQUES'S MOTION FOR LEAVE TO FILE A MOTION TO ENFORCE THE PROTECTIVE ORDER**

Plaintiff Aaron Greenspan opposes Defendant MasMarques's latest vague, incomprehensible and utterly frivolous motion for leave, ECF No. 336.  Plaintiff further objects to the Court's allowance of Defendant MasMarques's continuous abuse of the docket, especially in a case partly about exactly this type of abuse, which has persisted in this particular venue after at least four warnings from the Court, three of them in the past month.

Dated: August 4, 2026        Respectfully submitted,

Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2026 I filed the foregoing with the Clerk of Court using

the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
Mediolex, Ltd.
Astrad, Ltd.
Sergei Igorevich Kudriavtsev
X Corp.

Aaron Greenspan