**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **AARON GREENSPAN**,<br><br>Plaintiff,<br><br>v.<br><br>**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,<br><br>Defendants. | Case No.: 1:23-cv-10134-DJC |

**DECLARATION OF AARON GREENSPAN IN SUPPORT OF PLAINTIFF'S FRCP 72(b) OBJECTION TO REPORT AND RECOMMENDATION ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT AT ECF NO. 338**

I, Aaron Greenspan, declare as follows:

1. I am the plaintiff in this action. I am a resident of the State of California, over the age of eighteen, and am competent to testify. I make this declaration based on my personal knowledge, and if called as a witness, I could and would testify competently to the facts stated herein.

2. I submit this declaration for the limited purposes of supplying the circumstances under which certain exhibits already in the summary judgment record were captured and describing what I personally observed. I do not offer any new document, and I do not offer any new opinion as to the authorship of any post. Each document referenced below was filed with my earlier declarations and remains unchanged.

3. On May 11, 2021, using a web browser on a computer under my control, I navigated to the Twitter password-reset page previously located at https://twitter.com/account/send_password_reset and entered the account name @Giza299792458N. I personally observed the screen that the Twitter website then displayed, and I captured an image of that screen at that time.

4. The document appearing at ECF No. 266-8 at page 30 of 82, bearing Bates number GREENSPAN00339, is a true and correct copy of the page I captured on May 11, 2021, and it fairly and accurately depicts what was displayed on my screen on that date. I have not altered it.

5. I counted the number of asterisks in each segment of the masked string displayed by Twitter on the https://twitter.com/account/send_password_reset page in response to my request: "85**@p*********.***" (two before the "@" sign, nine after the "@" but before the dot, and three after the dot) and observed that they matched the numbers of missing characters for either of the e-mail addresses "8586@protonmail.com" or "8587@protonmail.com" which I already knew were used by Diego MasMarques, Jr. I relied on no special training to carry out this analysis, which required only the skill of counting. I also observed the identical strings "85" and "@p" in the known e-mail addresses and Twitter's response, which also required no special training.

6. On April 27, 2019, I attempted to register new accounts on the ComplaintsBoard website using the e-mail addresses 8587@protonmail.com and 958957z@gmail.com in order to see if doing so was possible, because I suspected that they were already in use by Diego MasMarques, Jr., who had used those e-mail addresses to send e-mail messages to PlainSite. I personally observed the responses that the ComplaintsBoard website displayed, and I captured PDF versions of the pages containing those responses at that time. The documents appearing at

ECF No. 237-9 at pages 2 through 3 are true and correct copies of the images I captured on that date, and they fairly and accurately depict what was displayed on my screen. I have not altered them.

7. On August 25, 2025 (ECF No. 237-1) and again on December 19, 2025 (ECF No. 277-3), I initiated the Twitter/X password-reset process for the e-mail address 56546@protonmail.com and personally observed the screens that Twitter/X then displayed, and I captured images of those screens at that time. The screenshots appearing at ECF No. 237-1 at pages 2 through 4 and ECF No. 277-3 on page 2 are true and correct copies of the images I captured, and they fairly and accurately depict what was displayed on my screen. I have not altered them.

8. Each image described above was captured contemporaneously with my observation of the screen it depicts, in the ordinary course of my efforts to identify the sources of the posts at issue in this action.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct and that this declaration was executed on August 26, 2026 in Kaua'i, Hawaii.

Dated: August 26, 2026

Respectfully submitted,

Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org