**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **AARON GREENSPAN,**<br>**Plaintiff,**<br><br>**v.**<br><br>**DIEGO MAS MARQUES, JR.,**<br>**Defendant.** | ) | **Civil Action No.** 23-10134-DJC |

**JUDGMENT**

**CASPER, J.** **September 21, 2026**

For reasons stated in the Court's Memorandum and Order dated September 21, 2026, judgment for the defendant.

Robert M. Farrell, Clerk

/s/ Savannah Cook
Deputy Clerk