**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**AARON GREENSPAN**,

Plaintiff,

v.

**DIEGO MASMARQUES, JR. a/k/a DIEGO MAS HOWARD a/k/a RICKY MAS MARQUES a/k/a JACK JONES**, **SERGEI IGOREVICH KUDRIAVTSEV**, **MEDIOLEX, LTD.**, and **ASTRAD, LTD.**,

Defendants.

Case No.: 1:23-cv-10134-DJC

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Aaron Greenspan appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on September 21, 2026, ECF No. 345.

This appeal encompasses all orders that merge into that judgment. Fed. R. App. P. 3(c)(4). They include, without limitation, the Memorandum and Order entered September 21, 2026, ECF No. 344, adopting the Report and Recommendation, ECF No. 338, and allowing Defendant Diego MasMarques, Jr.'s motion for summary judgment; and the Memorandum and Order entered March 25, 2024, ECF No. 118, dismissing the claims against Defendants Sergei Igorevich Kudriavtsev, Mediolex, Ltd. and Astrad, Ltd. for lack of personal jurisdiction, dismissing the Second and Third Claims against Defendant MasMarques, and denying leave to file a second amended complaint. They also include ECF Nos. 131, 203, 229, 281, 303 and 309. These designations do not limit the scope of this appeal. Fed. R. App. P. 3(c)(6).

This appeal also challenges the orders restricting Plaintiff's filings in this action: the Electronic Order entered September 5, 2023, ECF No. 78; the leave-of-court requirement in the Notice of Scheduling Conference entered March 25, 2024, ECF No. 119; the Electronic Order entered July 23, 2026, ECF No. 334; and any other order imposing or enforcing those restrictions against Plaintiff.

Plaintiff files this notice without first seeking leave under those orders because a notice of appeal must be filed with the district clerk within the time allowed by Federal Rule of Appellate Procedure 4. Fed. R. App. P. 3(a)(1). To the extent those orders are read to reach a notice of appeal, Plaintiff respectfully requests leave to file it.

Plaintiff has also moved to alter or amend the judgment under Federal Rule of Civil Procedure 59(e) or, in the alternative, for relief under Rule 60(b). ECF Nos. 346, 348, 350 and 351. To the extent those motions are motions listed in Federal Rule of Appellate Procedure 4(a)(4)(A), this notice becomes effective when the order disposing of the last of them is entered. Fed. R. App. P. 4(a)(4)(B)(i). Plaintiff will amend this notice as necessary to challenge any such order. Fed. R. App. P. 4(a)(4)(B)(ii).

Dated: October 18, 2026

Respectfully submitted,

Aaron Greenspan, *pro se*
440 N. Barranca Avenue #6720
Covina, CA 91723
Phone: +1 415 670 9350 x101
E-Mail: aaron.greenspan@plainsite.org

**CERTIFICATE OF SERVICE**

I hereby certify that on October 18, 2026 I filed the foregoing with the Clerk of Court using the CM/ECF system to the following defendants and non-parties in this action:

Diego MasMarques, Jr.
X Corp.

I further certify that on October 18, 2026, I delivered the foregoing via e-mail to ivestules@gmail.com, editor.complaintsboard@gmail.com, editor@complaintsboard.com, legal@complaintsboard.com, support@complaintsboard.com, and by international first-class mail addressed to each of the following former defendants in this action at Darzauglu 1-303, Riga, LV-1012, Latvia:

Sergei Igorevich Kudriavtsev
Mediolex, Ltd.
Astrad, Ltd.

Aaron Greenspan
Aaron Greenspan